# EXHIBIT A

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697156**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from  **09-01-2018**     to  **09-01-2019**     12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Private Pass. Auto Dealer**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESS AUTO COVERAGE PART**
**AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          **$3,925**
TOTAL PROVISIONAL PREMIUM     As Billed
MN Fire Safety Surcharge:               $78

IL-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**IL-F-38 (02-15)**

**IL 09 52 (01-15)**

**IL 09 96 (01-07)**

**CP-F-18 (01-86)**

**IL 00 21 (09-08)**

**IL 09 35 (07-02)**

**IL-F-27 (08-94)**

**IL 02 45 (09-08)**

---

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                              PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## LOCATION SCHEDULE

1     2873 HIGHWAY 61
      MAPLEWOOD MN  55109-1082

2     2911 HIGHWAY 61
      MAPLEWOOD MN  55109

3     2889 MAPLEWOOD DR
      MAPLEWOOD MN  55109

4     2923 MAPLEWOOD DR
      MAPLEWOOD MN  55109

5     1241 BEAM AVE
      MAPLEWOOD MN  55109

6     4605 S ROBERT TRL
      INVER GROVE HEIGHTS MN  55077

7     4625 S ROBERT TRL
      INVER GROVE HEIGHTS MN  55077

8     1037 HIGHWAY 110
      INVER GROVE HEIGHTS MN  55077

9     4600 AKRON AVE
      INVER GROVE HEIGHTS MN  55077

10    12790 PLAZA DR
      EDEN PRAIRIE MN  55344

11    680 W TERRA COTTA AVE
      CRYSTAL LAKE IL  60014

12    210 N IL ROUTE 31
      CRYSTAL LAKE IL  60014

13    1500 N RANDALL RD
      ELGIN IL  60123

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Insured Copy

IL 09 52 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15 © Insurance Services Office, Inc., 2015 Page 1 of 1

Insured Copy

IL 09 96 01 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| Any state in which there is a standard fire policy statute or regulation that does not contain an exception for terrorism. | The following Coverage Parts if included within this policy: 1) Commercial Property Coverage Part 2) Commercial Inland Marine Coverage Part - only for those states in which there is a standard fire policy statute or regulation applicable to inland marine insurance that does not contain an exception for terrorism. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

© ISO Properties, Inc., 2005

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of the endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

a. Use or threat of force or violence; or

b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

 © ISO Properties, Inc., 2005 IL 09 96 01 07

Insured Copy

**E.**  **Application Of Other Exclusions**

1.   When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2.   The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE MOTOR SALES INC | Corporation | 20-4214132 |
| 3 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 4 | EP MOTORS INC | Corporation | 46-5394981 |
| 5 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 6 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 7 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**
Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 8 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 9 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

IL 00 21 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION
# ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Insured Copy

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08

Insured Copy

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1.  Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2.  Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3.  Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

IL-F-27 (08-94)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

IL 02 45 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provisions apply except when Paragraph **C.** of this endorsement applies:

The **Cancellation** Common Policy Condition is replaced by the following:

### CANCELLATION

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy, subject to the provisions of Paragraph **B.3.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**3. Policies In Effect**

**a. Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**b. 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** An act or omission by you that substantially increases or changes the risk insured;

**(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

© ISO Properties, Inc., 2007

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

Under this Item **B.3.b.**, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for a reason described in Paragraphs **B.3.b.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**4.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**5.** Proof of mailing of any notice shall be sufficient proof of notice.

**C.** The following applies with respect to coverage provided under the following:

**FARM COVERAGE PART**

**1.** **Policies In Effect 60 Days Or More**

**a.** If this Coverage Part covers buildings used for residential purposes and has been:

**(1)** In effect for at least 60 days, or

**(2)** Renewed by us,

Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition do not apply, and the following is added to the **Cancellation** Common Policy Condition:

**b.** We may not cancel this policy, except for:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge:

**(a)** In obtaining this policy; or

**(b)** In connection with a claim under this policy;

**(3)** An act or omission by you that materially increases the risk we originally accepted; or

**(4)** A physical change in the Covered Property which:

**(a)** Is not corrected or restored within a reasonable time after it occurs; and

**(b)** Results in the property becoming uninsurable.

**c.** We may cancel this policy by giving the first Named Insured written notice of cancellation at least:

**(1)** 20 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **C.1.b.(2)** through **(4)**.

Such notice will be mailed or delivered to the first Named Insured and will contain the reason for cancellation. Proof of mailing of any notice shall be sufficient proof of notice.

© ISO Properties, Inc., 2007 IL 02 45 09 08

Insured Copy

2. **Policies In Effect Less Than 60 Days**

When this Coverage Part covers buildings used for residential purposes and is a new policy which has been in effect fewer than 60 days, cancellation is subject to the terms of the Cancellation Common Policy Condition except for Paragraphs **A.2.** and **A.6.**, and is not subject to Paragraph **B.** or Paragraph **C.1.** of this endorsement. Under this Item, **C.2.**, Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition are replaced by the following:

We may cancel this policy by giving the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation. Such notice will be mailed or delivered to the first Named Insured. Proof of mailing of any notice shall be sufficient proof of notice.

If we cancel this policy for underwriting considerations, we will inform you of the source from which the information was received.

D. The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we may do so by giving the first Named Insured and any agent written notice of our intent not to renew at least 60 days before the expiration date of this policy. Such notice will be delivered or mailed by first class mail to their last mailing addresses known to us.

Proof of mailing of any notice shall be sufficient proof of notice.

We need not mail or deliver this notice if you have:

1. Insured elsewhere;

2. Accepted replacement coverage; or

3. Agreed not to renew this policy.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGES WHICH ARE INDICATED BELOW OR ON THE SUPPLEMENTAL DECLARATIONS FORM.**

---

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

        SEE SUPPLEMENTAL DECLARATIONS

**OPTIONAL COVERAGES**

        SEE SUPPLEMENTAL DECLARATIONS

**DEDUCTIBLE**

  $10,000       Unless otherwise specified in the attached forms or endorsements in the Commercial Property Coverage Part.

---

**FORMS and ENDORSEMENTS**

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Supplemental Declarations Commercial Property Coverage Part | CP-F-21 (01-17) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Additional Insured-Designated Premises Only | CP-F-17 (11-95) |
| Building And Personal Property Coverage Form | CP 00 10 (10-12) |
| Business Income-Premier Select Changes | CP-F-104 (01-10) |
| Property Amendatory Endorsement | CP-F-113 (01-16) |
| Auto Dealers Property Coverage Extension (Motor Pac) | CP-F-114 (01-10) |
| Identity Recovery Coverage Form | IL-F-42 (09-05) |
| Business Income-Special Form | CP-F-36 (01-16) |
| Causes Of Loss-Special Form | CP 10 30 (09-17) |
| Causes Of Loss-Earthquake Form | CP 10 40 (10-12) |
| Cause Of Loss - Systems Breakdown | CP-F-95 (12-10) |
| Commercial Property Conditions | CP 00 90 (07-88) |
| Outdoor Signs | CP 14 40 (06-07) |
| Additional Value Protection Endorsement | CP-F-7 (10-04) |
| Employees Tools Extension | CP-F-76 (10-04) |
| Protective Safeguards | CP 04 11 (09-17) |
| Additional Covered Property | CP 14 10 (06-95) |
| Disaster Deductible Extension | CP-F-27 (01-16) |
| False Pretense Coverages | CP-F-33 (10-04) |
| Statement of Values - Blanket Insurance | CP-F-123 (06-05) |
| Utility Services-Time Element | CP-F-98 (04-13) |
| Minnesota Changes | CP 01 08 (10-12) |
| Exclusion of Loss Due to Virus or Bacteria | CP 01 40 (07-06) |
| Minnesota Changes - Replacement Cost - Personal Property | CP 01 50 (10-00) |
| Illinois Changes | IL 01 18 (02-17) |

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**SUPPLEMENTAL DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2873 HIGHWAY 61 MAPLEWOOD MN 55109-1082 | | | | | | | |
| | 1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $47,993,000 BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $11,919,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $2,406,000 BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 1 | 1 | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| | 2 | R 2873 HIGHWAY 61 STORAGE/LIGHTS/FLAG/ FLAG POLES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 1 | 2 | | Light Poles | CP 00 10 CP-F-113 | | YES | NONE | | $150,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 2 | | 2911 HIGHWAY 61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2911 HIGHWAY 61 SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 2 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2911 HIGHWAY 61 FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $50,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $50,000 |
| 3 | | 2889 MAPLEWOOD DR MAPLEWOOD MN  55109 | | | | | | | |
| 3 | 1 | 2889 MAPLEWOOD DR STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 3 | 2 | R 2889 MAPLEWOOD DR FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $25,000 |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95<br>CP 14 10 | | | | | |
| | | | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $170,000 |
| 4 | | 2923 MAPLEWOOD DR<br>MAPLEWOOD MN  55109 | | | | | | | |
| | 1 | 2923 MAPLEWOOD DR<br>SERVICE | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-7<br>CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | 10% | YES | NONE | | BLANKET |
| 4 | 1 | | Personal Property of Others | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-76<br>CP 04 11 | | | | | |
| | | | Business Income | CP-F-104<br>CP-F-36<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2923 MAPLEWOOD DR<br>LIGHTS | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $100,000 |
| 5 | | 1241 BEAM AVE<br>MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 1241 BEAM AVE<br>PARTS/ACCESSORIES | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 1 | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1241 BEAM AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 2 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                     Policy Number: 0697156                     Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $80,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $100,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 5 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | 10% | | NONE | | $250,000 |
| | 3 | 2R 1241 BEAM AVE PARKING RAMP | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 6 | | 4605 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4605 S ROBERT TRL HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 CP 04 11 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 6 | 1 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4605 S ROBERT TRL SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $200,000 |

Continued on Next Page

CP-F-21 (01-17)     Policy Number: 0697156     Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 7 | | 4625 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4625 S ROBERT TRL USED AUTO SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 7 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4625 S ROBERT TRL LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 7 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $100,000 |
| 8 | | 1037 HIGHWAY 110 INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 8 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1037 HIGHWAY 110 SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $150,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 9 | | 4600 AKRON AVE INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| 9 | 1 | 4600 AKRON AVE USED AUTO/TRUCKS SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 9 | 2 | R 4600 AKRON AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $50,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| 9 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 10 | | 12790 PLAZA DR EDEN PRAIRIE MN 55344 | | | | | | | |
| | 1 | 12790 PLAZA DR NISSAN SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Insured | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | | | | |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 10 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 12790 PLAZA DR LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $150,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 11 | | 680 W TERRA COTTA AVE CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $17,042,000 BLANKET |
| 11 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $3,998,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $481,000 BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 680 W TERRA COTTA AVE SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 11 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $200,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 12 | | 210 N IL ROUTE 31 CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 210 N IL ROUTE 31 | Building | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | AUTO STORAGE | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 12 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $50,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $50,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | | 1500 N RANDALL RD ELGIN IL 60123 | | | | | | | |
| 13 | 1 | 1500 N RANDALL RD SUBARU SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP-F-76 CP 04 11 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | 2 | R 1500 N RANDALL RD SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $150,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**SUPPLEMENTAL DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:    TOYOTA MOTOR CREDIT CORPORATION
       13920 SE EASTGATE WAY STE 130
       BELLEVUE WA  98005

       We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

       MAPLEWOOD MOTORS LLC
       2873 MAPLEWOOD DR
       MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE | $10,000 | $11,919,000 |
|  |  | INVER GROVE HEIGHTS MN  55077 |  | Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2018    to 09-01-2019    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE<br>INVER GROVE HEIGHTS MN  55077 | $10,000 | $47,993,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2018   to 09-01-2019   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

   Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 2911 HIGHWAY 61  SERVICE<br>MAPLEWOOD MN  55109 | $10,000 | $47,993,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

M&M PARTNERSHIP OF MINNESOTA LLP          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                       Home Office
MAPLEWOOD MN  55109                                    121 East Park Square
                                                                       Owatonna, MN  55060
                                                                       (507) 455-5200

CP-F-17 (11-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $47,993,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

MCDANIELS INVESTMENTS LLC                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                    Home Office
MAPLEWOOD MN  55109                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

CP-F-17 (11-95)            Policy Number: 0697156            Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 2889 MAPLEWOOD DR  STORAGE<br>MAPLEWOOD MN  55109 | $10,000 | $47,993,000<br>BLANKET |

BUILDING OWNER.

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 5 | 1 | 1241 BEAM AVE<br>PARTS/ACCESSORIES<br>MAPLEWOOD MN  55109 | $10,000 | $47,993,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)                Policy Number: 0697156                Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE EDEN PRAIRIE MN  55344 | $10,000 | $47,993,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

MCEP INVESTMENTS LLC                                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                       Home Office
MAPLEWOOD MN  55109                                    121 East Park Square
                                                       Owatonna, MN  55060
                                                       (507) 455-5200

CP-F-17 (11-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE<br>CRYSTAL LAKE IL  60014 | $10,000 | $17,042,000 BLANKET |
| BUILDING OWNER. | | | | |
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE<br>CRYSTAL LAKE IL  60014 | $10,000 | $17,042,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:                    Place of Issue:

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 7 | 1 | 4625 S ROBERT TRL  USED AUTO SALES | $10,000 | $47,993,000 |
| | | INVER GROVE HEIGHTS MN  55077 | | BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 13 | 1 | 1500 N RANDALL RD  SUBARU | $10,000 | $17,042,000 |
| | | SALES/SERVICE | | BLANKET |
| | | ELGIN IL  60123 | | |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

BLMS LLC                                                FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                       Home Office
MAPLEWOOD MN  55109                                     121 East Park Square
                                                        Owatonna, MN  55060
                                                        (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $47,993,000 BLANKET |
| BUILDING OWNER. | | | | |
| 9 | 1 | 4600 AKRON AVE  USED AUTO/TRUCKS SALES INVER GROVE HEIGHTS MN  55077 | $10,000 | $47,993,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:

Place of Issue:

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

      (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   © Insurance Services Office, Inc., 2011   CP 00 10 10 12

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others or a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud of earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |

($10,000 is 20% of $50,000).

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs incurred to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

  **(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

  **(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

  **(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

  **(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

  **(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

    **(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

    **(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

    **(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

    **(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

     © Insurance Services Office, Inc., 2011      CP 00 10 10 12

Insured Copy

(4) The most we will pay under this Additional Coverage, Electronic Data is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such limit is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Insured Copy

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.  Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.  Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit:

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (herein after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example 1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building 1: | $ | 60,000 |
| Limit of Insurance - Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
−    250
$59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable   Building 2: | $ | 80,000 |
| (Limit of Insurance | | |
| Total amount of loss payable: | $ | 140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   **a.** You must see that the following are done in the event of loss or damage to Covered Property:

   **(1)** Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |
| Step **(1)**: | $250,000 x 80% = $200,000 | |
| | (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step **(2)**: | $100,000 ÷ $200,000 = .50 | |
| Step **(3)**: | $ 40,000 x .50 = $20,000 | |
| Step **(4)**: | $ 20,000 - $250 = $19,750 | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $ 50,000 x .80 = $40,000

Step **(4):** $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Insured Copy

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

   (1) On or after the effective date of this Optional Coverage; and

   (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

   (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

   (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

   (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $ 100,000

The annual percentage is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of the increase is: $100,000 x .08 x 146 ÷ 365 = $ 3,200

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

   (1) Personal property of others;

   (2) Contents of a residence;

   (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

   (1) Until the lost or damaged property is actually repaired or replaced; and

   (2) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

   With respect to tenants' improvements and betterments, the following also apply:

   (3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

   (4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

   (1) The Limit of Insurance applicable to the lost or damaged property;

   (2) The cost to replace the lost or damaged property with other property:

      (a) Of comparable material and quality; and

      (b) Used for the same purpose; or

   (3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

Insured Copy

f.  The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4.  Extension Of Replacement Cost To Personal Property Of Others**

a.  If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b.  With respect to replacement cost on personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.  Definitions**

1.  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3.  "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME - PREMIER SELECT CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT<sup>®</sup>

For insurance provided under the Business Income - Special Form - Premier Select, if your "suspension" of "operations" extends beyond 72 hours:

1. **3.a.(1)** under **D. Definitions** is deleted and replaced with the following:

   **(1)** Immediately after the time of direct physical loss or damage for Business Income coverage; or

2. The second paragraph under **A.5.a. Civil Authority** is deleted and replaced with the following:

   The coverage for Business Income will begin immediately after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. Covered Property**

Under **A.1.a.** Covered Property items **(2)** & **(3)** are deleted and replaced with the following:

**(2)** Outdoor fixtures;

**(3)** Permanently installed:

**(a)** Fixtures;

**(b)** Machinery; and

**(c)** Equipment;

In the Building and Personal Property Coverage Form any reference to within 100 feet is modified to within 1,000 feet.

**B. Property Not Covered**

The following are modified under **A.2.** Property Not Covered:

**1.** Paragraph **k** is deleted and replaced by the following:

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance. But this insurance will not cover the deductible, if any, applicable to the other coverage.

**2.** Paragraph **p.** is deleted and replaced by the following:

**p.** Vehicles or self-propelled machines (including aircraft) and their attached equipment and accessories that:

**(1)** Are subject to motor vehicle registration and used on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to the following types of property unless such property is insured on a Business Auto Coverage Part, Garage Coverage Part, Auto Dealers Coverage Part, Garage Policy or Auto Dealers Policy:

**(a)** Golfmobiles, snowmobiles, all terrain vehicles, motor scooters, mopeds, go-carts, and other similar property;

**(b)** Any single axle trailer;

**(c)** Self-propelled garden tractors, lawn mowers and snow blowers;

**(d)** Motorcycles that you are holding for sale including motorcycles in crates;

**(e)** Watercraft;

**(f)** Special purpose bodies, accessories and equipment that are manufactured to be mounted on a vehicle while unattended;

**(g)** Forklifts; or

**(h)** Any trailer, not including semi-trailers, designed to transport items **(a)** - **(g)** listed above.

**3.** The following is added to Property Not Covered:

Employee owned tools and equipment.

**C. Additional Coverages**

**1.** The following Additional Coverages are modified under **A.4.** Additional Coverages:

**Debris Removal**

**(1)** In paragraph **(4)**, the additional $25,000 limit is increased to $50,000.

**(2)** Paragraph **(2)** is deleted and replaced with the following:

**(2)** Debris Removal does not apply to:

**(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

**(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or access the effects of "pollutants"; or

**(c)** Any cost or expense to remove, restore or replace polluted land or water.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

(d) Cost to remove debris of property of your that is not insured under this policy, or property in your possession that is not Covered Property;

(e) Cost to remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(f) Costs to remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(g) Cost to remove property of others of a type that would not be Covered Property under this Coverage Form; or

(h) Costs to remove deposits of mud or earth from the grounds of the described premises.

**Fire Department Service Charge**

The limit for Fire Department Service Charge is increased to $25,000.

**Pollutant Clean Up And Removal**

The first paragraph is deleted and replaced with the following:

We will pay your expense to extract "pollutants" from land or water at or from the described premise if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

In addition, the third paragraph is deleted and replaced with the following:

The most we will pay under this Additional Coverage for each described premises is $100,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**Increased Cost Of Construction**

Increased Cost Of Construction is deleted and replaced with the following:

**Building Ordinance Or Law**

(1) You may extend the insurance that applies to Buildings, including outdoor signs (including its foundation) to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged buildings, the most we will pay per loss occurrence is $100,000.

(2) The coverage provided by this Additional Coverage applies only if both Paragraphs (2)(a) and (2)(b) below are satisfied and are then subject to the qualifications set forth in Paragraph (2)(c).

(a) The ordinance or law:

(i) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(b) (i) The building sustains direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

(ii) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

(iii) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**(c)** In the situation described in Paragraph **(2)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** The enforcement of or compliance with any ordinance, law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with any ordinance, law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(c)** Any fees imposed in order to gain certification or re-certification of the property by a Green Standards-setter nor will we pay for any further modification if the property fails to obtain certification, re-certification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

**(4)** With respect to the building that has sustained covered direct physical damage, we will pay:

**(a)** For the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

**(b)** The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**(c)** The increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(5)** If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to clear the site of the described premises; and

**(b)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**(6)** If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

    **(a)** The amount you actually spend to clear the site at the described premises; and

    **(b)** The actual cash value of the building at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

    **(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

    **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance, law or environmental regulation that:

    **(a)** You were required to comply with before the loss, even if the building was undamaged; and

    **(b)** You failed to comply with.

**2.** The following is added as an Additional Coverage:

**Sewer Back Up Or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises, caused by or resulting from:

    **(a)** Water which backs up through or overflows from sewers or drains; or

    **(b)** Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

    However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** above does not apply to loss or damage resulting from an insured's failure to:

    **(a)** Keep a sump pump or its related equipment in proper working condition; or

    **(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(3)** With respect to the coverage provided under this Additional Coverage only, the **Water** Exclusion is replaced by the following exclusion:

**Water**

    **(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **(b)** Mudslide or mudflow; or

    **(c)** Water under the ground surface pressing on, or flowing or seeping through:

        **1.** Foundations, walls, floors or paved surfaces;

        **2.** Basements, whether paved or not; or

        **3.** Doors, windows or other openings; or

    **(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **d.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, **a.** through **d.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

**D. Coverage Extensions**

**1.** The following Coverage Extensions are modified under **A.5.** Coverage Extensions:

**Newly Acquired Or Constructed Property**

The most we will pay for loss or damage to (1) Buildings is increased to $1,000,000 at each building.

**(2)(a)(iii)** is added:

Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage to (2) Your Business Personal Property is increased to $500,000 at each building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**Personal Effects And Property Of Others**

The most we will pay for loss or damage under this Extension is increased to $5,000 per loss occurrence at each described premises.

**Valuable Papers And Records (Other Than Electronic Data)**

The first sentence of paragraph (**4**) is deleted and replaced with the following:

Under this Extension, the most we will pay to replace or restore the lost information is $25,000 per loss occurrence at each described premises.

**Outdoor Property**

Outdoor Property is deleted and replaced with the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**Non-Owned Detached Trailers**

Non-Owned Detached Trailers is deleted.

**Business Personal Property Temporarily in Portable Storage Units**

Paragraphs (**3**) and (**4**) are deleted.

2. The following are added as **Coverage Extensions:**

**Accounts Receivable Coverage**

(**1**) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(**a**) All amounts due from your customers that you are unable to collect;

(**b**) Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

(**c**) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(**d**) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(**2**) Determination of Receivable

(**a**) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

(**i**) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(**ii**) Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(**3**) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(**a**) The amount of the accounts for which there is no loss;

(**b**) The amount of the accounts that you are able to re-establish or collect;

(**c**) The amount to allow for probable bad debts that you are normally unable to collect; and

(**d**) All unearned interest and service charges.

(**4**) Exclusion **2.a.** in the Causes of Loss - Special Form does not apply to this Coverage Extension.

The most we will pay for loss or damage at the described premises under this Extension is $25,000 per loss occurrence.

For accounts receivable not at the described premises, the most we will pay under this Extension is $10,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**Business Income and Extra Expense**

**(1) Business Income**

(a) We will pay for the actual loss of Business Income you sustain due to the necessary total or partial "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except vehicles at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

(i) The portion of the building which you rent, lease or occupy;

(ii) The area within 1,000 feet of the building or with 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(iii) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

(b) Business Income means the:

(i) Net Income (Net Profit or Loss before Income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or other businesses; and

(ii) Continuing normal operating expenses incurred, including payroll.

(c) As used in this Coverage Extension vehicles means:

(i) A land motor vehicle, trailer or semitrailer designed principally for travel on public roads; and

(ii) Held for sale,

but does not include mobile equipment.

**(2) Extra Expense**

(a) We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy;

(ii) The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(iii) Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

(b) Extra Expense means expense incurred:

(i) To avoid or minimize the "suspension" of business and to continue your "operations":

(a) At the described premises; or

(b) At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

(ii) To minimize the "suspension" of business if you cannot continue your "operations".

(iii) To:

(a) Repair or replace any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**(b)** Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3) Additional Limitation - Interruption Of Computer Operations**

**(a)** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(b)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(c)** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**(d)** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(4) Limits Of Insurance**

The most we will pay for loss of Business Income and Extra Expense is $10,000 per loss occurrence.

**(5) Loss Determination**

**(a)** The amount of Business Income loss will be determined based on:

**(i)** The Net Income of the business before the direct physical loss or damage occurred;

**(ii)** The likely Net Income of the business if no loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses:

**(iii)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(iv)** Other relevant sources of information including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contract

**(b)** The amount of Extra Expense will be determined based on:

**(i)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss of damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once your "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(ii)** All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)     Policy Number: 0697156     Transaction Effective Date: 09-01-2018

Insured Copy

**(c)** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(6) Special Exclusions**

The following additional exclusions apply to the Business Income and Extra Expense Coverage Extension:

We will not pay for:

**(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming your "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(b)** Any other consequential loss.

**Claims Expense**

We will pay up to $10,000 for claim expenses you incur at our request and arising out of a covered loss or damage.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

**(5)** Expenses incurred for any expert to help you determine the extent of direct physical loss or damage to property.

**Fire Extinguisher Systems Recharge Expenses**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**(4)** No deductible applies to **(1)(a)** above.

**Lock and Key Replacement**

We will pay your expenses to:

**(a)** Replace keys or rekey locks for your premises resulting from the loss or theft of your keys;

**(b)** Replace, repair or rekey locks if made necessary by theft or attempted theft to your described premises.

The most we will pay under this Extension is $1,000 per loss occurrence.

No deductible applies to this Coverage Extension.

**Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

**Underground Property**

You may extend the insurance applying to Buildings to apply to loss or damage by a Covered Cause of Loss to your underground pipes, flues, drains, and foundations, including related costs of excavations, grading and backfilling. Property Not Covered items **f., g.** and **m.** do not apply to this coverage extension.

The most we will pay under this Extension is $100,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**E. Limits Of Insurance**

The second paragraph under **C.** Limits of Insurance is deleted and replaced with the following:

The most we will pay for loss or damage to outdoor signs is $25,000 per sign (including its foundation) in any one occurrence. Payments for outdoor signs are in addition to the applicable limits of insurance.

**F. Additional Conditions**

Under **F.** Additional Conditions **1.** Coinsurance is deleted.

**G. Optional Coverages**

1. Under **G.** Optional Coverages **1.** Agreed Value and **2.** Inflation Guard are deleted.

2. Under **G.** Optional Coverages **3.** Replacement Cost paragraph **b.** is deleted and replaced with the following:

   **b.** This Optional Coverage does not apply to:

   **(1)** Personal property of others, except:

   **a)** Leased personal property for which you have a contractual obligation to insure on a replacement cost basis; or

   **b)** If otherwise shown in the Declarations;

   **(2)** Contents of a residence;

   **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

   **(4)** "Stock";

   **(5)** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

   **(6)** Personal property or equipment not maintained in good or workable condition;

   **(7)** Personal property or equipment that is outdated or obsolete and is stored or not being used; or

   **(8)** Production machinery and equipment if the Production Machinery and Equipment Endorsement applies to any personal property at the same described premises.

   Under the terms of this Replacement Cost Optional Coverage, tenant's improvements and betterments are not considered to be the personal property of others.

**H. Definitions**

1. Under **H.** Definitions, the definition for "Pollutants" is deleted and replaced with the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

2. The following definitions are added to **H.** Definitions:

"Operations" means one or more of your revenue generating business activities or processes occurring at the described premises.

"Period of Restoration" means the period of time that:

**a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration".

"Suspension" means:

**a.** The slowdown or cessation of your business activities or processes; or

**b.** That a part or all of a described premises is rendered untenantable.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS PROPERTY COVERAGE EXTENSION (Motor Pac®)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Under **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form paragraph **(3)** in Property Off-Premises is replaced with the following:

(3) The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

**B.** The following are added to **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form:

**Employee Tools and Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss of or damage to tools and equipment owned by your employees and used by them in your business. **B.** Property Not Covered item **3.** in the Property Amendatory Endorsement does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Our payment for loss of or damage to employees tools and equipment will only be for the account of the owner of the property.

**Fine Arts**

(1) We will pay for loss of or damage to "fine arts" owned by you, in your care, custody or control or while in transit.

We will not pay under this Coverage Extension for loss or damage to:

(a) Coins and stamps;

(b) Furs, fur garments and garments trimmed with fur; or

(c) Jewelry, precious stones and precious metals.

The most we will pay for loss or damage under this Coverage Extension is $10,000 per loss occurrence.

(2) The following is added to **E.4.** Loss Payment:

h. We will determine the value of "fine arts" at the lesser of:

(1) The actual cash value of that property at the time of loss;

(2) The cost of reasonably restoring that property to its condition immediately before loss or damage; or

(3) The cost of replacing that property with substantially identical property.

In case of loss of or damage to any part of a pair or set, we may:

(1) Repair or replace any part to restore the pair or set to its value before the loss or damage; or

(2) Pay the difference between the value or the pair or set before and after the loss or damage.

The loss to any part of a pair or set is not considered a total loss of the pair or set.

(3) We will not pay for loss or damage due to or resulting from any repairing, restoration or retouching of the covered property.

(4) The following is added to **H.** Property Definitions:

"Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a brac and any other bona-fide works of art of rarity, historical value or artistic merit.

(5) Exclusion **B.2.h.** and Limitation **C.1.e.** in the Causes of Loss - Special Form do not apply to "fine arts" in the custody of a carrier for hire.

**C.** Under **Additional Coverage Extensions** in the Causes of Loss - Special Form, **Property in Transit** is deleted and replaced with the following:

**Property in Transit**

This Extension applies only to Covered Property to which this form applies.

(a) You may extend the insurance provided to apply to Covered Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**(b)** Loss or damage must be caused by or result from a Covered Cause of Loss.

**(c)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY RECOVERY COVERAGE FORM
**IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION F. - DEFINITIONS.

**A. IDENTITY RECOVERY COVERAGE**

1. We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

   a. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this form; and

   b. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery coverage is applicable; and

   c. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

2. If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

   a. **Case Management Service**

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

   b. **Expense Reimbursement**

   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

**B. EXCLUSIONS**

We will not pay under this form for loss or expense arising from any of the following:

a. The theft of a professional or business identity.

b. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others.

c. Loss other than "identity recovery expenses".

d. An "identity theft" by or with the knowledge of any relative or former relative of the "identity recovery insured."

e. An "identity theft" that is first discovered by the "identity recovery insured" prior to the policy period or after the policy period, whether or not such "identity theft" began or continued during the policy period.

f. An "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity recovery insured."

g. An "identity theft" where a written police report is not completed

**C. LIMITS**

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Insured Copy

Legal costs as provided under item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

**D. DEDUCTIBLE**

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to a deductible of $250. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage Form during any one policy period.

**E. CONDITIONS**

The following additional conditions apply to this coverage:

**1. Assistance and Claims**

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line at 1-800-414-9812.**

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

**a.** Information and advice for how to respond to a possible "identity theft"; and

**b.** Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

The "identity recovery insured" must submit the applicable form to request Case Management Service or Expense Reimbursement Coverage.

As respects to Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

**2. Computer Security**

It is the responsibility of each "identity recovery insured" to use and maintain his or her computer system security, including personal firewalls, anti-virus software and proper disposal of used hard drives.

**3. Services**

The following conditions apply as respects to any services provided by us or our designees to any "identity recovery insured" under this form:

**a.** Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

**b.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**F. DEFINITIONS**

With respect to the provisions of this form only, the following definitions are added:

**1.** "**Identity Recovery Case Manager**" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**2.** "**Identity Theft**" means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

"Identity theft" does not include the unauthorized use of a valid credit card, credit account or bank account. However, "identity theft" does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

**3.** "**Identity Recovery Expenses**" means the following when they are reasonable and necessary expenses that are incurred in the United States or Canada as a direct result of an "identity theft":

**a.** Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

**b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

IL-F-42 (09-05)     Policy Number: 0697156     Transaction Effective Date: 09-01-2018

Insured Copy

    **c.** Costs for up to six credit reports from established credit bureaus (with no more than two reports from any one credit bureau) dated within 12 months after your knowledge or discovery of an "identity theft."

    **d.** Fees and expenses for an attorney approved by us for:

        **(1)** Defending any civil suit brought against an "identity recovery insured" by a creditor or collection agency or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan as a result of an "identity theft"; and

        **(2)** Removing any civil judgment wrongfully entered against an "identity recovery insured" as a result of the "identity theft."

**4.** **"Identity Recovery Insured"** means the following:

    **a.** When the named insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

    **b.** When the named insured under this policy is a partnership, the "identity recovery insureds" are all partners listed on this policy as insureds.

    **c.** When the named insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured business. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

        **(1)** The chief executive of the insured entity; or

        **(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The named insured under this policy is not an "identity recovery insured."

All other provisions of this policy apply.

IL-F-42 (09-05)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT ®**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section D. - Definitions.

**A. Coverage**

**1. Business Income**

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options as shown in the Declarations:

**a.** Business Income.

**b.** Business Income - "Rental Value" only.

If option **a.** above is selected, the term Business Income will include "Rental Value" if any. If option **b.** above is selected, the term Business Income will mean "Rental Value" only.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building your premises means:

**a.** The portion of the building which you rent, lease or occupy;

**b.** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**c.** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**2. Extra Expense**

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

**c.** We will also pay any Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**d.** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy as a result of the exhaustion of the Limits of Insurance or sub-limits(s) applicable to such properties.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

3. **Covered Causes Of Loss, Exclusions And Limitations**

   See applicable Causes of Loss form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

   d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

5. **Additional Coverages**

   a. **Civil Authority**

      When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

   (1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged premises; and

   (2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

   Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage begins.

   Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

   (1) 4 consecutive weeks after the date of that action; or

   (2) When your Civil Authority Coverage for Business Income ends;

   whichever is later.

   Coverage under this Additional Coverage will end when access to the described premises is no longer prohibited.

   b. **Alterations And New Buildings**

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the

      described premises caused by or resulting from any Covered Cause of Loss to:

   (1) New buildings or structures, whether complete or under construction;

   (2) Alterations or additions to existing buildings or structures; and

   (3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

      (a) Used in the construction, alterations or additions; or

      (b) Incidental to the occupancy of new buildings.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

If such direct physical loss or damage delays the start of your "operations", the "period of restoration" for Business Income Coverage will begin on the date your "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or

damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage when the Additional Limitation - Interruption Of Computer operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations includes Collapse as set forth in that form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6.** **Coverage Extension**

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance.

**B.** **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the lesser of:

**1.** The loss amount incurred during the "period of restoration"; or

**2.** The loss amount incurred for 12 consecutive months following the date of loss.

This shall not be limited by the expiration date of this policy.

Payments under the **5.** Additional Coverages **c.** Extended Business Income will not extend beyond 12 consecutive months following the date of loss.

The most we will pay for the actual loss of Business Income due to a partial suspension of your "operations" is the amount that would have been payable for the suspension of your entire "operation" during the "period of restoration".

**C.** **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.** **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

   **a.** You must see that the following are done in the event of loss:

     **(1)** Notify the police if a law may have been broken.

     **(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

     **(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

     **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

     **(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

     Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

     **(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

     **(7)** Cooperate with us in the investigation or settlement of the claim.

     **(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

   **a.** The amount of Business Income loss will be determined based on:

     **(1)** The Net Income of your "operations" before the direct physical loss or damage occurred;

     **(2)** The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

     **(3)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

     **(4)** Other relevant sources of information, including:

       **(a)** Your financial records and accounting procedures;

       **(b)** Bills, invoices and other vouchers; and

       **(c)** Deeds, liens or contracts.

   **b.** The amount of Extra Expense will be determined based on:

     **(1)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

       **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume your "operations", or do not resume your "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume your "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**5. Other Insurance Within This Policy**

For loss or damage caused by windstorm, any Business Income and Extra Expense coverage provided by another form or endorsement attached to this policy shall apply first and prior to any coverage provided under this form.

**D. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** One or more of your revenue generating activities or processes occurring at your described premises.

**b.** The tenantability of the described premises if coverage for Business Income includes loss of rents or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

    **(1)** Payroll; and

    **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** ″**Suspension**″ means:

    **a.** The partial slowdown or complete cessation of your business activities; or

    **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including ″Rental Value″ or ″Rental Value″ applies.

**7.** ″**Vehicles**″ means:

    **a.** A land motor vehicle, trailer or semi-trailer designed principally for travel on public roads; and

    **b.** Held for sale,

but does not include mobile equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)  Policy Number: 0697156  Transaction Effective Date: 09-01-2018

Insured Copy

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance Or Law**

    The enforcement of or compliance with any ordinance or law:

    (1) Regulating the construction, use or repair of any property; or

    (2) Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

    (a) An ordinance or law that is enforced even if the property has not been damaged; or

    (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

    (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

    (2) Landslide, including any earth sinking, rising or shifting related to such event;

    (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    (a) Airborne volcanic blast or airborne shock waves;

    (b) Ash, dust or particulate matter; or

    (c) Lava flow.

    With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2016

**c.** **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.** **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.** **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.** **War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** **Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© (Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limit to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

© Insurance Services Office, Inc., 2016

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2016

Insured Copy

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

Insured Copy

(2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.**;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D. 7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016

Insured Copy

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6.  The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

    a.  If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

1.  **Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    a.  You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    b.  Loss or damage must be caused by or result from one of the following causes of loss:

        (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    c.  The most we will pay for loss or damage under this Extension is $5,000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2.  **Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

Insured Copy

3. **Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam: and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

Insured Copy

**COMMERCIAL PROPERTY**
**CP 10 40 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake - Volcanic Eruption Limit Of Insurance is shown in the Declarations.

**C. Additional Covered Causes Of Loss**

**1.** The following are added to the Covered Causes Of Loss:

**a.** Earthquake.

**b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**2.** If the Declarations indicate that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes Of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

**a.** Sprinkler Leakage resulting from Earthquake.

**b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

**1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

**2.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

**3.** The exclusion of collapse, in the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

**4.** The Additional Coverage - Collapse, in the Causes Of Loss - Broad Form, Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

**5.** We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

**6.** We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

**7.** The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Declarations indicate that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

1. The provisions of Section **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form;

c. Extra Expense Coverage Form.

2. If the Declarations indicate that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Deductible set forth in Section **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

a. **All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

(c) A building and the personal property in that building sustain loss or damage.

(3) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need For Adequate Insurance or Additional Condition - Need For Full Reports.

(4) When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises.

(5) If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

 © Insurance Services Office, Inc., 2011 CP 10 40 10 12

Insured Copy

**b. Calculation Of The Deductible - Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d. Calculation Of The Deductible - Builders Risk Insurance**

**(1) Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2) Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

Insured Copy

**F.   Examples - Application Of Deductible In E.3.:**

**EXAMPLE 1 - SPECIFIC INSURANCE (E.3.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 X 5% = $3,500

Step **(4)**: $52,500 - $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**EXAMPLE 2 - SPECIFIC INSURANCE (E.3.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1)**: $80,000 X 10% = $8,000

Step **(2)**: $60,000 - $8,000 = $52,000

**Business Personal Property**

Step **(1)**: $64,000 X 10% = $6,400

Step **(2)**: $40,000 - $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE 3 - BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step **(1)**: $500,000 X 5% = $25,000

Step **(2)**: $40,000 - $25,000 = $15,000

**Building 2**

Step **(1)**: $500,000 X 5% = $25,000

Step **(2)**: $60,000 - $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 - BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

© Insurance Services Office, Inc., 2011

CP 10 40 10 12

Insured Copy

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1)**: $500,000 X 10% = $50,000

Step **(2)**: $95,000 - $50,000 = $45,000

**Business Personal Property**

Step **(1)**: $250,000 X 10% = $25,000

The loss, $5,000 does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G.** **Business Income And Extra Expense Period Of Restoration**

This Section **G.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form;

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 14 40 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | Each Limit of Insurance for sign(s) (including its foundation(s)) shown on the CP-F-21 applies to the sum total of all signs at that Covered Location. This Limit of Insurance is excess over any other available sign limit. The paragraph below the Schedule does not apply. |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |
| Premises Number: | | Building Number: | |
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |

Insured Copy

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** ☐ Entirely Metal ☐ Other | | | |
| **Limit Of Insurance:** $ | | | |
| **Coinsurance Percentage:** % | | | |
| **Additional Premium:** $ | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

With respect to outside signs described in the Schedule, the provision in the Limits Of Insurance section which pertains to signs does not apply. The limit applicable to each sign is shown in the Schedule. The limit applicable to each sign is the most we will pay for loss or damage to the sign in any one occurrence.

 © ISO Properties, Inc., 2006 **CP 14 40 06 07**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

# CAUSES OF LOSS - SYSTEMS BREAKDOWN

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions

**A. Covered Causes Of Loss**

When Systems Breakdown is shown in the Declarations, we will pay for direct physical damage to Covered Property at a Covered Location that is the direct result of an "accident".

All exclusions in the Causes of Loss - Special Form apply except as modified in **B.** and **C.** below.

**B. Exclusions**

The following exclusions are added as respects this form:

**1.** We will not pay for loss, damage or expense caused by or resulting from:

**a.** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**b.** Any of the following:

**(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind, except as provided in Additional Coverage Extensions **D.4.;** or

**(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** With respect to Service Interruption, we will not pay for an "accident" caused by or resulting from:

**a.** Fire;

**b.** Lightning;

**c.** Windstorm or hail;

**d.** Explosion (except as specifically provided in Definition **1.c.**);

**e.** Smoke;

**f.** Aircraft or vehicles;

**g.** Riot or civil commotion;

**h.** Vandalism;

**i.** Sprinkler leakage;

**j.** Falling objects;

**k.** Weight of snow, ice or sleet;

**l.** Freezing;

**m.** Collapse;

**n.** Flood, or

**o.** Earth Movement.

**3.** With respects to Business Income, Extra Expense and Service Interruption coverages, we will not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**4.** We will not pay for an "accident" caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

**C. Coverage Extensions**

**1.** The following Exclusions and Limitations in the Causes of Loss - Special Form do not apply to coverage under this endorsement:

**a.** Exclusion **B.2.d.(6),** Mechanical breakdown;

**b.** Exclusion **B.2.e.,** Explosion of steam boilers, steam pipes, steam engines or steam turbines;

**c.** Exclusion **B.2.a.,** Artificially generated electrical current;

**d.** Limitation **C.1.a.,** Steam boilers, steam pipes, steam engines or steam turbines; and

**e.** Limitation **C.1.b,** Hot water boilers or other water heating equipment.

All other exclusions and limitations continue to apply.

**2.** The following exclusion in the Water Exclusion Endorsement is modified:

The following is added to Exclusion **B.;**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.** through **3.** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

3. The following exclusion in the Causes of Loss - Special Form is modified:

As respects this form only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

**D. Additional Coverage Extensions**

The following Additional Coverage Extensions apply to the direct result of an "accident". Payments under the following Additional Coverage Extensions are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**1. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

**2. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **3.a.(2)** below. As used in this coverage, additional cost means those beyond what would have been payable under this form had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**3. Perishable Goods**

**a.** We will pay:

**(1)** For physical damage to "perishable goods" due to spoilage;

**(2)** For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to, ammonia;

**(3)** Any necessary expenses you incur to reduce the amount of loss under this Extension to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Extension.

**b.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation Condition.

The most we will pay for loss, damage or expense under the Extension is $50,000 per "accident".

**4. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data" as a result of an "accident".

The most we will pay for loss or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**5. Service Interruption**

**a.** Any insurance provided for:

**(1)** Business Income;

**(2)** Extra Expense; or

**(3)** Perishable Goods

is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlords's utility or other supplier who provides you with any of the following services:

**(1)** Electrical power;

**(2)** Waste disposal;

**(3)** Air conditioning;

**(4)** Refrigeration;

**(5)** Heating;

**(6)** Natural gas;

**(7)** Compressed air;

**(8)** Water;

**(9)** Steam;

**(10)** Internet access;

Page 2 of 4

Includes copyrighted material of Insurance Services, Inc. with its permission.

Insured Copy

**(11)** Telecommunications services;

**(12)** Wide area networks; or

**(13)** Data transmission.

The equipment must meet the definition of "covered equipment", except that it is not Covered Property.

**b.** For Business Income, unless modified elsewhere, coverage begins 72 hours after the time of the "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

**c.** The most we will pay in any "one accident" for loss, damage or expense under this Extension is the applicable limit for Business Income, Extra Expense or Perishable Goods.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

**E. Conditions**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this form requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**F. Definitions**

The following definitions are added:

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or events inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) "Vehicle" or any equipment mounted on a "vehicle";

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

3. "Data" means information or instructions stored in digital code capable of being processed by machinery.

4. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

5. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

6. "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

7. "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

8. "Vehicle" means, as respects this form only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a Covered Location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this form arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this form does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 116 of 2396 PageID #:1128

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** that owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL VALUE PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. PROPERTY COVERED**

If shown in the Supplemental Declarations, coverage applies to buildings insured on a replacement cost basis.

**B. LIMIT OF INSURANCE EXTENSION**

The Limit of Insurance shown in the Supplemental Declarations for Building(s) is increased 25% to cover a deficiency in the "building replacement cost limit" that may exist at the time of loss to PROPERTY COVERED under this endorsement.

**C. DEFINITION**

"Building replacement cost limit" means:

**1.** The full cost of:

   **a.** repair of the building; or

   **b.** replacement with a similar building with comparable material and quality, and used for the same purpose; and

**2.** The cost of removal of debris of the building when debris removal is necessary to make repair or replacement of a building.

However, "building replacement cost limit" does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

If a building is rebuilt at a new premises, the cost described in **C.1.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**D. EXCLUSION**

This endorsement will not apply:

**1.** If the value of any additions, improvements or enlargements to a building equals more than 5% of the insurance on such building disregarding the additional value provided by this endorsement, and

**2.** If you have not reported such additions, improvements or enlargements to us; or

**3.** Until the lost or damaged PROPERTY COVERED is actually repaired or replaced and as soon as reasonably possible after the loss or damage.

**E.** All other provisions in the Building and Personal Property Coverage Form apply.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYEES TOOLS EXTENSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
PROPERTY AMENDATORY ENDORSEMENT

You may extend the insurance that applies to Personal Property of Others to apply to portable tools and equipment owned by your employees and used in your business while located at the premises described in the Declarations whether or not such property is in your care, custody or control.

G.  Optional Coverage **3.** Replacement Cost item **b(1)** is amended to read as follows:
    **b.**  This optional coverage does not apply to:
        **(1)**  Personal property of others, except employees tools and equipment or leased personal property for which you have a contractual obligation to insure on a replacement cost basis.

This is a part of and not in addition to the Limit of Insurance for Personal Property of Others as stated in the Declarations.

Employee owned tools and equipment listed under Property Not Covered in the Property Amendatory Endorsement does not apply to this Extension.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

CP-F-76  (10-04)      Policy Number:  0697156      Policy Effective Date:  09-01-2018

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P1 |
| 2 | 1 | P1 |
| 4 | 1 | P1 |
| Describe Any "P-9": | | |
|  | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System**, including related supervisory services.

© Insurance Services Office, Inc., 2016

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

    © Insurance Services Office, Inc., 2016    CP 04 11 09 17

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 6 | 1 | P1 |
| 7 | 1 | P1 |
| 10 | 1 | P1 |
| Describe Any "P-9": | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System**, including related supervisory services.

© Insurance Services Office, Inc., 2016

Insured Copy

Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

    (1) Sprinklers and discharge nozzles;

    (2) Ducts, pipes, valves and fittings;

    (3) Tanks, their component parts and supports; and

    (4) Pumps and private fire protection mains.

b. When supplied from an automatic fire protective system:

    (1) Non-automatic fire protective systems; and

    (2) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

a. Hood;

b. Grease removal device;

c. Duct system; and

d. Wet chemical fire extinguishing equipment.

"P-9", the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016

CP 04 11 09 17

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 11 | 1 | P1 |
| 13 | 1 | P1 |
|  |  |  |
| **Describe Any "P-9":** | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

1. Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

2. Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

3. Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

   However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System**, including related supervisory services.

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

″P-2″ **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

″P-3″ **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

″P-4″ **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

″P-5″ **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

″P-9″, the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016

Insured Copy
POLICY NUMBER:0697156

COMMERCIAL PROPERTY
CP 14 10 06 95

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED and added to COVERED PROPERTY:

**SCHEDULE\***

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property | Type of Property Coverage (Enter BUILDING or PERSONAL PROPERTY) |
|---|---|---|---|---|
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |

\* Information required to complete this Schedule, if not shown  on this endorsement,  will  be shown  in the Declarations.

CP 14 10 06 95          Copyright, ISO Commercial Risk Services, Inc., 1994          Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DISASTER DEDUCTIBLE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART

The Deductible applicable to any one occurrence is shown below:

Deductible                                    $10,000

Regardless of the amount of the deductible in the above listed coverage parts the most we will deduct from any loss or damage in any one occurrence is the deductible amount indicated above.

This extension does not apply to:

1.  Earthquake insurance.
2.  Mine Subsidence coverage.
3.  Business Computer Extension Endorsement.
4.  Commercial Crime Coverage Form Insuring Agreements:
    Employee Theft (Blanket)
    Forgery or Alteration
    Employee Theft - Name or Position Schedule
5.  Causes of Loss - Systems Breakdown Endorsement.
6.  Loss or damage subject to the Windstorm or Hail Percentage Deductible Endorsement.
7.  Data Compromise Coverage and Cyber Coverage.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM

Coverage is provided only when a Limit of Insurance is shown in the Schedule

<u>SCHEDULE</u>

Limit of Insurance each occurrence

$200,000        Your Business Personal Property and Personal Property of Others

**A. Coverage**

We will pay for direct physical loss or damage to Covered Property as indicated in the Schedule that results from:

1. Someone causing you to voluntarily part with any covered property by trick, device, fraudulent scheme or false pretense at the time of sale, demonstration, rental or lease; or

2. Your obtaining covered property from a seller who did not have legal ownership. For purposes of this coverage, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

3. Conversion of covered property that you rent, borrow or lease to others while away from the premises described in the Declarations.

**B. Provisions**

The following provisions apply to **A.1., 2.** and **3.** above:

1. The value of any property or money received by you in full or partial payment for the covered property will be deducted from your loss payment.

2. We will not pay any loss or damage or any portion of a loss or damage:

   (a) Due solely to an undisclosed lien or encumbrance, involving a purchase, trade-in or similar transaction; or

   (b) After the first periodic or installment payment is made; or

   (c) Due solely to an insufficient funds check; or

   (d) As a result of your obligation under a contract or agreement in which you agree to be liable in the event of default by the purchaser; or

   (e) Due to nonpayment for any reason, of any credit you extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks; or

   (f) Unless you have made a reasonable effort, prior to parting with the property, to determine that the transaction was a legitimate business transaction and to identify the other party.

3. If the covered property is recovered and returned to you, we will pay no more than:

   (a) The actual cost and expense of recovering the property, plus

   (b) The cost of any repairs needed as a result of damage to covered property following the loss or damage.

4. We will not make payment for loss or damage:

   (a) Under **A.1** and **A.3.** above unless you were in possession of and had legal ownership to the covered property immediately prior to loss or damage.

   We will not apply this provision if you do not have legal ownership to Property Of Others.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**(b)** Under **A.2.** above unless you have taken possession of the covered property.

**5.** You must make every effort to recover the covered property when located.

**6.** You must make every effort to obtain a warrant for the arrest of any person causing loss of or damage to the covered property as soon as practicable after the loss or damage.

**7.** This coverage does not apply to any loss or damage caused by infidelity by you, your directors, officers, partners or employees (including leased employees), whether or not acting alone or in collusion with other persons.

**8.** In the Causes of Loss - Special Form CP 10 30, **B.** Exclusions **2.i.** is deleted.

**C.** **Limit Of Insurance**

The most we will pay in any one occurrence is the stated Limit of Insurance for each occurrence shown in the Schedule.

For purposes of this coverage, all loss or damage caused by the same person or organization shall be considered one occurrence and the most we will pay for all loss or damage caused by any one person or organization within any policy period is the stated Limit of Insurance shown in the Schedule.

**D.** **Deductible**

The deductible amount shown on the Commercial Property Coverage Part Declarations shall be deducted from each occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

FEDERATED INSURANCE COMPANIES

# STATEMENT OF VALUES - BLANKET INSURANCE

| Location or Premises Number | Building Number | Building | Personal Property of Insured Value | Business Personal Property Value | Personal Property of Others Value | Property in the Open Value |
|---|---|---|---|---|---|---|
| 1 | 1 | $6,196,000 | $1,565,000 | $0 | $480,000 | $0 |
| 1 | 2 | $41,000 | $11,000 | $0 | $1,000 | $0 |
| 2 | 1 | $2,198,000 | $540,000 | $0 | $480,000 | $0 |
| 3 | 1 | $1,100,000 | $213,000 | $0 | $1,000 | $0 |
| 4 | 1 | $3,850,000 | $920,000 | $0 | $480,000 | $0 |
| 5 | 1 | $2,591,000 | $213,000 | $0 | $1,000 | $0 |
| 5 | 2 | $100,000 | $213,000 | $0 | $1,000 | $0 |
| 5 | 3 | $1,000,000 | $7,000 | $0 | $1,000 | $0 |
| 6 | 1 | $11,039,000 | $3,348,000 | $0 | $240,000 | $0 |
| 7 | 1 | $4,220,000 | $1,036,000 | $0 | $160,000 | $0 |
| 8 | 1 | $5,870,000 | $1,441,000 | $0 | $240,000 | $0 |
| 9 | 1 | $2,240,000 | $550,000 | $0 | $160,000 | $0 |
| 9 | 2 | $265,000 | $65,000 | $0 | $1,000 | $0 |
| 10 | 1 | $7,283,000 | $1,787,000 | $0 | $160,000 | $0 |
| 11 | 1 | $9,984,000 | $2,450,000 | $0 | $240,000 | $0 |
| 12 | 1 | $2,833,000 | $696,000 | $0 | $1,000 | $0 |
| 13 | 1 | $4,225,000 | $848,000 | $0 | $240,000 | $0 |

Insured Copy

FEDERATED INSURANCE COMPANIES
**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME  - SPECIAL FORM
BUSINESS INCOME COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Waste-water Removal Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|
| ☒ | ☒ | ☐ | ☒ | ☐ | ☒ |

| Premises Number * | Building Number * | Causes of Loss Form Applicable * | Limit of Insurance * |
|---|---|---|---|
| | | | |

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in paragraph **B.** if such property is indicated by an ″X″ in the Schedule.

**B. Utility Services**

1.  Water Supply Property, meaning the following types of property supplying water to the described premises:

    **a.** Pumping stations; and

    **b.** Water mains.

2.  Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

3.  Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    **a.** Communication transmission lines, including optic fiber transmission lines;

    **b.** Coaxial cables; and

    **c.** Microwave radio relays except satellites.

    It does not include overhead transmission lines unless indicated by an ″X″ in the Schedule.

4.  Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

    **a.** Utility generating plants;

    **b.** Switching stations;

    **c.** Substations;

    **d.** Transformers; and

    **e.** Transmission lines.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**C.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**D.** We will only pay for loss you sustain after the first 72 hours following the direct physical loss or damage to utility services to which this endorsement applies.

Page 2 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

COMMERCIAL PROPERTY
CP 01 08 10 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the **Loss Payment** Loss Condition and supersedes any provision to the contrary:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within 5 business days after we have received the proof of loss and:

**1.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**2.** An appraisal award has been made.

**C.** The following is added to the **Loss Payment** Loss Condition:

We agree that in the event of a total loss, the Limit of Insurance for a building which is Covered Property represents its value.

**D.** The **Examination Of Your Books And Records** Common Policy Condition and the Condition in the Standard Property Policy are replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**E.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by fire:

We do not provide coverage to the insured who has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud; concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**F.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

We will not pay for any loss or damage if any insured has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud; concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**G.** The following is added to **Covered Causes Of Loss:**

With respect to the perils of fire and lightning, references in the Commercial Property forms to direct physical loss or damage are construed to mean all loss or damage caused by fire and any damage caused by lightning.

 © Insurance Services Office, Inc., 2011

Insured Copy

**H.** In the Loss Conditions titled Duties In The Event Of Loss, Duties In The Event Of Loss Or Damage, Duties In The Event Of Accident, Claim Or Suit and Duties If You Incur Extra Expense, the requirement to notify us can be satisfied by notifying our agent, subject to all other terms of such requirement. Further, if a claim is made or "suit" is brought against you, the requirement to provide us with prompt notice of the claim or "suit" can be satisfied by written or oral notification.

**I.** **The Duties In The Event Of Loss Or Damage** Loss Condition is changed as follows:

1. The following paragraph is deleted:

   As soon as possible, give us a description of how, when and where the loss or damage occurred.

2. Paragraphs **a.(6)**, **a.(7)** and **b.** are replaced by the following (except in the Mortgageholders Errors And Omissions Coverage Form):

   **(6)** As often as we reasonably require:

   **(a)** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

   **(b)** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

   **(7)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

   **(a)** A description of how and when the loss or damage occurred;

   **(b)** The value of the property, except in the case of a total loss of an insured building;

   **(c)** The interest of the insured and all others in the property; and

   **(d)** Other insurance which may cover the loss or damage.

   We will supply you with the necessary forms.

   **b.** After we inform an insured:

   **(1)** Of the right to counsel; and

   **(2)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

3. Paragraphs **(1)(a)(v)**, **(1)(a)(vi)** and **(1)(b)** in the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

   **(v)** As often as we reasonably require:

   **i.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

   **ii.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

   **(vi)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

   **i.** A description of how and when the loss or damage occurred;

   **ii.** The value of the property, except in the case of a total loss of an insured building;

   **iii.** The interest of the insured and all others in the property; and

   **iv.** Other insurance which may cover the loss of damage.

   We will supply you with the necessary forms.

   **(b)** After we inform an insured:

   **(i)** Of the right to counsel; and

   **(ii)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

   we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**J.** Under **Additional Conditions,** Paragraphs **a.** and **d.** of the **Mortgageholders** Condition are replaced by the following:

   **a.** The term "mortgageholder" includes trustees and contract for deed vendors.

© Insurance Services Office, Inc., 2011

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

   **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

The following paragraph is added to the **Mortgageholders** Condition:

**h.** We will notify the mortgageholder of changes to this Coverage Part that result in a substantial reduction of coverage to the mortgaged property.

**K.** The **Ordinance Or Law** Exclusion is replaced by the following exclusion:

**ORDINANCE OR LAW**

The enforcement of or compliance with any ordinance or law:

**1.** Regulating the construction, use or repair of any property; or

**2.** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**1.** An ordinance or law that is enforced even if the property has not been damaged; or

**2.** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

But if loss or damage is solely a result of one or more Covered Causes of Loss, we will pay for your compliance with such ordinance or law, subject to all other provisions of this policy, including those listed below, as follows:

**a.** In the event of a partial loss, if the building is insured under the Replacement Cost Optional Coverage, we will pay for your compliance but only with respect to the damaged portion of the building.

**b.** In the event of a total loss or constructive total loss, we will pay for your compliance with respect to the entire building.

**c.** We will not pay under this provision for:

   **(1)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **(2)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**d.** Any valuation provision (including Replacement Cost) or loss payment condition which excludes the increased cost attributable to enforcement of or compliance with an ordinance or law is hereby revised to include such cost to the extent that coverage is provided above in this item, **K.** But in no event will we pay more than the applicable Limit Of Insurance.

**L.** The following applies with respect to any Deductible in this Coverage Part, including a Deductible provided by endorsement for a particular cause of loss or coverage:

The Deductible will not apply to the total loss of a building.

**M.** The **Transfer Of Rights Of Recovery Against Others To Us** Commercial Property Condition is replaced by the following, subject to Sections **N.** and **O.** of this endorsement:

**1.** If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. However, our rights do not apply against:

**a.** An insured; or

**b.** Any person or organization insured under another policy which was issued by us and responds to the same loss;

provided the loss was not intentionally caused by such insureds.

 © Insurance Services Office, Inc., 2011

Insured Copy

**2.** You may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property or Covered Income.

    **b.** After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

        **(1)** Someone insured by this insurance, unless the loss was caused intentionally by such insured;

        **(2)** A business firm:

            **(a)** Owned or controlled by you; or

            **(b)** That owns or controls you; or

        **(3)** Your tenant.

This will not restrict your insurance.

**N.** In the Legal Liability Coverage Form, the following is added to the Loss Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

**O.** In the Mortgageholders Errors And Omissions Coverage Form, the following are added to the Additional Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Under Coverages **A** and **B**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentially caused by such insureds.

Under Coverages **C** and **D**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same occurrence, provided the occurrence was not intentionally caused by such insureds.

**P.** Paragraph **A.3.e.** of the Legal Liability Coverage Form and Paragraph **A.3.b.(5)** of the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

Prejudgment interest awarded against you on that part of the judgment we pay.

**Q.** Paragraph **(8)** of the **Increased Cost Of Construction** Additional Coverage is replaced by the following:

This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such exclusion would conflict with the provisions of this Additional Coverage. The coverage afforded under this Additional Coverage does not reduce coverage provided under exceptions to the Ordinance Or Law Exclusion as presented in this endorsement.

**R.** Paragraph **(9)** of the **Increased Cost Of Construction** Additional Coverage does not apply.

**S.** In the Legal Liability Coverage Form under Section **E.,** Additional Conditions, Paragraph **a.** of the Amendment Of Commercial Property Conditions does not apply. The following **Concealment, Misrepresentation Or Fraud** Condition applies instead:

We do not provide coverage to the insured who has:

    **1.** Before a loss, willfully; or

    **2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstance relating to this insurance.

**T.** The **Bankruptcy** Condition, in the Mortageholders Errors And Omissions Coverage Form (applicable to Coverages **C** and **D**) and in the Legal Liability Coverage Form, is replaced by the following:

Bankruptcy, insolvency, or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form, and in case an execution against the insured on a final judgment is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Form against us to the same extent that the insured would have, had the insured paid the final judgment.

**U.** In the **Appraisal** Condition, reference to a court having jurisdiction means a court of record in the state where the described premises at which the loss occurred are located.

 © Insurance Services Office, Inc., 2011 CP 01 08 10 12

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 40 07 06

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL PROPERTY
CP 01 50 10 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - REPLACEMENT COST PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

If the Declarations indicate that the Replacement Cost Optional Coverage applies to personal property, that Coverage is replaced by the following with respect to such property:

**A.** In the event of loss or damage we will determine the value of personal property on the basis of replacement cost without deduction for depreciation, subject to the following:

**1.** We will not pay more for loss or damage on a replacement cost basis than the least of:
  **a.** The Limit of Insurance applicable to the lost or damaged property;
  **b.** The applicable Special Limit of Insurance shown in **B.1.**, **B.2.**, **B.3.**, and **B.4.** of this endorsement;
  **c.** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or
  **d.** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**2.** You may make a claim for loss or damage covered under this endorsement on an actual cash value basis instead of on a replacement cost basis.  In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**3.** We will not pay on a replacement cost basis for any loss or damage:
  **a.** Until the lost or damaged property is actually repaired or replaced; and
  **b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**c.** If the conditions in **3.a.** and **3.b.** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

**d.** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**B.** With respect to the coverage provided by this endorsement, the following Special Limits of Insurance apply, unless higher Special Limits of Insurance are shown in the Declarations.  These Special Limits of Insurance are part of, not in addition to, any Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible.   The Special Limit of Insurance shown for any category listed below or in the Declarations is the most we will pay for loss of or damage to all property in that category in any one occurrence.

**1.** $1,000 on personal property of others.

**2.** $1,000 on contents of a residence.

**3.** $5,000 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $1,000 for any one article.

**4.** $1,000 on "stock", unless the including "Stock" option is shown in the Declarations.

With respect to the articles described in **B.1.**, **B.2.**, **B.3.** and **B.4.** above, in no event will we pay you less than we would have paid you if this endorsement were not attached to this policy.

Copyright, ISO Commercial Risk Services, Inc., 1999

Insured Copy

**C.** **The Extension Of Replacement Cost To Personal Property Of Others,** as set forth in the Coverage Form, does not apply. Instead, Paragraph **B.1.** of this endorsement applies to the personal property of others, unless a higher Special Limit of Insurance is shown in the Declarations.

**D.** Under the terms of this endorsement, tenants' improvements and betterments are not considered to be the personal property of others. Therefore, tenants' improvements and betterments are not subject to the Special Limit of Insurance stated in Paragraph **B.1.** of this endorsement.

Copyright, Insurance Services Office, Inc., 1999
CP 01 50 10 00

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

 © Insurance Services Office, Inc., 2016

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 IL 01 18 02 17

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

## DECLARATIONS
## COMMERCIAL INLAND MARINE COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGE(S) FOR WHICH A COVERAGE FORM OR ENDORSEMENT IS INDICATED.**

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Accounts Receivable Coverage Form Declarations | IM-F-70 (04-04) |
| Accounts Receivable Coverage Form | CM 00 66 (01-13) |
| Boat Dealer's Coverage Form | IM-F-28 (10-95) |
| Business Computer Coverage Form | IM-F-9 (10-05) |
| Business Computer Extension Endorsement | IM-F-10 (10-05) |
| Transportation Floater Form | IM-F-24 (01-16) |
| Data Compromise Coverage And Cyber Coverage | IM-F-160 (01-16) |
| Minnesota Changes | CM 01 17 (09-04) |

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

Insured Copy

5.   We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

  a.   We have reached agreement with you on the amount of the loss; or

  b.   An appraisal award has been made.

6.   We will not be liable for any part of a loss that has been paid or made good by others.

## F.   Other Insurance

1.   You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2.   If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

## G.   Pair, Sets Or Parts

1.   **Pair Or Set**

  In case of loss or damage to any part of a pair or set we may:

  a.   Repair or replace any part to restore the pair or set to its value before the loss or damage; or

  b.   Pay the difference between the value of the pair or set before and after the loss or damage.

2.   **Parts**

  In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H.   Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I.   Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J.   Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.   Prior to a loss to your Covered Property.

2.   After a loss to your Covered Property only if, at time of loss, that party is one of the following:

  a.   Someone insured by this insurance; or

  b.   A business firm:

    (1)   Owned or controlled by you; or

    (2)   That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A.   Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1.   This Coverage Part;

2.   The Covered Property;

3.   Your interest in the Covered Property; or

4.   A claim under this Coverage Part.

## B.   Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C.   Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1.   There has been full compliance with all the terms of this Coverage Part; and

2.   The action is brought within 2 years after you first have knowledge of the direct loss or damage.

   © ISO Properties, Inc., 2003   CM 00 01 09 04

Insured Copy

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

Insured Copy

# ACCOUNTS RECEIVABLE COVERAGE FORM DECLARATIONS

LIMITS OF INSURANCE

A. Coverage Applicable at Your Premises
   Address:                                                    Limit of Insurance
      2873 HIGHWAY 61 TOYOTA SALES/SERVICE                        $250,000
      MAPLEWOOD MN

B. Coverage Applicable Away From Your Premises:

DESCRIPTION OF RECEPTACLES

Addres                              Description

2873 HIGHWAY 61 TOYOTA SALES/SERVICE          Not Enclosed In A Metal
MAPLEWOOD MN                                  Container

DUPLICATE RECORDS

If the Duplicate Records Endorsement is attached, the following applies:

Percentage Duplicated

[X] NON-REPORTING

[ ] REPORTING

Premises Address                                     Rate

Policy Minimum Premium

SPECIAL PROVISIONS:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-70 (04-04)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

COMMERCIAL INLAND MARINE
CM 00 66 01 13

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E - Definitions**.

## A. Coverage

**1.** We will pay:

**a.** All amounts due from your customers that you are unable to collect;

**b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**d.** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

**2. Property Not Covered**

Coverage does not apply to:

**a.** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

**b.** Contraband, or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**

Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

**4. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

**a.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**b.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**(1)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(3)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

**(4)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(a)** A cause of loss listed in Paragraph **(1)** or **(2)**;

**(b)** One or more of the following causes of loss: fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

**(c)** Weight of people or personal property; or

**(d)** Weight of rain that collects on a roof.

© Insurance Services Office, Inc., 2011

**c.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Form.

**5.** **Coverage Extension**

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B.** **Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.** **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b.** **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c.** **War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees, (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during normal working hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

© Insurance Services Office, Inc., 2011

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

i. Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

3. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

4. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such conditions relates to Paragraph **(1)** or **(2)**.

This Exclusion **d.** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

© Insurance Services Office, Inc., 2011

Insured Copy

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to reestablish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable At All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable At All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

© Insurance Services Office, Inc., 2011

CM 00 66 01 13

Insured Copy

# BOAT DEALER'S COVERAGE FORM

### SCHEDULE

**COVERED PROPERTY AWAY
FROM YOUR BUSINESS PREMISES**

**LIMIT OF INSURANCE**

$100,000

**DEDUCTIBLE**      $1,000

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered. Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

Covered Property, as used in this Coverage Form means watercraft, (including motors, equipment, accessories and boat trailers) while away from your business premises.

Coverage applies:

a.   To covered property you own.
b.   To covered property for which you are liable.

2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a.   **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b.   **Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or
(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c.   **War and Military Action**

(1) War, including undeclared or civil war;
(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-28 (10-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Dishonest or criminal act committed by:
   (1) You, any of your partners, employees, directors, trustees, or authorized representatives;
   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or
   (3) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such:
   (1) Persons are acting alone or in collusion with other persons; or
   (2) Acts occur during the hours of employment.

   This exclusion does not apply to:
   (1) Covered Property that is entrusted to others who are carriers for hire; or
   (2) Acts of destruction by your employees. But theft by employees is not covered.

b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

c. Use of the property as a public or livery vehicle for a fee or rented to others or operated in an official race or speed contest.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:
   (1) Planning, zoning, development, surveying, siting;
   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
   (3) Materials used in repair, construction, renovation or remodeling; or
   (4) Maintenance;
   of part or all of any property wherever located.

d. Wear and tear, gradual deterioration (including marine life); rust, corrosion, latent defect, inherent vice, freezing, overheating; structural, mechanical or electrical breakdown or failure.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

The deductible amount shown in the Schedule shall be deducted from each loss or claim.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

1. Coverage Territory
   We cover property wherever located within:
   a. The United States of America;
   b. Puerto Rico; and
   c. Canada.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## BUSINESS COMPUTER COVERAGE FORM

## SCHEDULE

|  | | | Limits of Insurance | | |
| Loc. No. | | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
|---|---|---|---|---|---|
| 1 | 1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE MAPLEWOOD MN | $75,000 | | |
| 5 | 1 | 1241 BEAM AVE PARTS/ACCESSORIES MAPLEWOOD MN | $75,000 | | |
| 6 | 1 | 4605 S ROBERT TRL HONDA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |
| 8 | 1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |

Continued on Next Page

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
|  |  |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

### A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

**1. Covered Property**

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

**a.** Which you own; or

**b.** For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

**a.** Which you own; or

**b.** For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

**b.** Property that you loan, rent or lease to others while away from a Location described in the Schedule.

**c.** Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

**d.** "Business Computer Equipment" that operates production machinery.

**e.** Contraband or property in the course of illegal transportation or trade.

**f.** Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

**g.** Diagnostic equipment

**3. Covered Causes of Loss**

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

**4. Coverage Extensions**

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

**a.** Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to \$5,000 at each Location described in the Schedule and up to \$2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to \$10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than \$50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is \$50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is \$10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is \$5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is \$10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Page 3 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

   **(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

   **(2)** A manager or a member if you are a limited liability company; or

   **(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

   **(4)** Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such:

   **(1)** Persons are acting alone or in collusion with other persons; or

   **(2)** Acts occur during the hours of employment.

   This exclusion does not apply to:

   **(1)** Covered Property that is entrusted to others who are carriers for hire; or

   **(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

   This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

   This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

**3. Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E. DEFINITIONS**

**1.** "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

**2.** "Electronic data" means information or facts stored on "media" including "computer software programs".

**3.** "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

**4.** "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

**5.** "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

**6.** "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## FEDERATED INSURANCE COMPANIES

## BUSINESS COMPUTER COVERAGE FORM

## SCHEDULE

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 10  1 | 12790 PLAZA DR NISSAN SALES/SERVICE  EDEN PRAIRIE  MN | $50,000 | | |
| 11  1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE CRYSTAL LAKE  IL | $50,000 | | |
| 13  1 | 1500 N RANDALL RD SUBARU SALES/SERVICE ELGIN  IL | $50,000 | | |

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

A. **COVERAGE**

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

1. **Covered Property**

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

b. Property that you loan, rent or lease to others while away from a Location described in the Schedule.

c. Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

d. "Business Computer Equipment" that operates production machinery.

e. Contraband or property in the course of illegal transportation or trade.

f. Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

g. Diagnostic equipment

3. **Covered Causes of Loss**

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

4. **Coverage Extensions**

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

a. Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Page 3 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

(1) Of comparable material and quality; and

(2) Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

(1) Of comparable material and quality; and

(2) Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

3. **Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

E. **DEFINITIONS**

1. "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

2. "Electronic data" means information or facts stored on "media" including "computer software programs".

3. "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

4. "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

5. "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

6. "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS COMPUTER EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS COMPUTER COVERAGE FORM

Exclusions B.2.a, B.2.b. and B.2.d. of the Business Computer Coverage Form attached to this policy are hereby deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-10 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TRANSPORTATION FLOATER FORM

### SCHEDULE

**Limits of Insurance**

1.   **$100,000**   on Covered Property in or on a "vehicle" you or your employees own or operate.

2.   on Covered Property in or on a "vehicle" in the care, custody, or control of carriers for hire.

**DEDUCTIBLE**   **$1,000**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.-DEFINITIONS**.

### A.   COVERAGE

We will pay for direct physical loss or damage to Covered Property while in or on a "vehicle" from any of the Covered Causes of Loss for which a Limit of Insurance is shown in the above Schedule.

1.   **Covered Property,** as used in this Coverage Form, means:

Under Items 1 & 2

**(a)**   Property owned by you or for which you are liable as indicated in the Schedule.

Coverage also applies to Covered Property in or on a "vehicle" while such property is at locations owned, rented or leased or controlled by you.

2.   **Property Not Covered**

Covered Property does not include:

**a.**   The transporting "vehicle", including their equipment and accessories.

**b.**   Livestock except from an accident by a covered peril causing death or rendering death necessary.

**c.**   Accounts, bills, currency, deeds, money, notes, securities and evidences of debt.

**d.**   Contraband or property in the course of illegal transportation or trade.

**e.**   Jewelry, precious or semi-precious stones, gold, silver, platinum or other precious metals.

3.   **Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of loss or damage listed in the Exclusions.

4.   **Additional Coverages**

**a.   Debris Removal**

We will pay the expense you incur to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss. This coverage does not apply to:

**(1)**   Any cost or expense which would not have occurred in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time; or

**(2)**   Any loss or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(3)**   Any cost or expense to remove, restore or replace polluted land or water; or

**(4)**   Any cost or expense to remove or extract debris of liquid products.

The most we will pay for loss or damage under this Additional Coverage is $5,000 per occurrence.

### B.   EXCLUSIONS

1.   We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**a. Governmental Action**

Seizure, confiscation or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss or damage caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. "Spoilage"**

**e. "Contamination"**

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Unexplained or mysterious disappearance.

**b.** Dishonest or criminal act committed by:

(1) You, any of your partners, employees (including leased employees), members, directors, trustees, or authorized representatives;

(2) Anyone else with an interest in the property, or their employees (including leased employees) or authorized representatives; or

(3) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

**c.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**d.** Unauthorized instructions to transfer property to any person or to any place.

**e.** Shifting of load, poor packing or rough handling; unless directly caused by fire, explosion, windstorm, theft, collision or upset of the transporting "vehicle", for loss or damage caused by breakage or by contact with oil or grease or any other commodity;

**f.** Marring or scratching;

**g.** Wetness or dampness, or as the result of being spotted, discolored, molded, rusted, frosted or frozen, rotted, soured, steamed or heated, changed in flavor, or deteriorated;

**h.** Wear and tear; depreciation and gradual deterioration; inherent vice; latent defect; mechanical breakdown;

**i.** Loss of fluids and gases by leakage or spillage unless caused by a peril not otherwise excluded; or

**j.** Loss caused by or resulting from loss of use, business interruption, delay, or loss of market or loss of profit.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**E. OTHER INSURANCE**

We will not be liable for loss or damage if, at the time of loss or damage, there is other insurance under another coverage form of this or any other policy which would attach if this insurance had not been affected, except that this insurance shall apply as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Including their respective coastal territories.

**2. Indemnity Agreement**

If we pay for loss or damage to comply with any special endorsement required by laws or regulations, and such loss or damage would not be covered under the terms of the Coverage Form without such endorsement(s), you agree to pay us the full amount of such payments within 10 days after we notify you.

**G. DEFINITIONS**

**1.** "Contamination" means, but is not limited to, the intrusion, infestation, process, or contact of one property with:

**a.** Another property; or

**b.** Substance; or

**c.** Undesirable element(s);

that results in the original property becoming unfit or unsuitable for its intended use, purpose or consumption.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant; including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Spoilage" means, but is not limited to, the act or process of decay, fungus, mildew, mold, rot, loss of freshness or color or odor, impairment or deterioration of quality, or the quality of edibility becomes reduced.

**4.** "Vehicle" means, with respect to this form only, any conveyance that is used for the transportation of goods or moves under its own power. This includes but is not limited to autos, trucks, semi-trucks, buses, trailers, semi-trailers, trains, aircraft and watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DATA COMPROMISE COVERAGE AND
# CYBER COVERAGE

### SCHEDULE

Insurance applies only for Coverage(s) for which a Limit of Insurance is shown and coverage is indicated.

**PART 1 - DATA COMPROMISE COVERAGE**

[X] **SECTION 1 - RESPONSE EXPENSES**

| | | |
|---|---|---|
| Data Compromise Response Expenses Limit | **$100,000** | Annual Aggregate |
| Sublimits | | |
| Named Malware (Sec. 1) | **$50,000** | |
| Forensic IT Review | **$10,000** | |
| Legal Review | **$10,000** | |
| Public Relations Services | **$5,000** | Any one "Personal Data Compromise" |
| Response Expenses Deductible | **$2,500** | Any one "Personal Data Compromise" |

[X] **SECTION 2 - DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Data Compromise Defense and Liability Limit | **$100,000** | Annual Aggregate |
| Sublimits | | |
| Named Malware (Sec. 2) | **$50,000** | Any one "Personal Data Compromise" |
| Defense and Liability Deductible | **$2,500** | Each "Data Compromise Suit" |

**PART 2 - CYBER COVERAGE**

[ ] **SECTION 3 - COMPUTER ATTACK**

| | | |
|---|---|---|
| Computer Attack Limit | | Annual Aggregate |
| Sublimits | | |
| Data Re-creation | | |
| Business Income and Extra Expense | | |
| Public Relations Services | | Any one "Computer Attack" |
| Computer Attack Deductible | | Any one "Computer Attack" |

[ ] **SECTION 4 - NETWORK SECURITY LIABILITY**

| | | |
|---|---|---|
| Network Security Liability Limit | | Annual Aggregate |
| Network Security Liability Deductible | | Each "Network Security Liability Suit" |

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## PART 1 - DATA COMPROMISE COVERAGE

Various provisions in this endorsement restrict coverage. Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

Throughout this endorsement the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this coverage form. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Definitions.

The following is added as an Additional Coverage. If this is being endorsed onto a multi-section form, it is added to the Property section. This form may also be endorsed onto a Commercial General Liability coverage form as a matter of convenience for policy issuance. In such a case, the coverage and service provided under this endorsement are separate from the Commercial General Liability coverage. Data Compromise Coverage includes reimbursement of specified legal expenses as well as defense and liability against certain claims, but such coverage is subject to the Data Compromise coverage limit. The limit and deductible applicable to Data Compromise Coverage are separate from the limits and deductibles that apply to the coverage to which the endorsement attaches.

Coverage under this endorsement is subject to the following:

### SECTION 1 - RESPONSE EXPENSES

### DATA COMPROMISE COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all of the following conditions are met:

1. There has been a "personal data compromise"; and

2. Such "personal data compromise" is first discovered by you during the policy period for which this Data Compromise Coverage endorsement is applicable; and

3. Such "personal data compromise" is reported to us within 60 days after the date it is first discovered by you.

### COVERAGE - SECTION 1

If the three conditions listed above in DATA COMPROMISE - COVERED CAUSE OF LOSS have been met, then we will provide coverage for the following expenses when they arise directly from the covered cause of loss and are necessary and reasonable. Coverages 4 and 5 apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under coverage 3.

1. **Forensic IT Review**

   Professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

   This does not include costs to analyze, research or determine any of the following:

   **a.** Vulnerabilities in systems, procedures or physical security;

   **b.** Compliance with PCI or other industry security standards; or

   **c.** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

2. **Legal Review**

   Professional legal counsel review of the "personal data compromise" and how you should best respond to it.

   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

3. **Notification to Affected Individuals**

   We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

4. **Services to Affected Individuals**

   We will pay your necessary and reasonable costs to provide the following services to "affected individuals".

   **a.** The following services apply to any "personal data compromise".

   **1)** Informational Materials

   A packet of loss prevention and customer support information.

© 2006, 2009, 2012 & 2013
Includes material © ISO Services, Inc., with permission as well as other copyrighted material.

IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

   2) **Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **b. 1)** and **2)**.

**b.** The following additional services apply to "personal data compromise" events involving "personally identifying information".

   1) **Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

   2) **Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**5. Public Relations Services**

Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for promotions:

**a.** Provided to any of your directors or employees; or

**b.** Costing more than $25 per "affected individual".

**LIMITS - SECTION 1**

The most we will pay under Response Expenses coverage is the Data Compromise Response Expenses Limit indicated for this endorsement.

If no limit(s) or sublimit(s) is shown on the SCHEDULE, then none of the coverages under Section 1 - Response Expenses or Section 2 - Defense and Liability are provided.

The Data Compromise Response Expenses Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss under Section 1 arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Response Expenses Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 1) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 1) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to the Data Compromise Response Expenses Limit.

The most we will pay under Forensic IT Review, Legal Review and Public Relations Services coverages for loss arising from any one "personal data compromise" is the applicable sublimit for each of those coverages indicated for this endorsement. These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Limit. Public Relations Services coverage is also subject to a limit per "affected individual" as described in **5. Public Relations Services.**

Coverage for Services to "affected individuals" is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE - SECTION 1**

Response Expenses coverage is subject to the Response Expenses Deductible indicated for this endorsement. You shall be responsible for such deductible amount as respects each "personal data compromise" covered under this endorsement.

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)      Policy Number: 0697156      Transaction Effective Date: 09-01-2018

## SECTION 2 - DEFENSE AND LIABILITY

### DEFENSE AND LIABILITY COVERED CAUSE OF LOSS

Coverage under this Data Compromise Coverage endorsement applies only if all three of the conditions in DATA COMPROMISE - COVERED CAUSE OF LOSS are met.

Only with regard to Section 2 - Defense and Liability coverage, the following conditions must also be met:

1. You have provided notifications and services to "affected individuals" in consultation with us pursuant to Response Expenses coverage; and

2. You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals"; and

3. Notice of such "data compromise suit" is received by you within three years of the date that the "affected individuals" are notified of the "personal data compromise"; and

4. Such "data compromise suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

### COVERAGE - SECTION 2

If all of the conditions listed above in DEFENSE AND LIABILITY - COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense costs" and "data compromise liability" directly arising from the covered cause of loss.

### LIMITS - SECTION 2

The most we will pay under Defense and Liability coverage (other than post-judgment interest) is the Data Compromise Defense and Liability Limit indicated for this endorsement.

If no limit(s) or sublimit(s) is shown on the SCHEDULE, then none of the coverages under Section 1 - Response Expenses or Section 2 - Defense and Liability are provided.

The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under Section 2 (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

The most we will pay under Defense and Liability coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 2) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 2) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the Defense and Liability Limit.

### DEDUCTIBLE - SECTION 2

Defense and Liability coverage is subject to the Defense and Liability Deductible indicated for this endorsement. You shall be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

### EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS APPLICABLE TO BOTH SECTION 1 AND SECTION 2

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs arising from the following:

1. Your intentional or willful complicity in a "personal data compromise".

2. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

3. Any "personal data compromise" occurring prior to the first inception of this Data Compromise Coverage endorsement or any coverage substantially similar to that described in this endorsement.

   However,

   (1) If you had continuous coverage under your prior policy that is substantially similar to the coverage provided by this endorsement; and

   (2) The prior coverage would not apply to a "personal data compromise" that was discovered after that prior coverage ended;

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

Insured Copy

this exclusion will not apply to a "personal data compromise" which occurred after the first inception date of the prior continuous coverage.

4. Costs to research or correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "personal data compromise".

5. Any fines or penalties. This includes, but is not limited to, fees or surcharges from affected financial institutions.

6. Any criminal investigations or proceedings.

7. Any extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

8. Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission.

9. Your reckless disregard for the security of "personally identifying information" or "personally sensitive information" in your care, custody or control.

10. That part of any "data compromise suit" seeking any non-monetary relief.

**ADDITIONAL CONDITIONS**

**The following Additional Conditions apply in addition to the Inland Marine Common Policy Conditions and Common Policy Conditions.**

**A. Data Compromise Liability Defense**

1. We shall have the right and the duty to assume the defense of any applicable "data compromise suit" against you. You shall give us such information and cooperation as we may reasonably require.

2. You shall not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.

3. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

4. We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit", after the Data Compromise Defense and Liability Limit has been exhausted.

5. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:

a. After entry of judgment; and

b. Before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.

These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

**B. Duties in the Event of a "Data Compromise Suit"**

1. If a "data compromise suit" is brought against you, you must:

a. Immediately record the specifics of the "data compromise suit" and the date received; and

b. Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you.

c. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";

d. Authorize us to obtain records and other information;

e. Cooperate with us in the investigation, settlement or defense of the "data compromise suit";

f. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

g. Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".

2. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

3. If you become aware of a claim or complaint that may become a "data compromise suit", you shall promptly inform us of such claim or complaint.

Page 5 of 14

© 2006, 2009, 2012 & 2013

Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

Insured Copy

**C.  Due Diligence**

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

**1.**  Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;

**2.**  Providing and maintaining appropriate computer and Internet security;

**3.**  Maintaining and updating at appropriate intervals backups of computer data;

**4.**  Protecting transactions, such as processing credit card, debit card and check payments; and

**5.**  Appropriate disposal of files containing "personally identifying information" or "personally sensitive information", including shredding hard copy files and destroying physical media used to store electronic data.

**D.  Legal Advice**

We are not your legal advisor. Our determination of what is or is not covered under this Data Compromise Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

**E.  Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under this Data Compromise Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition F. Service Providers. You must provide the following at our pre-notification consultation with you:

**1.**  The exact list of "affected individuals" to be notified, including contact information.

**2.**  Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**3.**  The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Response Expenses Limit.

**F.  Service Providers**

**1.**  We will only pay under this Data Compromise Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Coverage. We will not unreasonably withhold such approval.

**2.**  Prior to the Pre-Notification Consultation described in Additional Condition E. above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**a.**  Such alternate service provider must be approved by us;

**b.**  Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**c.**  Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**G.  Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise coverage:

**1.**  The effectiveness of such services depends on your cooperation and assistance.

**2.**  All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**3.**  We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**4.**  You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

Page 6 of 14

© 2006, 2009, 2012 & 2013

Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

**H.  No Reinstatement Of Limit**

With respect to coverage provided by this endorsement, **LOSS CONDITIONS, Paragraph I., Reinstatement Of Limit After Loss,** of the **COMMERCIAL INLAND MARINE CONDITIONS** is deleted.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added to **PART 1 - DATA COMPROMISE COVERAGE:**

1.  "Affected Individual" means any person who is your current, former or prospective customer, client, member, owner, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:

    **a.**  "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

    **b.**  An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

        **1)**  If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

        **2)**  If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

        **3)**  You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

    **c.**  An "affected individual" may reside anywhere in the world.

2.  "Data Compromise Defense Costs" means expenses resulting solely from the investigation, defense and appeal of any "data compromise suit" against you. Such expenses must be reasonable and necessary. They will be incurred by us. They do not include your salaries or your loss of earnings. They do include premiums for any appeal bond, attachment bond or similar bond, but without any obligation to apply for or furnish any such bond.

3.  "Data Compromise Liability"

    **a.**  "Data compromise liability" means the following, when they arise from a "data compromise suit":

        **1)**  Damages, judgments or settlements to "affected individuals";

        **2)**  Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or court order; and

        **3)**  Pre-judgment interest on that part of any judgment paid by us.

    **b.**  "Data compromise liability" does not mean:

        **1)**  Damages, judgments or settlements to anyone who is not an "affected individual";

        **2)**  Civil or criminal fines or penalties imposed by law;

        **3)**  Punitive or exemplary damages;

        **4)**  The multiplied portion of multiplied damages;

        **5)**  Taxes; or

        **6)**  Matters which may be deemed uninsurable under the applicable law.

4.  "Data Compromise Suit"

    **a.**  "Data Compromise Suit" means a civil proceeding in which damages to one or more "affected individuals" arising from a "personal data compromise" or the violation of a governmental statute or regulation are alleged. Such proceeding must be brought in the United States of America (including its territories and possessions), Puerto Rico or Canada. "Data compromise suit" includes:

        **1)**  An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

        **2)**  Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent; or

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

3) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

b. "Data compromise suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Data compromise suit" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual".

c. "Data compromise suit" does not mean any demand or action brought by an organization, business, institution, or any other party that is not an "affected individual" or governmental entity. "Data compromise suit" does not mean any demand or action brought on behalf of an organization, business, institution, governmental entity or any other party that is not an "affected individual".

5. "Identity Theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

6. "Malware-Related Compromise" means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

7. "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

1) You; or

2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

1) The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

2) Such disposal or abandonment must take place during the time period for which this Data Compromise Coverage endorsement is effective.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

8. "Personally Identifying Information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual". This includes, but is not limited to, Social Security numbers or account numbers.

"Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

9. "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

"Personally sensitive information" does not mean or include "personally identifying information".

All other provisions of this policy apply.

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## PART 2 - CYBER COVERAGE

The following is added as an Additional Coverage. If this is being endorsed onto a multi-section form, it is added to the Property section. This form may also be endorsed onto a Commercial General Liability coverage form as a matter of convenience for policy issuance. In such a case, the coverage and service provided under this endorsement are separate from the Commercial General Liability coverage. Cyber Coverage includes reimbursement of specified legal expenses as well as defense and liability against certain claims, but such coverage is subject to the Network Security Liability coverage limit. The limit and deductible applicable to Cyber Coverage are separate from the limits and deductibles that apply to the coverage to which the endorsement attaches:

### SECTION 3 - COMPUTER ATTACK

### SECTION 3 - COVERED CAUSE OF LOSS

This Computer Attack coverage applies only if all of the following conditions are met:

1. There has been a "computer attack"; and
2. Such "computer attack" is first discovered by you during the policy period for which this endorsement is applicable; and
3. Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

### SECTION 3 - COVERAGES PROVIDED

If all three of the conditions listed above in SECTION 3 - COVERED CAUSE OF LOSS have been met, then we will provide you the following coverages for loss directly arising from such "computer attack".

1. **Data Restoration**

   We will pay your necessary and reasonable "data restoration costs".

2. **Data Re-creation**

   We will pay your necessary and reasonable "data re-creation costs".

3. **System Restoration**

   We will pay your necessary and reasonable "system restoration costs".

4. **Business Income and Extra Expense**

   We will pay your actual "business income loss" and your necessary and reasonable "extra expenses".

5. **Public Relations Services**

   If you suffer a covered "business income loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

### SECTION 3 - LIMITS

The most we will pay under Computer Attack coverage is the Computer Attack Limit shown in the SCHEDULE. If no limit is shown or is shown as Excluded on the SCHEDULE at the top of this endorsement, then the Computer Attack coverage will be considered to have a limit of $0.

The most we will pay under Data Re-creation coverage for loss (including "business income loss" and "extra expense" related to data re-creation activities) arising from any one "computer attack" is the Data Re-creation Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded on the SCHEDULE at the top of this endorsement, then the Data Re-creation coverage will be considered to have a sublimit of $0.

The most we will pay under Business Income and Extra Expense coverage for loss arising from any one "computer attack" is the Business Income and Extra Expense Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded on the SCHEDULE at the top of this endorsement, then the Business Income and Extra Expense coverage will be considered to have a sublimit of $0.

The most we will pay under Public Relations Services coverage for loss arising from any one "computer attack" is the Public Relations Services Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Computer Attack Limit. If no sublimit is shown or is shown as Excluded on the SCHEDULE at the top of this endorsement, then the Public Relations coverage will be considered to have a sublimit of $0.

The Computer Attack Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 3 arising out of all "computer attack" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "computer attack" events occurring during that period.

A "computer attack" may be first discovered by you in one policy period but it may cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "computer attack" will be subject to the Computer Attack Limit applicable to the policy period when the "computer attack" was first discovered by you.

### SECTION 3 - DEDUCTIBLE

The Computer Attack coverage is subject to the Computer Attack Deductible indicated in the SCHEDULE for this endorsement. You shall be responsible for the applicable deductible amount as respects loss arising from each "computer attack" covered under this endorsement.

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)           Policy Number: 0697156           Transaction Effective Date: 09-01-2018

## SECTION 4 - NETWORK SECURITY LIABILITY

### SECTION 4 - COVERED CAUSE OF LOSS

This Network Security Liability coverage applies only if all of the following conditions are met:

1.  You first receive notice of a "network security liability suit" during the policy period for which this endorsement is applicable or any Extended Reporting Periods; and

2.  Such "network security liability suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

### SECTION 4 - COVERAGES PROVIDED

If both of the conditions listed above in SECTION 4 - COVERED CAUSE OF LOSS have been met, then we will provide you the following coverages for loss directly arising from such "network security liability suit".

1.  **Defense**

    We will pay your necessary and reasonable "network security liability defense costs".

2.  **Settlement Costs**

    We will pay your necessary and reasonable "network security liability settlement costs".

### SECTION 4 - LIMITS

Except for post-judgment interest, the most we will pay under Network Security Liability coverage is the Network Security Liability Limit indicated for this endorsement. If no limit is shown or is shown as Excluded on the SCHEDULE at the top of this endorsement, then the Network Security Liability coverage will be considered to have a limit of $0.

The Network Security Liability Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under Section 4 (other than post-judgment interest) arising out of all "network security liability suits" of which you first receive notice during the present annual policy period or any Extended Reporting Periods. This limit applies regardless of the number of "network security liability suits" of which you first receive notice during that period.

You may first receive notice of a "network security liability suit" in one policy period but it may cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "network security liability suit" (other than post-judgment interest) will be subject to the Network Security Liability Limit applicable to the policy period when notice of the "network security liability suit" was first received by you.

The Network Security Liability Limit for the Extended Reporting Periods (if applicable) shall be part of, and not in addition to, the Network Security Liability Limit for the immediately preceding policy period.

### SECTION 4 - DEDUCTIBLE

The Network Security Liability coverage is subject to the Network Security Liability Deductible indicated in the SCHEDULE for this endorsement. You shall be responsible for the applicable deductible amount as respects loss arising from each "network security liability suit" covered under this endorsement.

## EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS APPLICABLE TO PART 2 - CYBER COVERAGE

### EXCLUSIONS

**The following additional exclusions apply to this coverage:**

We will not pay for costs or loss arising from the following:

1.  Loss to the internet, an internet service provider, or any computer or computer system that is not owned or leased by you and operated under your control.

2.  Costs to research or correct any deficiency.

3.  Any fines or penalties.

4.  Any criminal investigations or proceedings.

5.  Any threat, extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

6.  Your intentional or willful complicity in a covered loss event or your reckless disregard for the security of your computer system or data.

7.  Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

8.  Any "computer attack" occurring prior to the first inception of this Cyber coverage endorsement or any coverage substantially similar to that described in this endorsement.

    However,

    **(1)** If you had continuous coverage under your prior policy that is substantially similar to the coverage provided by this endorsement; and

    **(2)** The prior coverage would not apply to a "computer attack" that was discovered after that prior coverage ended;

    this exclusion will not apply to a "computer attack" which occurred after the first inception date of the prior continuous coverage.

9.  That part of any "network security liability suit" seeking any non-monetary relief.

© 2006, 2009, 2012 & 2013

Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

10. Any "network security liability suit" arising from a propagation of malware, denial of service attack, or if applicable, loss, release or disclosure of business data that occurred prior to the first inception of this Cyber coverage endorsement or any coverage substantially similar to that described in this endorsement.

However,

(1) If you had continuous coverage under your prior policy that is substantially similar to the coverage provided by this endorsement; and

(2) The prior coverage would not apply to a "network security liability suit" which you first received notice of after that prior coverage ended;

this exclusion will not apply to a "network security liability suit" which occurred after the first inception date of the prior continuous coverage.

11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

## ADDITIONAL CONDITIONS

The following additional conditions apply in addition to the Inland Marine Common Policy Conditions and Common Policy Conditions.

### A. Due Diligence

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for:

1. Providing and maintaining appropriate computer and internet security; and

2. Maintaining and updating at appropriate intervals backups of computer data.

### B. Duties in the Event of a "Network Security Liability Suit"

1. If a "network security liability suit" is brought against you, you must:

a. Immediately record the specifics of the "network security liability suit" and the date received; and

b. Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "network security liability suit" is first received by you.

c. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "network security liability suit";

d. Authorize us to obtain records and other information;

e. Cooperate with us in the investigation, settlement or defense of the "network security liability suit";

f. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

g. Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "network security liability suit".

### C. Extended Reporting Periods

1. You shall have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

2. If a "termination of coverage" has occurred, you shall have the right to the following:

a. An Automatic Extended Reporting Period of 30 days after the effective date of "termination of coverage" at no additional premium in which to give us written notice of a "network security liability suit" of which you first receive notice during said Automatic Extended Reporting Period for any propagation of malware, denial of service attack, or if applicable, loss, release or disclosure of business data occurring before the end of the coverage period for this Cyber coverage and which is otherwise covered by this Cyber coverage; and

b. Upon payment of an additional premium of 100% of the full annual premium applicable to this Cyber coverage, a Supplemental Extended Reporting Period of 1 year immediately following the effective date of "termination of coverage" in which to give to us written notice of a "network security liability suit" of which you first receive notice during said Supplemental Extended Reporting Period for any propagation of malware, denial of service attack, or if applicable, loss, release or disclosure of business data occurring before the end of the coverage period for this Cyber coverage and which is otherwise covered by this Cyber coverage.

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days of the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**D. Network Security Liability Defense**

**1.** We shall have the right and the duty to assume the defense of any applicable "network security liability suit" against you. You shall give us such information and cooperation as we may reasonably require.

**2.** You shall not admit liability for or settle any "network security liability suit" or incur any defense costs without our prior written consent.

**3.** If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "network security liability suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

**4.** We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "network security liability suit", after the Network Security Liability Limit has been exhausted.

**5.** We shall pay all interest on that amount of any judgment within the Network Security Liability Limit which accrues:

**a.** After entry of judgment; and

**b.** Before we pay, offer to pay or deposit in court that part of the judgment within the Network Security Liability Limit or, in any case, before we pay or offer to pay the entire Network Security Liability Limit.

These interest payments shall be in addition to and not part of the Network Security Liability Limit.

**E. Other Data Coverage in This Policy**

Some elements of this Cyber coverage may also be covered under the policy to which this endorsement is attached. If so, this Cyber coverage will apply as excess, additional coverage. If loss payment has been made under the policy for the same event, the amount of such payment will count towards the deductible that applies to this Cyber coverage.

**F. Services**

The following conditions apply as respects any services provided to you by any service firm provided or paid for in whole or in part under this endorsement.

**1.** The effectiveness of such services depends on your cooperation and assistance.

**2.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

**1.** "Business Income Loss" means the sum of the:

**a.** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal and necessary operating expenses incurred, including employee payroll,

actually lost by you during the "period of restoration".

**2.** "Computer Attack" means one of the following involving a computer or other electronic hardware that is owned or leased by you and operated under your control:

**a.** Unauthorized Access - meaning the gaining of access to your computer system or other electronic hardware by an unauthorized person or persons; or

© 2006, 2009, 2012 & 2013
Includes material © ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)               Policy Number: 0697156               Transaction Effective Date: 09-01-2018

Insured Copy

b. Malware Attack - meaning damage to your computer system, other electronic hardware or data arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers. This does not mean damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your computer system during the manufacturing process.

c. Denial of Service Attack - meaning a deliberate act to prevent third parties from gaining access to your computer system or other electronic hardware through the internet in a manner in which they are legally entitled.

3. "Data Re-creation Costs"

a. "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

b. "Data re-creation costs" also means your actual "business income loss" and your necessary and reasonable "extra expenses" arising from the lack of the lost or corrupted data during the time required to research, re-create and replace such data.

c. "Data re-creation costs" does not mean costs to research, re-create or replace:

1) Software programs or operating systems that are not commercially available; or

2) Data that is obsolete, unnecessary or useless to you.

4. "Data Restoration Costs"

a. "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

b. "Data restoration costs" does not mean costs to research, restore or replace:

1) Software programs or operating systems that are not commercially available; or

2) Data that is obsolete, unnecessary or useless to you.

5. "Extra Expense" means the additional cost you incur to operate your business during the "period of restoration" over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

6. "Network Security Liability Defense Costs"

a. "Network security liability defense costs" means reasonable and necessary expenses resulting solely from the investigation, defense and appeal of any "network security liability suit" against you. Such expenses may be incurred by us. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

b. "Network security liability defense costs" does not mean your salaries or your loss of earnings.

7. "Network Security Liability Settlement Costs"

a. "Network security liability settlement costs" means the following, when they arise from a "network security liability suit":

1) Damages, judgments or settlements; and

2) Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or court order; and

3) Pre-judgment interest on that part of any judgment paid by us.

b. "Network security liability settlement costs" does not mean:

1) Civil or criminal fines or penalties imposed by law;

2) Punitive or exemplary damages;

3) The multiplied portion of multiplied damages;

4) Taxes; or

5) Matters which may be deemed uninsurable under the applicable law.

8. "Network Security Liability Suit"

a. "Network security liability suit" means a civil proceeding against you in which damages are alleged. Such proceeding must be brought in the United States of America (including its territories and possessions), Puerto Rico or Canada. Such proceeding must be based on an allegation that a negligent security failure or weakness with respect to a computer or other electronic hardware that is owned or leased by you and operated under your control allowed one or more of the following to happen:

1) The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code.

© 2006, 2009, 2012 & 2013
Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.
IM-F-160 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

2) The unintended abetting of a denial of service attack against one or more other systems.

3) The unintended loss, release or disclosure of business data that is owned by or proprietary to a third party. This does not include personally identifying information or other information that is sensitive or personal to individuals.

b. "Network security liability suit" includes the following:

1) An arbitration or alternative dispute resolution proceeding that you are required to submit to or which we agree you should submit to; or

2) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

c. "Network security liability suit" does not mean any demand or action alleging or arising from property damage or bodily injury.

d. "Network security liability suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action.

9. "Period of Restoration" means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

10. "System Restoration Costs"

a. "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre- "computer attack" level of functionality:

1) Replace or reinstall computer software programs;

2) Remove any malicious code; and

3) Configure or correct the configuration of your computer system.

b. "System restoration costs" does not mean:

1) Costs to increase the speed, capacity or utility of your computer system;

2) Labor of your employees;

3) Any costs in excess of the actual cash value of your computer system; or

4) Costs to repair or replace hardware.

11. "Termination of Coverage" means:

a. You or we cancel this Cyber coverage;

b. You or we refuse to renew this Cyber coverage; or

c. We renew this Cyber coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this Cyber coverage endorsement or any coverage substantially similar to that described in this endorsement.

All other provisions of this policy apply.

© 2006, 2009, 2012 & 2013

Includes material ©ISO Services, Inc., with permission as well as other copyrighted material.

IM-F-160 (01-16)            Policy Number: 0697156            Transaction Effective Date: 09-01-2018

Insured Copy

COMMERCIAL INLAND MARINE
CM 01 17 09 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraphs **2.**, **6.** and **7.** of Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions are replaced by the following:

**2.** Give us or our agent prompt notice of the loss or damage. Include a description of the property involved.

**6.** As often as we reasonably require:

**a.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

**b.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**7.** After we inform an insured:

**a.** Of the right to counsel; and

**b.** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**C.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within 5 business days after we have received the proof of loss and:

**a.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**b.** An appraisal award has been made.

In addition, when Mail Coverage Form **CM 00 60** is attached to this policy, **Paragraph D.4. Loss Payment** of the Mail Coverage Form is deleted.

**D.** Loss Condition **J. Transfer Of Rights Of Recovery Against Others To Us** in the Commercial Inland Marine Conditions is amended by the addition of the following:

Our rights do not apply against:

**1.** An insured; or

**2.** Any person or organization insured under another Coverage Part which was issued by us and responds to the same loss;

providing the loss was not intentionally caused by such insureds.

**E.** General Condition **A. Concealment, Misrepresentation Or Fraud** in the Commercial Inland Marine Conditions is replaced by the following:

We will not pay for any loss or damage if you have:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**a.** This Coverage Part;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Part.

© ISO Properties, Inc., 2004

Insured Copy

**F.** The **Protective Safeguards** Additional Condition in the:

> CAMERA AND MUSICAL INSTRUMENT DEALERS COVERAGE FORM;
> EQUIPMENT DEALERS COVERAGE FORM;
> PHYSICIANS AND SURGEONS EQUIPMENT COVERAGE FORM; and
> JEWELERS BLOCK COVERAGE FORM

is replaced by the following:

> You must maintain the protective safeguards stated by you to be in effect at a location when this coverage began.

If you fail to keep the protective safeguards over which you have control:

**1.** In working condition at a location; and

**2.** In operation when you are closed to business;

there is no coverage at the location for loss or damage for which the protective safeguards apply until the equipment or services are back in operation.

© ISO Properties, Inc., 2004

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

(507) 455-5200

# DECLARATIONS
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

| LIMITS OF INSURANCE | | Limit |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | | **$1,000,000** |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | SEE CLASSIFICATION ON CG-F-8 TO DETERMINE APPLICABILITY OF PRODUCT LIABILITY COVERAGE | |
| PERSONAL & ADVERTISING INJURY LIMIT | | **$500,000** |
| EACH OCCURRENCE LIMIT | | **$500,000** |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | Any one premises | **$100,000** |
| MEDICAL EXPENSE LIMIT | Any one person | **EXCLUDED** |

**Refer to General Liability Schedule CG-F-8 for Locations and Classifications.**

**ENDORSEMENTS APPLICABLE:**

***See Schedule Attached***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services office, Inc., with its permission.

CG-F-1 (01-17)     Policy Number: 0697156     Effective Date: 09-01-2018

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| General Liability Schedule | CG-F-8 (07-92) |
| Additional Insured - Lessor Of Leased Equipment - Automatic Status | CG 20 34 (04-13) |
| Quick Reference | CG 00 01 (QR) (04-13) |
| Commercial General Liability Coverage Form | CG 00 01 (04-13) |
| Communicable Disease Exclusion | CG 21 32 (05-09) |
| Exclusion - Coverage C - Medical Payments | CG 21 35 (10-01) |
| Employment-Related Practices Exclusion | CG 21 47 (12-07) |
| Fungi or Bacteria Exclusion | CG 21 67 (12-04) |
| Cap on Losses From Certified Acts Of Terrorism | CG 21 70 (01-15) |
| Cond Excl - Terrorism Involving Nucl, Bio, or Chem Terrorism | CG 21 88 (01-15) |
| Snowplow Operations Coverage | CG 22 92 (12-07) |
| Amendment Of Coverage Territory - Worldwide Coverage | CG 24 22 (04-13) |
| Amendment Of Liquor Liability Exclusion | CG-F-109 (03-12) |
| Additional Condition - Two Or More Coverage Forms Or Policies Issued By Us | CG-F-111 (03-12) |
| Pollution Exclusion Modification | CG-F-53 (02-10) |
| Coverage Limitation - Continuous or Progressive Injury or Damage | CG-F-68 (10-01) |
| Three Wheeled Auto Exclusion Endorsement | CG-F-73 (06-08) |
| Business Operations - Pollution Exclusion | CG-F-92 (04-05) |
| Deductible Liability Insurance | CG 03 00 (01-96) |
| Electronic Data Liability Endorsement | CG 04 37 (05-14) |
| Exclusion - All Hazards In Connection With Designated Premises | CG 21 00 (07-98) |
| Broadened Coverage For Other Organizations | CG-F-107 (07-11) |
| Minnesota Changes - Contractual Liability Exclusion And Supplementary Payments | CG 01 22 (12-07) |
| Minnesota Changes | CG 26 05 (02-07) |
| Minnesota Changes - Duties Condition | CG 26 81 (12-04) |

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Illinois

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o -Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit<br>Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 5,000 | 28.020 | INCLUDED | 140 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres)<br>Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 40.669 | INCLUDED | 41 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 1 | |

Minimum Premiums:
Prem/Op.    235

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Minnesota

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area | | a - Per 1,000 Square Feet | | | |
| | | b - Cost of materials | | b - Per $1,000 of Cost | | | |
| | | c - Each or Unit | | c - Each Unit | | | |
| | | d - Gallons | | d - Per 10,000 Gallons | | | |
| | | e - Locations | | e - Each Location | | | |
| | | f - Net Receipts | | f - Per $1,000 of Net Receipts | | | |
| | | g - Payroll | | g - Per $1,000 of Payroll | | | |
| | | h - Receipts | | h - Per $1,000 of Total Receipts | | | |
| | | i - Cost to Insured | | i - Per $1,000 of Cost | | | |
| | | j - Days | | j - Each day | | | |
| | | k - Gallons | | k - Per 1,000 Gallons | | | |
| | | l - Pupils | | l - Each pupil | | | |
| | | m - Miles | | m - Each mile | | | |
| | | n - Passenger Days | | n - Per 1000 Passenger Days | | | |
| | | o -Acres | | o - Each acre | | | |
| | | p - Members | | p - Each member | | | |
| **Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit** Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 15,000 | 9.061 | **INCLUDED** | 136 | **INCLUDED** |
| **Vacant Land - Other Than Not-For-Profit (1-160 Acres)** Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 18.378 | **INCLUDED** | 18 | **INCLUDED** |
| **Certified Acts of Terrorism Premium** | 85103 | | | | | 1 | |

```
Minimum Premiums:
Prem/Op.    235
```

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 20 34 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement you have entered into with the additional insured; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

Insured Copy

# QUICK REFERENCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## (OCCURRENCE FORM CG 00 01)

**PLEASE READ YOUR POLICY CAREFULLY**

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business Operations
Coverages and Limits of Insurance

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

SECTION I - COVERAGES                                                 Beginning on Page

Coverage A-                Insuring Agreement              1
   Bodily Injury and
   Property Damage Liability    Exclusions                   2
Coverage B-                Insuring Agreement              6
   Personal and Advertising
   Injury Liability              Exclusions                   6
Coverage C-                Insuring Agreement              8
   Medical Payments        Exclusions                   8
Supplementary Payments                                  8
SECTION II - WHO IS AN INSURED                      9
SECTION III - LIMITS OF INSURANCE                  10
SECTION IV - LIABILITY CONDITIONS

Bankruptcy                                            11
Duties In The Event of Occurrence, Claim or Suit        11
Legal Action Against Us                          11
Other Insurance                                      12
Premium Audit                                    12
Representations                                  12
Separation of Insureds                        13
Transfer of Rights of Recovery Against Others To Us    13
When We Do Not Renew                        13
SECTION V - DEFINITIONS                          13

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in;

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012
Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

Insured Copy

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.** **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2018

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

**k.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.   Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.   Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

Insured Copy

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2018

Insured Copy

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 196 of 2396 PageID #:209

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2018

Insured Copy

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

   (1) Agrees in writing to:

      (a) Cooperate with us in the investigation, settlement or defense of the "suit";

      (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

      (c) Notify any other insurer whose coverage is available to the indemnitee; and

      (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

   (2) Provides us with written authorization to:

      (a) Obtain records and other information related to the "suit"; and

      (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Insured Copy

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

Insured Copy

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Insured Copy

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
CG 21 32 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The Following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description And Location Of Premises Or Classification:**

ALL PREMISES AND CLASSIFICATIONS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I - Coverage **C** - Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section I - Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 88 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

 © Insurance Services Office, Inc., 2015

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 88 01 15

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SNOW PLOW OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the "products-completed operations hazard", Exclusion **g.** under Section **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto" used for snow plow operations.

© ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 24 22 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV - Conditions:**

**Expanded Coverage Territory**

**1.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**2.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**3.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**4.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.(1)** under the **Conditions** section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(c)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(ii)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** The Definitions of "coverage territory" in the **Definitions** section is replaced by the following:

"Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

© Insurance Services Office, Inc., 2012 — Page 1 of 1

Policy Number: 0697156          Transaction Effective Date: 09-01-2018

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** of **COVERAGE A (Section I)** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-109 (03-12)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL CONDITION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section IV - Commercial General Liability Conditions:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "occurrence", the maximum Each Occurrence Limit under all the coverage forms or policies shall not exceed the highest applicable Each Occurrence Limit under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-111 (03-12)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unintended or unexpected explosion; or

**(iv)** "Bodily injury" or "property damage" to your customer as a result of a splashback of "motor fuels";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

**(iii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**(iv)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

**(v)** "Bodily injury" or "property damage" arising out of a blowback from a heating system;

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(f)** At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)**, which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

**(i)** "motor fuels";

**(ii)** kerosene;

**(iii)** lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

**(iv)** waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

**(i)** "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii),** and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury" or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

**(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or "property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants" or any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)** which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

(i) "motor fuels";

(ii) kerosene;

(iii) lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

(i) "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i)**, **(ii)**, **(iii)**, and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

(ii) any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

(iii) arising out of a blowback from a heating system.

"Motor fuels" means a petroleum or non-petroleum based substance that is typically used in the operation of a motor or engine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)     Policy Number: 0697156     Transaction Effective Date: 09-01-2018

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement,** subparagraph **c.** of **SECTION I** is deleted, and replaced with the following:

**c.** This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-68 (10-01)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to 2. Exclusions in COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY of SECTION I - COVERAGES:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS OPERATIONS - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f.**, **Pollution** of Paragraph **2.**, **Exclusions** of **Bodily Injury And Property Damage Liability (Section I - Coverages)** and to Subparagraphs **m.**, **Pollution** and **n.**, **Pollution-Related** of Paragraph **2.**, **Exclusions** of **Personal And Advertising Injury Liability (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER:    0697156

**COMMERCIAL GENERAL LIABILITY**
CG 03 00 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM   or   PER OCCURRENCE |
|---|---|
| Bodily Injury Liability | |
| OR | |
| Property Damage Liability | |
| OR | |
| Bodily Injury Liability and/or | |
| Property Damage Liability Combined | $2,500 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Copyright, Insurance Services Office, Inc., 1994

Insured Copy

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

          Copyright, Insurance Services Office, Inc., 1994          CG 03 00 01 96

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL GENERAL LIABILITY**
CG 04 37 05 14

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Loss Of Electronic Data Limit: $ 50,000** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following paragraph is added to **Section III - Limits Of Insurance:**

Subject to **5.** above, the Loss Of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

Insured Copy

**D.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**E.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

© Insurance Services Office, Inc., 2013
CG 04 37 05 14

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description And Location Of Premises: |
| --- |
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS EXCLUSION DOES NOT APPLY TO:<br><br>1. COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BUILDING;<br>2. BUILDINGS AND RELATED PREMISES WHERE YOU CONDUCT BUSINESS OR CONTRACTING OPERATIONS; OR<br>3. "BODILY INJURY" OR "PROPERTY DAMAGE" COVERAGE INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".<br><br>SEE ENDORSEMENT IL-F-10.2 FOR ADDITIONAL DESCRIPTIONS AND LOCATIONS OF PREMISES (IF ANY). |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;

2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

CG 21 00 07 98

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROADENED COVERAGE FOR OTHER
# ORGANIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Item **3.** of **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

**3.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 01 22 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CONTRACTUAL LIABILITY EXCLUSION AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.b.** of **Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**B.** Section **I - Supplementary Payments - Coverages A And B** is replaced by the following:

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these coverage does not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

© ISO Properties, Inc., 2006

Insured Copy

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorney's fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

 © ISO Properties, Inc., 2006 CG 01 22 12 07

Insured Copy

<div align="right">

COMMERCIAL GENERAL LIABILITY
CG 26 05 02 07
</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraph **1. Bankruptcy** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part, and in case an execution against the insured on a final judgement is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Part against the company to the same extent that the insured would have, had the insured paid the final judgment.

**C.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** Condition under **Section IV - Commercial General Liability Conditions:**

Our rights do not apply against any person or organization insured under this or any other Coverage Part we issue, with respect to the same event which results in "occurrence".

© ISO Properties, Inc., 2006

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
CG 26 81 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - DUTIES CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE **CG 04 35**
LIMITED PRODUCT WITHDRAWAL EXPENSE ENDORSEMENT **CG 04 36**
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PERSONAL INJURY LIABILITY ENDORSEMENT **CG 28 05**
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The following is added to the Duties Condition:

The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

 © ISO Properties, Inc., 2003

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## BUSINESS AUTO COVERAGE PART

**ITEM ONE** - NAMED INSURED and Address - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided Column below. Each of these coverages will apply to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | | | |
| Personal Injury Protection (or equivalent No-fault coverage) | | Separately stated in each P.I.P. Endorsement | |
| Added Personal Injury Protection or (or equivalent No-fault coverage) | | Separately stated in each Added P.I.P. Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately stated in the P.P.I. Endorsement $           Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Uninsured Motorists | | | |
| Underinsured Motorists | | | |
| Physical Damage Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto", but no deductible applies to "loss" caused by fire or lightning. | X |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| Physical Damage Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto". | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 =
Symbol 11 =
Symbol 12 =
Symbol 13 =

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**ITEM THREE** - SCHEDULE OF COVERED "AUTOS" YOU OWN - REFER TO AUTO SCHEDULE

**ITEM FOUR** - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUM - LIABILITY **INSURANCE**

| State | Estimated Cost of Hire For Each State | Rate Per Each $100 Cost of Hire |
|---|---|---|
|  |  |  |

Cost of hire means the total amount you incur for the hire of "autos" you do not own (not including "autos" you borrow or rent from your employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE** - SCHEDULE FOR NON-OWNERSHIP LIABILITY:

| Rating Basis - Number of Employees: |
|---|

**FORMS AND ENDORSEMENTS APPLICABLE:**

<div align="center">**SEE SCHEDULE ATTACHED**</div>

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations - Business Auto Coverage | CA-F-1 (01-17) |
| Automobile Schedule - Part 1 | CA-F-70 PT.1 (11-01) |
| Business Auto Coverage Form | CA 00 01 (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Silica or Silica-Related Dust Exclusion for Covered Autos Exposure | CA 23 94 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes | CA 01 38 (10-13) |
| Summary of State Minimum Auto Liability Limits | CA-F-118 (11-01) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Business Auto Amendatory Endorsement | CA-F-5 (10-13) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Insured Copy

### FEDERATED SERVICE INSURANCE COMPANY

#### AUTOMOBILE SCHEDULE - Part 1

| Vehicle Number | Year, Make, Size Gallonage and Body type | Vehicle ID Number | R | Li W U M | Bus. to Use Work | Cost New | Age Grp/ Symb | Comp Ded | Coll Ded | Spec Causes | Garaging Location & ZIP Code and/or Assigned Driver & Birthdate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1# | 2015 RAM PROMASTER | 3C6URVJG8FE513052 | L | Li S | | 35,000 | 4 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 2# | 2015 RAM PROMASTER | 3C6URVJG3FE506722 | L | Li S | | 35,000 | 4 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 3# | 2014 NISS NV2500 | 1N6AF0LX1EN104791 | L | Li C | | 30,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 4 | 2009 TOYT TACOMA | 5TENX22N59Z647545 | L | Li S | | 32,000 | 10 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 5 | 2007 TOYT TUNDRA | 5TFMT52157X004395 | L | Li S | | 30,000 | 12 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 6# | 2013 NISS NV2500 | 1N6BF0LX8DN113779 | L | Li C | | 30,000 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 7# | 2014 RAM PROMASTER | 3C6TRVDG3EE105774 | L | Li S | | 35,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 8# | 2014 NISS NV2500 | 1N6BF0LX2EN107249 | L | Li C | | 30,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 9# | 2017 NISS NV200S | 3N6CM0KNXHK693395 | L | Li C | | 30,000 | 2 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 10# | 2013 NISS NV2500 | 1N6BF0LX0DN112626 | L | Li C | | 30,000 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 11# | 2017 NISS NV2500 | 1N6AF0LY4HN804236 | L | Li C | | 35,000 | 2 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |

# - This Vehicle ID number is incorrect. Please send us the correct Vehicle ID number to ensure proper identification of your vehicle.

| R - Radius of Operation | GW - Gross Weight | BU - Business Use Class | AM - Annual Mileage |
|---|---|---|---|
| L - Local up to 50 miles    I - Intermediate 51 to 200 miles D - Long Distance over 200 miles | Li - Light    M - Medium    H - Heavy    E - Extra Heavy | S - Service    R - Retail    C - Commercial | in Thousands (Truck Tractor only) |

Insured Copy

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

**1.** If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**2.** But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

**a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

**b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto".

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Insured Copy

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2.** **Coverage Extensions**

**a.** **Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b.** **Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B.** **Exclusions**

This insurance does not apply to any of the following:

**1.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2.** **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3.** **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

 © Insurance Services Office, Inc., 2011

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011
CA 00 01 10 13

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto";

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

1. The most we will pay for:

   a. "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000 if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

    **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

    **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

    **1. Appraisal For Physical Damage Loss**

    If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

    **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

    We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

    **(1)** How, when and where the "accident" or "loss" occurred;

    **(2)** The "insured's" name and address; and

    **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

    **b.** Additionally, you and any other involved "insured" must:

    **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

    **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

    **(4)** Authorize us to obtain medical records or other pertinent information.

    **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

    **c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

    **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

    **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

    **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

    **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

    **3. Legal Action Against us**

    No one may bring a legal action against us under this Coverage Form until:

    **a.** There has been full compliance with all the terms of this Coverage Form; and

    **b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

Insured Copy

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Insured Copy

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   **(1)** Snow removal;

   **(2)** Road maintenance, but not construction or resurfacing; or

   **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011       CA 00 01 10 13

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

  **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

  **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 23 94 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

---

CA 23 94 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

    **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-115 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 01 38 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

For a covered "auto" licensed or principally garaged in Minnesota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **A. Coverage** in **Section II - Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **A.2.a. Coverage Extensions** of **Section II - Covered Autos Liability Coverage** is amended by the addition of the following:

(7) Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **C. Limit Of Insurance** in **Section II - Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **A.2.** of **Section III Trailer Interchange Coverage** in the Motor Carrier Coverage Form is replaced by the following:

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**F.** Paragraph **A.3. Coverage Extensions** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is revised by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The Conditions are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal; or

**b.** More than $10,000, either party may demand an appraisal of the "loss".

CA 01 38 10 13 © Insurance Services Office, Inc., 2013 Page 1 of 2

Insured Copy

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

The following duties apply:

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability Coverage do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1.** **Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud Condition** does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

© Insurance Services Office, Inc., 2013

CA 01 38 10 13

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUMMARY OF STATE MINIMUM AUTO LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in the state shown below, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule displays, by state, the minimum auto liability limits required under the state's financial responsibility or compulsory liability insurance law.

Limits shown below apply to the particular state's financial responsibility, compulsory liability, minimum limits or similar language in regards to auto liability. These limits are subject to change according to state law mandate.

### SCHEDULE

| | Minimum Liability Limits | |
|---|---|---|
| State | Split Limits[a] | Combined[b] |
| Alabama | 25/50/25 | 75,000 |
| Alaska | 50/100/25 | 125,000 |
| Arizona | 15/30/10 | 40,000 |
| Arkansas | 25/50/25 | 75,000 |
| California | 15/30/5 | 35,000 |
| Colorado | 25/50/15 | 65,000 |
| Connecticut | 25/50/25 | 75,000 |
| Delaware | 25/50/10 | 60,000 |
| Dist. of Columbia | 25/50/10 | 60,000 |
| Florida | 10/20/10 | 30,000 |
| Georgia | 25/50/25 | 75,000 |
| Hawaii | 20/40/10 | 50,000 |
| Idaho | 25/50/15 | 65,000 |
| Illinois | 25/50/20 | 70,000 |
| Indiana | 25/50/25 | 75,000 |
| Iowa | 20/40/15 | 55,000 |
| Kansas | 25/50/25 | 75,000 |
| Kentucky | 25/50/10 | 60,000 |
| Louisiana | 15/30/25 | 55,000 |
| Maine | 50/100/25 | 125,000 |
| Maryland | 30/60/15 | 75,000 |
| Massachusetts | 20/40/5 | 45,000 |
| Michigan | 20/40/10 | 50,000 |
| Minnesota | 30/60/10 | 70,000 |
| Mississippi | 25/50/25 | 75,000 |
| Missouri | 25/50/10 | 60,000 |

Includes copyrighted material of Insurance Services Office Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

| State | Minimum Liability Limits | |
| --- | --- | --- |
| | Split Limits[a] | Combined [b] |
| Montana | 25/50/20 | 70,000 |
| Nebraska | 25/50/25 | 75,000 |
| Nevada | 25/50/20 | 70,000 |
| New Hampshire | 25/50/25 | 75,000 |
| New Jersey | 15/30/5 | 35,000 |
| New Mexico | 25/50/10 | 60,000 |
| New York | 25/50/10 | 60,000 |
| | Wrongful Death 50/100 | |
| North Carolina | 30/60/25 | 85,000 |
| North Dakota | 25/50/25 | 75,000 |
| Ohio | 25/50/25 | 75,000 |
| Oklahoma | 25/50/25 | 75,000 |
| Oregon | 25/50/20 | 70,000 |
| Pennsylvania | 15/30/5 | 35,000 |
| Rhode Island | 25/50/25 | 75,000 |
| South Carolina | 25/50/25 | 75,000 |
| South Dakota | 25/50/25 | 75,000 |
| Tennessee | 25/50/15 | 65,000 |
| Texas | 30/60/25 | 85,000 |
| Utah | 25/65/15 | 80,000 |
| Vermont | 25/50/10 | 60,000 |
| Virginia | 25/50/20 | 70,000 |
| Washington | 25/50/10 | 60,000 |
| West Virginia | 25/50/25 | 75,000 |
| Wisconsin | 25/50/10 | 60,000 |
| Wyoming | 25/50/20 | 70,000 |

a. Split Limits are in thousands. The first number shown is the per person bodily injury limit; the second number is the per accident bodily injury limit; and the third number is the per accident property damage limit.

b. Combined single limit of insurance is the most an insurer will pay in any one accident regardless of the components (bodily injury, property damage) of the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CA-F-124 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS AUTO AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

A. **SECTION I - COVERED AUTOS** is changed as follows:

1. All references in this Section to **Symbol 2** are changed as follows:

    **2A = Owned "autos" only.** Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" whose ownership you acquire after the policy begins.

    **2B = Owned "autos" other than "trailers" you own.** Only those "autos" you own other than "trailers", including such "autos" whose ownership you acquire after the policy begins.

    **2C = Owned "trailers" only.** Only the "trailers" you own, including those whose ownership you acquire after the policy begins.

2. All references in this Section to **Symbol 3** are changed as follows:

    **3A = Owned private passenger "autos" only.** Only the private passenger "autos" you own. This includes those private passenger "autos" whose ownership you acquire after the policy begins.

    **3B = Owned private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight only.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

3. All references in this Section to **Symbol 4** are changed as follows:

    **4A = Owned "autos" other than private passenger "autos" only.** Only those "autos" you own which are not of the private passenger types (and for Covered Autos Liability Coverage any "trailer" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type, whose ownership you acquire after the policy begins.

    **4B = Owned "autos" other than private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

4. Paragraph **C.3.** is deleted and the following is substituted therefor:

    3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" which is out of normal use because of its:

        a. breakdown;

        b. repair;

        c. servicing;

        d. "loss"; or

        e. destruction

        The coverages applicable to the temporary substitute "auto" are the same coverages which are applicable to the covered "auto" which is out of service.

5. Wherever the terms "owned autos" or "covered autos you own" are used in this coverage form, except in **SECTION IV - BUSINESS AUTO CONDITIONS B.5. Other Insurance,** these terms shall include within their meaning:

    Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

B. **SECTION II - COVERED AUTOS LIABILITY COVERAGE** is changed as follows:

    Exclusion **B.5. Fellow Employee** is deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-5 (10-13)  Policy Number: 0697156  Transaction Effective Date: 09-01-2018

Insured Copy

C.  **SECTION III- PHYSICAL DAMAGE COVERAGE** is changed as follows:

    1.  The phrase "its equipment" in paragraph **A.1.** is defined to mean, subject to the **Exclusions,** the following:

        a.  Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

        b.  Contents kept in the covered "auto" which are normally factory installed or are common to the "auto's" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

    2.  **COVERAGE A.2. Towing** is deleted.

D.  If you have both Equipment Dealers Stock Floater Coverage and Garagekeepers Coverage issued by us, the definition of "customer's auto" as it applies to the **GARAGEKEEPERS COVERAGE** endorsement is changed to read as follows:

"Customer's auto" means a land motor vehicle, "trailer" or semi-trailer designed for use on public roads lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-5 (10-13)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2018

Insured Copy

COMMERCIAL AUTO
CA 02 18 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

Insured Copy

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012
CA 02 18 10 13

2. **Nonrenewal**

   a. If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   b. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   c. Proof of mailing of any notice shall be sufficient proof of notice.

B. For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

1. **Cancellation**

   a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   c. **Policies In Effect Less Than 90 Days**

      If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

      (1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation, if we cancel for any other reason.

d. **Policies In Effect 90 Days Or More**

   If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

   (3) An act or omission by you that substantially increases or changes the risk insured;

   (4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

   (5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

   (6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

   (7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

   (8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

© Insurance Services Office, Inc., 2012

Insured Copy

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012

CA 02 18 10 13

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

**ITEM ONE** - **NAMED INSURED AND ADDRESS** - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|---|
| Covered Autos Liability | 21 | 11 | $500,000          Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage) | 25 | 11 | Separately Stated in Each P.I.P. Endorsement | X |
| New York Only: Mandatory Basic Economic Loss | | | Limit & Premium (NY Only) | |
| Optional Basic Economic Loss | | | | |
| Additional Personal Injury Protection | | | | |
| Aggregate No Fault Benefits Available | | | | |
| Maximum Monthly Work Loss | | | | |
| Other Necessary Expenses (per day) | | | | |
| Death Benefit | | | | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | | |
| Medical Expense and Income Loss Benefits (Virginia Only) | | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22 | 11 | SEE CA-F-93 | X |
| Underinsured Motorists (not applicable in NY) | 22 | 11 | SEE CA-F-93 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | | |

CA-F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | **30  11** **30  11** | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | **12** | See ITEM SIX | | X |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | **12** | See ITEM SIX | | X |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | **$500,000** **$1,000,000** | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | **$100,000** | Any One Premises | X |
| Personal and Advertising Injury Limit | | **$500,000** | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | **$1,000,000** | Aggregate | X |
| Acts, Errors or Omissions Liability | | **$500,000** **$1,000,000** | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10  = _____
Symbol 11  = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US. _____
Symbol 12  = SEE CA 99 10 _____
Symbol 13  = _____
_____

**FORMS AND ENDORSEMENTS APPLICABLE:    \*\*SEE SCHEDULE ATTACHED\*\***

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 2873 HIGHWAY 61, MAPLEWOOD, MN  55109-1082 |
| 4 | 2923 MAPLEWOOD DR, MAPLEWOOD, MN  55109 |
| 5 | 1241 BEAM AVE, MAPLEWOOD, MN  55109 |
| 6 | 4605 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 7 | 4625 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 8 | 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN  55077 |
| 9 | 4600 AKRON AVE, INVER GROVE HEIGHTS, MN  55077 |
| 10 | 12790 PLAZA DR, EDEN PRAIRIE, MN  55344 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM FOUR** **- LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 29.00 | 29.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 38.00 | 29.64 | |
| | Class IC - All Other Employees | 154.00 | 64.68 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | 2.00 | 1.66 | 124.98 |
| 4 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 5 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 6 | Class IA - Employees Furnished Autos | 14.00 | 14.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 26.00 | 20.28 | |
| | Class IC - All Other Employees | 100.00 | 42.00 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 76.28 |
| 7 | Class IA - Employees Furnished Autos | 1.00 | 1.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 10.00 | 4.20 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 9.10 |
| 8 | Class IA - Employees Furnished Autos | 25.00 | 25.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 23.00 | 17.94 | |
| | Class IC - All Other Employees | 76.50 | 32.13 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 75.07 |
| 9 | Class IA - Employees Furnished Autos | 6.00 | 6.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 17.50 | 7.35 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 17.25 |
| 10 | Class IA - Employees Furnished Autos | 17.00 | 17.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 21.50 | 16.77 | |
| | Class IC - All Other Employees | 39.50 | 16.59 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 50.36 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

<u>**ITEM FOUR**</u>  **- LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I** **Employees**

IA  ˗ Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB  - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC  - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II** - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

<u>**ITEM FIVE**</u> - **GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FIVE**</u> - **GARAGEKEEPERS COVERAGE (Continued)**

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " ☒ " |
|---|---|---|
| MN | ☒ Comprehensive | $4,500,000 Minus $1,000 deductible for each covered "customer's BLKT auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | $5,000 deductible for all such "loss" in any event |
|  | ☒ Collision | $4,500,000 Minus $1,000 deductible for each covered "customer's BLKT auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |
|  | ☐ Comprehensive | Minus deductible for each covered "customer's auto" for "loss" subject to maximum |
|  | ☐ Specified Causes of Loss | deductible for all such "loss" in any event |
|  | ☐ Collision | Minus deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>ITEM SIX</u>  **- PHYSICAL DAMAGE COVERAGES**

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an   [X]. | | |
|---|---|---|---|
| ☐ Comprehensive | Minus | | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

<u>ITEM SEVEN</u>  - **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 93 |

<u>ITEM EIGHT</u>  - **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS -**
**REFER TO BUSINESS AUTO SCHEDULE**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (01-17) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (01-17) |
| Additional Insured Endorsement | CA-F-75 (10-13) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Uninsured and Underinsured Motorists Limit of Insurance | CA-F-93 (10-13) |
| Minnesota Uninsured And Underinsured Motorists Coverage | CA 21 24 (10-13) |
| Uninsured and Underinsured Motorists Amendment | CA-F-81 (10-13) |
| Minnesota Personal Injury Protection | CA 22 25 (01-17) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Minnesota Employee Benefits Liability Coverage | CA 25 82 (10-13) |
| Executive Personal Liability Coverage | CA-F-133 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Additional Insured - Managers, Owners or Lessors of Premises | CA-F-137 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Silica or Silica-Related Dust Exclusion for Covered Autos Exposure | CA 23 94 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Silica Or Silica-Related Dust Exclusion for General Liability Coverages | CA 25 39 (10-13) |
| Communicable Disease Exclusion for General Liability Coverages | CA 25 57 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Drive Other Car Coverage - Broadened Coverage For Named Individuals | CA 99 10 (10-13) |
| Named Individuals - Broadened Personal Injury Protection Coverage | CA-F-68 (04-91) |
| Vicarious and Broadened Auto Liability Coverage | CA-F-102 (10-13) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |

Continued on Next Page

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
| --- | --- |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (MN) (10-13) |
| Physical Damage Coverage For Rental Autos | CA-F-54 (10-13) |
| Multi-Cover Liability Endorsement | CA-F-7 (02-18) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes - Auto Dealers Coverage Form | CA 01 33 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Insured Copy

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS COVERAGES

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|--------|--|-------------------------------------------------|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|----|----|----|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   **(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

   **(4)** Your customers. However, if a customer of yours:

     **(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

     **(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

   **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

   **(1)** All expenses we incur.

   **(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

   **(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

   **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

   **(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

   **(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out- of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

   **(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

   **(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i.** **Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j.** **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k.** **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l.** **Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m.** **Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n.** **Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft; or

(c) Mischief or vandalism.

(3) **Collision Coverage**

Caused by:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

a. You.

b. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

c. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

d. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

e. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

a. All expenses we incur.

b. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

c. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

d. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

e. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

a. This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

b. We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

c. We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

**b. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

(1) **Nuclear Hazard**

(a) The explosion of any weapon employing atomic fission or fusion; or

(b) Nuclear reaction or radiation, or radioactive contamination, however caused.

(2) **War Or Military Action**

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

(1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

(2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

(3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

(4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

(5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

(6) Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

(a) Permanently installed in or upon the covered "auto";

(b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

(c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

(d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

(1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

(2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

(1) Your expected profit, including loss of market value or resale value.

(2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

(3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

(4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

 © Insurance Services Office, Inc., 2011

e. We will not pay for "loss" to a covered "auto" due to "diminution in value".

f. **Other Exclusions**

We will not pay for "loss" due and confined to:

(1) Wear and tear, freezing, mechanical or electrical breakdown.

(2) Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. **Limits Of Insurance**

a. The most we will pay for:

(1) "Loss" to any one covered "auto" is the lesser of:

(a) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

(b) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

(2) All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

(a) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(b) Removable from a permanently installed housing unit as described in Paragraph (2)(a) above; or

(c) An integral part of such equipment as described in Paragraphs (2)(a) and (2)(b) above.

b. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

c. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

d. The following provisions also apply:

(1) Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

(2) **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

(3) **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

**A. Bodily Injury And Property Damage Liability**

1. **Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

© Insurance Services Office, Inc., 2011

**f.    Pollution**

(1)  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a)  At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b)  At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c)  At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i)  To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

(ii)  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d)  That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2)  Any loss, cost or expense arising out of any:

(a)  Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b)  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.    Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

© Insurance Services Office, Inc., 2011

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p.** **Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

   **(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

   **(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q.** **Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C.** **Locations And Operations Medical Payments**

**1.** **Coverage**

   **a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

   **b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

   **c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      **(1)** First aid administered at the time of an "accident";

      **(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

      **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.** **Exclusions**

This insurance does not apply to "bodily injury":

   **a.** **Workers' Compensation**

   To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **b.** **Insured**

   To any "insured".

   **c.** **Hired Person**

   To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

   **d.** **Injury On Normally Occupied Premises**

   To a person injured on that part of the premises you own or rent that the person normally occupies.

   **e.** **Athletic Activities**

   To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f.** **Injury Away From Auto Dealer Locations**

   Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

 © Insurance Services Office, Inc., 2011

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

   **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

   **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(b)** Arising out of your "products" or "work you performed";

   **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

   **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

   **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section I - Covered Autos Coverages or Section III - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   a. Personally commit;

   b. Personally participate in;

   c. Personally acquiesce to; or

   d. Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   a. Bankruptcy;

   b. Financial inability to pay;

   c. Insolvency;

   d. Liquidation; or

   e. Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section III.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

b. Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when e. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in f. below.

e. This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2011

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or "work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

**c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

**d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

**1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**2.** While it is in or on an aircraft, watercraft or "auto"; or

**3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**1.** False arrest, detention or imprisonment;

**2.** Malicious prosecution;

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**6.** The use of another's advertising idea in your "advertisement"; or

**7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

**1.** The goods or products made or sold in an "auto" dealership by:

**a.** You; or

**b.** An "auto" dealership you have acquired; and

**2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

    **1.** Work that someone performed on your behalf; and

    **2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II.** **SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **D.4.e.** is deleted.

**III.** **SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV.** **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

**2.** Paragraph **F.1.a.(3)** is changed to read as follows:

**(3)** Collision Coverage. Caused by:

**(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

**(b)** The covered "auto's" overturn.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

3. The following coverage is added:

   **Preservation of "Autos"**

   We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

   **(a)** Fire, hail, or flood.

   **(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

   These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

4. Exclusion **F.3.d.(2)** is deleted.

5. Exclusion **F.3.d.(3)** is deleted.

6. Paragraph **F.4.d.(2)** is deleted.

7. Paragraph **F.4.d.(3)** is deleted.

8. If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

   "Auto" means a land motor vehicle, "trailer" or semi-trailer designed for travel on public roads.

**V.** **SECTION IV - CONDITIONS** is changed as follows:

   **B.** **General Conditions**

   **5.** **Other Insurance -** paragraph **a.** is deleted and replaced by the following:

   **a.** For any covered "auto" you own or you don't own:

   When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VI.** **SECTION V - DEFINITIONS** is changed as follows:

   **D.** "Auto" is amended to also include:

   **1.** Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

   **2.** Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

   When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

   **Z.** "Earth movement" means:

   **1.** Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

   **2.** Landslide, including any earth sinking, rising or shifting related to such event;

   **3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

   **4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   **AA.** "Water" means:

   **1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   **2.** Mudslide or mudflow; or

   **3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**VII.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

   Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    LIMITED TO CERTIFICATE HOLDER AS FINANCING AGENT
    FOR THE NAMED INSURED'S BUILDING LOCATED AT 1037
    HWY 110, INVER GROVE HEIGHTS, MN.  BORROWER: LKMCD
    PROPERTIES LLC.

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

**1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

**2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

**4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible **5.a.** and **5.b.** are replaced by the following:

The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $ 10,000 | Per "Accident" |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

 © Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, the limit for Uninsured and Underinsured Motorists Coverage as provided by your policy is modified as follows:

**1.** For all directors, officers, partners or owners of the named insured and their "family members" who qualify as "insureds" under the WHO IS INSURED of the Uninsured and Underinsured Motorists Coverage attached to this policy, the limit of insurance shall apply per "accident" as follows:

$500,000 Uninsured Motorists

$500,000 Underinsured Motorists _____ This limit of insurance is for Each "accident" and is the most we will pay form all damages resulting from any one "accident" or "loss" regardless of the number of directors, officers, partners, owners or family members involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

**2.** For any other persons qualifying as "insureds" under the WHO IS AN INSURED provision of the applicable coverage, the limit shown below shall apply per "accident". If no limit is shown below, no coverage is afforded to any other person.

$50,000 Uninsured Motorists MN

$50,000 Underinsured Motorists MN _____ This limit of insurance is for each "accident" and is the most we will pay for all damages resulting from any one "accident" or "loss" regardless of the number of other persons involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

**3.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the highest limit shown above is the most we will pay for all damages resulting from any one "accident" or "loss" unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy. This paragraph does not provide additional coverage or limits not available under paragraphs 1 or 2 above.

**4.** For purposes of this endorsement, "family member" means a person related to the director, officer, partner or owner of the named insured by blood, marriage or adoption who is a resident of that individual's household including a ward or foster child.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-93 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

POLICY NUMBER:0697156

COMMERCIAL AUTO
CA 21 24 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| --- |
| Endorsment Effective Date: 09-01-2018 |

### SCHEDULE

| Limit Of Insurance | | |
| --- | --- | --- |
| Uninsured Motorists Coverage: | $ SEE DECLARATIONS | Each "Accident" |
| Underinsured Motorists Coverage: | $ SEE DECLARATIONS | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1.  We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

2.  Any judgment for damages arising out of a "suit" brought against an uninsured or underinsured motorist is not binding on us unless we have:

    a.  Received reasonable notice of the commencement of the "suit" resulting in judgment; and

    b.  Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1.  An individual, then the following are "insureds":

    a.  The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled with the owner or operator of an "uninsured motor vehicle" without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" under Uninsured Motorists Coverage, if that "bodily injury" is sustained by:

a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage; or

b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage.

4. "Bodily injury" under Underinsured Motorists Coverage, if that "bodily injury" is sustained by:

a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage; or

b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a "family member" who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota No-fault Automobile Insurance Act, while using a covered "auto" which is owned by the Named Insured.

6. Punitive or exemplary damages.

7. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D. Limit Of Insurance

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident":

a. With an "uninsured motor vehicle" is the limit of Uninsured Motorists Coverage shown in the Schedule.

b. With an "underinsured motor vehicle" is the limit of Underinsured Motorists Coverage shown in the Schedule.

We will apply the Limit Of Liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured "bodily injury" liability.

2. Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss.

3. We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

© Insurance Services Office, Inc., 2012

CA 21 24 10 13

Insured Copy

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

**1.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other applicable insurance" applies only to other collectible uninsured motorists insurance and is replaced by the following:

**a.** With respect to coverage we provide when a covered "auto" the Named Insured owns is involved in an "accident", only:

**(1)** The Limit Of Insurance for Uninsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "uninsured motor vehicle" is legally responsible.

**(2)** The Limit of Insurance for Underinsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "underinsured motor vehicle" is legally responsible.

**b.** If an "insured" sustains "bodily injury" while:

**(1)** "Occupying" a vehicle not owned by that person or while not "occupying" any vehicle; or

**(2)** "Occupying" a vehicle owned by the Named Insured or any "family member", if the Named Insured is an individual, and such vehicle is insured under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

| First Priority | The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | Any Coverage Form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

**(1)** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy.

**(2)** Where there is applicable insurance available under the first priority:

**(a)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying", under the Coverage Form or policy in the first priority, shall first be exhausted; and

**(b)** If there is other applicable insurance available under one or more policies or provisions of coverage:

The maximum recovery in the second priority under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

If the coverage under this Coverage Form is provided:

**(i)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

 © Insurance Services Office, Inc., 2012

Insured Copy

    (ii) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

    **(3)** We will pay only our share of the "loss", not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits in the same level of priority.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

For an "underinsured motor vehicle", **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are also changed by adding the following:

**a.** Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle". Such notice shall:

    **(1)** Identify the "insured", the owner or driver of the "underinsured motor vehicle" and the insurer of the "underinsured motor vehicle";

    **(2)** Disclose the limits of the automobile liability insurance available to the owner or driver of the "underinsured motor vehicle"; and

    **(3)** Disclose the agreed upon amount of the tentative settlement; and

**b.** Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following and supersedes any provision to the contrary:

**Transfer Of Rights Of Recovery Against Others To Us**

**a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**c.** For an "underinsured motor vehicle", Paragraph **3.a.** of the Transfer Of Recovery Against Others To Us Condition does not apply if:

    **(1)** We have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

    **(2)** We fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of written notification:

    **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

    **(2)** We also have a right to recover the advance payment.

**d.** Our rights under Paragraph **3.a.** of this condition do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**e.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

    **(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

© Insurance Services Office, Inc., 2012

CA 21 24 10 13

Insured Copy

(2) Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**f.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** To which **(1)** no bodily injury liability bond or policy applies at the time of an "accident" or **(2)** a bodily injury liability bond or policy applies at the time of the "accident" but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Minnesota No-fault Automobile Insurance Act;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must cause an "accident" resulting in "bodily injury" to an "insured" without hitting a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who **(1)** denies coverage, **(2)** is or becomes insolvent or **(3)** cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "underinsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a bodily injury liability bond or policy applies at the time of the "accident" in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act but its limit for "bodily injury" liability is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle or equipment:

**a.** For which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company **(1)** denies coverage or **(2)** is or becomes insolvent;

Insured Copy

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "uninsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

© Insurance Services Office, Inc., 2012

CA 21 24 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

The Arbitration Condition is deleted from the Uninsured and Underinsured Motorists Coverage attached to this policy.

**THIS ENDORSEMENT APPLIES TO COVERED AUTOS LICENSED OR PRINCIPALLY GARAGED IN OR GARAGE OPERATIONS CONDUCTED IN: ALABAMA, ARIZONA, ARKANSAS, COLORADO, CONNECTICUT, DELAWARE, IDAHO, INDIANA, KANSAS, LOUISIANA, MAINE, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, OREGON, RHODE ISLAND, SOUTH DAKOTA, UTAH, WASHINGTON AND WISCONSIN.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 22 25 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

## SCHEDULE

| |
|---|
| In consideration of an increase in premium, the following Personal Injury Protection Coverage option applies as indicated below or in the Declarations: |
| ☐ The Named Insured elects to add together two or more Personal Injury Protection Coverages. (Refer to Paragraph **3.** of the Limit Of Insurance Provision.) |
| In consideration of a reduction in premium, exclusion of work loss applies as indicated below or in the Declarations: |
| ☐ Work loss will not be provided for the Named Insured age 65 or older, or age 60 or older, if retired and receiving a pension. |
| ☐ Work loss will not be provided for the Named Insured and any "family member" age 65 or older, or age 60 or older, if retired and receiving a pension. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## A. Coverage

The company will pay, in accordance with the Minnesota No-fault Automobile Insurance Act, Personal Injury Protection benefits incurred with respect to "bodily injury" sustained by an "insured" caused by an "accident" arising out of the maintenance or use of a "motor vehicle" as a vehicle, or through being struck by a motorcycle. These Personal Injury Protection benefits consist of the following:

### 1. Medical Expenses

Means all reasonable expenses incurred for necessary:

**a.** Medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices;

**b.** Prescription drugs as provided under MINN.STAT.§65B.44.Subd.2;

**c.** Ambulance and all other transportation expenses incurred in traveling to receive other covered medical expense benefits;

**d.** Sign interpreting and language translation services, other than such services provided by a member of the "insured's" family, related to the receipt of medical expenses provided under Paragraph **A.1.** of this provision; and

**e.** Hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious belief; however, it does not include expenses in excess of those for a semiprivate room, unless more intensive care is medically required.

### 2. Work Loss

Means:

**a.** 85% of loss of gross income resulting from the "insured's" inability to work on a regular basis including the costs incurred by an "insured" who is self-employed in hiring substitute "employees" to perform tasks which are necessary to maintain his or her income, which he or she normally performs himself or herself, and which he or she cannot perform because of his or her injury; or

**b.** Lost unemployment benefits in an amount equal to the unemployment benefits otherwise payable, if the "insured":

**(1)** Is unemployed at the time of the injury and is receiving or is eligible to receive unemployment benefits; and

**(2)** Loses eligibility for unemployment benefits because of his or her inability to work caused by injury;

reduced by any income from work actually performed by the "insured", or by any income he or she would have earned in available appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake.

### 3. Essential Services Expenses

Expenses reasonably incurred during a period commencing eight days after the date of the accident and during the "insured's" lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he or she not been injured, he or she would have performed not for income but for the direct benefit of himself or herself or his or her household; if the non-fatally injured "insured" normally, as a full-time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance.

### 4. Funeral Expenses

Reasonable expenses for professional funeral and burial services, including expense for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

### 5. Survivors' Loss

Means:

**a.** "Loss", in the event of the death of an "insured" occurring within one year from the date of the "accident", of contributions of money or tangible things of economic value, not including services, that his or her surviving dependents would have received from him or her for their support during their dependency had he or she not suffered the fatal "bodily injury"; and

© Insurance Services Office, Inc., 2016

**b.** Expenses reasonably incurred by surviving dependents after the death of an "insured" in obtaining ordinary and necessary substitute services in lieu of those he or she would have performed for their benefit had he or she not suffered the fatal "bodily injury", minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he or she attains majority, marries or becomes otherwise emancipated, or dies.

**B. Who Is An Insured**

**1.** The Named Insured or any "family member" who sustains "bodily injury" while "occupying" a "motor vehicle", or while a pedestrian as a result of an "accident" involving any "motor vehicle" or motorcycle.

**2.** Any other person who sustains "bodily injury" while "occupying" the "insured motor vehicle", or while a pedestrian as a result of an "accident" involving the "insured motor vehicle".

**3.** Any other person who sustains "bodily injury" while "occupying" a "motor vehicle" not owned by, but operated by the Named Insured or "family member", other than a public or livery conveyance, if the "bodily injury" results from the operation of the "motor vehicle" by the Named Insured or "family member". As used in this provision, public or livery conveyance includes, but is not limited to, any period of time a "motor vehicle" is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

**1.** Sustained by any "family member" if such "family member" is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured under the terms of any other Coverage Form or policy with respect to such coverage.

**2.** Sustained by any person, other than the Named Insured or "family member", if such person is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured or "family member" under the terms of any other Coverage Form or policy with respect to such coverage.

**3.** Sustained by any person arising out of the maintenance or use of a "motor vehicle":

**a.** Being used in the business of transporting persons or property; or

**b.** Furnished by the employer of the Named Insured or "family member";

if with respect to such vehicle the security required by the Minnesota No-fault Automobile Insurance Act is in effect, provided that such "bodily injury" is sustained while not "occupying" another involved "motor vehicle"; however, this exclusion does not apply to **(i)** the "insured motor vehicle", **(ii)** a commuter van as defined in the Minnesota No-fault Automobile Insurance Act, **(iii)** a vehicle being used to transport children to school or to a school sponsored activity, **(iv)** a vehicle being used to transport children as part of a family or group family day care program, **(v)** any bus, other than a bus included as a vehicle described in **(ii), (iii)** or **(iv)** above, while in operation within the state of Minnesota as to any Minnesota resident who is an insured as defined in the Minnesota No-fault Automobile Insurance Act, or **(vi)** a passenger in a taxi.

**4.** To any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his or her intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself or herself, his or her survivors are not entitled to any survivors' loss benefits.

**5.** Sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor, other than a rally held in whole or in part upon public roads.

**6.** Sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

7. Sustained by any person if such injury arises out of conduct in the course of loading or unloading any "motor vehicle" unless the conduct occurs while such person is "occupying" such "motor vehicle".

8. Sustained by any person while "occupying" a motorcycle.

9. To Personal Injury Protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an "insured" as a result of any one "accident".

10. Sustained by any person, other than the Named Insured or any "family member", arising out of the maintenance or use by such person of a "motor vehicle" without a good faith belief that he or she is legally entitled to use such "motor vehicle".

11. Sustained by any person, other than the Named Insured or any "family member", while a pedestrian through being struck by the "insured" "motor vehicle", if the "accident" occurs outside the state of Minnesota.

12. Sustained by any person arising out of the maintenance or use of a "motor vehicle" while located for use as a residence or premises.

13. Arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

14. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

15. With respect to work loss, essential services expenses and survivors' loss benefits, sustained by any person, other than the Named Insured or "family member", while "occupying" any "motor vehicle", not owned by the Named Insured or "family member", which is being operated by the Named Insured or "family member".

16. Sustained by any person, other than the Named Insured or any "family member", while "occupying" a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the state of Minnesota, its political subdivisions, municipal corporations or public agencies, if the "accident" occurs outside the state of Minnesota.

D. **Limit Of Insurance**

1. Except as provided in Paragraph **3.**, regardless of the number of persons insured, policies or plans of self-insurance applicable, premiums paid, claims made or "insured motor vehicles" to which this coverage applies, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate and subject to such aggregate:

   a. The maximum amount payable for "medical expenses" shall not exceed $20,000.

   b. The maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000. Subject to this maximum aggregate:

      (1) The maximum amount payable for work loss shall not exceed $500 per week.

      (2) The maximum amount payable for essential services expenses shall not exceed $200 per week.

      (3) The maximum amount payable for funeral expenses shall not exceed $5,000.

      (4) The maximum amount payable for survivors' loss benefits:

         (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week; and

         (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week.

© Insurance Services Office, Inc., 2016   CA 22 25 01 17

Insured Copy

**2.** Any amount payable by the company under the terms of this coverage shall be reduced by:

**a.** Any amounts paid, payable or required to be provided on account of such "bodily injury" under any workers' compensation law; except that if the "accident" involves a "motor vehicle" used in a "ridesharing arrangement", this coverage shall be primary.

**b.** The amount of any deductible applicable to "medical expenses" set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or by a "family member", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in this Coverage Form, and such amount shall be allocated equally among them.

**c.** The amount of any deductible applicable to work loss set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or any "family member".

**3.** If the Schedule or Declarations indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, regardless of the number of persons insured, premiums paid or claims made, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate, per "insured motor vehicle", and subject to each such aggregate:

**a.** The maximum amount payable for "medical expenses" shall not exceed $20,000 per "insured motor vehicle".

**b.** The maximum amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000 per "insured motor vehicle". Subject to this maximum aggregate:

   **(1)** The maximum amount payable for work loss shall not exceed $500 per week per "insured motor vehicle".

   **(2)** The maximum amount payable for essential services expenses shall not exceed $200 per week per "insured motor vehicle".

   **(3)** The maximum amount payable for funeral expenses shall not exceed $5,000 per "insured motor vehicle".

   **(4)** The maximum amount payable for survivors' loss benefits:

     **(a)** With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week per "insured motor vehicle"; and

     **(b)** With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week per "insured motor vehicle".

**E.** **Changes In Conditions**

The **Conditions** are changed for Personal Injury Protection as follows:

**1.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are replaced by the following:

**a.** In the event of any "accident", written notice containing particulars sufficient to identify the "insured" and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to us or any of our authorized agents within six months from the date of the "accident". Failure to provide such written notice shall not render an "insured" ineligible to receive benefits unless actual prejudice is shown by us and then only to the extent of the prejudice. If an "insured", his or her legal representative or his or her surviving dependents shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such "insured", his or her legal representative or his or her surviving dependents.

b. As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury", treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. An "insured" who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than a medical rehabilitation procedure or treatment, shall notify us that he or she has undertaken the procedure, treatment or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment or training, unless we know or have reason to know of the undertaking. If the "insured" does not give the required notice within the prescribed time, we are responsible only for $1,000 or the expense incurred after the notice is given and within 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

2. **The Transfer Of Rights Of Recovery Against Others To Us** Policy Condition does not apply.

3. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are amended by the following:

   In the event the "insured" has other similar insurance including self-insurance available and applicable to the "accident", we shall not be liable for a greater proportion of any loss to which this coverage applies than the Limit of Insurance hereunder bears to the sum of the applicable Limits of Insurance of this coverage and such other insurance.

   However, if the driver or occupant of a "motor vehicle" sustains "bodily injury" while using the vehicle in the business of transporting persons or property, this insurance is primary.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Policy Condition is replaced by the following:

   **Two Or More Coverage Forms Or Policies Issued By Us**

   If the Schedule indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, the Two Or More Coverage Forms Or Policies Issued By Us provision in the Policy Conditions section of the Coverage Form does not apply to coverage afforded under this endorsement. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

5. The following conditions are added:

   **Coordination, Nonduplication And Priority Of Payments**

   a. No "insured" shall recover duplicate benefits for the same elements of "loss" under this or any similar insurance including self-insurance.

   b. Any amount payable under any Uninsured Motorists Coverage afforded under this Coverage Form or policy shall be reduced by the amount of any Personal Injury Protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance Coverage Form or policy because of "bodily injury" sustained by an "insured".

   **Constitutionality Clause**

   The premium for and the coverages of the Policy have been established in reliance upon the provisions of the Minnesota No-fault Automobile Insurance Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such act invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Policy and the provisions of this endorsement shall be voidable or subject to amendment at our option.

 © Insurance Services Office, Inc., 2016 CA 22 25 01 17

Insured Copy

**Arbitration**

If you and we disagree on the amount of "loss" under Personal Injury Protection and the disputed amount is:

**a.** $10,000 or less, both parties must submit to arbitration; or

**b.** More than $10,000, we will advise the "insured" whether we will submit the claim to arbitration.

Arbitration will be conducted in accordance with the Rules of Procedure For No-fault Arbitration contained in the Minnesota Insurance Laws.

In the event of arbitration, each party will select a competent arbitrator. The two arbitrators will select a competent and impartial umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen arbitrator; and

**b.** Bear the other expenses of the arbitration and umpire equally.

If we submit to arbitration, we still retain our right to deny the claim.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means the spouse or any person related to the Named Insured by blood, marriage or adoption, including a minor in the custody of the Named Insured, spouse or such related person, who is a resident of the same household as the Named Insured whether or not temporarily residing elsewhere.

**2.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the Coverage Form or Policy applies and for which a specific premium is charged; and

**b.** The Named Insured is required to maintain security under the provisions of the Minnesota No-fault Automobile Insurance Act.

**3.** "Motor vehicle" means every vehicle, other than a motorcycle or other vehicle with fewer than four wheels, which:

**a.** Is required to be registered pursuant to Minnesota Statutes, Chapter 168; and

**b.** Is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property, and includes a "trailer" with one or more wheels, when the "trailer" is connected to or being towed by a "motor vehicle".

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Ridesharing arrangement" means the transportation of persons, for a fee or otherwise, in a "motor vehicle" when the transportation is incidental to another purpose of the driver. The term includes the forms of shared transportation known as car pools, commuter van pools and bus pools whether or not furnished by an employer. It does not include transportation of "employees" by an employer from one place to another.

**6.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 82 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA EMPLOYEE BENEFITS LIABILITY COVERAGE

### THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.

### PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:**     09-01-2018 |

### SCHEDULE

| Coverage | Limits Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $   1,000,000 | **Each Employee** | $     1,000 | $   INCLUDED |
| | $   2,000,000 | **Employee Benefits Aggregate** | | |
| **Retroactive Date** | 09-01-2018 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A. Employee Benefits Liability Coverage**

    **1. Coverage**

        **a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

            **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

            **(2)** Our right to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

        **b.** This insurance applies to damages only if:

            **(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

            **(2)** The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

            **(3)** A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

        **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

            **(1)** When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

            **(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

        **d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

    **2. Exclusions**

    This insurance does not apply to:

        **a. Dishonest, Fraudulent, Criminal Or Malicious Act**

        Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

        **b. Bodily Injury, Property Damage Or Personal And Advertising Injury**

        "Bodily injury", "property damage" or "personal and advertising injury".

        **c. Failure To Perform A Contract**

        Damages arising out of failure of performance of contract by any insurer.

        **d. Insufficiency Of Funds**

        Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

        **e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

        Any "claim" based upon:

            **(1)** Failure of any investment to perform;

            **(2)** Errors in providing information on past performance of investment vehicles; or

            **(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

 © Insurance Services Office, Inc., 2013 CA 25 82 10 13

**f.  Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g.  ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h.  Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

**i.  Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j.  Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.  Supplementary Payments**

We will pay for the "insured":

1.  All expenses we incur.

2.  The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3.  All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4.  All costs taxed against the "insured" in any "suit" against the "insured" we defend.

5.  All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

6.  Prejudgment interest awarded against the "insured" on that part of judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limit of Insurance.

**C.  Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

1.  You.

2.  Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

3.  Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

4.  Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

5.  Each of your "employees" who is or was authorized to administer your "employee benefit program".

6.  Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

    **a.**  Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

    **b.**  Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

     © Insurance Services Office, Inc., 2013

Insured Copy

**D. Limits Of Insurance**

1. The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   a. "Insureds";

   b. "Claims" made or "suits" brought;

   c. Persons or organizations making "claims" or bringing "suits";

   d. Acts, errors or omissions; or

   e. Benefits included in your "employee benefit program".

2. The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

3. Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   a. An act, error or omission; or

   b. A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

1. Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

2. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

      (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any "insured", you must:

      (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

 © Insurance Services Office, Inc., 2013 CA 25 82 10 13

**c.** You and any other involved "insured" must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

**d.** No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**e.** The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

**2.** The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

   **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

      **(a)** No Retroactive Date is shown in the Schedule of this insurance; or

      **(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

   **(2)** When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

   **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

   **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**G. Extended Reporting Period**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is cancelled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

   **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

   **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" "insured";

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

**H. Definitions**

For the purposes of the coverage provided by this endorsement, **Section V - Definitions** is amended as follows:

**1.** The "Employee" definition is replaced by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**2.** The "Suit" definition is replaced by the following":

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**3.** The following definitions are added:

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

© Insurance Services Office, Inc., 2013    CA 25 82 10 13

Insured Copy

d. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

(1) Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4) Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

 © Insurance Services Office, Inc., 2013

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a.  If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b.  If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c.  If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Contingent Workers' Compensation Coverage

We will issue a Standard Workers Compensation policy at rates and premiums at the inception date of each policy if you become legally obligated to pay benefits required by the Workers Compensation Act, provided:

1.  That such obligation did not arise out of any business or business property you own or operate or of any partnership or joint venture of which you are a partner or member.

2.  You have not elected to provide and pay compensation according to provisions of the Workers Compensation Act and do not so elect during the policy term.

3.  You do not have in effect on the date of the accident a policy providing Workers Compensation benefits for the injured person.

4.  This agreement does not apply to any "employee" injured while engaged in duties directly or indirectly connected with farm tractors, trailers, implements, draft animals or vehicles for use therewith, while under contract to others for a charge in connection with any farming operation.

The policy to be provided shall be effective (a) from the effective date of this policy or (b) from the date of commencement of the operations in which the "employee" was injured, whichever is later.

If we are not permitted to issue a Worker's Compensation policy in a given state or pay the benefits directly to the person(s) entitled to them, we will reimburse you for the benefits required by the workers compensation law of that state.

The "Workers Compensation Act" shall mean the Workmen's Compensation Law or Workers Compensation Law, or any Occupational Disease Law applicable in the state in which the named insured has established his principal residence.

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

a.   is sudden, unforeseen, and unexpected;

b.   is independent of any illness, disease or other bodily malfunction;

c.   happens by chance;

d.   arises from a source external to the "victim"; and

occurs within 180 days of the "assault or attack".

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on DECLARATIONS AUTO DEALERS COVERAGE FORM do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

a.   "Loss of life" $250,000;

b.   "Loss of speech" and "loss of hearing" $200,000;

c.   "Loss of speech" or "loss of hearing" and one of the following:  "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;

d.   Loss of both hands $200,000;

e.   Loss of both feet $200,000;

f.   Loss of sight in both eyes $200,000;

g.   Loss of any two of the following:    "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;

h.   "Loss of speech" $100,000;

i.   "Loss of hearing" $100,000;

j.   "Loss of hand" $100,000;

k.   "Loss of foot" $100,000;

l.   "Loss of sight of an eye" $100,000;

m.   "Loss of thumb and index finger" $75,000;

n.   "Mutilation" $50,000.

At your discretion you may use all of, or part of the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

a.   at your discretion - payment for ransom; if none

b.   the spouse of the "victim" who lived with the "victim"; if none

c.   the domestic partner of the "victim" who lived with the "victim"; if none

d.   the estate of the "victim".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family members(s)". The following are not eligible to receive this reward payment:  You, or a "family member(s)" of any person covered by this endorsement.

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction" - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -

a.   spouse

b.   children, their children or other descendents of theirs

c.   parents, grandparents or other ancestors of theirs,

who live with you, including spouses or domestic partners of all of the above. Parents, grandparents and others ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment. A "physician" does not include you or a "family member(s)".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by you as a domestic "employee" or residential staff. In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority. However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

**Other Insurance**

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to "accidental death and dismemberment benefit".

**Your Duties After a Loss**

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible. In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible. In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible. In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required. In the event of a death claim Proof of death is required and must include a certified copy of the death certificate.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)". We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select. We may also have an autopsy done by a "physician", unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 07 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING.<br>THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

 © Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2023 MAPLEWOOD DR N MAPLEWOOD, MN | LMCD PROPERTIES OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LMCD PROPERTIES OF MINNESOTA
LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2911 HWY 61 N MAPLEWOOD, MN | M&M PARTNERSHIP OF MINNESOTA | $ INCLUDED |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

M&M PARTNERSHIP OF MINNESOTA
LLP
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 46 S ROBERT TR INVERGROVE HEIGHTS, MN & 14 MENDOTA RD INVER GROVE HEIGHTS, MN | MCDANIELS INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCDANIELS INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR
## LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2889 HWY 61 N & 1241 BEAM AVE MAPLEWOOD, MN. | MMH INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 12790 PLAZA DR EDEN PRAIRIE, MN 55344 | MCEP INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCEP INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| See IL-F-40-0001 | BRILLIANCE LAND MANAGEMENT LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-137 - BRILLIANCE LAND MANAGEMENT LLC

RE: 210 N ROUTE 31 CRYSTAL LAKE, IL; 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL;810 RT 176 CRYSTAL LAKE, IL.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 4625 S ROBERT TR INVER GROVE HEIGHTS, MN | MCD PROPERTIES OF IGH LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1500 N RANDALL RD ELGIN, IL | BLMS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BLMS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)                    Policy Number: 0697156            Transaction Effective Date:   09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN 55077 | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1037 HIGHWAY 110 & 4600 AKRON AVE S INVER GROVE HEIGHTS, MN | LKMCD PROPERTIES LLC | **$ INCLUDED** |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

© Insurance Services Office, Inc., 2013

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 23 94 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

**(1)** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

**(1)** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**(2)** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

Insured Copy

<div align="right">

COMMERCIAL AUTO
CA 25 39 10 13

</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**C. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL AUTO
CA 25 57 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

© Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 60 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

A. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

© Insurance Services Office, Inc., 2011

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

(5) If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

(6) That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

   © Insurance Services Office, Inc., 2011   CA 25 60 10 13

Insured Copy

COMMERCIAL AUTO
CA 99 55 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 99 10 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE -
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

### SCHEDULE

| Name Of Individual: | ANDY HULCHER |
|---|---|
| | STEVE MCDANIELS |
| | BRYAN OKUBO |

| Covered Autos Liability Coverage | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
|---|---|---|---|---|
| **Auto Medical Payments** | Limit | $ | Premium: | $ |
| **Comprehensive** | Deductible: | $      0 | Premium: | $ INCLUDED |
| **Collision** | Deductible: | $      50 | Premium: | $ INCLUDED |
| **Uninsured Motorists** | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| **Underinsured Motorists** | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

**1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**2.** The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

© Insurance Services Office, Inc., 2011    CA 99 10 10 13

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NAMED INDIVIDUALS -
## BROADENED PERSONAL INJURY PROTECTION COVERAGE

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

| Name of Individual | State | Premium |
|---|---|---|
| ANDY HULCHER | MN | $ INCLUDED |
| STEVE MCDANIELS | MN | $ INCLUDED |
| BRYAN OKUBO | MN | $ INCLUDED |

The individual named in the schedule of this endorsement and any "family member" of the named individual shall be considered a "named insured" for the personal injury protection coverage provided for the state shown in the schedule.

For the purpose of this endorsement, "family member" means a person related to the individual named in this endorsement by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child, whether or not temporarily residing elsewhere.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-68 (04-91)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VICARIOUS AND BROADENED AUTO LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. CHANGES IN LIABILITY INSURANCE**

1. Any "auto" owned by a "son or daughter" of any director, officer, partner or owner of the named insured is a covered "auto" for LIABILITY COVERAGE but only:

   **a.** For "vicarious liability."

   **b.** While being used by a director, officer, partner or owner of the named insured.

   **c.** While being used by a spouse of a director, officer, partner or owner of the named insured.

2. The following is added to WHO IS AN INSURED:

   Any director, officer, partner or owner of the named insured including their spouse are "insureds" for any covered "auto" described in paragraph **A.1.** of this endorsement.

3. The insurance provided by this endorsement is excess over any other collectible insurance.

**B. ADDITIONAL DEFINITIONS**

As used in this endorsement:

"Auto" includes "mobile equipment."

"Son or daughter" means a child related by blood or adoption who is a resident of his or her parent's household, including a ward or foster child.

"Vicarious liability" means indirect legal responsibility which an "insured" becomes obligated to pay by reason of liability imposed on the "insured" by law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission
CA-F-124 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.  Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)**  Causing or contributing to the intoxication of any person;

**(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)**  The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)**  Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

    **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)** Odometer readings; or

        **(2)** Disclosure of "prior damage"; or

        **(3)** The use of non-original equipment manufacturer parts; or

        **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

[X] **4.** Title Errors and Omissions Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B. OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C. EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D. LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

**E. DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

1. "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2. "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3. "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4. "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5. "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

   **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

   your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

   **B.** Deductible

   Item **F.7.** is deleted and replaced by the following:

   We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

   We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

   **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

   **H.** "Customer's auto" is amended to also include watercraft.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-153 (08-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverages attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others for a term of 6 months or longer.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-51 (MN) (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PHYSICAL DAMAGE COVERAGE FOR RENTAL AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

Physical Damage Coverage is changed as follows:

Any private passenger type "auto", pick-up truck or van with a gross vehicle weight of 10,000 pounds or less that is rented by:

1. you; or
2. any "employee" or "temporary worker" in the course of their employment by you;

under a formal rental agreement and for which a rental charge is made is a covered "auto". This coverage does not apply to:

1. any "auto" rented from you, your "employees", "temporary workers" or members of their families; or
2. any "auto" rented for a period of more than 30 consecutive days.

The deductible amount applicable to each covered "auto" under this extension of coverage is $500 for comprehensive coverage and $500 for collision coverage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-54 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MULTI-COVER LIABILITY ENDORSEMENT

This endorsement changes insurance provided under the following:

AUTO DEALERS COVERAGE FORM

AUTO DEALERS COVERAGE FORM is changed to include the following coverage:

**I. NON-OWNED WATERCRAFT COVERAGE EXTENSION**

**SECTION II - GENERAL LIABILITY COVERAGE A.2.g.(2)** is replaced with the following:

**(2)** A watercraft that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge; or

**II. CONTRACTUAL LIABILITY COVERAGE EXTENSION**

The definition of "insured contract" is changed to include any contract or agreement:

**(1)** that pertains to the leasing or rental of an "auto" to you or on your behalf; or

**(2)** that holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-7 (02-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $ 50,000 | **Per Customer Complaint Legal Defense Limit** | $ 500,000 **Customer Complaint Legal Defense Aggregate Limit** | $ 1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

    a. The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

    b. Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

    a. Prejudgment or post judgment interest;

    b. Punitive damages;

    c. Civil or criminal fines; or

    d. Penalties imposed by law

    imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

    A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**B. Exclusions**

1.  This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

    **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

    **(1)** An "accident";

    **(2)** "Bodily Injury" or "Property Damage";

    **(3)** "Personal and advertising injury";

    **(4)** "Acts, errors or omissions"; or

    **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

    **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

    Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

    **(1)** Personally commit;

    **(2)** Personally participate in;

    **(3)** Personally acquiesce to; or

    **(4)** Remain passive after having knowledge of;

    any such act, error or omission.

    **c.** Product Recall

    The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    **d.** Mechanical Breakdown or Warranty Agreements

    Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

    **e.** Pollutants

    Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

    **f.** Workers Compensation or Disability Benefits

    Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1.  You.

2.  Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3.  Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4.  Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

    **b.** Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limit of Insurance**

**1.** Regardless of the number of:

    **a.** "Insureds";

    **b.** "Customer complaints"; or

    **c.** Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

**2.** Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

**3.** All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

**4.** The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E. Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

**1.** The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of "Customer Complaint"**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of a "customer complaint", you must:

        **(1)** Promptly record the specifics of the "customer complaint" and the date received; and

        **(2)** Notify us, in writing, as soon as practicable.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

        **(3)** Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

        **(4)** Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2018

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**Policy Period, Coverage Territory**

The coverage territory is:

  **a.** The United States of America;

  **b.** The territories and possessions of the United States of America;

  **c.** Puerto Rico; and

  **d.** Canada

4. The following condition is added:

**Transfer Of Duties When The Limit of Insurance Is Exhausted**

  **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

  **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

  **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

  **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

  **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

  **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

  **(1)** Cooperate in the transfer of control of "customer complaints".

  **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

The duty of the first Named Insured to reimburse us will begin on:

  **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

  **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

  **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1.  The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

    "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

    "Suit" includes

    a.  An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2.  The following definitions are added:

    a.  "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

    b.  "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

        (1) All expenses we incur.

        (2) All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

        (3) All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

        (4) Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b(1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

   **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

   **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-116 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

I. **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

   **A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

      your "products" or "work you performed";
      if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

   **B.** Deductible

     **1.** Item **F.7.** is deleted and replaced by the following:

        We will deduct    $2,500    from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

II. **SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

   **A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

     **1.** Defective parts or materials; or

     **2.** Faulty "work you performed".

   **B.** Deductible

     **1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

     **2.** We will deduct    $2,500    from any amount payable as damages as a result of this endorsement.

        You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay    100    percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 01 33 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **D.1. Coverage** under **Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **D.3.a. Supplementary Payments** of **Covered Autos Liability Coverage** is amended by the addition of the following:

Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **D.5. Limit Of Insurance - Covered Autos Liability** of **Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **E.3. Coverage Extensions** of **Garagekeepers Coverage** is amended by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**F.** Paragraph **E. Supplementary Payments** of **General Liability Coverages** and Paragraph **D. Supplementary Payments** of **Acts, Errors Or Omissions Liability Coverages** are amended by the addition of the following:

**6.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay if we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 © Insurance Services Office, Inc., 2013

**G.** The **Conditions** are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal;

**b.** More than $10,000, either party may demand an appraisal of the "loss".

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

The following duties apply:

**3. Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability, General Liability and Acts, Errors Or Omissions Liability Coverages do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage Coverage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

© Insurance Services Office, Inc., 2013          CA 01 33 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

    **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Insured Copy

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

 © Insurance Services Office, Inc., 2012 CA 02 18 10 13

Insured Copy

2. **Nonrenewal**

   a. If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   b. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   c. Proof of mailing of any notice shall be sufficient proof of notice.

B. For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

   1. **Cancellation**

      a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

      b. We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

      c. **Policies In Effect Less Than 90 Days**

         If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

         (1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

         (2) 30 days before the effective date of cancellation, if we cancel for any other reason.

   d. **Policies In Effect 90 Days Or More**

      If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

      (3) An act or omission by you that substantially increases or changes the risk insured;

      (4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

      (5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

      (6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

      (7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

      (8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

© Insurance Services Office, Inc., 2012

Insured Copy

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2.** **Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012    CA 02 18 10 13

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Common Declarations Revisions

Add Location

        Location  14
        1350 50TH ST E
        INVER GROVE HEIGHTS MN  55077

                        No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-30-2018
                        Issue Date:  11-02-2018

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective        09-01-2018

## Property Revisions

```
Add Commercial Property Building

     Location   14
     Building    1
     1350 50TH ST E   VEHICLE STORAGE WHSE
     Sprinklered

Add Building Coverage              Additional Premium:  $2,167

     Location   14                  Building     1
     Building
     Limit:  $4,878,000             Special Cause of Loss
                                    Replacement Cost

Add Personal Property Of Insured   Additional Premium:  $1

     Location   14                  Building     1
     Personal Property of Insured
     Limit:  $1,000                 Special Cause of Loss
                                    Replacement Cost

Add Personal Property Of Others    Additional Premium:  $1

     Location   14                  Building     1
     Personal Property of Others
     Limit:  $1,000                 Special Cause of Loss
                                    Replacement Cost
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-30-2018
                        Issue Date:  11-02-2018

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Property Revisions

Add Premier Select                Additional Premium:  $109

    Location  14                Building   1
    Business Income              Special Cause of Loss

Add Utility Services - Time Element    Additional Premium:  $231

    Location  14                Building   1
    Utility Services - Time Element
    Limit:  $250,000

Add Premier Select

    Location  14        Building   1
    Business Income

Add Earthquake Coverage

    Location  14        Building   1
    Building
    Earthquake Deductible 10%

Location   1  Building   1        Additional Premium:  $44
    Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-30-2018
                 Issue Date:  11-02-2018

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Property Revisions

–
```
                      Total Property Charge      $2,553
   Additional Certified Acts of Terrorism Premium    $130
            Additional MN Fire Safety Surcharge       $3
                  Additional Surcharge Total          $3

Additional Certified Acts of Terrorism Premium Total    $130

             Total Endorsement Charge      $2,683

  Additional MN Fire Safety Surcharge       $3

          Additional Surcharge Total        $3

          Total Amount Charged      $2,686

    This will appear on your next bill
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-30-2018
                         Issue Date:  11-02-2018

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Change Premium Credit

    Retention Amount:   $0

Change Auto Dealers Liability Rating Units

    Location    1
    Number of Employees Furnished Autos:   11.00
    Number of Salespersons & GM not Furnished Autos:   38.00
    Number of Other Employees: 172.00
    Number of Non-Employees over age 24:   2.00
    Number of Dealer Plates:  30
    Number of Autos - pp type:    1

Change Auto Dealers Liability Rating Units

    Location    6
    Number of Employees Furnished Autos:    3.50
    Number of Salespersons & GM not Furnished Autos:   26.00
    Number of Other Employees: 111.50
    Number of Dealer Plates:   10

Change Auto Dealers Liability Rating Units

    Location    8
    Number of Employees Furnished Autos:   11.00
    Number of Salespersons & GM not Furnished Autos:   23.00
    Number of Other Employees:  90.50
    Number of Dealer Plates:  20
    Number of Autos - pp type:    1

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                         PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156              Transaction Effective Date:  09-01-2018
                         Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2018

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units

      Location    9
      Number of Employees Furnished Autos:    2.00
      Number of Salespersons & GM not Furnished Autos:    5.00
      Number of Other Employees: 21.50
      Number of Dealer Plates: 10
      Number of Autos - pp type:    1

Change Auto Dealers Liability Rating Units

      Location   10
      Number of Employees Furnished Autos:    8.00
      Number of Salespersons & GM not Furnished Autos:  21.50
      Number of Other Employees: 48.50
      Number of Dealer Plates: 20
      Number of Autos - pp type:    1

Location  1                         Return Premium:  $164
Personal Injury Protection Coverage

Location   1                        Additional Premium:  $2
Drive Other Car Liability Coverage

Location   1                        Return Premium:  $1,293
Liability Coverage -  Without Full Covered Autos Liability

Location   1                        Return Premium:  $13
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                   Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Location   1                          Return Premium:  $71
Auto Dealer Extension Endorsement

Location   1                          Return Premium:  $110
Extended Defense Protection Coverage

Location   1                          Return Premium:  $7
Multi-cover Endorsement

Location   1                          Return Premium:  $26
Title Errors & Omissions Coverage

Location   1                          Return Premium:  $28
Truth in Lending and Leasing Coverage

Location   1                          Return Premium:  $59
Employee Benefits Liability Coverage

Location   4                          Additional Premium:  $2
Personal Injury Protection Coverage

Location   4                          Additional Premium:  $13
Liability Coverage -  Without Full Covered Autos Liability

Location   4                          Additional Premium:  $1
Extended Defense Protection Coverage

Location   4                          Additional Premium:  $1
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   5 <br> Personal Injury Protection Coverage | Additional Premium: | $2 |
| Location   5 <br> Liability Coverage -  Without Full Covered Autos Liability | Additional Premium: | $13 |
| Location   5 <br> Extended Defense Protection Coverage | Additional Premium: | $1 |
| Location   5 <br> Truth in Lending and Leasing Coverage | Additional Premium: | $1 |
| Location   6 <br> Personal Injury Protection Coverage | Return Premium: | $86 |
| Location   6 <br> Liability Coverage -  Without Full Covered Autos Liability | Return Premium: | $548 |
| Location   6 <br> Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium: | $6 |
| Location   6 <br> Auto Dealer Extension Endorsement | Return Premium: | $30 |
| Location   6 <br> Extended Defense Protection Coverage | Return Premium: | $47 |
| Location   6 <br> Multi-cover Endorsement | Return Premium: | $3 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Location   6                         Return Premium:  $11
Title Errors & Omissions Coverage

Location   6                         Return Premium:  $12
Truth in Lending and Leasing Coverage

Location   7                         Additional Premium:  $13
Personal Injury Protection Coverage

Location   7                         Additional Premium:  $84
Liability Coverage -  Without Full Covered Autos Liability

Location   7                         Additional Premium:  $1
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   7                         Additional Premium:  $5
Auto Dealer Extension Endorsement

Location   7                         Additional Premium:  $7
Extended Defense Protection Coverage

Location   7                         Additional Premium:  $2
Title Errors & Omissions Coverage

Location   7                         Additional Premium:  $2
Truth in Lending and Leasing Coverage

Location   8                         Return Premium:  $171
Personal Injury Protection Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE ®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Location   8                      Return Premium:  $1,097
Liability Coverage -  Without Full Covered Autos Liability

Location   8                      Return Premium:  $11
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   8                      Return Premium:  $60
Auto Dealer Extension Endorsement

Location   8                      Return Premium:  $93
Extended Defense Protection Coverage

Location   8                      Return Premium:  $6
Multi-cover Endorsement

Location   8                      Return Premium:  $22
Title Errors & Omissions Coverage

Location   8                      Return Premium:  $24
Truth in Lending and Leasing Coverage

Location   9                      Return Premium:  $55
Personal Injury Protection Coverage

Location   9                      Return Premium:  $351
Liability Coverage -  Without Full Covered Autos Liability

Location   9                      Return Premium:  $3
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective     09-01-2018

## Auto Dealer Revisions

Location   9                          Return Premium:  $20
Auto Dealer Extension Endorsement

Location   9                          Return Premium:  $30
Extended Defense Protection Coverage

Location   9                          Return Premium:  $2
Multi-cover Endorsement

Location   9                          Return Premium:  $7
Title Errors & Omissions Coverage

Location   9                          Return Premium:  $8
Truth in Lending and Leasing Coverage

Location   10                         Return Premium:  $81
Personal Injury Protection Coverage

Location   10                         Return Premium:  $698
Liability Coverage -  Without Full Covered Autos Liability

Location   10                         Return Premium:  $7
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   10                         Return Premium:  $39
Auto Dealer Extension Endorsement

Location   10                         Return Premium:  $60
Extended Defense Protection Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective     09-01-2018

## Auto Dealer Revisions

Location  10                         Return Premium:  $3
Multi-cover Endorsement

Location  10                         Return Premium:  $14
Title Errors & Omissions Coverage

Location  10                         Return Premium:  $15
Truth in Lending and Leasing Coverage

            Return Certified Acts of Terrorism Premium Total          $6

                    Total Endorsement Credit      $5,247

                    This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective          09-01-2018

## Property Revisions

Add Additional Interest

        Location  12                    Building   1
        Building
        TOYOTA MOTOR COMPANY
        CORPORATION
        13920 SE EASTGATE WAY STE 130
        BELLEVUE WA  98005
        Mortgagee (CP-F-11)
        Interest Description:  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL
                               NAMED INSURED.

Add Form(s)

        CP-F-11 (07-95) Mortgage Holders Interest Certificate

                               No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_____          _____          If you have any questions,
SECRETARY                 PRESIDENT                  please contact your
                                                     Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  01-22-2019
                      Issue Date:  01-23-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR COMPANY CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE<br>CRYSTAL LAKE IL  60014 | $10,000 | $17,042,000<br>BLANKET |
| | | Mortgagor:  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED<br>INSURED. | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2018    to 09-01-2019    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                                        PRESIDENT

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 01-22-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1)  Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)  10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 01-22-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Add Additional Interest                    No Premium Charge

     Location    1
     Additional  Insured
     Limit:  $0

Add Additional Interest                    No Premium Charge

     Location    1
     Additional  Insured
     Limit:  $0

Add Additional Interest
Add Additional Interest

     Location    1
     Additional  Insured
     TOYOTA MOTOR CREDIT CORPORATION
     13920 SE EASTGATE WAY STE 130
     BELLEVUE WA   98005
     Interest Description:   See IL-F-40-0002

Add Form(s)

     CA-F-75 (10-13) Additional Insured Endorsement
     IL-F-40-0002 (05-10) Extension Endorsement
     IL-F-40-0003 (05-10) Extension Endorsement

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156          Transaction Effective Date:  01-22-2019
                  Issue Date:  01-23-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    See IL-F-40-0002

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 01-22-2019

Insured Copy

# EXTENSION ENDORSEMENT
### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 210 N IL RTE 31, CRYSTAL LAKE,
IL.  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

　　AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.　WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.　The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.　We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
　　Relationship of the Additional Insured to the Insured:
　　See IL-F-40-0003

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)　　　Policy Number: 0697156　　　Transaction Effective Date: 01-22-2019

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 1500 RANDALL RD, ELGIN,IL.
BRILLIANCE SUBARU OF ELGIN INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective          09-01-2018

## Property Revisions

Add Additional Interest

        Location  11                    Building   1
        Personal Property of Insured
        TOYOTA MOTOR CREDIT
        CORPORATION
        2650 WARRENVILLE RD STE 320
        DOWNERS GROVE IL   60515
        Loss Payee (CP-F-10)

Add Additional Interest

        Location  11                    Building   1
        Building
        TOYOTA MOTOR CREDIT
        CORPORATION
        2650 WARRENVILLE RD STE 320
        DOWNERS GROVE IL   60515
        Mortgagee (CP-F-11)

Add Form(s)

        CP-F-10 (07-95) Loss Payable Certificate
        CP-F-11 (07-95) Mortgage Holders Interest Certificate

                No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  03-01-2019
                      Issue Date:  03-04-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    TOYOTA MOTOR CREDIT CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL  60515

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|------|------|----------|-----------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE CRYSTAL LAKE IL  60014 | $10,000 | $3,998,000 Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2018    to 09-01-2019    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                            **PRESIDENT**

CP-F-10 (07-95)      Policy Number: 0697156      Transaction Effective Date: 03-01-2019

Insured Copy

## MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -  FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL 60515

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE<br>CRYSTAL LAKE IL 60014 | $10,000 | $17,042,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2018 to 09-01-2019 12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                     PRESIDENT

CP-F-11 (07-95)        Policy Number: 0697156        Transaction Effective Date: 03-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 03-01-2019

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Add Additional Interest                    No Premium Charge

        Location    1
        Additional Insured
        Limit:   $0

Add Additional Interest

        Location    1
        Additional Insured
        TOYOTA MOTOR CREDIT CORPORATION
        2650 WARRENVILLE RD STE 320
        DOWNERS GROVE IL  60515
        Interest Description:   LIMITED TO THE CERTIFICATE HOLDER ACTING AS
                                FINANCING AGENT FOR BUILDING AND PERSONAL
                                PROPERTY FOR THE NAMED INSURED'S LOCATION AT
                                680 W TERRA COTTA AVE, CRYSTAL LAKE, IL 60014

Add Form(s)

        CA-F-75 (10-13) Additional Insured Endorsement

                            No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  03-01-2019
                        Issue Date:  03-04-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:

    LIMITED TO THE CERTIFICATE HOLDER ACTING AS
    FINANCING AGENT FOR BUILDING AND PERSONAL PROPERTY
    FOR THE NAMED INSURED'S LOCATION AT 680 W TERRA
    COTTA AVE, CRYSTAL LAKE, IL 60014

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL   60515

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 03-01-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED
INSURANCE ®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Add Additional Interest                Additional Premium:  $10

       Location    1
       Additional Insured - Owners Of Leased Or Rented Land Or Premises
       Limit:   $0
Add Additional Interest

       Location    1
       Additional Insured - Owners Of Leased Or Rented Land Or Premises
       RUSSO HARDWARE INC DBA RUSSO POWER EQUIPMENT INC
       & KANE HOLDINGS LLC
       9525 IRVING PARK RD
       SCHILLER PARK IL  60176
       Interest Description:   LANDLORD OF 1001 N RANDALL RD, ELGIN, IL
                               LEASED BY THE NAMED INSURED.

Add Form(s)

       CA 25 09 (10-13) Additional Insured - Owners Of Leased Or Rented
       Land Or Premises

                    Total Endorsement Charge        $10

                    This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_____         _____
          SECRETARY                         PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  03-11-2019
                        Issue Date:  03-12-2019

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 09 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 03-11-2019 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY THE NAMED INSURED. | RUSSO HARDWARE INC DBA RUSSO | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

B. The Insurance afforded by this endorsement does not apply to:
1. Any "accident" which occurs after you cease to be a tenant in the premises.
2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

CA 25 09 10 13   © Insurance Services Office, Inc., 2011   Page 1 of 1

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Add Additional Interest                  No Premium Charge

        Location    1
        Additional Insured
        Limit:  $0

Add Additional Interest

        Location    1
        Additional Insured
        RUSSO HARDWARE INC DBA RUSSO POWER EQUIPMENT INC
        & KANE HOLDINGS LLC
        9525 IRVING PARK RD
        SCHILLER PARK IL  60176
        Interest Description:   LANDLORD OF 1001 N RANDALL RD, ELGIN, IL
                                LEASED BY THE NAMED INSURED.

Add Form(s)

        CA-F-100 (10-13) Waiver Of Transfer Of Rights Of Recovery
        CA-F-129 (10-13) Primary and Non-Contributory Clause Endorsement

                        No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY              PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  03-12-2019
                        Issue Date:  03-12-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTORY CLAUSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE PART

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

It is agreed that the insurance provided by any additional insured endorsement is primary when primary coverage is required in a written contract. We will not seek contribution from any insurer when insurance on a non-contributing basis is required in a written contract. For coverage to apply, the written contract must have been executed prior to the occurrence of ″loss″.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

In the event of any payment under this AUTO DEALERS COVERAGE FORM, the company agrees to waive its rights under the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US condition against:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL    60176

its subsidiaries, directors, agents or employees, except when the payment results from the sole negligence of:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL    60176

its subsidiaries, agents or employees.

Additional Reference:

LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY
THE NAMED INSURED.

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN    55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-100 (10-13)           Policy Number: 0697156           Transaction Effective Date: 03-12-2019

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Property Revisions

Change Limit(s)                    Additional Premium:  $183

      Location    6                  Building    2
      Sign
      Limit:  $97,000                Special Cause of Loss
                                     Replacement Cost

Add Additional Interest

      Location   6                  Building    1
      Personal Property of Insured
      AMERICAN HONDA MOTOR CO INC
      1919 TORRANCE BLVD
      TORRANCE CA    90501
      Loss Payee (CP-F-10)
      Interest Description:   INVER GROVE HONDA. 14' X 14' X 50' HONDA
                              BRAND SIGN VALUE $122,000

Add Form(s)

      CP-F-10 (07-95) Loss Payable Certificate

Total Endorsement Charge        $183

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  04-23-2019
                Issue Date:  04-26-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:      AMERICAN HONDA MOTOR CO INC
1919 TORRANCE BLVD
TORRANCE CA  90501

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 Interest:  INVER GROVE HONDA. 14' X 14' X 50' HONDA BRAND SIGN VALUE $122,000 | $10,000 | $11,919,000 Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2018     to 09-01-2019      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                          **PRESIDENT**

CP-F-10 (07-95)              Policy Number: 0697156           Transaction Effective Date: 04-23-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Business Auto Revisions

Add Driver Excluded

          MUSSIE W EMBAYE
          2873 MAPLEWOOD DR
          MAPLEWOOD,MN 55109
          Excluded Driver - Previously Signed

Add Form(s)

      CA-F-83.5 (10-13) Driver Excluded

                         No Business Auto Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  0697156              Transaction Effective Date:  04-29-2019
                          Issue Date:  04-30-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective          09-01-2018

## Auto Dealer Revisions

**Add Driver Excluded**

       MUSSIE W EMBAYE
       2873 MAPLEWOOD DR
       MAPLEWOOD MN  55109
       Excluded Driver - Previously Signed

**Add Form(s)**

       CA-F-83.5 (10-13) Driver Excluded

                    No Auto Dealer Charge

                    No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  04-29-2019
                        Issue Date:  04-30-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MUSSIE W EMBAYE

Previously Signed On File

Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured   Previously Signed On File

Signature of Authorized Representative of the Named Insured

Date

Account Number   167-573-5

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person      MUSSIE W EMBAYE
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number     167-573-5 _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN    55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2018

## Business Auto Revisions

Delete Driver Excluded

       MUSSIE W EMBAYE
       2873 MAPLEWOOD DR
       MAPLEWOOD,MN 55109
       Excluded Driver - Previously Signed

Delete Form(s)

     CA-F-83.5 (10-13) Driver Excluded

                    No Business Auto Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_____
**SECRETARY**

_____
**PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number: 0697156       Transaction Effective Date: 06-17-2019
                      Issue Date: 06-17-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Delete Driver Excluded

    MUSSIE W EMBAYE
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109
    Excluded Driver - Previously Signed

Delete Form(s)

    CA-F-83.5 (10-13) Driver Excluded

No Auto Dealer Charge

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  06-17-2019
                 Issue Date:  06-17-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Property Revisions

Add Additional Interest

        Location    1                    Building    1
        Building
        2873 MAPLEWOOD PROPERTIES LLC
        2873 MAPLEWOOD DR N
        MAPLEWOOD MN    55109
        Additional Insured (CP-F-17)
        Interest Description:  BUILDING OWNER

Add Form(s)

        CP-F-17 (11-95) Additional Insured-Designated Premises Only

                                No Property Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  0697156            Transaction Effective Date:  07-05-2019
                          Issue Date:  07-09-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Add Additional Interest      No Premium Charge

     Location   1
     Additional Insured - Managers, Owners or Lessors of Premises
     Limit: $0

Add Additional Interest

     Location   1
     Additional Insured - Managers, Owners or Lessors of Premises
     2873 MAPLEWOOD PROPERTIES LLC
     2873 MAPLEWOOD DR N
     MAPLEWOOD MN  55109
     Interest Description:  2873 HIGHWAY 61, MAPLEWOOD MN 55109-1082

Add Form(s)

     CA-F-137 (10-13) Additional Insured - Managers, Owners or Lessors of
     Premises

                  No Auto Dealer Charge

                  No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY        PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)      Policy Number:  0697156      Transaction Effective Date:  07-05-2019
                   Issue Date:  07-09-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 | $10,000 | $47,993,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)        Policy Number: 0697156        Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

## SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 2873 HIGHWAY 61, MAPLEWOOD MN 55109-1082 | 2873 MAPLEWOOD PROPERTIES LLC | **$ INCLUDED** |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN   55109

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Property Revisions

Add Additional Interest

        Location    1                    Building    1
        Personal Property of Insured
        WELLS FARGO BANK NA DEALER
        LENDING SERVICES
        MAC D4004-03D
        401 N RESEARCH PKWY FL 3RD
        WINSTON SALEM NC   27101
        Lender Loss Payee (CP 12 21 MN)
        Interest Description:   ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD
                                      PROPERTIES LLC

Add Additional Interest

        Location    1                    Building    1
        Building
        WELLS FARGO BANK NA DEALER
        LENDING SERVICES
        MAC D4004-03D
        401 N RESEARCH PKWY FL 3RD
        WINSTON SALEM NC   27101
        Mortgagee (CP-F-11)
        Interest Description:   ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD
                                      PROPERTIES LLC

Add Form(s)

        CP 12 21 (10-12) Loss Payable Provisions-MN
        CP-F-11 (07-95) Mortgage Holders Interest Certificate

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  07-08-2019
                        Issue Date:  07-09-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2018

## Property Revisions

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number: 0697156          Transaction Effective Date: 07-08-2019
                        Issue Date: 07-09-2019

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | | | | |
| **Loss Payee Name:** WELLS FARGO BANK NA DEALER LENDING SERVICES | | | | | |
| **Loss Payee Address:** MAC D4004-03D 401 N RESEARCH PKWY FL 3RD WINSTON SALEM NC 27101 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

   **1. Loss Payable Clause**

   For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **2. Lender's Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

   **(1)** Warehouse receipts;

   **(2)** A contract for deed;

   **(3)** Bills of lading;

   **(4)** Financing statements; or

   **(5)** Mortgages, deeds of trust, or security agreements.

   **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

   **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

   **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

   **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

   **e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

 © Insurance Services Office, Inc., 2011 CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance Condition:**

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
MAC D4004-03D
401 N RESEARCH PKWY FL 3RD
WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE | $10,000 | $47,993,000 |
| | | MAPLEWOOD MN  55109-1082 | | BLANKET |
| | | Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2018    to 09-01-2019    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**              **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 07-08-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)        Policy Number: 0697156        Transaction Effective Date: 07-08-2019

Insured Copy

4-972 BRADLEY G FUTIA


**FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Business Auto Revisions

Add Driver Excluded

        MISAEL BIBRIESCAS-CHAVEZ
        2873 HIGHWAY 61
        MAPLEWOOD,MN 55109
        Excluded Driver - Previously Signed

Add Form(s)

     CA-F-83.5 (10-13) Driver Excluded

                        No Business Auto Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**               **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  07-08-2019
                        Issue Date:  07-10-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

`Add Driver Excluded`

`     MISAEL BIBRIESCAS-CHAVEZ`
`     2873 HIGHWAY 61`
`     MAPLEWOOD MN  55109`
`     Excluded Driver - Previously Signed`

`Add Form(s)`

`     CA-F-83.5 (10-13) Driver Excluded`

`                    No Auto Dealer Charge`

`                    No Endorsement Charge`

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  07-08-2019
                        Issue Date:  07-10-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

      Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date   _____

Account Number    167-573-5  _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ

Previously Signed On File

Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File

Signature of Authorized Representative of the Named Insured

Date

Account Number     167-573-5

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN    55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2018

## Common Declarations Revisions

**Add Location**

    Location  15
    345 PLATO BLVD E
    ST PAUL MN  55107

          No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-16-2019
                        Issue Date:  08-20-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

Add Additional Interest                    Additional Premium:   $1

        Location     1
        Additional Insured - Owners Of Leased Or Rented Land Or Premises
        Limit:   $0

Add Additional Interest

        Location     1
        Additional Insured - Owners Of Leased Or Rented Land Or Premises
        SUMMIT LIMITED PARTNERSHIP
        345 PLATO BLVD E
        ST PAUL MN   55107
        Interest Description:   345 PLATO BLVD E, ST PAUL MN 55107

Add Form(s)

        CA 25 09 (10-13) Additional Insured - Owners Of Leased Or Rented
        Land Or Premises

                    Total Auto Dealer Charge        $1

                    Total Endorsement Charge        $1

                    This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-16-2019
                        Issue Date:  08-20-2019

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 09 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 08-16-2019 |

## SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| 345 PLATO BLVD E, ST PAUL MN 55107 | SUMMIT LIMITED PARTNERSHIP | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

B. The insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.

2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

SUMMIT LIMITED PARTNERSHIP
345 PLATO BLVD E
ST PAUL MN   55107

 © Insurance Services Office, Inc., 2011

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Common Declarations Revisions

Add Additional Named Insured(s)

    IG MOTORS INC
    4625 S ROBERT TRL
    INVER GROVE HEIGHTS,MN
    55077
    Additional Named Insured

                              No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-26-2019
                        Issue Date:  08-27-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective        09-01-2018

## Common Declarations Revisions

Add Location

        Location 16
        3001 US-61
        MAPLEWOOD MN 55109

                        No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number: 0697156          Transaction Effective Date: 07-11-2019
                        Issue Date: 10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective        09-01-2018

## Property Revisions

Change Blanket Coverage

        Blanket    1
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   16
        Personal Property of Insured Limit $12,019,000

Add Commercial Property Building

        Location   16
        Building    1
        3001 US-61   AUTO SALES/SERVICE
        Sprinklered

Add Commercial Property Building

        Location   16
        Building    2
        3001 US-61   LIGHTS AND LIGHT POLES

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  07-11-2019
                        Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective    09-01-2018

## Property Revisions

Add Building Coverage                     Additional Premium:  $94

        Location  16                      Building   1
        Building
        Limit:  $850,000                  Special Cause of Loss
                                          Replacement Cost

Add Personal Property Of Insured          Additional Premium:  $14

        Location  16                      Building   1
        Personal Property of Insured
        Limit:  Blanket                   Special Cause of Loss
                                          Replacement Cost

Add Personal Property Of Others           Additional Premium:  $8

        Location  16                      Building   1
        Personal Property of Others
        Limit:  $50,000                   Special Cause of Loss
                                          Replacement Cost

Add Premier Select                        Additional Premium:  $29

        Location  16                      Building   1
        Business Income
                                          Special Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  07-11-2019
                        Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Property Revisions

Change Utility Services - Time        Additional Premium:  $51
Element

     Location  16                 Building   1
     Utility Services - Time Element
     Limit:  $250,000

Add Light Poles                       Additional Premium:  $20

     Location  16                 Building   2
     Light Poles
     Limit:  $100,000            Special Cause of Loss
                                 Replacement Cost

Add Premier Select

     Location  16        Building   1
     Business Income

Add Earthquake Coverage

     Location  16        Building   1
     Building
     Earthquake Deductible 10%

Add Earthquake Coverage

     Location  16        Building   1
     Personal Property of Insured
     Earthquake Deductible 10%

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  07-11-2019
                      Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective      09-01-2018

## Property Revisions

Add Earthquake Coverage

        Location  16         Building   1
        Personal Property of Others
        Earthquake Deductible 10%

Add Earthquake Coverage

        Location  16         Building   1
        Business Income

Add Earthquake Coverage

        Location  16         Building   1
        Utility Services - Time Element

Add Earthquake Coverage

        Location  16         Building   2
        Light Poles
        Earthquake Deductible 10%

Location   1  Building   1          Additional Premium:   $3
        Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  07-11-2019
                      Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Property Revisions

| | |
|---|---|
| Total Property Charge | $219 |
| Additional Certified Acts of Terrorism Premium | $6 |
| Additional Certified Acts of Terrorism Premium Total | $6 |
| Total Endorsement Charge | $225 |

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  07-11-2019
                      Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   1
        Number of Employees Furnished Autos:    9.17
        Number of Salespersons & GM not Furnished Autos:   37.00
        Number of Other Employees: 147.50
        Number of Non-Employees over age 24:   2.00
        Number of Dealer Plates:  55

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   2
        Number of Other Employees:  18.50

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   4
        Number of Other Employees:  16.00

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   5

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   6
        Number of Employees Furnished Autos:    1.07
        Number of Salespersons & GM not Furnished Autos:   29.00
        Number of Other Employees: 140.00
        Number of Dealer Plates:  42

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**        **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   7
        Number of Salespersons & GM not Furnished Autos:    6.00
        Number of Other Employees:   22.50
        Number of Dealer Plates:  20

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   8
        Number of Employees Furnished Autos:    5.50
        Number of Salespersons & GM not Furnished Autos:   25.00
        Number of Other Employes: 114.50
        Number of Dealer Plates:  38

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   9

Change Auto Dealers Liability Rating Units For Annual Audit

        Location  10
        Number of Employees Furnished Autos:    0.19
        Number of Salespersons & GM not Furnished Autos:   23.50
        Number of Other Employees:   57.50
        Number of Dealer Plates:  29

Location   1                      Additional Premium:   $121
Uninsured Motorist Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2018

## Auto Dealer Revisions

Location    1                          Additional Premium:  $138
Underinsured Motorist Coverage

Location    1                          Return Premium:  $406
Personal Injury Protection Coverage

Location    1                          Return Premium:  $3,188
Liability Coverage -  Without Full Covered Autos Liability

Location    1                          Return Premium:  $32
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location    1                          Return Premium:  $176
Auto Dealer Extension Endorsement

Location    1                          Return Premium:  $271
Extended Defense Protection Coverage

Location    1                          Return Premium:  $18
Multi-cover Endorsement

Location    1                          Return Premium:  $64
Title Errors & Omissions Coverage

Location    1                          Return Premium:  $70
Truth in Lending and Leasing Coverage

Location    1                          Additional Premium:  $16
Employee Benefits Liability Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

| | |
|---|---|
| Location    2<br>Uninsured Motorist Coverage | No Premium Charge |
| Location    2<br>Underinsured Motorist Coverage | No Premium Charge |
| Location    2<br>Personal Injury Protection Coverage | Additional Premium:  $244 |
| Location    2<br>Liability Coverage -  Without Full Covered Autos Liability | Additional Premium:  $1,920 |
| Location    2<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Additional Premium:  $19 |
| Location    2<br>Auto Dealer Extension Endorsement | Additional Premium:  $106 |
| Location    2<br>Extended Defense Protection Coverage | Additional Premium:  $163 |
| Location    2<br>Multi-cover Endorsement | Additional Premium:  $11 |
| Location    2<br>Title Errors & Omissions Coverage | Additional Premium:  $38 |
| Location    2<br>Truth in Lending and Leasing Coverage | Additional Premium:  $42 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

| | |
|---|---|
| Location   4<br>Uninsured Motorist Coverage | Return Premium:  $5 |
| Location   4<br>Underinsured Motorist Coverage | Return Premium:  $6 |
| Location   4<br>Personal Injury Protection Coverage | Additional Premium:  $173 |
| Location   4<br>Liability Coverage -  Without Full Covered Autos Liability | Additional Premium:  $1,364 |
| Location   4<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Additional Premium:  $14 |
| Location   4<br>Auto Dealer Extension Endorsement | Additional Premium:  $75 |
| Location   4<br>Extended Defense Protection Coverage | Additional Premium:  $116 |
| Location   4<br>Multi-cover Endorsement | Additional Premium:  $7 |
| Location   4<br>Title Errors & Omissions Coverage | Additional Premium:  $27 |
| Location   4<br>Truth in Lending and Leasing Coverage | Additional Premium:  $30 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA


**FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Location    5                          Return Premium:   $5
Uninsured Motorist Coverage

Location    5                          No Premium Charge
Uninsured Motorist Coverage

Location    5                          Return Premium:   $6
Underinsured Motorist Coverage

Location    5                          No Premium Charge
Underinsured Motorist Coverage

Location    5                          Return Premium:   $38
Personal Injury Protection Coverage

Location    5                          No Premium Charge
Personal Injury Protection Coverage

Location    5                          Return Premium:   $297
Liability Coverage -  Without Full Covered Autos Liability

Location    5                          No Premium Charge
Liability Coverage -  Without Full Covered Autos Liability

Location    5                          Return Premium:   $3
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location    5                          No Premium Charge
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  0697156            Transaction Effective Date:  09-01-2018
                         Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Location   5                         Return Premium:  $16
Auto Dealer Extension Endorsement

Location   5                         No Premium Charge
Auto Dealer Extension Endorsement

Location   5                         Return Premium:  $25
Extended Defense Protection Coverage

Location   5                         No Premium Charge
Extended Defense Protection Coverage

Location   5                         Return Premium:  $2
Multi-cover Endorsement

Location   5                         No Premium Charge
Multi-cover Endorsement

Location   5                         Return Premium:  $6
Title Errors & Omissions Coverage

Location   5                         No Premium Charge
Title Errors & Omissions Coverage

Location   5                         Return Premium:  $7
Truth in Lending and Leasing Coverage

Location   5                         No Premium Charge
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2018

## Auto Dealer Revisions

Location   6                          Additional Premium:  $170
Uninsured Motorist Coverage

Location   6                          Additional Premium:  $188
Underinsured Motorist Coverage

Location   6                          Additional Premium:  $406
Personal Injury Protection Coverage

Location   6                          Additional Premium:  $2,611
Liability Coverage -  Without Full Covered Autos Liability

Location   6                          Additional Premium:  $26
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   6                          Additional Premium:  $144
Auto Dealer Extension Endorsement

Location   6                          Additional Premium:  $222
Extended Defense Protection Coverage

Location   6                          Additional Premium:  $15
Multi-cover Endorsement

Location   6                          Additional Premium:  $53
Title Errors & Omissions Coverage

Location   6                          Additional Premium:  $58
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective     09-01-2018

## Auto Dealer Revisions

Location   7                          Additional Premium:  $89
Uninsured Motorist Coverage

Location   7                          Additional Premium:  $103
Underinsured Motorist Coverage

Location   7                          Additional Premium:  $172
Personal Injury Protection Coverage

Location   7                          Additional Premium:  $1,105
Liability Coverage -  Without Full Covered Autos Liability

Location   7                          Additional Premium:  $11
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   7                          Additional Premium:  $61
Auto Dealer Extension Endorsement

Location   7                          Additional Premium:  $94
Extended Defense Protection Coverage

Location   7                          Additional Premium:  $6
Multi-cover Endorsement

Location   7                          Additional Premium:  $22
Title Errors & Omissions Coverage

Location   7                          Additional Premium:  $24
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   8<br>Uninsured Motorist Coverage | Additional Premium: | $84 |
| Location   8<br>Underinsured Motorist Coverage | Additional Premium: | $97 |
| Location   8<br>Personal Injury Protection Coverage | Additional Premium: | $210 |
| Location   8<br>Liability Coverage -  Without Full Covered Autos Liability | Additional Premium: | $1,349 |
| Location   8<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Additional Premium: | $14 |
| Location   8<br>Auto Dealer Extension Endorsement | Additional Premium: | $74 |
| Location   8<br>Extended Defense Protection Coverage | Additional Premium: | $114 |
| Location   8<br>Multi-cover Endorsement | Additional Premium: | $7 |
| Location   8<br>Title Errors & Omissions Coverage | Additional Premium: | $27 |
| Location   8<br>Truth in Lending and Leasing Coverage | Additional Premium: | $29 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200


Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109


Policy Effective        09-01-2018


## Auto Dealer Revisions

Location    9                          Return Premium:   $65
Uninsured Motorist Coverage

Location    9                          Return Premium:   $68
Underinsured Motorist Coverage

Location    9                          Return Premium:   $510
Personal Injury Protection Coverage

Location    9                          Return Premium:   $3,281
Liability Coverage -  Without Full Covered Autos Liability

Location    9                          Return Premium:   $33
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location    9                          Return Premium:   $180
Auto Dealer Extension Endorsement

Location    9                          Return Premium:   $279
Extended Defense Protection Coverage

Location    9                          Return Premium:   $18
Multi-cover Endorsement

Location    9                          Return Premium:   $66
Title Errors & Omissions Coverage

Location    9                          Return Premium:   $72
Truth in Lending and Leasing Coverage


Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.


SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.


IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Location  10                          Additional Premium:  $36
Uninsured Motorist Coverage

Location  10                          Additional Premium:  $44
Underinsured Motorist Coverage

Location  10                          Return Premium:  $64
Personal Injury Protection Coverage

Location  10                          Return Premium:  $552
Liability Coverage -  Without Full Covered Autos Liability

Location  10                          Return Premium:  $6
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  10                          Return Premium:  $30
Auto Dealer Extension Endorsement

Location  10                          Return Premium:  $47
Extended Defense Protection Coverage

Location  10                          Return Premium:  $4
Multi-cover Endorsement

Location  10                          Return Premium:  $11
Title Errors & Omissions Coverage

Location  10                          Return Premium:  $12
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-19-2019

Insured Copy

4-972 BRADLEY G FUTIA



### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

```
      Additional Certified Acts of Terrorism Premium Total       $3
                         Total Endorsement Charge      $2,353
                 This will appear on your next bill
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2018
                      Issue Date:  11-19-2019

# EXHIBIT B

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697156**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from **09-01-2019**   to **09-01-2020**   12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**COMMERCIAL PROPERTY COVERAGE PART**

**COMMERCIAL INLAND MARINE COVERAGE PART**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**BUSINESS AUTO COVERAGE PART**

**AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          $4,516
                    TOTAL PROVISIONAL PREMIUM     As Billed
    MN Fire Safety Surcharge:                   $92

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**IL-F-38 (02-15)**

**IL 09 52 (01-15)**

**IL 09 96 (01-07)**

**CP-F-18 (01-86)**

**IL 00 21 (09-08)**

**IL 09 35 (07-02)**

**IL-F-27 (08-94)**

**IL 02 45 (09-08)**

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                        PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)                Policy Number: 0697156                Transaction Effective Date: 09-01-2019

Insured Copy

# LOCATION SCHEDULE

1     2873 HIGHWAY 61
       MAPLEWOOD MN  55109-1082

2     2911 HIGHWAY 61
       MAPLEWOOD MN  55109

3     2889 MAPLEWOOD DR
       MAPLEWOOD MN  55109

4     2923 MAPLEWOOD DR
       MAPLEWOOD MN  55109

5     1241 BEAM AVE
       MAPLEWOOD MN  55109

6     4605 S ROBERT TRL
       INVER GROVE HEIGHTS MN  55077

7     4625 S ROBERT TRL
       INVER GROVE HEIGHTS MN  55077

8     1037 HIGHWAY 110
       INVER GROVE HEIGHTS MN  55077

9     4600 AKRON AVE
       INVER GROVE HEIGHTS MN  55077

10    12790 PLAZA DR
       EDEN PRAIRIE MN  55344

11    680 W TERRA COTTA AVE
       CRYSTAL LAKE IL  60014

12    210 N IL ROUTE 31
       CRYSTAL LAKE IL  60014

13    1500 N RANDALL RD
       ELGIN IL  60123

14    1350 50TH ST E
       INVER GROVE HEIGHTS MN  55077

15    345 PLATO BLVD E
       ST PAUL MN  55107

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

IL-F-38 (02-15)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

IL 09 52 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy: | |
|---|---|
| **State(s)** | **Coverage Form, Coverage Part Or Policy** |
| Any state in which there is a standard fire policy statute or regulation that does not contain an exception for terrorism. | The following Coverage Parts if included within this policy: 1) Commercial Property Coverage Part 2) Commercial Inland Marine Coverage Part - only for those states in which there is a standard fire policy statute or regulation applicable to inland marine insurance that does not contain an exception for terrorism. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

Insured Copy

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of the endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

a. Use or threat of force or violence; or

b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2005 IL 09 96 01 07

Insured Copy

**E.** **Application Of Other Exclusions**

    **1.** When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

    **2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE MOTOR SALES INC | Corporation | 20-4214132 |
| 3 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 4 | EP MOTORS INC | Corporation | 46-5394981 |
| 5 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 6 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 7 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 8 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 9 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 11 | IG MOTORS INC | Corporation | 84-1752041 |
| 11* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

IL 00 21 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 09 35 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL-F-27 (08-94)         Policy Number: 0697156         Transaction Effective Date: 09-01-2019

Insured Copy

IL 02 45 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provisions apply except when Paragraph **C.** of this endorsement applies:

The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy, subject to the provisions of Paragraph **B.3.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**3.** **Policies In Effect**

**a.** **Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**b.** **90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** An act or omission by you that substantially increases or changes the risk insured;

**(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

© ISO Properties, Inc., 2007

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

Under this Item **B.3.b.**, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for a reason described in Paragraphs **B.3.b.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**4.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**5.** Proof of mailing of any notice shall be sufficient proof of notice.

**C.** The following applies with respect to coverage provided under the following:

**FARM COVERAGE PART**

**1. Policies In Effect 60 Days Or More**

**a.** If this Coverage Part covers buildings used for residential purposes and has been:

**(1)** In effect for at least 60 days, or

**(2)** Renewed by us,

Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition do not apply, and the following is added to the **Cancellation** Common Policy Condition:

**b.** We may not cancel this policy, except for:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge:

**(a)** In obtaining this policy; or

**(b)** In connection with a claim under this policy;

**(3)** An act or omission by you that materially increases the risk we originally accepted; or

**(4)** A physical change in the Covered Property which:

**(a)** Is not corrected or restored within a reasonable time after it occurs; and

**(b)** Results in the property becoming uninsurable.

**c.** We may cancel this policy by giving the first Named Insured written notice of cancellation at least:

**(1)** 20 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **C.1.b.(2)** through **(4)**.

Such notice will be mailed or delivered to the first Named Insured and will contain the reason for cancellation. Proof of mailing of any notice shall be sufficient proof of notice.

© ISO Properties, Inc., 2007 IL 02 45 09 08

Insured Copy

2. **Policies In Effect Less Than 60 Days**

When this Coverage Part covers buildings used for residential purposes and is a new policy which has been in effect fewer than 60 days, cancellation is subject to the terms of the Cancellation Common Policy Condition except for Paragraphs **A.2.** and **A.6.**, and is not subject to Paragraph **B.** or Paragraph **C.1.** of this endorsement. Under this Item, **C.2.**, Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition are replaced by the following:

We may cancel this policy by giving the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation. Such notice will be mailed or delivered to the first Named Insured. Proof of mailing of any notice shall be sufficient proof of notice.

If we cancel this policy for underwriting considerations, we will inform you of the source from which the information was received.

**D.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we may do so by giving the first Named Insured and any agent written notice of our intent not to renew at least 60 days before the expiration date of this policy. Such notice will be delivered or mailed by first class mail to their last mailing addresses known to us.

Proof of mailing of any notice shall be sufficient proof of notice.

We need not mail or deliver this notice if you have:

1. Insured elsewhere;

2. Accepted replacement coverage; or

3. Agreed not to renew this policy.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGES WHICH ARE INDICATED BELOW OR ON THE SUPPLEMENTAL DECLARATIONS FORM.**

---

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

        SEE SUPPLEMENTAL DECLARATIONS

**OPTIONAL COVERAGES**

        SEE SUPPLEMENTAL DECLARATIONS

**DEDUCTIBLE**

  $10,000         Unless otherwise specified in the attached forms or endorsements in the Commercial Property Coverage Part.

---

**FORMS and ENDORSEMENTS**

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Supplemental Declarations Commercial Property Coverage Part | CP-F-21 (01-17) |
| Loss Payable Provisions-MN | CP 12 21 (10-12) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Additional Insured-Designated Premises Only | CP-F-17 (11-95) |
| Building And Personal Property Coverage Form | CP 00 10 (10-12) |
| Business Income-Premier Select Changes | CP-F-104 (01-10) |
| Property Amendatory Endorsement | CP-F-113 (01-16) |
| Auto Dealers Property Coverage Extension (Motor Pac) | CP-F-114 (01-10) |
| Business Income-Special Form | CP-F-36 (01-16) |
| Causes Of Loss-Special Form | CP 10 30 (09-17) |
| Earthquake And Volcanic Eruption Coverage With Percentage Deductible | CP 10 40 (02-19) |
| Cause Of Loss - Systems Breakdown | CP-F-95 (12-10) |
| Commercial Property Conditions | CP 00 90 (07-88) |
| Outdoor Signs | CP 14 40 (06-07) |
| Additional Value Protection Endorsement | CP-F-7 (10-04) |
| Employees Tools Extension | CP-F-76 (10-04) |
| Protective Safeguards | CP 04 11 (09-17) |
| Additional Covered Property | CP 14 10 (06-95) |
| Disaster Deductible Extension | CP-F-27 (10-18) |
| False Pretense Coverages | CP-F-33 (10-04) |
| Statement of Values - Blanket Insurance | CP-F-123 (06-05) |
| Utility Services-Time Element | CP-F-98 (04-13) |
| Minnesota Changes | CP 01 08 (10-12) |
| Exclusion of Loss Due to Virus or Bacteria | CP 01 40 (07-06) |
| Minnesota Changes - Replacement Cost - Personal Property | CP 01 50 (10-00) |
| Illinois Changes | IL 01 18 (02-17) |

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2873 HIGHWAY 61 MAPLEWOOD MN 55109-1082 | | | | | | | |
| | 1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $50,871,000 BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $12,397,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $2,406,000 BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 1 | 1 | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| | 2 | R 2873 HIGHWAY 61 STORAGE/LIGHTS/FLAG/ FLAG POLES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 1 | 2 | | Light Poles | CP 00 10 CP-F-113 | | YES | NONE | | $156,000 |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 2 | | 2911 HIGHWAY 61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2911 HIGHWAY 61 SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 2 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2911 HIGHWAY 61 FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $52,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $52,000 |
| 3 | | 2889 MAPLEWOOD DR MAPLEWOOD MN 55109 | | | | | | | |
| 3 | 1 | 2889 MAPLEWOOD DR STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 | | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 3 | 2 | R 2889 MAPLEWOOD DR FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $26,000 |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP 14 10 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $177,000 |
| 4 | | 2923 MAPLEWOOD DR MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2923 MAPLEWOOD DR SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 4 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-76<br>CP 04 11 | | | | | |
| | | | Business Income | CP-F-104<br>CP-F-36<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2923 MAPLEWOOD DR LIGHTS | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $104,000 |
| 5 | | 1241 BEAM AVE MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 1241 BEAM AVE PARTS/ACCESSORIES | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 1 | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1241 BEAM AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 2 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $83,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $104,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 5 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | 10% | | NONE | | $250,000 |
| | 3 | 2R 1241 BEAM AVE PARKING RAMP | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 | | | | | |
| | | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104<br>CP-F-36<br>CP 10 30<br>CP 10 40<br>CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| 6 | | 4605 S ROBERT TRL<br>INVER GROVE HEIGHTS<br>MN 55077 | | | | | | | |
| | 1 | 4605 S ROBERT TRL<br>HONDA SALES/SERVICE | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 CP 04 11 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 6 | 1 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4605 S ROBERT TRL SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $208,000 |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**SUPPLEMENTAL DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $97,000 |
| 7 | | 4625 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4625 S ROBERT TRL USED AUTO SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 7 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4625 S ROBERT TRL LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 7 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $104,000 |
| 8 | | 1037 HIGHWAY 110 INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 8 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1037 HIGHWAY 110 SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)      Policy Number: 0697156      Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $156,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 9 | | 4600 AKRON AVE INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| 9 | 1 | 4600 AKRON AVE USED AUTO/TRUCKS SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 9 | 2 | R 4600 AKRON AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)　　　　　　　　Policy Number: 0697156　　　　　　　　Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $52,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| 9 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 10 | | 12790 PLAZA DR EDEN PRAIRIE MN 55344 | | | | | | | |
| | 1 | 12790 PLAZA DR NISSAN SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17) Policy Number: 0697156 Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Insured | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | | | | |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 10 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 12790 PLAZA DR LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $156,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 11 | | 680 W TERRA COTTA AVE CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $18,065,000 BLANKET |
| 11 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $4,158,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $481,000 BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 680 W TERRA COTTA AVE SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 11 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $208,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 12 | | 210 N IL ROUTE 31 CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 210 N IL ROUTE 31 | Building | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | AUTO STORAGE | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 12 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $52,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $52,000 |

Continued on Next Page

CP-F-21 (01-17)     Policy Number: 0697156     Transaction Effective Date: 09-01-2019

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | | 1500 N RANDALL RD ELGIN IL 60123 | | | | | | | |
| 13 | 1 | 1500 N RANDALL RD SUBARU SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP-F-76 CP 04 11 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | 2 | R 1500 N RANDALL RD SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $156,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 14 | | 1350 50TH ST E | | | | | | | |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**SUPPLEMENTAL DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1350 50TH ST E VEHICLE STORAGE WHSE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $5,171,000 |
| 14 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP-F-95 CP 04 11 | | YES | NONE | | $1,000 |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP-F-95 CP 04 11 | | YES | NONE | | $1,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP-F-98 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | | | | |
| **Loss Payee Name:** WELLS FARGO BANK NA DEALER LENDING SERVICES | | | | | |
| **Loss Payee Address:** MAC D4004-03D<br>401 N RESEARCH PKWY FL 3RD<br>WINSTON SALEM NC 27101 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

CP 12 21 10 12 © Insurance Services Office, Inc., 2011 Page 1 of 3

Insured Copy

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

© Insurance Services Office, Inc., 2011    CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **c.** The following is added to the **Other Insurance Condition:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:     TOYOTA MOTOR CREDIT CORPORATION
        13920 SE EASTGATE WAY STE 130
        BELLEVUE WA  98005

        We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

        MAPLEWOOD MOTORS LLC
        2873 MAPLEWOOD DR
        MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE | $10,000 | $12,397,000 |
|   |   | INVER GROVE HEIGHTS MN  55077 |  | Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2019    to 09-01-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                              **PRESIDENT**

CP-F-10 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:      TOYOTA MOTOR CREDIT CORPORATION
         2650 WARRENVILLE RD STE 320
         DOWNERS GROVE IL  60515

         We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

              MAPLEWOOD MOTORS LLC
              2873 MAPLEWOOD DR
              MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE<br>CRYSTAL LAKE IL  60014 | $10,000 | $4,158,000<br>Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2019     to 09-01-2020     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                   **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:      AMERICAN HONDA MOTOR CO INC
         1919 TORRANCE BLVD
         TORRANCE CA  90501

         We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

                MAPLEWOOD MOTORS LLC
                2873 MAPLEWOOD DR
                MAPLEWOOD MN   55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $12,397,000 Blanket |
| | | Interest:  INVER GROVE HONDA. 14' X 14' X 50' HONDA BRAND SIGN VALUE $122,000 | | |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2019     to 09-01-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE<br>INVER GROVE HEIGHTS MN  55077 | $10,000 | $50,871,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019    to 09-01-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                              **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
                   Home Office
                   121 East Park Square
                   Owatonna, MN  55060
                   (507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
    MAC D4004-03D
    401 N RESEARCH PKWY FL 3RD
    WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE<br>MAPLEWOOD MN  55109-1082<br>Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD<br>PROPERTIES LLC | $10,000 | $50,871,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019  to 09-01-2020   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

Page 2 of 2

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR COMPANY CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 12 | 1 | 210 N IL ROUTE 31   AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $18,065,000 BLANKET |
| | | Mortgagor:  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED. | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019    to 09-01-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                              PRESIDENT

CP-F-11 (07-95)                    Policy Number: 0697156              Transaction Effective Date: 09-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -  FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL  60515

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE  CRYSTAL LAKE IL  60014 | $10,000 | $18,065,000  BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019 to 09-01-2020 12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

Page 1 of 2

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

    Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 2911 HIGHWAY 61  SERVICE<br>MAPLEWOOD MN  55109 | $10,000 | $50,871,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:


M&M PARTNERSHIP OF MINNESOTA LLP          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                         Home Office
MAPLEWOOD MN  55109                       121 East Park Square
                                          Owatonna, MN  55060
                                          (507) 455-5200


CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $50,871,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

MCDANIELS INVESTMENTS LLC                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                        Home Office
MAPLEWOOD MN  55109                                    121 East Park Square
                                                                    Owatonna, MN  55060
                                                                    (507) 455-5200

CP-F-17 (11-95)            Policy Number: 0697156            Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 2889 MAPLEWOOD DR  STORAGE<br>MAPLEWOOD MN  55109 | $10,000 | $50,871,000<br>BLANKET |

BUILDING OWNER.

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 5 | 1 | 1241 BEAM AVE<br>PARTS/ACCESSORIES<br>MAPLEWOOD MN  55109 | $10,000 | $50,871,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                Place of Issue:

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 | $10,000 | $50,871,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:                                     Place of Issue:

2873 MAPLEWOOD PROPERTIES LLC                          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR N                                               Home Office
MAPLEWOOD MN  55109                                               121 East Park Square
                                                                                    Owatonna, MN  55060
                                                                                    (507) 455-5200

CP-F-17 (11-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE EDEN PRAIRIE MN  55344 | $10,000 | $50,871,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                     Place of Issue:

MCEP INVESTMENTS LLC                          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                             Home Office
MAPLEWOOD MN  55109                           121 East Park Square
                                              Owatonna, MN  55060
                                              (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE CRYSTAL LAKE IL  60014 | $10,000 | $18,065,000 BLANKET |
| BUILDING OWNER. | | | | |
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $18,065,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:

Place of Issue:

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 7 | 1 | 4625 S ROBERT TRL  USED AUTO SALES | $10,000 | $50,871,000 |
| | | | | BLANKET |
| | | INVER GROVE HEIGHTS MN  55077 | | |

BUILDING OWNER.

Additional Insured Name and Address:                          Place of Issue:

MCD PROPERTIES OF IGH LLC                     FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                              Home Office
MAPLEWOOD MN  55109                           121 East Park Square
                                              Owatonna, MN  55060
                                              (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 13 | 1 | 1500 N RANDALL RD  SUBARU | $10,000 | $18,065,000 |
|   |   | SALES/SERVICE | | BLANKET |
|   |   | ELGIN IL  60123 | | |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:


BLMS LLC                                                 FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                        Home Office
MAPLEWOOD MN  55109                                      121 East Park Square
                                                         Owatonna, MN  55060
                                                         (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $50,871,000 BLANKET |
| BUILDING OWNER. | | | | |
| 9 | 1 | 4600 AKRON AVE  USED AUTO/TRUCKS SALES INVER GROVE HEIGHTS MN  55077 | $10,000 | $50,871,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Insured Copy

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011          CP 00 10 10 12

    (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

    (c) Rowboats or canoes out of water at the described premises; or

    (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

    (1) Grain, hay, straw or other crops;

    (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

    (1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    (2) Debris Removal does not apply to costs to:

        (a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

        (b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

        (c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

        (d) Remove property of others or a type that would not be Covered Property under this Coverage Form;

        (e) Remove deposits of mud of earth from the grounds of the described premises;

        (f) Extract "pollutants" from land or water; or

        (g) Remove, restore or replace polluted land or water.

    (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

        (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

        (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

    (4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

        (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

        (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Insured Copy

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |

($10,000 is 20% of $50,000).

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

(4) The most we will pay under this Additional Coverage, Electronic Data is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.** **Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.** **Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit:

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.** **Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.** **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (herein after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building 1: | $ | 60,000 |
| Limit of Insurance - Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
−    250
$59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable    Building 2: | $ | 80,000 |
| (Limit of Insurance | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $ 40,000 x .50 = $20,000

Step **(4)**: $ 20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

Insured Copy

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $ 50,000 x .80 = $40,000

Step **(4):** $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

Insured Copy

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |

The amount of the increase is:
$100,000 x .08 x 146 ÷ 365 =    $   3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

  © Insurance Services Office, Inc., 2011

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME - PREMIER SELECT CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT®

For insurance provided under the Business Income - Special Form - Premier Select, if your "suspension" of "operations" extends beyond 72 hours:

1. **3.a.(1)** under **D. Definitions** is deleted and replaced with the following:

    **(1)** Immediately after the time of direct physical loss or damage for Business Income coverage; or

2. The second paragraph under **A.5.a. Civil Authority** is deleted and replaced with the following:

    The coverage for Business Income will begin immediately after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROPERTY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. Covered Property**

Under **A.1.a.** Covered Property items **(2)** & **(3)** are deleted and replaced with the following:

**(2)** Outdoor fixtures;

**(3)** Permanently installed:

**(a)** Fixtures;

**(b)** Machinery; and

**(c)** Equipment;

In the Building and Personal Property Coverage Form any reference to within 100 feet is modified to within 1,000 feet.

**B. Property Not Covered**

The following are modified under **A.2.** Property Not Covered:

**1.** Paragraph **k** is deleted and replaced by the following:

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance. But this insurance will not cover the deductible, if any, applicable to the other coverage.

**2.** Paragraph **p.** is deleted and replaced by the following:

**p.** Vehicles or self-propelled machines (including aircraft) and their attached equipment and accessories that:

**(1)** Are subject to motor vehicle registration and used on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to the following types of property unless such property is insured on a Business Auto Coverage Part, Garage Coverage Part, Auto Dealers Coverage Part, Garage Policy or Auto Dealers Policy:

**(a)** Golfmobiles, snowmobiles, all terrain vehicles, motor scooters, mopeds, go-carts, and other similar property;

**(b)** Any single axle trailer;

**(c)** Self-propelled garden tractors, lawn mowers and snow blowers;

**(d)** Motorcycles that you are holding for sale including motorcycles in crates;

**(e)** Watercraft;

**(f)** Special purpose bodies, accessories and equipment that are manufactured to be mounted on a vehicle while unattended;

**(g)** Forklifts; or

**(h)** Any trailer, not including semi-trailers, designed to transport items **(a)** - **(g)** listed above.

**3.** The following is added to Property Not Covered:

Employee owned tools and equipment.

**C. Additional Coverages**

**1.** The following Additional Coverages are modified under **A.4.** Additional Coverages:

**Debris Removal**

**(1)** In paragraph **(4)**, the additional $25,000 limit is increased to $50,000.

**(2)** Paragraph **(2)** is deleted and replaced with the following:

**(2)** Debris Removal does not apply to:

**(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

**(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or access the effects of "pollutants"; or

**(c)** Any cost or expense to remove, restore or replace polluted land or water.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

(d) Cost to remove debris of property of your that is not insured under this policy, or property in your possession that is not Covered Property;

(e) Cost to remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(f) Costs to remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(g) Cost to remove property of others of a type that would not be Covered Property under this Coverage Form; or

(h) Costs to remove deposits of mud or earth from the grounds of the described premises.

**Fire Department Service Charge**

The limit for Fire Department Service Charge is increased to $25,000.

**Pollutant Clean Up And Removal**

The first paragraph is deleted and replaced with the following:

We will pay your expense to extract "pollutants" from land or water at or from the described premise if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

In addition, the third paragraph is deleted and replaced with the following:

The most we will pay under this Additional Coverage for each described premises is $100,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**Increased Cost Of Construction**

Increased Cost Of Construction is deleted and replaced with the following:

**Building Ordinance Or Law**

(1) You may extend the insurance that applies to Buildings, including outdoor signs (including its foundation) to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged buildings, the most we will pay per loss occurrence is $100,000.

(2) The coverage provided by this Additional Coverage applies only if both Paragraphs **(2)(a)** and **(2)(b)** below are satisfied and are then subject to the qualifications set forth in Paragraph **(2)(c)**.

(a) The ordinance or law:

(i) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(b) (i) The building sustains direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

(ii) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

(iii) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

(c) In the situation described in Paragraph (2)(b)(ii) above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

(3) We will not pay under this Additional Coverage for:

(a) The enforcement of or compliance with any ordinance, law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with any ordinance, law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(c) Any fees imposed in order to gain certification or re-certification of the property by a Green Standards-setter nor will we pay for any further modification if the property fails to obtain certification, re-certification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

(4) With respect to the building that has sustained covered direct physical damage, we will pay:

(a) For the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

(b) The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

(c) The increased cost to:

(i) Repair or reconstruct damaged portions of that building; and/or

(ii) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the building, zoning or land use ordinance or law.

However:

(i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

(5) If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

(a) The amount you actually spend to clear the site of the described premises; and

(b) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**(6)** If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

    **(a)** The amount you actually spend to clear the site at the described premises; and

    **(b)** The actual cash value of the building at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

    **(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

    **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance, law or environmental regulation that:

    **(a)** You were required to comply with before the loss, even if the building was undamaged; and

    **(b)** You failed to comply with.

**2.** The following is added as an Additional Coverage:

**Sewer Back Up Or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises, caused by or resulting from:

    **(a)** Water which backs up through or overflows from sewers or drains; or

    **(b)** Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** above does not apply to loss or damage resulting from an insured's failure to:

    **(a)** Keep a sump pump or its related equipment in proper working condition; or

    **(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(3)** With respect to the coverage provided under this Additional Coverage only, the **Water** Exclusion is replaced by the following exclusion:

**Water**

    **(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **(b)** Mudslide or mudflow; or

    **(c)** Water under the ground surface pressing on, or flowing or seeping through:

        **1.** Foundations, walls, floors or paved surfaces;

        **2.** Basements, whether paved or not; or

        **3.** Doors, windows or other openings; or

    **(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **d.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, **a.** through **d.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

**D. Coverage Extensions**

**1.** The following Coverage Extensions are modified under **A.5.** Coverage Extensions:

**Newly Acquired Or Constructed Property**

The most we will pay for loss or damage to (1) Buildings is increased to $1,000,000 at each building.

**(2)(a)(iii)** is added:

Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage to (2) Your Business Personal Property is increased to $500,000 at each building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Personal Effects And Property Of Others**

The most we will pay for loss or damage under this Extension is increased to $5,000 per loss occurrence at each described premises.

**Valuable Papers And Records (Other Than Electronic Data)**

The first sentence of paragraph **(4)** is deleted and replaced with the following:

Under this Extension, the most we will pay to replace or restore the lost information is $25,000 per loss occurrence at each described premises.

**Outdoor Property**

Outdoor Property is deleted and replaced with the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**Non-Owned Detached Trailers**

Non-Owned Detached Trailers is deleted.

**Business Personal Property Temporarily in Portable Storage Units**

Paragraphs **(3)** and **(4)** are deleted.

2. The following are added as **Coverage Extensions:**

**Accounts Receivable Coverage**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** Determination of Receivable

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(i)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(ii)** Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(3)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(a)** The amount of the accounts for which there is no loss;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** The amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**(4)** Exclusion **2.a.** in the Causes of Loss - Special Form does not apply to this Coverage Extension.

The most we will pay for loss or damage at the described premises under this Extension is $25,000 per loss occurrence.

For accounts receivable not at the described premises, the most we will pay under this Extension is $10,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**Business Income and Extra Expense**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary total or partial "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except vehicles at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or with 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before Income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(c)** As used in this Coverage Extension vehicles means:

**(i)** A land motor vehicle, trailer or semitrailer designed principally for travel on public roads; and

**(ii)** Held for sale,

but does not include mobile equipment.

**(2) Extra Expense**

**(a)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Extra Expense means expense incurred:

**(i)** To avoid or minimize the "suspension" of business and to continue your "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

**(ii)** To minimize the "suspension" of business if you cannot continue your "operations".

**(iii)** To:

**(a)** Repair or replace any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

   **(b)** Research, replace or restore the lost information on damaged valuable papers and records;

   to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3) Additional Limitation - Interruption Of Computer Operations**

   **(a)** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

   **(b)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

   **(c)** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

   **(d)** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(4) Limits Of Insurance**

   The most we will pay for loss of Business Income and Extra Expense is $10,000 per loss occurrence.

**(5) Loss Determination**

   **(a)** The amount of Business Income loss will be determined based on:

     **(i)** The Net Income of the business before the direct physical loss or damage occurred;

     **(ii)** The likely Net Income of the business if no loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses:

     **(iii)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

     **(iv)** Other relevant sources of information including:

       **(a)** Your financial records and accounting procedures;

       **(b)** Bills, invoices and other vouchers; and

       **(c)** Deeds, liens or contract

   **(b)** The amount of Extra Expense will be determined based on:

     **(i)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss of damage had occurred. We will deduct from the total of such expenses:

       **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once your "operations" are resumed; and

       **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

     **(ii)** All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)      Policy Number: 0697156      Transaction Effective Date: 09-01-2019

**(c)** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(6) Special Exclusions**

The following additional exclusions apply to the Business Income and Extra Expense Coverage Extension:

We will not pay for:

**(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming your "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(b)** Any other consequential loss.

**Claims Expense**

We will pay up to $10,000 for claim expenses you incur at our request and arising out of a covered loss or damage.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

**(5)** Expenses incurred for any expert to help you determine the extent of direct physical loss or damage to property.

**Fire Extinguisher Systems Recharge Expenses**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**(4)** No deductible applies to **(1)(a)** above.

**Lock and Key Replacement**

We will pay your expenses to:

**(a)** Replace keys or rekey locks for your premises resulting from the loss or theft of your keys;

**(b)** Replace, repair or rekey locks if made necessary by theft or attempted theft to your described premises.

The most we will pay under this Extension is $1,000 per loss occurrence.

No deductible applies to this Coverage Extension.

**Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

**Underground Property**

You may extend the insurance applying to Buildings to apply to loss or damage by a Covered Cause of Loss to your underground pipes, flues, drains, and foundations, including related costs of excavations, grading and backfilling. Property Not Covered items **f., g.** and **m.** do not apply to this coverage extension.

The most we will pay under this Extension is $100,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**E. Limits Of Insurance**

The second paragraph under **C.** Limits of Insurance is deleted and replaced with the following:

The most we will pay for loss or damage to outdoor signs is $25,000 per sign (including its foundation) in any one occurrence. Payments for outdoor signs are in addition to the applicable limits of insurance.

**F. Additional Conditions**

Under **F.** Additional Conditions **1.** Coinsurance is deleted.

**G. Optional Coverages**

1. Under **G.** Optional Coverages **1.** Agreed Value and **2.** Inflation Guard are deleted.

2. Under **G.** Optional Coverages **3.** Replacement Cost paragraph **b.** is deleted and replaced with the following:

   **b.** This Optional Coverage does not apply to:

   **(1)** Personal property of others, except:

   **a)** Leased personal property for which you have a contractual obligation to insure on a replacement cost basis; or

   **b)** If otherwise shown in the Declarations;

   **(2)** Contents of a residence;

   **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

   **(4)** "Stock";

   **(5)** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

   **(6)** Personal property or equipment not maintained in good or workable condition;

   **(7)** Personal property or equipment that is outdated or obsolete and is stored or not being used; or

   **(8)** Production machinery and equipment if the Production Machinery and Equipment Endorsement applies to any personal property at the same described premises.

   Under the terms of this Replacement Cost Optional Coverage, tenant's improvements and betterments are not considered to be the personal property of others.

**H. Definitions**

1. Under **H.** Definitions, the definition for "Pollutants" is deleted and replaced with the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

2. The following definitions are added to **H.** Definitions:

"Operations" means one or more of your revenue generating business activities or processes occurring at the described premises.

"Period of Restoration" means the period of time that:

**a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration".

"Suspension" means:

**a.** The slowdown or cessation of your business activities or processes; or

**b.** That a part or all of a described premises is rendered untenantable.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS PROPERTY COVERAGE EXTENSION (Motor Pac® )

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Under **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form paragraph **(3)** in Property Off-Premises is replaced with the following:

**(3)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

**B.** The following are added to **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form:

**Employee Tools and Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss of or damage to tools and equipment owned by your employees and used by them in your business. **B.** Property Not Covered item **3.** in the Property Amendatory Endorsement does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Our payment for loss of or damage to employees tools and equipment will only be for the account of the owner of the property.

**Fine Arts**

**(1)** We will pay for loss of or damage to "fine arts" owned by you, in your care, custody or control or while in transit.

We will not pay under this Coverage Extension for loss or damage to:

**(a)** Coins and stamps;

**(b)** Furs, fur garments and garments trimmed with fur; or

**(c)** Jewelry, precious stones and precious metals.

The most we will pay for loss or damage under this Coverage Extension is $10,000 per loss occurrence.

**(2)** The following is added to **E.4.** Loss Payment:

**h.** We will determine the value of "fine arts" at the lesser of:

**(1)** The actual cash value of that property at the time of loss;

**(2)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**(3)** The cost of replacing that property with substantially identical property.

In case of loss of or damage to any part of a pair or set, we may:

**(1)** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**(2)** Pay the difference between the value or the pair or set before and after the loss or damage.

The loss to any part of a pair or set is not considered a total loss of the pair or set.

**(3)** We will not pay for loss or damage due to or resulting from any repairing, restoration or retouching of the covered property.

**(4)** The following is added to **H.** Property Definitions:

"Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a brac and any other bona-fide works of art of rarity, historical value or artistic merit.

**(5)** Exclusion **B.2.h.** and Limitation **C.1.e.** in the Causes of Loss - Special Form do not apply to "fine arts" in the custody of a carrier for hire.

**C.** Under **Additional Coverage Extensions** in the Causes Of Loss - Special Form, **Property in Transit** is deleted and replaced with the following:

**Property in Transit**

This Extension applies only to Covered Property to which this form applies.

**(a)** You may extend the insurance provided to apply to Covered Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc, with its permission.

Insured Copy

**(b)** Loss or damage must be caused by or result from a Covered Cause of Loss.

**(c)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT ®

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section D. - Definitions.

**A. Coverage**

  **1. Business Income**

    Business Income means the:

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    **b.** Continuing normal operating expenses incurred, including payroll.

    For manufacturing risks, Net Income includes the net sales value of production.

  Coverage is provided as described and limited below for one or more of the following options as shown in the Declarations:

  **a.** Business Income.

  **b.** Business Income - "Rental Value" only.

  If option **a.** above is selected, the term Business Income will include "Rental Value" if any. If option **b.** above is selected, the term Business Income will mean "Rental Value" only.

  We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

  With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building your premises means:

  **a.** The portion of the building which you rent, lease or occupy;

  **b.** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

  **c.** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

  **2. Extra Expense**

    **a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

    **b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" caused by or resulting from a Covered Cause of Loss.

    We will pay Extra Expense (other than the expense to repair or replace property) to:

    **(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

    **(2)** Minimize the "suspension" of business if you cannot continue "operations".

    **c.** We will also pay any Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

    **d.** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy as a result of the exhaustion of the Limits of Insurance or sub-limits(s) applicable to such properties.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

CP-F-36 (01-16)       Policy Number: 0697156       Transaction Effective Date: 09-01-2019

Insured Copy

3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes of Loss form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

   d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

5. **Additional Coverages**

   a. **Civil Authority**

   When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

   (1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged premises; and

   (2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

   Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage begins.

   Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

   (1) 4 consecutive weeks after the date of that action; or

   (2) When your Civil Authority Coverage for Business Income ends;

   whichever is later.

   Coverage under this Additional Coverage will end when access to the described premises is no longer prohibited.

   b. **Alterations And New Buildings**

   We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the

   described premises caused by or resulting from any Covered Cause of Loss to:

   (1) New buildings or structures, whether complete or under construction;

   (2) Alterations or additions to existing buildings or structures; and

   (3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

      (a) Used in the construction, alterations or additions; or

      (b) Incidental to the occupancy of new buildings.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)     Policy Number: 0697156     Transaction Effective Date: 09-01-2019

If such direct physical loss or damage delays the start of your "operations", the "period of restoration" for Business Income Coverage will begin on the date your "operations" would have begun if the direct physical loss or damage had not occurred.

**c.** **Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or

damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.** **Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage when the Additional Limitation - Interruption Of Computer operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations includes Collapse as set forth in that form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6.** **Coverage Extension**

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance.

**B.** **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the lesser of:

**1.** The loss amount incurred during the "period of restoration"; or

**2.** The loss amount incurred for 12 consecutive months following the date of loss.

This shall not be limited by the expiration date of this policy.

Payments under the **5.** Additional Coverages **c.** Extended Business Income will not extend beyond 12 consecutive months following the date of loss.

The most we will pay for the actual loss of Business Income due to a partial suspension of your "operations" is the amount that would have been payable for the suspension of your entire "operation" during the "period of restoration".

**C.** **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.** **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)                Policy Number: 0697156                Transaction Effective Date: 09-01-2019

Insured Copy

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of your "operations" before the direct physical loss or damage occurred;

(2) The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume your "operations", or do not resume your "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume your "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**5. Other Insurance Within This Policy**

For loss or damage caused by windstorm, any Business Income and Extra Expense coverage provided by another form or endorsement attached to this policy shall apply first and prior to any coverage provided under this form.

**D. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** One or more of your revenue generating activities or processes occurring at your described premises.

**b.** The tenantability of the described premises if coverage for Business Income includes loss of rents or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

     **(1)** Payroll; and

     **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** **"Suspension"** means:

    **a.** The partial slowdown or complete cessation of your business activities; or

    **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**7.** **"Vehicles"** means:

    **a.** A land motor vehicle, trailer or semi-trailer designed principally for travel on public roads; and

    **b.** Held for sale,

but does not include mobile equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-36 (01-16)     Policy Number: 0697156     Transaction Effective Date: 09-01-2019

Insured Copy

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

 © Insurance Services Office, Inc., 2016

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

 © (Insurance Services Office, Inc., 2016 CP 10 30 09 17

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limit to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

   This exclusion:

   (1) Applies whether or not an act occurs during your normal hours of operation;

   (2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

   (1) An abrupt falling down or caving in;

   (2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   (3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

   But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

   **(b)** To collapse caused by one or more of the following:

   **(i)** The "specified causes of loss";

   **(ii)** Breakage of building glass;

   **(iii)** Weight of rain that collects on a roof; or

   **(iv)** Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) Materials used in repair, construction, renovation or remodeling; or

   (4) Maintenance;

© Insurance Services Office, Inc., 2016

Insured Copy

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.**;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D. 7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

Insured Copy

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

    This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    **b.** Loss or damage must be caused by or result from one of the following causes of loss:

        **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.** The most we will pay for loss or damage under this Extension is $5,000.

    This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means:

      (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam: and

      (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016

Insured Copy

COMMERCIAL PROPERTY
CP 10 40 02 19

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION COVERAGE WITH PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Earthquake And Volcanic Eruption Coverage | | | | | | |
|---|---|---|---|---|---|---|
| **Building Number/ Premise Number** | **Percentage Deductible** | | **Limit Of Insurance** | | **Including Masonry Veneer Option** | |
| | % | $ | | | Yes | No |
| | % | $ | | | Yes | No |
| | % | $ | | | Yes | No |
| **Earthquake - Sprinkler Leakage Only*** | | | | | | |
| **Building Number/Premises Building** | | | **Limit Of Insurance** | | | |
| | | | $ | | | |
| | | | $ | | | |
| | | | $ | | | |
| *The Deductible for Earthquake - Sprinkler Leakage Only is the same Deductible that applies to Fire. | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term policy.

**B.** This endorsement applies to the Covered Property and Coverages for which a Limit Of Insurance is shown in the Schedule.

**C.** **Additional Covered Causes Of Loss**

    **1.** The following are added to the Covered Causes Of Loss:

        **a.** Earthquake.

        **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

    **2.** If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

        **a.** Sprinkler Leakage resulting from Earthquake.

        **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

© Insurance Services Office, Inc., 2018

Insured Copy

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in Paragraphs **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage - Collapse, in the Causes Of Loss - Broad Form, Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Schedule indicates that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

1. The provisions of Paragraph **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form; and

c. Extra Expense Coverage Form.

2. If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Deductible set forth in Paragraph **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

a. **All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

Insured Copy

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need For Adequate Insurance or Additional Condition - Need For Full Reports.

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., Fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b.** **Calculation Of The Deductible - Specific Insurance Other Than Builders Risk**

**(1)** **Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2)** **Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c.** **Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk**

**(1)** **Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2)** **Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of that property as of the time of loss or damage.

d. **Calculation Of The Deductible - Builders Risk Insurance**

(1) **Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the actual cash value of that property as of the time of loss or damage.

(2) **Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

(a) If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

(b) If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

F. **Examples - Application Of Deductible In E.3.:**

**EXAMPLE 1 - SPECIFIC INSURANCE (E.3.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 X 5% = $3,500

Step **(4)**: $52,500 - 3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**EXAMPLE 2 - SPECIFIC INSURANCE (E.3.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1)**: $80,000 X 10% = $8,000

Step **(2)**: $60,000 - $8,000 = $52,000

**Business Personal Property**

Step **(1)**: $64,000 X 10% = $6,400

Step **(2)**: $40,000 - $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE 3 - BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

© Insurance Services Office, Inc., 2018

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step **(1)**: $500,000 X 5% = $25,000

Step **(2)**: $40,000 - $25,000 = $15,000

**Building 2**

Step **(1)**: $500,000 X 5% = $25,000

Step **(2)**: $60,000 - $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 - BLANKET INSURANCE**

**(E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1)**: $500,000 X 10% = $50,000

Step **(2)**: $95,000 - $50,000 = $45,000

**Business Personal Property**

Step **(1)**: $250,000 X 10% = $25,000

The loss, $5,000 does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G. Business Income And Extra Expense Period Of Restoration**

This Paragraph **G.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form; and

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Paragraph **C.** of this endorsement.

Insured Copy

POLICY NUMBER: 0697156          **COMMERCIAL PROPERTY**
**CP 14 40 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | |
| **Limit Of Insurance:** | $ | Each Limit of Insurance for sign(s) (including its foundation(s)) shown on the CP-F-21 applies to the sum total of all signs at that Covered Location. This Limit of Insurance is excess over any other available sign limit. The paragraph below the Schedule does not apply. | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |
| Premises Number: | | Building Number: | |
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |

Insured Copy

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |

**Construction Of Sign:** ☐ Entirely Metal ☐ Other

**Limit Of Insurance:** $

**Coinsurance Percentage:** %

**Additional Premium:** $

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to outside signs described in the
Schedule, the provision in the Limits Of Insurance
section which pertains to signs does not apply. The
limit applicable to each sign is shown in the
Schedule. The limit applicable to each sign is the
most we will pay for loss or damage to the sign in
any one occurrence.

© ISO Properties, Inc., 2006    CP 14 40 06 07

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## CAUSES OF LOSS - SYSTEMS BREAKDOWN

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions

**A. Covered Causes Of Loss**

When Systems Breakdown is shown in the Declarations, we will pay for direct physical damage to Covered Property at a Covered Location that is the direct result of an "accident".

All exclusions in the Causes of Loss - Special Form apply except as modified in **B.** and **C.** below.

**B. Exclusions**

The following exclusions are added as respects this form:

**1.** We will not pay for loss, damage or expense caused by or resulting from:

**a.** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**b.** Any of the following:

**(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind, except as provided in Additional Coverage Extensions **D.4.;** or

**(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** With respect to Service Interruption, we will not pay for an "accident" caused by or resulting from:

**a.** Fire;

**b.** Lightning;

**c.** Windstorm or hail;

**d.** Explosion (except as specifically provided in Definition **1.c.**);

**e.** Smoke;

**f.** Aircraft or vehicles;

**g.** Riot or civil commotion;

**h.** Vandalism;

**i.** Sprinkler leakage;

**j.** Falling objects;

**k.** Weight of snow, ice or sleet;

**l.** Freezing;

**m.** Collapse;

**n.** Flood, or

**o.** Earth Movement.

**3.** With respects to Business Income, Extra Expense and Service Interruption coverages, we will not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**4.** We will not pay for an "accident" caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

**C. Coverage Extensions**

**1.** The following Exclusions and Limitations in the Causes of Loss - Special Form do not apply to coverage under this endorsement:

**a.** Exclusion **B.2.d.(6),** Mechanical breakdown;

**b.** Exclusion **B.2.e.,** Explosion of steam boilers, steam pipes, steam engines or steam turbines;

**c.** Exclusion **B.2.a.,** Artificially generated electrical current;

**d.** Limitation **C.1.a.,** Steam boilers, steam pipes, steam engines or steam turbines; and

**e.** Limitation **C.1.b.,** Hot water boilers or other water heating equipment.

All other exclusions and limitations continue to apply.

**2.** The following exclusion in the Water Exclusion Endorsement is modified:

The following is added to Exclusion **B.;**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.** through **3.** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

3. The following exclusion in the Causes of Loss - Special Form is modified:

As respects this form only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

**D. Additional Coverage Extensions**

The following Additional Coverage Extensions apply to the direct result of an "accident". Payments under the following Additional Coverage Extensions are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**1. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

**2. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **3.a.(2)** below. As used in this coverage, additional cost means those beyond what would have been payable under this form had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**3. Perishable Goods**

**a.** We will pay:

**(1)** For physical damage to "perishable goods" due to spoilage;

**(2)** For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to, ammonia;

**(3)** Any necessary expenses you incur to reduce the amount of loss under this Extension to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Extension.

**b.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation Condition.

The most we will pay for loss, damage or expense under the Extension is $50,000 per "accident".

**4. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data" as a result of an "accident".

The most we will pay for loss or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per"accident".

**5. Service Interruption**

**a.** Any insurance provided for:

**(1)** Business Income;

**(2)** Extra Expense; or

**(3)** Perishable Goods

is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlords's utility or other supplier who provides you with any of the following services:

**(1)** Electrical power;

**(2)** Waste disposal;

**(3)** Air conditioning;

**(4)** Refrigeration;

**(5)** Heating;

**(6)** Natural gas;

**(7)** Compressed air;

**(8)** Water;

**(9)** Steam;

**(10)** Internet access;

Page 2 of 4

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(11)** Telecommunications services;

**(12)** Wide area networks; or

**(13)** Data transmission.

The equipment must meet the definition of ″covered equipment″, except that it is not Covered Property.

**b.** For Business Income, unless modified elsewhere, coverage begins 72 hours after the time of the ″accident″ to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

**c.** The most we will pay in any ″one accident″ for loss, damage or expense under this Extension is the applicable limit for Business Income, Extra Expense or Perishable Goods.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

**E. Conditions**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever ″covered equipment″ is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an ″accident″ to that ″covered equipment″. This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the ″covered equipment″ is located.

Once suspended in this way, your insurance can be reinstated only by endorsement for that ″covered equipment″. If we suspend your insurance, you will get a pro rata refund of premium for that ″covered equipment″ for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is ″covered equipment″ under this form requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**F. Definitions**

The following definitions are added:

**1.** ″Accident″ means a fortuitous event that causes direct physical damage to ″covered equipment″. The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or events inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** ″Covered equipment″

**a.** ″Covered equipment″ means Covered Property:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is ″covered equipment″:

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) "Vehicle" or any equipment mounted on a "vehicle";

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

3. "Data" means information or instructions stored in digital code capable of being processed by machinery.

4. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

5. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

6. "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

7. "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

8. "Vehicle" means, as respects this form only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a Covered Location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this form arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this form does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 588 of 2396 PageID #:901

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Insured Copy

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) that owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ADDITIONAL VALUE PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. PROPERTY COVERED**

If shown in the Supplemental Declarations, coverage applies to buildings insured on a replacement cost basis.

**B. LIMIT OF INSURANCE EXTENSION**

The Limit of Insurance shown in the Supplemental Declarations for Building(s) is increased 25% to cover a deficiency in the "building replacement cost limit" that may exist at the time of loss to PROPERTY COVERED under this endorsement.

**C. DEFINITION**

"Building replacement cost limit" means:

**1.** The full cost of:
   **a.** repair of the building; or
   **b.** replacement with a similar building with comparable material and quality, and used for the same purpose; and

**2.** The cost of removal of debris of the building when debris removal is necessary to make repair or replacement of a building.

However, "building replacement cost limit" does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

If a building is rebuilt at a new premises, the cost described in **C.1.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**D. EXCLUSION**

This endorsement will not apply:

**1.** If the value of any additions, improvements or enlargements to a building equals more than 5% of the insurance on such building disregarding the additional value provided by this endorsement, and

**2.** If you have not reported such additions, improvements or enlargements to us; or

**3.** Until the lost or damaged PROPERTY COVERED is actually repaired or replaced and as soon as reasonably possible after the loss or damage.

**E.** All other provisions in the Building and Personal Property Coverage Form apply.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.

CP-F-7 (10-04)          Policy Number: 0697156          Policy Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYEES TOOLS EXTENSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
PROPERTY AMENDATORY ENDORSEMENT

You may extend the insurance that applies to Personal Property of Others to apply to portable tools and equipment owned by your employees and used in your business while located at the premises described in the Declarations whether or not such property is in your care, custody or control.

**G.** Optional Coverage **3.** Replacement Cost item **b(1)** is amended to read as follows:
   **b.** This optional coverage does not apply to:
      **(1)** Personal property of others, except employees tools and equipment or leased personal property for which you have a contractual obligation to insure on a replacement cost basis.

This is a part of and not in addition to the Limit of Insurance for Personal Property of Others as stated in the Declarations.

Employee owned tools and equipment listed under Property Not Covered in the Property Amendatory Endorsement does not apply to this Extension.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

CP-F-76  (10-04)          Policy Number:  0697156          Policy Effective Date:  09-01-2019

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 04 11 09 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P1 |
| 2 | 1 | P1 |
| 4 | 1 | P1 |
| Describe Any "P-9": | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"  Automatic Sprinkler System**, including related supervisory services.

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

"P-9", the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016
CP 04 11 09 17

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 04 11 09 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 6 | 1 | P1 |
| 7 | 1 | P1 |
| 10 | 1 | P1 |
| Describe Any "P-9": | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System**, including related supervisory services.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 595 of 2396 PageID #:608

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016    CP 04 11 09 17

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 11 | 1 | P1 |
| 13 | 1 | P1 |
| 14 | 1 | P1 |
| **Describe Any ″P-9″:** | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the ″on″ position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**″P-1″** **Automatic Sprinkler System**, including related supervisory services.

© Insurance Services Office, Inc., 2016

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

"P-3" **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

"P-5" **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

"P-9", the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016 CP 04 11 09 17

Insured Copy
POLICY NUMBER:0697156

COMMERCIAL PROPERTY
CP 14 10 06 95

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED and added to COVERED PROPERTY:

**SCHEDULE\***

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property | Type of Property Coverage (Enter BUILDING or PERSONAL PROPERTY) |
|---|---|---|---|---|
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |

\* Information required to complete this Schedule, if not shown  on this endorsement,  will  be shown  in the Declarations.

     Copyright, ISO Commercial Risk Services, Inc., 1994

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DISASTER DEDUCTIBLE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART

The Deductible applicable to any one occurrence is shown below:

Deductible                                    $10,000

Regardless of the amount of the deductible in the above listed coverage parts the most we will deduct from any loss or damage in any one occurrence is the deductible amount indicated above.

This extension does not apply to:

1.  Earthquake insurance.
2.  Mine Subsidence coverage.
3.  Business Computer Extension Endorsement.
4.  Commercial Crime Coverage Form Insuring Agreements:
    Employee Theft (Blanket)
    Forgery or Alteration
    Employee Theft - Name or Position Schedule
5.  Causes of Loss - Systems Breakdown Endorsement.
6.  Loss or damage subject to the Windstorm or Hail Percentage Deductible Endorsement.
7.  Cyber Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-27 (10-18)              Policy Number: 0697156              Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM

Coverage is provided only when a Limit of Insurance is shown in the Schedule

SCHEDULE

Limit of Insurance each occurrence

$200,000          Your Business Personal Property and Personal Property of Others

**A. Coverage**

We will pay for direct physical loss or damage to Covered Property as indicated in the Schedule that results from:

1. Someone causing you to voluntarily part with any covered property by trick, device, fraudulent scheme or false pretense at the time of sale, demonstration, rental or lease; or

2. Your obtaining covered property from a seller who did not have legal ownership. For purposes of this coverage, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

3. Conversion of covered property that you rent, borrow or lease to others while away from the premises described in the Declarations.

**B. Provisions**

The following provisions apply to **A.1., 2.** and **3.** above:

1. The value of any property or money received by you in full or partial payment for the covered property will be deducted from your loss payment.

2. We will not pay any loss or damage or any portion of a loss or damage:

    **(a)** Due solely to an undisclosed lien or encumbrance, involving a purchase, trade-in or similar transaction; or

    **(b)** After the first periodic or installment payment is made; or

    **(c)** Due solely to an insufficient funds check; or

    **(d)** As a result of your obligation under a contract or agreement in which you agree to be liable in the event of default by the purchaser; or

    **(e)** Due to nonpayment for any reason, of any credit you extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks; or

    **(f)** Unless you have made a reasonable effort, prior to parting with the property, to determine that the transaction was a legitimate business transaction and to identify the other party.

3. If the covered property is recovered and returned to you, we will pay no more than:

    **(a)** The actual cost and expense of recovering the property, plus

    **(b)** The cost of any repairs needed as a result of damage to covered property following the loss or damage.

4. We will not make payment for loss or damage:

    **(a)** Under **A.1** and **A.3.** above unless you were in possession of and had legal ownership to the covered property immediately prior to loss or damage.

    We will not apply this provision if you do not have legal ownership to Property Of Others.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(b)** Under **A.2.** above unless you have taken possession of the covered property.

**5.** You must make every effort to recover the covered property when located.

**6.** You must make every effort to obtain a warrant for the arrest of any person causing loss of or damage to the covered property as soon as practicable after the loss or damage.

**7.** This coverage does not apply to any loss or damage caused by infidelity by you, your directors, officers, partners or employees (including leased employees), whether or not acting alone or in collusion with other persons.

**8.** In the Causes of Loss - Special Form CP 10 30, **B.** Exclusions **2.i.** is deleted.

**C.** **Limit Of Insurance**

The most we will pay in any one occurrence is the stated Limit of Insurance for each occurrence shown in the Schedule.

For purposes of this coverage, all loss or damage caused by the same person or organization shall be considered one occurrence and the most we will pay for all loss or damage caused by any one person or organization within any policy period is the stated Limit of Insurance shown in the Schedule.

**D.** **Deductible**

The deductible amount shown on the Commercial Property Coverage Part Declarations shall be deducted from each occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## STATEMENT OF VALUES - BLANKET INSURANCE

| Location or Premises Number | Building Number | Building | Personal Property of Insured Value | Business Personal Property Value | Personal Property of Others Value | Property in the Open Value |
|---|---|---|---|---|---|---|
| 1 | 1 | $6,568,000 | $1,628,000 | $0 | $480,000 | $0 |
| 1 | 2 | $43,000 | $11,000 | $0 | $1,000 | $0 |
| 2 | 1 | $2,330,000 | $562,000 | $0 | $480,000 | $0 |
| 3 | 1 | $1,166,000 | $222,000 | $0 | $1,000 | $0 |
| 4 | 1 | $4,081,000 | $957,000 | $0 | $480,000 | $0 |
| 5 | 1 | $2,746,000 | $222,000 | $0 | $1,000 | $0 |
| 5 | 2 | $106,000 | $222,000 | $0 | $1,000 | $0 |
| 5 | 3 | $1,060,000 | $7,000 | $0 | $1,000 | $0 |
| 6 | 1 | $11,701,000 | $3,482,000 | $0 | $240,000 | $0 |
| 7 | 1 | $4,473,000 | $1,077,000 | $0 | $160,000 | $0 |
| 8 | 1 | $6,222,000 | $1,499,000 | $0 | $240,000 | $0 |
| 9 | 1 | $2,374,000 | $572,000 | $0 | $160,000 | $0 |
| 9 | 2 | $281,000 | $68,000 | $0 | $1,000 | $0 |
| 10 | 1 | $7,720,000 | $1,858,000 | $0 | $160,000 | $0 |
| 11 | 1 | $10,583,000 | $2,548,000 | $0 | $240,000 | $0 |
| 12 | 1 | $3,003,000 | $724,000 | $0 | $1,000 | $0 |
| 13 | 1 | $4,479,000 | $882,000 | $0 | $240,000 | $0 |

Insured Copy

FEDERATED INSURANCE COMPANIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME  - SPECIAL FORM
BUSINESS INCOME COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Waste-water Removal Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|
| [X] | [X] | [ ] | [X] | [ ] | [X] |

| Premises Number * | Building Number * | Causes of Loss Form Applicable * | Limit of Insurance * |
|---|---|---|---|
| | | | |

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in paragraph **B.** if such property is indicated by an "X" in the Schedule.

**B. Utility Services**

   **1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

   **2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

   **3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

   **4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**C.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**D.** We will only pay for loss you sustain after the first 72 hours following the direct physical loss or damage to utility services to which this endorsement applies.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the **Loss Payment** Loss Condition and supersedes any provision to the contrary:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within 5 business days after we have received the proof of loss and:

**1.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**2.** An appraisal award has been made.

**C.** The following is added to the **Loss Payment** Loss Condition:

We agree that in the event of a total loss, the Limit of Insurance for a building which is Covered Property represents its value.

**D.** The **Examination Of Your Books And Records** Common Policy Condition and the Condition in the Standard Property Policy are replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**E.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by fire:

We do not provide coverage to the insured who has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**F.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

We will not pay for any loss or damage if any insured has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**G.** The following is added to **Covered Causes Of Loss:**

With respect to the perils of fire and lightning, references in the Commercial Property forms to direct physical loss or damage are construed to mean all loss or damage caused by fire and any damage caused by lightning.

 © Insurance Services Office, Inc., 2011

**H.** In the Loss Conditions titled Duties In The Event Of Loss, Duties In The Event Of Loss Or Damage, Duties In The Event Of Accident, Claim Or Suit and Duties If You Incur Extra Expense, the requirement to notify us can be satisfied by notifying our agent, subject to all other terms of such requirement. Further, if a claim is made or "suit" is brought against you, the requirement to provide us with prompt notice of the claim or "suit" can be satisfied by written or oral notification.

**I.** **The Duties In The Event Of Loss Or Damage**
Loss Condition is changed as follows:

1. The following paragraph is deleted:

    As soon as possible, give us a description of how, when and where the loss or damage occurred.

2. Paragraphs **a.(6)**, **a.(7)** and **b.** are replaced by the following (except in the Mortgageholders Errors And Omissions Coverage Form):

    **(6)** As often as we reasonably require:

    **(a)** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

    **(b)** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

    **(7)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

    **(a)** A description of how and when the loss or damage occurred;

    **(b)** The value of the property, except in the case of a total loss of an insured building;

    **(c)** The interest of the insured and all others in the property; and

    **(d)** Other insurance which may cover the loss of damage.

    We will supply you with the necessary forms.

    **b.** After we inform an insured:

    **(1)** Of the right to counsel; and

    **(2)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

3. Paragraphs **(1)(a)(v)**, **(1)(a)(vi)** and **(1)(b)** in the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

    **(v)** As often as we reasonably require:

    **i.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

    **ii.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

    **(vi)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

    **i.** A description of how and when the loss or damage occurred;

    **ii.** The value of the property, except in the case of a total loss of an insured building;

    **iii.** The interest of the insured and all others in the property; and

    **iv.** Other insurance which may cover the loss of damage.

    We will supply you with the necessary forms.

    **(b)** After we inform an insured:

    **(i)** Of the right to counsel; and

    **(ii)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

    we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**J.** Under **Additional Conditions**, Paragraphs **a.** and **d.** of the **Mortgageholders** Condition are replaced by the following:

    **a.** The term "mortgageholder" includes trustees and contract for deed vendors.

© Insurance Services Office, Inc., 2011  CP 01 08 10 12

Insured Copy

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

The following paragraph is added to the **Mortgageholders** Condition:

h. We will notify the mortgageholder of changes to this Coverage Part that result in a substantial reduction of coverage to the mortgaged property.

K. The **Ordinance Or Law** Exclusion is replaced by the following exclusion:

**ORDINANCE OR LAW**

The enforcement of or compliance with any ordinance or law:

1. Regulating the construction, use or repair of any property; or

2. Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

1. An ordinance or law that is enforced even if the property has not been damaged; or

2. The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

But if loss or damage is solely a result of one or more Covered Causes of Loss, we will pay for your compliance with such ordinance or law, subject to all other provisions of this policy, including those listed below, as follows:

a. In the event of a partial loss, if the building is insured under the Replacement Cost Optional Coverage, we will pay for your compliance but only with respect to the damaged portion of the building.

b. In the event of a total loss or constructive total loss, we will pay for your compliance with respect to the entire building.

c. We will not pay under this provision for:

(1) Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(2) The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

d. Any valuation provision (including Replacement Cost) or loss payment condition which excludes the increased cost attributable to enforcement of or compliance with an ordinance or law is hereby revised to include such cost to the extent that coverage is provided above in this item, **K.** But in no event will we pay more than the applicable Limit Of Insurance.

L. The following applies with respect to any Deductible in this Coverage Part, including a Deductible provided by endorsement for a particular cause of loss or coverage:

The Deductible will not apply to the total loss of a building.

M. The **Transfer Of Rights Of Recovery Against Others To Us** Commercial Property Condition is replaced by the following, subject to Sections **N.** and **O.** of this endorsement:

1. If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. However, our rights do not apply against:

a. An insured; or

b. Any person or organization insured under another policy which was issued by us and responds to the same loss;

provided the loss was not intentionally caused by such insureds.

 © Insurance Services Office, Inc., 2011

Insured Copy

2. You may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property or Covered Income.

   b. After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

     (1) Someone insured by this insurance, unless the loss was caused intentionally by such insured;

     (2) A business firm:

       (a) Owned or controlled by you; or

       (b) That owns or controls you; or

     (3) Your tenant.

This will not restrict your insurance.

**N.** In the Legal Liability Coverage Form, the following is added to the Loss Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

**O.** In the Mortgageholders Errors And Omissions Coverage Form, the following are added to the Additional Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Under Coverages **A** and **B**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentially caused by such insureds.

Under Coverages **C** and **D**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same occurrence, provided the occurrence was not intentionally caused by such insureds.

**P.** Paragraph **A.3.e.** of the Legal Liability Coverage Form and Paragraph **A.3.b.(5)** of the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

Prejudgment interest awarded against you on that part of the judgment we pay.

**Q.** Paragraph **(8)** of the **Increased Cost Of Construction** Additional Coverage is replaced by the following:

This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such exclusion would conflict with the provisions of this Additional Coverage. The coverage afforded under this Additional Coverage does not reduce coverage provided under exceptions to the Ordinance Or Law Exclusion as presented in this endorsement.

**R.** Paragraph **(9)** of the **Increased Cost Of Construction** Additional Coverage does not apply.

**S.** In the Legal Liability Coverage Form under Section **E.**, Additional Conditions, Paragraph **a.** of the Amendment Of Commercial Property Conditions does not apply. The following **Concealment, Misrepresentation Or Fraud** Condition applies instead:

We do not provide coverage to the insured who has:

     **1.** Before a loss, willfully; or

     **2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstance relating to this insurance.

**T.** The **Bankruptcy** Condition, in the Mortgageholders Errors And Omissions Coverage Form (applicable to Coverages **C** and **D**) and in the Legal Liability Coverage Form, is replaced by the following:

Bankruptcy, insolvency, or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form, and in case an execution against the insured on a final judgment is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Form against us to the same extent that the insured would have, had the insured paid the final judgment.

**U.** In the **Appraisal** Condition, reference to a court having jurisdiction means a court of record in the state where the described premises at which the loss occurred are located.

© Insurance Services Office, Inc., 2011

CP 01 08 10 12

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 40 07 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

CP 01 40 07 06

©ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL PROPERTY
CP 01 50 10 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - REPLACEMENT COST PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

If the Declarations indicate that the Replacement Cost Optional Coverage applies to personal property, that Coverage is replaced by the following with respect to such property:

**A.** In the event of loss or damage we will determine the value of personal property on the basis of replacement cost without deduction for depreciation, subject to the following:

**1.** We will not pay more for loss or damage on a replacement cost basis than the least of:

**a.** The Limit of Insurance applicable to the lost or damaged property;

**b.** The applicable Special Limit of Insurance shown in **B.1.**, **B.2.**, **B.3.**, and **B.4.** of this endorsement;

**c.** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

**d.** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**2.** You may make a claim for loss or damage covered under this endorsement on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**3.** We will not pay on a replacement cost basis for any loss or damage:

**a.** Until the lost or damaged property is actually repaired or replaced; and

**b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**c.** If the condtions in **3.a.** and **3.b.** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

**d.** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**B.** With respect to the coverage provided by this endorsement, the following Special Limits of Insurance apply, unless higher Special Limits of Insurance are shown in the Declarations. These Special Limits of Insurance are part of, not in addition to, any Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible. The Special Limit of Insurance shown for any category listed below or in the Declarations is the most we will pay for loss of or damage to all property in that category in any one occurrence.

**1.** $1,000 on personal property of others.

**2.** $1,000 on contents of a residence.

**3.** $5,000 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $1,000 for any one article.

**4.** $1,000 on "stock", unless the including "Stock" option is shown in the Declarations.

With respect to the articles described in **B.1.**, **B.2.**, **B.3.** and **B.4.** above, in no event will we pay you less than we would have paid you if this endorsement were not attached to this policy.

CP 01 50 10 00 Copyright, ISO Commercial Risk Services, Inc., 1999 Page 1 of 2

Insured Copy

**C.** **The Extension Of Replacement Cost To Personal Property Of Others,** as set forth in the Coverage Form, does not apply. Instead, Paragraph **B.1.** of this endorsement applies to the personal property of others, unless a higher Special Limit of Insurance is shown in the Declarations.

**D.** Under the terms of this endorsement, tenants' improvements and betterments are not considered to be the personal property of others. Therefore, tenants' improvements and betterments are not subject to the Special Limit of Insurance stated in Paragraph **B.1.** of this endorsement.

 Copyright, Insurance Services Office, Inc., 1999 CP 01 50 10 00

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

© Insurance Services Office, Inc., 2016

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

       © Insurance Services Office, Inc., 2016       IL 01 18 02 17

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

## DECLARATIONS
## COMMERCIAL INLAND MARINE COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGE(S) FOR WHICH A COVERAGE FORM OR ENDORSEMENT IS INDICATED.**

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Accounts Receivable Coverage Form Declarations | IM-F-70 (04-04) |
| Accounts Receivable Coverage Form | CM 00 66 (01-13) |
| Boat Dealer's Coverage Form | IM-F-28 (10-95) |
| Business Computer Coverage Form | IM-F-9 (10-05) |
| Business Computer Extension Endorsement | IM-F-10 (10-05) |
| Transportation Floater Form | IM-F-24 (01-16) |
| Cyber Coverage Supplemental Declarations | IM-F-171 (10-18) |
| Cyber Coverage Form | IM-F-172 (10-18) |
| Minnesota Changes - Cyber Coverage | IM-F-173 (MN) (10-18) |
| Minnesota Changes | CM 01 17 (09-04) |

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

**G. Pair, Sets Or Parts**

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

   1. This Coverage Part;

   2. The Covered Property;

   3. Your interest in the Covered Property; or

   4. A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

   © ISO Properties, Inc., 2003   CM 00 01 09 04

Insured Copy

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

Insured Copy

# ACCOUNTS RECEIVABLE COVERAGE FORM DECLARATIONS

LIMITS OF INSURANCE

A. Coverage Applicable at Your Premises        Limit of Insurance
    Address:
    2873 HIGHWAY 61 TOYOTA SALES/SERVICE        $250,000
    MAPLEWOOD MN

B. Coverage Applicable Away From Your Premises:

DESCRIPTION OF RECEPTACLES

| Address | Description |
|---|---|
| 2873 HIGHWAY 61 TOYOTA SALES/SERVICE MAPLEWOOD MN | Not Enclosed In A Metal Container |

DUPLICATE RECORDS

If the Duplicate Records Endorsement is attached, the following applies:

Percentage Duplicated

[X] NON-REPORTING

[ ] REPORTING

Premises Address          Rate

Policy Minimum Premium

SPECIAL PROVISIONS:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-70 (04-04)      Policy Number: 0697156      Transaction Effective Date: 09-01-2019

Insured Copy

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E - Definitions.**

## A. Coverage

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   d. Other reasonable expenses that you incur to reestablish your records of accounts receivable;

   that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

   b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

   Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage - Collapse**

   The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

a. For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

b. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   (1) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   (2) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   (3) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

   (4) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (a) A cause of loss listed in Paragraph **(1)** or **(2)**;

      (b) One or more of the following causes of loss: fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

      (c) Weight of people or personal property; or

      (d) Weight of rain that collects on a roof.

© Insurance Services Office, Inc., 2011

**c.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Form.

**5. Coverage Extension**

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees, (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during normal working hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

© Insurance Services Office, Inc., 2011

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

i. Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

3. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

4. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such conditions relates to Paragraph **(1)** or **(2)**.

This Exclusion **d.** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: fire, lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

C. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

D. **Additional Conditions**

1. **Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

Insured Copy

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to reestablish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable At All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable At All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

 © Insurance Services Office, Inc., 2011 CM 00 66 01 13

Insured Copy

# BOAT DEALER'S COVERAGE FORM

## SCHEDULE

| COVERED PROPERTY AWAY FROM YOUR BUSINESS PREMISES | LIMIT OF INSURANCE |
|---|---|
| | $100,000 |

**DEDUCTIBLE**      $1,000

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered. Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

### A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

Covered Property, as used in this Coverage Form means watercraft, (including motors, equipment, accessories and boat trailers) while away from your business premises.

Coverage applies:

a.   To covered property you own.
b.   To covered property for which you are liable.

2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-28 (10-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

2.  We will not pay for a "loss" caused by or resulting from any of the following:

    a.  Dishonest or criminal act committed by:
        (1) You, any of your partners, employees, directors, trustees, or authorized representatives;
        (2) Anyone else with an interest in the property, or their employees or authorized representatives; or
        (3) Anyone else to whom the property is entrusted for any purpose.

        This exclusion applies whether or not such:
        (1) Persons are acting alone or in collusion with other persons; or
        (2) Acts occur during the hours of employment.

        This exclusion does not apply to:
        (1) Covered Property that is entrusted to others who are carriers for hire; or
        (2) Acts of destruction by your employees. But theft by employees is not covered.

    b.  Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

        But if loss or damage by fire results, we will pay for that resulting loss or damage.

    c.  Use of the property as a public or livery vehicle for a fee or rented to others or operated in an official race or speed contest.

3.  We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

    a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

    b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

    c.  Faulty, inadequate or defective:
        (1) Planning, zoning, development, surveying, siting;
        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
        (3) Materials used in repair, construction, renovation or remodeling; or
        (4) Maintenance;
        of part or all of any property wherever located.

    d.  Wear and tear, gradual deterioration (including marine life); rust, corrosion, latent defect, inherent vice, freezing, overheating; structural, mechanical or electrical breakdown or failure.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

The deductible amount shown in the Schedule shall be deducted from each loss or claim.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

1.  Coverage Territory
    We cover property wherever located within:
    a.  The United States of America;
    b.  Puerto Rico; and
    c.  Canada.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

## FEDERATED INSURANCE COMPANIES

## BUSINESS COMPUTER COVERAGE FORM

## <u>SCHEDULE</u>

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 1  1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE MAPLEWOOD  MN | $75,000 | | |
| 5  1 | 1241 BEAM AVE PARTS/ACCESSORIES MAPLEWOOD  MN | $75,000 | | |
| 6  1 | 4605 S ROBERT TRL HONDA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |
| 8  1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |

Continued on Next Page

### ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible _____$1,000_____

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

### 1. Covered Property
**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

### 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

b. Property that you loan, rent or lease to others while away from a Location described in the Schedule.

c. Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

d. "Business Computer Equipment" that operates production machinery.

e. Contraband or property in the course of illegal transportation or trade.

f. Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

g. Diagnostic equipment

### 3. Covered Causes of Loss

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

### 4. Coverage Extensions

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

a. Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Page 3 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives; or

(2) A manager or a member if you are a limited liability company; or

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if you are induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolescence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolescence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

   (1) Of comparable material and quality; and

   (2) Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

   (1) Of comparable material and quality; and

   (2) Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

3. **Deductible**

   We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

E. **DEFINITIONS**

1. "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

2. "Electronic data" means information or facts stored on "media" including "computer software programs".

3. "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

4. "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

5. "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

6. "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## FEDERATED INSURANCE COMPANIES

## BUSINESS COMPUTER COVERAGE FORM

## <u>SCHEDULE</u>

|  |  |  | Limits of Insurance | | |
|---|---|---|---|---|---|
| Loc. No. | | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 10 | 1 | 12790 PLAZA DR NISSAN SALES/SERVICE    EDEN PRAIRIE   MN | $50,000 | | |
| 11 | 1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE CRYSTAL LAKE   IL | $50,000 | | |
| 13 | 1 | 1500 N RANDALL RD SUBARU SALES/SERVICE ELGIN   IL | $50,000 | | |

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

### A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

**1. Covered Property**

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

b. Property that you loan, rent or lease to others while away from a Location described in the Schedule.

c. Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

d. "Business Computer Equipment" that operates production machinery.

e. Contraband or property in the course of illegal transportation or trade.

f. Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

g. Diagnostic equipment

**3. Covered Causes of Loss**

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

**4. Coverage Extensions**

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

a. Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Page 3 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**c.** The cost to replace the lost or damaged equipment with other equipment:

  **(1)** Of comparable material and quality; and

  **(2)** Used for the same purpose; or

**d.** The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

**a.** The Limit of Insurance applicable to the lost or damaged equipment; or

**b.** The cost to replace the lost or damaged equipment with other equipment:

  **(1)** Of comparable material and quality; and

  **(2)** Used for the same purpose; or

**c.** The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

**a.** Until the lost or damaged equipment is actually repaired or replaced; and

**b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

**3.** **Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E.** **DEFINITIONS**

**1.** "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

**2.** "Electronic data" means information or facts stored on "media" including "computer software programs".

**3.** "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

**4.** "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

**5.** "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

**6.** "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUSINESS COMPUTER EXTENSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

BUSINESS COMPUTER COVERAGE FORM

Exclusions B.2.a, B.2.b. and B.2.d. of the Business Computer Coverage Form attached to this policy are hereby deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-10 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

# TRANSPORTATION FLOATER FORM

### SCHEDULE

**Limits of Insurance**

1.     **$100,000**    on Covered Property in or on a "vehicle" you or your employees own or operate.

2.                 on Covered Property in or on a "vehicle" in the care, custody, or control of carriers for hire.

**DEDUCTIBLE**    **$1,000**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- DEFINITIONS**.

## A. COVERAGE

We will pay for direct physical loss or damage to Covered Property while in or on a "vehicle" from any of the Covered Causes of Loss for which a Limit of Insurance is shown in the above Schedule.

1. **Covered Property,** as used in this Coverage Form, means:

   Under Items 1 & 2

   **(a)** Property owned by you or for which you are liable as indicated in the Schedule.

   Coverage also applies to Covered Property in or on a "vehicle" while such property is at locations owned, rented or leased or controlled by you.

2. **Property Not Covered**

   Covered Property does not include:

   **a.** The transporting "vehicle", including their equipment and accessories.

   **b.** Livestock except from an accident by a covered peril causing death or rendering death necessary.

   **c.** Accounts, bills, currency, deeds, money, notes, securities and evidences of debt.

   **d.** Contraband or property in the course of illegal transportation or trade.

   **e.** Jewelry, precious or semi-precious stones, gold, silver, platinum or other precious metals.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of loss or damage listed in the Exclusions.

4. **Additional Coverages**

   **a.** **Debris Removal**

   We will pay the expense you incur to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss. This coverage does not apply to:

   **(1)** Any cost or expense which would not have occurred in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time; or

   **(2)** Any loss or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

   **(3)** Any cost or expense to remove, restore or replace polluted land or water; or

   **(4)** Any cost or expense to remove or extract debris of liquid products.

   The most we will pay for loss or damage under this Additional Coverage is $5,000 per occurrence.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

**a. Governmental Action**

Seizure, confiscation or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss or damage caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. "Spoilage"**

**e. "Contamination"**

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Unexplained or mysterious disappearance.

**b.** Dishonest or criminal act committed by:

(1) You, any of your partners, employees (including leased employees), members, directors, trustees, or authorized representatives;

(2) Anyone else with an interest in the property, or their employees (including leased employees) or authorized representatives; or

(3) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

**c.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**d.** Unauthorized instructions to transfer property to any person or to any place.

**e.** Shifting of load, poor packing or rough handling; unless directly caused by fire, explosion, windstorm, theft, collision or upset of the transporting "vehicle", for loss or damage caused by breakage or by contact with oil or grease or any other commodity;

**f.** Marring or scratching;

**g.** Wetness or dampness, or as the result of being spotted, discolored, molded, rusted, frosted or frozen, rotted, soured, steamed or heated, changed in flavor, or deteriorated;

**h.** Wear and tear; depreciation and gradual deterioration; inherent vice; latent defect; mechanical breakdown;

**i.** Loss of fluids and gases by leakage or spillage unless caused by a peril not otherwise excluded; or

**j.** Loss caused by or resulting from loss of use, business interruption, delay, or loss of market or loss of profit.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**E. OTHER INSURANCE**

We will not be liable for loss or damage if, at the time of loss or damage, there is other insurance under another coverage form of this or any other policy which would attach if this insurance had not been affected, except that this insurance shall apply as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Including their respective coastal territories.

**2. Indemnity Agreement**

If we pay for loss or damage to comply with any special endorsement required by laws or regulations, and such loss or damage would not be covered under the terms of the Coverage Form without such endorsement(s), you agree to pay us the full amount of such payments within 10 days after we notify you.

**G. DEFINITIONS**

**1.** "Contamination" means, but is not limited to, the intrusion, infestation, process, or contact of one property with:

**a.** Another property; or

**b.** Substance; or

**c.** Undesirable element(s);

that results in the original property becoming unfit or unsuitable for its intended use, purpose or consumption.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant; including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Spoilage" means, but is not limited to, the act or process of decay, fungus, mildew, mold, rot, loss of freshness or color or odor, impairment or deterioration of quality, or the quality of edibility becomes reduced.

**4.** "Vehicle" means, with respect to this form only, any conveyance that is used for the transportation of goods or moves under its own power. This includes but is not limited to autos, trucks, semi-trucks, buses, trailers, semi-trailers, trains, aircraft and watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit:             **$100,000**  Annual Aggregate

Sublimits - Per Occurrence
   1st Party Named Malware:           **$50,000**
   Forensic IT Review:                **$50,000**
   Legal Review:                      **$50,000**
   Public Relations:                   **$5,000**
   Regulatory Fines and Penalties:    **$50,000**
   PCI Fines and Penalties:           **$50,000**

Data Compromise Response
Expenses Deductible:                  **$2,500**  Per Occurrence

**COMPUTER ATTACK**

Computer Attack Limit:              **$100,000**  Annual Aggregate

Sublimits - Per Occurrence
   Business Income and Extra Expense:  **$50,000**
   Public Relations:                   **$5,000**

Computer Attack Deductible:          **$2,500**  Per Occurrence

**CYBER EXTORTION**

Cyber Extortion Limit:              **$10,000**  Annual Aggregate

Cyber Extortion Deductible:          **$2,500**  Per Occurrence

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit:       **$100,000**  Annual Aggregate

Sublimits - Per Occurrence
   3rd Party Named Malware:           **$50,000**

Data Compromise
Defense and Liability Deductible:    **$2,500**  Per Occurrence

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Network Security Defense and Liability Limit: | **$100,000** | Annual Aggregate |
| Network Security Defense and Liability Deductible: | **$2,500** | Per Occurrence |

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Electronic Media Defense and Liability Limit: | **$100,000** | Annual Aggregate |
| Electronic Media Defense and Liability Deductible: | **$2,500** | Per Occurrence |

---

**IDENTITY RECOVERY**

| | | |
|---|---|---|
| Identity Recovery Limit: | **$25,000** | Annual Aggregate per "Identity Recovery Insured" |

Sublimits - Per Occurrence
  Lost Wages and Child and
  Elder Care Expenses:                **$5,000**
  Mental Health Counseling:           **$1,000**
  Miscellaneous Unnamed Costs:        **$1,000**

---

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

# CYBER COVERAGE FORM

Throughout this Coverage Form (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to Section **F. DEFINITIONS.**

The terms and conditions of the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions, and any amendments to such terms incorporated by this Coverage Form are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Cyber Coverage Supplemental Declarations.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Business Income and Extra Expense**

We will pay your actual "business income and extra expense".

**(5) Public Relations**

If you suffer a covered "business income and extra expense", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

   **a.** Cyber Extortion applies only if all of the following conditions are met:

     **(1)** There has been a "cyber extortion threat"; and

     **(2)** Such "cyber extortion threat" is first made against you during the "policy period"; and

     **(3)** Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

   **b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

   **c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Data Compromise Defense and Liability**

   **a.** Data Compromise Defense and Liability applies only if all of the following conditions are met:

     **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

       **(a)** A "claim" brought by or on behalf of one or more "affected individuals"; or

       **(b)** A "regulatory proceeding" brought by a governmental entity.

     **(2)** Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

       **(a)** Took place during the "coverage term";

       **(b)** Took place in the "coverage territory"; and

       **(c)** Was submitted to us and insured under Data Compromise Response Expenses.

     **(3)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

   **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

     **(1)** "Loss" directly arising from the "claim"; or

     **(2)** "Defense costs" directly arising from a "regulatory proceeding".

   **c.** All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**5. Network Security Defense and Liability**

   **a.** Network Security Defense and Liability applies only if all of the following conditions are met:

     **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

       **(a)** Took place during the "coverage term"; and

       **(b)** Took place in the "coverage territory"; and

     **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

   **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)      Policy Number: 0697156      Transaction Effective Date: 09-01-2019

Insured Copy

   **c.**  All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

  **6.**  **Electronic Media Defense and Liability**

    **a.**  Electronic Media Defense and Liability applies only if all of the following conditions are met:

      **(1)**  During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

        **(a)**  Took place during the "coverage term"; and

        **(b)**  Took place in the "coverage territory"; and

      **(2)**  Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

    **b.**  If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

    **c.**  All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

  **7.**  **Identity Recovery**

    **a.**  Identity Recovery applies only if all of the following conditions are met:

      **(1)**  There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

      **(2)**  Such "identity theft" took place in the "coverage territory"; and

      **(3)**  Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

      **(4)**  Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

    **b.**  If the conditions listed in **a.** above have been met, then we will provide the following to the "identity recovery insured":

      **(1)**  **Case Management Service**

        We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

      **(2)**  **Expense Reimbursement**

        We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B.**  **EXCLUSIONS**

We will not pay for costs or loss arising from the following:

**1.**  Nuclear reaction or radiation or radioactive contamination, however caused.

**2.**  War and military action including any of the following and any consequence of any of the following:

    **a.**  War, including undeclared or civil war;

    **b.**  Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.**  Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.**  Failure or interruption of or damage to the internet or an internet service provider.

**4.**  Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.**  Costs to research or correct any deficiency.

**6.**  Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.**  Any criminal investigations or proceedings.

**8.**  Your intentional or willful complicity in a covered loss event.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

9. Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non- monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any threat, extortion or blackmail including, but not limited to, ransom payments and private security assistance. Extortion as used in this exclusion is all types of extortion except a "cyber extortion threat" as defined and covered under the Cyber Extortion coverage in this Cyber Coverage.

15. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

16. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Defense and Liability.

17. The theft of a professional or business identity.

18. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

19. An "identity theft" where a written police report is not completed.

## C. LIMITS OF INSURANCE

### 1. Aggregate Limits

Except for post-judgment interest, the aggregate limit for each coverage section shown in the Cyber Coverage Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Cyber Coverage Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

### 2. Coverage Sublimits

#### a. Data Compromise Sublimits

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Cyber Coverage Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

The most we will pay under Data Compromise Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**b. Computer Attack Sublimits**

The most we will pay under Computer Attack for Business Income and Extra Expense and Public Relations coverages for "loss" arising from any one "computer attack" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack aggregate limit shown in the Cyber Coverage Supplemental Declarations.

**c. Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

**(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the aggregate limit for Identity Recovery.

**(2)** Costs covered under item **d.** (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the aggregate limit for Identity Recovery.

**(3)** Costs covered under item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(4)** Costs covered under item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(5)** Costs covered under item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3. Application of Limits**

**a.** A "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" was first discovered by you.

**b.** You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

**c.** The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

**d.** Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D. DEDUCTIBLES**

**1.** We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Coverage Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Coverage Supplemental Declarations. You will be responsible for the applicable deductible amount.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**2.** The deductible will apply to all:

**a.** "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack or Cyber Extortion. However, this does not apply to a "business income and extra expense loss".

**b.** "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Defense and Liability, Network Security Defense and Liability or Electronic Media Defense and Liability.

**3.** In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

**4.** Insurance coverage under Identity Recovery is not subject to a deductible.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to and/or modify the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions:

**1. Bankruptcy**

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

**2. Defense and Settlement**

**a.** We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

**b.** You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

**c.** If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

**d.** We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

**e.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

**(1)** After entry of judgment; and

**(2)** Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

These interest payments will be in addition to and not part of the applicable limit of insurance.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

**a.** Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

**b.** Providing and maintaining appropriate computer and Internet security;

**c.** Maintaining and updating at appropriate intervals backups of computer data;

**d.** Protecting transactions, such as processing credit card, debit card and check payments; and

**e.** Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**

**a.** If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

**(1)** Anytime during the "policy period"; or

**(2)** Anytime during the extended reporting periods (if applicable).

**b.** If a "claim" or "regulatory proceeding" is brought against you, you must:

**(1)** Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

**(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

**(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

**(4)** Authorize us to obtain records and other information;

**(5)** Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

**(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

**c.** In the event of a "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

**(1)** Notify the police if a law may have been broken.

**(2)** Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". Include a description of any property involved.

**(3)** As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft" occurred.

**(4)** As often as may be reasonably required, permit us to:

**(a)** Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft";

**(b)** Examine your books, records, electronic media and records and hardware;

**(c)** Take samples of damaged and undamaged property for inspection, testing and analysis; and

**(d)** Make copies from your books, records, electronic media and records and hardware.

**(5)** Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft".

**(7)** If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

**(8)** Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

**(9)** Promptly send us any legal papers or notices received concerning the "loss".

**d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

**e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

5. **Extended Reporting Periods**

   a. You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

   b. If a "termination of coverage" has occurred, you will have the right to the following:

   (1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

   (2) Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage

   To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

   This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

6. **Identity Recovery Help Line**

   For assistance, if Identity Recovery applies, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-414-9812**.

   The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

   a. Information and advice for how to respond to a possible "identity theft"; and

   b. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

   In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

   As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

7. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   a. There has been full compliance with all of the terms of this insurance; and

   b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

8. **Legal Advice**

   We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

9. **Other Insurance**

   If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply as follows:

   a. **Primary Insurance**

   This insurance is primary over any other valid and collectible insurance issued by us or any of our affiliates.

   b. **Excess Insurance**

   This insurance is excess over any other valid and collectible insurance not issued by us or any of our affiliates.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. No Reinstatement of Limit**

With respect to coverage provided by this endorsement, **Loss Conditions, Paragraph I., Reinstatement Of Limit After Loss,** of the **Commercial Inland Marine Conditions** is deleted.

**14. Liberalization Clause**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## F. DEFINITIONS

1. **"Affected Individual"** means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

   **a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

   **b.** An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

      **(1)** If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      **(2)** If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      **(3)** You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

   **c.** An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense"** means the loss of Business Income and Extra Expense actually incurred during the Period of Restoration.

   **a.** As used in this definition, Business Income means the sum of:

      **(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

      **(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

   **b.** As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

   **c.** As used in this definition, Period of Restoration means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

      **(1)** The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

      **(2)** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

6. **"Claim"**

   **a.** "Claim" means:

      **(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

      **(2)** A civil proceeding commenced by the filing of a complaint;

      **(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

**b.** "Claim" does not mean or include:

**(1)** Any demand or action brought by or on behalf of someone who is:

**(a)** Your director;

**(b)** Your owner or part-owner; or

**(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

**(2)** A "regulatory proceeding".

**c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

**(1)** The proceeding is brought by one or more "affected individuals";

**(2)** The claimant alleges that one or more "affected individuals" suffered damages; and

**(3)** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7.** **"Computer Attack"** means one of the following involving the "computer system":

**a.** An "unauthorized access incident";

**b.** A "malware attack"; or

**c.** A "denial of service attack" against a "computer system".

**8.** **"Computer System"** means a computer or other electronic hardware that is owned or leased by you and operated under your control.

**9.** **"Coverage Term"** means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

**b.** Ending upon the "termination of coverage".

**10.** **"Coverage Territory"** means:

**a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion and Identity Recovery, "coverage territory" means anywhere in the world.

**b.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions), Puerto Rico or Canada.

**11.** **"Cyber Extortion Expenses"** means:

**a.** The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

**b.** Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**12.** **"Cyber Extortion Threat"** means:

**a.** "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**(1)** Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

**(2)** Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

**(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

**(4)** Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

**(5)** Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

**b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**13. "Data Re-creation Costs"**

**a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**14. "Data Restoration Costs"**

**a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**15. "Defense Costs"**

**a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

**b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**16. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**17. "Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

**a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

**b.** Defamation against a person or organization that is unintended; or

**c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**18. "Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

19. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

   **a. Re-Filing Costs**

   Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

   **b. Notarization, Telephone and Postage Costs**

   Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

   **c. Credit Reports**

   Costs for credit reports from established credit bureaus.

   **d. Legal Costs**

   Fees and expenses for an attorney approved by us for the following:

   **(1)** The defense of any civil suit brought against an "identity recovery insured".

   **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured".

   **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

   **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

   **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

   **e. Lost Wages**

   Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   **f. Child and Elder Care Expenses**

   Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   **g. Mental Health Counseling**

   Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   **h. Miscellaneous Unnamed Costs**

   Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

   **(1)** Such costs include:

     **(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

     **(b)** Deductibles or service fees from financial institutions.

   **(2)** Such costs do not include:

     **(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

     **(b)** Money lost or stolen.

     **(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage.

20. **"Identity Recovery Insured"** means the following:

   **a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

    **b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

    **c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

        **(1)** The chief executive of the insured entity; or

        **(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**21. "Identity Theft"**

    **a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

    **b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**22. "Loss"**

    **a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

    **b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

    **c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

    **d.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "loss" means "defense costs" and "settlement costs".

    **e.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, paragraph **b.**

**23. "Malware Attack"**

    **a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, trojans, spyware and keyloggers.

    **b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**24. "Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**25. "Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

    **a.** The unintended propagation or forwarding of malware, including viruses, worms, trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

    **b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

    **c.** The unintended loss, release or disclosure of "third party corporate data".

**26. "Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

    **a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

        **(1)** You; or

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

**(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation or transportation provider) such information for storage, processing, transmission or transportation of such information.

**b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

**c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

**d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**27.** **"Personally Identifying Information"**

**a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

**b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**28.** **"Personally Sensitive Information"**

**a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

**b.** "Personally sensitive information" does not mean or include "personally identifying information".

**29.** **"Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

**30.** **"Property Damage"** means:

**a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

**b.** Loss of use of tangible property that is not physically injured.

**31.** **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**32.** **"Settlement Costs"**

**a.** "Settlement costs" means the following, when they arise from a "claim":

**(1)** Damages, judgments or settlements; and

**(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

**(3)** Pre-judgment interest on that part of any judgment paid by us.

**b.** "Settlement costs" does not mean or include:

**(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

**(2)** Punitive and exemplary damages;

**(3)** The multiple portion of any multiplied damages;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

**c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

**(1)** Is where those fines, or penalties were awarded or imposed;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

**(3)** Is where you are incorporated or you have your principal place of business; or

**(4)** Is where we are incorporated or have our principal place of business.

**33. "System Restoration Costs"**

**a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre-"computer attack" level of functionality:

**(1)** Replace or reinstall computer software programs;

**(2)** Remove any malicious code; and

**(3)** Configure or correct the configuration of your computer system.

**b.** "System restoration costs" does not mean or include:

**(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

**(2)** Labor costs of your employees or directors;

**(3)** Any costs in excess of the actual cash value of your computer system; or

**(4)** Costs to repair or replace hardware.

**34. "Termination of Coverage"** means:

**a.** You or we cancel this coverage;

**b.** You or we refuse to renew this coverage; or

**c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**35. "Third Party Corporate Data"**

**a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**36. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

**a.** An unauthorized person or persons; or

**b.** An authorized person or persons for unauthorized purposes.

**37. "Wrongful Act**

**a.** With respect to Data Compromise Defense and Liability, "wrongful act" means a "personal data compromise".

**b.** With respect to Network Security Defense and Liability, "wrongful act" means a "network security incident".

**c.** With respect to Electronic Media Defense and Liability, "wrongful act" means an "electronic media incident".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)      Policy Number: 0697156      Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MINNESOTA CHANGES - CYBER COVERAGE

This endorsement modifies insurance provided under the following:

CYBER COVERAGE FORM

**A.  E. ADDITIONAL CONDITIONS, 1. Bankruptcy,** is deleted and replaced with the following:

The bankruptcy, insolvency, or dissolution of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

**B.  E. ADDITIONAL CONDITIONS, 2. Defense and Settlement,** paragraph **e. (1)** and **(2)** are deleted and replaced with the following:

**(1)**  Before entry of judgment; and

**(2)**  After entry of judgment but before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-173 (MN) (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

COMMERCIAL INLAND MARINE
CM 01 17 09 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraphs **2.**, **6.** and **7.** of Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions are replaced by the following:

**2.** Give us or our agent prompt notice of the loss or damage. Include a description of the property involved.

**6.** As often as we reasonably require:

**a.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

**b.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**7.** After we inform an insured:

**a.** Of the right to counsel; and

**b.** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**C.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within 5 business days after we have received the proof of loss and:

**a.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**b.** An appraisal award has been made.

In addition, when Mail Coverage Form **CM 00 60** is attached to this policy, **Paragraph D.4. Loss Payment** of the Mail Coverage Form is deleted.

**D.** Loss Condition **J. Transfer Of Rights Of Recovery Against Others To Us** in the Commercial Inland Marine Conditions is amended by the addition of the following:

Our rights do not apply against:

**1.** An insured; or

**2.** Any person or organization insured under another Coverage Part which was issued by us and responds to the same loss;

providing the loss was not intentionally caused by such insureds.

**E.** General Condition **A. Concealment, Misrepresentation Or Fraud** in the Commercial Inland Marine Conditions is replaced by the following:

We will not pay for any loss or damage if you have:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**a.** This Coverage Part;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Part.

© ISO Properties, Inc., 2004

Insured Copy

**F.** The **Protective Safeguards** Additional Condition in the:

CAMERA AND MUSICAL INSTRUMENT DEALERS COVERAGE FORM;
EQUIPMENT DEALERS COVERAGE FORM;
PHYSICIANS AND SURGEONS EQUIPMENT COVERAGE FORM; and
JEWELERS BLOCK COVERAGE FORM

is replaced by the following:

You must maintain the protective safeguards stated by you to be in effect at a location when this coverage began.

If you fail to keep the protective safeguards over which you have control:

**1.** In working condition at a location; and

**2.** In operation when you are closed to business;

there is no coverage at the location for loss or damage for which the protective safeguards apply until the equipment or services are back in operation.

© ISO Properties, Inc., 2004

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

(507) 455-5200

# DECLARATIONS
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

| LIMITS OF INSURANCE | | Limit |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | | **$1,000,000** |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | SEE CLASSIFICATION ON CG-F-8 TO DETERMINE APPLICABILITY OF PRODUCT LIABILITY COVERAGE | |
| PERSONAL & ADVERTISING INJURY LIMIT | | **$500,000** |
| EACH OCCURRENCE LIMIT | | **$500,000** |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | Any one premises | **$100,000** |
| MEDICAL EXPENSE LIMIT | Any one person | **EXCLUDED** |

**Refer to General Liability Schedule CG-F-8 for Locations and Classifications.**

**ENDORSEMENTS APPLICABLE:**

      \*\*\*See Schedule Attached\*\*\*

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services office, Inc., with its permission.

CG-F-1 (01-17)          Policy Number: 0697156          Effective Date: 09-01-2019

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| General Liability Schedule | CG-F-8 (07-92) |
| Additional Insured - Lessor Of Leased Equipment - Automatic Status | CG 20 34 (04-13) |
| Quick Reference | CG 00 01 (QR) (04-13) |
| Commercial General Liability Coverage Form | CG 00 01 (04-13) |
| Communicable Disease Exclusion | CG 21 32 (05-09) |
| Exclusion - Coverage C - Medical Payments | CG 21 35 (10-01) |
| Employment-Related Practices Exclusion | CG 21 47 (12-07) |
| Fungi or Bacteria Exclusion | CG 21 67 (12-04) |
| Cap on Losses From Certified Acts Of Terrorism | CG 21 70 (01-15) |
| Cond Excl - Terrorism Involving Nucl, Bio, or Chem Terrorism | CG 21 88 (01-15) |
| Snowplow Operations Coverage | CG 22 92 (12-07) |
| Amendment Of Coverage Territory - Worldwide Coverage | CG 24 22 (04-13) |
| Amendment Of Liquor Liability Exclusion | CG-F-109 (03-12) |
| Additional Condition - Two Or More Coverage Forms Or Policies Issued By Us | CG-F-111 (03-12) |
| Pollution Exclusion Modification | CG-F-53 (02-10) |
| Coverage Limitation - Continuous or Progressive Injury or Damage | CG-F-68 (10-01) |
| Three Wheeled Auto Exclusion Endorsement | CG-F-73 (06-19) |
| Business Operations - Pollution Exclusion | CG-F-92 (04-05) |
| Deductible Liability Insurance | CG 03 00 (01-96) |
| Electronic Data Liability Endorsement | CG 04 37 (05-14) |
| Exclusion - All Hazards In Connection With Designated Premises | CG 21 00 (07-98) |
| Minnesota Changes - Contractual Liability Exclusion And Supplementary Payments | CG 01 22 (12-07) |
| Minnesota Changes | CG 26 05 (02-07) |
| Minnesota Changes - Duties Condition | CG 26 81 (12-04) |

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Illinois

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area | a - Per 1,000 Square Feet | | | | |
| | | b - Cost of materials | b - Per $1,000 of Cost | | | | |
| | | c - Each or Unit | c - Each Unit | | | | |
| | | d - Gallons | d - Per 10,000 Gallons | | | | |
| | | e - Locations | e - Each Location | | | | |
| | | f - Net Receipts | f - Per $1,000 of Net Receipts | | | | |
| | | g - Payroll | g - Per $1,000 of Payroll | | | | |
| | | h - Receipts | h - Per $1,000 of Total Receipts | | | | |
| | | i - Cost to Insured | i - Per $1,000 of Cost | | | | |
| | | j - Days | j - Each day | | | | |
| | | k - Gallons | k - Per 1,000 Gallons | | | | |
| | | l - Pupils | l - Each pupil | | | | |
| | | m - Miles | m - Each mile | | | | |
| | | n - Passenger Days | n - Per 1000 Passenger Days | | | | |
| | | o - Acres | o - Each acre | | | | |
| | | p - Members | p - Each member | | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 5,000 | 27.606 | INCLUDED | 138 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres) Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 45.340 | INCLUDED | 45 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 1 | |

Minimum Premiums:
Prem/Op.      235

CG-F-8 (07-92)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Minnesota

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area | | a - Per 1,000 Square Feet | | | |
| | | b - Cost of materials | | b - Per $1,000 of Cost | | | |
| | | c - Each or Unit | | c - Each Unit | | | |
| | | d - Gallons | | d - Per 10,000 Gallons | | | |
| | | e - Locations | | e - Each Location | | | |
| | | f - Net Receipts | | f - Per $1,000 of Net Receipts | | | |
| | | g - Payroll | | g - Per $1,000 of Payroll | | | |
| | | h - Receipts | | h - Per $1,000 of Total Receipts | | | |
| | | i - Cost to Insured | | i - Per $1,000 of Cost | | | |
| | | j - Days | | j - Each day | | | |
| | | k - Gallons | | k - Per 1,000 Gallons | | | |
| | | l - Pupils | | l - Each pupil | | | |
| | | m - Miles | | m - Each mile | | | |
| | | n - Passenger Days | | n - Per 1000 Passenger Days | | | |
| | | o -Acres | | o - Each acre | | | |
| | | p - Members | | p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 15,000 | 9.066 | INCLUDED | 136 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres) Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 19.082 | INCLUDED | 19 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 1 | |

Minimum Premiums:
Prem/Op.    235

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 20 34 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement you have entered into with the additional insured; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

Insured Copy

# QUICK  REFERENCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## (OCCURRENCE FORM CG 00 01)

### PLEASE READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business Operations
Coverages and Limits of Insurance

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| | | Beginning on Page |
|---|---|---|
| SECTION I - COVERAGES | | |
| Coverage A- | Insuring Agreement | 1 |
| Bodily Injury and | | |
| Property Damage Liability | Exclusions | 2 |
| Coverage B- | Insuring Agreement | 6 |
| Personal and Advertising | | |
| Injury Liability | Exclusions | 6 |
| Coverage C- | Insuring Agreement | 8 |
| Medical Payments | Exclusions | 8 |
| Supplementary Payments | | 8 |
| SECTION II - WHO IS AN INSURED | | 9 |
| SECTION III - LIMITS OF INSURANCE | | 10 |
| SECTION IV - LIABILITY CONDITIONS | | |
| Bankruptcy | | 11 |
| Duties In The Event of Occurrence, Claim or Suit | | 11 |
| Legal Action Against Us | | 11 |
| Other Insurance | | 12 |
| Premium Audit | | 12 |
| Representations | | 12 |
| Separation of Insureds | | 13 |
| Transfer of Rights of Recovery Against Others To Us | | 13 |
| When We Do Not Renew | | 13 |
| SECTION V - DEFINITIONS | | 13 |

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Insured Copy

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in;

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2019

Insured Copy

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2019

Insured Copy

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

**k.** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 672 of 2396 PageID #:685

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2019

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Insured Copy

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

    **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C**;

    **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012
Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

Insured Copy

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156                     Transaction Effective Date: 09-01-2019

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

    **2. Exclusions**

        This insurance does not apply to:

        **Communicable Disease**

        "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

        This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

        **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

        **b.** Testing for a communicable disease;

        **c.** Failure to prevent the spread of the disease; or

        **d.** Failure to report the disease to authorities.

**B.** The Following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

    **2. Exclusions**

        This insurance does not apply to:

        **Communicable Disease**

        "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

        This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

        **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

        **b.** Testing for a communicable disease;

        **c.** Failure to prevent the spread of the disease; or

        **d.** Failure to report the disease to authorities.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
| ALL PREMISES AND CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** - Coverage **C** - Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** - Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 88 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© Insurance Services Office, Inc., 2015

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 88 01 15

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
**CG 22 92 12 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SNOW PLOW OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the "products-completed operations hazard", Exclusion **g.** under Section **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto" used for snow plow operations.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 24 22 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV – Conditions:**

**Expanded Coverage Territory**

**1.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**2.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**3.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**4.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.(1)** under the **Conditions** section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(c)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(ii)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** The Definitions of "coverage territory" in the **Definitions** section is replaced by the following:

"Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** of **COVERAGE A (Section I)** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL CONDITION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section IV - Commercial General Liability Conditions:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "occurrence", the maximum Each Occurrence Limit under all the coverage forms or policies shall not exceed the highest applicable Each Occurrence Limit under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unintended or unexpected explosion; or

**(iv)** "Bodily injury" or "property damage" to your customer as a result of a splashback of "motor fuels";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

**(iii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**(iv)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

**(v)** "Bodily injury" or "property damage" arising out of a blowback from a heating system;

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(f)** At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)**, which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

**(i)** "motor fuels";

**(ii)** kerosene;

**(iii)** lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

**(iv)** waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

**(i)** "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii)**, and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury" or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

**(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or "property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants" or any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs (a), (b), (d) or (e) which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

(i) "motor fuels";

(ii) kerosene;

(iii) lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

(i) "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in (i), (ii), (iii), and (iv) of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

(ii) any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

(iii) arising out of a blowback from a heating system.

"Motor fuels" means a petroleum or non-petroleum based substance that is typically used in the operation of a motor or engine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement,** subparagraph **c.** of **SECTION I** is deleted, and replaced with the following:

**c.** This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the Commercial General Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

**B.** With respect to the Products/Completed Operations Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury" or "property damage" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury" or "property damage" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

CG-F-73 (06-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS OPERATIONS - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f.**, **Pollution** of Paragraph **2.**, **Exclusions** of **Bodily Injury And Property Damage Liability (Section I - Coverages)** and to Subparagraphs **m.**, **Pollution** and **n.**, **Pollution-Related** of Paragraph **2.**, **Exclusions** of **Personal And Advertising Injury Liability (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER:   0697156

<div align="right">

**COMMERCIAL GENERAL LIABILITY**
CG 03 00 01 96
</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM   or   PER OCCURRENCE |
|---|---|
| Bodily Injury Liability | |
|     OR | |
| Property Damage Liability | |
|     OR | |
| Bodily Injury Liability and/or | |
| Property Damage Liability Combined | $2,500 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

  **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Insured Copy

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

          Copyright, Insurance Services Office, Inc., 1994          CG 03 00 01 96

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 04 37 05 14

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Loss Of Electronic Data Limit: $ 50,000** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following paragraph is added to **Section III - Limits Of Insurance:**

Subject to **5.** above, the Loss Of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

© Insurance Services Office, Inc., 2013

Insured Copy

**D.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**E.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

   © Insurance Services Office, Inc., 2013   CG 04 37 05 14

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises: |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS EXCLUSION DOES NOT APPLY TO:<br><br>1. COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BUILDING;<br>2. BUILDINGS AND RELATED PREMISES WHERE YOU CONDUCT BUSINESS OR CONTRACTING OPERATIONS; OR<br>3. "BODILY INJURY" OR "PROPERTY DAMAGE" COVERAGE INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".<br><br>SEE ENDORSEMENT IL-F-10.2 FOR ADDITIONAL DESCRIPTIONS AND LOCATIONS OF PREMISES (IF ANY). |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;

2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

CG 21 00 07 98      Copyright, Insurance Services Office, Inc., 1997      Page 1 of 1

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 01 22 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CONTRACTUAL LIABILITY EXCLUSION AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.b.** of **Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**B.** Section **I - Supplementary Payments - Coverages A And B** is replaced by the following:

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, this coverage does not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

© ISO Properties, Inc., 2006

Insured Copy

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorney's fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© ISO Properties, Inc., 2006

CG 01 22 12 07

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 26 05 02 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraph **1. Bankruptcy** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part, and in case an execution against the insured on a final judgement is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Part against the company to the same extent that the insured would have, had the insured paid the final judgment.

**C.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** Condition under **Section IV - Commercial General Liability Conditions:**

Our rights do not apply against any person or organization insured under this or any other Coverage Part we issue, with respect to the same event which results in "occurrence".

 © ISO Properties, Inc., 2006

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
**CG 26 81 12 04**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - DUTIES CONDITION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    EMPLOYEE BENEFITS LIABILITY COVERAGE **CG 04 35**
    LIMITED PRODUCT WITHDRAWAL EXPENSE ENDORSEMENT **CG 04 36**
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PERSONAL INJURY LIABILITY ENDORSEMENT **CG 28 05**
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PRODUCT WITHDRAWAL COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

The following is added to the Duties Condition:

The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

**DECLARATIONS**
**BUSINESS AUTO COVERAGE PART**

**ITEM ONE** - NAMED INSURED and Address - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an ″X″ is shown in the Coverages Provided Column below. Each of these coverages will apply to those ″autos″ shown as covered ″autos″. ″Autos″ are shown as covered ″autos″ for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which ″autos″ are covered ″autos″) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | | | |
| Personal Injury Protection (or equivalent No-fault coverage) | | Separately stated in each P.I.P. Endorsement | |
| Added Personal Injury Protection or (or equivalent No-fault coverage) | | Separately stated in each Added P.I.P. Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately stated in the P.P.I. Endorsement $               Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Uninsured Motorists | | | |
| Underinsured Motorists | | | |
| Physical Damage Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered ″auto″, but no deductible applies to ″loss″ caused by fire or lightning. | X |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered ″auto″ for ″loss″ caused by mischief or vandalism. | |
| Physical Damage Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered ″auto″. | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 =

Symbol 11 =

Symbol 12 =

Symbol 13 =

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**ITEM THREE** **- SCHEDULE OF COVERED "AUTOS" YOU OWN - REFER TO AUTO SCHEDULE**

**ITEM FOUR** **- SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUM - LIABILITY INSURANCE**

| State | Estimated Cost of Hire For Each State | Rate Per Each $100 Cost of Hire |
|---|---|---|
| | | |

Cost of hire means the total amount you incur for the hire of "autos" you do not own (not including "autos" you borrow or rent from your employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE** **- SCHEDULE FOR NON-OWNERSHIP LIABILITY:**

| Rating Basis - Number of Employees: |
|---|

**FORMS AND ENDORSEMENTS APPLICABLE:**
**\*\*SEE SCHEDULE ATTACHED\*\***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations - Business Auto Coverage | CA-F-1 (01-17) |
| Automobile Schedule - Part 1 | CA-F-70 PT.1 (11-01) |
| Business Auto Coverage Form | CA 00 01 (10-13) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes | CA 01 38 (10-13) |
| Summary of State Minimum Auto Liability Limits | CA-F-118 (11-01) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Business Auto Amendatory Endorsement | CA-F-5 (04-19) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Insured Copy

## FEDERATED SERVICE INSURANCE COMPANY

### AUTOMOBILE SCHEDULE - Part 1

| Vehicle Number | Year, Make, Size Gallonage and Body type | Vehicle ID Number | COMMERCIAL VEHICLES See Key Below R | G W | B U | A M | PRIVATE PASSENGER Miles Bus. to Use Work | Cost New | Age Grp/ Symb | Comp Ded | Coll Ded | Spec Causes | RATING FACTORS Garaging Location & ZIP Code and/or Assigned Driver & Birthdate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1# | 2015 RAM PROMASTER | 3C6URVJG8FE513052 | L | Li | S | | | 35,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 2# | 2015 RAM PROMASTER | 3C6URVJG3FE506722 | L | Li | S | | | 35,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 3# | 2014 NISS NV2500 | 1N6AF0LX1EN104791 | L | Li | C | | | 33,770 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 4 | 2009 TOYT TACOMA | 5TENX22N59Z647545 | L | Li | S | | | 32,000 | 11 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 5 | 2007 TOYT TUNDRA | 5TFMT52157X004395 | L | Li | S | | | 30,000 | 13 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 6# | 2013 NISS NV2500 | 1N6BF0LX8DN113779 | L | Li | C | | | 30,540 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 7# | 2014 RAM PROMASTER | 3C6TRVDG3EE105774 | L | Li | S | | | 35,000 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 8# | 2014 NISS NV2500 | 1N6BF0LX2EN107249 | L | Li | C | | | 30,290 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 9# | 2017 NISS NV200S | 3N6CM0KNXHK693395 | L | Li | C | | | 30,000 | 3 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 10# | 2013 NISS NV2500 | 1N6BF0LX0DN112626 | L | Li | C | | | 30,540 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 11# | 2017 NISS NV2500 | 1N6AF0LY4HN804236 | L | Li | C | | | 35,000 | 3 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |

# - This Vehicle ID number is incorrect. Please send us the correct Vehicle ID number to ensure proper identification of your vehicle.

| R - Radius of Operation L - Local up to 50 miles I - Intermediate 51 to 200 miles D - Long Distance over 200 miles | GW - Gross Weight Li - Light M - Medium H - Heavy E - Extra Heavy | BU - Business Use Class S - Service R - Retail C - Commercial | AM - Annual Mileage in Thousands (Truck Tractor only) |
|---|---|---|---|

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

Insured Copy

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Insured Copy

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

Insured Copy

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

Insured Copy

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011  CA 00 01 10 13

Insured Copy

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000 if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011
CA 00 01 10 13

Insured Copy

4. **Loss Payment - Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

  © Insurance Services Office, Inc., 2011

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

Insured Copy

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

      **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

      **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

     © Insurance Services Office, Inc., 2011     CA 00 01 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured   Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number    167-573-5 _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

**1.** If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

**1.** If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

 © Insurance Services Office, Inc., 2016

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 729 of 2396 PageID #:742

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016 CA 23 44 11 16

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

    **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

Insured Copy

COMMERCIAL AUTO
CA 01 38 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

For a covered "auto" licensed or principally garaged in Minnesota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **A. Coverage** in **Section II - Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **A.2.a. Coverage Extensions** of **Section II - Covered Autos Liability Coverage** is amended by the addition of the following:

(7) Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **C. Limit Of Insurance** in **Section II - Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **A.2.** of **Section III** — **Trailer Interchange Coverage** in the Motor Carrier Coverage Form is replaced by the following:

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**F.** Paragraph **A.3. Coverage Extensions** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is revised by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The Conditions are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal; or

**b.** More than $10,000, either party may demand an appraisal of the "loss".

CA 01 38 10 13 © Insurance Services Office, Inc., 2013 Page 1 of 2

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

The following duties apply:

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability Coverage do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1.** **Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud Condition** does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

 © Insurance Services Office, Inc., 2013 CA 01 38 10 13

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUMMARY OF STATE MINIMUM AUTO LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in the state shown below, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule displays, by state, the minimum auto liability limits required under the state's financial responsibility or compulsory liability insurance law.

Limits shown below apply to the particular state's financial responsibility, compulsory liability, minimum limits or similar language in regards to auto liability. These limits are subject to change according to state law mandate.

## SCHEDULE

| | Minimum Liability Limits | |
|---|---|---|
| State | Split Limits [a] | Combined [b] |
| Alabama | 25/50/25 | 75,000 |
| Alaska | 50/100/25 | 125,000 |
| Arizona | 15/30/10 | 40,000 |
| Arkansas | 25/50/25 | 75,000 |
| California | 15/30/5 | 35,000 |
| Colorado | 25/50/15 | 65,000 |
| Connecticut | 25/50/25 | 75,000 |
| Delaware | 25/50/10 | 60,000 |
| Dist. of Columbia | 25/50/10 | 60,000 |
| Florida | 10/20/10 | 30,000 |
| Georgia | 25/50/25 | 75,000 |
| Hawaii | 20/40/10 | 50,000 |
| Idaho | 25/50/15 | 65,000 |
| Illinois | 25/50/20 | 70,000 |
| Indiana | 25/50/25 | 75,000 |
| Iowa | 20/40/15 | 55,000 |
| Kansas | 25/50/25 | 75,000 |
| Kentucky | 25/50/10 | 60,000 |
| Louisiana | 15/30/25 | 55,000 |
| Maine | 50/100/25 | 125,000 |
| Maryland | 30/60/15 | 75,000 |
| Massachusetts | 20/40/5 | 45,000 |
| Michigan | 20/40/10 | 50,000 |
| Minnesota | 30/60/10 | 70,000 |
| Mississippi | 25/50/25 | 75,000 |
| Missouri | 25/50/10 | 60,000 |

Includes copyrighted material of Insurance Services Office Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

| | Minimum Liability Limits | |
|---|---|---|
| State | Split Limits [a] | Combined [b] |
| Montana | 25/50/20 | 70,000 |
| Nebraska | 25/50/25 | 75,000 |
| Nevada | 25/50/20 | 70,000 |
| New Hampshire | 25/50/25 | 75,000 |
| New Jersey | 15/30/5 | 35,000 |
| New Mexico | 25/50/10 | 60,000 |
| New York | 25/50/10 | 60,000 |
| | Wrongful Death 50/100 | |
| North Carolina | 30/60/25 | 85,000 |
| North Dakota | 25/50/25 | 75,000 |
| Ohio | 25/50/25 | 75,000 |
| Oklahoma | 25/50/25 | 75,000 |
| Oregon | 25/50/20 | 70,000 |
| Pennsylvania | 15/30/5 | 35,000 |
| Rhode Island | 25/50/25 | 75,000 |
| South Carolina | 25/50/25 | 75,000 |
| South Dakota | 25/50/25 | 75,000 |
| Tennessee | 25/50/15 | 65,000 |
| Texas | 30/60/25 | 85,000 |
| Utah | 25/65/15 | 80,000 |
| Vermont | 25/50/10 | 60,000 |
| Virginia | 25/50/20 | 70,000 |
| Washington | 25/50/10 | 60,000 |
| West Virginia | 25/50/25 | 75,000 |
| Wisconsin | 25/50/10 | 60,000 |
| Wyoming | 25/50/20 | 70,000 |

a. Split Limits are in thousands. The first number shown is the per person bodily injury limit; the second number is the per accident bodily injury limit; and the third number is the per accident property damage limit.

b. Combined single limit of insurance is the most an insurer will pay in any one accident regardless of the components (bodily injury, property damage) of the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CA-F-124 (10-13)          Policy Number:  0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS AUTO AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

A.  **SECTION I - COVERED AUTOS** is changed as follows:

1.  All references in this Section to **Symbol 2** are changed as follows:

    **2A = Owned "autos" only.** Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" whose ownership you acquire after the policy begins.

    **2B = Owned "autos" other than "trailers" you own.** Only those "autos" you own other than "trailers", including such "autos" whose ownership you acquire after the policy begins.

    **2C = Owned "trailers" only.** Only the "trailers" you own, including those whose ownership you acquire after the policy begins.

2.  All references in this Section to **Symbol 3** are changed as follows:

    **3A = Owned private passenger "autos" only.** Only the private passenger "autos" you own. This includes those private passenger "autos" whose ownership you acquire after the policy begins.

    **3B = Owned private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight only.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

3.  All references in this Section to **Symbol 4** are changed as follows:

    **4A = Owned "autos" other than private passenger "autos" only.** Only those "autos" you own which are not of the private passenger types (and for Covered Autos Liability Coverage any "trailer" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type, whose ownership you acquire after the policy begins.

    **4B = Owned "autos" other than private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

4.  Paragraph **C.3.** is deleted and the following is substituted therefor:

    3.  Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" which is out of normal use because of its:

        a.  breakdown;

        b.  repair;

        c.  servicing;

        d.  "loss"; or

        e.  destruction

        All coverages applicable to the temporary substitute "auto" are the same coverages which are applicable to the covered "auto" which is out of service, including Physical Damage coverage.

5.  Wherever the terms "owned autos" or "covered autos you own" are used in this coverage form, except in **SECTION IV - BUSINESS AUTO CONDITIONS B.5. Other Insurance,** these terms shall include within their meaning:

    Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**B.** **SECTION II - COVERED AUTOS LIABILITY COVERAGE** is changed as follows:

    **1.** The following paragraph is added to Section **A.1** Who is an insured:

        **d.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

            **i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

            **ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

    **2.** Exclusion **B.5. Fellow Employee** is deleted.

**C.** **SECTION III- PHYSICAL DAMAGE COVERAGE** is changed as follows:

    **1.** The phrase "its equipment" in paragraph **A.1.** is defined to mean, subject to the **Exclusions,** the following:

        **a.** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

        **b.** Contents kept in the covered "auto" which are normally factory installed or are common to the "auto's" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

    **2.** **COVERAGE A.2. Towing** is deleted.

    **3.** Paragraph **4.a. Transportation Expenses** is deleted and replaced by the following:

        **a.** **Transportation Expenses**

        We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

    **4.** The following is added to **4. Coverage Extensions:**

        **c.** **Hired Auto Physical Damage**

        If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

            **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

                **a)** $100,000

                **b)** The actual cash value of the damaged or stolen "auto"

                **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

            **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

            **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

            **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

            **v.** This Coverage Extension does not apply to:

                **a)** Any "auto" that is hired, rented or borrowed with a driver, or

                **b)** Any "auto" that is hired, rented or borrowed from your "employee".

    **5.** The following is added to **D. Deductible**

    No deductible applies to glass damage if the glass is repaired rather than replaced.

**D.** **SECTION IV BUSINESS AUTO CONDITIONS** is changed as follows:

    **1.** The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

    The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

    **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

    **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**E.** **SECTION V - DEFINITIONS** is changed as follows:

    **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**F.** If you have both Equipment Dealers Stock Floater Coverage and Garagekeepers Coverage issued by us, the definition of "customer's auto" as it applies to the **GARAGEKEEPERS COVERAGE** endorsement is changed to read as follows:

"Customer's auto" means a land motor vehicle, "trailer" or semi- trailer designed for use on public roads lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

© Insurance Services Office, Inc., 2012

Insured Copy

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9).**

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012 CA 02 18 10 13

2. **Nonrenewal**

   a. If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   b. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   c. Proof of mailing of any notice shall be sufficient proof of notice.

B. For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

1. **Cancellation**

   a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   c. **Policies In Effect Less Than 90 Days**

      If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

      (1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation, if we cancel for any other reason.

d. **Policies In Effect 90 Days Or More**

   If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

   (3) An act or omission by you that substantially increases or changes the risk insured;

   (4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

   (5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

   (6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

   (7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

   (8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

 © Insurance Services Office, Inc., 2012

Insured Copy

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

 © Insurance Services Office, Inc., 2012 CA 02 18 10 13

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

<u>ITEM ONE</u>- NAMED INSURED AND ADDRESS - Refer to COMMON POLICY DECLARATIONS

<u>ITEM TWO</u> - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|---|
| Covered Autos Liability | 21 | 11 | $500,000 | Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage) | 25 | 11 | Separately Stated in Each P.I.P. Endorsement | | X |
| <u>New York Only:</u> Mandatory Basic Economic Loss | | | Limit & Premium (NY Only) | | |
| Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | | | | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | | Separately Stated in Each Added Personal Injury Protection Endorsement | | |
| Property Protection Insurance (Michigan only) | | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | | |
| Auto Medical Payments | | | | | |
| Medical Expense and Income Loss Benefits (Virginia Only) | | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | | |
| Uninsured Motorists | 22 | 11 | SEE CA-F-93 | | X |
| Underinsured Motorists (not applicable in NY) | 22 | 11 | SEE CA-F-93 | | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | | | |

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30  11<br><br>30  11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | 12 | See ITEM SIX | | X |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | 12 | See ITEM SIX | | X |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | **$500,000**<br>**$1,000,000** | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | **$100,000** | Any One Premises | X |
| Personal and Advertising Injury Limit | | **$500,000** | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | **$1,000,000** | Aggregate | X |
| Acts, Errors or Omissions Liability | | **$500,000**<br>**$1,000,000** | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10  = _____
Symbol 11  = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US.
_____
Symbol 12  = SEE CA 99 10
Symbol 13  = _____
_____

**FORMS AND ENDORSEMENTS APPLICABLE:    \*\*SEE SCHEDULE ATTACHED\*\***

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **-** **LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 2873 HIGHWAY 61, MAPLEWOOD, MN  55109-1082 |
| 4 | 2923 MAPLEWOOD DR, MAPLEWOOD, MN  55109 |
| 5 | 1241 BEAM AVE, MAPLEWOOD, MN  55109 |
| 6 | 4605 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 7 | 4625 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 8 | 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN  55077 |
| 9 | 4600 AKRON AVE, INVER GROVE HEIGHTS, MN  55077 |
| 10 | 12790 PLAZA DR, EDEN PRAIRIE, MN  55344 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CA F-2 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM FOUR** - **LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 10.50 | 10.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 37.00 | 28.86 | |
| | Class IC - All Other Employees | 170.50 | 71.61 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | 2.00 | 1.66 | 112.63 |
| 4 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 5 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 6 | Class IA - Employees Furnished Autos | 4.50 | 4.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 27.00 | 21.06 | |
| | Class IC - All Other Employees | 121.00 | 50.82 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 76.38 |
| 7 | Class IA - Employees Furnished Autos | 1.00 | 1.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 10.00 | 4.20 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 9.10 |
| 8 | Class IA - Employees Furnished Autos | 10.00 | 10.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 23.00 | 17.94 | |
| | Class IC - All Other Employees | 118.50 | 49.77 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 77.71 |
| 9 | Class IA - Employees Furnished Autos | 2.00 | 2.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 22.00 | 9.24 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 15.14 |
| 10 | Class IA - Employees Furnished Autos | 7.50 | 7.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 23.50 | 18.33 | |
| | Class IC - All Other Employees | 58.50 | 24.57 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 50.40 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

__ITEM FOUR__  **- LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I** **Employees**

IA - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II** - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

__ITEM FIVE__ - **GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

### ITEM FIVE - GARAGEKEEPERS COVERAGE (Continued)

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " $\boxed{X}$ " | | |
|---|---|---|---|---|
| MN | ☒ Comprehensive | $6,100,000 Minus $1,000 BLKT | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | $5,000 | deductible for all such "loss" in any event |
| | ☒ Collision | $6,100,000 Minus $1,000 BLKT | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | Minus | | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | Minus | | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>ITEM SIX</u>  **- PHYSICAL DAMAGE COVERAGES**

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an  [X]. | | |
|---|---|---|---|
| ☐ | Comprehensive | Minus | deductible for each covered "auto" |
| ☐ | Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ | Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

<u>ITEM SEVEN</u>  -  **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 93 |

<u>ITEM EIGHT</u>   -  **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS -**
**REFER TO BUSINESS AUTO SCHEDULE**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (01-17) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Additional Insured Endorsement | CA-F-75 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Uninsured and Underinsured Motorists Limit of Insurance | CA-F-93 (10-13) |
| Minnesota Uninsured And Underinsured Motorists Coverage | CA 21 24 (10-13) |
| Uninsured and Underinsured Motorists Amendment | CA-F-81 (10-13) |
| Minnesota Personal Injury Protection | CA 22 25 (01-17) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Minnesota Employee Benefits Liability Coverage | CA 25 82 (10-13) |
| Executive Personal Liability Coverage | CA-F-133 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Additional Insured - Owners Of Leased Or Rented Land Or Premises | CA 25 09 (10-13) |
| Additional Insured - Managers, Owners or Lessors of Premises | CA-F-137 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Communicable Disease Exclusion for General Liability Coverages | CA 25 57 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Drive Other Car Coverage - Broadened Coverage For Named Individuals | CA 99 10 (10-13) |
| Named Individuals - Broadened Personal Injury Protection Coverage | CA-F-68 (04-91) |
| Vicarious and Broadened Auto Liability Coverage | CA-F-102 (10-13) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Primary and Non-Contributory Clause Endorsement | CA-F-129 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |

Continued on Next Page

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
| --- | --- |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (MN) (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Waiver Of Transfer Of Rights Of Recovery | CA-F-100 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes - Auto Dealers Coverage Form | CA 01 33 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Insured Copy

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS COVERAGES

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|--------|--------|-------------------------------------------------|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|---|---|---|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

   © Insurance Services Office, Inc., 2011   CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

© Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

   **(a)** Employment by the "insured"; or

   **(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

   **(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

   **(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i.  Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j.  Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k.  Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l.  Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m.  Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n.  Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

   (a) Theft or mischief or vandalism; or

   (b) All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

   (a) The covered "auto's" collision with another object; or

   (b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

   (a) Fire, lightning or explosion;

   (b) Theft;

   (c) Windstorm, hail or earthquake;

   (d) Flood;

   (e) Mischief or vandalism; or

   (f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

   (a) The covered "auto's" collision with another object; or

   (b) The covered "auto's" overturn.

**b. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  (1) **Nuclear Hazard**

    (a) The explosion of any weapon employing atomic fission or fusion; or

    (b) Nuclear reaction or radiation, or radioactive contamination, however caused.

  (2) **War Or Military Action**

    (a) War, including undeclared or civil war;

    (b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

  (1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

  (2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

  (3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  (4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

  (5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

  (6) Any accessories used with the electronic equipment described in Paragraph **(5)** above.

  Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

    (a) Permanently installed in or upon the covered "auto";

    (b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

    (c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

    (d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

  We will not pay for "loss" to a covered "auto" caused by or resulting from:

  (1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

  (2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

  (1) Your expected profit, including loss of market value or resale value.

  (2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

  (3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

  (4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

© Insurance Services Office, Inc., 2011

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2) Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

**A. Bodily Injury And Property Damage Liability**

1. **Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

 © Insurance Services Office, Inc., 2011

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b) At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i) To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

(ii) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d) That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs (1)(a) and (1)(c)(ii) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph (1)(a) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph (1)(c)(ii) does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

 © Insurance Services Office, Inc., 2011

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

 © Insurance Services Office, Inc., 2011

**d.** **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e.** **Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f.** **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.** **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.** **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.** **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** **Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m.** **Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n.** **War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

© Insurance Services Office, Inc., 2011

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

 © Insurance Services Office, Inc., 2011

g. **Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

a. "Bodily injury" or "personal and advertising injury":

(1) To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

(2) To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph (1) above;

(3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) or (2) above; or

(4) Arising out of his or her providing or failing to provide professional health care services.

b. "Property damage" to property:

(1) Owned, occupied or used by;

(2) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to:

(1) "Bodily injury" or "property damage" that occurred; or

(2) "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

         **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

         **(b)** Arising out of your "products" or "work you performed";

      **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" for which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **a.** Personally commit;

   **b.** Personally participate in;

   **c.** Personally acquiesce to; or

   **d.** Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   **c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   **d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   **a.** Bankruptcy;

   **b.** Financial inability to pay;

   **c.** Insolvency;

   **d.** Liquidation; or

   **e.** Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III**.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

---

   **(2)** Otherwise in the course of transit by or on behalf of the "insured";

   **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

   **1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or "work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

   **6.** An elevator maintenance agreement; or

   **7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

        **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

    **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

    **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

    **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

    **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

    **1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **2.** While it is in or on an aircraft, watercraft or "auto"; or

    **3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **1.** False arrest, detention or imprisonment;

    **2.** Malicious prosecution;

    **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **6.** The use of another's advertising idea in your "advertisement"; or

    **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

    **1.** The goods or products made or sold in an "auto" dealership by:

        **a.** You; or

        **b.** An "auto" dealership you have acquired; and

    **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

    **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

---

CA 00 25 10 13          © Insurance Services Office, Inc., 2011         

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your behalf; and

**2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.   SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II.   SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

   **1.**   The following paragraph is added to **Section 2. Who is An Insured:**

   **e.**   Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

   **i.**   Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **ii.**   Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

   **2.**   Exclusion **D.4.e.** is deleted.

**III.   SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

   **1.**   If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

   Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

   **2.**   If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

   "Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV.   SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

   **1.**   The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

   **(a)**   Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

   **(b)**   Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

2. Paragraph **F.1.a.(3)** is changed to read as follows:

   **(3)** Collision Coverage. Caused by:

   **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

   **(b)** The covered "auto's" overturn.

3. Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

   **2. Coverage Extensions**

   **a. Loss of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

   **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

   **b. Hired Auto Physical Damage**

   If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

   **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

   **a)** $100,000

   **b)** The actual cash value of the damaged or stolen "auto"

   **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

   **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

   **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

   **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

   **v.** This Coverage Extension does not apply to:

   **a)** Any "auto" that is hired, rented or borrowed with a driver; or

   **b)** Any "auto" that is hired, rented or borrowed from your "employee".

   **c. Transportation Expenses**

   We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

4. The following is added to **5. Deductible:**

   No deductible applies to glass damage if the glass is repaired rather than replaced.

5. The following coverage is added:

   **Preservation of "Autos"**

   We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

   **(a)** Fire, hail, or flood.

Insured Copy

(b) Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

6. Exclusion **F.3.d.(2)** is deleted.

7. Exclusion **F.3.d.(3)** is deleted.

8. Paragraph **F.4.d.(2)** is deleted.

9. Paragraph **F.4.d.(3)** is deleted.

10. If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

"Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

V. **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

1. Paragraph **D.6.a.** is deleted and replaced by the following:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

2. The last paragraph of **2. Exclusions** is deleted and replaced by:

Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

3. The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

VI. **SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

1. Paragraph **C.6.a.** is deleted and replaced by the following:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

VII. **SECTION IV - CONDITIONS** is changed as follows:

1. The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

a. Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

b. This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

B. **General Conditions**

5. **Other Insurance -** paragraph **a.** is deleted and replaced by the following:

a. For any covered "auto" you own or you don't own:

When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

VIII. **SECTION V - DEFINITIONS** is changed as follows:

D. "Auto" is amended to also include:

1. Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

2. Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

F. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

N. "Insured contract" is amended to include any contract or agreement:

a. That pertains to the leasing or rental of an "auto" to you or on your behalf; or

b. That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

Z. "Earth movement" means:

1. Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

    **2.** Landslide, including any earth sinking, rising or shifting related to such event;

    **3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

    **4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

    **1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    **2.** Mudslide or mudflow; or

    **3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number     167-573-5 _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN    55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
   Relationship of the Additional Insured to the Insured:
   LIMITED TO CERTIFICATE HOLDER AS FINANCING AGENT FOR THE NAMED INSURED'S BUILDING LOCATED AT 1037 HWY 110, INVER GROVE HEIGHTS, MN.  BORROWER: LKMCD PROPERTIES LLC.

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

    Relationship of the Additional Insured to the Insured:

    See IL-F-40-0002

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 210 N IL RTE 31, CRYSTAL LAKE,
IL.  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

   Relationship of the Additional Insured to the Insured:

   See IL-F-40-0003

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 1500 RANDALL RD, ELGIN,IL.
BRILLIANCE SUBARU OF ELGIN INC IS AN ADDITIONAL NAMED INSURED.

IL-F-40-0003     (05-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:

    LIMITED TO THE CERTIFICATE HOLDER ACTING AS
    FINANCING AGENT FOR BUILDING AND PERSONAL PROPERTY
    FOR THE NAMED INSURED'S LOCATION AT 680 W TERRA
    COTTA AVE, CRYSTAL LAKE, IL 60014

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL   60515

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

**1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

**2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

**4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
**5.a.** and **5.b.** are replaced by the following:

The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2019 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $  10,000 | Per "Accident" |
| | OR | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

© Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, the limit for Uninsured and Underinsured Motorists Coverage as provided by your policy is modified as follows:

1. For all directors, officers, partners or owners of the named insured and their "family members" who qualify as "insureds" under the WHO IS INSURED of the Uninsured and Underinsured Motorists Coverage attached to this policy, the limit of insurance shall apply per "accident" as follows:

   $500,000 Uninsured Motorists

   $500,000 Underinsured Motorists _____ This limit of insurance is for Each "accident" and is the most we will pay form all damages resulting from any one "accident" or "loss" regardless of the number of directors, officers, partners, owners or family members involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

2. For any other persons qualifying as "insureds" under the WHO IS AN INSURED provision of the applicable coverage, the limit shown below shall apply per "accident". If no limit is shown below, no coverage is afforded to any other person.

   $50,000 Uninsured Motorists MN

   $50,000 Underinsured Motorists MN _____ This limit of insurance is for each "accident" and is the most we will pay for all damages resulting from any one "accident" or "loss" regardless of the number of other persons involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

3. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the highest limit shown above is the most we will pay for all damages resulting from any one "accident" or "loss" unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy. This paragraph does not provide additional coverage or limits not available under paragraphs 1 or 2 above.

4. For purposes of this endorsement, "family member" means a person related to the director, officer, partner or owner of the named insured by blood, marriage or adoption who is a resident of that individual's household including a ward or foster child.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

POLICY NUMBER:0697156

COMMERCIAL AUTO
CA 21 24 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| Endorsment Effective Date: 09-01-2019 |

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| Uninsured Motorists Coverage: | $ SEE DECLARATIONS | Each "Accident" |
| Underinsured Motorists Coverage: | $ SEE DECLARATIONS | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought against an uninsured or underinsured motorist is not binding on us unless we have:

   **a.** Received reasonable notice of the commencement of the "suit" resulting in judgment; and

   **b.** Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled with the owner or operator of an "uninsured motor vehicle" without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" under Uninsured Motorists Coverage, if that "bodily injury" is sustained by:

**a.** An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage; or

**b.** Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage.

**4.** "Bodily injury" under Underinsured Motorists Coverage, if that "bodily injury" is sustained by:

**a.** An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage; or

**b.** Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage.

**5.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a "family member" who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota No-fault Automobile Insurance Act, while using a covered "auto" which is owned by the Named Insured.

**6.** Punitive or exemplary damages.

**7.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident":

**a.** With an "uninsured motor vehicle" is the limit of Uninsured Motorists Coverage shown in the Schedule.

**b.** With an "underinsured motor vehicle" is the limit of Underinsured Motorists Coverage shown in the Schedule.

We will apply the Limit Of Liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured "bodily injury" liability.

**2.** Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss.

**3.** We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

 © Insurance Services Office, Inc., 2012 CA 21 24 10 13

Insured Copy

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

1. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other applicable insurance" applies only to other collectible uninsured motorists insurance and is replaced by the following:

   a. With respect to coverage we provide when a covered "auto" the Named Insured owns is involved in an "accident", only:

      (1) The Limit Of Insurance for Uninsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "uninsured motor vehicle" is legally responsible.

      (2) The Limit of Insurance for Underinsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "underinsured motor vehicle" is legally responsible.

   b. If an "insured" sustains "bodily injury" while:

      (1) "Occupying" a vehicle not owned by that person or while not "occupying" any vehicle; or

      (2) "Occupying" a vehicle owned by the Named Insured or any "family member", if the Named Insured is an individual, and such vehicle is insured under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

| First Priority | The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | Any Coverage Form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

   (1) Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy.

   (2) Where there is applicable insurance available under the first priority:

      (a) The Limit of Insurance applicable to the vehicle the "insured" was "occupying", under the Coverage Form or policy in the first priority, shall first be exhausted; and

      (b) If there is other applicable insurance available under one or more policies or provisions of coverage:

         The maximum recovery in the second priority under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

         Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

         If the coverage under this Coverage Form is provided:

         (i) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

Insured Copy

    (ii) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

    (3) We will pay only our share of the "loss", not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits in the same level of priority.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

    **a.** Promptly notify the police if a hit-and-run driver is involved; and

    **b.** Promptly send us copies of the legal papers if a "suit" is brought.

For an "underinsured motor vehicle", **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are also changed by adding the following:

    **a.** Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle". Such notice shall:

        **(1)** Identify the "insured", the owner or driver of the "underinsured motor vehicle" and the insurer of the "underinsured motor vehicle";

        **(2)** Disclose the limits of the automobile liability insurance available to the owner or driver of the "underinsured motor vehicle"; and

        **(3)** Disclose the agreed upon amount of the tentative settlement; and

    **b.** Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following and supersedes any provision to the contrary:

**Transfer Of Rights Of Recovery Against Others To Us**

    **a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

    **b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

    **c.** For an "underinsured motor vehicle", Paragraph **3.a.** of the Transfer Of Rights Of Recovery Against Others To Us Condition does not apply if:

        **(1)** We have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

        **(2)** We fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of written notification:

        **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

        **(2)** We also have a right to recover the advance payment.

    **d.** Our rights under Paragraph **3.a.** of this condition do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

    **e.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

        **(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

Insured Copy

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**f.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F.** **Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** To which **(1)** no bodily injury liability bond or policy applies at the time of an "accident" or **(2)** a bodily injury liability bond or policy applies at the time of the "accident" but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Minnesota No-fault Automobile Insurance Act;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must cause an "accident" resulting in "bodily injury" to an "insured" without hitting a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who **(1)** denies coverage, **(2)** is or becomes insolvent or **(3)** cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "underinsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a bodily injury liability bond or policy applies at the time of the "accident" in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act but its limit for "bodily injury" liability is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle or equipment:

**a.** For which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company **(1)** denies coverage or **(2)** is or becomes insolvent;

© Insurance Services Office, Inc., 2012

Insured Copy

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "uninsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

© Insurance Services Office, Inc., 2012

**CA 21 24 10 13**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

  AUTO DEALERS COVERAGE FORM
  BUSINESS AUTO COVERAGE FORM

The Arbitration Condition is deleted from the Uninsured and Underinsured Motorists Coverage attached to this policy.

**THIS ENDORSEMENT APPLIES TO COVERED AUTOS LICENSED OR PRINCIPALLY GARAGED IN OR GARAGE OPERATIONS CONDUCTED IN: ALABAMA, ARIZONA, ARKANSAS, COLORADO, CONNECTICUT, DELAWARE, IDAHO, INDIANA, KANSAS, LOUISANA, MAINE, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, OREGON, RHODE ISLAND, SOUTH DAKOTA, UTAH, WASHINGTON AND WISCONSIN.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-81 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 22 25 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2019 |

### SCHEDULE

| |
|---|
| In consideration of an increase in premium, the following Personal Injury Protection Coverage option applies as indicated below or in the Declarations: |
| ☐ The Named Insured elects to add together two or more Personal Injury Protection Coverages. (Refer to Paragraph **3.** of the Limit Of Insurance Provision.) |
| In consideration of a reduction in premium, exclusion of work loss applies as indicated below or in the Declarations: |
| ☐ Work loss will not be provided for the Named Insured age 65 or older, or age 60 or older, if retired and receiving a pension. |
| ☐ Work loss will not be provided for the Named Insured and any "family member" age 65 or older, or age 60 or older, if retired and receiving a pension. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Insured Copy

## A. Coverage

The company will pay, in accordance with the Minnesota No-fault Automobile Insurance Act, Personal Injury Protection benefits incurred with respect to "bodily injury" sustained by an "insured" caused by an "accident" arising out of the maintenance or use of a "motor vehicle" as a vehicle, or through being struck by a motorcycle. These Personal Injury Protection benefits consist of the following:

### 1. Medical Expenses

Means all reasonable expenses incurred for necessary:

**a.** Medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices;

**b.** Prescription drugs as provided under MINN.STAT.§65B.44.Subd.2;

**c.** Ambulance and all other transportation expenses incurred in traveling to receive other covered medical expense benefits;

**d.** Sign interpreting and language translation services, other than such services provided by a member of the "insured's" family, related to the receipt of medical expenses provided under Paragraph **A.1.** of this provision; and

**e.** Hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious belief; however, it does not include expenses in excess of those for a semiprivate room, unless more intensive care is medically required.

### 2. Work Loss

Means:

**a.** 85% of loss of gross income resulting from the "insured's" inability to work on a regular basis including the costs incurred by an "insured" who is self-employed in hiring substitute "employees" to perform tasks which are necessary to maintain his or her income, which he or she normally performs himself or herself, and which he or she cannot perform because of his or her injury; or

**b.** Lost unemployment benefits in an amount equal to the unemployment benefits otherwise payable, if the "insured":

**(1)** Is unemployed at the time of the injury and is receiving or is eligible to receive unemployment benefits; and

**(2)** Loses eligibility for unemployment benefits because of his or her inability to work caused by injury;

reduced by any income from work actually performed by the "insured", or by any income he or she would have earned in available appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake.

### 3. Essential Services Expenses

Expenses reasonably incurred during a period commencing eight days after the date of the accident and during the "insured's" lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he or she not been injured, he or she would have performed not for income but for the direct benefit of himself or herself or his or her household; if the non-fatally injured "insured" normally, as a full-time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance.

### 4. Funeral Expenses

Reasonable expenses for professional funeral and burial services, including expense for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

### 5. Survivors' Loss

Means:

**a.** "Loss", in the event of the death of an "insured" occurring within one year from the date of the "accident", of contributions of money or tangible things of economic value, not including services, that his or her surviving dependents would have received from him or her for their support during their dependency had he or she not suffered the fatal "bodily injury"; and

© Insurance Services Office, Inc., 2016

CA 22 25 01 17

**b.** Expenses reasonably incurred by surviving dependents after the death of an "insured" in obtaining ordinary and necessary substitute services in lieu of those he or she would have performed for their benefit had he or she not suffered the fatal "bodily injury", minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he or she attains majority, marries or becomes otherwise emancipated, or dies.

**B. Who Is An Insured**

**1.** The Named Insured or any "family member" who sustains "bodily injury" while "occupying" a "motor vehicle", or while a pedestrian as a result of an "accident" involving any "motor vehicle" or motorcycle.

**2.** Any other person who sustains "bodily injury" while "occupying" the "insured motor vehicle", or while a pedestrian as a result of an "accident" involving the "insured motor vehicle".

**3.** Any other person who sustains "bodily injury" while "occupying" a "motor vehicle" not owned by, but operated by the Named Insured or "family member", other than a public or livery conveyance, if the "bodily injury" results from the operation of the "motor vehicle" by the Named Insured or "family member". As used in this provision, public or livery conveyance includes, but is not limited to, any period of time a "motor vehicle" is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

**1.** Sustained by any "family member" if such "family member" is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured under the terms of any other Coverage Form or policy with respect to such coverage.

**2.** Sustained by any person, other than the Named Insured or "family member", if such person is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured or "family member" under the terms of any other Coverage Form or policy with respect to such coverage.

**3.** Sustained by any person arising out of the maintenance or use of a "motor vehicle":

**a.** Being used in the business of transporting persons or property; or

**b.** Furnished by the employer of the Named Insured or "family member";

if with respect to such vehicle the security required by the Minnesota No-fault Automobile Insurance Act is in effect, provided that such "bodily injury" is sustained while not "occupying" another involved "motor vehicle"; however, this exclusion does not apply to **(i)** the "insured motor vehicle", **(ii)** a commuter van as defined in the Minnesota No-fault Automobile Insurance Act, **(iii)** a vehicle being used to transport children to school or to a school sponsored activity, **(iv)** a vehicle being used to transport children as part of a family or group family day care program, **(v)** any bus, other than a bus included as a vehicle described in **(ii), (iii)** or **(iv)** above, while in operation within the state of Minnesota as to any Minnesota resident who is an insured as defined in the Minnesota No-fault Automobile Insurance Act, or **(vi)** a passenger in a taxi.

**4.** To any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his or her intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself or herself, his or her survivors are not entitled to any survivors' loss benefits.

**5.** Sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor, other than a rally held in whole or in part upon public roads.

**6.** Sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

Insured Copy

7. Sustained by any person if such injury arises out of conduct in the course of loading or unloading any "motor vehicle" unless the conduct occurs while such person is "occupying" such "motor vehicle".

8. Sustained by any person while "occupying" a motorcycle.

9. To Personal Injury Protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an "insured" as a result of any one "accident".

10. Sustained by any person, other than the Named Insured or any "family member", arising out of the maintenance or use by such person of a "motor vehicle" without a good faith belief that he or she is legally entitled to use such "motor vehicle".

11. Sustained by any person, other than the Named Insured or any "family member", while a pedestrian through being struck by the "insured" "motor vehicle", if the "accident" occurs outside the state of Minnesota.

12. Sustained by any person arising out of the maintenance or use of a "motor vehicle" while located for use as a residence or premises.

13. Arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

14. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

15. With respect to work loss, essential services expenses and survivors' loss benefits, sustained by any person, other than the Named Insured or "family member", while "occupying" any "motor vehicle", not owned by the Named Insured or "family member", which is being operated by the Named Insured or "family member".

16. Sustained by any person, other than the Named Insured or any "family member", while "occupying" a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the state of Minnesota, its political subdivisions, municipal corporations or public agencies, if the "accident" occurs outside the state of Minnesota.

**D. Limit Of Insurance**

1. Except as provided in Paragraph **3.**, regardless of the number of persons insured, policies or plans of self-insurance applicable, premiums paid, claims made or "insured motor vehicles" to which this coverage applies, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate and subject to such aggregate:

   a. The maximum amount payable for "medical expenses" shall not exceed $20,000.

   b. The maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000. Subject to this maximum aggregate:

      (1) The maximum amount payable for work loss shall not exceed $500 per week.

      (2) The maximum amount payable for essential services expenses shall not exceed $200 per week.

      (3) The maximum amount payable for funeral expenses shall not exceed $5,000.

      (4) The maximum amount payable for survivors' loss benefits:

         (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week; and

         (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week.

　　　© Insurance Services Office, Inc., 2016　　　CA 22 25 01 17

2. Any amount payable by the company under the terms of this coverage shall be reduced by:

   a. Any amounts paid, payable or required to be provided on account of such "bodily injury" under any workers' compensation law; except that if the "accident" involves a "motor vehicle" used in a "ridesharing arrangement", this coverage shall be primary.

   b. The amount of any deductible applicable to "medical expenses" set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or by a "family member", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in this Coverage Form, and such amount shall be allocated equally among them.

   c. The amount of any deductible applicable to work loss set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or any "family member".

3. If the Schedule or Declarations indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, regardless of the number of persons insured, premiums paid or claims made, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate, per "insured motor vehicle", and subject to each such aggregate:

   a. The maximum amount payable for "medical expenses" shall not exceed $20,000 per "insured motor vehicle".

   b. The maximum amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000 per "insured motor vehicle". Subject to this maximum aggregate:

      (1) The maximum amount payable for work loss shall not exceed $500 per week per "insured motor vehicle".

      (2) The maximum amount payable for essential services expenses shall not exceed $200 per week per "insured motor vehicle".

      (3) The maximum amount payable for funeral expenses shall not exceed $5,000 per "insured motor vehicle".

      (4) The maximum amount payable for survivors' loss benefits:

         (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week per "insured motor vehicle"; and

         (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week per "insured motor vehicle".

E. **Changes In Conditions**

   The **Conditions** are changed for Personal Injury Protection as follows:

   1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are replaced by the following:

      a. In the event of any "accident", written notice containing particulars sufficient to identify the "insured" and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to us or any of our authorized agents within six months from the date of the "accident". Failure to provide such written notice shall not render an "insured" ineligible to receive benefits unless actual prejudice is shown by us and then only to the extent of the prejudice. If an "insured", his or her legal representative or his or her surviving dependents shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such "insured", his or her legal representative or his or her surviving dependents.

b. As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury", treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. An "insured" who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than a medical rehabilitation procedure or treatment, shall notify us that he or she has undertaken the procedure, treatment or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment or training, unless we know or have reason to know of the undertaking. If the "insured" does not give the required notice within the prescribed time, we are responsible only for $1,000 or the expense incurred after the notice is given and within 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

2. **The Transfer Of Rights Of Recovery Against Others To Us** Policy Condition does not apply.

3. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are amended by the following:

   In the event the "insured" has other similar insurance including self-insurance available and applicable to the "accident", we shall not be liable for a greater proportion of any loss to which this coverage applies than the Limit of Insurance hereunder bears to the sum of the applicable Limits of Insurance of this coverage and such other insurance.

   However, if the driver or occupant of a "motor vehicle" sustains "bodily injury" while using the vehicle in the business of transporting persons or property, this insurance is primary.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Policy Condition is replaced by the following:

   **Two Or More Coverage Forms Or Policies Issued By Us**

   If the Schedule indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, the Two Or More Coverage Forms Or Policies Issued By Us provision in the Policy Conditions section of the Coverage Form does not apply to coverage afforded under this endorsement. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

5. The following conditions are added:

   **Coordination, Nonduplication And Priority Of Payments**

   a. No "insured" shall recover duplicate benefits for the same elements of "loss" under this or any similar insurance including self-insurance.

   b. Any amount payable under any Uninsured Motorists Coverage afforded under this Coverage Form or policy shall be reduced by the amount of any Personal Injury Protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance Coverage Form or policy because of "bodily injury" sustained by an "insured".

   **Constitutionality Clause**

   The premium for and the coverages of the Policy have been established in reliance upon the provisions of the Minnesota No-fault Automobile Insurance Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such act invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Policy and the provisions of this endorsement shall be voidable or subject to amendment at our option.

   © Insurance Services Office, Inc., 2016   CA 22 25 01 17

**Arbitration**

If you and we disagree on the amount of "loss" under Personal Injury Protection and the disputed amount is:

**a.** $10,000 or less, both parties must submit to arbitration; or

**b.** More than $10,000, we will advise the "insured" whether we will submit the claim to arbitration.

Arbitration will be conducted in accordance with the Rules of Procedure For No-fault Arbitration contained in the Minnesota Insurance Laws.

In the event of arbitration, each party will select a competent arbitrator. The two arbitrators will select a competent and impartial umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen arbitrator; and

**b.** Bear the other expenses of the arbitration and umpire equally.

If we submit to arbitration, we still retain our right to deny the claim.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means the spouse or any person related to the Named Insured by blood, marriage or adoption, including a minor in the custody of the Named Insured, spouse or such related person, who is a resident of the same household as the Named Insured whether or not temporarily residing elsewhere.

**2.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the Coverage Form or Policy applies and for which a specific premium is charged; and

**b.** The Named Insured is required to maintain security under the provisions of the Minnesota No-fault Automobile Insurance Act.

**3.** "Motor vehicle" means every vehicle, other than a motorcycle or other vehicle with fewer than four wheels, which:

**a.** Is required to be registered pursuant to Minnesota Statutes, Chapter 168; and

**b.** Is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property, and includes a "trailer" with one or more wheels, when the "trailer" is connected to or being towed by a "motor vehicle".

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Ridesharing arrangement" means the transportation of persons, for a fee or otherwise, in a "motor vehicle" when the transportation is incidental to another purpose of the driver. The term includes the forms of shared transportation known as car pools, commuter van pools and bus pools whether or not furnished by an employer. It does not include transportation of "employees" by an employer from one place to another.

**6.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

   **6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9.** **Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 82 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA EMPLOYEE BENEFITS LIABILITY COVERAGE

## THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.

## PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:**          09-01-2019 |

### SCHEDULE

| Coverage | Limits Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $    1,000,000 | **Each Employee** | $     1,000 | $   INCLUDED |
| | $    2,000,000 | **Employee Benefits Aggregate** | | |
| **Retroactive Date** | 09-01-2018 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

© Insurance Services Office, Inc., 2013

## A. Employee Benefits Liability Coverage

### 1. Coverage

a. We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

(2) Our right to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

b. This insurance applies to damages only if:

(1) The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

(2) The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

(3) A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

(1) When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

(2) When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

### 2. Exclusions

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

© Insurance Services Office, Inc., 2013          CA 25 82 10 13

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. **Supplementary Payments**

We will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All costs taxed against the "insured" in any "suit" against the "insured" we defend.

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

6. Prejudgment interest awarded against the "insured" on that part of judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limit of Insurance.

C. **Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

3. Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

5. Each of your "employees" who is or was authorized to administer your "employee benefit program".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limits Of Insurance**

1. The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   a. "Insureds";

   b. "Claims" made or "suits" brought;

   c. Persons or organizations making "claims" or bringing "suits";

   d. Acts, errors or omissions; or

   e. Benefits included in your "employee benefit program".

2. The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

3. Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   a. An act, error or omission; or

   b. A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

   The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

1. Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

2. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

      (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any "insured", you must:

      (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

      (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

© Insurance Services Office, Inc., 2013

CA 25 82 10 13

   **c.** You and any other involved "insured" must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

   **d.** No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

   **e.** The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

**2.** The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

   **a. Primary Insurance**

     This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

   **b. Excess Insurance**

     **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

       **(a)** No Retroactive Date is shown in the Schedule of this insurance; or

       **(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

     **(2)** When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

     **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

     **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

   **c. Method Of Sharing**

     If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

     If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**G. Extended Reporting Period**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is cancelled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

     **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

     **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" "insured";

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

**H. Definitions**

For the purposes of the coverage provided by this endorsement, **Section V - Definitions** is amended as follows:

**1.** The "Employee" definition is replaced by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**2.** The "Suit" definition is replaced by the following:

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**3.** The following definitions are added:

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

© Insurance Services Office, Inc., 2013

CA 25 82 10 13

Insured Copy

d. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   (1) Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   (2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   (3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   (4) Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

   (5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

© Insurance Services Office, Inc., 2013

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Contingent Workers' Compensation Coverage

We will issue a Standard Workers Compensation policy at rates and premiums at the inception date of each policy if you become legally obligated to pay benefits required by the Workers Compensation Act, provided:

1. That such obligation did not arise out of any business or business property you own or operate or of any partnership or joint venture of which you are a partner or member.

2. You have not elected to provide and pay compensation according to provisions of the Workers Compensation Act and do not so elect during the policy term.

3. You do not have in effect on the date of the accident a policy providing Workers Compensation benefits for the injured person.

4. This agreement does not apply to any "employee" injured while engaged in duties directly or indirectly connected with farm tractors, trailers, implements, draft animals or vehicles for use therewith, while under contract to others for a charge in connection with any farming operation.

The policy to be provided shall be effective (a) from the effective date of this policy or (b) from the date of commencement of the operations in which the "employee" was injured, whichever is later.

If we are not permitted to issue a Worker's Compensation policy in a given state or pay the benefits directly to the person(s) entitled to them, we will reimburse you for the benefits required by the workers compensation law of that state.

The "Workers Compensation Act" shall mean the Workmen's Compensation Law or Workers Compensation Law, or any Occupational Disease Law applicable in the state in which the named insured has established his principal residence.

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

a. is sudden, unforeseen, and unexpected;

b. is independent of any illness, disease or other bodily malfunction;

c. happens by chance;

d. arises from a source external to the "victim"; and

occurs within 180 days of the "assault or attack".

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on DECLARATIONS AUTO DEALERS COVERAGE FORM do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

a. "Loss of life" $250,000;

b. "Loss of speech" and "loss of hearing" $200,000;

c. "Loss of speech" or "loss of hearing" and one of the following: "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;

d. Loss of both hands $200,000;

e. Loss of both feet $200,000;

f. Loss of sight in both eyes $200,000;

g. Loss of any two of the following: "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;

h. "Loss of speech" $100,000;

i. "Loss of hearing" $100,000;

j. "Loss of hand" $100,000;

k. "Loss of foot" $100,000;

l. "Loss of sight of an eye" $100,000;

m. "Loss of thumb and index finger" $75,000;

n. "Mutilation" $50,000.

At your discretion you may use all of, or part of the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

a. at your discretion - payment for ransom; if none

b. the spouse of the "victim" who lived with the "victim"; if none

c. the domestic partner of the "victim" who lived with the "victim"; if none

d. the estate of the "victim".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family members(s)". The following are not eligible to receive this reward payment: You, or a "family member(s)" of any person covered by this endorsement.

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction" - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -

a.  spouse

b.  children, their children or other descendents of theirs

c.  parents, grandparents or other ancestors of theirs,

who live with you, including spouses or domestic partners of all of the above. Parents, grandparents and others ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment. A "physician" does not include you or a "family member(s)".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by us as a domestic "employee" or residential staff. In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority. However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

**Other Insurance**

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to "accidental death and dismemberment benefit".

**Your Duties After a Loss**

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible. In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible. In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible. In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required. In the event of a death claim Proof of death is required and must include a certified copy of the death certificate.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)". We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select. We may also have an autopsy done by a "physician", unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

POLICY NUMBER: 0697156

<div align="right">COMMERCIAL AUTO<br>CA 25 07 10 13</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2019 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING.<br>THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 09 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 09-01-2019 |

## SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| 345 PLATO BLVD E, ST PAUL MN 55107 | SUMMIT LIMITED PARTNERSHIP | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

SUMMIT LIMITED PARTNERSHIP
345 PLATO BLVD E
ST PAUL MN   55107

B. The Insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.
2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

CA 25 09 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 09 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 09-01-2019 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY THE NAMED INSURED. | RUSSO HARDWARE INC DBA RUSSO | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A.  Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

B.  The Insurance afforded by this endorsement does not apply to:

1.  Any "accident" which occurs after you cease to be a tenant in the premises.

2.  Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

CA 25 09 10 13            © Insurance Services Office, Inc., 2011            Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

## SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2023 MAPLEWOOD DR N MAPLEWOOD, MN | LMCD PROPERTIES OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LMCD PROPERTIES OF MINNESOTA
LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2911 HWY 61 N MAPLEWOOD, MN | M&M PARTNERSHIP OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

M&M PARTNERSHIP OF MINNESOTA
LLP
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 46 S ROBERT TR INVERGROVE HEIGHTS, MN & 14 MENDOTA RD INVER GROVE HEIGHTS, MN | MCDANIELS INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCDANIELS INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2889 HWY 61 N & 1241 BEAM AVE MAPLEWOOD, MN. | MMH INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 2873 HIGHWAY 61, MAPLEWOOD MN 55109-1082 | 2873 MAPLEWOOD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 12790 PLAZA DR EDEN PRAIRIE, MN 55344 | MCEP INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCEP INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| See IL-F-40-0001 | BRILLIANCE LAND MANAGEMENT LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2019

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-137 - BRILLIANCE LAND MANAGEMENT LLC

RE: 210 N ROUTE 31 CRYSTAL LAKE, IL; 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL;810 RT 176 CRYSTAL LAKE, IL.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 4625 S ROBERT TR INVER GROVE HEIGHTS, MN | MCD PROPERTIES OF IGH LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1500 N RANDALL RD ELGIN, IL | BLMS LLC | $ INCLUDED |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BLMS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN 55077 | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1037 HIGHWAY 110 & 4600 AKRON AVE S INVER GROVE HEIGHTS, MN | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2019

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

 © Insurance Services Office, Inc., 2013

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 57 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 25 60 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

**A.** The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

 © Insurance Services Office, Inc., 2011

Insured Copy

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

    **(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2011 CA 25 60 10 13

Insured Copy

COMMERCIAL AUTO
CA 99 55 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY - BROADENED COVERAGE FOR COVERED AUTOS - AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 99 55 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 846 of 2396 PageID #:859

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016 CA 23 44 11 16

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 99 10 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE -
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**
**Endorsement Effective Date:** 09-01-2019

### SCHEDULE

| Name Of Individual: | ANDY HULCHER |
| | STEVE MCDANIELS |
| | BRYAN OKUBO |

| Covered Autos Liability Coverage | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
|---|---|---|---|---|
| Auto Medical Payments | Limit | $ | Premium: | $ |
| Comprehensive | Deductible: | $ 0 | Premium: | $ INCLUDED |
| Collision | Deductible: | $ 50 | Premium: | $ INCLUDED |
| Uninsured Motorists | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Underinsured Motorists | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

© Insurance Services Office, Inc., 2011

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

   **1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

      **a.** Any "auto" owned by that individual or by any member of his or her household.

      **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

   **2.** The following is added to **Who Is An Insured:**

      Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

   **1.** Any "auto" owned by that individual or by any member of his or her household.

   **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011 CA 99 10 10 13

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NAMED INDIVIDUALS -
## BROADENED PERSONAL INJURY PROTECTION COVERAGE

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

| Name of Individual | State | Premium |
|---|---|---|
| ANDY HULCHER | MN | $ INCLUDED |
| STEVE MCDANIELS | MN | $ INCLUDED |
| BRYAN OKUBO | MN | $ INCLUDED |

The individual named in the schedule of this endorsement and any "family member" of the named individual shall be considered a "named insured" for the personal injury protection coverage provided for the state shown in the schedule.

For the purpose of this endorsement, "family member" means a person related to the individual named in this endorsement by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child, whether or not temporarily residing elsewhere.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-68 (04-91)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VICARIOUS AND BROADENED AUTO LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. CHANGES IN LIABILITY INSURANCE**

1. Any "auto" owned by a "son or daughter" of any director, officer, partner or owner of the named insured is a covered "auto" for LIABILITY COVERAGE but only:

    a. For "vicarious liability."

    b. While being used by a director, officer, partner or owner of the named insured.

    c. While being used by a spouse of a director, officer, partner or owner of the named insured.

2. The following is added to WHO IS AN INSURED:

    Any director, officer, partner or owner of the named insured including their spouse are "insureds" for any covered "auto" described in paragraph **A.1.** of this endorsement.

3. The insurance provided by this endorsement is excess over any other collectible insurance.

**B. ADDITIONAL DEFINITIONS**

As used in this endorsement:

"Auto" includes "mobile equipment."

"Son or daughter" means a child related by blood or adoption who is a resident of his or her parent's household, including a ward or foster child.

"Vicarious liability" means indirect legal responsibility which an "insured" becomes obligated to pay by reason of liability imposed on the "insured" by law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTORY CLAUSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE PART

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

It is agreed that the insurance provided by any additional insured endorsement is primary when primary coverage is required in a written contract. We will not seek contribution from any insurer when insurance on a non-contributing basis is required in a written contract. For coverage to apply, the written contract must have been executed prior to the occurrence of "loss".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-129 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.  Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

    **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)** Odometer readings; or

        **(2)** Disclosure of "prior damage"; or

        **(3)** The use of non-original equipment manufacturer parts; or

        **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

[X] **4.** **Title Errors and Omissions Liability Coverage**

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B. OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance.** In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C. EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D. LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

**E. DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

1. "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2. "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3. "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4. "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5. "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

**A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

**B.** Deductible

Item **F.7.** is deleted and replaced by the following:

We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

**H.** "Customer's auto" is amended to also include watercraft.

CA-F-153 (08-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverages attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others for a term of 6 months or longer.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible | |
|---|---|---|---|---|
| $ 50,000 | Per Customer Complaint Legal Defense Limit | $ 500,000 | Customer Complaint Legal Defense Aggregate Limit | $ 1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

   **a.** The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

   **b.** Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

   **a.** Prejudgment or post judgment interest;

   **b.** Punitive damages;

   **c.** Civil or criminal fines; or

   **d.** Penalties imposed by law

   imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

   A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**B. Exclusions**

1. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

   **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

   **(1)** An "accident";

   **(2)** "Bodily Injury" or "Property Damage";

   **(3)** "Personal and advertising injury";

   **(4)** "Acts, errors or omissions"; or

   **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

   **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

   Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **(1)** Personally commit;

   **(2)** Personally participate in;

   **(3)** Personally acquiesce to; or

   **(4)** Remain passive after having knowledge of;

   any such act, error or omission.

   **c.** Product Recall

   The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

   **d.** Mechanical Breakdown or Warranty Agreements

   Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

   **e.** Pollutants

   Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

   **f.** Workers Compensation or Disability Benefits

   Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

    b. Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limit of Insurance**

1. Regardless of the number of:

    a. "Insureds";

    b. "Customer complaints"; or

    c. Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

2. Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

3. All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

4. The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E. Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of "Customer Complaint"**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    a. In the event of a "customer complaint", you must:

        (1) Promptly record the specifics of the "customer complaint" and the date received; and

        (2) Notify us, in writing, as soon as practicable.

    b. Additionally, you and any other involved "insured" must:

        (1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        (2) Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

        (3) Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

        (4) Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

   **Other Insurance**

   This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

   **Policy Period, Coverage Territory**

   The coverage territory is:

       **a.** The United States of America;

       **b.** The territories and possessions of the United States of America;

       **c.** Puerto Rico; and

       **d.** Canada

4. The following condition is added:

   **Transfer Of Duties When The Limit of Insurance Is Exhausted**

   **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

       **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

       **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

       **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

   **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

       **(1)** Cooperate in the transfer of control of "customer complaints".

   **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

   The duty of the first Named Insured to reimburse us will begin on:

       **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

       **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

   **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

**G.** **Definitions**

For the purposes of the coverage provided by this endorsement:

**1.** The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

"Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

"Suit" includes

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**2.** The following definitions are added:

**a.** "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

**b.** "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

**(1)** All expenses we incur.

**(2)** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

**(3)** All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

**(4)** Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b (1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-91 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.**    the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.**    the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

CA-F-116 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1. **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

   g. **Leased Autos**

   Any covered "auto" while:

   (1) Leased or rented to others; or

   (2) Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

   But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-156 (07-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.  SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

your "products" or "work you performed";
if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

**B.** Deductible

**1.** Item **F.7.** is deleted and replaced by the following:

We will deduct _____ $2,500 _____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II.  SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

**A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

**1.** Defective parts or materials; or

**2.** Faulty "work you performed".

**B.** Deductible

**1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

**2.** We will deduct _____ $2,500 _____ from any amount payable as damages as a result of this endorsement.

You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay _____ 100 _____ percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

　　AUTO DEALERS COVERAGE FORM

In the event of any payment under this AUTO DEALERS COVERAGE FORM, the company agrees to waive its rights under the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US condition against:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL　60176

its subsidiaries, directors, agents or employees, except when the payment results from the sole negligence of:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL　60176

its subsidiaries, agents or employees.

Additional Reference:

LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY
THE NAMED INSURED.

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN　55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-100 (10-13)　　　　Policy Number: 0697156　　　　Transaction Effective Date: 09-01-2019

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 01 33 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **D.1. Coverage** under **Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **D.3.a. Supplementary Payments** of **Covered Autos Liability Coverage** is amended by the addition of the following:

Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **D.5. Limit Of Insurance - Covered Autos Liability** of **Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **E.3. Coverage Extensions** of **Garagekeepers Coverage** is amended by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**F.** Paragraph **E. Supplementary Payments** of **General Liability Coverages** and Paragraph **D. Supplementary Payments** of **Acts, Errors Or Omissions Liability Coverages** are amended by the addition of the following:

**6.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay if we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

CA 01 33 10 13 © Insurance Services Office, Inc., 2013 Page 1 of 2

G. The **Conditions** are amended as follows:

1. The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

   1. **Appraisal For Physical Damage Loss**

      If you and we disagree on the amount of "loss", and the disputed amount is:

      a. $10,000 or less, both parties must submit to appraisal;

      b. More than $10,000, either party may demand an appraisal of the "loss".

      In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a. Pay its chosen appraiser; and

      b. Bear the other expenses of the appraisal and umpire equally.

      If we submit to an appraisal, we still retain our right to deny the claim.

2. The lead-in wording of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   The following duties apply:

3. **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

   a. Our rights under this condition with respect to all coverages other than Covered Autos Liability, General Liability and Acts, Errors Or Omissions Liability Coverages do not apply against a person who is 21 years of age or older who:

      (1) Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

      (2) Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

   b. Our rights are subject to any applicable limitations contained in the Minnesota statutes.

   c. With respect to Physical Damage Coverage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

   d. Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

4. Paragraph **B.1. Bankruptcy** is replaced by the following:

   1. **Bankruptcy**

      Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

5. The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

   a. With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition does not apply.

   b. With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

      We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

      (1) This Coverage Form;

      (2) The covered "auto";

      (3) Your interest in the covered "auto"; or

      (4) A claim under this Coverage Form.

   © Insurance Services Office, Inc., 2013   CA 01 33 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

    **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

© Insurance Services Office, Inc., 2012

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

 © Insurance Services Office, Inc., 2012 CA 02 18 10 13

Insured Copy

2. **Nonrenewal**

a. If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

b. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

c. Proof of mailing of any notice shall be sufficient proof of notice.

B. For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

1. **Cancellation**

a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

b. We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

c. **Policies In Effect Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation, if we cancel for any other reason.

d. **Policies In Effect 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

(3) An act or omission by you that substantially increases or changes the risk insured;

(4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

(5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

(6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

(7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

(8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

Insured Copy

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

   © Insurance Services Office, Inc., 2012   CA 02 18 10 13

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2019

## Property Revisions

Add Additional Interest

        Location   5                   Building   1
        Building
        WELLS FARGO BANK NA
        PO BOX 1870
        MAC - D4004-03D
        WINSTON SALEM NC   27101
        Mortgagee (CP-F-11)
        Interest Description:   ADDITIONAL INSURED-BUILDING OWNER: MMH
                                INVESTMENTS LLC

Add Additional Interest

        Location  10                   Building   1
        Building
        WELLS FARGO BANK NA
        PO BOX 1870
        MAC - D4004-03D
        WINSTON SALEM NC   27101
        Mortgagee (CP-F-11)
        Interest Description:   ADDITIONAL INSURED-BUILDING OWNER: MCEP
                                INVESTMENTS LLC

Add Form(s)

        CP-F-11 (07-95) Mortgage Holders Interest Certificate

                                No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-11-2019
                        Issue Date:  09-17-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK NA
PO BOX 1870
MAC - D4004-03D
WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 5 | 1 | 1241 BEAM AVE  PARTS/ACCESSORIES | $10,000 | $50,871,000 |
|   |   | MAPLEWOOD MN  55109 | | BLANKET |
|   |   | Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MMH INVESTMENTS LLC | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019    to 09-01-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-11-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-11-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK NA
PO BOX 1870
MAC - D4004-03D
WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE EDEN PRAIRIE MN  55344 Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MCEP INVESTMENTS LLC | $10,000 | $50,871,000 BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2019    to 09-01-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                          PRESIDENT

CP-F-11 (07-95)                  Policy Number: 0697156                  Transaction Effective Date: 09-11-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

   At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-11-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Common Declarations Revisions

### Add Location

        Location  16
        3001 US-61
        MAPLEWOOD MN  55109

                    No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_____          _____
**SECRETARY**                              **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                           Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket    1
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   16
        Personal Property of Insured Limit $12,497,000

Add Commercial Property Building

        Location   16
        Building    1
        3001 US-61   AUTO SALES/SERVICE
        Sprinklered

Add Commercial Property Building

        Location   16
        Building    2
        3001 US-61   LIGHTS AND LIGHT POLES

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**®

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Add Building Coverage

    Location  16
    Building
    Limit:  $850,000

Additional Premium:  $707

Building   1

Special Cause of Loss
Replacement Cost

Add Personal Property Of Insured

    Location  16
    Personal Property of Insured
    Limit:  Blanket

Additional Premium:  $110

Building   1

Special Cause of Loss
Replacement Cost

Add Personal Property Of Others

    Location  16
    Personal Property of Others
    Limit:  $50,000

Additional Premium:  $57

Building   1

Special Cause of Loss
Replacement Cost

Add Premier Select

    Location  16
    Business Income

Additional Premium:  $240

Building   1

Special Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2019

## Property Revisions

```
Add Utility Services - Time Element    Additional Premium:  $371

        Location  16                   Building    1
        Utility Services - Time Element
        Limit:  $250,000

Add Light Poles                        Additional Premium:  $145

        Location  16                   Building    2
        Light Poles
        Limit:  $100,000               Special Cause of Loss
                                       Replacement Cost

Add Premier Select

        Location  16       Building    1
        Business Income

Add Earthquake Coverage

        Location  16       Building    1
        Building
        Earthquake Deductible 10%

Add Earthquake Coverage

        Location  16       Building    1
        Personal Property of Insured
        Earthquake Deductible 10%
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Add Earthquake Coverage

        Location  16          Building    1
        Personal Property of Others
        Earthquake Deductible 10%

Add Earthquake Coverage

        Location  16          Building    1
        Business Income

Add Earthquake Coverage

        Location  16          Building    1
        Utility Services - Time Element

Add Earthquake Coverage

        Location  16          Building    2
        Light Poles
        Earthquake Deductible 10%

Location   1  Building   1          Additional Premium:   $21
        Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)           Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                         Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

|  |  |
|---|---|
| Total Property Charge | $1,651 |
| Additional Certified Acts of Terrorism Premium | $41 |
| Additional MN Fire Safety Surcharge | $2 |
| Additional Surcharge Total | $2 |
| Additional Certified Acts of Terrorism Premium Total | $41 |
| Total Endorsement Charge | $1,692 |
| Additional MN Fire Safety Surcharge            $2 | |
| Additional Surcharge Total | $2 |
| Total Amount Charged | $1,694 |

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)           Policy Number:  0697156            Transaction Effective Date:  09-01-2019
                         Issue Date:  10-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket   1
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   14
        Location Number   16
        Personal Property of Insured Limit $12,797,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  11-12-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket   2
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   14
        Location Number   16
        Personal Property of Others Limit $2,756,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  11-12-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

      Blanket    5
      Location Number    1
      Location Number    2
      Location Number    3
      Location Number    4
      Location Number    5
      Location Number    6
      Location Number    7
      Location Number    8
      Location Number    9
      Location Number   10
      Location Number   14
      Location Number   16
      Building Limit $56,892,000

Change Limit(s)                Additional Premium:  $214

      Location  14            Building   1
      Personal Property of Insured
      Limit:  Blanket            Special Cause of Loss
                                 Replacement Cost

Change Limit(s)                Additional Premium:  $214

      Location  14            Building   1
      Personal Property of Others
      Limit:  Blanket            Special Cause of Loss
                                 Replacement Cost

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY               PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2019
                       Issue Date:  11-12-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2019

## Property Revisions

Change Utility Services - Time          Additional Premium:  $75
Element

    Location  14                    Building    1
    Utility Services - Time Element
    Limit: $250,000

Add Building Coverage                   No Premium Charge

    Location  16                    Building    1
    Building
    Limit:  Blanket                 Special Cause of Loss
                                    Replacement Cost

Add Personal Property Of Others         No Premium Charge

    Location  16                    Building    1
    Personal Property of Others
    Limit:  Blanket                 Special Cause of Loss
                                    Replacement Cost

Add Earthquake Coverage

    Location  14        Building    1
    Utility Services - Time Element

Location  1  Building    1              Additional Premium:  $4
    Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                Issue Date:  11-12-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Location  14  Building  1          Additional Premium:  $5
      Business Income

                        Total Property Charge     $512
     Additional Certified Acts of Terrorism Premium     $16
            Additional MN Fire Safety Surcharge      $1
            Additional Surcharge Total      $1

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                   Issue Date:  11-12-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Inland Marine Revisions

Add Contractors Equipment Coverage     Additional Premium:  $121

    Contractors Equipment - Scheduled
    Deductible:  $1,000
    Semi-replacement Cost
    Added or changed scheduled items:
        2005 SKYJACK SCISSOR LIFT MODEL SJIII3226
             S/N 274071                  Limit:  $25,000

Add Form(s)

    IM-F-6 (10-03) Contractors Equipment Coverage Form
    IM-F-88 (10-03) Limited Replacement Cost Extension Endorsement

                    Total Inland Marine Charge        $121

        Additional Certified Acts of Terrorism Premium Total        $16

                        Total Endorsement Charge        $649

            Additional MN Fire Safety Surcharge        $1

                    Additional Surcharge Total        $1

                    Total Amount Charged        $650

                    This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  11-12-2019

Insured Copy

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and is not covered.  Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

**SCHEDULE**

**A. COVERAGE**

We will pay for direct physical "loss" to Covered Property described in the following schedule not to exceed the Limit of Insurance indicated.

| Description of Property | Make, Model and Serial Number | Limit of Insurance |
|---|---|---|
| 2005 SKYJACK SCISSOR LIFT MODEL SJIII3226 | S/N 274071 | $25,000 |

**B.    DEDUCTIBLE    $1,000**

The deductible amount shown above shall be deducted from each "loss" occurrence.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-6 (10-03)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss means risks of direct physical "loss" unless the "loss" is excluded or limited in the Exclusions.

## D. PROPERTY NOT COVERED

Covered Property does not include:

Motor vehicles designed for highway use, motorcycles, aircraft or watercraft.

## E. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. Nuclear Hazard**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   **c. War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

   b. Unexplained disappearance.

   c. Shortage found upon taking inventory.

   d. Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) Anyone else with an interest in the property, or their employees or authorized representatives; or

(3) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

   e. Processing or work upon the property.

   But we will pay for direct "loss" caused by resulting fire or explosion.

   f. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if "loss" or damage by fire results, we will pay for that resulting "loss" or damage.

   g. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   h. Unauthorized instructions to transfer property to any person or to any place.

   i. "Loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any machine.

   j. "Loss", except by fire, while covered property is being waterborne.

   k. "Loss" to property while located underground, in caissons or under water.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph E.1. above to produce the "loss".

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown; insects, vermin, rodents, corrosion, rust, dampness, cold, heat, or freezing.

e. Blowouts, punctures, or other road damage to tires unless caused by other causes of loss covered by this policy.

## F. ADDITIONAL COVERAGES

### 1. Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause Of Loss. The expense will be included in the amount of your covered "loss" or damage. This coverage does not apply to:

a. Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time;

b. Any "loss" or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

c. Any cost or expense to remove, restore or replace polluted land or water.

The most we will pay under this Additional Coverage is 25% of:

(1) The amount we pay for the direct physical "loss" or damage to Covered Property; plus

(2) The deductible in this policy applicable to that "loss" or damage.

However, we will pay an additional amount of debris removal expense up to $5000 when the debris removal expense exceeds 25% of the amount we pay for direct "loss" or when the "loss" to property and debris removal

combined exceeds the applicable Limit of Insurance for the damaged property.

We will not pay any expenses unless they are reported to us in writing within 180 days from the date of direct physical "loss" to covered property.

### 2. Construction Forms and Scaffolding

If construction forms and/or scaffolding are Covered Property under this form, you may extend the insurance that applies to this Covered Property to cover your actual cost of re- assembling the construction forms or re-erecting the scaffolding, if the "loss" or damage to the covered forms or scaffolding is caused by or results from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5000 in any one occurrence.

### 3. Newly Purchased Property

You may extend this insurance to apply to newly purchased property similar to the property insured under this form.

Such newly purchased property is covered up to $50,000.

Insurance under this extension will end when any of the following first occurs:

a. This policy expires; or

b. 30 days from the date you purchased the property; or

c. You report the value of newly purchased property to us.

We will charge you additional premium for values reported from the date you purchased such property.

## G. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. Coverage Territory

We cover property wherever located within:

a. The United States of America;

b. Puerto Rico; and

c. Canada.

2. Impairment of Recovery Rights

If you waive your right of recovery by any act or agreement with a carrier, bailee or other party liable for a covered "loss" under this form, we will not pay for such "loss" or damage. This condition applies to any waiver

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

Page 4 of 4

agreement or act occurring before or after such loss or damage. Non payment of such loss does not affect our right to recover or retain premium under this form.

This special condition does not apply to any provision in a written contract in which you undertake to perform work.

## H. DEFINITIONS

"Loss" means accidental loss or damage.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LIMITED REPLACEMENT COST EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**CONTRACTORS EQUIPMENT COVERAGE FORM**

1.  We will increase the Limit of Insurance applicable to the lost or damaged item by up to 25% if:

    a.  The item of equipment is specifically described in the Schedule; and

    b.  It is insured to at least 100% of its actual cash value at the time of "loss"; and

    c.  You repair or replace the equipment with like kind and quality.

2.  We will not pay on a limited replacement cost basis for any "loss" or damage:

    a.  Until the lost or damaged property is actually repaired or replaced; and

    b.  Unless the repair or replacement is made as soon as reasonably possible after the "loss" or damage.

3.  We will not pay more for "loss" or damage on a limited replacement cost basis than the least of:

    a.  The Limit of Insurance applicable to the lost or damaged property;

    b.  The cost to repair or replace, on the same premises, the lost or damaged property with other property;

        (1)  Of comparable material and quality; and

        (2)  Used for the same purpose; or

    c.  The amount you actually spend that is necessary to repair or replace the lost or damaged property.

4.  Limited Replacement Cost will not apply to:

    a.  Property or equipment not maintained in good or workable condition; or

    b.  Property or equipment that is outdated or obsolete and is stored or not being used; or

    c.  Memorabilia, souvenirs, collectors items and similar articles where age or history contribute to their value; or

    d.  The increased cost attributable to enforcement of any ordinance, regulation or law governing the usage, repair or replacement of the damaged property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-88 (10-03)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

```
Blanket    5
Location Number    1
Location Number    2
Location Number    3
Location Number    4
Location Number    5
Location Number    6
Location Number    7
Location Number    8
Location Number    9
Location Number   10
Location Number   14
Location Number   16
Building Limit $57,229,000
```

Change Limit(s)                         Additional Premium:  $155

```
Location   16                 Building    1
Building
Limit:  Blanket               Special Cause of Loss
                              Replacement Cost
```

Location   1  Building    1   Additional Premium:  $3
    Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-03-2019
                        Issue Date:  12-02-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Additional Certified Acts of Terrorism Premium Total        $8

Total Endorsement Charge        $166

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-03-2019
                        Issue Date:  12-02-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket   5
        Location Number   1
        Location Number   2
        Location Number   3
        Location Number   4
        Location Number   5
        Location Number   6
        Location Number   7
        Location Number   8
        Location Number   9
        Location Number  10
        Location Number  14
        Location Number  16
        Building Limit $56,892,000

Change Limit(s)                         Return Premium:  $155

        Location  16                    Building    1
        Building
        Limit:  Blanket                 Special Cause of Loss
                                        Replacement Cost

Location   1  Building   1             Return Premium:  $3
        Systems Breakdown Cause of Loss

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-03-2019
                        Issue Date:  12-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Property Revisions

Return Certified Acts of Terrorism Premium Total          $8

Total Endorsement Credit        $166

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  12-03-2019
                      Issue Date:  12-03-2019

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Auto Dealer Revisions

```
Add Additional Interest                 No Premium Charge

     Location    1
     Additional Insured
     Limit:  $0

Add Additional Interest

     Location    1
     Additional Insured
     TOP GOLF INTERNATIONAL INC AND ITS AFFILIATES
     8750 N CENTRAL EXPY STE 1200
     DALLAS TX  75231
     Interest Description:  See IL-F-40-0004

Add Form(s)

     CA-F-75 (10-13) Additional Insured Endorsement
     IL-F-40-0004 (05-10) Extension Endorsement

                              No Endorsement Charge
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

If you have any questions,
please contact your
Producer.

**SECRETARY**            **PRESIDENT**

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  01-28-2020
                        Issue Date:  01-29-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    See IL-F-40-0004

Additional Insured Name and Address:

TOP GOLF INTERNATIONAL INC AND
ITS AFFILIATES
8750 N CENTRAL EXPY STE 1200
DALLAS TX   75231

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)         Policy Number: 0697156         Transaction Effective Date: 01-28-2020

Insured Copy

## EXTENSION ENDORSEMENT

**Extension - CA-F-75 - TOP GOLF INTERNATIONAL INC AND ITS AFFILIATES**

LIMITED TO NAMED INSURED COMPANY SPONSORED EMPLOYEE HOLIDAY / APPRECIATION PARTY HELD AT THE CERTIFICATE HOLDER'S PREMISES - TOPGOLF MINNEAPOLIS, 6420 N CAMDEN AVE, BROOKLYN CENTER MN 55430.  EVENT DATE: 2/08/2020.

IL-F-40-0004    (05-10)          Policy Number: 0697156          Transaction Effective Date: 01-28-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE ®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2019

## Common Declarations Revisions

Change Location Address

```
    Location   8
    1037 50TH ST E
    INVER GROVE HEIGHTS MN   55077

                    No Common Declarations Charge
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  01-31-2020
                        Issue Date:  01-31-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Inland Marine Revisions

`Change Building Description`

`        Location    8   Building    1`
`        1037 50TH ST E TOYOTA SALES/SERVICE`

`                            No Inland Marine Charge`

`                            No Endorsement Charge`

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**              **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  01-31-2020
                        Issue Date:  01-31-2020

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Common Declarations Revisions

**Add Location**

        Location  17
        2999 MAPLEWOOD DR
        MAPLEWOOD MN   55109-1019

                No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket    1
        Location Number  17
        Location Number   1
        Location Number   2
        Location Number   3
        Location Number   4
        Location Number   5
        Location Number   6
        Location Number   7
        Location Number   8
        Location Number   9
        Location Number  10
        Location Number  14
        Location Number  16
        Personal Property of Insured Limit $12,807,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Property Revisions

Change Blanket Coverage

        Blanket   2
        Location Number  17
        Location Number   1
        Location Number   2
        Location Number   3
        Location Number   4
        Location Number   5
        Location Number   6
        Location Number   7
        Location Number   8
        Location Number   9
        Location Number  10
        Location Number  14
        Location Number  16
        Personal Property of Others Limit $2,757,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                     PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED INSURANCE ®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2019

## Property Revisions

Change Blanket Coverage

      Blanket   5
      Location Number  17
      Location Number   1
      Location Number   2
      Location Number   3
      Location Number   4
      Location Number   5
      Location Number   6
      Location Number   7
      Location Number   8
      Location Number   9
      Location Number  10
      Location Number  14
      Location Number  16
      Building Limit $57,642,000

Add Blanket Location

      Blanket   1
      Location Number  17
      Personal Property of Insured Current Limit $12,807,000

Add Blanket Location

      Blanket   2
      Location Number  17
      Personal Property of Others Current Limit $2,757,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156              Transaction Effective Date:  08-11-2020
                           Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Property Revisions

Add Blanket Location

        Blanket    5
        Location Number   17
        Building Current Limit $57,642,000

Add Commercial Property Building

        Location   17
        Building    1
        2999 MAPLEWOOD DR   VACANT/AUTO STORAGE

Add Commercial Property Building

        Location   17
        Building    2
        R 2999 MAPLEWOOD DR    LIGHT POLE

Add Building Coverage             Additional Premium:   $36

        Location   17              Building    1
        Building
        Limit:  Blanket            Special Cause of Loss
                                   Replacement Cost

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective 09-01-2019

## Property Revisions

Add Personal Property Of Insured

      Location 17
      Personal Property of Insured
      Limit: Blanket

Add Personal Property Of Others

      Location 17
      Personal Property of Others
      Limit: Blanket

Add Premier Select

      Location 17
      Business Income Rental Value Only

Add Utility Services - Time Element

      Location 17
      Utility Services - Time Element
      Limit: $250,000

Additional Premium: $1

Building 1

Special Cause of Loss
Replacement Cost

No Premium Charge

Building 1

Special Cause of Loss
Replacement Cost

Additional Premium: $1

Building 1

Special Cause of Loss

Additional Premium: $17

Building 1

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**

**PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)

Policy Number: 0697156
Issue Date: 08-28-2020

Transaction Effective Date: 08-11-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2019

## Property Revisions

Add Light Poles                              Additional Premium:  $8

    Location  17                         Building    2
    Light Poles
    Limit:  $100,000                     Special Cause of Loss
                                         Replacement Cost

Add Premier Select

    Location  17          Building    1
    Business Income Rental Value Only

Add Earthquake Coverage

    Location  17          Building    1
    Building
    Earthquake Deductible 10%

Add Earthquake Coverage

    Location  17          Building    1
    Personal Property of Insured
    Earthquake Deductible 10%

Add Earthquake Coverage

    Location  17          Building    1
    Personal Property of Others
    Earthquake Deductible 10%

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective     09-01-2019

## Property Revisions

Add Earthquake Coverage

    Location  17          Building   2
    Light Poles
    Earthquake Deductible 10%

Add Additional Interest

    Location  17                  Building   1
    Building
    2999 MAPLEWOOD PROPERTIES LLC
    2873 HIGHWAY 61
    MAPLEWOOD MN    55109
    Additional Insured (CP-F-17)
    Interest Description:  BUILDING OWNER

Add Form(s)

    CP-F-17 (11-95) Additional Insured-Designated Premises Only

Location  1 Building   1          Additional Premium:  $1
    Systems Breakdown Cause of Loss

                    Total Property Charge      $64
        Additional Certified Acts of Terrorism Premium      $1

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

Insured Copy

4-972 BRADLEY G FUTIA



### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2019

## Auto Dealer Revisions

Add Additional Interest                    No Premium Charge

        Location    1
        Additional Insured - Managers, Owners or Lessors of Premises
        Limit:   $0

Add Additional Interest

        Location    1
        Additional Insured - Managers, Owners or Lessors of Premises
        2999 MAPLEWOOD PROPERTIES LLC
        2873 HIGHWAY 61
        MAPLEWOOD MN   55109
        Interest Description:   2999 MAPLEWOOD DR, MAPLEWOOD, MN 55109

Add Form(s)

        CA-F-137 (10-13) Additional Insured - Managers, Owners or Lessors of
        Premises

                        No Auto Dealer Charge

        Additional Certified Acts of Terrorism Premium Total          $1

                    Total Endorsement Charge          $65

                    This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**              **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-11-2020
                        Issue Date:  08-28-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

   Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 17 | 1 | 2999 MAPLEWOOD DR  VACANT/AUTO STORAGE MAPLEWOOD MN  55109-1019 | $10,000 | $57,642,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:

2999 MAPLEWOOD PROPERTIES LLC
2873 HIGHWAY 61
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 08-11-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 2999 MAPLEWOOD DR, MAPLEWOOD, MN 55109 | 2999 MAPLEWOOD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2999 MAPLEWOOD PROPERTIES LLC
2873 HIGHWAY 61
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED INSURANCE**®

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200


Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109


Policy Effective        09-01-2019


## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   1
        Number of Employees Furnished Autos:   6.00
        Number of Salespersons & GM not Furnished Autos:  32.00
        Number of Other Employees: 118.00
        Number of Non-Employees over age 24:  3.00
        Number of Dealer Plates:  55

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   4
        Number of Other Employees:  75.00

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   5
        Number of Other Employees:   1.00

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   6
        Number of Employees Furnished Autos:   4.50
        Number of Salespersons & GM not Furnished Autos:  28.50
        Number of Other Employees: 119.00
        Number of Dealer Plates:  42


Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.


**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.


IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective        09-01-2019

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

      Location   7
      Number of Salespersons & GM not Furnished Autos:   7.00
      Number of Other Employees:  22.00
      Number of Dealer Plates: 20

Change Auto Dealers Liability Rating Units For Annual Audit

      Location   8
      Number of Employees Furnished Autos:   6.00
      Number of Salespersons & GM not Furnished Autos:  22.50
      Number of Other Employees:  96.00
      Number of Dealer Plates:  38

Change Auto Dealers Liability Rating Units For Annual Audit

      Location   9
      Number of Other Employees:   1.00

Change Auto Dealers Liability Rating Units For Annual Audit

      Location  10
      Number of Employees Furnished Autos:   3.00
      Number of Salespersons & GM not Furnished Autos:  15.50
      Number of Other Employees:  43.00
      Number of Dealer Plates:  29

Location   1                              Additional Premium:  $121
Uninsured Motorist Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019
                        Issue Date: 02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2019

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   1 | Additional Premium: | $138 |
| Underinsured Motorist Coverage | | |
| Location   1 | Return Premium: | $959 |
| Personal Injury Protection Coverage | | |
| Location   1 | Return Premium: | $8,555 |
| Liability Coverage -  Without Full Covered Autos Liability | | |
| Location   1 | Return Premium: | $85 |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | | |
| Location   1 | Return Premium: | $470 |
| Auto Dealer Extension Endorsement | | |
| Location   1 | Return Premium: | $728 |
| Extended Defense Protection Coverage | | |
| Location   1 | Return Premium: | $171 |
| Title Errors & Omissions Coverage | | |
| Location   1 | Return Premium: | $189 |
| Truth in Lending and Leasing Coverage | | |
| Location   1 | Return Premium: | $155 |
| Employee Benefits Liability Coverage | | |
| Location   4 | Return Premium: | $5 |
| Uninsured Motorist Coverage | | |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number: 0697156        Transaction Effective Date: 09-01-2019
                      Issue Date: 02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2019

## Auto Dealer Revisions

Location   4                      Return Premium:  $6
Underinsured Motorist Coverage

Location   4                      Additional Premium:  $981
Personal Injury Protection Coverage

Location   4                      Additional Premium:  $8,751
Liability Coverage -  Without Full Covered Autos Liability

Location   4                      Additional Premium:  $88
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   4                      Additional Premium:  $481
Auto Dealer Extension Endorsement

Location   4                      Additional Premium:  $743
Extended Defense Protection Coverage

Location   4                      Additional Premium:  $175
Title Errors & Omissions Coverage

Location   4                      Additional Premium:  $192
Truth in Lending and Leasing Coverage

Location   5                      Return Premium:  $5
Uninsured Motorist Coverage

Location   5                      Return Premium:  $6
Underinsured Motorist Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective     09-01-2019

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   5 | Return Premium:  $25 | |
| Personal Injury Protection Coverage | | |
| Location   5 | Return Premium:  $226 | |
| Liability Coverage -  Without Full Covered Autos Liability | | |
| Location   5 | Return Premium:  $2 | |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | | |
| Location   5 | Return Premium:  $12 | |
| Auto Dealer Extension Endorsement | | |
| Location   5 | Return Premium:  $20 | |
| Extended Defense Protection Coverage | | |
| Location   5 | Return Premium:  $5 | |
| Title Errors & Omissions Coverage | | |
| Location   5 | Return Premium:  $5 | |
| Truth in Lending and Leasing Coverage | | |
| Location   6 | Additional Premium:  $170 | |
| Uninsured Motorist Coverage | | |
| Location   6 | Additional Premium:  $188 | |
| Underinsured Motorist Coverage | | |
| Location   6 | Additional Premium:  $12 | |
| Personal Injury Protection Coverage | | |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective        09-01-2019

## Auto Dealer Revisions

Location   6                        Additional Premium:  $84
Liability Coverage -  Without Full Covered Autos Liability

Location   6                        Additional Premium:  $1
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   6                        Additional Premium:  $5
Auto Dealer Extension Endorsement

Location   6                        Additional Premium:  $7
Extended Defense Protection Coverage

Location   6                        Additional Premium:  $2
Title Errors & Omissions Coverage

Location   6                        Additional Premium:  $1
Truth in Lending and Leasing Coverage

Location   7                        Additional Premium:  $89
Uninsured Motorist Coverage

Location   7                        Additional Premium:  $103
Underinsured Motorist Coverage

Location   7                        Additional Premium:  $197
Personal Injury Protection Coverage

Location   7                        Additional Premium:  $1,438
Liability Coverage -  Without Full Covered Autos Liability

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective 09-01-2019

## Auto Dealer Revisions

Location  7                          Additional Premium:  $15
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  7                          Additional Premium:  $79
Auto Dealer Extension Endorsement

Location  7                          Additional Premium:  $122
Extended Defense Protection Coverage

Location  7                          Additional Premium:  $29
Title Errors & Omissions Coverage

Location  7                          Additional Premium:  $32
Truth in Lending and Leasing Coverage

Location  8                          Additional Premium:  $84
Uninsured Motorist Coverage

Location  8                          Additional Premium:  $97
Underinsured Motorist Coverage

Location  8                          Return Premium:  $487
Personal Injury Protection Coverage

Location  8                          Return Premium:  $3,554
Liability Coverage -  Without Full Covered Autos Liability

Location  8                          Return Premium:  $36
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2019

## Auto Dealer Revisions

| Location   8 | Return Premium:  $196 |
| Auto Dealer Extension Endorsement | |

| Location   8 | Return Premium:  $302 |
| Extended Defense Protection Coverage | |

| Location   8 | Return Premium:  $71 |
| Title Errors & Omissions Coverage | |

| Location   8 | Return Premium:  $78 |
| Truth in Lending and Leasing Coverage | |

| Location   9 | Return Premium:  $65 |
| Uninsured Motorist Coverage | |

| Location   9 | Return Premium:  $68 |
| Underinsured Motorist Coverage | |

| Location   9 | Return Premium:  $518 |
| Personal Injury Protection Coverage | |

| Location   9 | Return Premium:  $3,780 |
| Liability Coverage -  Without Full Covered Autos Liability | |

| Location   9 | Return Premium:  $38 |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | |

| Location   9 | Return Premium:  $208 |
| Auto Dealer Extension Endorsement | |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2019
                        Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective 09-01-2019

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location 9<br>Extended Defense Protection Coverage | Return Premium: | $322 |
| Location 9<br>Title Errors & Omissions Coverage | Return Premium: | $76 |
| Location 9<br>Truth in Lending and Leasing Coverage | Return Premium: | $84 |
| Location 10<br>Uninsured Motorist Coverage | Additional Premium: | $36 |
| Location 10<br>Underinsured Motorist Coverage | Additional Premium: | $44 |
| Location 10<br>Personal Injury Protection Coverage | Return Premium: | $462 |
| Location 10<br>Liability Coverage - Without Full Covered Autos Liability | Return Premium: | $4,510 |
| Location 10<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium: | $45 |
| Location 10<br>Auto Dealer Extension Endorsement | Return Premium: | $248 |
| Location 10<br>Extended Defense Protection Coverage | Return Premium: | $383 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number: 0697156          Transaction Effective Date: 09-01-2019
Issue Date: 02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2019

## Auto Dealer Revisions

```
Location  10                    Return Premium:  $91
Title Errors & Omissions Coverage
Location  10                    Return Premium:  $99
Truth in Lending and Leasing Coverage

      Return Certified Acts of Terrorism Premium Total      $13

                    Total Endorsement Credit    $12,858

            This will appear on your next bill
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**              **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)       Policy Number:  0697156       Transaction Effective Date:  09-01-2019
                     Issue Date:  02-05-2021

# EXHIBIT C

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697156**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from **09-01-2020**     to  **09-01-2021**     12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

   **COMMERCIAL PROPERTY COVERAGE PART**
   **COMMERCIAL INLAND MARINE COVERAGE PART**
   **COMMERCIAL GENERAL LIABILITY COVERAGE PART**
   **BUSINESS AUTO COVERAGE PART**
   **AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          **$5,476**
TOTAL PROVISIONAL PREMIUM          As Billed
MN Fire Safety Surcharge:          **$107**

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**IL-F-38 (02-15)**

**IL 09 52 (01-15)**

**IL 09 96 (01-07)**

**CP-F-18 (01-86)**

**IL 00 21 (09-08)**

**IL 09 35 (07-02)**

**IL-F-27 (08-94)**

**IL 02 45 (09-08)**

---

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                    PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

# LOCATION SCHEDULE

1       2873 HIGHWAY 61
        MAPLEWOOD MN  55109-1082

2       2911 HIGHWAY 61
        MAPLEWOOD MN  55109

3       2889 MAPLEWOOD DR
        MAPLEWOOD MN  55109

4       2923 MAPLEWOOD DR
        MAPLEWOOD MN  55109

5       1241 BEAM AVE
        MAPLEWOOD MN  55109

6       4605 S ROBERT TRL
        INVER GROVE HEIGHTS MN  55077

7       4625 S ROBERT TRL
        INVER GROVE HEIGHTS MN  55077

8       1037 50TH ST E
        INVER GROVE HEIGHTS MN  55077

9       4600 AKRON AVE
        INVER GROVE HEIGHTS MN  55077

10      12790 PLAZA DR
        EDEN PRAIRIE MN  55344

11      680 W TERRA COTTA AVE
        CRYSTAL LAKE IL  60014

12      210 N IL ROUTE 31
        CRYSTAL LAKE IL  60014

13      1500 N RANDALL RD
        ELGIN IL  60123

14      1350 50TH ST E.
        INVER GROVE HEIGHTS MN  55077

15      345 PLATO BLVD E
        ST PAUL MN  55107

16      3001 US-61
        MAPLEWOOD MN  55109

17      2999 MAPLEWOOD DR
        MAPLEWOOD MN  55109

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Insured Copy

IL 09 52 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2015

Insured Copy

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| Any state in which there is a standard fire policy statute or regulation that does not contain an exception for terrorism. | The following Coverage Parts if included within this policy: 1) Commercial Property Coverage Part 2) Commercial Inland Marine Coverage Part - only for those states in which there is a standard fire policy statute or regulation applicable to inland marine insurance that does not contain an exception for terrorism. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of the endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

a. Use or threat of force or violence; or

b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

 © ISO Properties, Inc., 2005 IL 09 96 01 07

Insured Copy

**E.  Application Of Other Exclusions**

   **1.**  When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

   **2.**  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 3 | EP MOTORS INC | Corporation | 46-5394981 |
| 3* | EDEN PRAIRIE NISSAN | Corporation | 46-5394981 |
| 4 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 5 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 6 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |
| 6* | INVER GROVE HONDA | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page

**FEDERATED INSURANCE**®

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

**Names of Additional Named Insureds:**

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 7 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 8 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 9 | IG MOTORS INC | Corporation | 84-1752041 |
| 9* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |
| 10 | BRILLIANCE MOTOR SALES INC | Corporation | |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

IL 00 21 09 08

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION
# ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Insured Copy

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

Insured Copy

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL-F-27 (08-94)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

IL 02 45 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provisions apply except when Paragraph **C.** of this endorsement applies:

The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy, subject to the provisions of Paragraph **B.3.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**3. Policies In Effect**

    **a. Less Than 90 Days**

        If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least:

        **(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

        **(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

    **b. 90 Days Or More**

        If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

        **(1)** Nonpayment of premium;

        **(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

        **(3)** An act or omission by you that substantially increases or changes the risk insured;

        **(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

        **(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

© ISO Properties, Inc., 2007

Insured Copy

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

Under this Item **B.3.b.**, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for a reason described in Paragraphs **B.3.b.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**4.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**5.** Proof of mailing of any notice shall be sufficient proof of notice.

**C.** The following applies with respect to coverage provided under the following:

**FARM COVERAGE PART**

**1.** **Policies In Effect 60 Days Or More**

**a.** If this Coverage Part covers buildings used for residential purposes and has been:

**(1)** In effect for at least 60 days, or

**(2)** Renewed by us,

Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition do not apply, and the following is added to the **Cancellation** Common Policy Condition:

**b.** We may not cancel this policy, except for:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge:

**(a)** In obtaining this policy; or

**(b)** In connection with a claim under this policy;

**(3)** An act or omission by you that materially increases the risk we originally accepted; or

**(4)** A physical change in the Covered Property which:

**(a)** Is not corrected or restored within a reasonable time after it occurs; and

**(b)** Results in the property becoming uninsurable.

**c.** We may cancel this policy by giving the first Named Insured written notice of cancellation at least:

**(1)** 20 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **C.1.b.(2)** through **(4)**.

Such notice will be mailed or delivered to the first Named Insured and will contain the reason for cancellation. Proof of mailing of any notice shall be sufficient proof of notice.

 © ISO Properties, Inc., 2007 IL 02 45 09 08

Insured Copy

2. **Policies In Effect Less Than 60 Days**

When this Coverage Part covers buildings used for residential purposes and is a new policy which has been in effect fewer than 60 days, cancellation is subject to the terms of the Cancellation Common Policy Condition except for Paragraphs **A.2.** and **A.6.**, and is not subject to Paragraph **B.** or Paragraph **C.1.** of this endorsement. Under this Item, **C.2.**, Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition are replaced by the following:

We may cancel this policy by giving the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation. Such notice will be mailed or delivered to the first Named Insured. Proof of mailing of any notice shall be sufficient proof of notice.

If we cancel this policy for underwriting considerations, we will inform you of the source from which the information was received.

**D.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we may do so by giving the first Named Insured and any agent written notice of our intent not to renew at least 60 days before the expiration date of this policy. Such notice will be delivered or mailed by first class mail to their last mailing addresses known to us.

Proof of mailing of any notice shall be sufficient proof of notice.

We need not mail or deliver this notice if you have:

1. Insured elsewhere;

2. Accepted replacement coverage; or

3. Agreed not to renew this policy.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGES WHICH ARE INDICATED BELOW OR ON THE SUPPLEMENTAL DECLARATIONS FORM.**

---

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

      SEE SUPPLEMENTAL DECLARATIONS

**OPTIONAL COVERAGES**

      SEE SUPPLEMENTAL DECLARATIONS

**DEDUCTIBLE**

  $10,000       Unless otherwise specified in the attached forms or endorsements in the Commercial Property Coverage Part.

---

**FORMS and ENDORSEMENTS**

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

CP-F-1 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Supplemental Declarations Commercial Property Coverage Part | CP-F-21 (01-17) |
| Loss Payable Provisions-MN | CP 12 21 (10-12) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Additional Insured-Designated Premises Only | CP-F-17 (11-95) |
| Building And Personal Property Coverage Form | CP 00 10 (10-12) |
| Cannabis Exclusion with Hemp Exception | CP 99 04 (12-19) |
| Business Income-Premier Select Changes | CP-F-104 (01-10) |
| Property Amendatory Endorsement | CP-F-113 (01-16) |
| Auto Dealers Property Coverage Extension (Motor Pac) | CP-F-114 (01-10) |
| Business Income-Special Form | CP-F-36 (01-16) |
| Causes Of Loss-Special Form | CP 10 30 (09-17) |
| Earthquake And Volcanic Eruption Coverage With Percentage Deductible | CP 10 40 (02-19) |
| Cause Of Loss - Systems Breakdown | CP-F-95 (12-10) |
| Commercial Property Conditions | CP 00 90 (07-88) |
| Outdoor Signs | CP 14 40 (06-07) |
| Additional Value Protection Endorsement | CP-F-7 (10-04) |
| Employees Tools Extension | CP-F-76 (10-04) |
| Protective Safeguards | CP 04 11 (09-17) |
| Additional Covered Property | CP 14 10 (06-95) |
| Disaster Deductible Extension | CP-F-27 (10-18) |
| False Pretense Coverages | CP-F-33 (10-04) |
| Statement of Values - Blanket Insurance | CP-F-123 (06-05) |
| Utility Services-Time Element | CP-F-98 (04-13) |
| Minnesota Changes | CP 01 08 (05-20) |
| Exclusion of Loss Due to Virus or Bacteria | CP 01 40 (07-06) |
| Minnesota Changes - Replacement Cost - Personal Property | CP 01 50 (10-00) |
| Illinois Changes | IL 01 18 (02-17) |

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2873 HIGHWAY 61 MAPLEWOOD MN 55109-1082 | | | | | | | |
| | 1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $61,055,000 BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $13,317,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $2,757,000 BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 1 | 1 | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| | 2 | R 2873 HIGHWAY 61 STORAGE/LIGHTS/FLAG/ FLAG POLES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 1 | 2 | | Light Poles | CP 00 10 CP-F-113 | | YES | NONE | | $162,000 |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 2 | | 2911 HIGHWAY 61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2911 HIGHWAY 61 SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 2 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 | | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-76<br>CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104<br>CP-F-36<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2911 HIGHWAY 61<br>FENCE/LIGHTS | Fences | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 14 10 | 10% | YES | NONE | | $54,000 |
| | | | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $54,000 |
| 3 | | 2889 MAPLEWOOD DR<br>MAPLEWOOD MN 55109 | | | | | | | |
| 3 | 1 | 2889 MAPLEWOOD DR<br>STORAGE | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 3 | 2 | R 2889 MAPLEWOOD DR FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $27,000 |

Continued on Next Page

CP-F-21 (01-17)  Policy Number: 0697156  Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP 14 10 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $184,000 |
| 4 | | 2923 MAPLEWOOD DR MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2923 MAPLEWOOD DR SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 4 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-76 CP 04 11 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2923 MAPLEWOOD DR LIGHTS | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $108,000 |
| 5 | | 1241 BEAM AVE MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 1241 BEAM AVE PARTS/ACCESSORIES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1241 BEAM AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 2 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)  Policy Number: 0697156  Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $86,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $108,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 5 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | 10% | | NONE | | $250,000 |
| | 3 | 2R 1241 BEAM AVE PARKING RAMP | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 6 | | 4605 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4605 S ROBERT TRL HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 CP 04 11 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 6 | 1 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4605 S ROBERT TRL SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $216,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $97,000 |
| 7 | | 4625 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4625 S ROBERT TRL USED AUTO SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 7 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4625 S ROBERT TRL LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 7 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $108,000 |
| 8 | | 1037 50TH ST E INVER GROVE HEIGHTS MN  55077 | | | | | | | |
| | 1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 8 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1037 HIGHWAY 110 SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $162,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 9 | | 4600 AKRON AVE INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| 9 | 1 | 4600 AKRON AVE USED AUTO/TRUCKS SALES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 9 | 2 | R 4600 AKRON AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $54,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| 9 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 10 | | 12790 PLAZA DR EDEN PRAIRIE MN 55344 | | | | | | | |
| | 1 | 12790 PLAZA DR NISSAN SALES/SERVICE+ | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Insured | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | | | | |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 10 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 12790 PLAZA DR LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $162,000 |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | | | | |
| 11 | | 680 W TERRA COTTA AVE<br>CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-7<br>CP 04 11 | 10% | YES | NONE | | $19,149,000 BLANKET |
| 11 | 1 | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | 10% | YES | NONE | | $4,324,000 BLANKET |
| | | | Personal Property of Others | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-76<br>CP 04 11 | 10% | YES | NONE | | $481,000 BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 680 W TERRA COTTA AVE SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 11 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $216,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 12 | | 210 N IL ROUTE 31 CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 210 N IL ROUTE 31 | Building | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | AUTO STORAGE | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 12 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $54,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $54,000 |

Continued on Next Page

CP-F-21 (01-17)   Policy Number: 0697156   Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | | 1500 N RANDALL RD ELGIN IL 60123 | | | | | | | |
| 13 | 1 | 1500 N RANDALL RD SUBARU SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP-F-76 CP 04 11 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | 2 | R 1500 N RANDALL RD SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $162,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 14 | | 1350 50TH ST E. | | | | | | | |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1350 50TH ST E VEHICLE STORAGE WHSE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 14 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| 16 | | 3001 US-61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 3001 US-61 AUTO SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 16 | 1 | | | | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |

Continued on Next Page

CP-F-21 (01-17)　　　　　　　Policy Number: 0697156　　　　　　　Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| | 2 | 3001 US-61  LIGHTS AND LIGHT POLES | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $104,000 |
| 17 | | 2999 MAPLEWOOD DR MAPLEWOOD MN  55109 | | | | | | | |
| | 1 | 2999 MAPLEWOOD DR AUTO STORAGE | Building | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP-F-7<br>CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 04 11 | | | | | |
| | | | Business Income Rental Value Only | CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | | | $250,000 |
| 17 | 2 | R 2999 MAPLEWOOD DR LIGHTS | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $100,000 |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

### SUPPLEMENTAL DECLARATIONS
### COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | | | | |
| **Loss Payee Name:** WELLS FARGO BANK NA DEALER LENDING SERVICES | | | | | |
| **Loss Payee Address:** MAC D4004-03D 401 N RESEARCH PKWY FL 3RD WINSTON SALEM NC 27101 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

Insured Copy

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

   © Insurance Services Office, Inc., 2011   CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance Condition:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:   TOYOTA MOTOR CREDIT CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE | $10,000 | $13,317,000 |
|  |  | INVER GROVE HEIGHTS MN  55077 |  | Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

|  |  |
|---|---|
| **SECRETARY** | **PRESIDENT** |

CP-F-10 (07-95)       Policy Number: 0697156       Transaction Effective Date: 09-01-2020

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    TOYOTA MOTOR CREDIT CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL  60515

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE CRYSTAL LAKE IL  60014 | $10,000 | $4,324,000 Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**          **PRESIDENT**

CP-F-10 (07-95)    Policy Number: 0697156    Transaction Effective Date: 09-01-2020

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -  FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:      AMERICAN HONDA MOTOR CO INC
1919 TORRANCE BLVD
TORRANCE CA  90501

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE<br>INVER GROVE HEIGHTS MN  55077<br>Interest:  INVER GROVE HONDA. 14' X 14' X 50' HONDA BRAND<br>SIGN VALUE $122,000 | $10,000 | $13,317,000<br>Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2020      to 09-01-2021      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                          **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

## MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

TO: WELLS FARGO BANK, N.A.
PO BOX 1870
MAC - D4004-03D
WINSTON SALEM NC 27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 5 | 1 | 1241 BEAM AVE  PARTS/ACCESSORIES<br>MAPLEWOOD MN  55109 | $10,000 | $61,055,000<br>BLANKET |
|  |  | Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MMH INVESTMENTS LLC |  |  |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO: WELLS FARGO BANK, N.A.
     PO BOX 1870
     MAC - D4004-03D
     WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE＋ EDEN PRAIRIE MN  55344 Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MCEP INVESTMENTS LLC | $10,000 | $61,055,000 BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -     FEDERATED SERVICE INSURANCE COMPANY
                     Home Office
                     121 East Park Square
                     Owatonna, MN  55060
                     (507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
    13920 SE EASTGATE WAY STE 130
    BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE<br>INVER GROVE HEIGHTS MN  55077 | $10,000 | $61,055,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
MAC D4004-03D
401 N RESEARCH PKWY FL 3RD
WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE | $10,000 | $61,055,000 |
|   |   | MAPLEWOOD MN  55109-1082 |   | BLANKET |
|   |   | Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC |   |   |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -   FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR COMPANY CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $19,149,000 BLANKET |
| | | Mortgagor:  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED. | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020     to 09-01-2021     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**          **PRESIDENT**

Page 1 of 2

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -  FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL  60515

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE<br>CRYSTAL LAKE IL  60014 | $10,000 | $19,149,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2020    to 09-01-2021    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                              PRESIDENT

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2020

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 2911 HIGHWAY 61  SERVICE<br>MAPLEWOOD MN  55109 | $10,000 | $61,055,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

    Place of Issue:

M&M PARTNERSHIP OF MINNESOTA LLP
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)    Policy Number: 0697156    Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

   Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $61,055,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                          Place of Issue:

MCDANIELS INVESTMENTS LLC                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                            Home Office
MAPLEWOOD MN  55109                          121 East Park Square
                                             Owatonna, MN  55060
                                             (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 2889 MAPLEWOOD DR  STORAGE<br>MAPLEWOOD MN  55109 | $10,000 | $61,055,000<br>BLANKET |

BUILDING OWNER.

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 5 | 1 | 1241 BEAM AVE<br>PARTS/ACCESSORIES<br>MAPLEWOOD MN  55109 | $10,000 | $61,055,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 | $10,000 | $61,055,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:

Place of Issue:

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE+ EDEN PRAIRIE MN  55344 | $10,000 | $61,055,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:


MCEP INVESTMENTS LLC                          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                             Home Office
MAPLEWOOD MN  55109                           121 East Park Square
                                             Owatonna, MN  55060
                                             (507) 455-5200


CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

    Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE CRYSTAL LAKE IL  60014 | $10,000 | $19,149,000 BLANKET |
| BUILDING OWNER. | | | | |
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $19,149,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:        Place of Issue:

BRILLIANCE LAND MANAGEMENT LLC      FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR              Home Office
MAPLEWOOD MN  55109          121 East Park Square
                             Owatonna, MN  55060
                             (507) 455-5200

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 17 | 1 | 2999 MAPLEWOOD DR  AUTO STORAGE MAPLEWOOD MN  55109 | $10,000 | $61,055,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:

Place of Issue:

2999 MAPLEWOOD PROPERTIES LLC
2873 HIGHWAY 61
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

      MAPLEWOOD MOTORS LLC
      2873 MAPLEWOOD DR
      MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 7 | 1 | 4625 S ROBERT TRL  USED AUTO SALES | $10,000 | $61,055,000 |
| | | INVER GROVE HEIGHTS MN  55077 | | BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 13 | 1 | 1500 N RANDALL RD  SUBARU<br>SALES/SERVICE<br>ELGIN IL  60123 | $10,000 | $19,149,000<br>BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:           Place of Issue:

BLMS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

> MAPLEWOOD MOTORS LLC
> 2873 MAPLEWOOD DR
> MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $61,055,000 BLANKET |
| BUILDING OWNER. | | | | |
| 9 | 1 | 4600 AKRON AVE  USED AUTO/TRUCKS SALES INVER GROVE HEIGHTS MN  55077 | $10,000 | $61,055,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

Insured Copy

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

     **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

    **(c)** Rowboats or canoes out of water at the described premises; or

    **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

    See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

    **(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** Debris Removal does not apply to costs to:

      **(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

      **(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

      **(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

      **(d)** Remove property of others or a type that would not be Covered Property under this Coverage Form;

      **(e)** Remove deposits of mud of earth from the grounds of the described premises;

      **(f)** Extract "pollutants" from land or water; or

      **(g)** Remove, restore or replace polluted land or water.

    **(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

      **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      **(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

    **(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |

($10,000 is 20% of $50,000).

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b.** **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

Insured Copy

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

          © Insurance Services Office, Inc., 2011          CP 00 10 10 12

(4) The most we will pay under this Additional Coverage, Electronic Data is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Insured Copy

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit:

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (herein after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building 1: | $ | 60,000 |
| Limit of Insurance - Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
− 250
$59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable   Building 2: | $ | 80,000 |
| (Limit of Insurance | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Insured Copy

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |
| Step **(1)**: | $250,000 x 80% = $200,000 | |
| | (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step **(2)**: | $100,000 ÷ $200,000 = .50 | |
| Step **(3)**: | $ 40,000 x .50 = $20,000 | |
| Step **(4)**: | $ 20,000 - $250 = $19,750 | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $ 50,000 x .80 = $40,000

Step **(4):** $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

Insured Copy

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of the increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1022 of 2396 PageID #:1035

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4.** **Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.** **Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

Insured Copy

**COMMERCIAL PROPERTY**
CP 99 04 12 19

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** **Property Not Covered** is amended as follows:

**1.** "Cannabis" is added to **Property Not Covered.**

**2.** Paragraph **B.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

However, this Paragraph **B.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**C.** For the purpose of this endorsement, when Business Income (And Extra Expense) Coverage Form **CP 00 30**, Business Income (Without Extra Expense) Coverage Form **CP 00 32** and/or Extra Expense Coverage Form **CP 00 50** are indicated in the Declarations as being provided under this Policy:

**1.** Coverage under this Policy does not apply to that part of Business Income loss and/or Extra Expense incurred, due to a "suspension" of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

**2.** Paragraph **C.1.** of this endorsement does not apply to Business Income loss and/or Extra Expense which is attributable to goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

However, this Paragraph **C.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**D.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **D.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **D.2.a.**

 © Insurance Services Office, Inc., 2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME - PREMIER SELECT CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT®

For insurance provided under the Business Income - Special Form - Premier Select, if your "suspension" of "operations" extends beyond 72 hours:

1.  **3.a.(1)** under **D. Definitions** is deleted and replaced with the following:

    **(1)** Immediately after the time of direct physical loss or damage for Business Income coverage; or

2.  The second paragraph under **A.5.a. Civil Authority** is deleted and replaced with the following:

    The coverage for Business Income will begin immediately after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. Covered Property**

Under **A.1.a.** Covered Property items **(2)** & **(3)** are deleted and replaced with the following:

**(2)** Outdoor fixtures;

**(3)** Permanently installed:

**(a)** Fixtures;

**(b)** Machinery; and

**(c)** Equipment;

In the Building and Personal Property Coverage Form any reference to within 100 feet is modified to within 1,000 feet.

**B. Property Not Covered**

The following are modified under **A.2.** Property Not Covered:

**1.** Paragraph **k** is deleted and replaced by the following:

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance. But this insurance will not cover the deductible, if any, applicable to the other coverage.

**2.** Paragraph **p.** is deleted and replaced by the following:

**p.** Vehicles or self-propelled machines (including aircraft) and their attached equipment and accessories that:

**(1)** Are subject to motor vehicle registration and used on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to the following types of property unless such property is insured on a Business Auto Coverage Part, Garage Coverage Part, Auto Dealers Coverage Part, Garage Policy or Auto Dealers Policy:

**(a)** Golfmobiles, snowmobiles, all terrain vehicles, motor scooters, mopeds, go-carts, and other similar property;

**(b)** Any single axle trailer;

**(c)** Self-propelled garden tractors, lawn mowers and snow blowers;

**(d)** Motorcycles that you are holding for sale including motorcycles in crates;

**(e)** Watercraft;

**(f)** Special purpose bodies, accessories and equipment that are manufactured to be mounted on a vehicle while unattended;

**(g)** Forklifts; or

**(h)** Any trailer, not including semi-trailers, designed to transport items **(a) - (g)** listed above.

**3.** The following is added to Property Not Covered:

Employee owned tools and equipment.

**C. Additional Coverages**

**1.** The following Additional Coverages are modified under **A.4.** Additional Coverages:

**Debris Removal**

**(1)** In paragraph **(4)**, the additional $25,000 limit is increased to $50,000.

**(2)** Paragraph **(2)** is deleted and replaced with the following:

**(2)** Debris Removal does not apply to:

**(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

**(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or access the effects of "pollutants"; or

**(c)** Any cost or expense to remove, restore or replace polluted land or water.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**(d)** Cost to remove debris of property of your that is not insured under this policy, or property in your possession that is not Covered Property;

**(e)** Cost to remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(f)** Costs to remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(g)** Cost to remove property of others of a type that would not be Covered Property under this Coverage Form; or

**(h)** Costs to remove deposits of mud or earth from the grounds of the described premises.

**Fire Department Service Charge**

The limit for Fire Department Service Charge is increased to $25,000.

**Pollutant Clean Up And Removal**

The first paragraph is deleted and replaced with the following:

We will pay your expense to extract "pollutants" from land or water at or from the described premise if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

In addition, the third paragraph is deleted and replaced with the following:

The most we will pay under this Additional Coverage for each described premises is $100,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**Increased Cost Of Construction**

Increased Cost Of Construction is deleted and replaced with the following:

**Building Ordinance Or Law**

**(1)** You may extend the insurance that applies to Buildings, including outdoor signs (including its foundation) to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged buildings, the most we will pay per loss occurrence is $100,000.

**(2)** The coverage provided by this Additional Coverage applies only if both Paragraphs **(2)(a)** and **(2)(b)** below are satisfied and are then subject to the qualifications set forth in Paragraph **(2)(c)**.

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(ii)** Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b)** **(i)** The building sustains direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

**(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

**(iii)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**(c)** In the situation described in Paragraph **(2)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** The enforcement of or compliance with any ordinance, law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with any ordinance, law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(c)** Any fees imposed in order to gain certification or re-certification of the property by a Green Standards-setter nor will we pay for any further modification if the property fails to obtain certification, re-certification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

**(4)** With respect to the building that has sustained covered direct physical damage, we will pay:

**(a)** For the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

**(b)** The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**(c)** The increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(5)** If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to clear the site of the described premises; and

**(b)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**(6)** If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

  **(a)** The amount you actually spend to clear the site at the described premises; and

  **(b)** The actual cash value of the building at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

  **(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

  **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance, law or environmental regulation that:

  **(a)** You were required to comply with before the loss, even if the building was undamaged; and

  **(b)** You failed to comply with.

**2.** The following is added as an Additional Coverage:

**Sewer Back Up Or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises, caused by or resulting from:

  **(a)** Water which backs up through or overflows from sewers or drains; or

  **(b)** Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

  However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** above does not apply to loss or damage resulting from an insured's failure to:

  **(a)** Keep a sump pump or its related equipment in proper working condition; or

  **(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(3)** With respect to the coverage provided under this Additional Coverage only, the **Water** Exclusion is replaced by the following exclusion:

**Water**

  **(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

  **(b)** Mudslide or mudflow; or

  **(c)** Water under the ground surface pressing on, or flowing or seeping through:

    **1.** Foundations, walls, floors or paved surfaces;

    **2.** Basements, whether paved or not; or

    **3.** Doors, windows or other openings; or

  **(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

  This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **d.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

  But if any of the above, **a.** through **d.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

**D. Coverage Extensions**

**1.** The following Coverage Extensions are modified under **A.5.** Coverage Extensions:

**Newly Acquired Or Constructed Property**

The most we will pay for loss or damage to (1) Buildings is increased to $1,000,000 at each building.

**(2)(a)(iii)** is added:

Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage to (2) Your Business Personal Property is increased to $500,000 at each building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**Personal Effects And Property Of Others**

The most we will pay for loss or damage under this Extension is increased to $5,000 per loss occurrence at each described premises.

**Valuable Papers And Records (Other Than Electronic Data)**

The first sentence of paragraph (4) is deleted and replaced with the following:

Under this Extension, the most we will pay to replace or restore the lost information is $25,000 per loss occurrence at each described premises.

**Outdoor Property**

Outdoor Property is deleted and replaced with the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**Non-Owned Detached Trailers**

Non-Owned Detached Trailers is deleted.

**Business Personal Property Temporarily in Portable Storage Units**

Paragraphs (3) and (4) are deleted.

2. The following are added as **Coverage Extensions:**

**Accounts Receivable Coverage**

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

 (a) All amounts due from your customers that you are unable to collect;

 (b) Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

 (c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

 (d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

 that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) Determination of Receivable

 (a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

  (i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

  (ii) Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(3) The following will be deducted from the total amount of accounts receivable, however that amount is established:

 (a) The amount of the accounts for which there is no loss;

 (b) The amount of the accounts that you are able to re-establish or collect;

 (c) The amount to allow for probable bad debts that you are normally unable to collect; and

 (d) All unearned interest and service charges.

(4) Exclusion **2.a.** in the Causes of Loss - Special Form does not apply to this Coverage Extension.

The most we will pay for loss or damage at the described premises under this Extension is $25,000 per loss occurrence.

For accounts receivable not at the described premises, the most we will pay under this Extension is $10,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**Business Income and Extra Expense**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary total or partial "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except vehicles at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before Income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(c)** As used in this Coverage Extension vehicles means:

**(i)** A land motor vehicle, trailer or semitrailer designed principally for travel on public roads; and

**(ii)** Held for sale,

but does not include mobile equipment.

**(2) Extra Expense**

**(a)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Extra Expense means expense incurred:

**(i)** To avoid or minimize the "suspension" of business and to continue your "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

**(ii)** To minimize the "suspension" of business if you cannot continue your "operations".

**(iii)** To:

**(a)** Repair or replace any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**(b)** Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3) Additional Limitation - Interruption Of Computer Operations**

**(a)** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(b)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(c)** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**(d)** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(4) Limits Of Insurance**

The most we will pay for loss of Business Income and Extra Expense is $10,000 per loss occurrence.

**(5) Loss Determination**

**(a)** The amount of Business Income loss will be determined based on:

**(i)** The Net Income of the business before the direct physical loss or damage occurred;

**(ii)** The likely Net Income of the business if no loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(iii)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(iv)** Other relevant sources of information including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contract

**(b)** The amount of Extra Expense will be determined based on:

**(i)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss of damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once your "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(ii)** All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**(c)** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(6)** **Special Exclusions**

The following additional exclusions apply to the Business Income and Extra Expense Coverage Extension:

We will not pay for:

**(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming your "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(b)** Any other consequential loss.

**Claims Expense**

We will pay up to $10,000 for claim expenses you incur at our request and arising out of a covered loss or damage.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

**(5)** Expenses incurred for any expert to help you determine the extent of direct physical loss or damage to property.

**Fire Extinguisher Systems Recharge Expenses**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**(4)** No deductible applies to **(1)(a)** above.

**Lock and Key Replacement**

We will pay your expenses to:

**(a)** Replace keys or rekey locks for your premises resulting from the loss or theft of your keys;

**(b)** Replace, repair or rekey locks if made necessary by theft or attempted theft to your described premises.

The most we will pay under this Extension is $1,000 per loss occurrence.

No deductible applies to this Coverage Extension.

**Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

**Underground Property**

You may extend the insurance applying to Buildings to apply to loss or damage by a Covered Cause of Loss to your underground pipes, flues, drains, and foundations, including related costs of excavations, grading and backfilling. Property Not Covered items **f., g.** and **m.** do not apply to this coverage extension.

The most we will pay under this Extension is $100,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

## E. Limits Of Insurance

The second paragraph under **C.** Limits of Insurance is deleted and replaced with the following:

The most we will pay for loss or damage to outdoor signs is $25,000 per sign (including its foundation) in any one occurrence. Payments for outdoor signs are in addition to the applicable limits of insurance.

## F. Additional Conditions

Under **F.** Additional Conditions **1.** Coinsurance is deleted.

## G. Optional Coverages

1. Under **G.** Optional Coverages **1.** Agreed Value and **2.** Inflation Guard are deleted.

2. Under **G.** Optional Coverages **3.** Replacement Cost paragraph **b.** is deleted and replaced with the following:

   b. This Optional Coverage does not apply to:

      (1) Personal property of others, except:

         a) Leased personal property for which you have a contractual obligation to insure on a replacement cost basis; or

         b) If otherwise shown in the Declarations;

      (2) Contents of a residence;

      (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

      (4) "Stock";

      (5) Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

      (6) Personal property or equipment not maintained in good or workable condition;

      (7) Personal property or equipment that is outdated or obsolete and is stored or not being used; or

      (8) Production machinery and equipment if the Production Machinery and Equipment Endorsement applies to any personal property at the same described premises.

      Under the terms of this Replacement Cost Optional Coverage, tenant's improvements and betterments are not considered to be the personal property of others.

## H. Definitions

1. Under **H.** Definitions, the definition for "Pollutants" is deleted and replaced with the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

2. The following definitions are added to **H.** Definitions:

"Operations" means one or more of your revenue generating business activities or processes occurring at the described premises.

"Period of Restoration" means the period of time that:

a. Begins:

   (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends the earlier of:

   (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   (2) The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration".

"Suspension" means:

a. The slowdown or cessation of your business activities or processes; or

b. That a part or all of a described premises is rendered untenantable.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS PROPERTY COVERAGE EXTENSION (Motor Pac®)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Under **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form paragraph **(3)** in Property Off-Premises is replaced with the following:

(3) The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

**B.** The following are added to **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form:

**Employee Tools and Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss of or damage to tools and equipment owned by your employees and used by them in your business. **B.** Property Not Covered item **3.** in the Property Amendatory Endorsement does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Our payment for loss of or damage to employees tools and equipment will only be for the account of the owner of the property.

**Fine Arts**

(1) We will pay for loss of or damage to "fine arts" owned by you, in your care, custody or control or while in transit.

We will not pay under this Coverage Extension for loss or damage to:

(a) Coins and stamps;

(b) Furs, fur garments and garments trimmed with fur; or

(c) Jewelry, precious stones and precious metals.

The most we will pay for loss or damage under this Coverage Extension is $10,000 per loss occurrence.

(2) The following is added to **E.4.** Loss Payment:

**h.** We will determine the value of "fine arts" at the lesser of:

(1) The actual cash value of that property at the time of loss;

(2) The cost of reasonably restoring that property to its condition immediately before loss or damage; or

(3) The cost of replacing that property with substantially identical property.

In case of loss of or damage to any part of a pair or set, we may:

(1) Repair or replace any part to restore the pair or set to its value before the loss or damage; or

(2) Pay the difference between the value or the pair or set before and after the loss or damage.

The loss to any part of a pair or set is not considered a total loss of the pair or set.

(3) We will not pay for loss or damage due to or resulting from any repairing, restoration or retouching of the covered property.

(4) The following is added to **H.** Property Definitions:

"Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a brac and any other bona-fide works of art of rarity, historical value or artistic merit.

(5) Exclusion **B.2.h.** and Limitation **C.1.e.** in the Causes of Loss - Special Form do not apply to "fine arts" in the custody of a carrier for hire.

**C.** Under **Additional Coverage Extensions** in the Causes Of Loss - Special Form, **Property in Transit** is deleted and replaced with the following:

**Property in Transit**

This Extension applies only to Covered Property to which this form applies.

(a) You may extend the insurance provided to apply to Covered Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)     Policy Number: 0697156     Transaction Effective Date: 09-01-2020

Insured Copy

    **(b)** Loss or damage must be caused by or result from a Covered Cause of Loss.

    **(c)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT ®

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section D. - Definitions.

**A. Coverage**

    **1. Business Income**

        Business Income means the:

        **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

        **b.** Continuing normal operating expenses incurred, including payroll.

        For manufacturing risks, Net Income includes the net sales value of production.

        Coverage is provided as described and limited below for one or more of the following options as shown in the Declarations:

        **a.** Business Income.

        **b.** Business Income - "Rental Value" only.

        If option **a.** above is selected, the term Business Income will include "Rental Value" if any. If option **b.** above is selected, the term Business Income will mean "Rental Value" only.

        We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

        With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building your premises means:

        **a.** The portion of the building which you rent, lease or occupy;

        **b.** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

        **c.** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

    **2. Extra Expense**

        **a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

        **b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" caused by or resulting from a Covered Cause of Loss.

        We will pay Extra Expense (other than the expense to repair or replace property) to:

        **(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

        **(2)** Minimize the "suspension" of business if you cannot continue "operations".

        **c.** We will also pay any Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

        **d.** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy as a result of the exhaustion of the Limits of Insurance or sub-limits(s) applicable to such properties.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
CP-F-36 (01-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

3. **Covered Causes Of Loss, Exclusions And Limitations**

   See applicable Causes of Loss form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

   **a.** Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   **b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   **c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

   **d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

5. **Additional Coverages**

   **a. Civil Authority**

      When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

      **(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged premises; and

      **(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

      Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage begins.

      Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

      **(1)** 4 consecutive weeks after the date of that action; or

      **(2)** When your Civil Authority Coverage for Business Income ends;

      whichever is later.

      Coverage under this Additional Coverage will end when access to the described premises is no longer prohibited.

   **b. Alterations And New Buildings**

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the

      described premises caused by or resulting from any Covered Cause of Loss to:

      **(1)** New buildings or structures, whether complete or under construction;

      **(2)** Alterations or additions to existing buildings or structures; and

      **(3)** Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

         **(a)** Used in the construction, alterations or additions; or

         **(b)** Incidental to the occupancy of new buildings.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

If such direct physical loss or damage delays the start of your "operations", the "period of restoration" for Business Income Coverage will begin on the date your "operations" would have begun if the direct physical loss or damage had not occurred.

**c.** **Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or

damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.** **Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage when the Additional Limitation - Interruption Of Computer operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations includes Collapse as set forth in that form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

   **Newly Acquired Locations**

   a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

   b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

   c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

      (1) This policy expires;

      (2) 30 days expire after you acquire or begin to construct the property; or

      (3) You report values to us.

      We will charge you additional premium for values reported from the date you acquire the property.

   This Extension is additional insurance.

B. **Limits Of Insurance**

   The most we will pay for loss in any one occurrence is the lesser of:

   1. The loss amount incurred during the "period of restoration"; or

   2. The loss amount incurred for 12 consecutive months following the date of loss.

   This shall not be limited by the expiration date of this policy.

   Payments under the **5.** Additional Coverages **c.** Extended Business Income will not extend beyond 12 consecutive months following the date of loss.

   The most we will pay for the actual loss of Business Income due to a partial suspension of your "operations" is the amount that would have been payable for the suspension of your entire "operation" during the "period of restoration".

C. **Loss Conditions**

   The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

   1. **Appraisal**

      If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2.** **Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3.** **Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of your "operations" before the direct physical loss or damage occurred;

**(2)** The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume your "operations", or do not resume your "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume your "operations" as quickly as possible.

**4.** **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**5.** **Other Insurance Within This Policy**

For loss or damage caused by windstorm, any Business Income and Extra Expense coverage provided by another form or endorsement attached to this policy shall apply first and prior to any coverage provided under this form.

**D.** **Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** One or more of your revenue generating activities or processes occurring at your described premises.

**b.** The tenantability of the described premises if coverage for Business Income includes loss of rents or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** **"Suspension"** means:

**a.** The partial slowdown or complete cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**7.** **"Vehicles"** means:

**a.** A land motor vehicle, trailer or semi-trailer designed principally for travel on public roads; and

**b.** Held for sale,

but does not include mobile equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

 © (Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limit to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply to:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

© Insurance Services Office, Inc., 2016

Insured Copy

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2016

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   (1) A cause of loss listed in **2.a.** or **2.b.**;

   (2) One or more of the "specified causes of loss";

   (3) Breakage of building glass;

   (4) Weight of people or personal property; or

   (5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D. 7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

Insured Copy

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

   **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

   **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

   **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

 © Insurance Services Office, Inc., 2016

3. **Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

      **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam: and

      **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

Insured Copy

COMMERCIAL PROPERTY
CP 10 40 02 19

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION COVERAGE WITH PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| Earthquake And Volcanic Eruption Coverage | | | | | | |
|---|---|---|---|---|---|---|
| Building Number/ Premise Number | Percentage Deductible | Limit Of Insurance | | Including Masonry Veneer Option | | |
|  | % | $ | | | Yes | No |
|  | % | $ | | | Yes | No |
|  | % | $ | | | Yes | No |
| Earthquake - Sprinkler Leakage Only* | | | | | | |
| Building Number/Premises Building | | Limit Of Insurance | | | | |
|  | | $ | | | | |
|  | | $ | | | | |
|  | | $ | | | | |
| *The Deductible for Earthquake - Sprinkler Leakage Only is the same Deductible that applies to Fire. | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term policy.

**B.** This endorsement applies to the Covered Property and Coverages for which a Limit Of Insurance is shown in the Schedule.

**C. Additional Covered Causes Of Loss**

  **1.** The following are added to the Covered Causes Of Loss:

   **a.** Earthquake.

   **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

  **2.** If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

   **a.** Sprinkler Leakage resulting from Earthquake.

   **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

© Insurance Services Office, Inc., 2018

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in Paragraphs **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage - Collapse, in the Causes Of Loss - Broad Form, Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Schedule indicates that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

1. The provisions of Paragraph **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form; and

c. Extra Expense Coverage Form.

2. If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Deductible set forth in Paragraph **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

a. **All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need For Adequate Insurance or Additional Condition - Need For Full Reports.

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., Fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b.** **Calculation Of The Deductible - Specific Insurance Other Than Builders Risk**

**(1)** **Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2)** **Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c.** **Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk**

**(1)** **Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2)** **Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of that property as of the time of loss or damage.

d. **Calculation Of The Deductible - Builders Risk Insurance**

(1) **Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the actual cash value of that property as of the time of loss or damage.

(2) **Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

(a) If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

(b) If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

F. **Examples - Application Of Deductible In E.3.:**

**EXAMPLE 1 - SPECIFIC INSURANCE (E.3.b.(1))**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 X 5% = $3,500

Step **(4)**: $52,500 - 3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**EXAMPLE 2 - SPECIFIC INSURANCE (E.3.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1)**: $80,000 X 10% = $8,000

Step **(2)**: $60,000 - $8,000 = $52,000

**Business Personal Property**

Step **(1)**: $64,000 X 10% = $6,400

Step **(2)**: $40,000 - $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE 3 - BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

© Insurance Services Office, Inc., 2018

CP 10 40 02 19

Insured Copy

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step (**1**): $500,000 X 5% = $25,000

Step (**2**): $40,000 - $25,000 = $15,000

**Building 2**

Step (**1**): $500,000 X 5% = $25,000

Step (**2**): $60,000 - $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 - BLANKET INSURANCE**

**(E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step (**1**): $500,000 X 10% = $50,000

Step (**2**): $95,000 - $50,000 = $45,000

**Business Personal Property**

Step (**1**): $250,000 X 10% = $25,000

The loss, $5,000 does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

G. **Business Income And Extra Expense Period Of Restoration**

This Paragraph **G.** is applicable only to the Coverage Forms specified below:

1. Business Income (And Extra Expense) Coverage Form;

2. Business Income (Without Extra Expense) Coverage Form; and

3. Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Paragraph **C.** of this endorsement.

 © Insurance Services Office, Inc., 2018

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 14 40 06 07**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | Each Limit of Insurance for sign(s) (including its foundation(s)) shown on the CP-F-21 applies to the sum total of all signs at that Covered Location. This Limit of Insurance is excess over any other available sign limit. The paragraph below the Schedule does not apply. |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |
| Premises Number: | | Building Number: | |
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |

CP 14 40 06 07 © ISO Properties, Inc., 2006 Page 1 of 2

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** ☐ Entirely Metal ☐ Other | | | |
| **Limit Of Insurance:** $ | | | |
| **Coinsurance Percentage:** % | | | |
| **Additional Premium:** $ | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

With respect to outside signs described in the Schedule, the provision in the Limits Of Insurance section which pertains to signs does not apply. The limit applicable to each sign is shown in the Schedule. The limit applicable to each sign is the most we will pay for loss or damage to the sign in any one occurrence.

© ISO Properties, Inc., 2006 **CP 14 40 06 07**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## CAUSES OF LOSS - SYSTEMS BREAKDOWN

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions

**A. Covered Causes Of Loss**

When Systems Breakdown is shown in the Declarations, we will pay for direct physical damage to Covered Property at a Covered Location that is the direct result of an "accident".

All exclusions in the Causes of Loss - Special Form apply except as modified in **B.** and **C.** below.

**B. Exclusions**

The following exclusions are added as respects this form:

**1.** We will not pay for loss, damage or expense caused by or resulting from:

**a.** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**b.** Any of the following:

(1) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind, except as provided in Additional Coverage Extensions **D.4.;** or

(2) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** With respect to Service Interruption, we will not pay for an "accident" caused by or resulting from:

**a.** Fire;

**b.** Lightning;

**c.** Windstorm or hail;

**d.** Explosion (except as specifically provided in Definition **1.c.**);

**e.** Smoke;

**f.** Aircraft or vehicles;

**g.** Riot or civil commotion;

**h.** Vandalism;

**i.** Sprinkler leakage;

**j.** Falling objects;

**k.** Weight of snow, ice or sleet;

**l.** Freezing;

**m.** Collapse;

**n.** Flood, or

**o.** Earth Movement.

**3.** With respects to Business Income, Extra Expense and Service Interruption coverages, we will not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**4.** We will not pay for an "accident" caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

**C. Coverage Extensions**

**1.** The following Exclusions and Limitations in the Causes of Loss - Special Form do not apply to coverage under this endorsement:

**a.** Exclusion **B.2.d.(6)**, Mechanical breakdown;

**b.** Exclusion **B.2.e.**, Explosion of steam boilers, steam pipes, steam engines or steam turbines;

**c.** Exclusion **B.2.a.**, Artificially generated electrical current;

**d.** Limitation **C.1.a.**, Steam boilers, steam pipes, steam engines or steam turbines; and

**e.** Limitation **C.1.b.**, Hot water boilers or other water heating equipment.

All other exclusions and limitations continue to apply.

**2.** The following exclusion in the Water Exclusion Endorsement is modified:

The following is added to Exclusion **B.;**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.** through **3.** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

3. The following exclusion in the Causes of Loss - Special Form is modified:

As respects this form only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

D. **Additional Coverage Extensions**

The following Additional Coverage Extensions apply to the direct result of an "accident". Payments under the following Additional Coverage Extensions are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

1. **Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

a. Make temporary repairs; and

b. Expedite permanent repairs or permanent replacement.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

2. **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **3.a.(2)** below. As used in this coverage, additional cost means those beyond what would have been payable under this form had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

3. **Perishable Goods**

a. We will pay:

(1) For physical damage to "perishable goods" due to spoilage;

(2) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to, ammonia;

(3) Any necessary expenses you incur to reduce the amount of loss under this Extension to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Extension.

b. If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation Condition.

The most we will pay for loss, damage or expense under the Extension is $50,000 per "accident".

4. **Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data" as a result of an "accident".

The most we will pay for loss or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

5. **Service Interruption**

a. Any insurance provided for:

(1) Business Income;

(2) Extra Expense; or

(3) Perishable Goods

is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlords's utility or other supplier who provides you with any of the following services:

(1) Electrical power;

(2) Waste disposal;

(3) Air conditioning;

(4) Refrigeration;

(5) Heating;

(6) Natural gas;

(7) Compressed air;

(8) Water;

(9) Steam;

(10) Internet access;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**(11)** Telecommunications services;

**(12)** Wide area networks; or

**(13)** Data transmission.

The equipment must meet the definition of "covered equipment", except that it is not Covered Property.

**b.** For Business Income, unless modified elsewhere, coverage begins 72 hours after the time of the "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

**c.** The most we will pay in any "one accident" for loss, damage or expense under this Extension is the applicable limit for Business Income, Extra Expense or Perishable Goods.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

**E. Conditions**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this form requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**F. Definitions**

The following definitions are added:

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or events inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)　　　　Policy Number: 0697156　　　　Transaction Effective Date: 09-01-2020

Insured Copy

    (4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    (5) "Vehicle" or any equipment mounted on a "vehicle";

    (6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    (7) Dragline, excavation or construction equipment; or

    (8) Equipment manufactured by you for sale.

3. "Data" means information or instructions stored in digital code capable of being processed by machinery.

4. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

5. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

6. "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

7. "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

8. "Vehicle" means, as respects this form only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a Covered Location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this form arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this form does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1064 of 2396 PageID #:1127

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

Insured Copy

**I.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** that owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL VALUE PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. PROPERTY COVERED**

If shown in the Supplemental Declarations, coverage applies to buildings insured on a replacement cost basis.

**B. LIMIT OF INSURANCE EXTENSION**

The Limit of Insurance shown in the Supplemental Declarations for Building(s) is increased 25% to cover a deficiency in the "building replacement cost limit" that may exist at the time of loss to PROPERTY COVERED under this endorsement.

**C. DEFINITION**

"Building replacement cost limit" means:

1. The full cost of:
   a. repair of the building; or
   b. replacement with a similar building with comparable material and quality, and used for the same purpose; and
2. The cost of removal of debris of the building when debris removal is necessary to make repair or replacement of a building.

However, "building replacement cost limit" does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

If a building is rebuilt at a new premises, the cost described in **C.1.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**D. EXCLUSION**

This endorsement will not apply:

1. If the value of any additions, improvements or enlargements to a building equals more than 5% of the insurance on such building disregarding the additional value provided by this endorsement, and
2. If you have not reported such additions, improvements or enlargements to us; or
3. Until the lost or damaged PROPERTY COVERED is actually repaired or replaced and as soon as reasonably possible after the loss or damage.

**E.** All other provisions in the Building and Personal Property Coverage Form apply.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYEES TOOLS EXTENSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
PROPERTY AMENDATORY ENDORSEMENT

You may extend the insurance that applies to Personal Property of Others to apply to portable tools and equipment owned by your employees and used in your business while located at the premises described in the Declarations whether or not such property is in your care, custody or control.

**G.** Optional Coverage **3.** Replacement Cost item **b(1)** is amended to read as follows:
   **b.** This optional coverage does not apply to:
     **(1)** Personal property of others, except employees tools and equipment or leased personal property for which you have a contractual obligation to insure on a replacement cost basis.

This is a part of and not in addition to the Limit of Insurance for Personal Property of Others as stated in the Declarations.

Employee owned tools and equipment listed under Property Not Covered in the Property Amendatory Endorsement does not apply to this Extension.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 04 11 09 17

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P1 |
| 2 | 1 | P1 |
| 4 | 1 | P1 |

| Describe Any "P-9": |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System**, including related supervisory services.

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 6 | 1 | P1 |
| 7 | 1 | P1 |
| 10 | 1 | P1 |
| Describe Any "P-9": | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System**, including related supervisory services.

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 11 | 1 | P1 |
| 13 | 1 | P1 |
| 14 | 1 | P1 |

Describe Any "P-9":

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System**, including related supervisory services.

© Insurance Services Office, Inc., 2016

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

Insured Copy
POLICY NUMBER:0697156

COMMERCIAL PROPERTY
CP 14 10 06 95

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED and added to COVERED PROPERTY:

**SCHEDULE\***

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property | Type of Property Coverage (Enter BUILDING or PERSONAL PROPERTY) |
|---|---|---|---|---|
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |

\* Information required to complete this Schedule, if not shown  on this endorsement,  will  be shown  in the Declarations.

CP 14 10 06 95          Copyright, ISO Commercial Risk Services, Inc., 1994          Page 1 of 1

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DISASTER DEDUCTIBLE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART

The Deductible applicable to any one occurrence is shown below:

Deductible                                    $10,000

Regardless of the amount of the deductible in the above listed coverage parts the most we will deduct from any loss or damage in any one occurrence is the deductible amount indicated above.

This extension does not apply to:

1. Earthquake insurance.
2. Mine Subsidence coverage.
3. Business Computer Extension Endorsement.
4. Commercial Crime Coverage Form Insuring Agreements:
   Employee Theft (Blanket)
   Forgery or Alteration
   Employee Theft - Name or Position Schedule
5. Causes of Loss - Systems Breakdown Endorsement.
6. Loss or damage subject to the Windstorm or Hail Percentage Deductible Endorsement.
7. Cyber Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-27 (10-18)              Policy Number: 0697156              Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM

Coverage is provided only when a Limit of Insurance is shown in the Schedule

<u>SCHEDULE</u>

Limit of Insurance each occurrence

$200,000          Your Business Personal Property and Personal Property of Others

**A. Coverage**

We will pay for direct physical loss or damage to Covered Property as indicated in the Schedule that results from:

1. Someone causing you to voluntarily part with any covered property by trick, device, fraudulent scheme or false pretense at the time of sale, demonstration, rental or lease; or

2. Your obtaining covered property from a seller who did not have legal ownership. For purposes of this coverage, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

3. Conversion of covered property that you rent, borrow or lease to others while away from the premises described in the Declarations.

**B. Provisions**

The following provisions apply to **A.1., 2.** and **3.** above:

1. The value of any property or money received by you in full or partial payment for the covered property will be deducted from your loss payment.

2. We will not pay any loss or damage or any portion of a loss or damage:

   (a) Due solely to an undisclosed lien or encumbrance, involving a purchase, trade-in or similar transaction; or

   (b) After the first periodic or installment payment is made; or

   (c) Due solely to an insufficient funds check; or

   (d) As a result of your obligation under a contract or agreement in which you agree to be liable in the event of default by the purchaser; or

   (e) Due to nonpayment for any reason, of any credit you extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks; or

   (f) Unless you have made a reasonable effort, prior to parting with the property, to determine that the transaction was a legitimate business transaction and to identify the other party.

3. If the covered property is recovered and returned to you, we will pay no more than:

   (a) The actual cost and expense of recovering the property, plus

   (b) The cost of any repairs needed as a result of damage to covered property following the loss or damage.

4. We will not make payment for loss or damage:

   (a) Under **A.1** and **A.3.** above unless you were in possession of and had legal ownership to the covered property immediately prior to loss or damage.

   We will not apply this provision if you do not have legal ownership to Property Of Others.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

(b) Under **A.2.** above unless you have taken possession of the covered property.

**5.** You must make every effort to recover the covered property when located.

**6.** You must make every effort to obtain a warrant for the arrest of any person causing loss of or damage to the covered property as soon as practicable after the loss or damage.

**7.** This coverage does not apply to any loss or damage caused by infidelity by you, your directors, officers, partners or employees (including leased employees), whether or not acting alone or in collusion with other persons.

**8.** In the Causes of Loss - Special Form CP 10 30, **B.** Exclusions **2.i.** is deleted.

**C.** **Limit Of Insurance**

The most we will pay in any one occurrence is the stated Limit of Insurance for each occurrence shown in the Schedule.

For purposes of this coverage, all loss or damage caused by the same person or organization shall be considered one occurrence and the most we will pay for all loss or damage caused by any one person or organization within any policy period is the stated Limit of Insurance shown in the Schedule.

**D.** **Deductible**

The deductible amount shown on the Commercial Property Coverage Part Declarations shall be deducted from each occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)          Policy Number:  0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## STATEMENT OF VALUES - BLANKET INSURANCE

| Location or Premises Number | Building Number | Building | Personal Property of Insured Value | Business Personal Property Value | Personal Property of Others Value | Property in the Open Value |
|---|---|---|---|---|---|---|
| 1 | 1 | $6,962,000 | $1,693,000 | $0 | $480,000 | $0 |
| 1 | 2 | $46,000 | $11,000 | $0 | $1,000 | $0 |
| 2 | 1 | $2,470,000 | $584,000 | $0 | $480,000 | $0 |
| 3 | 1 | $1,236,000 | $231,000 | $0 | $1,000 | $0 |
| 4 | 1 | $4,326,000 | $995,000 | $0 | $480,000 | $0 |
| 5 | 1 | $2,911,000 | $231,000 | $0 | $1,000 | $0 |
| 5 | 2 | $112,000 | $231,000 | $0 | $1,000 | $0 |
| 5 | 3 | $1,124,000 | $7,000 | $0 | $1,000 | $0 |
| 6 | 1 | $12,403,000 | $3,621,000 | $0 | $240,000 | $0 |
| 7 | 1 | $4,741,000 | $1,120,000 | $0 | $160,000 | $0 |
| 8 | 1 | $6,595,000 | $1,559,000 | $0 | $240,000 | $0 |
| 9 | 1 | $2,516,000 | $595,000 | $0 | $160,000 | $0 |
| 9 | 2 | $298,000 | $71,000 | $0 | $1,000 | $0 |
| 10 | 1 | $8,183,000 | $1,932,000 | $0 | $160,000 | $0 |
| 11 | 1 | $11,218,000 | $2,650,000 | $0 | $240,000 | $0 |
| 12 | 1 | $3,183,000 | $753,000 | $0 | $1,000 | $0 |
| 13 | 1 | $4,748,000 | $917,000 | $0 | $240,000 | $0 |
| 14 | 1 | $5,481,000 | $312,000 | $0 | $300,000 | $0 |
| 16 | 1 | $901,000 | $104,000 | $0 | $50,000 | $0 |
| 17 | 1 | $750,000 | $10,000 | $0 | $1,000 | $0 |

Insured Copy

FEDERATED INSURANCE COMPANIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM
BUSINESS INCOME COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Waste-water Removal Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|
| [X] | [X] | [ ] | [X] | [ ] | [X] |

| Premises Number * | Building Number * | Causes of Loss Form Applicable * | Limit of Insurance * |
|---|---|---|---|
| | | | |

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in paragraph **B.** if such property is indicated by an "X" in the Schedule.

**B. Utility Services**

   **1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

   **2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

   **3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

   **4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**C.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**D.** We will only pay for loss you sustain after the first 72 hours following the direct physical loss or damage to utility services to which this endorsement applies.

Page 2 of 2

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 08 05 20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the **Loss Payment** Loss Condition and supersedes any provision to the contrary:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within five business days after we have received the proof of loss and:

**1.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**2.** An appraisal award has been made.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a loss shall be payable, in accordance with Paragraph **1.** or **2.** above, and before we pay, tender or deposit in court payment for the loss.

**C.** The following is added to the **Loss Payment** Loss Condition:

We agree that in the event of a total loss, the Limit of Insurance for a building which is Covered Property represents its value.

**D.** The **Examination Of Your Books And Records** Common Policy Condition and the Condition in the Standard Property Policy are replaced by the following:

We may examine and audit your books and records as they relate to this Policy at any time during the policy period and up to one year afterward.

**E.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by fire:

We do not provide coverage to the insured who has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**F.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

We will not pay for any loss or damage if any insured has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

 © Insurance Services Office, Inc., 2019

**G.** The following is added to **Covered Causes Of Loss:**

With respect to the perils of fire and lightning, references in the Commercial Property forms to direct physical loss or damage are construed to mean all loss or damage caused by fire and any damage caused by lightning.

**H.** In the Loss Conditions titled Duties In The Event Of Loss, Duties In The Event Of Loss Or Damage, Duties In The Event Of Accident, Claim Or Suit and Duties If You Incur Extra Expense, the requirement to notify us can be satisfied by notifying our agent, subject to all other terms of such requirement. Further, if a claim is made or "suit" is brought against you, the requirement to provide us with prompt notice of the claim or "suit" can be satisfied by written or oral notification.

**I.** **The Duties In The Event Of Loss Or Damage** Loss Condition is changed as follows:

**1.** The following paragraph is deleted:

As soon as possible, give us a description of how, when and where the loss or damage occurred.

**2.** Paragraphs **a.(6)**, **a.(7)** and **b.** are replaced by the following (except in the Mortgageholders Errors And Omissions Coverage Form):

**(6)** As often as we reasonably require:

**(a)** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis; and

**(b)** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**(7)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

**(a)** A description of how and when the loss or damage occurred;

**(b)** The value of the property, except in the case of a total loss of an insured building;

**(c)** The interest of the insured and all others in the property; and

**(d)** Other insurance which may cover the loss or damage.

We will supply you with the necessary forms.

**b.** After we inform an insured:

**(1)** Of the right to counsel; and

**(2)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**3.** Paragraphs **(1)(a)(v)**, **(1)(a)(vi)** and **(1)(b)** in the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

**(v)** As often as we reasonably require:

**i.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

**ii.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**(vi)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

**i.** A description of how and when the loss or damage occurred;

**ii.** The value of the property, except in the case of a total loss of an insured building;

**iii.** The interest of the insured and all others in the property; and

**iv.** Other insurance which may cover the loss or damage.

We will supply you with the necessary forms.

**b.** After we inform an insured:

**(i)** Of the right to counsel; and

**(ii)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2019 CP 01 08 05 20

**J.** Under **Additional Conditions,** Paragraphs **a.** and **d.** of the **Mortgageholders** Condition are replaced by the following:

**a.** The term "mortgageholder" includes trustees and contract for deed vendors.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

The following paragraph is added to the **Mortgageholders** Condition:

**h.** We will notify the mortgageholder of changes to this Coverage Part that result in a substantial reduction of coverage to the mortgaged property.

**K.** The **Ordinance Or Law** Exclusion is replaced by the following:

**Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**1.** Regulating the construction, use or repair of any property; or

**2.** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**1.** An ordinance or law that is enforced even if the property has not been damaged; or

**2.** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

But if loss or damage is solely a result of one or more Covered Causes of Loss, we will pay for your compliance with such ordinance or law, subject to all other provisions of this Policy, including those listed below, as follows:

**a.** In the event of a partial loss, if the building is insured under the Replacement Cost Optional Coverage, we will pay for your compliance but only with respect to the damaged portion of the building.

**b.** In the event of a total loss or constructive total loss, we will pay for your compliance with respect to the entire building.

**c.** We will not pay under this provision for:

**(1)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(2)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**d.** Any valuation provision (including Replacement Cost) or loss payment condition which excludes the increased cost attributable to enforcement of or compliance with an ordinance or law is hereby revised to include such cost to the extent that coverage is provided above in this item, **K.** But in no event will we pay more than the applicable Limit Of Insurance.

**L.** The following applies with respect to any Deductible in this Coverage Part, including a Deductible provided by endorsement for a particular cause of loss or coverage:

The Deductible will not apply to the total loss of a building.

**M.** The **Transfer Of Rights Of Recovery Against Others To Us** Commercial Property Condition is replaced by the following, subject to Sections **N.** and **O.** of this endorsement:

**1.** If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. However, our rights do not apply against:

**a.** An insured; or

**b.** Any person or organization insured under another policy which was issued by us and responds to the same loss;

provided the loss was not intentionally caused by such insureds.

**2.** You may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property or Covered Income.

    **b.** After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

        **(1)** Someone insured by this insurance, unless the loss was caused intentionally by such insured;

        **(2)** A business firm:

            **(a)** Owned or controlled by you; or

            **(b)** That owns or controls you; or

        **(3)** Your tenant.

This will not restrict your insurance.

**N.** In the Legal Liability Coverage Form, the following is added to the Loss Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

**O.** In the Mortgageholders Errors And Omissions Coverage Form, the following are added to the Additional Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Under Coverages **A** and **B**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

Under Coverages **C** and **D**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same occurrence, provided the occurrence was not intentionally caused by such insureds.

**P.** Paragraph **A.3.e.** of the Legal Liability Coverage Form and Paragraph **A.3.b.(5)** of the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

Prejudgment interest awarded against you on that part of the judgment we pay.

**Q.** Paragraph **(8)** of the **Increased Cost Of Construction** Additional Coverage is replaced by the following:

        **(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such exclusion would conflict with the provisions of this Additional Coverage. The coverage afforded under this Additional Coverage does not reduce coverage provided under exceptions to the Ordinance Or Law Exclusion as presented in this endorsement.

**R.** Paragraph **(9)** of the **Increased Cost Of Construction** Additional Coverage does not apply.

**S.** In the Legal Liability Coverage Form under Section **E.,** Additional Conditions, Paragraph **a.** of the Amendment Of Commercial Property Conditions does not apply. The following **Concealment, Misrepresentation Or Fraud** Condition applies instead:

We do not provide coverage to the insured who has:

    **1.** Before a loss, willfully; or

    **2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstance relating to this insurance.

**T.** The **Bankruptcy** Condition, in the Mortgageholders Errors And Omissions Coverage Form (applicable to Coverages **C** and **D**) and in the Legal Liability Coverage Form, is replaced by the following:

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form, and in case an execution against the insured on a final judgment is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Form against us to the same extent that the insured would have, had the insured paid the final judgment.

**U.** In the **Appraisal** Condition, reference to a court having jurisdiction means a court of record in the state where the described premises at which the loss occurred are located.

© Insurance Services Office, Inc., 2019 CP 01 08 05 20

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 40 07 06

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL PROPERTY
CP 01 50 10 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - REPLACEMENT COST PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

If the Declarations indicate that the Replacement Cost Optional Coverage applies to personal property, that Coverage is replaced by the following with respect to such property:

**A.** In the event of loss or damage we will determine the value of personal property on the basis of replacement cost without deduction for depreciation, subject to the following:

  **1.** We will not pay more for loss or damage on a replacement cost basis than the least of:

    **a.** The Limit of Insurance applicable to the lost or damaged property;

    **b.** The applicable Special Limit of Insurance shown in **B.1.**, **B.2.**, **B.3.**, and **B.4.** of this endorsement;

    **c.** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

    **d.** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

  **2.** You may make a claim for loss or damage covered under this endorsement on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

  **3.** We will not pay on a replacement cost basis for any loss or damage:

    **a.** Until the lost or damaged property is actually repaired or replaced; and

    **b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

  **c.** If the condtions in **3.a.** and **3.b.** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

  **d.** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**B.** With respect to the coverage provided by this endorsement, the following Special Limits of Insurance apply, unless higher Special Limits of Insurance are shown in the Declarations. These Special Limits of Insurance are part of, not in addition to, any Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible. The Special Limit of Insurance shown for any category listed below or in the Declarations is the most we will pay for loss of or damage to all property in that category in any one occurrence.

  **1.** $1,000 on personal property of others.

  **2.** $1,000 on contents of a residence.

  **3.** $5,000 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $1,000 for any one article.

  **4.** $1,000 on "stock", unless the including "Stock" option is shown in the Declarations.

With respect to the articles described in **B.1.**, **B.2.**, **B.3.** and **B.4.** above, in no event will we pay you less than we would have paid you if this endorsement were not attached to this policy.

Copyright, ISO Commercial Risk Services, Inc., 1999

Insured Copy

**C.** **The Extension Of Replacement Cost To Personal Property Of Others,** as set forth in the Coverage Form, does not apply. Instead, Paragraph **B.1.** of this endorsement applies to the personal property of others, unless a higher Special Limit of Insurance is shown in the Declarations.

**D.** Under the terms of this endorsement, tenants' improvements and betterments are not considered to be the personal property of others. Therefore, tenants' improvements and betterments are not subject to the Special Limit of Insurance stated in Paragraph **B.1.** of this endorsement.

 Copyright, Insurance Services Office, Inc., 1999 CP 01 50 10 00

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 IL 01 18 02 17

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

## DECLARATIONS
## COMMERCIAL INLAND MARINE COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGE(S) FOR WHICH A COVERAGE FORM OR ENDORSEMENT IS INDICATED.**

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Accounts Receivable Coverage Form Declarations | IM-F-70 (04-04) |
| Accounts Receivable Coverage Form | CM 00 66 (01-13) |
| Boat Dealer's Coverage Form | IM-F-28 (10-95) |
| Business Computer Coverage Form | IM-F-9 (10-05) |
| Business Computer Extension Endorsement | IM-F-10 (10-05) |
| Contractors Equipment Coverage Form | IM-F-6 (10-03) |
| Limited Replacement Cost Extension Endorsement | IM-F-88 (10-03) |
| Transportation Floater Form | IM-F-24 (01-16) |
| Cyber Coverage Supplemental Declarations | IM-F-171 (10-18) |
| Cyber Coverage Form | IM-F-172 (10-18) |
| Minnesota Changes - Cyber Coverage | IM-F-173 (MN) (10-18) |
| Minnesota Changes | CM 01 17 (05-20) |
| Cannabis Exclusion with Hemp Exception | CM 99 06 (12-19) |

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

    **1.** This Coverage Part;

    **2.** The Covered Property;

    **3.** Your interest in the Covered Property; or

    **4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

 © ISO Properties, Inc., 2003 CM 00 01 09 04

Insured Copy

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

Insured Copy

# ACCOUNTS RECEIVABLE COVERAGE FORM DECLARATIONS

LIMITS OF INSURANCE

   A. Coverage Applicable at Your Premises                               Limit of Insurance
      Address:
      2873 HIGHWAY 61 TOYOTA SALES/SERVICE          $250,000
      MAPLEWOOD MN

   B. Coverage Applicable Away From Your Premises:

DESCRIPTION OF RECEPTACLES

                    Address                          Description
   2873 HIGHWAY 61 TOYOTA SALES/SERVICE        Not Enclosed In A Metal
   MAPLEWOOD MN                              Container

DUPLICATE RECORDS

If the Duplicate Records Endorsement is attached, the following applies:

                                          Percentage Duplicated

[X] NON-REPORTING

[ ] REPORTING

                   Premises Address                             Rate

        Policy Minimum Premium

SPECIAL PROVISIONS:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E -** Definitions.

## A. Coverage

**1.** We will pay:

**a.** All amounts due from your customers that you are unable to collect;

**b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**d.** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

**2. Property Not Covered**

Coverage does not apply to:

**a.** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

**b.** Contraband, or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**

Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

**4. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

**a.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**b.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**(1)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(3)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

**(4)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(a)** A cause of loss listed in Paragraph **(1)** or **(2)**;

**(b)** One or more of the following causes of loss: fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

**(c)** Weight of people or personal property; or

**(d)** Weight of rain that collects on a roof.

 © Insurance Services Office, Inc., 2011

    **c.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Form.

**5. Coverage Extension**

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Governmental Action**

        Seizure or destruction of property by order of governmental authority.

        But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

    **b. Nuclear Hazard**

        Nuclear reaction or radiation, or radioactive contamination, however caused.

        But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

    **c. War And Military Action**

        **(1)** War, including undeclared or civil war;

        **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

        **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

    **a.** Delay, loss of use, loss of market or any other consequential loss.

    **b.** Dishonest or criminal act (including theft) committed by:

        **(1)** You, any of your partners, employees, (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

        **(2)** A manager or a member if you are a limited liability company; or

        **(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

        whether acting alone or in collusion with each other or with any other party.

        This exclusion applies whether or not an act occurs during normal working hours of operation.

        This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

    **c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

        This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    **d.** Bookkeeping, accounting or billing errors or omissions.

    **e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

        **(1)** Programming errors or faulty machine instructions;

        **(2)** Faulty installation or maintenance of data processing equipment or component parts;

© Insurance Services Office, Inc., 2011

**(3)** An occurrence that took place more than 100 feet from your "premises"; or

**(4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

**h.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**i.** Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such conditions relates to Paragraph **(1)** or **(2)**.

This Exclusion **d.** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: fire, lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to reestablish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable At All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable At All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

   © Insurance Services Office, Inc., 2011   CM 00 66 01 13

Insured Copy

# BOAT DEALER'S COVERAGE FORM

## SCHEDULE

| COVERED PROPERTY AWAY FROM YOUR BUSINESS PREMISES | LIMIT OF INSURANCE |
|---|---|
| | $100,000 |

**DEDUCTIBLE**      $1,000

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered. Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

### A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

Covered Property, as used in this Coverage Form means watercraft, (including motors, equipment, accessories and boat trailers) while away from your business premises.

Coverage applies:

a.   To covered property you own.
b.   To covered property for which you are liable.

2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a.   **Governmental Action**
Seizure or destruction of property by order of governmental authority.
But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b.   **Nuclear Hazard**
(1) Any weapon employing atomic fission or fusion; or
(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c.   **War and Military Action**
(1) War, including undeclared or civil war;
(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Dishonest or criminal act committed by:
      (1) You, any of your partners, employees, directors, trustees, or authorized representatives;
      (2) Anyone else with an interest in the property, or their employees or authorized representatives; or
      (3) Anyone else to whom the property is entrusted for any purpose.

      This exclusion applies whether or not such:
      (1) Persons are acting alone or in collusion with other persons; or
      (2) Acts occur during the hours of employment.

      This exclusion does not apply to:
      (1) Covered Property that is entrusted to others who are carriers for hire; or
      (2) Acts of destruction by your employees. But theft by employees is not covered.

   b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

      But if loss or damage by fire results, we will pay for that resulting loss or damage.

   c. Use of the property as a public or livery vehicle for a fee or rented to others or operated in an official race or speed contest.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:
      (1) Planning, zoning, development, surveying, siting;
      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      (3) Materials used in repair, construction, renovation or remodeling; or
      (4) Maintenance;
      of part or all of any property wherever located.

   d. Wear and tear, gradual deterioration (including marine life); rust, corrosion, latent defect, inherent vice, freezing, overheating; structural, mechanical or electrical breakdown or failure.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

The deductible amount shown in the Schedule shall be deducted from each loss or claim.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

1. Coverage Territory
   We cover property wherever located within:
   a. The United States of America;
   b. Puerto Rico; and
   c. Canada.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## BUSINESS COMPUTER COVERAGE FORM

## SCHEDULE

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 1  1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE MAPLEWOOD  MN | $75,000 | | |
| 5  1 | 1241 BEAM AVE PARTS/ACCESSORIES MAPLEWOOD  MN | $75,000 | | |
| 6  1 | 4605 S ROBERT TRL HONDA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |
| 8  1 | 1037 50TH ST E TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |

Continued on Next Page

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

### 1. Covered Property
**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

**a.** Which you own; or

**b.** For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

**a.** Which you own; or

**b.** For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

### 2. Property Not Covered

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

**b.** Property that you loan, rent or lease to others while away from a Location described in the Schedule.

**c.** Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

**d.** "Business Computer Equipment" that operates production machinery.

**e.** Contraband or property in the course of illegal transportation or trade.

**f.** Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

**g.** Diagnostic equipment

### 3. Covered Causes of Loss

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

### 4. Coverage Extensions

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

**a.** Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Page 3 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

b. Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

c. Dishonest, criminal or malicious acts committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives; or

(2) A manager or a member if you are a limited liability company; or

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

d. Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

e. Error or omission in programming or instructions to "business computer equipment".

f. Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

g. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. Unauthorized instructions to transfer property to any person or to any place.

i. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

j. "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

a. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

b. Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

c. Wear and tear, deterioration, depreciation or obsolesence.

d. Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

e. Insects, vermin or rodents.

C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

D. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. Coverage Territory

We cover property wherever located anywhere in the world.

2. Valuation

Business Computer Equipment

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

a. The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

b. The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

**3. Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E. DEFINITIONS**

**1.** "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

**2.** "Electronic data" means information or facts stored on "media" including "computer software programs".

**3.** "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

**4.** "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

**5.** "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

**6.** "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Page 5 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## BUSINESS COMPUTER COVERAGE FORM

## <u>SCHEDULE</u>

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 10  1 | 12790 PLAZA DR NISSAN SALES/SERVICE   EDEN PRAIRIE   MN | $50,000 | | |
| 11  1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE CRYSTAL LAKE   IL | $50,000 | | |
| 13  1 | 1500 N RANDALL RD SUBARU SALES/SERVICE ELGIN   IL | $50,000 | | |

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

### 1. Covered Property

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

### 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

b. Property that you loan, rent or lease to others while away from a Location described in the Schedule.

c. Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

d. "Business Computer Equipment" that operates production machinery.

e. Contraband or property in the course of illegal transportation or trade.

f. Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

g. Diagnostic equipment

### 3. Covered Causes of Loss

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

### 4. Coverage Extensions

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

a. Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B.** **EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolescence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolescence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

   **(1)** Of comparable material and quality; and

   **(2)** Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

**3.** **Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E.** **DEFINITIONS**

**1.** "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

**2.** "Electronic data" means information or facts stored on "media" including "computer software programs".

**3.** "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

**4.** "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

**5.** "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

**6.** "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS COMPUTER EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

　　BUSINESS COMPUTER COVERAGE FORM

Exclusions B.2.a, B.2.b. and B.2.d. of the Business Computer Coverage Form attached to this policy are hereby deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-10 (10-05)　　　　　　　Policy Number: 0697156　　　　　　　Transaction Effective Date: 09-01-2020

Insured Copy

## CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and is not covered.  Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

### SCHEDULE

**A. COVERAGE**

We will pay for direct physical "loss" to Covered Property described in the following schedule not to exceed the Limit of Insurance indicated.

| Description of Property | Make, Model and Serial Number | Limit of Insurance |
|---|---|---|
| 2005 SKYJACK SCISSOR LIFT MODEL SJIII3226 | S/N 274071 | $25,000 |

**B.     DEDUCTIBLE     $1,000**

The deductible amount shown above shall be deducted from each "loss" occurrence.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-6 (10-03)            Policy Number: 0697156            Transaction Effective Date: 09-01-2020

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss means risks of direct physical "loss" unless the "loss" is excluded or limited in the Exclusions.

## D. PROPERTY NOT COVERED

Covered Property does not include:

Motor vehicles designed for highway use, motorcycles, aircraft or watercraft.

## E. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. Nuclear Hazard**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   **c. War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

   b. Unexplained disappearance.

   c. Shortage found upon taking inventory.

   d. Dishonest or criminal act committed by:

   (1) You, any of your partners, employees, directors, trustees, or authorized representatives;

   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

   (3) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such:

   (1) Persons are acting alone or in collusion with other persons; or

   (2) Acts occur during the hours of employment.

   This exclusion does not apply to:

   (1) Covered Property that is entrusted to others who are carriers for hire; or

   (2) Acts of destruction by your employees. But theft by employees is not covered.

   e. Processing or work upon the property.

   But we will pay for direct "loss" caused by resulting fire or explosion.

   f. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if "loss" or damage by fire results, we will pay for that resulting "loss" or damage.

   g. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   h. Unauthorized instructions to transfer property to any person or to any place.

   i. "Loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any machine.

   j. "Loss", except by fire, while covered property is being waterborne.

   k. "Loss" to property while located underground, in caissons or under water.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph E.1. above to produce the "loss".

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown; insects, vermin, rodents, corrosion, rust, dampness, cold, heat, or freezing.

e. Blowouts, punctures, or other road damage to tires unless caused by other causes of loss covered by this policy.

## F. ADDITIONAL COVERAGES

### 1. Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause Of Loss. The expense will be included in the amount of your covered "loss" or damage. This coverage does not apply to:

a. Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time;

b. Any "loss" or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

c. Any cost or expense to remove, restore or replace polluted land or water.

The most we will pay under this Additional Coverage is 25% of:

(1) The amount we pay for the direct physical "loss" or damage to Covered Property; plus

(2) The deductible in this policy applicable to that "loss" or damage.

However, we will pay an additional amount of debris removal expense up to $5000 when the debris removal expense exceeds 25% of the amount we pay for direct "loss" or when the "loss" to property and debris removal

combined exceeds the applicable Limit of Insurance for the damaged property.

We will not pay any expenses unless they are reported to us in writing within 180 days from the date of direct physical "loss" to covered property.

### 2. Construction Forms and Scaffolding

If construction forms and/or scaffolding are Covered Property under this form, you may extend the insurance that applies to this Covered Property to cover your actual cost of re- assembling the construction forms or re- erecting the scaffolding, if the "loss" or damage to the covered forms or scaffolding is caused by or results from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5000 in any one occurrence.

### 3. Newly Purchased Property

You may extend this insurance to apply to newly purchased property similar to the property insured under this form.

Such newly purchased property is covered up to $50,000.

Insurance under this extension will end when any of the following first occurs:

a. This policy expires; or

b. 30 days from the date you purchased the property; or

c. You report the value of newly purchased property to us.

We will charge you additional premium for values reported from the date you purchased such property.

## G. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. Coverage Territory

We cover property wherever located within:

a. The United States of America;

b. Puerto Rico; and

c. Canada.

2. Impairment of Recovery Rights

If you waive your right of recovery by any act or agreement with a carrier, bailee or other party liable for a covered "loss" under this form, we will not pay for such "loss" or damage. This condition applies to any waiver

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

agreement or act occurring before or after such loss or damage. Non payment of such loss does not affect our right to recover or retain premium under this form.

This special condition does not apply to any provision in a written contract in which you undertake to perform work.

**H. DEFINITIONS**

"Loss" means accidental loss or damage.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-6 (10-03)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LIMITED REPLACEMENT COST EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**CONTRACTORS EQUIPMENT COVERAGE FORM**

1. We will increase the Limit of Insurance applicable to the lost or damaged item by up to 25% if:
   a. The item of equipment is specifically described in the Schedule; and
   b. It is insured to at least 100% of its actual cash value at the time of "loss"; and
   c. You repair or replace the equipment with like kind and quality.
2. We will not pay on a limited replacement cost basis for any "loss" or damage:
   a. Until the lost or damaged property is actually repaired or replaced; and
   b. Unless the repair or replacement is made as soon as reasonably possible after the "loss" or damage.
3. We will not pay more for "loss" or damage on a limited replacement cost basis than the least of:
   a. The Limit of Insurance applicable to the lost or damaged property;
   b. The cost to repair or replace, on the same premises, the lost or damaged property with other property;
      (1) Of comparable material and quality; and
      (2) Used for the same purpose; or
   c. The amount you actually spend that is necessary to repair or replace the lost or damaged property.
4. Limited Replacement Cost will not apply to:
   a. Property or equipment not maintained in good or workable condition; or
   b. Property or equipment that is outdated or obsolete and is stored or not being used; or
   c. Memorabilia, souvenirs, collectors items and similar articles where age or history contribute to their value; or
   d. The increased cost attributable to enforcement of any ordinance, regulation or law governing the usage, repair or replacement of the damaged property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-88 (10-03)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TRANSPORTATION FLOATER FORM

<u>SCHEDULE</u>

**Limits of Insurance**

1.    **$100,000**    on Covered Property in or on a "vehicle" you or your employees own or operate.

2.                       on Covered Property in or on a "vehicle" in the care, custody, or control of carriers for hire.

**DEDUCTIBLE**     **$1,000**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- DEFINITIONS**.

**A.  COVERAGE**

We will pay for direct physical loss or damage to Covered Property while in or on a "vehicle" from any of the Covered Causes of Loss for which a Limit of Insurance is shown in the above Schedule.

1.  **Covered Property,** as used in this Coverage Form, means:

Under Items 1 & 2

**(a)** Property owned by you or for which you are liable as indicated in the Schedule.

Coverage also applies to Covered Property in or on a "vehicle" while such property is at locations owned, rented or leased or controlled by you.

2.  **Property Not Covered**

Covered Property does not include:

**a.** The transporting "vehicle", including their equipment and accessories.

**b.** Livestock except from an accident by a covered peril causing death or rendering death necessary.

**c.** Accounts, bills, currency, deeds, money, notes, securities and evidences of debt.

**d.** Contraband or property in the course of illegal transportation or trade.

**e.** Jewelry, precious or semi-precious stones, gold, silver, platinum or other precious metals.

3.  **Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of loss or damage listed in the Exclusions.

4.  **Additional Coverages**

**a.  Debris Removal**

We will pay the expense you incur to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss. This coverage does not apply to:

**(1)** Any cost or expense which would not have occurred in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time; or

**(2)** Any loss or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(3)** Any cost or expense to remove, restore or replace polluted land or water; or

**(4)** Any cost or expense to remove or extract debris of liquid products.

The most we will pay for loss or damage under this Additional Coverage is $5,000 per occurrence.

**B.  EXCLUSIONS**

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**a. Governmental Action**

Seizure, confiscation or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss or damage caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. "Spoilage"**

**e. "Contamination"**

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Unexplained or mysterious disappearance.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees (including leased employees), members, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees (including leased employees) or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**c.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**d.** Unauthorized instructions to transfer property to any person or to any place.

**e.** Shifting of load, poor packing or rough handling; unless directly caused by fire, explosion, windstorm, theft, collision or upset of the transporting "vehicle", for loss or damage caused by breakage or by contact with oil or grease or any other commodity;

**f.** Marring or scratching;

**g.** Wetness or dampness, or as the result of being spotted, discolored, molded, rusted, frosted or frozen, rotted, soured, steamed or heated, changed in flavor, or deteriorated;

**h.** Wear and tear; depreciation and gradual deterioration; inherent vice; latent defect; mechanical breakdown;

**i.** Loss of fluids and gases by leakage or spillage unless caused by a peril not otherwise excluded; or

**j.** Loss caused by or resulting from loss of use, business interruption, delay, or loss of market or loss of profit.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**E. OTHER INSURANCE**

We will not be liable for loss or damage if, at the time of loss or damage, there is other insurance under another coverage form of this or any other policy which would attach if this insurance had not been affected, except that this insurance shall apply as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Including their respective coastal territories.

**2. Indemnity Agreement**

If we pay for loss or damage to comply with any special endorsement required by laws or regulations, and such loss or damage would not be covered under the terms of the Coverage Form without such endorsement(s), you agree to pay us the full amount of such payments within 10 days after we notify you.

**G. DEFINITIONS**

**1.** "Contamination" means, but is not limited to, the intrusion, infestation, process, or contact of one property with:

**a.** Another property; or

**b.** Substance; or

**c.** Undesirable element(s);

that results in the original property becoming unfit or unsuitable for its intended use, purpose or consumption.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant; including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Spoilage" means, but is not limited to, the act or process of decay, fungus, mildew, mold, rot, loss of freshness or color or odor, impairment or deterioration of quality, or the quality of edibility becomes reduced.

**4.** "Vehicle" means, with respect to this form only, any conveyance that is used for the transportation of goods or moves under its own power. This includes but is not limited to autos, trucks, semi-trucks, buses, trailers, semi-trailers, trains, aircraft and watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit:                    **$100,000** Annual Aggregate

Sublimits - Per Occurrence
   1st Party Named Malware:                 **$50,000**
   Forensic IT Review:                      **$50,000**
   Legal Review:                            **$50,000**
   Public Relations:                         **$5,000**
   Regulatory Fines and Penalties:          **$50,000**
   PCI Fines and Penalties:                 **$50,000**

Data Compromise Response
Expenses Deductible:                          **$2,500** Per Occurrence

---

**COMPUTER ATTACK**

Computer Attack Limit:                      **$100,000** Annual Aggregate

Sublimits - Per Occurrence
   Business Income and Extra Expense:       **$50,000**
   Public Relations:                         **$5,000**
Computer Attack Deductible:                   **$2,500** Per Occurrence

---

**CYBER EXTORTION**

Cyber Extortion Limit:                       **$10,000** Annual Aggregate
Cyber Extortion Deductible:                   **$2,500** Per Occurrence

---

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit:                **$100,000** Annual Aggregate

Sublimits - Per Occurrence
   3rd Party Named Malware:                 **$50,000**

Data Compromise
Defense and Liability Deductible:             **$2,500** Per Occurrence

---

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Network Security Defense and Liability Limit: | **$100,000** | Annual Aggregate |
| Network Security Defense and Liability Deductible: | **$2,500** | Per Occurrence |

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Electronic Media Defense and Liability Limit: | **$100,000** | Annual Aggregate |
| Electronic Media Defense and Liability Deductible: | **$2,500** | Per Occurrence |

---

**IDENTITY RECOVERY**

| | | |
|---|---|---|
| Identity Recovery Limit: | **$25,000** | Annual Aggregate per "Identity Recovery Insured" |

Sublimits - Per Occurrence

| | |
|---|---|
| Lost Wages and Child and Elder Care Expenses: | **$5,000** |
| Mental Health Counseling: | **$1,000** |
| Miscellaneous Unnamed Costs: | **$1,000** |

---

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

# CYBER COVERAGE FORM

Throughout this Coverage Form (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to Section **F. DEFINITIONS.**

The terms and conditions of the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions, and any amendments to such terms incorporated by this Coverage Form are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Cyber Coverage Supplemental Declarations.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

      **(3) System Restoration**

         We will pay your necessary and reasonable "system restoration costs".

      **(4) Business Income and Extra Expense**

         We will pay your actual "business income and extra expense".

      **(5) Public Relations**

         If you suffer a covered "business income and extra expense", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

  **a.** Cyber Extortion applies only if all of the following conditions are met:

    **(1)** There has been a "cyber extortion threat"; and

    **(2)** Such "cyber extortion threat" is first made against you during the "policy period"; and

    **(3)** Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

  **c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Data Compromise Defense and Liability**

  **a.** Data Compromise Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

      **(a)** A "claim" brought by or on behalf of one or more "affected individuals"; or

      **(b)** A "regulatory proceeding" brought by a governmental entity.

    **(2)** Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

      **(a)** Took place during the "coverage term";

      **(b)** Took place in the "coverage territory"; and

      **(c)** Was submitted to us and insured under Data Compromise Response Expenses.

    **(3)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

    **(1)** "Loss" directly arising from the "claim"; or

    **(2)** "Defense costs" directly arising from a "regulatory proceeding".

  **c.** All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**5. Network Security Defense and Liability**

  **a.** Network Security Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

      **(a)** Took place during the "coverage term"; and

      **(b)** Took place in the "coverage territory"; and

    **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

   **c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**6. Electronic Media Defense and Liability**

   **a.** Electronic Media Defense and Liability applies only if all of the following conditions are met:

     **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

       **(a)** Took place during the "coverage term"; and

       **(b)** Took place in the "coverage territory"; and

     **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

   **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

   **c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**7. Identity Recovery**

   **a.** Identity Recovery applies only if all of the following conditions are met:

     **(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

     **(2)** Such "identity theft" took place in the "coverage territory"; and

     **(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

     **(4)** Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

   **b.** If the conditions listed in **a.** above have been met, then we will provide the following to the "identity recovery insured":

     **(1) Case Management Service**

       We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

     **(2) Expense Reimbursement**

       We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B. EXCLUSIONS**

We will not pay for costs or loss arising from the following:

**1.** Nuclear reaction or radiation or radioactive contamination, however caused.

**2.** War and military action including any of the following and any consequence of any of the following:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.** Failure or interruption of or damage to the internet or an internet service provider.

**4.** Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.** Costs to research or correct any deficiency.

**6.** Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.** Any criminal investigations or proceedings.

**8.** Your intentional or willful complicity in a covered loss event.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

9.  Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non- monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any threat, extortion or blackmail including, but not limited to, ransom payments and private security assistance. Extortion as used in this exclusion is all types of extortion except a "cyber extortion threat" as defined and covered under the Cyber Extortion coverage in this Cyber Coverage.

15. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

16. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Defense and Liability.

17. The theft of a professional or business identity.

18. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

19. An "identity theft" where a written police report is not completed.

## C. LIMITS OF INSURANCE

### 1. Aggregate Limits

Except for post-judgment interest, the aggregate limit for each coverage section shown in the Cyber Coverage Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Cyber Coverage Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

### 2. Coverage Sublimits

#### a. Data Compromise Sublimits

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Cyber Coverage Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

The most we will pay under Data Compromise Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**b.** **Computer Attack Sublimits**

The most we will pay under Computer Attack for Business Income and Extra Expense and Public Relations coverages for "loss" arising from any one "computer attack" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack aggregate limit shown in the Cyber Coverage Supplemental Declarations.

**c.** **Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

**(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the aggregate limit for Identity Recovery.

**(2)** Costs covered under item **d.** (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the aggregate limit for Identity Recovery.

**(3)** Costs covered under item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(4)** Costs covered under item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(5)** Costs covered under item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3.** **Application of Limits**

**a.** A "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" was first discovered by you.

**b.** You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

**c.** The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

**d.** Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D.** **DEDUCTIBLES**

**1.** We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Coverage Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Coverage Supplemental Declarations. You will be responsible for the applicable deductible amount.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1128 of 2396 PageID #:1141

2. The deductible will apply to all:

   a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack or Cyber Extortion. However, this does not apply to a "business income and extra expense loss".

   b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Defense and Liability, Network Security Defense and Liability or Electronic Media Defense and Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to and/or modify the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions:

1. **Bankruptcy**

   The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2. **Defense and Settlement**

   a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

   b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

   c. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

   d. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

   e. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

      (1) After entry of judgment; and

      (2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

      These interest payments will be in addition to and not part of the applicable limit of insurance.

3. **Due Diligence**

   You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

   a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

   b. Providing and maintaining appropriate computer and Internet security;

   c. Maintaining and updating at appropriate intervals backups of computer data;

   d. Protecting transactions, such as processing credit card, debit card and check payments; and

   e. Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

4. **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

   **a.** If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

      **(1)** Anytime during the "policy period"; or

      **(2)** Anytime during the extended reporting periods (if applicable).

   **b.** If a "claim" or "regulatory proceeding" is brought against you, you must:

      **(1)** Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

      **(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

      **(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

      **(4)** Authorize us to obtain records and other information;

      **(5)** Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

      **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

      **(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

   **c.** In the event of a "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

      **(1)** Notify the police if a law may have been broken.

      **(2)** Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". Include a description of any property involved.

      **(3)** As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft" occurred.

      **(4)** As often as may be reasonably required, permit us to:

         **(a)** Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft";

         **(b)** Examine your books, records, electronic media and records and hardware;

         **(c)** Take samples of damaged and undamaged property for inspection, testing and analysis; and

         **(d)** Make copies from your books, records, electronic media and records and hardware.

      **(5)** Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". You must do this within 60 days after our request. We will supply you with the necessary forms.

      **(6)** Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft".

      **(7)** If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

      **(8)** Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

      **(9)** Promptly send us any legal papers or notices received concerning the "loss".

   **d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

   **e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

5. **Extended Reporting Periods**

   a. You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

   b. If a "termination of coverage" has occurred, you will have the right to the following:

      (1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

      (2) Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage

      To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

      This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

6. **Identity Recovery Help Line**

   For assistance, if Identity Recovery applies, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-414-9812**.

   The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

   a. Information and advice for how to respond to a possible "identity theft"; and

   b. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

   In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

   As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

7. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   a. There has been full compliance with all of the terms of this insurance; and

   b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

8. **Legal Advice**

   We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

9. **Other Insurance**

   If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply as follows:

   a. **Primary Insurance**

      This insurance is primary over any other valid and collectible insurance issued by us or any of our affiliates.

   b. **Excess Insurance**

      This insurance is excess over any other valid and collectible insurance not issued by us or any of our affiliates.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. No Reinstatement of Limit**

With respect to coverage provided by this endorsement, **Loss Conditions, Paragraph I., Reinstatement Of Limit After Loss,** of the **Commercial Inland Marine Conditions** is deleted.

**14. Liberalization Clause**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

## F. DEFINITIONS

1. **"Affected Individual"** means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

   b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

      **(1)** If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      **(2)** If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      **(3)** You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

   c. An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense"** means the loss of Business Income and Extra Expense actually incurred during the Period of Restoration.

   a. As used in this definition, Business Income means the sum of:

      **(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

      **(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

   b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

   c. As used in this definition, Period of Restoration means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

      **(1)** The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

      **(2)** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

6. **"Claim"**

   a. "Claim" means:

      **(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

      **(2)** A civil proceeding commenced by the filing of a complaint;

      **(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)            Policy Number: 0697156            Transaction Effective Date: 09-01-2020

Insured Copy

(4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

**b.** "Claim" does not mean or include:

**(1)** Any demand or action brought by or on behalf of someone who is:

**(a)** Your director;

**(b)** Your owner or part-owner; or

**(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

**(2)** A "regulatory proceeding".

**c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

**(1)** The proceeding is brought by one or more "affected individuals";

**(2)** The claimant alleges that one or more "affected individuals" suffered damages; and

**(3)** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7.** "Computer Attack" means one of the following involving the "computer system":

**a.** An "unauthorized access incident";

**b.** A "malware attack"; or

**c.** A "denial of service attack" against a "computer system".

**8.** "Computer System" means a computer or other electronic hardware that is owned or leased by you and operated under your control.

**9.** "Coverage Term" means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

**b.** Ending upon the "termination of coverage".

**10.** "Coverage Territory" means:

**a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion and Identity Recovery, "coverage territory" means anywhere in the world.

**b.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions), Puerto Rico or Canada.

**11.** "Cyber Extortion Expenses" means:

**a.** The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

**b.** Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**12.** "Cyber Extortion Threat" means:

**a.** "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

    **(1)** Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

    **(2)** Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

    **(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

    **(4)** Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

    **(5)** Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

  **b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**13.** **"Data Re-creation Costs"**

  **a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**14.** **"Data Restoration Costs"**

  **a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**15.** **"Defense Costs"**

  **a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

  **b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**16.** **"Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**17.** **"Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

  **a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

  **b.** Defamation against a person or organization that is unintended; or

  **c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**18.** **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

19. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

   a. **Re-Filing Costs**

   Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

   b. **Notarization, Telephone and Postage Costs**

   Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

   c. **Credit Reports**

   Costs for credit reports from established credit bureaus.

   d. **Legal Costs**

   Fees and expenses for an attorney approved by us for the following:

   (1) The defense of any civil suit brought against an "identity recovery insured".

   (2) The removal of any civil judgment wrongfully entered against an "identity recovery insured".

   (3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

   (4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

   (5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

   e. **Lost Wages**

   Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   f. **Child and Elder Care Expenses**

   Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   g. **Mental Health Counseling**

   Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   h. **Miscellaneous Unnamed Costs**

   Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

   (1) Such costs include:

   (a) Costs by the "identity recovery insured" to recover control over his or her personal identity.

   (b) Deductibles or service fees from financial institutions.

   (2) Such costs do not include:

   (a) Costs to avoid, prevent or detect "identity theft" or other loss.

   (b) Money lost or stolen.

   (c) Costs that are restricted or excluded elsewhere in this Cyber Coverage.

20. **"Identity Recovery Insured"** means the following:

   a. When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)         Policy Number: 0697156         Transaction Effective Date: 09-01-2020

**b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

**c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

**(1)** The chief executive of the insured entity; or

**(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**21.** **"Identity Theft"**

**a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

**b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**22.** **"Loss"**

**a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

**b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

**c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

**d.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "loss" means "defense costs" and "settlement costs".

**e.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, paragraph **b.**

**23.** **"Malware Attack"**

**a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, trojans, spyware and keyloggers.

**b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**24.** **"Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**25.** **"Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

**a.** The unintended propagation or forwarding of malware, including viruses, worms, trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

**b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

**c.** The unintended loss, release or disclosure of "third party corporate data".

**26.** **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

**a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

**(1)** You; or

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

    **(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

  **b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

  **c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

  **d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**27. "Personally Identifying Information"**

  **a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

  **b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**28. "Personally Sensitive Information"**

  **a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

  **b.** "Personally sensitive information" does not mean or include "personally identifying information".

**29. "Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

**30. "Property Damage"** means:

  **a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

  **b.** Loss of use of tangible property that is not physically injured.

**31. "Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**32. "Settlement Costs"**

  **a.** "Settlement costs" means the following, when they arise from a "claim":

    **(1)** Damages, judgments or settlements; and

    **(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

    **(3)** Pre-judgment interest on that part of any judgment paid by us.

  **b.** "Settlement costs" does not mean or include:

    **(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

    **(2)** Punitive and exemplary damages;

    **(3)** The multiple portion of any multiplied damages;

    **(4)** Taxes; or

    **(5)** Matters which may be deemed uninsurable under the applicable law.

  **c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

    **(1)** Is where those fines, or penalties were awarded or imposed;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

 **(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

 **(3)** Is where you are incorporated or you have your principal place of business; or

 **(4)** Is where we are incorporated or have our principal place of business.

**33.** **"System Restoration Costs"**

 **a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre-"computer attack" level of functionality:

  **(1)** Replace or reinstall computer software programs;

  **(2)** Remove any malicious code; and

  **(3)** Configure or correct the configuration of your computer system.

 **b.** "System restoration costs" does not mean or include:

  **(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

  **(2)** Labor costs of your employees or directors;

  **(3)** Any costs in excess of the actual cash value of your computer system; or

  **(4)** Costs to repair or replace hardware.

**34.** **"Termination of Coverage"** means:

 **a.** You or we cancel this coverage;

 **b.** You or we refuse to renew this coverage; or

 **c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**35.** **"Third Party Corporate Data"**

 **a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

 **b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**36.** **"Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

 **a.** An unauthorized person or persons; or

 **b.** An authorized person or persons for unauthorized purposes.

**37.** **"Wrongful Act**:

 **a.** With respect to Data Compromise Defense and Liability, "wrongful act" means a "personal data compromise".

 **b.** With respect to Network Security Defense and Liability, "wrongful act" means a "network security incident".

 **c.** With respect to Electronic Media Defense and Liability, "wrongful act" means an "electronic media incident".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)   Policy Number: 0697156   Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - CYBER COVERAGE

This endorsement modifies insurance provided under the following:

CYBER COVERAGE FORM

A.   **E. ADDITIONAL CONDITIONS, 1. Bankruptcy,** is deleted and replaced with the following:

The bankruptcy, insolvency, or dissolution of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

B.   **E. ADDITIONAL CONDITIONS, 2. Defense and Settlement,** paragraph **e. (1)** and **(2)** are deleted and replaced with the following:

**(1)**   Before entry of judgment; and

**(2)**   After entry of judgment but before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-173 (MN) (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this Policy at any time during the policy period and up to one year afterward.

**B.** Paragraphs **2.**, **6.** and **7.** of Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions are replaced by the following:

**2.** Give us or our agent prompt notice of the loss or damage. Include a description of the property involved.

**6.** As often as we reasonably require:

**a.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis; and

**b.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**7.** After we inform an insured:

**a.** Of the right to counsel; and

**b.** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**C.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within five business days after we have received the proof of loss and:

**a.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**b.** An appraisal award has been made.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a loss shall be payable, in accordance with Paragraph **a.** or **b.** above, and before we pay, tender or deposit in court payment for the loss.

In addition, when Mail Coverage Form **CM 00 60** is attached to this Policy, Paragraph **D.4. Loss Payment** of the Mail Coverage Form is deleted.

**D.** Loss Condition **J. Transfer Of Rights Of Recovery Against Others To Us** in the Commercial Inland Marine Conditions is amended by the addition of the following:

Our rights do not apply against:

**1.** An insured; or

**2.** Any person or organization insured under another Coverage Part which was issued by us and responds to the same loss;

providing the loss was not intentionally caused by such insureds.

 © Insurance Services Office, Inc., 2019

Insured Copy

**E.** General Condition **A. Concealment, Misrepresentation Or Fraud** in the Commercial Inland Marine Conditions is replaced by the following:

We will not pay for any loss or damage if you have:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

   **a.** This Coverage Part;

   **b.** The Covered Property;

   **c.** Your interest in the Covered Property; or

   **d.** A claim under this Coverage Part.

**F.** The **Protective Safeguards** Additional Condition in the:

   CAMERA AND MUSICAL INSTRUMENT DEALERS COVERAGE FORM;

   EQUIPMENT DEALERS COVERAGE FORM;

PHYSICIANS AND SURGEONS EQUIPMENT COVERAGE FORM; and

JEWELERS BLOCK COVERAGE FORM

is replaced by the following:

You must maintain the protective safeguards stated by you to be in effect at a location when this coverage began.

If you fail to keep the protective safeguards over which you have control:

**1.** In working condition at a location; and

**2.** In operation when you are closed to business;

there is no coverage at the location for loss or damage for which the protective safeguards apply until the equipment or services are back in operation.

© Insurance Services Office, Inc., 2019

CM 01 17 05 20

Insured Copy

**COMMERCIAL INLAND MARINE**
CM 99 06 12 19

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** **Property Not Covered** is amended as follows:

**1.** "Cannabis" is added to **Property Not Covered.**

**2.** Paragraph **A.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

However, this Paragraph **A.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**B.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **B.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **B.2.a.**

 © Insurance Services Office, Inc., 2019

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

(507) 455-5200

# DECLARATIONS
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**LIMITS OF INSURANCE**                                                                 **Limit**

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | **$1,000,000** |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | SEE CLASSIFICATION ON CG-F-8 TO DETERMINE APPLICABILITY OF PRODUCT LIABILITY COVERAGE |
| PERSONAL & ADVERTISING INJURY LIMIT | **$500,000** |
| EACH OCCURRENCE LIMIT | **$500,000** |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | Any one premises | **$100,000** |
| MEDICAL EXPENSE LIMIT | Any one person | **EXCLUDED** |

**Refer to General Liability Schedule CG-F-8 for Locations and Classifications.**

**ENDORSEMENTS APPLICABLE:**

   ***See Schedule Attached***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services office, Inc., with its permission.

CG-F-1 (01-17)   Policy Number: 0697156   Effective Date: 09-01-2020

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| General Liability Schedule | CG-F-8 (07-92) |
| Additional Insured-Lessor Of Leased Equipment-Automatic Status When | CG 20 34 (12-19) |
| Quick Reference | CG 00 01 (QR) (04-13) |
| Commercial General Liability Coverage Form | CG 00 01 (04-13) |
| Exclusion-Unmanned Aircraft | CG 21 09 (06-15) |
| Communicable Disease Exclusion | CG 21 32 (05-09) |
| Exclusion - Coverage C - Medical Payments | CG 21 35 (10-01) |
| Employment-Related Practices Exclusion | CG 21 47 (12-07) |
| Fungi or Bacteria Exclusion | CG 21 67 (12-04) |
| Cap on Losses From Certified Acts Of Terrorism | CG 21 70 (01-15) |
| Cond Excl - Terrorism Involving Nucl, Bio, or Chem Terrorism | CG 21 88 (01-15) |
| Snowplow Operations Coverage | CG 22 92 (12-07) |
| Amendment Of Coverage Territory - Worldwide Coverage | CG 24 22 (04-13) |
| Cannabis Exclusion with Hemp Exception | CG 40 15 (12-19) |
| Amendment Of Liquor Liability Exclusion | CG-F-109 (03-12) |
| Additional Condition - Two Or More Coverage Forms Or Policies Issued By Us | CG-F-111 (03-12) |
| Premium Audit Noncompliance Charge | CG-F-126 (12-19) |
| Pollution Exclusion Modification | CG-F-53 (02-10) |
| Coverage Limitation - Continuous or Progressive Injury or Damage | CG-F-68 (10-01) |
| Three Wheeled Auto Exclusion Endorsement | CG-F-73 (06-19) |
| Business Operations - Pollution Exclusion | CG-F-92 (04-05) |
| Deductible Liability Insurance | CG 03 00 (01-96) |
| Electronic Data Liability Endorsement | CG 04 37 (05-14) |
| Exclusion - All Hazards In Connection With Designated Premises | CG 21 00 (07-98) |
| Minnesota Changes - Contractual Liability Exclusion And Supplementary Payments | CG 01 22 (12-07) |
| Minnesota Changes | CG 26 05 (02-07) |
| Minnesota Changes - Duties Condition | CG 26 81 (12-04) |

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Illinois

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o -Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit<br>Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A-      5,000 | | 47.042 | INCLUDED | 235 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres)<br>Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C-          1 | | 65.123 | INCLUDED | 65 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 1 | |

Minimum Premiums:
Prem/Op.      235

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Minnesota

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o - Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit<br>Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 15,000 | 11.567 | INCLUDED | 174 | INCLUDED |
| Vacant Buildings - Not Factories - Other Than Not-For-Profit<br>Products/Completed Operations are subject to the General Aggregate Limit | 68606 | A- | 10,000 | 4.971 | INCLUDED | 50 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres)<br>Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 24.367 | INCLUDED | 24 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 1 | |

Minimum Premiums:
Prem/Op.      235

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 20 34 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Insured Copy

# QUICK  REFERENCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## (OCCURRENCE FORM CG 00 01)

**PLEASE READ YOUR POLICY CAREFULLY**

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business Operations
Coverages and Limits of Insurance

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| | | Beginning on Page |
|---|---|---|
| SECTION I - COVERAGES | | |
| Coverage A- | Insuring Agreement | 1 |
| Bodily Injury and | | |
| Property Damage Liability | Exclusions | 2 |
| Coverage B- | Insuring Agreement | 6 |
| Personal and Advertising | | |
| Injury Liability | Exclusions | 6 |
| Coverage C- | Insuring Agreement | 8 |
| Medical Payments | Exclusions | 8 |
| Supplementary Payments | | 8 |
| SECTION II - WHO IS AN INSURED | | 9 |
| SECTION III - LIMITS OF INSURANCE | | 10 |
| SECTION IV - LIABILITY CONDITIONS | | |
| Bankruptcy | | 11 |
| Duties In The Event of Occurrence, Claim or Suit | | 11 |
| Legal Action Against Us | | 11 |
| Other Insurance | | 12 |
| Premium Audit | | 12 |
| Representations | | 12 |
| Separation of Insureds | | 13 |
| Transfer of Rights of Recovery Against Others To Us | | 13 |
| When We Do Not Renew | | 13 |
| SECTION V - DEFINITIONS | | 13 |

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1149 of 2396 PageID #:1162

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Insured Copy

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in;

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

Policy Number: 0697156                     Transaction Effective Date: 09-01-2020

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

Insured Copy

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Insured Copy

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1158 of 2396 PageID #:1171

2.  Each of the following is also an insured:

    a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by;

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

    b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c.  Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

    d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b.  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c.  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage **C**;

    b.  Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1162 of 2396 PageID #:1175

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Communicable Disease**

   "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

   **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

   **b.** Testing for a communicable disease;

   **c.** Failure to prevent the spread of the disease; or

   **d.** Failure to report the disease to authorities.

**B.** The Following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Communicable Disease**

   "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

   **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

   **b.** Testing for a communicable disease;

   **c.** Failure to prevent the spread of the disease; or

   **d.** Failure to report the disease to authorities.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description And Location Of Premises Or Classification: |
| --- |
| ALL PREMISES AND CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I - Coverage **C** - Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section I - Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

Policy Number: 0697156    Transaction Effective Date: 09-01-2020

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
CG 21 88 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© Insurance Services Office, Inc., 2015

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1171 of 2396 PageID #:1184

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 88 01 15

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
**CG 22 92 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SNOW PLOW OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the "products-completed operations hazard", Exclusion **g.** under Section **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto" used for snow plow operations.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 24 22 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV - Conditions:**

**Expanded Coverage Territory**

1. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

   If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

2. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

3. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

4. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

   Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.(1)** under the **Conditions** section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(c)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(ii)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** The Definitions of "coverage territory" in the **Definitions** section is replaced by the following:

"Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

---

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 40 15 12 19

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

**(1)** An insured; or

**(2)** Any other person for whom you are legally responsible

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building Materials; or

**f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

**(1)** The "bodily injury" or "property damage" occurs;

**(2)** The "occurrence" which caused the "bodily injury" or "property damage" takes place; or

**(3)** The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

**a.** False arrest, detention or imprisonment; or

**b.** The wrongful eviction from, wrongful entry into, or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**C.** The following definition is added to the **Definitions** section:

″Cannabis″:

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** of **COVERAGE A (Section I)** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c.** **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

CG-F-109 (03-12)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL CONDITION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section IV - Commercial General Liability Conditions:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "occurrence", the maximum Each Occurrence Limit under all the coverage forms or policies shall not exceed the highest applicable Each Occurrence Limit under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-111 (03-12)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PREMIUM AUDIT NONCOMPLIANCE CHARGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **5.c.** of the **Premium Audit** Condition under **Section IV - Conditions** is replaced by the following:

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request. If the first Named Insured fails to comply with this request at the close of an audit period, an Audit Noncompliance Charge will be assessed, and notice will be sent to the first Named Insured.

The additional charge will be determined by doubling the premium bases listed on the General Liability Schedule.

**(1)** We will only assess the Audit Noncompliance Charge when we have made two attempts to obtain audit information from the first Named Insured.

The due date for the Audit Noncompliance Charge is the date shown as the due date on the Audit Noncompliance Notification.

**(2) Subsequent Compliance**

**(a)** The first Named Insured may notify us in writing, prior to the due date on the Audit Noncompliance Notification, that the Named Insured agrees to comply with the audit request.

**(b)** The first Named Insured must comply with the audit within 30 days of our receipt of the written notification described in Paragraph **(2)(a)** above, and then the Audit Noncompliance Charge will no longer apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-126 (12-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unintended or unexpected explosion; or

**(iv)** "Bodily injury" or "property damage" to your customer as a result of a splashback of "motor fuels";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

**(iii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**(iv)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

**(v)** "Bodily injury" or "property damage" arising out of a blowback from a heating system;

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(f)** At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)**, which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

**(i)** "motor fuels";

**(ii)** kerosene;

**(iii)** lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

**(iv)** waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

**(i)** "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii)**, and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury" or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

**(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or "property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants" or any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a), (b), (d)** or **(e)** which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

(i) "motor fuels";

(ii) kerosene;

(iii) lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

(i) "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii),** and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

(ii) any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

(iii) arising out of a blowback from a heating system.

"Motor fuels" means a petroleum or non-petroleum based substance that is typically used in the operation of a motor or engine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2020

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement,** subparagraph **c.** of **SECTION I** is deleted, and replaced with the following:

**c.**  This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-68 (10-01)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the Commercial General Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

**a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

**b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

**B.** With respect to the Products/Completed Operations Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury" or "property damage" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

**a.** the only assembly you complete or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

**b.** the "bodily injury" or "property damage" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS OPERATIONS - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f.**, **Pollution** of Paragraph **2.**, **Exclusions** of **Bodily Injury And Property Damage Liability (Section I - Coverages)** and to Subparagraphs **m.**, **Pollution** and **n.**, **Pollution-Related** of Paragraph **2.**, **Exclusions** of **Personal And Advertising Injury Liability (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-92 (04-05)         Policy Number: 0697156         Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER:    0697156

**COMMERCIAL GENERAL LIABILITY**
CG 03 00 01 96

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible |
| --- | --- |
| | **PER CLAIM   or   PER OCCURRENCE** |
| Bodily Injury Liability | |
| OR | |
| Property Damage Liability | |
| OR | |
| Bodily Injury Liability and/or | |
| Property Damage Liability Combined | $2,500 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Copyright, Insurance Services Office, Inc., 1994

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

  **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

  **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994
CG 03 00 01 96

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 04 37 05 14

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Loss Of Electronic Data Limit: $ 50,000 |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following paragraph is added to **Section III - Limits Of Insurance:**

Subject to **5.** above, the Loss Of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

© Insurance Services Office, Inc., 2013

**D.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**E.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

   © Insurance Services Office, Inc., 2013   CG 04 37 05 14

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises: |
| --- |
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS EXCLUSION DOES NOT APPLY TO:<br><br>1. COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BUILDING;<br>2. BUILDINGS AND RELATED PREMISES WHERE YOU CONDUCT BUSINESS OR CONTRACTING OPERATIONS; OR<br>3. "BODILY INJURY" OR "PROPERTY DAMAGE" COVERAGE INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".<br><br>SEE ENDORSEMENT IL-F-10.2 FOR ADDITIONAL DESCRIPTIONS AND LOCATIONS OF PREMISES (IF ANY). |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;

2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

CG 21 00 07 98

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

Insured Copy

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

CG 21 09 06 15

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 01 22 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - CONTRACTUAL LIABILITY EXCLUSION AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.b.** of **Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**B.** Section **I - Supplementary Payments - Coverages A And B** is replaced by the following:

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, this coverage does not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

© ISO Properties, Inc., 2006

Insured Copy

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorney's fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© ISO Properties, Inc., 2006

CG 01 22 12 07

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 26 05 02 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraph **1. Bankruptcy** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part, and in case an execution against the insured on a final judgement is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Part against the company to the same extent that the insured would have, had the insured paid the final judgment.

**C.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** Condition under **Section IV - Commercial General Liability Conditions:**

Our rights do not apply against any person or organization insured under this or any other Coverage Part we issue, with respect to the same event which results in "occurrence".

**CG 26 05 02 07** © ISO Properties, Inc., 2006 Page 1 of 1

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - DUTIES CONDITION

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      ELECTRONIC DATA LIABILITY COVERAGE PART
      EMPLOYEE BENEFITS LIABILITY COVERAGE **CG 04 35**
      LIMITED PRODUCT WITHDRAWAL EXPENSE ENDORSEMENT **CG 04 36**
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      PERSONAL INJURY LIABILITY ENDORSEMENT **CG 28 05**
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      PRODUCT WITHDRAWAL COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

The following is added to the Duties Condition:

The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

Insured Copy

 **FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## BUSINESS AUTO COVERAGE PART

**ITEM ONE** - NAMED INSURED and Address - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided Column below. Each of these coverages will apply to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | | | |
| Personal Injury Protection (or equivalent No-fault coverage) | | Separately stated in each P.I.P. Endorsement | |
| Added Personal Injury Protection or (or equivalent No-fault coverage) | | Separately stated in each Added P.I.P. Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately stated in the P.P.I. Endorsement $ Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Uninsured Motorists | | | |
| Underinsured Motorists | | | |
| Physical Damage Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto", but no deductible applies to "loss" caused by fire or lightning. | X |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| Physical Damage Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto". | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 =

Symbol 11 =

Symbol 12 =

Symbol 13 =

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**ITEM THREE** **- SCHEDULE OF COVERED "AUTOS" YOU OWN - REFER TO AUTO SCHEDULE**

**ITEM FOUR** **- SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUM - LIABILITY INSURANCE**

| State | Estimated Cost of Hire For Each State | Rate Per Each $100 Cost of Hire |
|---|---|---|
|  |  |  |

Cost of hire means the total amount you incur for the hire of "autos" you do not own (not including "autos" you borrow or rent from your employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE** **- SCHEDULE FOR NON-OWNERSHIP LIABILITY:**

| Rating Basis - Number of Employees: |
|---|
|  |

**FORMS AND ENDORSEMENTS APPLICABLE:**

<div align="center">

**\*\*SEE SCHEDULE ATTACHED\*\***

</div>

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations - Business Auto Coverage | CA-F-1 (01-17) |
| Automobile Schedule - Part 1 | CA-F-70 PT.1 (11-01) |
| Business Auto Coverage Form | CA 00 01 (10-13) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes | CA 01 38 (05-20) |
| Summary of State Minimum Auto Liability Limits | CA-F-118 (11-01) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Business Auto Amendatory Endorsement | CA-F-5 (04-19) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

AUTOMOBILE SCHEDULE - Part 1

| Vehicle Number | Year, Make, Size Gallonage and Body type | Vehicle ID Number | R | G W | B U | A M | Bus. to Use Work | Cost New | Age Grp/ Symb | Comp Ded | Coll Ded | Spec Causes | Garaging Location & ZIP Code and/or Assigned Driver & Birthdate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1# | 2015 RAM PROMASTER | 3C6URVJG8FE513052 | L | Li | | S | | 35,000 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 2# | 2015 RAM PROMASTER | 3C6URVJG3FE506722 | L | Li | | S | | 35,000 | 6 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 3# | 2014 NISS NV2500 | 1N6AF0LX1EN104791 | L | Li | | C | | 33,770 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 4 | 2009 TOYT TACOMA | 5TENX22N59Z647545 | L | Li | | S | | 32,000 | 12 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 5 | 2007 TOYT TUNDRA | 5TFMT52157X004395 | L | Li | | S | | 30,000 | 14 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 6# | 2013 NISS NV2500 | 1N6BF0LX8DN113779 | L | Li | | C | | 30,540 | 8 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 7# | 2014 RAM PROMASTER | 3C6TRVDG3EE105774 | L | Li | | S | | 35,000 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 8# | 2014 NISS NV2500 | 1N6BF0LX2EN107249 | L | Li | | C | | 30,290 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 9# | 2017 NISS NV200S | 3N6CM0KNXHK693395 | L | Li | | C | | 30,000 | 4 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 10# | 2013 NISS NV2500 | 1N6BF0LX0DN112626 | L | Li | | C | | 30,540 | 8 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 11# | 2017 NISS NV2500 | 1N6AF0LY4HN804236 | L | Li | | C | | 35,000 | 4 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |

# - This Vehicle ID number is incorrect. Please send us the correct Vehicle ID number to ensure proper identification of your vehicle.

| R - Radius of Operation | GW - Gross Weight | BU - Business Use Class | AM - Annual Mileage |
|---|---|---|---|
| L - Local up to 50 miles    I - Intermediate 51 to 200 miles D - Long Distance over 200 miles | Li - Light    M - Medium    H - Heavy    E - Extra Heavy | S - Service    R - Retail    C - Commercial | in Thousands (Truck Tractor only) |

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|--------|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

**1.** If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**2.** But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

**a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

**b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto".

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Insured Copy

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

   "Bodily injury" to:

   a. An "employee" of the "insured" arising out of and in the course of:

      (1) Employment by the "insured"; or

      (2) Performing the duties related to the conduct of the "insured's" business; or

   b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

   This exclusion applies:

      (1) Whether the "insured" may be liable as an employer or in any other capacity; and

      (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

   "Bodily injury" to:

   a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

   b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

   "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

   "Bodily injury" or "property damage" resulting from the handling of property:

   a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

   b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

   "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

   "Bodily injury" or "property damage" arising out of the operation of:

   a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

   b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

    "Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

    In this exclusion, your work means:

    a. Work or operations performed by you or on your behalf; and

    b. Materials, parts or equipment furnished in connection with such work or operations.

    Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

    Your work will be deemed completed at the earliest of the following times:

       (1) When all of the work called for in your contract has been completed;

       (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

       (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

Insured Copy

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

### a. Nuclear Hazard

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

### b. War Or Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000 if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

Insured Copy

**4. Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2011

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   **(1)** Snow removal;

   **(2)** Road maintenance, but not construction or resurfacing; or

   **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

     Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number    167-573-5 _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING
# NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

     © Insurance Services Office, Inc., 2016     CA 23 44 11 16

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

   **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

   **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

CA 01 21 10 13      © Insurance Services Office, Inc., 2011      Page 1 of 1

COMMERCIAL AUTO
CA 01 38 05 20

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

For a covered "auto" licensed or principally garaged in Minnesota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **A. Coverage** in **Section II - Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **A.2.a. Coverage Extensions** of **Section II - Covered Autos Liability Coverage** is amended by the addition of the following:

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **C. Limit Of Insurance** in **Section II - Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **A.2.** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is replaced by the following:

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**F.** Paragraph **A.3. Coverage Extensions** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is revised by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The **Conditions** are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal; or

**b.** More than $10,000, either party may demand an appraisal of the "loss".

© Insurance Services Office, Inc., 2019

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Appraisal Condition, and before we pay, tender or deposit in court payment for the "loss".

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

The following duties apply:

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability Coverage do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1.** **Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud Condition** does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

© Insurance Services Office, Inc., 2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUMMARY OF STATE MINIMUM AUTO LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in the state shown below, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule displays, by state, the minimum auto liability limits required under the state's financial responsibility or compulsory liability insurance law.

Limits shown below apply to the particular state's financial responsibility, compulsory liability, minimum limits or similar language in regards to auto liability. These limits are subject to change according to state law mandate.

### SCHEDULE

| State | Minimum Liability Limits | |
| | Split Limits [a] | Combined [b] |
|---|---|---|
| Alabama | 25/50/25 | 75,000 |
| Alaska | 50/100/25 | 125,000 |
| Arizona | 25/50/15 | 65,000 |
| Arkansas | 25/50/25 | 75,000 |
| California | 15/30/5 | 35,000 |
| Colorado | 25/50/15 | 65,000 |
| Connecticut | 25/50/25 | 75,000 |
| Delaware | 25/50/10 | 60,000 |
| Dist. of Columbia | 25/50/10 | 60,000 |
| Florida | 10/20/10 | 30,000 |
| Georgia | 25/50/25 | 75,000 |
| Hawaii | 20/40/10 | 50,000 |
| Idaho | 25/50/15 | 65,000 |
| Illinois | 25/50/20 | 70,000 |
| Indiana | 25/50/25 | 75,000 |
| Iowa | 20/40/15 | 55,000 |
| Kansas | 25/50/25 | 75,000 |
| Kentucky | 25/50/10 | 60,000 |
| Louisiana | 15/30/25 | 55,000 |
| Maine | 50/100/25 | 125,000 |
| Maryland | 30/60/15 | 75,000 |
| Massachusetts | 20/40/5 | 45,000 |
| Michigan | 50/100/10 | 110,000 |
| Minnesota | 30/60/10 | 70,000 |
| Mississippi | 25/50/25 | 75,000 |
| Missouri | 25/50/10 | 60,000 |

Page 1 of 2

Includes copyrighted material of Insurance Services Office Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

| State | Minimum Liability Limits | |
| --- | --- | --- |
| | Split Limits[a] | Combined [b] |
| Montana | 25/50/20 | 70,000 |
| Nebraska | 25/50/25 | 75,000 |
| Nevada | 25/50/20 | 70,000 |
| New Hampshire | 25/50/25 | 75,000 |
| New Jersey | 15/30/5 | 35,000 |
| New Mexico | 25/50/10 | 60,000 |
| New York | 25/50/10 | 60,000 |
| | Wrongful Death 50/100 | |
| North Carolina | 30/60/25 | 85,000 |
| North Dakota | 25/50/25 | 75,000 |
| Ohio | 25/50/25 | 75,000 |
| Oklahoma | 25/50/25 | 75,000 |
| Oregon | 25/50/20 | 70,000 |
| Pennsylvania | 15/30/5 | 35,000 |
| Rhode Island | 25/50/25 | 75,000 |
| South Carolina | 25/50/25 | 75,000 |
| South Dakota | 25/50/25 | 75,000 |
| Tennessee | 25/50/15 | 65,000 |
| Texas | 30/60/25 | 85,000 |
| Utah | 25/65/15 | 80,000 |
| Vermont | 25/50/10 | 60,000 |
| Virginia | 25/50/20 | 70,000 |
| Washington | 25/50/10 | 60,000 |
| West Virginia | 25/50/25 | 75,000 |
| Wisconsin | 25/50/10 | 60,000 |
| Wyoming | 25/50/20 | 70,000 |

a. Split Limits are in thousands. The first number shown is the per person bodily injury limit; the second number is the per accident bodily injury limit; and the third number is the per accident property damage limit.

b. Combined single limit of insurance is the most an insurer will pay in any one accident regardless of the components (bodily injury, property damage) of the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission
CA-F-124 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS AUTO AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

A. **SECTION I - COVERED AUTOS** is changed as follows:

1. All references in this Section to **Symbol 2** are changed as follows:

   **2A = Owned "autos" only.** Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" whose ownership you acquire after the policy begins.

   **2B = Owned "autos" other than "trailers" you own.** Only those "autos" you own other than "trailers", including such "autos" whose ownership you acquire after the policy begins.

   **2C = Owned "trailers" only.** Only the "trailers" you own, including those whose ownership you acquire after the policy begins.

2. All references in this Section to **Symbol 3** are changed as follows:

   **3A = Owned private passenger "autos" only.** Only the private passenger "autos" you own. This includes those private passenger "autos" whose ownership you acquire after the policy begins.

   **3B = Owned private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight only.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

3. All references in this Section to **Symbol 4** are changed as follows:

   **4A = Owned "autos" other than private passenger "autos" only.** Only those "autos" you own which are not of the private passenger types (and for Covered Autos Liability Coverage any "trailer" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type, whose ownership you acquire after the policy begins.

   **4B = Owned "autos" other than private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

4. Paragraph **C.3.** is deleted and the following is substituted therefor:

   3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" which is out of normal use because of its:

      **a.** breakdown;

      **b.** repair;

      **c.** servicing;

      **d.** "loss"; or

      **e.** destruction

      All coverages applicable to the temporary substitute "auto" are the same coverages which are applicable to the covered "auto" which is out of service, including Physical Damage coverage.

5. Wherever the terms "owned autos" or "covered autos you own" are used in this coverage form, except in **SECTION IV - BUSINESS AUTO CONDITIONS B.5. Other Insurance,** these terms shall include within their meaning:

   Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-5 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

B. **SECTION II - COVERED AUTOS LIABILITY COVERAGE** is changed as follows:

   1. The following paragraph is added to Section **A.1** Who is an insured:

      d. Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

         i. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

         ii. Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

   2. Exclusion **B.5. Fellow Employee** is deleted.

C. **SECTION III- PHYSICAL DAMAGE COVERAGE** is changed as follows:

   1. The phrase "its equipment" in paragraph **A.1.** is defined to mean, subject to the **Exclusions,** the following:

      a. Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

      b. Contents kept in the covered "auto" which are normally factory installed or are common to the "auto's" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

   2. **COVERAGE A.2. Towing** is deleted.

   3. Paragraph **4.a. Transportation Expenses** is deleted and replaced by the following:

      a. **Transportation Expenses**

      We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

   4. The following is added to **4. Coverage Extensions:**

      c. **Hired Auto Physical Damage**

      If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

         i. The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

            a) $100,000

            b) The actual cash value of the damaged or stolen "auto"

            c) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

         ii. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

         iii. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

         iv. A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

         v. This Coverage Extension does not apply to:

            a) Any "auto" that is hired, rented or borrowed with a driver, or

            b) Any "auto" that is hired, rented or borrowed from your "employee".

   5. The following is added to **D. Deductible**

      No deductible applies to glass damage if the glass is repaired rather than replaced.

D. **SECTION IV BUSINESS AUTO CONDITIONS** is changed as follows:

   1. The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

      The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-5 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

   **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

   **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**E.** **SECTION V - DEFINITIONS** is changed as follows:

   **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**F.** If you have both Equipment Dealers Stock Floater Coverage and Garagekeepers Coverage issued by us, the definition of "customer's auto" as it applies to the **GARAGEKEEPERS COVERAGE** endorsement is changed to read as follows:

"Customer's auto" means a land motor vehicle, "trailer" or semi- trailer designed for use on public roads lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

 © Insurance Services Office, Inc., 2012

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

  © Insurance Services Office, Inc., 2012  CA 02 18 10 13

Insured Copy

2.  **Nonrenewal**

    a.  If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

    b.  If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

    c.  Proof of mailing of any notice shall be sufficient proof of notice.

B.  For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

    1.  **Cancellation**

        a.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

        b.  We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

        c.  **Policies In Effect Less Than 90 Days**

            If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

            (1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

            (2) 30 days before the effective date of cancellation, if we cancel for any other reason.

    d.  **Policies In Effect 90 Days Or More**

        If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

        (1) Nonpayment of premium;

        (2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

        (3) An act or omission by you that substantially increases or changes the risk insured;

        (4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

        (5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

        (6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

        (7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

        (8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

 © Insurance Services Office, Inc., 2012

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012 CA 02 18 10 13

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## AUTO DEALERS COVERAGE PART

<u>ITEM ONE</u>- **NAMED INSURED AND ADDRESS** - Refer to COMMON POLICY DECLARATIONS

<u>ITEM TWO</u> - **SCHEDULE OF COVERAGES AND COVERED AUTOS**

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | $500,000               Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage) | 25  11 | Separately Stated in Each P.I.P. Endorsement | X |
| New York Only: Mandatory Basic Economic Loss | | Limit & Premium (NY Only) | |
| Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | SEE CA-F-93 | X |
| Underinsured Motorists (not applicable in NY) | 22  11 | SEE CA-F-93 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30  11<br><br>30  11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | 12 | See ITEM SIX | | X |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | 12 | See ITEM SIX | | X |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | $500,000<br>$1,000,000 | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | $100,000 | Any One Premises | X |
| Personal and Advertising Injury Limit | | $500,000 | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | $1,000,000 | Aggregate | X |
| Acts, Errors or Omissions Liability | | $500,000<br>$1,000,000 | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = _____

Symbol 11 = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US.

Symbol 12 = SEE CA 99 10 _____

Symbol 13 = _____

_____

**FORMS AND ENDORSEMENTS APPLICABLE:    **SEE SCHEDULE ATTACHED****

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 2873 HIGHWAY 61, MAPLEWOOD, MN  55109-1082 |
| 4 | 2923 MAPLEWOOD DR, MAPLEWOOD, MN  55109 |
| 5 | 1241 BEAM AVE, MAPLEWOOD, MN  55109 |
| 6 | 4605 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 7 | 4625 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 8 | 1037 50TH ST E, INVER GROVE HEIGHTS, MN  55077 |
| 9 | 4600 AKRON AVE, INVER GROVE HEIGHTS, MN  55077 |
| 10 | 12790 PLAZA DR, EDEN PRAIRIE, MN  55344 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (02-20)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FOUR**</u>  **-  LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 7.00 | 7.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 30.00 | 23.40 | |
| | Class IC - All Other Employees | 175.00 | 73.50 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | 2.00 | 1.66 | 105.56 |
| 4 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 5 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 6 | Class IA - Employees Furnished Autos | 2.50 | 2.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 28.00 | 21.84 | |
| | Class IC - All Other Employees | 110.00 | 46.20 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 70.54 |
| 7 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 7.00 | 5.46 | |
| | Class IC - All Other Employees | 20.00 | 8.40 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 13.86 |
| 8 | Class IA - Employees Furnished Autos | 5.00 | 5.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 18.50 | 14.43 | |
| | Class IC - All Other Employees | 71.00 | 29.82 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 49.25 |
| 9 | Class IA - Employees Furnished Autos | 2.00 | 2.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 20.00 | 8.40 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 14.30 |
| 10 | Class IA - Employees Furnished Autos | 3.00 | 3.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 16.00 | 12.48 | |
| | Class IC - All Other Employees | 44.00 | 18.48 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 33.96 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FOUR**</u>  **-  LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I**  **Employees**

IA   - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB   - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC   - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE:  1.  Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2.  Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II** - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

<u>**ITEM FIVE**</u> - **GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

ITEM FIVE - GARAGEKEEPERS COVERAGE (Continued)

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " X " | | |
|---|---|---|---|---|
| MN | X Comprehensive | $6,100,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | $5,000 | deductible for all such "loss" in any event |
| | X Collision | $6,100,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

### DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

<u>ITEM SIX</u> **- PHYSICAL DAMAGE COVERAGES**

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an ☐ X. | |
|---|---|---|
| ☐ Comprehensive | Minus | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

<u>ITEM SEVEN</u> - **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 147 |

<u>ITEM EIGHT</u> - **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS - REFER TO AUTO SCHEDULE. THE MOST WE WILL PAY FOR A DAMAGED OR STOLEN COVERED "AUTO" LISTED ON ITEM EIGHT'S SCHEDULE OF COVERED "AUTOS" IS THE ACTUAL CASH VALUE OF THE "AUTO" AT THE TIME OF THE LOSS OR THE COST TO REPAIR THE "AUTO", WHICHEVER IS LESS. THE AMOUNT OF ANY SUCH PAYMENT WILL BE REDUCED BY THE AMOUNT OF THE DEDUCTIBLE SHOWN IN THE SCHEDULE.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (02-20) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Additional Insured Endorsement | CA-F-75 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Uninsured and Underinsured Motorists Limit of Insurance | CA-F-93 (10-13) |
| Minnesota Uninsured And Underinsured Motorists Coverage | CA 21 24 (05-20) |
| Uninsured and Underinsured Motorists Amendment | CA-F-81 (10-13) |
| Minnesota Personal Injury Protection | CA 22 25 (05-20) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Minnesota Employee Benefits Liability Coverage | CA 25 82 (10-13) |
| Executive Personal Liability Coverage | CA-F-133 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Additional Insured - Owners Of Leased Or Rented Land Or Premises | CA 25 09 (10-13) |
| Additional Insured - Managers, Owners or Lessors of Premises | CA-F-137 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Communicable Disease Exclusion for General Liability Coverages | CA 25 57 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Cannabis Exclusion With Hemp Exception For General Liability Coverages | CA 27 13 (12-19) |
| Drive Other Car Coverage - Broadened Coverage For Named Individuals | CA 99 10 (10-13) |
| Named Individuals - Broadened Personal Injury Protection Coverage | CA-F-68 (04-91) |
| Vicarious and Broadened Auto Liability Coverage | CA-F-102 (10-13) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |

Continued on Next Page

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Primary and Non-Contributory Clause Endorsement | CA-F-129 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (MN) (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Waiver Of Transfer Of Rights Of Recovery | CA-F-100 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes - Auto Dealers Coverage Form | CA 01 33 (05-20) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

WF-50 (08-78)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS COVERAGES

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|--------|------|------|
| **21** | Any "Auto" | |
| **22** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **23** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **24** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **25** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **26** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **27** | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| **28** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **29** | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|---|---|---|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

 © Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

o. **Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

q. **Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

5. **Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

E. **Garagekeepers Coverage**

1. **Coverage**

a. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft; or

(c) Mischief or vandalism.

(3) **Collision Coverage**

Caused by:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

b. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

(1) **Nuclear Hazard**

(a) The explosion of any weapon employing atomic fission or fusion; or

(b) Nuclear reaction or radiation, or radioactive contamination, however caused.

(2) **War Or Military Action**

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

(1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

(2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

(3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

(4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

(5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

(6) Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

(a) Permanently installed in or upon the covered "auto";

(b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

(c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

(d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

(1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

(2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

(1) Your expected profit, including loss of market value or resale value.

(2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

(3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

(4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2) Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

### A. Bodily Injury And Property Damage Liability

1. **Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2011

**2.** **Exclusions**

This insurance does not apply to any of the following:

**a.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c.** **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d.** **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

© Insurance Services Office, Inc., 2011

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b) At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i) To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

(ii) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d) That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs (1)(a) and (1)(c)(ii) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph (1)(a) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph (1)(c)(ii) does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

© Insurance Services Office, Inc., 2011

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury", arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment to or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g.** **Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D.** **Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E.** **Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

   **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

   **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(b)** Arising out of your "products" or "work you performed";

   **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

   **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

   **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1.  The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2.  Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1.  **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

    Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

    a.  Personally commit;

    b.  Personally participate in;

    c.  Personally acquiesce to; or

    d.  Remain passive after having knowledge of;

    any such "act, error or omission".

2.  **Bodily Injury, Property Damage Or Personal And Advertising Injury**

    "Bodily injury", "property damage" or "personal and advertising injury".

3.  **Profit Gain**

    Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4.  **Contractual**

    Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5.  **Noncompensatory Damages**

    Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6.  **Quality Or Performance Of Goods - Failure To Conform To Statements**

    Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7.  **Recording And Distribution Of Material Or Information In Violation Of Law**

    Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

    a.  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

    b.  The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

    c.  The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

    d.  Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8.  **Discrimination**

    Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9.  **Bankruptcy Or Insolvency**

    Damages arising out of the:

    a.  Bankruptcy;

    b.  Financial inability to pay;

    c.  Insolvency;

    d.  Liquidation; or

    e.  Receivership;

    of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.
2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".
3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.
4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.
5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".
6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:
   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and
   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.
3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.
4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".
5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:
   a. "Insureds";
   b. Claims made or "suits" brought;
   c. Persons or organizations making claims or bringing "suits"; or
   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section III.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     **(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

     **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

   **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

   **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

   **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

   **1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **2.** While it is in or on an aircraft, watercraft or "auto"; or

   **3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **1.** False arrest, detention or imprisonment;

   **2.** Malicious prosecution;

   **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **6.** The use of another's advertising idea in your "advertisement"; or

   **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

   **1.** The goods or products made or sold in an "auto" dealership by:

     **a.** You; or

     **b.** An "auto" dealership you have acquired; and

   **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

   **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

    **1.** Work that someone performed on your behalf; and

    **2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II.** **SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

**1.** The following paragraph is added to **Section 2. Who is An Insured:**

**e.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

**i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

**2.** Exclusion **D.4.e.** is deleted.

**III.** **SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV.** **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**2.** Paragraph **F.1.a.(3)** is changed to read as follows:

   **(3)** Collision Coverage. Caused by:

      **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

      **(b)** The covered "auto's" overturn.

**3.** Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

   **2.** **Coverage Extensions**

      **a.** **Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

         **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

         **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

         **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

      **b.** **Hired Auto Physical Damage**

If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

         **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

            **a)** $100,000

            **b)** The actual cash value of the damaged or stolen "auto"

            **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

         **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

         **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

         **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

         **v.** This Coverage Extension does not apply to:

            **a)** Any "auto" that is hired, rented or borrowed with a driver; or

            **b)** Any "auto" that is hired, rented or borrowed from your "employee".

      **c.** **Transportation Expenses**

We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

**4.** The following is added to **5. Deductible:**

No deductible applies to glass damage if the glass is repaired rather than replaced.

**5.** The following coverage is added:

**Preservation of "Autos"**

We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

**(a)** Fire, hail, or flood.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

    **(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

    These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

**6.** Exclusion **F.3.d.(2)** is deleted.

**7.** Exclusion **F.3.d.(3)** is deleted.

**8.** Paragraph **F.4.d.(2)** is deleted.

**9.** Paragraph **F.4.d.(3)** is deleted.

**10.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

    "Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

**V.** **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **D.6.a.** is deleted and replaced by the following:

    **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

**2.** The last paragraph of **2. Exclusions** is deleted and replaced by:

    Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

**3.** The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

**VI.** **SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **C.6.a.** is deleted and replaced by the following:

    **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**VII.** **SECTION IV - CONDITIONS** is changed as follows:

**1.** The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

    The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

    **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

    **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**B.** **General Conditions**

    **5.** **Other Insurance -** paragraph **a.** is deleted and replaced by the following:

        **a.** For any covered "auto" you own or you don't own:

        When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VIII.** **SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

    **1.** Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

    **2.** Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

    When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**N.** "Insured contract" is amended to include any contract or agreement:

    **a.** That pertains to the leasing or rental of an "auto" to you or on your behalf; or

    **b.** That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

**Z.** "Earth movement" means:

    **1.** Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Page 3 of 4

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

2. Landslide, including any earth sinking, rising or shifting related to such event;

3. Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

4. Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

1. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2. Mudslide or mudflow; or

3. Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured   Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number   167-573-5 _____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    LIMITED TO CERTIFICATE HOLDER AS FINANCING AGENT
    FOR THE NAMED INSURED'S BUILDING LOCATED AT 1037
    HWY 110, INVER GROVE HEIGHTS, MN.  BORROWER: LKMCD
    PROPERTIES LLC.

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

   Relationship of the Additional Insured to the Insured:

   See IL-F-40-0002

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

# EXTENSION ENDORSEMENT

**Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION**

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 210 N IL RTE 31, CRYSTAL LAKE,
IL.  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
   Relationship of the Additional Insured to the Insured:
   See IL-F-40-0003

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)              Policy Number: 0697156              Transaction Effective Date: 09-01-2020

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 1500 RANDALL RD, ELGIN,IL.
BRILLIANCE SUBARU OF ELGIN INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
   Relationship of the Additional Insured to the Insured:
   See IL-F-40-0004

-

Additional Insured Name and Address:

TOP GOLF INTERNATIONAL INC AND
ITS AFFILIATES
8750 N CENTRAL EXPY STE 1200
DALLAS TX   75231

Insured Copy

# EXTENSION ENDORSEMENT

**Extension - CA-F-75 - TOP GOLF INTERNATIONAL INC AND ITS AFFILIATES**

LIMITED TO NAMED INSURED COMPANY SPONSORED EMPLOYEE HOLIDAY / APPRECIATION PARTY HELD AT THE CERTIFICATE HOLDER'S PREMISES - TOPGOLF MINNEAPOLIS, 6420 N CAMDEN AVE, BROOKLYN CENTER MN 55430.  EVENT DATE: 2/08/2020.

IL-F-40-0004    (05-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

   Relationship of the Additional Insured to the Insured:

   LIMITED TO THE CERTIFICATE HOLDER ACTING AS
   FINANCING AGENT FOR BUILDING AND PERSONAL PROPERTY
   FOR THE NAMED INSURED'S LOCATION AT 680 W TERRA
   COTTA AVE, CRYSTAL LAKE, IL 60014

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
2650 WARRENVILLE RD STE 320
DOWNERS GROVE IL   60515

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

  **1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

  **2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

  **3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

  **4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
  **5.a.** and **5.b.** are replaced by the following:

  The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-61 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| Liability Deductible: | $ 10,000 | Per "Accident" |
|---|---|---|
| | **OR** | |
| "Property Damage" Only Liability Deductible: | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

CA 03 02 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, the limit for Uninsured and Underinsured Motorists Coverage as provided by your policy is modified as follows:

1. For all directors, officers, partners or owners of the named insured and their "family members" who qualify as "insureds" under the WHO IS INSURED of the Uninsured and Underinsured Motorists Coverage attached to this policy, the limit of insurance shall apply per "accident" as follows:

   $500,000 Uninsured Motorists

   $500,000 Underinsured Motorists _____ This limit of insurance is for Each "accident" and is the most we will pay form all damages resulting from any one "accident" or "loss" regardless of the number of directors, officers, partners, owners or family members involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

2. For any other persons qualifying as "insureds" under the WHO IS AN INSURED provision of the applicable coverage, the limit shown below shall apply per "accident". If no limit is shown below, no coverage is afforded to any other person.

   $50,000 Uninsured Motorists MN

   $50,000 Underinsured Motorists MN _____ This limit of insurance is for each "accident" and is the most we will pay for all damages resulting from any one "accident" or "loss" regardless of the number of other persons involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

3. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the highest limit shown above is the most we will pay for all damages resulting from any one "accident" or "loss" unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy. This paragraph does not provide additional coverage or limits not available under paragraphs 1 or 2 above.

4. For purposes of this endorsement, "family member" means a person related to the director, officer, partner or owner of the named insured by blood, marriage or adoption who is a resident of that individual's household including a ward or foster child.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-93 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER:   0697156

**COMMERCIAL AUTO**
**CA 21 24 05 20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $  SEE DECLARATIONS | **Each "Accident"** |
| **Underinsured Motorists Coverage:** | $  SEE DECLARATIONS | **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought against an uninsured or underinsured motorist is not binding on us unless we have:

   a. Received reasonable notice of the commencement of the "suit" resulting in judgment; and

   b. Had a reasonable opportunity to protect our interests in the "suit".

© Insurance Services Office, Inc., 2019

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled with the owner or operator of an "uninsured motor vehicle" without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" under Uninsured Motorists Coverage, if that "bodily injury" is sustained by:

   **a.** An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage; or

   **b.** Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage.

4. "Bodily injury" under Underinsured Motorists Coverage, if that "bodily injury" is sustained by:

   **a.** An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage; or

   **b.** Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a "family member" who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota No-fault Automobile Insurance Act, while using a covered "auto" which is owned by the Named Insured.

6. Punitive or exemplary damages.

7. "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident":

   **a.** With an "uninsured motor vehicle" is the limit of Uninsured Motorists Coverage shown in the Schedule.

   **b.** With an "underinsured motor vehicle" is the limit of Underinsured Motorists Coverage shown in the Schedule.

   We will apply the Limit Of Liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured "bodily injury" liability.

2. Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss.

© Insurance Services Office, Inc., 2019                    CA 21 24 05 20

Insured Copy

3. We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

1. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other applicable insurance" applies only to other collectible uninsured motorists insurance and is replaced by the following:

   **a.** With respect to coverage we provide when a covered "auto" the Named Insured owns is involved in an "accident", only:

   **(1)** The Limit of Insurance for Uninsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "uninsured motor vehicle" is legally responsible.

   **(2)** The Limit of Insurance for Underinsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "underinsured motor vehicle" is legally responsible.

   **b.** If an "insured" sustains "bodily injury" while:

   **(1)** "Occupying" a vehicle not owned by that person or while not "occupying" any vehicle; or

   **(2)** "Occupying" a vehicle owned by the Named Insured or any "family member", if the Named Insured is an individual, and such vehicle is insured under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

| First Priority | The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | Any Coverage Form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

**(1)** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy.

**(2)** Where there is applicable insurance available under the first priority:

**(a)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying", under the Coverage Form or policy in the first priority, shall first be exhausted; and

**(b)** If there is other applicable insurance available under one or more policies or provisions of coverage:

The maximum recovery in the second priority under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

© Insurance Services Office, Inc., 2019

Insured Copy

If the coverage under this Coverage Form is provided:

**(i)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(ii)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**(3)** We will pay only our share of the "loss", not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits in the same level of priority.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

For an "underinsured motor vehicle", **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are also changed by adding the following:

**a.** Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle". Such notice shall:

**(1)** Identify the "insured", the owner or driver of the "underinsured motor vehicle" and the insurer of the "underinsured motor vehicle";

**(2)** Disclose the limits of the automobile liability insurance available to the owner or driver of the "underinsured motor vehicle"; and

**(3)** Disclose the agreed upon amount of the tentative settlement; and

**b.** Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following and supersedes any provision to the contrary:

**Transfer Of Rights Of Recovery Against Others To Us**

**a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**c.** For an "underinsured motor vehicle", Paragraph **3.a.** of the Transfer Of Rights Of Recovery Against Others To Us Condition does not apply if:

**(1)** We have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**(2)** We fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of written notification:

**(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**(2)** We also have a right to recover the advance payment.

© Insurance Services Office, Inc., 2019 CA 21 24 05 20

**d.** Our rights under Paragraph **3.a.** of this condition do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**e.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**f.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

However, we will not pay the "insured" any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Arbitration Condition, and before we pay, tender or deposit in court payment for the "loss".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** To which **(1)** no bodily injury liability bond or policy applies at the time of an "accident" or **(2)** a bodily injury liability bond or policy applies at the time of the "accident" but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Minnesota No-fault Automobile Insurance Act;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must cause an "accident" resulting in "bodily injury" to an "insured" without hitting a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who **(1)** denies coverage, **(2)** is or becomes insolvent or **(3)** cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "underinsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a bodily injury liability bond or policy applies at the time of the "accident" in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act but its limit for "bodily injury" liability is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle or equipment:

**a.** For which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company **(1)** denies coverage or **(2)** is or becomes insolvent;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "uninsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

 © Insurance Services Office, Inc., 2019 CA 21 24 05 20

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The Arbitration Condition is deleted from the Uninsured and Underinsured Motorists Coverage attached to this policy.

**THIS ENDORSEMENT APPLIES TO COVERED AUTOS LICENSED OR PRINCIPALLY GARAGED IN OR GARAGE OPERATIONS CONDUCTED IN: ALABAMA, ARIZONA, ARKANSAS, COLORADO, CONNECTICUT, DELAWARE, IDAHO, INDIANA, KANSAS, LOUISIANA, MAINE, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, OREGON, RHODE ISLAND, SOUTH DAKOTA, UTAH, WASHINGTON AND WISCONSIN.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:   0697156

**COMMERCIAL AUTO**
**CA 22 25 05 20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:**   09-01-2020 |

### SCHEDULE

| |
|---|
| In consideration of an increase in premium, the following Personal Injury Protection Coverage option applies as indicated below or in the Declarations: |
| ☐  The Named Insured elects to add together two or more Personal Injury Protection Coverages. (Refer to Paragraph **3.** of the Limit Of Insurance Provision.) |
| In consideration of a reduction in premium, exclusion of work loss applies as indicated below or in the Declarations: |
| ☐  Work loss will not be provided for the Named Insured age 65 or older, or age 60 or older, if retired and receiving a pension. |
| ☐  Work loss will not be provided for the Named Insured and any "family member" age 65 or older, or age 60 or older, if retired and receiving a pension. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## A. Coverage

The company will pay, in accordance with the Minnesota No-fault Automobile Insurance Act, Personal Injury Protection benefits incurred with respect to "bodily injury" sustained by an "insured" caused by an "accident" arising out of the maintenance or use of a "motor vehicle" as a vehicle, or through being struck by a motorcycle. These Personal Injury Protection benefits consist of the following:

**1. Medical Expenses**

Means all reasonable expenses incurred for necessary:

**a.** Medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices;

**b.** Prescription drugs as provided under MINN. STAT. § 65B.44, Subd. 2;

**c.** Ambulance and all other transportation expenses incurred in traveling to receive other covered medical expense benefits;

**d.** Sign interpreting and language translation services, other than such services provided by a member of the "insured's" family, related to the receipt of medical expenses provided under Paragraph **A.1.** of this provision; and

**e.** Hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious belief; however, it does not include expenses in excess of those for a semiprivate room, unless more intensive care is medically required.

**2. Work Loss**

Means:

**a.** 85% of loss of gross income resulting from the "insured's" inability to work on a regular basis including the costs incurred by an "insured" who is self-employed in hiring substitute "employees" to perform tasks which are necessary to maintain his or her income, which he or she normally performs himself or herself, and which he or she cannot perform because of his or her injury; or

**b.** Lost unemployment benefits in an amount equal to the unemployment benefits otherwise payable, if the "insured":

**(1)** Is unemployed at the time of the injury and is receiving or is eligible to receive unemployment benefits; and

**(2)** Loses eligibility for unemployment benefits because of his or her inability to work caused by injury;

reduced by any income from work actually performed by the "insured", or by any income he or she would have earned in available appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake.

**3. Essential Services Expenses**

Expenses reasonably incurred during a period commencing eight days after the date of the accident and during the "insured's" lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he or she not been injured, he or she would have performed not for income but for the direct benefit of himself or herself or his or her household; if the non-fatally injured "insured" normally, as a full-time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance.

**4. Funeral Expenses**

Reasonable expenses for professional funeral and burial services, including expense for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

**5. Survivors' Loss**

Means:

**a.** "Loss", in the event of the death of an "insured" occurring within one year from the date of the "accident", of contributions of money or tangible things of economic value, not including services, that his or her surviving dependents would have received from him or her for their support during their dependency had he or she not suffered the fatal "bodily injury"; and

b. Expenses reasonably incurred by surviving dependents after the death of an "insured" in obtaining ordinary and necessary substitute services in lieu of those he or she would have performed for their benefit had he or she not suffered the fatal "bodily injury", minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he or she attains majority, marries or becomes otherwise emancipated, or dies.

**B. Who Is An Insured**

1. The Named Insured or any "family member" who sustains "bodily injury" while "occupying" a "motor vehicle", or while a pedestrian as a result of an "accident" involving any "motor vehicle" or motorcycle.

2. Any other person who sustains "bodily injury" while "occupying" the "insured motor vehicle", or while a pedestrian as a result of an "accident" involving the "insured motor vehicle".

3. Any other person who sustains "bodily injury" while "occupying" a "motor vehicle" not owned by, but operated by the Named Insured or "family member", other than a public or livery conveyance, if the "bodily injury" results from the operation of the "motor vehicle" by the Named Insured or "family member". As used in this provision, public or livery conveyance includes, but is not limited to, any period of time a "motor vehicle" is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by any "family member" if such "family member" is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured under the terms of any other Coverage Form or policy with respect to such coverage.

2. Sustained by any person, other than the Named Insured or "family member", if such person is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured or "family member" under the terms of any other Coverage Form or policy with respect to such coverage.

3. Sustained by any person arising out of the maintenance or use of a "motor vehicle":

   a. Being used in the business of transporting persons or property; or

   b. Furnished by the employer of the Named Insured or "family member";

   if with respect to such vehicle, the security required by the Minnesota No-fault Automobile Insurance Act is in effect, provided that such "bodily injury" is sustained while not "occupying" another involved "motor vehicle"; however, this exclusion does not apply to **(i)** the "insured motor vehicle", **(ii)** a commuter van as defined in the Minnesota No-fault Automobile Insurance Act, **(iii)** a vehicle being used to transport children to school or to a school sponsored activity, **(iv)** a vehicle being used to transport children as part of a family or group family day care program, **(v)** any bus, other than a bus included as a vehicle described in **(ii), (iii)** or **(iv)** above, while in operation within the state of Minnesota as to any Minnesota resident who is an insured as defined in the Minnesota No-fault Automobile Insurance Act, or **(vi)** a passenger in a taxi.

4. To any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his or her intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself or herself, his or her survivors are not entitled to any survivors' loss benefits.

5. Sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor, other than a rally held in whole or in part upon public roads.

6. Sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

Insured Copy

7. Sustained by any person if such injury arises out of conduct in the course of loading or unloading any "motor vehicle" unless the conduct occurs while such person is "occupying" such "motor vehicle".

8. Sustained by any person while "occupying" a motorcycle.

9. To Personal Injury Protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an "insured" as a result of any one "accident".

10. Sustained by any person, other than the Named Insured or any "family member", arising out of the maintenance or use by such person of a "motor vehicle" without a good faith belief that he or she is legally entitled to use such "motor vehicle".

11. Sustained by any person, other than the Named Insured or any "family member", while a pedestrian through being struck by the "insured" "motor vehicle", if the "accident" occurs outside the state of Minnesota.

12. Sustained by any person arising out of the maintenance or use of a "motor vehicle" while located for use as a residence or premises.

13. Arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

14. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

15. With respect to work loss, essential services expenses and survivors' loss benefits, sustained by any person, other than the Named Insured or "family member", while "occupying" any "motor vehicle", not owned by the Named Insured or "family member", which is being operated by the Named Insured or "family member".

16. Sustained by any person, other than the Named Insured or any "family member", while "occupying" a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the state of Minnesota, its political subdivisions, municipal corporations or public agencies, if the "accident" occurs outside the state of Minnesota.

**D. Limit Of Insurance**

1. Except as provided in Paragraph **3.**, regardless of the number of persons insured, policies or plans of self-insurance applicable, premiums paid, claims made or "insured motor vehicles" to which this coverage applies, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate and subject to such aggregate:

    a. The maximum amount payable for "medical expenses" shall not exceed $20,000.

    b. The maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000. Subject to this maximum aggregate:

        (1) The maximum amount payable for work loss shall not exceed $500 per week.

        (2) The maximum amount payable for essential services expenses shall not exceed $200 per week.

        (3) The maximum amount payable for funeral expenses shall not exceed $5,000.

        (4) The maximum amount payable for survivors' loss benefits:

            (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week; and

            (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week.

© Insurance Services Office, Inc., 2019

CA 22 25 05 20

2. Any amount payable by the company under the terms of this coverage shall be reduced by:

   a. Any amounts paid, payable or required to be provided on account of such "bodily injury" under any workers' compensation law; except that if the "accident" involves a "motor vehicle" used in a "ridesharing arrangement", this coverage shall be primary.

   b. The amount of any deductible applicable to "medical expenses" set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or by a "family member", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in this Coverage Form, and such amount shall be allocated equally among them.

   c. The amount of any deductible applicable to work loss set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or any "family member".

3. If the Schedule or Declarations indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, regardless of the number of persons insured, premiums paid or claims made, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate, per "insured motor vehicle", and subject to each such aggregate:

   a. The maximum amount payable for "medical expenses" shall not exceed $20,000 per "insured motor vehicle".

   b. The maximum amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000 per "insured motor vehicle". Subject to this maximum aggregate:

      (1) The maximum amount payable for work loss shall not exceed $500 per week per "insured motor vehicle".

      (2) The maximum amount payable for essential services expenses shall not exceed $200 per week per "insured motor vehicle".

      (3) The maximum amount payable for funeral expenses shall not exceed $5,000 per "insured motor vehicle".

      (4) The maximum amount payable for survivors' loss benefits:

         (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week per "insured motor vehicle"; and

         (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week per "insured motor vehicle".

**E. Changes In Conditions**

The **Conditions** are changed for Personal Injury Protection as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are replaced by the following:

   a. In the event of any "accident", written notice containing particulars sufficient to identify the "insured" and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to us or any of our authorized agents within six months from the date of the "accident". Failure to provide such written notice shall not render an "insured" ineligible to receive benefits unless actual prejudice is shown by us and then only to the extent of the prejudice. If an "insured", his or her legal representative or his or her surviving dependents shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such "insured", his or her legal representative or his or her surviving dependents.

b. As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury", treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. An "insured" who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than a medical rehabilitation procedure or treatment, shall notify us that he or she has undertaken the procedure, treatment or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment or training, unless we know or have reason to know of the undertaking. If the "insured" does not give the required notice within the prescribed time, we are responsible only for $1,000 or the expense incurred after the notice is given and within 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

2. **The Transfer Of Rights Of Recovery Against Others To Us** Policy Condition does not apply.

3. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are amended by the following:

In the event the "insured" has other similar insurance including self-insurance available and applicable to the "accident", we shall not be liable for a greater proportion of any loss to which this coverage applies than the Limit of Insurance hereunder bears to the sum of the applicable Limits of Insurance of this coverage and such other insurance.

However, if the driver or occupant of a "motor vehicle" sustains "bodily injury" while using the vehicle in the business of transporting persons or property, this insurance is primary.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Policy Condition is replaced by the following:

**Two Or More Coverage Forms Or Policies Issued By Us**

If the Schedule indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, the Two Or More Coverage Forms Or Policies Issued By Us provision in the Policy Conditions section of the Coverage Form does not apply to coverage afforded under this endorsement. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

5. The following conditions are added:

**Coordination, Nonduplication And Priority Of Payments**

a. No "insured" shall recover duplicate benefits for the same elements of "loss" under this or any similar insurance including self-insurance.

b. Any amount payable under any Uninsured Motorists Coverage afforded under this Coverage Form or policy shall be reduced by the amount of any Personal Injury Protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance Coverage Form or policy because of "bodily injury" sustained by an "insured".

**Constitutionality Clause**

The premium for and the coverages of the Policy have been established in reliance upon the provisions of the Minnesota No-fault Automobile Insurance Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such act invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Policy and the provisions of this endorsement shall be voidable or subject to amendment at our option.

© Insurance Services Office, Inc., 2019 CA 22 25 05 20

**Arbitration**

If you and we disagree on the amount of "loss" under Personal Injury Protection and the disputed amount is:

**a.** $10,000 or less, both parties must submit to arbitration; or

**b.** More than $10,000, we will advise the "insured" whether we will submit the claim to arbitration.

Arbitration will be conducted in accordance with the Rules of Procedure For No-fault Arbitration contained in the Minnesota Insurance Laws.

In the event of arbitration, each party will select a competent arbitrator. The two arbitrators will select a competent and impartial umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen arbitrator; and

**b.** Bear the other expenses of the arbitration and umpire equally.

If we submit to arbitration, we still retain our right to deny the claim.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Arbitration Condition, and before we pay, tender or deposit in court payment for the "loss".

**F.  Additional Definitions**

As used in this endorsement:

**1.** "Family member" means the spouse or any person related to the Named Insured by blood, marriage or adoption, including a minor in the custody of the Named Insured, spouse or such related person, who is a resident of the same household as the Named Insured whether or not temporarily residing elsewhere.

**2.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the Coverage Form or Policy applies and for which a specific premium is charged; and

**b.** The Named Insured is required to maintain security under the provisions of the Minnesota No-fault Automobile Insurance Act.

**3.** "Motor vehicle" means every vehicle, other than a motorcycle or other vehicle with fewer than four wheels, which:

**a.** Is required to be registered pursuant to Minnesota Statutes, Chapter 168; and

**b.** Is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property, and includes a "trailer" with one or more wheels, when the "trailer" is connected to or being towed by a "motor vehicle".

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Ridesharing arrangement" means the transportation of persons, for a fee or otherwise, in a "motor vehicle" when the transportation is incidental to another purpose of the driver. The term includes the forms of shared transportation known as car pools, commuter van pools and bus pools whether or not furnished by an employer. It does not include transportation of "employees" by an employer from one place to another.

**6.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

9. **Bankruptcy Or Insolvency**

Damages arising out of the:

a. Bankruptcy;

b. Financial inability to pay;

c. Insolvency;

d. Liquidation; or

e. Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 82 10 13**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**

**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:**　　　　09-01-2020 |

## SCHEDULE

| Coverage | Limits Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $　1,000,000 | **Each Employee** | $　　1,000 | $  INCLUDED |
| | $　2,000,000 | **Employee Benefits Aggregate** | | |
| **Retroactive Date** | 09-01-2018 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

## A. Employee Benefits Liability Coverage

### 1. Coverage

**a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

**(2)** Our right to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

### 2. Exclusions

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

          © Insurance Services Office, Inc., 2013          CA 25 82 10 13

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B. Supplementary Payments**

We will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**5.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**6.** Prejudgment interest awarded against the "insured" on that part of judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limit of Insurance.

**C. Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

**3.** Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

**5.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

© Insurance Services Office, Inc., 2013

**D. Limits Of Insurance**

**1.** The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**a.** "Insureds";

**b.** "Claims" made or "suits" brought;

**c.** Persons or organizations making "claims" or bringing "suits";

**d.** Acts, errors or omissions; or

**e.** Benefits included in your "employee benefit program".

**2.** The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**3.** Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**a.** An act, error or omission; or

**b.** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

**1.** Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**2.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend any "suits" seeking those damages; and

**b.** Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

**1.** The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any "insured", you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

 © Insurance Services Office, Inc., 2013 CA 25 82 10 13

   **c.** You and any other involved "insured" must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

   **d.** No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

   **e.** The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

**2.** The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

   **a.** **Primary Insurance**

    This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

   **b.** **Excess Insurance**

    **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

     **(a)** No Retroactive Date is shown in the Schedule of this insurance; or

     **(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

    **(2)** When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

    **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

    **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

   **c.** **Method Of Sharing**

    If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

    If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**G.** **Extended Reporting Period**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is cancelled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

    **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

    **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" "insured";

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

**H. Definitions**

For the purposes of the coverage provided by this endorsement, **Section V - Definitions** is amended as follows:

**1.** The "Employee" definition is replaced by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**2.** The "Suit" definition is replaced by the following":

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**3.** The following definitions are added:

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

      © Insurance Services Office, Inc., 2013      CA 25 82 10 13

Insured Copy

d. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

(1) Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4) Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Contingent Workers' Compensation Coverage

We will issue a Standard Workers Compensation policy at rates and premiums at the inception date of each policy if you become legally obligated to pay benefits required by the Workers Compensation Act, provided:

1. That such obligation did not arise out of any business or business property you own or operate or of any partnership or joint venture of which you are a partner or member.

2. You have not elected to provide and pay compensation according to provisions of the Workers Compensation Act and do not so elect during the policy term.

3. You do not have in effect on the date of the accident a policy providing Workers Compensation benefits for the injured person.

4. This agreement does not apply to any "employee" injured while engaged in duties directly or indirectly connected with farm tractors, trailers, implements, draft animals or vehicles for use therewith, while under contract to others for a charge in connection with any farming operation.

The policy to be provided shall be effective (a) from the effective date of this policy or (b) from the date of commencement of the operations in which the "employee" was injured, whichever is later.

If we are not permitted to issue a Worker's Compensation policy in a given state or pay the benefits directly to the person(s) entitled to them, we will reimburse you for the benefits required by the workers compensation law of that state.

The "Workers Compensation Act" shall mean the Workmen's Compensation Law or Workers Compensation Law, or any Occupational Disease Law applicable in the state in which the named insured has established his principal residence.

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

a.   is sudden, unforeseen, and unexpected;

b.   is independent of any illness, disease or other bodily malfunction;

c.   happens by chance;

d.   arises from a source external to the "victim"; and

occurs within 180 days of the "assault or attack".

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on DECLARATIONS AUTO DEALERS COVERAGE FORM do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

a.   "Loss of life" $250,000;

b.   "Loss of speech" and "loss of hearing" $200,000;

c.   "Loss of speech" or "loss of hearing" and one of the following:   "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;

d.   Loss of both hands $200,000;

e.   Loss of both feet $200,000;

f.   Loss of sight in both eyes $200,000;

g.   Loss of any two of the following:   "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;

h.   "Loss of speech" $100,000;

i.   "Loss of hearing" $100,000;

j.   "Loss of hand" $100,000;

k.   "Loss of foot" $100,000;

l.   "Loss of sight of an eye" $100,000;

m.   "Loss of thumb and index finger" $75,000;

n.   "Mutilation" $50,000.

At your discretion you may use all of, or part the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

a.   at your discretion - payment for ransom; if none

b.   the spouse of the "victim" who lived with the "victim"; if none

c.   the domestic partner of the "victim" who lived with the "victim"; if none

d.   the estate of the "victim".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family members(s)". The following are not eligible to receive this reward payment:  You, or a "family member(s)" of any person covered by this endorsement.

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction" - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -

a.  spouse

b.  children, their children or other descendents of theirs

c.  parents, grandparents or other ancestors of theirs,

who live with you, including spouses or domestic partners of all of the above. Parents, grandparents and others ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment. A "physician" does not include you or a "family member(s)".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by you as a domestic "employee" or residential staff. In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority. However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

**Other Insurance**

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to "accidental death and dismemberment benefit".

**Your Duties After a Loss**

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible. In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible. In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible. In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required. In the event of a death claim Proof of death is required and must include a certified copy of the death certificate.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)". We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select. We may also have an autopsy done by a "physician", unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 07 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

## SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING. THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

CA 25 07 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 09 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| 345 PLATO BLVD E, ST PAUL MN 55107 | SUMMIT LIMITED PARTNERSHIP | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

SUMMIT LIMITED PARTNERSHIP
345 PLATO BLVD E
ST PAUL MN   55107

B. The Insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.

2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

CA 25 09 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 09 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY THE NAMED INSURED. | RUSSO HARDWARE INC DBA RUSSO | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

B. The Insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.

2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

**CA 25 09 10 13**                © Insurance Services Office, Inc., 2011                **Page 1 of 1**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2023 MAPLEWOOD DR N MAPLEWOOD, MN | LMCD PROPERTIES OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LMCD PROPERTIES OF MINNESOTA
LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR
## LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2911 HWY 61 N MAPLEWOOD, MN | M&M PARTNERSHIP OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

M&M PARTNERSHIP OF MINNESOTA
LLP
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 46 S ROBERT TR INVERGROVE HEIGHTS, MN & 14 MENDOTA RD INVER GROVE HEIGHTS, MN | MCDANIELS INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCDANIELS INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2889 HWY 61 N & 1241 BEAM AVE MAPLEWOOD, MN. | MMH INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 2873 HIGHWAY 61, MAPLEWOOD MN 55109-1082 | 2873 MAPLEWOOD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 12790 PLAZA DR EDEN PRAIRIE, MN 55344 | MCEP INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCEP INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| See IL-F-40-0001 | BRILLIANCE LAND MANAGEMENT LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-137 - BRILLIANCE LAND MANAGEMENT LLC

RE: 210 N ROUTE 31 CRYSTAL LAKE, IL; 680 W TERRA COTTA AVE, CRYSTAL
LAKE, IL;810 RT 176 CRYSTAL LAKE, IL.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 4625 S ROBERT TR INVER GROVE HEIGHTS, MN | MCD PROPERTIES OF IGH LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1500 N RANDALL RD ELGIN, IL | BLMS LLC | $ INCLUDED |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BLMS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN 55077 | LKMCD PROPERTIES LLC | **$ INCLUDED** |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1037 HIGHWAY 110 & 4600 AKRON AVE S INVER GROVE HEIGHTS, MN | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

 © Insurance Services Office, Inc., 2013 **CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL AUTO
CA 25 57 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2011

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1331 of 2396 PageID #:1344
Insured Copy

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

**A.** The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

© Insurance Services Office, Inc., 2011

Insured Copy

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

    **(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

    **(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 25 60 10 13

COMMERCIAL AUTO
CA 99 55 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016 CA 23 44 11 16

COMMERCIAL AUTO
CA 27 13 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION WITH HEMP EXCEPTION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Section II - General Liability Coverages:**

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

**(1)** An "insured"; or

**(2)** Any other person for whom you are legally responsible;

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

**(1)** The "bodily injury" or "property damage" occurs;

**(2)** The "accident" which caused the "bodily injury" or "property damage" takes place; or

**(3)** The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

**a.** False arrest, detention or imprisonment; or

**b.** The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

Insured Copy

**C.  Additional Definition**

As used in this endorsement:

"Cannabis":

**1.**  Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.**  Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.**  Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.**  Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)**  Resin, oil or wax;

**(2)**  Hash or hemp; or

**(3)**  Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

　　　　© Insurance Services Office, Inc., 2019　　　　CA 27 13 12 19

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 99 10 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE -
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**
**Endorsement Effective Date:** 09-01-2020

### SCHEDULE

| Name Of Individual: | ANDY HULCHER |
| | STEVE MCDANIELS |
| | BRYAN OKUBO |

| Covered Autos Liability Coverage | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
|---|---|---|---|---|
| Auto Medical Payments | Limit | $ | Premium: | $ |
| Comprehensive | Deductible: | $ 0 | Premium: | $ INCLUDED |
| Collision | Deductible: | $ 50 | Premium: | $ INCLUDED |
| Uninsured Motorists | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Underinsured Motorists | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

Insured Copy

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

  **1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

  **2.** The following is added to **Who Is An Insured:**

  Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

  **1.** Any "auto" owned by that individual or by any member of his or her household.

  **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

© Insurance Services Office, Inc., 2011

CA 99 10 10 13

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NAMED INDIVIDUALS -
## BROADENED PERSONAL INJURY PROTECTION COVERAGE

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

| Name of Individual | State | Premium |
|---|---|---|
| ANDY HULCHER | MN | $ INCLUDED |
| STEVE MCDANIELS | MN | $ INCLUDED |
| BRYAN OKUBO | MN | $ INCLUDED |

The individual named in the schedule of this endorsement and any "family member" of the named individual shall be considered a "named insured" for the personal injury protection coverage provided for the state shown in the schedule.

For the purpose of this endorsement, "family member" means a person related to the individual named in this endorsement by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child, whether or not temporarily residing elsewhere.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-68 (04-91)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VICARIOUS AND BROADENED AUTO LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. CHANGES IN LIABILITY INSURANCE**

1. Any "auto" owned by a "son or daughter" of any director, officer, partner or owner of the named insured is a covered "auto" for LIABILITY COVERAGE but only:

    **a.** For "vicarious liability."

    **b.** While being used by a director, officer, partner or owner of the named insured.

    **c.** While being used by a spouse of a director, officer, partner or owner of the named insured.

2. The following is added to WHO IS AN INSURED:

    Any director, officer, partner or owner of the named insured including their spouse are "insureds" for any covered "auto" described in paragraph **A.1.** of this endorsement.

3. The insurance provided by this endorsement is excess over any other collectible insurance.

**B. ADDITIONAL DEFINITIONS**

As used in this endorsement:

"Auto" includes "mobile equipment."

"Son or daughter" means a child related by blood or adoption who is a resident of his or her parent's household, including a ward or foster child.

"Vicarious liability" means indirect legal responsibility which an "insured" becomes obligated to pay by reason of liability imposed on the "insured" by law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission
CA-F-124 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTORY CLAUSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE PART

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

It is agreed that the insurance provided by any additional insured endorsement is primary when primary coverage is required in a written contract. We will not seek contribution from any insurer when insurance on a non-contributing basis is required in a written contract. For coverage to apply, the written contract must have been executed prior to the occurrence of "loss".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-129 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

CA-F-142 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

    **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)** Odometer readings; or

        **(2)** Disclosure of "prior damage"; or

        **(3)** The use of non-original equipment manufacturer parts; or

        **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

[X] **4. Title Errors and Omissions Liability Coverage**

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B. OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C. EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D. LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)      Policy Number: 0697156      Transaction Effective Date: 09-01-2020

Insured Copy

**E. DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

1. "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2. "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3. "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4. "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5. "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

    **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

        your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        Item **F.7.** is deleted and replaced by the following:

        We will deduct   $2,500   from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

    **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

    **H.** "Customer's auto" is amended to also include watercraft.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverages attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others for a term of 6 months or longer.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

### Schedule

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $ 50,000 | **Per Customer Complaint Legal Defense Limit** | $ 500,000 | **Customer Complaint Legal Defense Aggregate Limit** |

| Deductible |
|---|
| $ 1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

   a. The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

   b. Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

   a. Prejudgment or post judgment interest;

   b. Punitive damages;

   c. Civil or criminal fines; or

   d. Penalties imposed by law

   imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

   A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**B. Exclusions**

1. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

   **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

   **(1)** An "accident";

   **(2)** "Bodily Injury" or "Property Damage";

   **(3)** "Personal and advertising injury";

   **(4)** "Acts, errors or omissions"; or

   **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

   **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

   Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **(1)** Personally commit;

   **(2)** Personally participate in;

   **(3)** Personally acquiesce to; or

   **(4)** Remain passive after having knowledge of;

   any such act, error or omission.

   **c.** Product Recall

   The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

   **d.** Mechanical Breakdown or Warranty Agreements

   Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

   **e.** Pollutants

   Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

   **f.** Workers Compensation or Disability Benefits

   Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

    **b.** Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Limit of Insurance**

1. Regardless of the number of:

    **a.** "Insureds";

    **b.** "Customer complaints"; or

    **c.** Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

2. Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

3. All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

4. The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E. Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of "Customer Complaint"**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of a "customer complaint", you must:

        **(1)** Promptly record the specifics of the "customer complaint" and the date received; and

        **(2)** Notify us, in writing, as soon as practicable.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

        **(3)** Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

        **(4)** Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**Policy Period, Coverage Territory**

The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico; and

    **d.** Canada

4. The following condition is added:

**Transfer Of Duties When The Limit of Insurance Is Exhausted**

    **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

    **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

        **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

        **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

        **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

    **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

        **(1)** Cooperate in the transfer of control of "customer complaints".

    **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

The duty of the first Named Insured to reimburse us will begin on:

        **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

        **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

    **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)  Policy Number: 0697156  Transaction Effective Date: 09-01-2020

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

**1.** The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

"Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

"Suit" includes

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**2.** The following definitions are added:

**a.** "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

**b.** "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

**(1)** All expenses we incur.

**(2)** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

**(3)** All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

**(4)** Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b (1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-91 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1. **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

   **g. Leased Autos**

   Any covered "auto" while:

   (1) Leased or rented to others; or

   (2) Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

   But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-156 (07-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

    **A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

        your "products" or "work you performed";
        if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        **1.** Item **F.7.** is deleted and replaced by the following:

            We will deduct    $2,500    from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

            We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II.** **SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

    **A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

        **1.** Defective parts or materials; or

        **2.** Faulty "work you performed".

    **B.** Deductible

        **1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

        **2.** We will deduct    $2,500    from any amount payable as damages as a result of this endorsement. You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay    100    percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-67 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

In the event of any payment under this AUTO DEALERS COVERAGE FORM, the company agrees to waive its rights under the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US condition against:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176


its subsidiaries, directors, agents or employees, except when the payment results from the sole negligence of:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176


its subsidiaries, agents or employees.

Additional Reference:

LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY
THE NAMED INSURED.




MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109




Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-100 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2020

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   **a.** "Accidents" or "losses" occurring within 25 miles of the United States border; and

   **b.** Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

CA 01 21 10 13    © Insurance Services Office, Inc., 2011    Page 1 of 1

Insured Copy

COMMERCIAL AUTO
CA 01 33 05 20

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **D.1. Coverage** under **Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **D.3.a. Supplementary Payments** of **Covered Autos Liability Coverage** is amended by the addition of the following:

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **D.5. Limit Of Insurance - Covered Autos Liability** of **Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **E.3. Coverage Extensions** of **Garagekeepers Coverage** is amended by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**F.** Paragraph **E. Supplementary Payments** of **General Liability Coverages** and Paragraph **D. Supplementary Payments** of **Acts, Errors Or Omissions Liability Coverages** are amended by the addition of the following:

**6.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The **Conditions** are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal;

**b.** More than $10,000, either party may demand an appraisal of the "loss".

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Appraisal Condition, and before we pay, tender or deposit in court payment for the "loss".

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

The following duties apply:

**3. Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability, General Liability and Acts, Errors Or Omissions Liability Coverages do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage Coverage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

 © Insurance Services Office, Inc., 2019 **CA 01 33 05 20**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

    **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

    **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

CA-F-115 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

 © Insurance Services Office, Inc., 2012 CA 02 18 10 13

**2. Nonrenewal**

**a.** If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**b.** If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**c.** Proof of mailing of any notice shall be sufficient proof of notice.

**B.** For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**c. Policies In Effect Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**d. Policies In Effect 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** An act or omission by you that substantially increases or changes the risk insured;

**(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012   CA 02 18 10 13

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2020

## Property Revisions

Change Blanket Coverage

      Blanket    1
      Location Number    1
      Location Number    2
      Location Number    3
      Location Number    4
      Location Number    5
      Location Number    6
      Location Number    7
      Location Number    8
      Location Number    9
      Location Number   10
      Location Number   14
      Location Number   16
      Location Number   17
      Personal Property of Insured Limit $13,317,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-21-2020
                        Issue Date:  10-22-2020

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED SERVICE INSURANCE COMPANY**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective          09-01-2020

## Property Revisions

Change Blanket Coverage

        Blanket    5
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   14
        Location Number   16
        Location Number   17
        Building Limit $61,512,000

Change Limit(s)                          Additional Premium:   $356

        Location   17                    Building    1
        Building
        Limit:  Blanket                  Special Cause of Loss
                                         Replacement Cost

Add Form(s)

        CP-F-17 (11-95) Additional Insured-Designated Premises Only

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-21-2020
                        Issue Date:  10-22-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2020

## Property Revisions

| | |
|---|---|
| Location  1  Building  1<br>Systems Breakdown Cause of Loss | Additional Premium:  $8 |
| Location 17  Building  1<br>Personal Property of Insured | Additional Premium:  $1 |
| Location 17  Building  2<br>Light Poles | Additional Premium:  $2 |
| Location 17  Building  2<br>Light Poles | Additional Premium:  $7 |
| Location 17  Building  2<br>Light Poles | Additional Premium:  $2 |

Additional Certified Acts of Terrorism Premium Total       $11

Total Endorsement Charge       $387

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  10-21-2020
                      Issue Date:  10-22-2020

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

    MAPLEWOOD MOTORS LLC
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 17 | 1 | 2999 MAPLEWOOD DR  AUTO STORAGE MAPLEWOOD MN  55109 | $10,000 | $61,512,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:

2999 MAPLEWOOD PROPERTIES LLC
2873 HIGHWAY 61
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Property Revisions

Change Blanket Coverage

        Blanket    1
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   14
        Location Number   16
        Location Number   17
        Personal Property of Insured Limit $13,317,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-13-2020
                        Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Property Revisions

Change Blanket Coverage

```
        Blanket   2
        Location Number   1
        Location Number   2
        Location Number   3
        Location Number   4
        Location Number   5
        Location Number   6
        Location Number   7
        Location Number   8
        Location Number   9
        Location Number  10
        Location Number  14
        Location Number  16
        Location Number  17
        Personal Property of Others Limit $2,757,000
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-13-2020
                        Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Property Revisions

Change Blanket Coverage

        Blanket    5
        Location Number   1
        Location Number   2
        Location Number   3
        Location Number   4
        Location Number   5
        Location Number   6
        Location Number   7
        Location Number   8
        Location Number   9
        Location Number  10
        Location Number  14
        Location Number  16
        Location Number  17
        Building Limit $61,707,000

Change Limit(s)                         Additional Premium:  $244

        Location    5                   Building    3
        Building
        Limit:  Blanket                 Special Cause of Loss
                                        Replacement Cost

Location    1  Building    1            Additional Premium:  $12
        Systems Breakdown Cause of Loss

Location    5  Building    1            Additional Premium:  $117
        Building

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  11-13-2020
                      Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2020

## Property Revisions

| | | | | |
|---|---|---|---|---|
| Location   5  Building   1<br>Building | Additional Premium: | $46 |
| Location   5  Building   1<br>Building | Additional Premium: | $93 |
| Location   5  Building   1<br>Personal Property of Insured | Additional Premium: | $11 |
| Location   5  Building   1<br>Personal Property of Insured | Additional Premium: | $3 |
| Location   5  Building   1<br>Personal Property of Insured | Additional Premium: | $15 |
| Location   5  Building   1<br>Personal Property of Others | Additional Premium: | $1 |
| Location   5  Building   2<br>Fences | Additional Premium: | $1 |
| Location   5  Building   2<br>Fences | Additional Premium: | $3 |
| Location   5  Building   2<br>Fences | Additional Premium: | $3 |
| Location   5  Building   2<br>Light Poles | Additional Premium: | $2 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-13-2020
                        Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective          09-01-2020

## Property Revisions

| | | |
|---|---|---|
| Location   5  Building   2<br>Light Poles | Additional Premium: | $3 |
| Location   5  Building   2<br>Light Poles | Additional Premium: | $5 |
| Location   5  Building   2<br>Building | Additional Premium: | $8 |
| Location   5  Building   2<br>Building | Additional Premium: | $4 |
| Location   5  Building   2<br>Building | Additional Premium: | $7 |
| Location   5  Building   2<br>Personal Property of Insured | Additional Premium: | $15 |
| Location   5  Building   2<br>Personal Property of Insured | Additional Premium: | $3 |
| Location   5  Building   2<br>Personal Property of Insured | Additional Premium: | $15 |
| Location   5  Building   2<br>Personal Property of Others | Additional Premium: | $1 |
| Location   5  Building   2<br>Personal Property of Others | Additional Premium: | $1 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-13-2020
                        Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2020

## Property Revisions

```
Location   5  Building   3          Additional Premium:  $1
       Personal Property of Insured
Location   5  Building   3          Additional Premium:  $1
       Personal Property of Insured
Location   5  Building   3          Additional Premium:  $1
       Personal Property of Others
Location   5  Building   3          Additional Premium:  $1
       Personal Property of Others

        Additional Certified Acts of Terrorism Premium Total      $36

                        Total Endorsement Charge      $653

             Additional MN Fire Safety Surcharge       $1

                        Additional Surcharge Total        $1

                           Total Amount Charged      $654

               This will appear on your next bill
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  11-13-2020
                      Issue Date:  11-14-2020

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Common Declarations Revisions

```
Add Location

     Location  18
     5300 S ROBERT TRL
     PARKING STALLS
     INVER GROVE HEIGHTS MN  55077

               No Common Declarations Charge
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-16-2020
                        Issue Date:  12-29-2020

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective      09-01-2020

## Auto Dealer Revisions

Add Additional Interest                Additional Premium: $16

      Location    1
      Additional Insured - Owners Of Leased Or Rented Land Or Premises
      Limit:  $0

Add Additional Interest

      Location    1
      Additional Insured - Owners Of Leased Or Rented Land Or Premises
      D & T PROPERTY INC
      2227 PLATWOOD RD
      MINNETONKA MN  55305
      Interest Description:  RE:  5300 S ROBERT TRL  INVER GROVE HEIGHTS
                          MN  55077; NAMED INSURED INCLUDES MIDWEST
                          MOTORS LLC.

Add Form(s)

      CA 25 09 (10-13) Additional Insured - Owners Of Leased Or Rented
      Land Or Premises

                  Total Auto Dealer Charge        $16

                  Total Endorsement Charge        $16

                  This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-16-2020
                         Issue Date:  12-29-2020

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 09 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MAPLEWOOD MOTORS LLC |
| **Endorsement Effective Date:** 12-16-2020 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| RE:  5300 S ROBERT TRL  INVER GROVE HEIGHTS  MN  55077; NAMED INSURED INCLUDES MIDWEST MOTORS LLC. | D & T PROPERTY INC | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

B. The Insurance afforded by this endorsement does not apply to:
   1. Any "accident" which occurs after you cease to be a tenant in the premises.
   2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

D & T PROPERTY INC
2227 PLATWOOD RD
MINNETONKA MN   55305

CA 25 09 10 13         © Insurance Services Office, Inc., 2011         Page 1 of 1

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Property Revisions

Add Additional Interest

        Location  11                    Building   1
        Personal Property of Insured
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Lender Loss Payee (CP 12 18)

Add Additional Interest

        Location  11                    Building   1
        Building
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Lender Loss Payee (CP 12 18)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  08-09-2021
                      Issue Date:  08-11-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2020

## Property Revisions

Add Additional Interest

        Location  13                      Building    1
        Personal Property of Insured
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Lender Loss Payee (CP 12 18)

Add Additional Interest

        Location  13                      Building    1
        Building
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Lender Loss Payee (CP 12 18)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-09-2021
                        Issue Date:  08-11-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Property Revisions

Add Additional Interest

      Location   1                     Building   1
      Personal Property of Insured
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Add Additional Interest

      Location   1                     Building   1
      Building
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**

**PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-09-2021
                     Issue Date:  08-11-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2020

## Property Revisions

Add Additional Interest

       Location   6                 Building   1
       Personal Property of Insured
       TOYOTA MOTOR CREDIT CORP
       ATTN
        DEALER INSURANCE
       6565 HEADQUARTERS DRIVE
       PLANO TX   75024
       Lender Loss Payee (CP 12 21 MN)

Add Additional Interest

       Location   6                 Building   1
       Building
       TOYOTA MOTOR CREDIT CORP
       ATTN
        DEALER INSURANCE
       6565 HEADQUARTERS DRIVE
       PLANO TX   75024
       Lender Loss Payee (CP 12 21 MN)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_SECRETARY_           _PRESIDENT_

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number: 0697156        Transaction Effective Date: 08-09-2021
                     Issue Date: 08-11-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Property Revisions

Add Additional Interest

      Location   7                    Building   1
      Personal Property of Insured
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Add Additional Interest

      Location   7                    Building   1
      Building
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-09-2021
                        Issue Date:  08-11-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Property Revisions

Add Additional Interest

      Location   8                    Building   1
      Personal Property of Insured
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Add Additional Interest

      Location   8                    Building   1
      Building
      TOYOTA MOTOR CREDIT CORP
      ATTN
       DEALER INSURANCE
      6565 HEADQUARTERS DRIVE
      PLANO TX   75024
      Lender Loss Payee (CP 12 21 MN)

Add Form(s)

      CP 12 18 (10-12) Loss Payable Provisions
      CP 12 21 (10-12) Loss Payable Provisions-MN

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                 **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-09-2021
                    Issue Date:  08-11-2021

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 18 10 12**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number: 11 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.2., C.2. |
|---|---|---|
| **Description Of Property:** | Building | |
| **Loss Payee Name:** | TOYOTA MOTOR CREDIT CORP | |
| **Loss Payee Address:** | ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX 75024 | |

| Location Number: 13 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.2., C.2. |
|---|---|---|
| **Description Of Property:** | Building | |
| **Loss Payee Name:** | TOYOTA MOTOR CREDIT CORP | |
| **Loss Payee Address:** | ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX 75024 | |

| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
|---|---|---|
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© Insurance Services Office, Inc., 2011

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

© Insurance Services Office, Inc., 2011

CP 12 18 10 12

Insured Copy

3. **Contract Of Sale Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear:

   **c.** The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE  6565 HEADQUARTERS DRIVE  PLANO TX  75024 | | | | | |
| **Premises Number:** 6 | | **Building Number:** 1 | | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE  6565 HEADQUARTERS DRIVE  PLANO TX  75024 | | | | | |
| **Premises Number:** 7 | | **Building Number:** 1 | | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE  6565 HEADQUARTERS DRIVE  PLANO TX  75024 | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

Continued on Next Page

© Insurance Services Office, Inc., 2011

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

  © Insurance Services Office, Inc., 2011  CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

(1) Adjust losses with you; and

(2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

c. The following is added to the **Other Insurance Condition:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 8 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX  75024 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

 © Insurance Services Office, Inc., 2011

Insured Copy

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

© Insurance Services Office, Inc., 2011  CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **c.** The following is added to the **Other Insurance Condition:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2020

## Auto Dealer Revisions

Add Additional Interest                     No Premium Charge

        Location    1
        Additional Insured
        Limit:  $0

Add Additional Interest

        Location    1
        Additional Insured
        TOYOTA MOTOR CREDIT CORPORATION
        ATTN DEALER INSURANCE
        6565 HEADQUARTERS DR
        PLANO TX  75024
        Interest Description:  See IL-F-40-0005

Add Form(s)

        CA-F-75 (10-13) Additional Insured Endorsement
        IL-F-40-0005 (05-10) Extension Endorsement

                              No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                   PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-09-2021
                        Issue Date:  08-11-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    See IL-F-40-0005

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
ATTN DEALER INSURANCE
6565 HEADQUARTERS DR
PLANO TX   75024

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 08-09-2021

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO THE CERTIFICATE
HOLDER ACTING AS FINANCING AGENT FOR THE NAMED INSURED'S LOCATIONS:
(LOAN# 12742) - 680 W TERRA COTTA AVE, CRYSTAL LAKE IL 60014
(LOAN# 12893) - 1500 N RANDALL RD, ELGIN IL 60123
(LOAN# 22035) - 2873 HIGHWAY 61, MAPLEWOOD MN 55109
(LOAN# 22053) - 1037 HIGHWAY 110, INVER GROVE HEIGHTS MN 55077
(LOAN# 22836) - 4605 S ROBERT TRL, INVER GROVE HEIGHTS MN 55077
(LOAN# 22928) - 4625 S ROBERT TRL, INVER GROVE HEIGHTS MN 55077

IL-F-40-0005     (05-10)          Policy Number: 0697156          Transaction Effective Date: 08-09-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Common Declarations Revisions

**Add Location**

Location  19
2889 HWY 61
MAPLEWOOD MN  55109

No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156              Transaction Effective Date:  09-01-2020
                           Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   1
    Number of Employees Furnished Autos:   5.00
    Number of Salespersons & GM not Furnished Autos:  39.00
    Number of Other Employees:  98.00
    Number of Non-Employees over age 24:   2.00
    Number of Dealer Plates:  55

Add Auto Dealers Liability Rating Units For Annual Audit

    Location   2
    Number of Other Employees:   22.00

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   4
    Number of Other Employees:   36.00

Delete Auto Dealers Liability Rating Units For Annual Audit

    Location   5
    1241 BEAM AVE
    MAPLEWOOD MN   55109

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY

PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  0697156         Transaction Effective Date:  09-01-2020
                       Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   6
    Number of Employees Furnished Autos:   3.00
    Number of Salespersons & GM not Furnished Autos:  24.50
    Number of Other Employees: 129.50
    Number of Dealer Plates:  42

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   7
    Number of Salespersons & GM not Furnished Autos:   8.00
    Number of Other Employees:  11.00
    Number of Dealer Plates:  20

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   8
    Number of Employees Furnished Autos:   8.50
    Number of Salespersons & GM not Furnished Autos:  24.00
    Number of Other Employees: 106.00
    Number of Dealer Plates:  38

Delete Auto Dealers Liability Rating Units For Annual Audit

    Location   9
    4600 AKRON AVE
    INVER GROVE HEIGHTS MN   55077

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200


Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109


Policy Effective        09-01-2020


## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

      Location  10
      Number of Employees Furnished Autos:   2.50
      Number of Salespersons & GM not Furnished Autos:  17.50
      Number of Other Employees:  38.00
      Number of Dealer Plates:  29

Add Auto Dealers Liability Rating Units For Annual Audit

      Location  14
      Number of Other Employees:  16.00

Add Auto Dealers Liability Rating Units For Annual Audit

      Location  16
      Number of Other Employees:  34.50

Add Auto Dealers Liability Rating Units For Annual Audit

      Location  19
      Number of Employees Furnished Autos:   4.00
      Number of Other Employees:   8.00

Location  1                          Additional Premium:  $5
Uninsured Motorist Coverage

Location  1                          Additional Premium:  $4
Underinsured Motorist Coverage


Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.


**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.


IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Location   1                               Return Premium:  $846
Personal Injury Protection Coverage

Location   1                               Return Premium: $7,969
Liability Coverage -  Without Full Covered Autos Liability

Location   1                               Return Premium:  $80
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   1                               Return Premium:  $439
Auto Dealer Extension Endorsement

Location   1                               Return Premium:  $678
Extended Defense Protection Coverage

Location   1                               Return Premium:  $160
Title Errors & Omissions Coverage

Location   1                               Return Premium:  $175
Truth in Lending and Leasing Coverage

Location   1                               Additional Premium:  $138
Employee Benefits Liability Coverage

Location   2                               No Premium Charge
Uninsured Motorist Coverage

Location   2                               No Premium Charge
Underinsured Motorist Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                      Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   2<br>Personal Injury Protection Coverage | Additional Premium: | $286 |
| Location   2<br>Liability Coverage -  Without Full Covered Autos Liability | Additional Premium: | $2,695 |
| Location   2<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Additional Premium: | $27 |
| Location   2<br>Auto Dealer Extension Endorsement | Additional Premium: | $148 |
| Location   2<br>Extended Defense Protection Coverage | Additional Premium: | $229 |
| Location   2<br>Title Errors & Omissions Coverage | Additional Premium: | $54 |
| Location   2<br>Truth in Lending and Leasing Coverage | Additional Premium: | $59 |
| Location   4<br>Uninsured Motorist Coverage | Return Premium: | $7 |
| Location   4<br>Underinsured Motorist Coverage | Return Premium: | $9 |
| Location   4<br>Personal Injury Protection Coverage | Additional Premium: | $431 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Location  4                         Additional Premium:  $4,060
Liability Coverage -  Without Full Covered Autos Liability

Location  4                         Additional Premium: $40
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  4                         Additional Premium: $224
Auto Dealer Extension Endorsement

Location  4                         Additional Premium: $345
Extended Defense Protection Coverage

Location  4                         Additional Premium: $81
Title Errors & Omissions Coverage

Location  4                         Additional Premium: $89
Truth in Lending and Leasing Coverage

Location  5                         Return Premium:  $7
Uninsured Motorist Coverage

Location  5                         Return Premium: $9
Underinsured Motorist Coverage

Location  5                         Return Premium: $37
Personal Injury Protection Coverage

Location  5                         Return Premium: $350
Liability Coverage -  Without Full Covered Autos Liability

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective     09-01-2020

## Auto Dealer Revisions

Location   5                        Return Premium:  $4
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   5                        Return Premium:  $19
Auto Dealer Extension Endorsement

Location   5                        Return Premium:  $30
Extended Defense Protection Coverage

Location   5                        Return Premium:  $7
Title Errors & Omissions Coverage

Location   5                        Return Premium:  $8
Truth in Lending and Leasing Coverage

Location   6                        Additional Premium:  $201
Personal Injury Protection Coverage

Location   6                        Additional Premium:  $1,546
Liability Coverage -  Without Full Covered Autos Liability

Location   6                        Additional Premium:  $15
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   6                        Additional Premium:  $85
Auto Dealer Extension Endorsement

Location   6                        Additional Premium:  $131
Extended Defense Protection Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA


**FEDERATED INSURANCE** ®

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective  09-01-2020

## Auto Dealer Revisions

| | |
|---|---|
| Location 6<br>Title Errors & Omissions Coverage | Additional Premium: $31 |
| Location 6<br>Truth in Lending and Leasing Coverage | Additional Premium: $34 |
| Location 7<br>Uninsured Motorist Coverage | Additional Premium: $117 |
| Location 7<br>Underinsured Motorist Coverage | Additional Premium: $153 |
| Location 7<br>Personal Injury Protection Coverage | Return Premium: $101 |
| Location 7<br>Liability Coverage - Without Full Covered Autos Liability | Return Premium: $778 |
| Location 7<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium: $8 |
| Location 7<br>Auto Dealer Extension Endorsement | Return Premium: $43 |
| Location 7<br>Extended Defense Protection Coverage | Return Premium: $67 |
| Location 7<br>Title Errors & Omissions Coverage | Return Premium: $16 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number: 0697156          Transaction Effective Date: 09-01-2020
Issue Date: 03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Location   7                          Return Premium:  $17
Truth in Lending and Leasing Coverage

Location   8                          Additional Premium:  $111
Uninsured Motorist Coverage

Location   8                          Additional Premium:  $145
Underinsured Motorist Coverage

Location   8                          Additional Premium:  $756
Personal Injury Protection Coverage

Location   8                          Additional Premium:  $5,833
Liability Coverage -  Without Full Covered Autos Liability

Location   8                          Additional Premium:  $58
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   8                          Additional Premium:  $320
Auto Dealer Extension Endorsement

Location   8                          Additional Premium:  $496
Extended Defense Protection Coverage

Location   8                          Additional Premium:  $116
Title Errors & Omissions Coverage

Location   8                          Additional Premium:  $128
Truth in Lending and Leasing Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
                        Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2020

## Auto Dealer Revisions

| Location   9 | Return Premium:  $69 |
| Uninsured Motorist Coverage | |

Location   9                  Return Premium:  $69
Uninsured Motorist Coverage

Location   9                  Return Premium:  $92
Underinsured Motorist Coverage

Location   9                  Return Premium:  $455
Personal Injury Protection Coverage

Location   9                  Return Premium:  $3,507
Liability Coverage -  Without Full Covered Autos Liability

Location   9                  Return Premium:  $35
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   9                  Return Premium:  $193
Auto Dealer Extension Endorsement

Location   9                  Return Premium:  $298
Extended Defense Protection Coverage

Location   9                  Return Premium:  $70
Title Errors & Omissions Coverage

Location   9                  Return Premium:  $78
Truth in Lending and Leasing Coverage

Location  10                  Additional Premium:  $51
Uninsured Motorist Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2020
                      Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective       09-01-2020

## Auto Dealer Revisions

| Location  10 | Additional Premium:  $66 |
| Underinsured Motorist Coverage | |

| Location  10 | Return Premium:  $48 |
| Personal Injury Protection Coverage | |

| Location  10 | Return Premium:  $488 |
| Liability Coverage -  Without Full Covered Autos Liability | |

| Location  10 | Return Premium:  $5 |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | |

| Location  10 | Return Premium:  $27 |
| Auto Dealer Extension Endorsement | |

| Location  10 | Return Premium:  $41 |
| Extended Defense Protection Coverage | |

| Location  10 | Return Premium:  $9 |
| Title Errors & Omissions Coverage | |

| Location  10 | Return Premium:  $11 |
| Truth in Lending and Leasing Coverage | |

| Location  14 | No Premium Charge |
| Uninsured Motorist Coverage | |

| Location  14 | No Premium Charge |
| Underinsured Motorist Coverage | |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)       Policy Number:  0697156       Transaction Effective Date:  09-01-2020
                     Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

| | |
|---|---|
| Location  14<br>Personal Injury Protection Coverage | Additional Premium:  $226 |
| Location  14<br>Liability Coverage -  Without Full Covered Autos Liability | Additional Premium:  $1,743 |
| Location  14<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Additional Premium:  $17 |
| Location  14<br>Auto Dealer Extension Endorsement | Additional Premium:  $96 |
| Location  14<br>Extended Defense Protection Coverage | Additional Premium:  $148 |
| Location  14<br>Title Errors & Omissions Coverage | Additional Premium:  $35 |
| Location  14<br>Truth in Lending and Leasing Coverage | Additional Premium:  $38 |
| Location  16<br>Uninsured Motorist Coverage | No Premium Charge |
| Location  16<br>Underinsured Motorist Coverage | No Premium Charge |
| Location  16<br>Personal Injury Protection Coverage | Additional Premium:  $448 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  0697156         Transaction Effective Date:  09-01-2020
                       Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Location  16                    Additional Premium:  $4,227
Liability Coverage -  Without Full Covered Autos Liability

Location  16                    Additional Premium:  $42
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  16                    Additional Premium:  $232
Auto Dealer Extension Endorsement

Location  16                    Additional Premium:  $359
Extended Defense Protection Coverage

Location  16                    Additional Premium:  $85
Title Errors & Omissions Coverage

Location  16                    Additional Premium:  $93
Truth in Lending and Leasing Coverage

Location  19                    No Premium Charge
Uninsured Motorist Coverage

Location  19                    No Premium Charge
Underinsured Motorist Coverage

Location  19                    Additional Premium:  $228
Personal Injury Protection Coverage

Location  19                    Additional Premium:  $2,147
Liability Coverage -  Without Full Covered Autos Liability

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2020
                      Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2020

## Auto Dealer Revisions

Location  19                         Additional Premium:  $21
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  19                         Additional Premium:  $118
Auto Dealer Extension Endorsement

Location  19                         Additional Premium:  $183
Extended Defense Protection Coverage

Location  19                         Additional Premium:  $43
Title Errors & Omissions Coverage

Location  19                         Additional Premium:  $47
Truth in Lending and Leasing Coverage

Total Auto Dealer Charge   $12,594
Additional Certified Acts of Terrorism Premium       $13

Additional Certified Acts of Terrorism Premium Total       $13

Total Endorsement Charge   $12,607

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2020
Issue Date:  03-22-2022

# EXHIBIT D

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
## COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697156**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from  **09-01-2021**      to  **09-01-2022**      12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Corporation**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESS AUTO COVERAGE PART**
**AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          $5,879
                    TOTAL PROVISIONAL PREMIUM    As Billed
     MN Fire Safety Surcharge:                 $125

IL-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**IL-F-38 (02-15)**

**IL 09 52 (01-15)**

**IL 09 96 (01-07)**

**CP-F-18 (01-86)**

**IL 00 21 (09-08)**

**IL 09 35 (07-02)**

**IL-F-27 (08-94)**

**IL 02 45 (09-08)**

---

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                    PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)              Policy Number: 0697156              Transaction Effective Date: 09-01-2021

Insured Copy

# LOCATION SCHEDULE

1    2873 HIGHWAY 61
MAPLEWOOD MN  55109-1082

2    2911 HIGHWAY 61
MAPLEWOOD MN  55109

3    2889 MAPLEWOOD DR
MAPLEWOOD MN  55109

4    2923 MAPLEWOOD DR
MAPLEWOOD MN  55109

5    1241 BEAM AVE
MAPLEWOOD MN  55109

6    4605 S ROBERT TRL
INVER GROVE HEIGHTS MN  55077

7    4625 S ROBERT TRL
INVER GROVE HEIGHTS MN  55077

8    1037 50TH ST E
INVER GROVE HEIGHTS MN  55077

9    4600 AKRON AVE
INVER GROVE HEIGHTS MN  55077

10    12790 PLAZA DR
EDEN PRAIRIE MN  55344

11    680 W TERRA COTTA AVE
CRYSTAL LAKE IL  60014

12    210 N IL ROUTE 31
CRYSTAL LAKE IL  60014

13    1500 N RANDALL RD
ELGIN IL  60123

14    1350 50TH ST E.
INVER GROVE HEIGHTS MN  55077

15    345 PLATO BLVD E
ST PAUL MN  55107

16    3001 US-61
MAPLEWOOD MN  55109

17    2999 MAPLEWOOD DR
MAPLEWOOD MN  55109

Continued on Next Page

Insured Copy

## LOCATION SCHEDULE

18    5300 S ROBERT TRL
       PARKING STALLS
       INVER GROVE HEIGHTS MN  55077

Insured Copy

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Insured Copy

IL 09 52 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

Insured Copy

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy: | |
|---|---|
| **State(s)** | **Coverage Form, Coverage Part Or Policy** |
| Any state in which there is a standard fire policy statute or regulation that does not contain an exception for terrorism. | The following Coverage Parts if included within this policy: 1) Commercial Property Coverage Part 2) Commercial Inland Marine Coverage Part - only for those states in which there is a standard fire policy statute or regulation applicable to inland marine insurance that does not contain an exception for terrorism. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

    b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

    (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

Insured Copy

**(2)** Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

**(3)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

**2.** **If the provisions of this endorsement become applicable, such provisions:**

**a.** **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**b.** **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3.** **If the provisions of the endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**D.** **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2005 IL 09 96 01 07

Insured Copy

**E.   Application Of Other Exclusions**

1.   When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2.   The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MCDANIELS AUTO MANAGEMENT COMPANY | Corporation | 20-3896209 |
| 1* | MAPLEWOOD TOYOTA | Corporation | 20-3896209 |
| 2 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 2* | BRILLIANCE SUBARU | Corporation | 46-2738795 |
| 3 | EP MOTORS INC | Corporation | 46-5394981 |
| 3* | EDEN PRAIRIE NISSAN | Corporation | 46-5394981 |
| 4 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 5 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 6 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |
| 6* | INVER GROVE HONDA | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 7 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 7* | INVER GROVE TOYOTA | Limited Liability Co. | 80-0405836 |
| 8 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 9 | IG MOTORS INC | Corporation | 84-1752041 |
| 9* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |
| 10 | BRILLIANCE MOTOR SALES INC | Corporation | |
| 10* | BRILLIANCE HONDA | Corporation | |
| 11 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

IL 00 21 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

Insured Copy

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

    a. Any of the following, whether belonging to any insured or to others:

        (1) Computer hardware, including microprocessors;

        (2) Computer application software;

        (3) Computer operating systems and related software;

        (4) Computer networks;

        (5) Microprocessors (computer chips) not part of any computer system; or

        (6) Any other computerized or electronic equipment or components; or

    b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

    a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

  © ISO Properties, Inc., 2001

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

IL-F-27 (08-94)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

IL 02 45 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provisions apply except when Paragraph **C.** of this endorsement applies:

The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy, subject to the provisions of Paragraph **B.3.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**3. Policies In Effect**

**a. Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**b. 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** An act or omission by you that substantially increases or changes the risk insured;

**(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

© ISO Properties, Inc., 2007

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

Under this Item **B.3.b.**, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for a reason described in Paragraphs **B.3.b.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**4.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**5.** Proof of mailing of any notice shall be sufficient proof of notice.

**C.** The following applies with respect to coverage provided under the following:

**FARM COVERAGE PART**

**1.** **Policies In Effect 60 Days Or More**

   **a.** If this Coverage Part covers buildings used for residential purposes and has been:

     **(1)** In effect for at least 60 days, or

     **(2)** Renewed by us,

     Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition do not apply, and the following is added to the **Cancellation** Common Policy Condition:

   **b.** We may not cancel this policy, except for:

     **(1)** Nonpayment of premium;

     **(2)** Misrepresentation or fraud made by you or with your knowledge:

       **(a)** In obtaining this policy; or

       **(b)** In connection with a claim under this policy;

     **(3)** An act or omission by you that materially increases the risk we originally accepted; or

     **(4)** A physical change in the Covered Property which:

       **(a)** Is not corrected or restored within a reasonable time after it occurs; and

       **(b)** Results in the property becoming uninsurable.

   **c.** We may cancel this policy by giving the first Named Insured written notice of cancellation at least:

     **(1)** 20 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

     **(2)** 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **C.1.b.(2)** through **(4)**.

   Such notice will be mailed or delivered to the first Named Insured and will contain the reason for cancellation. Proof of mailing of any notice shall be sufficient proof of notice.

© ISO Properties, Inc., 2007

Insured Copy

2. **Policies In Effect Less Than 60 Days**

When this Coverage Part covers buildings used for residential purposes and is a new policy which has been in effect fewer than 60 days, cancellation is subject to the terms of the Cancellation Common Policy Condition except for Paragraphs **A.2.** and **A.6.**, and is not subject to Paragraph **B.** or Paragraph **C.1.** of this endorsement. Under this Item, **C.2.**, Paragraphs **A.2.** and **A.6.** of the **Cancellation** Common Policy Condition are replaced by the following:

We may cancel this policy by giving the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation. Such notice will be mailed or delivered to the first Named Insured. Proof of mailing of any notice shall be sufficient proof of notice.

If we cancel this policy for underwriting considerations, we will inform you of the source from which the information was received.

**D.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we may do so by giving the first Named Insured and any agent written notice of our intent not to renew at least 60 days before the expiration date of this policy. Such notice will be delivered or mailed by first class mail to their last mailing addresses known to us.

Proof of mailing of any notice shall be sufficient proof of notice.

We need not mail or deliver this notice if you have:

1. Insured elsewhere;

2. Accepted replacement coverage; or

3. Agreed not to renew this policy.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGES WHICH ARE INDICATED BELOW OR ON THE SUPPLEMENTAL DECLARATIONS FORM.**

---

**DESCRIPTION OF PREMISES AND COVERAGES PROVIDED**

SEE SUPPLEMENTAL DECLARATIONS

**OPTIONAL COVERAGES**

SEE SUPPLEMENTAL DECLARATIONS

**DEDUCTIBLE**

$10,000      Unless otherwise specified in the attached forms or endorsements in the Commercial Property Coverage Part.

---

**FORMS and ENDORSEMENTS**

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Supplemental Declarations Commercial Property Coverage Part | CP-F-21 (01-17) |
| Loss Payable Provisions | CP 12 18 (10-12) |
| Loss Payable Provisions-MN | CP 12 21 (10-12) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Additional Insured-Designated Premises Only | CP-F-17 (11-95) |
| Building And Personal Property Coverage Form | CP 00 10 (10-12) |
| Cyber Incident Exclusion | CP 10 75 (12-20) |
| Cannabis Exclusion with Hemp Exception | CP 99 04 (12-19) |
| Business Income-Premier Select Changes | CP-F-104 (01-10) |
| Property Amendatory Endorsement | CP-F-113 (01-16) |
| Auto Dealers Property Coverage Extension (Motor Pac) | CP-F-114 (01-10) |
| Business Income-Special Form | CP-F-36 (01-16) |
| Causes Of Loss-Special Form | CP 10 30 (09-17) |
| Earthquake and Volcanic Eruption Coverage With Percentage Deductible | CP 10 40 (02-19) |
| Cause Of Loss - Systems Breakdown | CP-F-95 (12-10) |
| Commercial Property Conditions | CP 00 90 (07-88) |
| Outdoor Signs | CP 14 40 (06-07) |
| Additional Value Protection Endorsement | CP-F-7 (10-04) |
| Employees Tools Extension | CP-F-76 (10-04) |
| Protective Safeguards | CP 04 11 (09-17) |
| Additional Covered Property | CP 14 10 (06-95) |
| Disaster Deductible Extension | CP-F-27 (10-18) |
| False Pretense Coverages | CP-F-33 (10-04) |
| Statement of Values - Blanket Insurance | CP-F-123 (06-05) |
| Utility Services-Time Element | CP-F-98 (04-13) |
| Minnesota Changes | CP 01 08 (05-20) |
| Exclusion of Loss Due to Virus or Bacteria | CP 01 40 (07-06) |
| Minnesota Changes - Replacement Cost - Personal Property | CP 01 50 (10-00) |
| Illinois Changes | IL 01 18 (02-17) |

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2873 HIGHWAY 61 MAPLEWOOD MN 55109-1082 | | | | | | | |
| | 1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $63,809,000 BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $13,837,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $2,756,000 BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 1 | 1 | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| | 2 | R 2873 HIGHWAY 61 STORAGE/LIGHTS/FLAG/ FLAG POLES | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| 1 | 2 | | Light Poles | CP 00 10 CP-F-113 | | YES | NONE | | $168,000 |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 2 | | 2911 HIGHWAY 61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2911 HIGHWAY 61 AUTO DETAIL SHOP/CARWASH | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 2 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)      Policy Number: 0697156      Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2911 HIGHWAY 61 FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $56,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $56,000 |
| 3 | | 2889 MAPLEWOOD DR MAPLEWOOD MN 55109 | | | | | | | |
| 3 | 1 | 2889 MAPLEWOOD DR STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 | | YES | NONE | | BLANKET |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 3 | 2 | R 2889 MAPLEWOOD DR FENCE/LIGHTS | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $28,000 |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 CP 14 10 | | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $191,000 |
| 4 | | 2923 MAPLEWOOD DR MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 2923 MAPLEWOOD DR SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 4 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-76 CP 04 11 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 2923 MAPLEWOOD DR LIGHTS | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $112,000 |
| 5 | | 1241 BEAM AVE MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 1241 BEAM AVE OFFICE/PARKING GARAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)   Policy Number: 0697156   Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1241 BEAM AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| 5 | 2 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)  Policy Number: 0697156  Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $89,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $112,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 5 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | 10% | | NONE | | $250,000 |
| | 3 | 2R 1241 BEAM AVE PARKING RAMP | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)     Policy Number: 0697156     Transaction Effective Date: 09-01-2021

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 6 | | 4605 S ROBERT TRL INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 4605 S ROBERT TRL HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-7 CP 04 11 | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| 6 | 1 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4605 S ROBERT TRL SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $225,000 |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $97,000 |
| 7 | | 4625 S ROBERT TRL INVER GROVE HEIGHTS MN  55077 | | | | | | | |
| | 1 | 4625 S ROBERT TRL AUTO SALES/SVC - MITSUBISHI | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 7 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 4625 S ROBERT TRL LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 7 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $112,000 |
| 8 | | 1037 50TH ST E INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1037 HIGHWAY 110 TOYOTA SALES/SERVICE | Building | CP 00 10 CP-F-113 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)     Policy Number: 0697156     Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 8 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 1037 HIGHWAY 110 SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP 10 40 CP-F-95 | 10% | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $168,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 9 | | 4600 AKRON AVE INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| 9 | 1 | 4600 AKRON AVE AUTO SALES/SVC - TOYOTA | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 9 | 2 | R 4600 AKRON AVE STORAGE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Others | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | | | | |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $56,000 |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| 9 | 2 | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 10 | | 12790 PLAZA DR EDEN PRAIRIE MN 55344 | | | | | | | |
| | 1 | 12790 PLAZA DR NISSAN SALES/SERVICE+ | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)  Policy Number: 0697156  Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | of Insured | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | | | | |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 10 | 1 | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 12790 PLAZA DR LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10 | | YES | NONE | | $168,000 |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | | | | |
| 11 | | 680 W TERRA COTTA AVE CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | $20,298,000 BLANKET |
| 11 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | $4,497,000 BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | $481,000 BLANKET |

Continued on Next Page

CP-F-21 (01-17)　　　　　　　　Policy Number: 0697156　　　　　　　　Transaction Effective Date: 09-01-2021

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | R 680 W TERRA COTTA AVE SIGN/LIGHTS/FLAG/FLAG POLES | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 11 | 2 | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $225,000 |
| | | | Sign | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 40 | 10% | YES | NONE | | $50,000 |
| 12 | | 210 N IL ROUTE 31 CRYSTAL LAKE IL 60014 | | | | | | | |
| | 1 | 210 N IL ROUTE 31 | Building | CP 00 10 | | YES | NONE | | BLANKET |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | AUTO STORAGE | | CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 | 10% | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | BLANKET |
| 12 | 1 | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 | 10% | YES | NONE | | BLANKET |
| | | | Fences | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 14 10 | 10% | YES | NONE | | $56,000 |
| | | | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | $56,000 |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95 | | | | | |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 | | | | | |
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| 13 | | 1500 N RANDALL RD ELGIN IL 60123 | | | | | | | |
| 13 | 1 | 1500 N RANDALL RD SUBARU SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 | 10% | YES | NONE | | BLANKET |

Continued on Next Page

CP-F-21 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-95<br>CP-F-76<br>CP 04 11 | | | | | |
| | | | Business Income | CP-F-104<br>CP-F-36<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 04 11 | | | | | |
| | | | Utility Services - Time Element | CP 10 40<br>CP-F-98 | | | NONE | | $250,000 |
| 13 | 2 | R 1500 N RANDALL RD SIGN/LIGHTS/FLAG/FLA G POLES | Personal Property of Insured | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | BLANKET |
| | | | Light Poles | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95 | 10% | YES | NONE | | $168,000 |
| | | | Sign | CP 00 10<br>CP-F-113<br>CP-F-114<br>CP 10 30<br>CP 10 40<br>CP-F-95<br>CP 14 40 | 10% | YES | NONE | | $50,000 |
| 14 | | 1350 50TH ST E. | | | | | | | |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | INVER GROVE HEIGHTS MN 55077 | | | | | | | |
| | 1 | 1350 50TH ST E VEHICLE STORAGE WHSE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 14 | 1 | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |
| | | | Utility Services - | CP 10 40 | | | NONE | | $250,000 |

Continued on Next Page

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time Element | CP-F-98 | | | | | |
| 16 | | 3001 US-61 MAPLEWOOD MN 55109 | | | | | | | |
| | 1 | 3001 US-61 AUTO SALES/SERVICE | Building | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-7 CP 04 11 | 10% | YES | NONE | | BLANKET |
| 16 | 1 | | | | | | | | |
| | | | Personal Property of Insured | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Personal Property of Others | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 CP-F-76 CP 04 11 | 10% | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-104 CP-F-36 CP 10 30 CP 10 40 CP-F-95 CP 04 11 | | | | | |

Continued on Next Page

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Utility Services - Time Element | CP 10 40 CP-F-98 | | | NONE | | $250,000 |
| | 2 | 3001 US-61  LIGHTS AND LIGHT POLES | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $108,000 |
| 17 | | 2999 MAPLEWOOD DR MAPLEWOOD MN  55109 | | | | | | | |
| | 2 | R 2999 MAPLEWOOD DR LIGHTS | Light Poles | CP 00 10 CP-F-113 CP-F-114 CP 10 30 CP 10 40 CP-F-95 | 10% | YES | NONE | | $104,000 |

Continued on Next Page

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**SUPPLEMENTAL DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

CP-F-21 (01-17)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

POLICY NUMBER: 0697156

<div align="right">

**COMMERCIAL PROPERTY**
**CP 12 18 10 12**

</div>

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Location Number: 11 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.2., C.2. |
|---|---|---|
| **Description Of Property:** | Building | |
| **Loss Payee Name:** | TOYOTA MOTOR CREDIT CORP | |
| **Loss Payee Address:** | ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX 75024 | |
| **Location Number:** 13 | **Building Number:** 1 | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): C.2., C.2. |
| **Description Of Property:** | Building | |
| **Loss Payee Name:** | TOYOTA MOTOR CREDIT CORP | |
| **Loss Payee Address:** | ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX 75024 | |
| **Location Number:** | **Building Number:** | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): |
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011 CP 12 18 10 12

Insured Copy

3.  **Contract Of Sale Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    **(1)** Adjust losses with you; and

    **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear:

    **c.** The following is added to the **Other Insurance** Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4.  **Building Owner Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

    **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | | | | |
| **Loss Payee Name:** WELLS FARGO BANK NA DEALER LENDING SERVICES | | | | | |
| **Loss Payee Address:** MAC D4004-03D<br>401 N RESEARCH PKWY FL 3RD<br>WINSTON SALEM NC 27101 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

Continued on Next Page

CP 12 21 10 12

© Insurance Services Office, Inc., 2011

Page 1 of 3

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

  © Insurance Services Office, Inc., 2011  CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      (1) Adjust losses with you; and

      (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance Condition:**

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE<br>6565 HEADQUARTERS DRIVE<br>PLANO TX 75024 | | | | | |
| **Premises Number:** 6 | | **Building Number:** 1 | | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE<br>6565 HEADQUARTERS DRIVE<br>PLANO TX 75024 | | | | | |
| **Premises Number:** 7 | | **Building Number:** 1 | | **Applicable Clause** (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE<br>6565 HEADQUARTERS DRIVE<br>PLANO TX 75024 | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

Continued on Next Page

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

 © Insurance Services Office, Inc., 2011 CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      (1) Adjust losses with you; and

      (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance Condition:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 8 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2., C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** Building | | | | | |
| **Loss Payee Name:** TOYOTA MOTOR CREDIT CORP | | | | | |
| **Loss Payee Address:** ATTN: DEALER INSURANCE<br>6565 HEADQUARTERS DRIVE<br>PLANO TX  75024 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

© Insurance Services Office, Inc., 2011

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

 © Insurance Services Office, Inc., 2011 CP 12 21 10 12

Insured Copy

3.  **Contract Of Sale Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    **(1)** Adjust losses with you; and

    **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    **c.** The following is added to the **Other Insurance Condition:**

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4.  **Building Owner Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

    **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    TOYOTA MOTOR CREDIT CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|------|------|----------|------------|-------|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE | $10,000 | $13,837,000 |
|   |   | INVER GROVE HEIGHTS MN  55077 | | Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2021      to 09-01-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2021

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:      AMERICAN HONDA MOTOR CO INC
         1919 TORRANCE BLVD
         TORRANCE CA  90501

         We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

         MCDANIELS AUTO MANAGEMENT
         COMPANY
         2873 MAPLEWOOD DR
         MAPLEWOOD MN   55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE | $10,000 | $13,837,000 |
| | | INVER GROVE HEIGHTS MN  55077 | | Blanket |
| | | Interest:  INVER GROVE HONDA. 14' X 14' X 50' HONDA BRAND | | |
| | | SIGN VALUE $122,000 | | |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2021     to 09-01-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                              **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO: WELLS FARGO BANK, N.A.
    PO BOX 1870
    MAC - D4004-03D
    WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 5 | 1 | 1241 BEAM AVE  OFFICE/PARKING GARAGE MAPLEWOOD MN  55109 | $10,000 | $63,809,000 BLANKET |
| | | Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MMH INVESTMENTS LLC | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021    to 09-01-2022    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2021

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

Insured Copy

## MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK, N.A.
PO BOX 1870
MAC - D4004-03D
WINSTON SALEM NC  27101

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE+ EDEN PRAIRIE MN  55344  Mortgagor:  ADDITIONAL INSURED-BUILDING OWNER: MCEP INVESTMENTS LLC | $10,000 | $63,809,000 BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021   to 09-01-2022   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                **PRESIDENT**

Page 1 of 2

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO: TOYOTA MOTOR CREDIT CORPORATION
    13920 SE EASTGATE WAY STE 130
    BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE<br>INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000<br>BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021    to 09-01-2022    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)            Policy Number: 0697156            Transaction Effective Date: 09-01-2021

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

  (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

  (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

  (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

  (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

  (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

  (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

  (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
     MAC D4004-03D
     401 N RESEARCH PKWY FL 3RD
     WINSTON SALEM NC  27101

     We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

     MCDANIELS AUTO MANAGEMENT
     COMPANY
     2873 MAPLEWOOD DR
     MAPLEWOOD MN   55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 | $10,000 | $63,809,000 BLANKET |
|  |  | Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021    to 09-01-2022    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)                Policy Number: 0697156                Transaction Effective Date: 09-01-2021

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1)  Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1)  10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: TOYOTA MOTOR COMPANY CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA  98005

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|----------|-----------|---------|------------|-------|
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $20,298,000 BLANKET |
| | | Mortgagor:  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED. | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021    to 09-01-2022     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                          PRESIDENT

Page 1 of 2

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2021

Insured Copy

**Mortgage Holders**

a.   The term "mortgage holder" includes trustee.

b.   We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.   The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.   If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1)   Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2)   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3)   Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.   If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1)   The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)   The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.   If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)   10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2)   30 days before the effective date of cancellation if we cancel for any other reason.

g.   If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

   Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 16 | 1 | 3001 US-61  AUTO SALES/SERVICE<br>MAPLEWOOD MN  55109 | $10,000 | $63,809,000<br>BLANKET |

BUILDING OWNER

Additional Insured Name and Address:                              Place of Issue:

3001 MAPLEWOOD PROPERTIES LLC                     FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                            Home Office
MAPLEWOOD MN  55109                                        121 East Park Square
                                                                        Owatonna, MN  55060
                                                                        (507) 455-5200

CP-F-17 (11-95)            Policy Number: 0697156            Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.
2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 2911 HIGHWAY 61  AUTO DETAIL SHOP/CARWASH MAPLEWOOD MN  55109 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:          Place of Issue:

M&M PARTNERSHIP OF MINNESOTA LLP          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                          Home Office
MAPLEWOOD MN  55109                        121 East Park Square
                                           Owatonna, MN  55060
                                           (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 4605 S ROBERT TRL  HONDA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

MCDANIELS INVESTMENTS LLC              FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                            Home Office
MAPLEWOOD MN  55109                          121 East Park Square
                                             Owatonna, MN  55060
                                             (507) 455-5200

CP-F-17 (11-95)              Policy Number: 0697156              Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

    Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 5 | 1 | 1241 BEAM AVE  OFFICE/PARKING GARAGE MAPLEWOOD MN  55109 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                          Place of Issue:


MMH INVESTMENTS LLC                          FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                            Home Office
MAPLEWOOD MN  55109                          121 East Park Square
                                             Owatonna, MN  55060
                                             (507) 455-5200


CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 2889 MAPLEWOOD DR  STORAGE<br>MAPLEWOOD MN  55109 | $10,000 | $63,809,000<br>BLANKET |

BUILDING OWNER

Additional Insured Name and Address:                    Place of Issue:


MMH PARTNERSHIP                                         FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                       Home Office
MAPLEWOOD MN  55109                                     121 East Park Square
                                                        Owatonna, MN  55060
                                                        (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 14 | 1 | 1350 50TH ST E  VEHICLE<br>STORAGE WHSE<br>INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000<br>BLANKET |

BUILDING OWNER

Additional Insured Name and Address:                    Place of Issue:

SMCD PROPERTIES OF IGH INC                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                              Home Office
MAPLEWOOD MN  55109                           121 East Park Square
                                              Owatonna, MN  55060
                                              (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER

Additional Insured Name and Address:                    Place of Issue:

2873 MAPLEWOOD PROPERTIES LLC                    FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR N                              Home Office
MAPLEWOOD MN  55109                             121 East Park Square
                                                Owatonna, MN  55060
                                                (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 10 | 1 | 12790 PLAZA DR  NISSAN SALES/SERVICE+ EDEN PRAIRIE MN  55344 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                              Place of Issue:

MCEP INVESTMENTS LLC                              FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                Home Office
MAPLEWOOD MN  55109                              121 East Park Square
                                                Owatonna, MN  55060
                                                (507) 455-5200

CP-F-17 (11-95)                 Policy Number: 0697156                 Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 11 | 1 | 680 W TERRA COTTA AVE  HONDA SALES/SERVICE CRYSTAL LAKE IL  60014 | $10,000 | $20,298,000 BLANKET |
| BUILDING OWNER. | | | | |
| 12 | 1 | 210 N IL ROUTE 31  AUTO STORAGE CRYSTAL LAKE IL  60014 | $10,000 | $20,298,000 BLANKET |
| BUILDING OWNER. | | | | |

Additional Insured Name and Address:

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 7 | 1 | 4625 S ROBERT TRL  AUTO SALES/SVC - MITSUBISHI INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

Place of Issue:

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

McDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|----------|----------|---------|------------|-------|
| 13 | 1 | 1500 N RANDALL RD  SUBARU SALES/SERVICE ELGIN IL  60123 | $10,000 | $20,298,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:                    Place of Issue:

BLMS LLC                                                FEDERATED SERVICE INSURANCE COMPANY
2873 MAPLEWOOD DR                                       Home Office
MAPLEWOOD MN  55109                                     121 East Park Square
                                                        Owatonna, MN  55060
                                                        (507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 1037 HIGHWAY 110  TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 9 | 1 | 4600 AKRON AVE  AUTO SALES/SVC - TOYOTA INVER GROVE HEIGHTS MN  55077 | $10,000 | $63,809,000 BLANKET |

BUILDING OWNER.

Additional Insured Name and Address:

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Place of Issue:

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011  CP 00 10 10 12

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others or a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud of earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000). | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

© Insurance Services Office, Inc., 2011

Insured Copy

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

(4) The most we will pay under this Additional Coverage, Electronic Data is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.** **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.** **Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d.** **Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.** **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit:

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (herein after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building 1: | $ | 60,000 |
| Limit of Insurance - Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
− 250
$59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable    Building 2: | $ | 80,000 |
| (Limit of Insurance | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1510 of 2396 PageID #:1523

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1511 of 2396 PageID #:1524

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $ 40,000 x .50 = $20,000

Step **(4)**: $ 20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $ 50,000 x .80 = $40,000

Step **(4):** $ 40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is:    $ 100,000

The annual percentage is:    8%

The number of days since the beginning of the policy year (or last policy change) is:    146

The amount of the increase is: $100,000 x .08 x 146 ÷ 365 =    $   3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

---

CP 00 10 10 12      © Insurance Services Office, Inc., 2011     

Insured Copy

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

Insured Copy

**COMMERCIAL PROPERTY**
CP 10 75 12 20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B.** **Exceptions And Limitations**

**1.** **Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2.** **Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage - Electronic Data; or

**b.** Additional Coverage - Interruption Of Computer Operations.

**3.** **Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C.** **Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss - Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

**COMMERCIAL PROPERTY**
CP 99 04 12 19

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** **Property Not Covered** is amended as follows:

1. "Cannabis" is added to **Property Not Covered.**

2. Paragraph **B.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

   However, this Paragraph **B.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**C.** For the purpose of this endorsement, when Business Income (And Extra Expense) Coverage Form **CP 00 30**, Business Income (Without Extra Expense) Coverage Form **CP 00 32** and/or Extra Expense Coverage Form **CP 00 50** are indicated in the Declarations as being provided under this Policy:

1. Coverage under this Policy does not apply to that part of Business Income loss and/or Extra Expense incurred, due to a "suspension" of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

2. Paragraph **C.1.** of this endorsement does not apply to Business Income loss and/or Extra Expense which is attributable to goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

   However, this Paragraph **C.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**D.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

1. Means:

   Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2. Paragraph **D.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   **b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

      **(1)** Resin, oil or wax;

      **(2)** Hash or hemp; or

      **(3)** Infused liquid or edible cannabis;

      whether or not derived from any plant or part of any plant set forth in Paragraph **D.2.a.**

 © Insurance Services Office, Inc., 2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME - PREMIER SELECT CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT<sup>®</sup>

For insurance provided under the Business Income - Special Form - Premier Select, if your "suspension" of "operations" extends beyond 72 hours:

1. **3.a.(1)** under **D. Definitions** is deleted and replaced with the following:

   **(1)** Immediately after the time of direct physical loss or damage for Business Income coverage; or

2. The second paragraph under **A.5.a. Civil Authority** is deleted and replaced with the following:

   The coverage for Business Income will begin immediately after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. Covered Property**

Under **A.1.a.** Covered Property items **(2)** & **(3)** are deleted and replaced with the following:

**(2)** Outdoor fixtures;

**(3)** Permanently installed:

**(a)** Fixtures;

**(b)** Machinery; and

**(c)** Equipment;

In the Building and Personal Property Coverage Form any reference to within 100 feet is modified to within 1,000 feet.

**B. Property Not Covered**

The following are modified under **A.2.** Property Not Covered:

**1.** Paragraph **k** is deleted and replaced by the following:

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance. But this insurance will not cover the deductible, if any, applicable to the other coverage.

**2.** Paragraph **p.** is deleted and replaced by the following:

**p.** Vehicles or self-propelled machines (including aircraft) and their attached equipment and accessories that:

**(1)** Are subject to motor vehicle registration and used on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to the following types of property unless such property is insured on a Business Auto Coverage Part, Garage Coverage Part, Auto Dealers Coverage Part, Garage Policy or Auto Dealers Policy:

**(a)** Golfmobiles, snowmobiles, all terrain vehicles, motor scooters, mopeds, go-carts, and other similar property;

**(b)** Any single axle trailer;

**(c)** Self-propelled garden tractors, lawn mowers and snow blowers;

**(d)** Motorcycles that you are holding for sale including motorcycles in crates;

**(e)** Watercraft;

**(f)** Special purpose bodies, accessories and equipment that are manufactured to be mounted on a vehicle while unattended;

**(g)** Forklifts; or

**(h)** Any trailer, not including semi-trailers, designed to transport items **(a)** - **(g)** listed above.

**3.** The following is added to Property Not Covered:

Employee owned tools and equipment.

**C. Additional Coverages**

**1.** The following Additional Coverages are modified under **A.4.** Additional Coverages:

**Debris Removal**

**(1)** In paragraph **(4)**, the additional $25,000 limit is increased to $50,000.

**(2)** Paragraph **(2)** is deleted and replaced with the following:

**(2)** Debris Removal does not apply to:

**(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

**(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or access the effects of "pollutants"; or

**(c)** Any cost or expense to remove, restore or replace polluted land or water.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

(d) Cost to remove debris of property of your that is not insured under this policy, or property in your possession that is not Covered Property;

(e) Cost to remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(f) Costs to remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(g) Cost to remove property of others of a type that would not be Covered Property under this Coverage Form; or

(h) Costs to remove deposits of mud or earth from the grounds of the described premises.

**Fire Department Service Charge**

The limit for Fire Department Service Charge is increased to $25,000.

**Pollutant Clean Up And Removal**

The first paragraph is deleted and replaced with the following:

We will pay your expense to extract "pollutants" from land or water at or from the described premise if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

In addition, the third paragraph is deleted and replaced with the following:

The most we will pay under this Additional Coverage for each described premises is $100,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**Increased Cost Of Construction**

Increased Cost Of Construction is deleted and replaced with the following:

**Building Ordinance Or Law**

(1) You may extend the insurance that applies to Buildings, including outdoor signs (including its foundation) to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged buildings, the most we will pay per loss occurrence is $100,000.

(2) The coverage provided by this Additional Coverage applies only if both Paragraphs (2)(a) and (2)(b) below are satisfied and are then subject to the qualifications set forth in Paragraph (2)(c).

(a) The ordinance or law:

(i) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(b) (i) The building sustains direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

(ii) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

(iii) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(c)** In the situation described in Paragraph **(2)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** The enforcement of or compliance with any ordinance, law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with any ordinance, law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(c)** Any fees imposed in order to gain certification or re-certification of the property by a Green Standards-setter nor will we pay for any further modification if the property fails to obtain certification, re-certification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

**(4)** With respect to the building that has sustained covered direct physical damage, we will pay:

**(a)** For the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

**(b)** The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**(c)** The increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(5)** If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to clear the site of the described premises; and

**(b)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(6)** If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to clear the site at the described premises; and

**(b)** The actual cash value of the building at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

**(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance, law or environmental regulation that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**2.** The following is added as an Additional Coverage:

**Sewer Back Up Or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises, caused by or resulting from:

**(a)** Water which backs up through or overflows from sewers or drains; or

**(b)** Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** above does not apply to loss or damage resulting from an insured's failure to:

**(a)** Keep a sump pump or its related equipment in proper working condition; or

**(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(3)** With respect to the coverage provided under this Additional Coverage only, the **Water** Exclusion is replaced by the following exclusion:

**Water**

**(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(b)** Mudslide or mudflow; or

**(c)** Water under the ground surface pressing on, or flowing or seeping through:

**1.** Foundations, walls, floors or paved surfaces;

**2.** Basements, whether paved or not; or

**3.** Doors, windows or other openings; or

**(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **d.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, **a.** through **d.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

**D. Coverage Extensions**

**1.** The following Coverage Extensions are modified under **A.5.** Coverage Extensions:

**Newly Acquired Or Constructed Property**

The most we will pay for loss or damage to (1) Buildings is increased to $1,000,000 at each building.

**(2)(a)(iii)** is added:

Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage to (2) Your Business Personal Property is increased to $500,000 at each building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1523 of 2396 PageID #:1536

**Personal Effects And Property Of Others**

The most we will pay for loss or damage under this Extension is increased to $5,000 per loss occurrence at each described premises.

**Valuable Papers And Records (Other Than Electronic Data)**

The first sentence of paragraph **(4)** is deleted and replaced with the following:

Under this Extension, the most we will pay to replace or restore the lost information is $25,000 per loss occurrence at each described premises.

**Outdoor Property**

Outdoor Property is deleted and replaced with the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**Non-Owned Detached Trailers**

Non-Owned Detached Trailers is deleted.

**Business Personal Property Temporarily in Portable Storage Units**

Paragraphs **(3)** and **(4)** are deleted.

2. The following are added as **Coverage Extensions:**

**Accounts Receivable Coverage**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** Determination of Receivable

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(i)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(ii)** Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(3)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(a)** The amount of the accounts for which there is no loss;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** The amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**(4)** Exclusion **2.a.** in the Causes of Loss - Special Form does not apply to this Coverage Extension.

The most we will pay for loss or damage at the described premises under this Extension is $25,000 per loss occurrence.

For accounts receivable not at the described premises, the most we will pay under this Extension is $10,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**Business Income and Extra Expense**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary total or partial "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except vehicles at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or with 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before Income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(c)** As used in this Coverage Extension vehicles means:

**(i)** A land motor vehicle, trailer or semitrailer designed principally for travel on public roads; and

**(ii)** Held for sale,

but does not include mobile equipment.

**(2) Extra Expense**

**(a)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(b)** Extra Expense means expense incurred:

**(i)** To avoid or minimize the "suspension" of business and to continue your "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

**(ii)** To minimize the "suspension" of business if you cannot continue your "operations".

**(iii)** To:

**(a)** Repair or replace any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(b)** Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3) Additional Limitation - Interruption Of Computer Operations**

**(a)** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(b)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(c)** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**(d)** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(4) Limits Of Insurance**

The most we will pay for loss of Business Income and Extra Expense is $10,000 per loss occurrence.

**(5) Loss Determination**

**(a)** The amount of Business Income loss will be determined based on:

**(i)** The Net Income of the business before the direct physical loss or damage occurred;

**(ii)** The likely Net Income of the business if no loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(iii)** The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(iv)** Other relevant sources of information including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contract

**(b)** The amount of Extra Expense will be determined based on:

**(i)** All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss of damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once your "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(ii)** All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**(c)** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(6) Special Exclusions**

The following additional exclusions apply to the Business Income and Extra Expense Coverage Extension:

We will not pay for:

**(a)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(i)** Delay in rebuilding, repairing or replacing the property or resuming your "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(ii)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(b)** Any other consequential loss.

**Claims Expense**

We will pay up to $10,000 for claim expenses you incur at our request and arising out of a covered loss or damage.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

**(5)** Expenses incurred for any expert to help you determine the extent of direct physical loss or damage to property.

**Fire Extinguisher Systems Recharge Expenses**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**(4)** No deductible applies to **(1)(a)** above.

**Lock and Key Replacement**

We will pay your expenses to:

**(a)** Replace keys or rekey locks for your premises resulting from the loss or theft of your keys;

**(b)** Replace, repair or rekey locks if made necessary by theft or attempted theft to your described premises.

The most we will pay under this Extension is $1,000 per loss occurrence.

No deductible applies to this Coverage Extension.

**Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

**Underground Property**

You may extend the insurance applying to Buildings to apply to loss or damage by a Covered Cause of Loss to your underground pipes, flues, drains, and foundations, including related costs of excavations, grading and backfilling. Property Not Covered items **f., g.** and **m.** do not apply to this coverage extension.

The most we will pay under this Extension is $100,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

## E. Limits Of Insurance

The second paragraph under **C.** Limits of Insurance is deleted and replaced with the following:

The most we will pay for loss or damage to outdoor signs is $25,000 per sign (including its foundation) in any one occurrence. Payments for outdoor signs are in addition to the applicable limits of insurance.

## F. Additional Conditions

Under **F.** Additional Conditions **1.** Coinsurance is deleted.

## G. Optional Coverages

1. Under **G.** Optional Coverages **1.** Agreed Value and **2.** Inflation Guard are deleted.

2. Under **G.** Optional Coverages **3.** Replacement Cost paragraph **b.** is deleted and replaced with the following:

   **b.** This Optional Coverage does not apply to:

   **(1)** Personal property of others, except:

   **a)** Leased personal property for which you have a contractual obligation to insure on a replacement cost basis; or

   **b)** If otherwise shown in the Declarations;

   **(2)** Contents of a residence;

   **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

   **(4)** "Stock";

   **(5)** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

   **(6)** Personal property or equipment not maintained in good or workable condition;

   **(7)** Personal property or equipment that is outdated or obsolete and is stored or not being used; or

   **(8)** Production machinery and equipment if the Production Machinery and Equipment Endorsement applies to any personal property at the same described premises.

   Under the terms of this Replacement Cost Optional Coverage, tenant's improvements and betterments are not considered to be the personal property of others.

## H. Definitions

1. Under **H.** Definitions, the definition for "Pollutants" is deleted and replaced with the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

2. The following definitions are added to **H.** Definitions:

"Operations" means one or more of your revenue generating business activities or processes occurring at the described premises.

"Period of Restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration".

"Suspension" means:

**a.** The slowdown or cessation of your business activities or processes; or

**b.** That a part or all of a described premises is rendered untenantable.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-113 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO DEALERS PROPERTY COVERAGE EXTENSION (Motor Pac® )

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Under **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form paragraph **(3)** in Property Off-Premises is replaced with the following:

**(3)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

**B.** The following are added to **A.5.** Coverage Extensions in the Building and Personal Property Coverage Form:

**Employee Tools and Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss of or damage to tools and equipment owned by your employees and used by them in your business. **B.** Property Not Covered item **3.** in the Property Amendatory Endorsement does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Our payment for loss of or damage to employees tools and equipment will only be for the account of the owner of the property.

**Fine Arts**

**(1)** We will pay for loss of or damage to "fine arts" owned by you, in your care, custody or control or while in transit.

We will not pay under this Coverage Extension for loss or damage to:

**(a)** Coins and stamps;

**(b)** Furs, fur garments and garments trimmed with fur; or

**(c)** Jewelry, precious stones and precious metals.

The most we will pay for loss or damage under this Coverage Extension is $10,000 per loss occurrence.

**(2)** The following is added to **E.4.** Loss Payment:

**h.** We will determine the value of "fine arts" at the lesser of:

**(1)** The actual cash value of that property at the time of loss;

**(2)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**(3)** The cost of replacing that property with substantially identical property.

In case of loss of or damage to any part of a pair or set, we may:

**(1)** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**(2)** Pay the difference between the value or the pair or set before and after the loss or damage.

The loss to any part of a pair or set is not considered a total loss of the pair or set.

**(3)** We will not pay for loss or damage due to or resulting from any repairing, restoration or retouching of the covered property.

**(4)** The following is added to **H.** Property Definitions:

"Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a brac and any other bona-fide works of art of rarity, historical value or artistic merit.

**(5)** Exclusion **B.2.h.** and Limitation **C.1.e.** in the Causes of Loss - Special Form do not apply to "fine arts" in the custody of a carrier for hire.

**C.** Under **Additional Coverage Extensions** in the Causes Of Loss - Special Form, **Property in Transit** is deleted and replaced with the following:

**Property in Transit**

This Extension applies only to Covered Property to which this form applies.

**(a)** You may extend the insurance provided to apply to Covered Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

    **(b)** Loss or damage must be caused by or result from a Covered Cause of Loss.

    **(c)** The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-114 (01-10)            Policy Number: 0697156            Transaction Effective Date: 09-01-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT ®

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section D. - Definitions.

**A. Coverage**

  **1. Business Income**

    Business Income means the:

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    **b.** Continuing normal operating expenses incurred, including payroll.

    For manufacturing risks, Net Income includes the net sales value of production.

    Coverage is provided as described and limited below for one or more of the following options as shown in the Declarations:

    **a.** Business Income.

    **b.** Business Income - "Rental Value" only.

    If option **a.** above is selected, the term Business Income will include "Rental Value" if any. If option **b.** above is selected, the term Business Income will mean "Rental Value" only.

    We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

    With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building your premises means:

    **a.** The portion of the building which you rent, lease or occupy;

    **b.** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

    **c.** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

  **2. Extra Expense**

    **a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

    **b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" caused by or resulting from a Covered Cause of Loss.

    We will pay Extra Expense (other than the expense to repair or replace property) to:

    **(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

    **(2)** Minimize the "suspension" of business if you cannot continue "operations".

    **c.** We will also pay any Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

    **d.** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy as a result of the exhaustion of the Limits of Insurance or sub-limits(s) applicable to such properties.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

CP-F-36 (01-16)      Policy Number: 0697156      Transaction Effective Date: 09-01-2021

Insured Copy

3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes of Loss form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

5. **Additional Coverages**

a. **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged premises; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage begins.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 4 consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

Coverage under this Additional Coverage will end when access to the described premises is no longer prohibited.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the

described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

If such direct physical loss or damage delays the start of your "operations", the "period of restoration" for Business Income Coverage will begin on the date your "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or

damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage when the Additional Limitation - Interruption Of Computer operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations includes Collapse as set forth in that form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6.** **Coverage Extension**

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance.

**B.** **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the lesser of:

**1.** The loss amount incurred during the "period of restoration"; or

**2.** The loss amount incurred for 12 consecutive months following the date of loss.

This shall not be limited by the expiration date of this policy.

Payments under the **5.** Additional Coverages **c.** Extended Business Income will not extend beyond 12 consecutive months following the date of loss.

The most we will pay for the actual loss of Business Income due to a partial suspension of your "operations" is the amount that would have been payable for the suspension of your entire "operation" during the "period of restoration".

**C.** **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.** **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

(1) The Net Income of your "operations" before the direct physical loss or damage occurred;

(2) The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)     Policy Number: 0697156     Transaction Effective Date: 09-01-2021

Insured Copy

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume your "operations", or do not resume your "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume your "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**5. Other Insurance Within This Policy**

For loss or damage caused by windstorm, any Business Income and Extra Expense coverage provided by another form or endorsement attached to this policy shall apply first and prior to any coverage provided under this form.

**D. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** One or more of your revenue generating activities or processes occurring at your described premises.

**b.** The tenantability of the described premises if coverage for Business Income includes loss of rents or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

    **(1)** Payroll; and

    **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** ″**Suspension**″ means:

    **a.** The partial slowdown or complete cessation of your business activities; or

    **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including ″Rental Value″ or ″Rental Value″ applies.

**7.** ″**Vehicles**″ means:

    **a.** A land motor vehicle, trailer or semi-trailer designed principally for travel on public roads; and

    **b.** Held for sale,

but does not include mobile equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)　　　　　　Policy Number: 0697156　　　　　　Transaction Effective Date: 09-01-2021

Insured Copy

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

 © Insurance Services Office, Inc., 2016

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1538 of 2396 PageID #:1551

**c.** **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.** **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.** **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.** **War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** **Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© (Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limit to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

© Insurance Services Office, Inc., 2016

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply to:

(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

© Insurance Services Office, Inc., 2016

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2016

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1542 of 2396 PageID #:1555

5. **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016

    (2) To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

    (1) A cause of loss listed in **2.a.** or **2.b.**;

    (2) One or more of the "specified causes of loss";

    (3) Breakage of building glass;

    (4) Weight of people or personal property; or

    (5) Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

> **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and
>
> **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D. 7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

    © Insurance Services Office, Inc., 2016    CP 10 30 09 17

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

      **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   **(1)** The cost of filling sinkholes; or

   **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam: and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016 **CP 10 30 09 17**

COMMERCIAL PROPERTY
CP 10 40 02 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EARTHQUAKE AND VOLCANIC ERUPTION COVERAGE WITH PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Earthquake And Volcanic Eruption Coverage | | | | | | |
|---|---|---|---|---|---|---|
| Building Number/ Premise Number | Percentage Deductible | Limit Of Insurance | | Including Masonry Veneer Option | | |
| | % | $ | | | Yes | No |
| | % | $ | | | Yes | No |
| | % | $ | | | Yes | No |
| Earthquake - Sprinkler Leakage Only* | | | | | | |
| Building Number/Premises Building | | Limit Of Insurance | | | | |
| | | $ | | | | |
| | | $ | | | | |
| | | $ | | | | |
| *The Deductible for Earthquake - Sprinkler Leakage Only is the same Deductible that applies to Fire. | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term policy.

**B.** This endorsement applies to the Covered Property and Coverages for which a Limit Of Insurance is shown in the Schedule.

**C.** **Additional Covered Causes Of Loss**

   **1.** The following are added to the Covered Causes Of Loss:

     **a.** Earthquake.

     **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

   **2.** If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

     **a.** Sprinkler Leakage resulting from Earthquake.

     **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

 © Insurance Services Office, Inc., 2018

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in Paragraphs **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage - Collapse, in the Causes Of Loss - Broad Form, Causes Of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.,** does not apply if:

a. The Schedule indicates that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**E. Property Damage Deductible**

1. The provisions of Paragraph **E.3.** of this endorsement are applicable to all Coverage Forms except:

a. Business Income (And Extra Expense) Coverage Form;

b. Business Income (Without Extra Expense) Coverage Form; and

c. Extra Expense Coverage Form.

2. If the Schedule indicates that this endorsement covers Earthquake - Sprinkler Leakage Only, then the Deductible set forth in Paragraph **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

a. **All Policies**

(1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

(2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

(a) Two or more buildings sustain loss or damage;

(b) Personal property at two or more buildings sustains loss or damage; and/or

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need For Adequate Insurance or Additional Condition - Need For Full Reports.

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., Fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible - Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of that property as of the time of loss or damage.

### d. Calculation Of The Deductible - Builders Risk Insurance

#### (1) Builders Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the actual cash value of that property as of the time of loss or damage.

#### (2) Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

## F. Examples - Application Of Deductible In E.3.:

### EXAMPLE 1 - SPECIFIC INSURANCE (E.3.b.(1))

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 X 5% = $3,500

Step **(4)**: $52,500 - $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

### EXAMPLE 2 - SPECIFIC INSURANCE (E.3.b.(1))

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1)**: $80,000 X 10% = $8,000

Step **(2)**: $60,000 - $8,000 = $52,000

**Business Personal Property**

Step **(1)**: $64,000 X 10% = $6,400

Step **(2)**: $40,000 - $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

### EXAMPLE 3 - BLANKET INSURANCE (E.3.c.(1))

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

© Insurance Services Office, Inc., 2018

CP 10 40 02 19

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step (**1**): $500,000 X 5% = $25,000

Step (**2**): $40,000 - $25,000 = $15,000

**Building 2**

Step (**1**): $500,000 X 5% = $25,000

Step (**2**): $60,000 - $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 - BLANKET INSURANCE**

**(E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step (**1**): $500,000 X 10% = $50,000

Step (**2**): $95,000 - $50,000 = $45,000

**Business Personal Property**

Step (**1**): $250,000 X 10% = $25,000

The loss, $5,000 does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

G.  **Business Income And Extra Expense Period Of Restoration**

This Paragraph **G.** is applicable only to the Coverage Forms specified below:

1.  Business Income (And Extra Expense) Coverage Form;

2.  Business Income (Without Extra Expense) Coverage Form; and

3.  Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Paragraph **C.** of this endorsement.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 14 40 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | ☐ **Other** | |
| **Limit Of Insurance:** | $ | Each Limit of Insurance for sign(s) (including its foundation(s)) shown on the CP-F-21 applies to the sum total of all signs at that Covered Location. This Limit of Insurance is excess over any other available sign limit. The paragraph below the Schedule does not apply. | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |
| Premises Number: | | Building Number: | |
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | ☐ **Other** | |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | % | | |
| **Additional Premium:** | $ | | |

CP 14 40 06 07      © ISO Properties, Inc., 2006      Page 1 of 2

Insured Copy

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** ☐ Entirely Metal ☐ Other | | | |
| **Limit Of Insurance:** $ | | | |
| **Coinsurance Percentage:** % | | | |
| **Additional Premium:** $ | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

With respect to outside signs described in the Schedule, the provision in the Limits Of Insurance section which pertains to signs does not apply. The limit applicable to each sign is shown in the Schedule. The limit applicable to each sign is the most we will pay for loss or damage to the sign in any one occurrence.

© ISO Properties, Inc., 2006  **CP 14 40 06 07**

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## CAUSES OF LOSS - SYSTEMS BREAKDOWN

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions

**A. Covered Causes Of Loss**

When Systems Breakdown is shown in the Declarations, we will pay for direct physical damage to Covered Property at a Covered Location that is the direct result of an "accident".

All exclusions in the Causes of Loss - Special Form apply except as modified in **B.** and **C.** below.

**B. Exclusions**

The following exclusions are added as respects this form:

**1.** We will not pay for loss, damage or expense caused by or resulting from:

**a.** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**b.** Any of the following:

**(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind, except as provided in Additional Coverage Extensions **D.4.;** or

**(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** With respect to Service Interruption, we will not pay for an "accident" caused by or resulting from:

**a.** Fire;

**b.** Lightning;

**c.** Windstorm or hail;

**d.** Explosion (except as specifically provided in Definition **1.c.**);

**e.** Smoke;

**f.** Aircraft or vehicles;

**g.** Riot or civil commotion;

**h.** Vandalism;

**i.** Sprinkler leakage;

**j.** Falling objects;

**k.** Weight of snow, ice or sleet;

**l.** Freezing;

**m.** Collapse;

**n.** Flood, or

**o.** Earth Movement.

**3.** With respects to Business Income, Extra Expense and Service Interruption coverages, we will not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**4.** We will not pay for an "accident" caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

**C. Coverage Extensions**

**1.** The following Exclusions and Limitations in the Causes of Loss - Special Form do not apply to coverage under this endorsement:

**a.** Exclusion **B.2.d.(6)**, Mechanical breakdown;

**b.** Exclusion **B.2.e.**, Explosion of steam boilers, steam pipes, steam engines or steam turbines;

**c.** Exclusion **B.2.a.**, Artificially generated electrical current;

**d.** Limitation **C.1.a.**, Steam boilers, steam pipes, steam engines or steam turbines; and

**e.** Limitation **C.1.b,** Hot water boilers or other water heating equipment.

All other exclusions and limitations continue to apply.

**2.** The following exclusion in the Water Exclusion Endorsement is modified:

The following is added to Exclusion **B.;**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.** through **3.** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

3. The following exclusion in the Causes of Loss - Special Form is modified:

As respects this form only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

**D. Additional Coverage Extensions**

The following Additional Coverage Extensions apply to the direct result of an "accident". Payments under the following Additional Coverage Extensions are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**1. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

**2. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **3.a.(2)** below. As used in this coverage, additional cost means those beyond what would have been payable under this form had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**3. Perishable Goods**

**a.** We will pay:

**(1)** For physical damage to "perishable goods" due to spoilage;

**(2)** For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to, ammonia;

**(3)** Any necessary expenses you incur to reduce the amount of loss under this Extension to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Extension.

**b.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation Condition.

The most we will pay for loss, damage or expense under the Extension is $50,000 per "accident".

**4. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data" as a result of an "accident".

The most we will pay for loss or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**5. Service Interruption**

**a.** Any insurance provided for:

**(1)** Business Income;

**(2)** Extra Expense; or

**(3)** Perishable Goods

is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services:

**(1)** Electrical power;

**(2)** Waste disposal;

**(3)** Air conditioning;

**(4)** Refrigeration;

**(5)** Heating;

**(6)** Natural gas;

**(7)** Compressed air;

**(8)** Water;

**(9)** Steam;

**(10)** Internet access;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(11)** Telecommunications services;

**(12)** Wide area networks; or

**(13)** Data transmission.

The equipment must meet the definition of "covered equipment", except that it is not Covered Property.

**b.** For Business Income, unless modified elsewhere, coverage begins 72 hours after the time of the "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

**c.** The most we will pay in any "one accident" for loss, damage or expense under this Extension is the applicable limit for Business Income, Extra Expense or Perishable Goods.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

**E. Conditions**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this form requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**F. Definitions**

The following definitions are added:

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or events inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

Page 3 of 4

Includes copyrighted material of Insurance Services, Inc. with its permission.

Insured Copy

    (4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    (5) "Vehicle" or any equipment mounted on a "vehicle";

    (6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    (7) Dragline, excavation or construction equipment; or

    (8) Equipment manufactured by you for sale.

**3.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**4.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**5.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**6.** "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**7.** "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

**8.** "Vehicle" means, as respects this form only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a Covered Location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this form arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this form does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-95 (12-10)      Policy Number: 0697156      Transaction Effective Date: 09-01-2021

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1558 of 2396 PageID #:1571

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

Insured Copy

**I.** **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** that owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL VALUE PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**A. PROPERTY COVERED**

If shown in the Supplemental Declarations, coverage applies to buildings insured on a replacement cost basis.

**B. LIMIT OF INSURANCE EXTENSION**

The Limit of Insurance shown in the Supplemental Declarations for Building(s) is increased 25% to cover a deficiency in the "building replacement cost limit" that may exist at the time of loss to PROPERTY COVERED under this endorsement.

**C. DEFINITION**

"Building replacement cost limit" means:

1. The full cost of:
   a. repair of the building; or
   b. replacement with a similar building with comparable material and quality, and used for the same purpose; and
2. The cost of removal of debris of the building when debris removal is necessary to make repair or replacement of a building.

However, "building replacement cost limit" does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

If a building is rebuilt at a new premises, the cost described in **C.1.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**D. EXCLUSION**

This endorsement will not apply:

1. If the value of any additions, improvements or enlargements to a building equals more than 5% of the insurance on such building disregarding the additional value provided by this endorsement, and
2. If you have not reported such additions, improvements or enlargements to us; or
3. Until the lost or damaged PROPERTY COVERED is actually repaired or replaced and as soon as reasonably possible after the loss or damage.

**E.** All other provisions in the Building and Personal Property Coverage Form apply.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EMPLOYEES TOOLS EXTENSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
PROPERTY AMENDATORY ENDORSEMENT

You may extend the insurance that applies to Personal Property of Others to apply to portable tools and equipment owned by your employees and used in your business while located at the premises described in the Declarations whether or not such property is in your care, custody or control.

**G.**  Optional Coverage **3.** Replacement Cost item **b(1)** is amended to read as follows:
    **b.**  This optional coverage does not apply to:
        **(1)**  Personal property of others, except employees tools and equipment or leased personal property for which you have a contractual obligation to insure on a replacement cost basis.

This is a part of and not in addition to the Limit of Insurance for Personal Property of Others as stated in the Declarations.

Employee owned tools and equipment listed under Property Not Covered in the Property Amendatory Endorsement does not apply to this Extension.

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.

CP-F-76  (10-04)  Policy Number:  0697156  Policy Effective Date:  09-01-2021

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 04 11 09 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 1 | 1 | P1 |
| 2 | 1 | P1 |
| 4 | 1 | P1 |
| **Describe Any "P-9":** | | |
| | | |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System**, including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

″P-2″ **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

″P-3″ **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

″P-4″ **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

″P-5″ **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

″P-9″, the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016     CP 04 11 09 17

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
CP 04 11 09 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 6 | 1 | P1 |
| 7 | 1 | P1 |
| 8 | 1 | P1 |
| Describe Any "P-9": | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Continued on Next Page

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

1. Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

2. Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

3. Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

   However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" **Automatic Sprinkler System**, including related supervisory services.

CP 04 11 09 17

© Insurance Services Office, Inc., 2016

Page 1 of 2

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

″P-2″ **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

″P-3″ **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

″P-4″ **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

″P-5″ **Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

″P-9″, the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016
CP 04 11 09 17

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 10 | 1 | P1 |
| 11 | 1 | P1 |
| 13 | 1 | P1 |

Describe Any "P-9":

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

1. Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

2. Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

3. Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

   However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" **Automatic Sprinkler System**, including related supervisory services.

© Insurance Services Office, Inc., 2016

Insured Copy

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9"**, the protective system described in the Schedule.

Insured Copy
POLICY NUMBER:0697156

COMMERCIAL PROPERTY
CP 14 10 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED and added to COVERED PROPERTY:

<div align="center">

**SCHEDULE***

</div>

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property | Type of Property Coverage (Enter BUILDING or PERSONAL PROPERTY) |
|---|---|---|---|---|
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |
| | | | Fences Outside of Building | Building |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DISASTER DEDUCTIBLE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART

The Deductible applicable to any one occurrence is shown below:

       Deductible                              $10,000

Regardless of the amount of the deductible in the above listed coverage parts the most we will deduct from any loss or damage in any one occurrence is the deductible amount indicated above.

This extension does not apply to:

1. Earthquake insurance.
2. Mine Subsidence coverage.
3. Business Computer Extension Endorsement.
4. Commercial Crime Coverage Form Insuring Agreements:
   Employee Theft (Blanket)
   Forgery or Alteration
   Employee Theft - Name or Position Schedule
5. Causes of Loss - Systems Breakdown Endorsement.
6. Loss or damage subject to the Windstorm or Hail Percentage Deductible Endorsement.
7. Cyber Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-27 (10-18)              Policy Number: 0697156            Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FALSE PRETENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM

Coverage is provided only when a Limit of Insurance is shown in the Schedule

<u>SCHEDULE</u>

Limit of Insurance each occurrence

$200,000          Your Business Personal Property and Personal Property of Others

**A. Coverage**

We will pay for direct physical loss or damage to Covered Property as indicated in the Schedule that results from:

1. Someone causing you to voluntarily part with any covered property by trick, device, fraudulent scheme or false pretense at the time of sale, demonstration, rental or lease; or

2. Your obtaining covered property from a seller who did not have legal ownership. For purposes of this coverage, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

3. Conversion of covered property that you rent, borrow or lease to others while away from the premises described in the Declarations.

**B. Provisions**

The following provisions apply to **A.1., 2.** and **3.** above:

1. The value of any property or money received by you in full or partial payment for the covered property will be deducted from your loss payment.

2. We will not pay any loss or damage or any portion of a loss or damage:

   **(a)** Due solely to an undisclosed lien or encumbrance, involving a purchase, trade-in or similar transaction; or

   **(b)** After the first periodic or installment payment is made; or

   **(c)** Due solely to an insufficient funds check; or

   **(d)** As a result of your obligation under a contract or agreement in which you agree to be liable in the event of default by the purchaser; or

   **(e)** Due to nonpayment for any reason, of any credit you extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks; or

   **(f)** Unless you have made a reasonable effort, prior to parting with the property, to determine that the transaction was a legitimate business transaction and to identify the other party.

3. If the covered property is recovered and returned to you, we will pay no more than:

   **(a)** The actual cost and expense of recovering the property, plus

   **(b)** The cost of any repairs needed as a result of damage to covered property following the loss or damage.

4. We will not make payment for loss or damage:

   **(a)** Under **A.1** and **A.3.** above unless you were in possession of and had legal ownership to the covered property immediately prior to loss or damage.

   We will not apply this provision if you do not have legal ownership to Property Of Others.

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc, with its permission.

Insured Copy

**(b)** Under **A.2.** above unless you have taken possession of the covered property.

**5.** You must make every effort to recover the covered property when located.

**6.** You must make every effort to obtain a warrant for the arrest of any person causing loss of or damage to the covered property as soon as practicable after the loss or damage.

**7.** This coverage does not apply to any loss or damage caused by infidelity by you, your directors, officers, partners or employees (including leased employees), whether or not acting alone or in collusion with other persons.

**8.** In the Causes of Loss - Special Form CP 10 30, **B.** Exclusions **2.i.** is deleted.

**C.** **Limit Of Insurance**

The most we will pay in any one occurrence is the stated Limit of Insurance for each occurrence shown in the Schedule.

For purposes of this coverage, all loss or damage caused by the same person or organization shall be considered one occurrence and the most we will pay for all loss or damage caused by any one person or organization within any policy period is the stated Limit of Insurance shown in the Schedule.

**D.** **Deductible**

The deductible amount shown on the Commercial Property Coverage Part Declarations shall be deducted from each occurrence.

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

CP-F-33 (10-04)     Policy Number: 0697156     Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## STATEMENT OF VALUES - BLANKET INSURANCE

| Location or Premises Number | Building Number | Building | Personal Property of Insured Value | Business Personal Property Value | Personal Property of Others Value | Property in the Open Value |
|---|---|---|---|---|---|---|
| 1 | 1 | $7,380,000 | $1,761,000 | $0 | $480,000 | $0 |
| 1 | 2 | $49,000 | $11,000 | $0 | $1,000 | $0 |
| 2 | 1 | $2,618,000 | $607,000 | $0 | $480,000 | $0 |
| 3 | 1 | $1,310,000 | $240,000 | $0 | $1,000 | $0 |
| 4 | 1 | $4,350,000 | $1,035,000 | $0 | $480,000 | $0 |
| 5 | 1 | $3,086,000 | $240,000 | $0 | $1,000 | $0 |
| 5 | 2 | $119,000 | $240,000 | $0 | $1,000 | $0 |
| 5 | 3 | $1,398,000 | $7,000 | $0 | $1,000 | $0 |
| 6 | 1 | $13,147,000 | $3,766,000 | $0 | $240,000 | $0 |
| 7 | 1 | $5,025,000 | $1,165,000 | $0 | $160,000 | $0 |
| 8 | 1 | $6,991,000 | $1,621,000 | $0 | $240,000 | $0 |
| 9 | 1 | $2,667,000 | $619,000 | $0 | $160,000 | $0 |
| 9 | 2 | $230,000 | $74,000 | $0 | $1,000 | $0 |
| 10 | 1 | $8,674,000 | $2,009,000 | $0 | $160,000 | $0 |
| 11 | 1 | $11,891,000 | $2,756,000 | $0 | $240,000 | $0 |
| 12 | 1 | $3,374,000 | $783,000 | $0 | $1,000 | $0 |
| 13 | 1 | $5,033,000 | $954,000 | $0 | $240,000 | $0 |
| 14 | 1 | $5,810,000 | $324,000 | $0 | $300,000 | $0 |
| 16 | 1 | $955,000 | $108,000 | $0 | $50,000 | $0 |

Insured Copy

FEDERATED INSURANCE COMPANIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME - SPECIAL FORM
BUSINESS INCOME COVERAGE FORM

**SCHEDULE\***

| Water Supply Property | Waste-water Removal Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|---|
| X | X | ☐ | X | ☐ | X |

| Premises Number * | Building Number * | Causes of Loss Form Applicable * | Limit of Insurance * |
|---|---|---|---|
| | | | |

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in paragraph **B.** if such property is indicated by an "X" in the Schedule.

**B. Utility Services**

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

**3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

C. As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**D.** We will only pay for loss you sustain after the first 72 hours following the direct physical loss or damage to utility services to which this endorsement applies.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-98 (04-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL PROPERTY
CP 01 08 05 20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to the **Loss Payment** Loss Condition and supersedes any provision to the contrary:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within five business days after we have received the proof of loss and:

**1.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**2.** An appraisal award has been made.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a loss shall be payable, in accordance with Paragraph **1.** or **2.** above, and before we pay, tender or deposit in court payment for the loss.

**C.** The following is added to the **Loss Payment** Loss Condition:

We agree that in the event of a total loss, the Limit of Insurance for a building which is Covered Property represents its value.

**D.** The **Examination Of Your Books And Records** Common Policy Condition and the Condition in the Standard Property Policy are replaced by the following:

We may examine and audit your books and records as they relate to this Policy at any time during the policy period and up to one year afterward.

**E.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by fire:

We do not provide coverage to the insured who has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

**F.** Except as provided in Section **S.** of this endorsement, the **Concealment, Misrepresentation Or Fraud** Commercial Property Condition is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

We will not pay for any loss or damage if any insured has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

**(a)** This Coverage Part;

**(b)** The Covered Property;

**(c)** That insured's interest in the Covered Property; or

**(d)** A claim under this Coverage Part.

 © Insurance Services Office, Inc., 2019

**G.** The following is added to **Covered Causes Of Loss:**

With respect to the perils of fire and lightning, references in the Commercial Property forms to direct physical loss or damage are construed to mean all loss or damage caused by fire and any damage caused by lightning.

**H.** In the Loss Conditions titled Duties In The Event Of Loss, Duties In The Event Of Loss Or Damage, Duties In The Event Of Accident, Claim Or Suit and Duties If You Incur Extra Expense, the requirement to notify us can be satisfied by notifying our agent, subject to all other terms of such requirement. Further, if a claim is made or "suit" is brought against you, the requirement to provide us with prompt notice of the claim or "suit" can be satisfied by written or oral notification.

**I.** **The Duties In The Event Of Loss Or Damage** Loss Condition is changed as follows:

**1.** The following paragraph is deleted:

As soon as possible, give us a description of how, when and where the loss or damage occurred.

**2.** Paragraphs **a.(6)**, **a.(7)** and **b.** are replaced by the following (except in the Mortgageholders Errors And Omissions Coverage Form):

**(6)** As often as we reasonably require:

**(a)** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis; and

**(b)** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**(7)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

**(a)** A description of how and when the loss or damage occurred;

**(b)** The value of the property, except in the case of a total loss of an insured building;

**(c)** The interest of the insured and all others in the property; and

**(d)** Other insurance which may cover the loss or damage.

We will supply you with the necessary forms.

**b.** After we inform an insured:

**(1)** Of the right to counsel; and

**(2)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**3.** Paragraphs **(1)(a)(v)**, **(1)(a)(vi)** and **(1)(b)** in the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

**(v)** As often as we reasonably require:

**i.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

**ii.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**(vi)** Send us, within 60 days after our request, a signed, sworn proof of loss containing the following information we require to investigate the claim:

**i.** A description of how and when the loss or damage occurred;

**ii.** The value of the property, except in the case of a total loss of an insured building;

**iii.** The interest of the insured and all others in the property; and

**iv.** Other insurance which may cover the loss or damage.

We will supply you with the necessary forms.

**b.** After we inform an insured:

**(i)** Of the right to counsel; and

**(ii)** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2019

**J.** Under **Additional Conditions,** Paragraphs **a.** and **d.** of the **Mortgageholders** Condition are replaced by the following:

    **a.** The term "mortgageholder" includes trustees and contract for deed vendors.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

        All of the terms of this Coverage Part will then apply directly to the mortgageholder.

The following paragraph is added to the **Mortgageholders** Condition:

    **h.** We will notify the mortgageholder of changes to this Coverage Part that result in a substantial reduction of coverage to the mortgaged property.

**K.** The **Ordinance Or Law** Exclusion is replaced by the following:

**Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**1.** Regulating the construction, use or repair of any property; or

**2.** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**1.** An ordinance or law that is enforced even if the property has not been damaged; or

**2.** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

But if loss or damage is solely a result of one or more Covered Causes of Loss, we will pay for your compliance with such ordinance or law, subject to all other provisions of this Policy, including those listed below, as follows:

    **a.** In the event of a partial loss, if the building is insured under the Replacement Cost Optional Coverage, we will pay for your compliance but only with respect to the damaged portion of the building.

    **b.** In the event of a total loss or constructive total loss, we will pay for your compliance with respect to the entire building.

    **c.** We will not pay under this provision for:

        **(1)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

        **(2)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

    **d.** Any valuation provision (including Replacement Cost) or loss payment condition which excludes the increased cost attributable to enforcement of or compliance with an ordinance or law is hereby revised to include such cost to the extent that coverage is provided above in this item, **K.** But in no event will we pay more than the applicable Limit Of Insurance.

**L.** The following applies with respect to any Deductible in this Coverage Part, including a Deductible provided by endorsement for a particular cause of loss or coverage:

The Deductible will not apply to the total loss of a building.

**M.** The **Transfer Of Rights Of Recovery Against Others To Us** Commercial Property Condition is replaced by the following, subject to Sections **N.** and **O.** of this endorsement:

**1.** If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. However, our rights do not apply against:

    **a.** An insured; or

    **b.** Any person or organization insured under another policy which was issued by us and responds to the same loss;

provided the loss was not intentionally caused by such insureds.

**2.** You may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property or Covered Income.

**b.** After a loss to your Covered Property or Covered Income only if, at the time of loss, that party is one of the following:

**(1)** Someone insured by this insurance, unless the loss was caused intentionally by such insured;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

This will not restrict your insurance.

**N.** In the Legal Liability Coverage Form, the following is added to the Loss Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

**O.** In the Mortgageholders Errors And Omissions Coverage Form, the following are added to the Additional Condition - **Transfer Of Rights Of Recovery Against Others To Us:**

Under Coverages **A** and **B**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same loss, provided the loss was not intentionally caused by such insureds.

Under Coverages **C** and **D**, our rights do not apply against any person or organization insured under this or any other policy we issue with respect to the same occurrence, provided the occurrence was not intentionally caused by such insureds.

**P.** Paragraph **A.3.e.** of the Legal Liability Coverage Form and Paragraph **A.3.b.(5)** of the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

Prejudgment interest awarded against you on that part of the judgment we pay.

**Q.** Paragraph **(8)** of the **Increased Cost Of Construction** Additional Coverage is replaced by the following:

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such exclusion would conflict with the provisions of this Additional Coverage. The coverage afforded under this Additional Coverage does not reduce coverage provided under exceptions to the Ordinance Or Law Exclusion as presented in this endorsement.

**R.** Paragraph **(9)** of the **Increased Cost Of Construction** Additional Coverage does not apply.

**S.** In the Legal Liability Coverage Form under Section **E.**, Additional Conditions, Paragraph **a.** of the Amendment Of Commercial Property Conditions does not apply. The following **Concealment, Misrepresentation Or Fraud** Condition applies instead:

We do not provide coverage to the insured who has:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstance relating to this insurance.

**T.** The **Bankruptcy** Condition, in the Mortgageholders Errors And Omissions Coverage Form (applicable to Coverages **C** and **D**) and in the Legal Liability Coverage Form, is replaced by the following:

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form, and in case an execution against the insured on a final judgment is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Form against us to the same extent that the insured would have, had the insured paid the final judgment.

**U.** In the **Appraisal** Condition, reference to a court having jurisdiction means a court of record in the state where the described premises at which the loss occurred are located.

　　　　© Insurance Services Office, Inc., 2019　　　　CP 01 08 05 20

Insured Copy

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL PROPERTY
CP 01 50 10 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - REPLACEMENT COST PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

If the Declarations indicate that the Replacement Cost Optional Coverage applies to personal property, that Coverage is replaced by the following with respect to such property:

**A.** In the event of loss or damage we will determine the value of personal property on the basis of replacement cost without deduction for depreciation, subject to the following:

**1.** We will not pay more for loss or damage on a replacement cost basis than the least of:

**a.** The Limit of Insurance applicable to the lost or damaged property;

**b.** The applicable Special Limit of Insurance shown in **B.1.**, **B.2.**, **B.3.**, and **B.4.** of this endorsement;

**c.** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

**d.** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**2.** You may make a claim for loss or damage covered under this endorsement on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**3.** We will not pay on a replacement cost basis for any loss or damage:

**a.** Until the lost or damaged property is actually repaired or replaced; and

**b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**c.** If the condtions in **3.a.** and **3.b.** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

**d.** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**B.** With respect to the coverage provided by this endorsement, the following Special Limits of Insurance apply, unless higher Special Limits of Insurance are shown in the Declarations. These Special Limits of Insurance are part of, not in addition to, any Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible. The Special Limit of Insurance shown for any category listed below or in the Declarations is the most we will pay for loss of or damage to all property in that category in any one occurrence.

**1.** $1,000 on personal property of others.

**2.** $1,000 on contents of a residence.

**3.** $5,000 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $1,000 for any one article.

**4.** $1,000 on "stock", unless the including "Stock" option is shown in the Declarations.

With respect to the articles described in **B.1.**, **B.2.**, **B.3.** and **B.4.** above, in no event will we pay you less than we would have paid you if this endorsement were not attached to this policy.

 Copyright, ISO Commercial Risk Services, Inc., 1999

Insured Copy

**C.** **The Extension Of Replacement Cost To Personal Property Of Others,** as set forth in the Coverage Form, does not apply. Instead, Paragraph **B.1.** of this endorsement applies to the personal property of others, unless a higher Special Limit of Insurance is shown in the Declarations.

**D.** Under the terms of this endorsement, tenants' improvements and betterments are not considered to be the personal property of others. Therefore, tenants' improvements and betterments are not subject to the Special Limit of Insurance stated in Paragraph **B.1.** of this endorsement.

Copyright, Insurance Services Office, Inc., 1999

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

1. The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

   **(1)** You demanded the appraisal; and

   **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   **Concealment, Misrepresentation Or Fraud**

   **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

   **(1)** Was made with actual intent to deceive; or

   **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

   **b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

   **(1)** This Coverage Part or Coverage Form;

   **(2)** The Covered Property;

   **(3)** Your interest in the Covered Property; or

   **(4)** A claim under this Coverage Part or Coverage Form.

   **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

 © Insurance Services Office, Inc., 2016

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 IL 01 18 02 17

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

## DECLARATIONS
## COMMERCIAL INLAND MARINE COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGE(S) FOR WHICH A COVERAGE FORM OR ENDORSEMENT IS INDICATED.**

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Accounts Receivable Coverage Form Declarations | IM-F-70 (04-04) |
| Accounts Receivable Coverage Form | CM 00 66 (01-13) |
| Boat Dealer's Coverage Form | IM-F-28 (10-95) |
| Business Computer Coverage Form | IM-F-9 (10-05) |
| Business Computer Extension Endorsement | IM-F-10 (10-05) |
| Contractors Equipment Coverage Form | IM-F-6 (10-03) |
| Limited Replacement Cost Extension Endorsement | IM-F-88 (10-03) |
| Transportation Floater Form | IM-F-24 (01-16) |
| Cyber Coverage Supplemental Declarations | IM-F-171 (10-18) |
| Cyber Coverage Form | IM-F-172 (10-18) |
| Minnesota Changes - Cyber Coverage | IM-F-173 (MN) (10-18) |
| Cyber Incident Exclusion | IM-F-175 (01-21) |
| Minnesota Changes | CM 01 17 (05-20) |
| Cannabis Exclusion with Hemp Exception | CM 99 06 (12-19) |

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

CM 00 01 09 04

© ISO Properties, Inc., 2003

Page 1 of 3

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

**G. Pair, Sets Or Parts**

    **1. Pair Or Set**

        In case of loss or damage to any part of a pair or set we may:

        **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

        **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

    **2. Parts**

        In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

    **1.** This Coverage Part;

    **2.** The Covered Property;

    **3.** Your interest in the Covered Property; or

    **4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

 © ISO Properties, Inc., 2003 CM 00 01 09 04

Insured Copy

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

Insured Copy

# ACCOUNTS RECEIVABLE COVERAGE FORM DECLARATIONS

LIMITS OF INSURANCE

   A. Coverage Applicable at Your Premises                    Limit of Insurance
      Address:
      2873 HIGHWAY 61 TOYOTA SALES/SERVICE          $250,000
      MAPLEWOOD MN

   B. Coverage Applicable Away From Your Premises:

DESCRIPTION OF RECEPTACLES

               Address                     Description
   2873 HIGHWAY 61 TOYOTA SALES/SERVICE       Not Enclosed In A Metal
   MAPLEWOOD MN                            Container

DUPLICATE RECORDS

If the Duplicate Records Endorsement is attached, the following applies:

                                            Percentage Duplicated

[X] NON-REPORTING

[ ] REPORTING

                 Premises Address                      Rate

      Policy Minimum Premium

SPECIAL PROVISIONS:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-70 (04-04)            Policy Number: 0697156            Transaction Effective Date: 09-01-2021

COMMERCIAL INLAND MARINE
CM 00 66 01 13

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E - Definitions**.

## A. Coverage

**1.** We will pay:

  **a.** All amounts due from your customers that you are unable to collect;

  **b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

  **c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

  **d.** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from Covered Causes of Loss to your records of accounts receivable.

**2. Property Not Covered**

Coverage does not apply to:

  **a.** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

  **b.** Contraband, or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**

Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

**4. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

  **a.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

  **b.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

    **(1)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    **(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    **(3)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

    **(4)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(a)** A cause of loss listed in Paragraph **(1)** or **(2)**;

      **(b)** One or more of the following causes of loss: fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

      **(c)** Weight of people or personal property; or

      **(d)** Weight of rain that collects on a roof.

**c.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Form.

**5. Coverage Extension**

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees, (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during normal working hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

© Insurance Services Office, Inc., 2011

**(3)** An occurrence that took place more than 100 feet from your "premises"; or

**(4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

**h.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**i.** Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such conditions relates to Paragraph **(1)** or **(2)**.

This Exclusion **d.** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: fire, lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to reestablish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable At All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable At All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

© Insurance Services Office, Inc., 2011

Insured Copy

# BOAT DEALER'S COVERAGE FORM

### SCHEDULE

| COVERED PROPERTY AWAY FROM YOUR BUSINESS PREMISES | LIMIT OF INSURANCE |
|---|---|
| | $100,000 |

**DEDUCTIBLE**     $1,000

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered. Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

Covered Property, as used in this Coverage Form means watercraft, (including motors, equipment, accessories and boat trailers) while away from your business premises.

Coverage applies:

a.   To covered property you own.
b.   To covered property for which you are liable.

2. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-28 (10-95)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

Page 2 of 2

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Dishonest or criminal act committed by:
   (1) You, any of your partners, employees, directors, trustees, or authorized representatives;
   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or
   (3) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such:
   (1) Persons are acting alone or in collusion with other persons; or
   (2) Acts occur during the hours of employment.

   This exclusion does not apply to:
   (1) Covered Property that is entrusted to others who are carriers for hire; or
   (2) Acts of destruction by your employees. But theft by employees is not covered.

b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

c. Use of the property as a public or livery vehicle for a fee or rented to others or operated in an official race or speed contest.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:
   (1) Planning, zoning, development, surveying, siting;
   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
   (3) Materials used in repair, construction, renovation or remodeling; or
   (4) Maintenance;
   of part or all of any property wherever located.

d. Wear and tear, gradual deterioration (including marine life); rust, corrosion, latent defect, inherent vice, freezing, overheating; structural, mechanical or electrical breakdown or failure.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

The deductible amount shown in the Schedule shall be deducted from each loss or claim.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

1. Coverage Territory
   We cover property wherever located within:
   a. The United States of America;
   b. Puerto Rico; and
   c. Canada.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## BUSINESS COMPUTER COVERAGE FORM

### <u>SCHEDULE</u>

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 1  1 | 2873 HIGHWAY 61 TOYOTA SALES/SERVICE MAPLEWOOD  MN | $75,000 | | |
| 5  1 | 1241 BEAM AVE PARTS/ACCESSORIES MAPLEWOOD  MN | $75,000 | | |
| 6  1 | 4605 S ROBERT TRL HONDA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |
| 8  1 | 1037 50TH ST E TOYOTA SALES/SERVICE INVER GROVE HEIGHTS MN | $75,000 | | |

Continued on Next Page

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible      $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

### A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

**1. Covered Property**

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

a. Which you own; or

b. For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

b. Property that you loan, rent or lease to others while away from a Location described in the Schedule.

c. Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

d. "Business Computer Equipment" that operates production machinery.

e. Contraband or property in the course of illegal transportation or trade.

f. Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

g. Diagnostic equipment

**3. Covered Causes of Loss**

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

**4. Coverage Extensions**

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

a. Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

**c.** The cost to replace the lost or damaged equipment with other equipment:

  **(1)** Of comparable material and quality; and

  **(2)** Used for the same purpose; or

**d.** The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

**a.** The Limit of Insurance applicable to the lost or damaged equipment; or

**b.** The cost to replace the lost or damaged equipment with other equipment:

  **(1)** Of comparable material and quality; and

  **(2)** Used for the same purpose; or

**c.** The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

**a.** Until the lost or damaged equipment is actually repaired or replaced; and

**b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**Electronic Data**

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

**Media**

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

**Computer Software Programs**

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

**3. Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**E. DEFINITIONS**

**1.** "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

**2.** "Electronic data" means information or facts stored on "media" including "computer software programs".

**3.** "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

**4.** "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

**5.** "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

**6.** "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**BUSINESS COMPUTER COVERAGE FORM**

## SCHEDULE

| | | Limits of Insurance | | |
|---|---|---|---|---|
| Loc. No. | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
| 10  1 | 12790 PLAZA DR NISSAN SALES/SERVICE   EDEN PRAIRIE   MN | $50,000 | | |
| 11  1 | 680 W TERRA COTTA AVE HONDA SALES/SERVICE CRYSTAL LAKE   IL | $50,000 | | |
| 13  1 | 1500 N RANDALL RD SUBARU SALES/SERVICE ELGIN   IL | $50,000 | | |

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Limits of Insurance | |
|---|---|
| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible        $1,000

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

### A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

**1.  Covered Property**

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

**a.**  Which you own; or

**b.**  For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

**a.**  Which you own; or

**b.**  For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**2.  Property Not Covered**

Covered Property does not include:

**a.**  Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

**b.**  Property that you loan, rent or lease to others while away from a Location described in the Schedule.

**c.**  Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

**d.**  "Business Computer Equipment" that operates production machinery.

**e.**  Contraband or property in the course of illegal transportation or trade.

**f.**  Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

**g.**  Diagnostic equipment

**3.  Covered Causes of Loss**

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

**4.  Coverage Extensions**

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

**a.**  Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any

direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives; or

(2) A manager or a member if you are a limited liability company; or

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

   (1) Of comparable material and quality; and

   (2) Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

   (1) Of comparable material and quality; and

   (2) Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

### Electronic Data

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

### Media

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

### Computer Software Programs

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

3. **Deductible**

   We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

E. **DEFINITIONS**

1. "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

2. "Electronic data" means information or facts stored on "media" including "computer software programs".

3. "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

4. "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

5. "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

6. "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUSINESS COMPUTER EXTENSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

BUSINESS COMPUTER COVERAGE FORM

Exclusions B.2.a, B.2.b. and B.2.d. of the Business Computer Coverage Form attached to this policy are hereby deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-10 (10-05)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties, and what is and is not covered.  Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

**SCHEDULE**

**A. COVERAGE**

We will pay for direct physical "loss" to Covered Property described in the following schedule not to exceed the Limit of Insurance indicated.

| Description of Property | Make, Model and Serial Number | Limit of Insurance |
|---|---|---|
| 2005 SKYJACK SCISSOR LIFT MODEL SJIII3226 | S/N 274071 | $25,000 |

**B.    DEDUCTIBLE    $1,000**

The deductible amount shown above shall be deducted from each "loss" occurrence.

Page 1 of 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-6 (10-03)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss means risks of direct physical "loss" unless the "loss" is excluded or limited in the Exclusions.

## D. PROPERTY NOT COVERED

Covered Property does not include:

Motor vehicles designed for highway use, motorcycles, aircraft or watercraft.

## E. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. Nuclear Hazard**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   **c. War and Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

   b. Unexplained disappearance.

   c. Shortage found upon taking inventory.

   d. Dishonest or criminal act committed by:

   (1) You, any of your partners, employees, directors, trustees, or authorized representatives;

   (2) Anyone else with an interest in the property, or their employees or authorized representatives; or

   (3) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such:

   (1) Persons are acting alone or in collusion with other persons; or

   (2) Acts occur during the hours of employment.

   This exclusion does not apply to:

   (1) Covered Property that is entrusted to others who are carriers for hire; or

   (2) Acts of destruction by your employees. But theft by employees is not covered.

   e. Processing or work upon the property. But we will pay for direct "loss" caused by resulting fire or explosion.

   f. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires. But if "loss" or damage by fire results, we will pay for that resulting "loss" or damage.

   g. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   h. Unauthorized instructions to transfer property to any person or to any place.

   i. "Loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any machine.

   j. "Loss", except by fire, while covered property is being waterborne.

   k. "Loss" to property while located underground, in caissons or under water.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph E.1. above to produce the "loss".

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown; insects, vermin, rodents, corrosion, rust, dampness, cold, heat, or freezing.

e. Blowouts, punctures, or other road damage to tires unless caused by other causes of loss covered by this policy.

**F. ADDITIONAL COVERAGES**

**1. Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause Of Loss. The expense will be included in the amount of your covered "loss" or damage. This coverage does not apply to:

a. Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time;

b. Any "loss" or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

c. Any cost or expense to remove, restore or replace polluted land or water.

The most we will pay under this Additional Coverage is 25% of:

(1) The amount we pay for the direct physical "loss" or damage to Covered Property; plus

(2) The deductible in this policy applicable to that "loss" or damage.

However, we will pay an additional amount of debris removal expense up to $5000 when the debris removal expense exceeds 25% of the amount we pay for direct "loss" or when the "loss" to property and debris removal

combined exceeds the applicable Limit of Insurance for the damaged property.

We will not pay any expenses unless they are reported to us in writing within 180 days from the date of direct physical "loss" to covered property.

**2. Construction Forms and Scaffolding**

If construction forms and/or scaffolding are Covered Property under this form, you may extend the insurance that applies to this Covered Property to cover your actual cost of re- assembling the construction forms or re- erecting the scaffolding, if the "loss" or damage to the covered forms or scaffolding is caused by or results from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5000 in any one occurrence.

**3. Newly Purchased Property**

You may extend this insurance to apply to newly purchased property similar to the property insured under this form.

Such newly purchased property is covered up to $50,000.

Insurance under this extension will end when any of the following first occurs:

a. This policy expires; or

b. 30 days from the date you purchased the property; or

c. You report the value of newly purchased property to us.

We will charge you additional premium for values reported from the date you purchased such property.

**G. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. Coverage Territory

We cover property wherever located within:

a. The United States of America;

b. Puerto Rico; and

c. Canada.

2. Impairment of Recovery Rights

If you waive your right of recovery by any act or agreement with a carrier, bailee or other party liable for a covered "loss" under this form, we will not pay for such "loss" or damage. This condition applies to any waiver

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

agreement or act occurring before or after such loss or damage. Non payment of such loss does not affect our right to recover or retain premium under this form.

This special condition does not apply to any provision in a written contract in which you undertake to perform work.

## H. DEFINITIONS

"Loss" means accidental loss or damage.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-6 (10-03)                    Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LIMITED REPLACEMENT COST EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**CONTRACTORS EQUIPMENT COVERAGE FORM**

1. We will increase the Limit of Insurance applicable to the lost or damaged item by up to 25% if:
   a. The item of equipment is specifically described in the Schedule; and
   b. It is insured to at least 100% of its actual cash value at the time of "loss"; and
   c. You repair or replace the equipment with like kind and quality.
2. We will not pay on a limited replacement cost basis for any "loss" or damage:
   a. Until the lost or damaged property is actually repaired or replaced; and
   b. Unless the repair or replacement is made as soon as reasonably possible after the "loss" or damage.
3. We will not pay more for "loss" or damage on a limited replacement cost basis than the least of:
   a. The Limit of Insurance applicable to the lost or damaged property;
   b. The cost to repair or replace, on the same premises, the lost or damaged property with other property;
      (1) Of comparable material and quality; and
      (2) Used for the same purpose; or
   c. The amount you actually spend that is necessary to repair or replace the lost or damaged property.
4. Limited Replacement Cost will not apply to:
   a. Property or equipment not maintained in good or workable condition; or
   b. Property or equipment that is outdated or obsolete and is stored or not being used; or
   c. Memorabilia, souvenirs, collectors items and similar articles where age or history contribute to their value; or
   d. The increased cost attributable to enforcement of any ordinance, regulation or law governing the usage, repair or replacement of the damaged property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TRANSPORTATION FLOATER FORM

### SCHEDULE

**Limits of Insurance**

1.   **$100,000**   on Covered Property in or on a "vehicle" you or your employees own or operate.

2.   on Covered Property in or on a "vehicle" in the care, custody, or control of carriers for hire.

**DEDUCTIBLE**   **$1,000**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- DEFINITIONS**.

### A.   COVERAGE

We will pay for direct physical loss or damage to Covered Property while in or on a "vehicle" from any of the Covered Causes of Loss for which a Limit of Insurance is shown in the above Schedule.

1.   **Covered Property,** as used in this Coverage Form, means:

Under Items 1 & 2

**(a)**   Property owned by you or for which you are liable as indicated in the Schedule.

Coverage also applies to Covered Property in or on a "vehicle" while such property is at locations owned, rented or leased or controlled by you.

2.   **Property Not Covered**

Covered Property does not include:

**a.**   The transporting "vehicle", including their equipment and accessories.

**b.**   Livestock except from an accident by a covered peril causing death or rendering death necessary.

**c.**   Accounts, bills, currency, deeds, money, notes, securities and evidences of debt.

**d.**   Contraband or property in the course of illegal transportation or trade.

**e.**   Jewelry, precious or semi-precious stones, gold, silver, platinum or other precious metals.

3.   **Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of loss or damage listed in the Exclusions.

4.   **Additional Coverages**

**a.**   **Debris Removal**

We will pay the expense you incur to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss. This coverage does not apply to:

**(1)**   Any cost or expense which would not have occurred in whole or in part, but for the actual, alleged or threatened discharge, seepage, dispersal, migration, release or escape of "pollutants" at any time; or

**(2)**   Any loss or damage, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(3)**   Any cost or expense to remove, restore or replace polluted land or water; or

**(4)**   Any cost or expense to remove or extract debris of liquid products.

The most we will pay for loss or damage under this Additional Coverage is $5,000 per occurrence.

### B.   EXCLUSIONS

1.   We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**a. Governmental Action**

Seizure, confiscation or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct loss or damage caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. "Spoilage"**

**e. "Contamination"**

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Unexplained or mysterious disappearance.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees (including leased employees), members, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees (including leased employees) or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**c.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**d.** Unauthorized instructions to transfer property to any person or to any place.

**e.** Shifting of load, poor packing or rough handling; unless directly caused by fire, explosion, windstorm, theft, collision or upset of the transporting "vehicle", for loss or damage caused by breakage or by contact with oil or grease or any other commodity;

**f.** Marring or scratching;

**g.** Wetness or dampness, or as the result of being spotted, discolored, molded, rusted, frosted or frozen, rotted, soured, steamed or heated, changed in flavor, or deteriorated;

**h.** Wear and tear; depreciation and gradual deterioration; inherent vice; latent defect; mechanical breakdown;

**i.** Loss of fluids and gases by leakage or spillage unless caused by a peril not otherwise excluded; or

**j.** Loss caused by or resulting from loss of use, business interruption, delay, or loss of market or loss of profit.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**E. OTHER INSURANCE**

We will not be liable for loss or damage if, at the time of loss or damage, there is other insurance under another coverage form of this or any other policy which would attach if this insurance had not been affected, except that this insurance shall apply as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Including their respective coastal territories.

**2. Indemnity Agreement**

If we pay for loss or damage to comply with any special endorsement required by laws or regulations, and such loss or damage would not be covered under the terms of the Coverage Form without such endorsement(s), you agree to pay us the full amount of such payments within 10 days after we notify you.

**G. DEFINITIONS**

**1.** "Contamination" means, but is not limited to, the intrusion, infestation, process, or contact of one property with:

**a.** Another property; or

**b.** Substance; or

**c.** Undesirable element(s);

that results in the original property becoming unfit or unsuitable for its intended use, purpose or consumption.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant; including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Spoilage" means, but is not limited to, the act or process of decay, fungus, mildew, mold, rot, loss of freshness or color or odor, impairment or deterioration of quality, or the quality of edibility becomes reduced.

**4.** "Vehicle" means, with respect to this form only, any conveyance that is used for the transportation of goods or moves under its own power. This includes but is not limited to autos, trucks, semi-trucks, buses, trailers, semi-trailers, trains, aircraft and watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-24 (01-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit: $100,000 Annual Aggregate

Sublimits - Per Occurrence
   1st Party Named Malware: $50,000
   Forensic IT Review: $50,000
   Legal Review: $50,000
   Public Relations: $5,000
   Regulatory Fines and Penalties: $50,000
   PCI Fines and Penalties: $50,000

Data Compromise Response
Expenses Deductible: $2,500 Per Occurrence

---

**COMPUTER ATTACK**

Computer Attack Limit: $100,000 Annual Aggregate

Sublimits - Per Occurrence
   Business Income and Extra Expense: $50,000
   Public Relations: $5,000
Computer Attack Deductible: $2,500 Per Occurrence

---

**CYBER EXTORTION**

Cyber Extortion Limit: $10,000 Annual Aggregate
Cyber Extortion Deductible: $2,500 Per Occurrence

---

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit: $100,000 Annual Aggregate

Sublimits - Per Occurrence
   3rd Party Named Malware: $50,000

Data Compromise
Defense and Liability Deductible: $2,500 Per Occurrence

---

IM-F-171 (10-18)     Policy Number: 0697156     Transaction Effective Date: 09-01-2021

Insured Copy

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

Network Security Defense and Liability Limit:          **$100,000**    Annual Aggregate

Network Security Defense and Liability Deductible:       **$2,500**    Per Occurrence

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

Electronic Media Defense and Liability Limit:          **$100,000**    Annual Aggregate

Electronic Media Defense and Liability Deductible:       **$2,500**    Per Occurrence

---

**IDENTITY RECOVERY**

Identity Recovery Limit:                                **$25,000**    Annual Aggregate per "Identity
                                                                       Recovery Insured"

Sublimits - Per Occurrence
   Lost Wages and Child and
   Elder Care Expenses:                              **$5,000**
   Mental Health Counseling:                         **$1,000**
   Miscellaneous Unnamed Costs:                      **$1,000**

---

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## CYBER COVERAGE FORM

Throughout this Coverage Form (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to Section **F. DEFINITIONS.**

The terms and conditions of the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions, and any amendments to such terms incorporated by this Coverage Form are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Cyber Coverage Supplemental Declarations.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

    **(3) Notification to Affected Individuals**

        We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

    **(4) Services to Affected Individuals**

        We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

        **(a) Informational Materials**

            A packet of loss prevention and customer support information.

        **(b) Help Line**

            A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

        **(c) Credit Report and Monitoring**

            A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

        **(d) Identity Restoration Case Management**

            As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

    **(5) Public Relations**

        We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

        This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

        **(a)** Promotions provided to any of your directors or employees; or

        **(b)** Promotion costs exceeding $25 per "affected individual".

    **(6) Regulatory Fines and Penalties**

        We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

    **(7) PCI Fines and Penalties**

        We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

  **a.** Computer Attack applies only if all of the following conditions are met:

    **(1)** There has been a "computer attack"; and

    **(2)** Such "computer attack" occurred in the "coverage territory"; and

    **(3)** Such "computer attack" is first discovered by you during the "policy period"; and

    **(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

  **b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

    **(1) Data Restoration**

        We will pay your necessary and reasonable "data restoration costs".

    **(2) Data Re-creation**

        We will pay your necessary and reasonable "data re-creation costs".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

     **(3) System Restoration**

     We will pay your necessary and reasonable ″system restoration costs″.

     **(4) Business Income and Extra Expense**

     We will pay your actual ″business income and extra expense″.

     **(5) Public Relations**

     If you suffer a covered ″business income and extra expense″, we will pay for the services of a professional public relations firm to assist you in communicating your response to the ″computer attack″ to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

  **a.** Cyber Extortion applies only if all of the following conditions are met:

    **(1)** There has been a ″cyber extortion threat″; and

    **(2)** Such ″cyber extortion threat″ is first made against you during the ″policy period″; and

    **(3)** Such ″cyber extortion threat″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable ″cyber extortion expenses″ arising directly from such ″cyber extortion threat″. The payment of ″cyber extortion expenses″ must be approved in advance by us. We will not pay for ″cyber extortion expenses″ that have not been approved in advance by us. We will not unreasonably withhold our approval.

  **c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Data Compromise Defense and Liability**

  **a.** Data Compromise Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the ″policy period″ or any applicable Extended Reporting Period, you first receive notice of one of the following:

      **(a)** A ″claim″ brought by or on behalf of one or more ″affected individuals″; or

      **(b)** A ″regulatory proceeding″ brought by a governmental entity.

    **(2)** Such ″claim″ or ″regulatory proceeding″ must arise from a ″personal data compromise″ that:

      **(a)** Took place during the ″coverage term″;

      **(b)** Took place in the ″coverage territory″; and

      **(c)** Was submitted to us and insured under Data Compromise Response Expenses.

    **(3)** Such ″claim″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

    **(1)** ″Loss″ directly arising from the ″claim″; or

    **(2)** ″Defense costs″ directly arising from a ″regulatory proceeding″.

  **c.** All ″claims″ and ″regulatory proceedings″ arising from a single ″personal data compromise″ or interrelated ″personal data compromises″ will be deemed to have been made at the time that notice of the first of those ″claims″ or ″regulatory proceedings″ is received by you.

**5. Network Security Defense and Liability**

  **a.** Network Security Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the ″policy period″ or any applicable Extended Reporting Period, you first receive notice of a ″claim″ which arises from a ″network security incident″ that:

      **(a)** Took place during the ″coverage term″; and

      **(b)** Took place in the ″coverage territory″; and

    **(2)** Such ″claim″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered ″loss″ directly arising from the ″claim″.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)       Policy Number: 0697156       Transaction Effective Date: 09-01-2021

Insured Copy

    **c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**6. Electronic Media Defense and Liability**

    **a.** Electronic Media Defense and Liability applies only if all of the following conditions are met:

        **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

            **(a)** Took place during the "coverage term"; and

            **(b)** Took place in the "coverage territory"; and

        **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

    **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

    **c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**7. Identity Recovery**

    **a.** Identity Recovery applies only if all of the following conditions are met:

        **(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

        **(2)** Such "identity theft" took place in the "coverage territory"; and

        **(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

        **(4)** Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

    **b.** If the conditions listed in **a.** above have been met, then we will provide the following to the "identity recovery insured":

        **(1) Case Management Service**

            We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

        **(2) Expense Reimbursement**

            We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B. EXCLUSIONS**

We will not pay for costs or loss arising from the following:

**1.** Nuclear reaction or radiation or radioactive contamination, however caused.

**2.** War and military action including any of the following and any consequence of any of the following:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.** Failure or interruption of or damage to the internet or an internet service provider.

**4.** Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.** Costs to research or correct any deficiency.

**6.** Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.** Any criminal investigations or proceedings.

**8.** Your intentional or willful complicity in a covered loss event.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

9. Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non- monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any threat, extortion or blackmail including, but not limited to, ransom payments and private security assistance. Extortion as used in this exclusion is all types of extortion except a "cyber extortion threat" as defined and covered under the Cyber Extortion coverage in this Cyber Coverage.

15. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

16. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Defense and Liability.

17. The theft of a professional or business identity.

18. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

19. An "identity theft" where a written police report is not completed.

## C. LIMITS OF INSURANCE

### 1. Aggregate Limits

Except for post-judgment interest, the aggregate limit for each coverage section shown in the Cyber Coverage Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Cyber Coverage Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

### 2. Coverage Sublimits

#### a. Data Compromise Sublimits

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Cyber Coverage Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

The most we will pay under Data Compromise Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**b. Computer Attack Sublimits**

The most we will pay under Computer Attack for Business Income and Extra Expense and Public Relations coverages for "loss" arising from any one "computer attack" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack aggregate limit shown in the Cyber Coverage Supplemental Declarations.

**c. Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

**(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the aggregate limit for Identity Recovery.

**(2)** Costs covered under item **d.** (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the aggregate limit for Identity Recovery.

**(3)** Costs covered under item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(4)** Costs covered under item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(5)** Costs covered under item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3. Application of Limits**

**a.** A "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" was first discovered by you.

**b.** You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

**c.** The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

**d.** Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D. DEDUCTIBLES**

**1.** We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Coverage Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Coverage Supplemental Declarations. You will be responsible for the applicable deductible amount.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

2. The deductible will apply to all:

   a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack or Cyber Extortion. However, this does not apply to a "business income and extra expense loss".

   b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Defense and Liability, Network Security Defense and Liability or Electronic Media Defense and Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

E. ADDITIONAL CONDITIONS

The following conditions apply in addition to and/or modify the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions:

1. **Bankruptcy**

   The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2. **Defense and Settlement**

   a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

   b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

   c. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

   d. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

   e. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

      (1) After entry of judgment; and

      (2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

      These interest payments will be in addition to and not part of the applicable limit of insurance.

3. **Due Diligence**

   You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

   a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

   b. Providing and maintaining appropriate computer and Internet security;

   c. Maintaining and updating at appropriate intervals backups of computer data;

   d. Protecting transactions, such as processing credit card, debit card and check payments; and

   e. Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**

    **a.** If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

        **(1)** Anytime during the "policy period"; or

        **(2)** Anytime during the extended reporting periods (if applicable).

    **b.** If a "claim" or "regulatory proceeding" is brought against you, you must:

        **(1)** Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

        **(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

        **(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

        **(4)** Authorize us to obtain records and other information;

        **(5)** Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

        **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

        **(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

    **c.** In the event of a "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

        **(1)** Notify the police if a law may have been broken.

        **(2)** Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". Include a description of any property involved.

        **(3)** As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft" occurred.

        **(4)** As often as may be reasonably required, permit us to:

            **(a)** Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft";

            **(b)** Examine your books, records, electronic media and records and hardware;

            **(c)** Take samples of damaged and undamaged property for inspection, testing and analysis; and

            **(d)** Make copies from your books, records, electronic media and records and hardware.

        **(5)** Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". You must do this within 60 days after our request. We will supply you with the necessary forms.

        **(6)** Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft".

        **(7)** If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

        **(8)** Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

        **(9)** Promptly send us any legal papers or notices received concerning the "loss".

    **d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

    **e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

5. **Extended Reporting Periods**

   **a.** You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

   **b.** If a "termination of coverage" has occurred, you will have the right to the following:

     **(1)** At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

     **(2)** Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage

     To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

     This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

6. **Identity Recovery Help Line**

   For assistance, if Identity Recovery applies, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-414-9812**.

   The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

   **a.** Information and advice for how to respond to a possible "identity theft"; and

   **b.** Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

   In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

   As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

7. **Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   **a.** There has been full compliance with all of the terms of this insurance; and

   **b.** The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

8. **Legal Advice**

   We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

9. **Other Insurance**

   If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply as follows:

   **a.** **Primary Insurance**

     This insurance is primary over any other valid and collectible insurance issued by us or any of our affiliates.

   **b.** **Excess Insurance**

     This insurance is excess over any other valid and collectible insurance not issued by us or any of our affiliates.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. No Reinstatement of Limit**

With respect to coverage provided by this endorsement, **Loss Conditions, Paragraph I., Reinstatement Of Limit After Loss,** of the **Commercial Inland Marine Conditions** is deleted.

**14. Liberalization Clause**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**F. DEFINITIONS**

1. **"Affected Individual"** means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

   b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

      (1) If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      (2) If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      (3) You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

   c. An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense"** means the loss of Business Income and Extra Expense actually incurred during the Period of Restoration.

   a. As used in this definition, Business Income means the sum of:

      (1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

      (2) Continuing normal and necessary operating expenses incurred, including employee and director payroll.

   b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

   c. As used in this definition, Period of Restoration means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

      (1) The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

      (2) The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

6. **"Claim"**

   a. "Claim" means:

      (1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

      (2) A civil proceeding commenced by the filing of a complaint;

      (3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

**b.** "Claim" does not mean or include:

**(1)** Any demand or action brought by or on behalf of someone who is:

**(a)** Your director;

**(b)** Your owner or part-owner; or

**(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

**(2)** A "regulatory proceeding".

**c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

**(1)** The proceeding is brought by one or more "affected individuals";

**(2)** The claimant alleges that one or more "affected individuals" suffered damages; and

**(3)** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7.** "Computer Attack" means one of the following involving the "computer system":

**a.** An "unauthorized access incident";

**b.** A "malware attack"; or

**c.** A "denial of service attack" against a "computer system".

**8.** "Computer System" means a computer or other electronic hardware that is owned or leased by you and operated under your control.

**9.** "Coverage Term" means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

**b.** Ending upon the "termination of coverage".

**10.** "Coverage Territory" means:

**a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion and Identity Recovery, "coverage territory" means anywhere in the world.

**b.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions), Puerto Rico or Canada.

**11.** "Cyber Extortion Expenses" means:

**a.** The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

**b.** Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**12.** "Cyber Extortion Threat" means:

**a.** "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

    **(1)** Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

    **(2)** Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

    **(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

    **(4)** Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

    **(5)** Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

  **b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**13.** **"Data Re-creation Costs"**

  **a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**14.** **"Data Restoration Costs"**

  **a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**15.** **"Defense Costs"**

  **a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

  **b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**16.** **"Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**17.** **"Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

  **a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

  **b.** Defamation against a person or organization that is unintended; or

  **c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**18.** **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)      Policy Number: 0697156      Transaction Effective Date: 09-01-2021

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1629 of 2396 PageID #:1642

19. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

    **a. Re-Filing Costs**

    Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

    **b. Notarization, Telephone and Postage Costs**

    Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

    **c. Credit Reports**

    Costs for credit reports from established credit bureaus.

    **d. Legal Costs**

    Fees and expenses for an attorney approved by us for the following:

      **(1)** The defense of any civil suit brought against an "identity recovery insured".

      **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured".

      **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

      **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

      **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

    **e. Lost Wages**

    Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

    **f. Child and Elder Care Expenses**

    Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

    **g. Mental Health Counseling**

    Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

    **h. Miscellaneous Unnamed Costs**

    Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

      **(1)** Such costs include:

        **(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

        **(b)** Deductibles or service fees from financial institutions.

      **(2)** Such costs do not include:

        **(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

        **(b)** Money lost or stolen.

        **(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage.

20. **"Identity Recovery Insured"** means the following:

    **a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

    **b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

    **c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

        **(1)** The chief executive of the insured entity; or

        **(2)** As respects a religious institution, the senior ministerial employee.

    An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**21. "Identity Theft"**

    **a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

    **b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**22. "Loss"**

    **a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

    **b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

    **c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

    **d.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "loss" means "defense costs" and "settlement costs".

    **e.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, paragraph **b.**

**23. "Malware Attack"**

    **a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, trojans, spyware and keyloggers.

    **b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**24. "Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**25. "Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

    **a.** The unintended propagation or forwarding of malware, including viruses, worms, trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

    **b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

    **c.** The unintended loss, release or disclosure of "third party corporate data".

**26. "Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

    **a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

        **(1)** You; or

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

**b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

**c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

**d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**27. "Personally Identifying Information"**

**a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

**b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**28. "Personally Sensitive Information"**

**a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

**b.** "Personally sensitive information" does not mean or include "personally identifying information".

**29. "Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

**30. "Property Damage"** means:

**a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

**b.** Loss of use of tangible property that is not physically injured.

**31. "Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**32. "Settlement Costs"**

**a.** "Settlement costs" means the following, when they arise from a "claim":

**(1)** Damages, judgments or settlements; and

**(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

**(3)** Pre-judgment interest on that part of any judgment paid by us.

**b.** "Settlement costs" does not mean or include:

**(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

**(2)** Punitive and exemplary damages;

**(3)** The multiple portion of any multiplied damages;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

**c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

**(1)** Is where those fines, or penalties were awarded or imposed;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

    **(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

    **(3)** Is where you are incorporated or you have your principal place of business; or

    **(4)** Is where we are incorporated or have our principal place of business.

**33.** **"System Restoration Costs"**

  **a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre-"computer attack" level of functionality:

    **(1)** Replace or reinstall computer software programs;

    **(2)** Remove any malicious code; and

    **(3)** Configure or correct the configuration of your computer system.

  **b.** "System restoration costs" does not mean or include:

    **(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

    **(2)** Labor costs of your employees or directors;

    **(3)** Any costs in excess of the actual cash value of your computer system; or

    **(4)** Costs to repair or replace hardware.

**34.** **"Termination of Coverage"** means:

  **a.** You or we cancel this coverage;

  **b.** You or we refuse to renew this coverage; or

  **c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**35.** **"Third Party Corporate Data"**

  **a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

  **b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**36.** **"Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

  **a.** An unauthorized person or persons; or

  **b.** An authorized person or persons for unauthorized purposes.

**37.** **"Wrongful Act"**

  **a.** With respect to Data Compromise Defense and Liability, "wrongful act" means a "personal data compromise".

  **b.** With respect to Network Security Defense and Liability, "wrongful act" means a "network security incident".

  **c.** With respect to Electronic Media Defense and Liability, "wrongful act" means an "electronic media incident".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - CYBER COVERAGE

This endorsement modifies insurance provided under the following:

CYBER COVERAGE FORM

**A.** **E. ADDITIONAL CONDITIONS, 1. Bankruptcy,** is deleted and replaced with the following:

The bankruptcy, insolvency, or dissolution of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

**B.** **E. ADDITIONAL CONDITIONS, 2. Defense and Settlement,** paragraph **e. (1)** and **(2)** are deleted and replaced with the following:

**(1)** Before entry of judgment; and

**(2)** After entry of judgment but before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-173 (MN) (10-18)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Coverage Extensions**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Equipment Dealers Stock Floater Form - Coverage Extension - Electronic Data; or

**b.** Business Computer Coverage Form - Coverage Extension - "Computer Virus" and "Electronic Vandalism".

**3. Cyber Coverage Form**

The exclusion in Paragraph **A.** does not apply to the Cyber Coverage Form when attached to your policy.

**C. Vandalism**

If Vandalism coverage is not otherwise excluded, Vandalism does not include a cyber incident as described in Paragraph **A.**

This paragraph does not apply to the Coverage Extensions and Cyber Coverage Form as described in paragraph **B.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**COMMERCIAL INLAND MARINE**
CM 01 17 05 20

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this Policy at any time during the policy period and up to one year afterward.

**B.** Paragraphs **2.**, **6.** and **7.** of Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions are replaced by the following:

**2.** Give us or our agent prompt notice of the loss or damage. Include a description of the property involved.

**6.** As often as we reasonably require:

**a.** Permit us to inspect the property. Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis; and

**b.** Provide us with records and documents reasonably related to the loss, or certified copies if the originals are lost, and permit us to make copies.

**7.** After we inform an insured:

**a.** Of the right to counsel; and

**b.** That an insured's answers may be used against the insured in later civil or criminal proceedings;

we may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim. In the event of an examination, an insured's answers must be signed.

**C.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within five business days after we have received the proof of loss and:

**a.** We have reached agreement with you or, in the event we use an independent claims adjuster, we have received the agreement and you have satisfied the conditions of the agreement, if any; or

**b.** An appraisal award has been made.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a loss shall be payable, in accordance with Paragraph **a.** or **b.** above, and before we pay, tender or deposit in court payment for the loss.

In addition, when Mail Coverage Form **CM 00 60** is attached to this Policy, Paragraph **D.4. Loss Payment** of the Mail Coverage Form is deleted.

**D.** Loss Condition **J. Transfer Of Rights Of Recovery Against Others To Us** in the Commercial Inland Marine Conditions is amended by the addition of the following:

Our rights do not apply against:

**1.** An insured; or

**2.** Any person or organization insured under another Coverage Part which was issued by us and responds to the same loss;

providing the loss was not intentionally caused by such insureds.

 © Insurance Services Office, Inc., 2019

Insured Copy

**E.** General Condition **A. Concealment, Misrepresentation Or Fraud** in the Commercial Inland Marine Conditions is replaced by the following:

We will not pay for any loss or damage if you have:

**1.** Before a loss, willfully; or

**2.** After a loss, willfully and with intent to defraud;

concealed or misrepresented any material fact or circumstances concerning:

    **a.** This Coverage Part;

    **b.** The Covered Property;

    **c.** Your interest in the Covered Property; or

    **d.** A claim under this Coverage Part.

**F.** The **Protective Safeguards** Additional Condition in the:

    CAMERA AND MUSICAL INSTRUMENT DEALERS COVERAGE FORM;

    EQUIPMENT DEALERS COVERAGE FORM;

    PHYSICIANS AND SURGEONS EQUIPMENT COVERAGE FORM; and

    JEWELERS BLOCK COVERAGE FORM

is replaced by the following:

You must maintain the protective safeguards stated by you to be in effect at a location when this coverage began.

If you fail to keep the protective safeguards over which you have control:

**1.** In working condition at a location; and

**2.** In operation when you are closed to business;

there is no coverage at the location for loss or damage for which the protective safeguards apply until the equipment or services are back in operation.

 © Insurance Services Office, Inc., 2019 **CM 01 17 05 20**

Insured Copy

**COMMERCIAL INLAND MARINE**
CM 99 06 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** **Property Not Covered** is amended as follows:

1. "Cannabis" is added to **Property Not Covered.**

2. Paragraph **A.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

   However, this Paragraph **A.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**B.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

1. Means:

   Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2. Paragraph **B.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   **b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

      **(1)** Resin, oil or wax;

      **(2)** Hash or hemp; or

      **(3)** Infused liquid or edible cannabis;

      whether or not derived from any plant or part of any plant set forth in Paragraph **B.2.a.**

Insured Copy

 FEDERATED SERVICE INSURANCE COMPANY

121 East Park Square, Owatonna, MN 55060

(507) 455-5200

# DECLARATIONS
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**LIMITS OF INSURANCE**                                                      **Limit**

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | | $1,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | | SEE CLASSIFICATION ON CG-F-8 TO DETERMINE APPLICABILITY OF PRODUCT LIABILITY COVERAGE |
| PERSONAL & ADVERTISING INJURY LIMIT | | $500,000 |
| EACH OCCURRENCE LIMIT | | $500,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | Any one premises | $100,000 |
| MEDICAL EXPENSE LIMIT | Any one person | EXCLUDED |

**Refer to General Liability Schedule CG-F-8 for Locations and Classifications.**

**ENDORSEMENTS APPLICABLE:**

        ***See Schedule Attached***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| General Liability Schedule | CG-F-8 (01-21) |
| Additional Insured-Lessor Of Leased Equipment-Automatic Status When | CG 20 34 (12-19) |
| Quick Reference | CG 00 01 (QR) (04-13) |
| Commercial General Liability Coverage Form | CG 00 01 (04-13) |
| Exclusion-Unmanned Aircraft | CG 21 09 (06-15) |
| Communicable Disease Exclusion | CG 21 32 (05-09) |
| Exclusion - Coverage C - Medical Payments | CG 21 35 (10-01) |
| Employment-Related Practices Exclusion | CG 21 47 (12-07) |
| Fungi or Bacteria Exclusion | CG 21 67 (12-04) |
| Cap on Losses From Certified Acts Of Terrorism | CG 21 70 (01-15) |
| Cond Excl - Terrorism Involving Nucl, Bio, or Chem Terrorism | CG 21 88 (01-15) |
| Snowplow Operations Coverage | CG 22 92 (12-07) |
| Amendment Of Coverage Territory - Worldwide Coverage | CG 24 22 (04-13) |
| Cannabis Exclusion with Hemp Exception | CG 40 15 (12-19) |
| Amendment Of Liquor Liability Exclusion | CG-F-109 (03-12) |
| Additional Condition - Two Or More Coverage Forms Or Policies Issued By Us | CG-F-111 (03-12) |
| Premium Audit Noncompliance Charge | CG-F-126 (12-19) |
| Pollution Exclusion Modification | CG-F-53 (02-10) |
| Coverage Limitation - Continuous or Progressive Injury or Damage | CG-F-68 (10-01) |
| Three Wheeled Auto Exclusion Endorsement | CG-F-73 (06-19) |
| Business Operations - Pollution Exclusion | CG-F-92 (04-05) |
| Deductible Liability Insurance | CG 03 00 (01-96) |
| Electronic Data Liability Endorsement | CG 04 37 (05-14) |
| Exclusion - All Hazards In Connection With Designated Premises | CG 21 00 (07-98) |
| Minnesota Changes - Contractual Liability Exclusion And Supplementary Payments | CG 01 22 (12-07) |
| Minnesota Changes | CG 26 05 (02-07) |
| Minnesota Changes - Duties Condition | CG 26 81 (12-04) |

Insured Copy

## GENERAL LIABILITY SCHEDULE
### Illinois

| Classifications | Code No. | Premium Bases | | Rates | | Estimated Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o - Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 5,000 | 56.348 | INCLUDED | 282 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres) Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 69.723 | INCLUDED | 70 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 2 | |

Minimum Premiums:
Prem/Op.    235

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Minnesota

| Classifications | Code No. | Premium Bases | | Rates | | Estimated Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o -Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor's Risk Only) - Other Than Not-For-Profit Products/Completed Operations are subject to the General Aggregate Limit | 61212 | A- | 15,000 | 13.585 | INCLUDED | 204 | INCLUDED |
| Vacant Buildings - Not Factories - Other Than Not-For-Profit Products/Completed Operations are subject to the General Aggregate Limit | 68606 | A- | 10,000 | 5.838 | INCLUDED | 58 | INCLUDED |
| Vacant Land - Other Than Not-For-Profit (1-160 Acres) Products/Completed Operations are subject to the General Aggregate Limit | 85042 | C- | 1 | 28.943 | INCLUDED | 29 | INCLUDED |
| Certified Acts of Terrorism Premium | 85103 | | | | | 2 | |

Minimum Premiums:
Prem/Op.    235

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 20 34 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

© Insurance Services Office, Inc., 2018

Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# QUICK REFERENCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## (OCCURRENCE FORM CG 00 01)

**PLEASE READ YOUR POLICY CAREFULLY**

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business Operations
Coverages and Limits of Insurance

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| | | Beginning on Page |
|---|---|---|
| SECTION I - COVERAGES | | |
| Coverage A-<br>Bodily Injury and | Insuring Agreement | 1 |
| Property Damage Liability | Exclusions | 2 |
| Coverage B-<br>Personal and Advertising | Insuring Agreement | 6 |
| Injury Liability | Exclusions | 6 |
| Coverage C-<br>Medical Payments | Insuring Agreement<br>Exclusions | 8<br>8 |
| Supplementary Payments | | 8 |
| SECTION II - WHO IS AN INSURED | | 9 |
| SECTION III - LIMITS OF INSURANCE | | 10 |
| SECTION IV - LIABILITY CONDITIONS | | |
| Bankruptcy | | 11 |
| Duties In The Event of Occurrence, Claim or Suit | | 11 |
| Legal Action Against Us | | 11 |
| Other Insurance | | 12 |
| Premium Audit | | 12 |
| Representations | | 12 |
| Separation of Insureds | | 13 |
| Transfer of Rights of Recovery Against Others To Us | | 13 |
| When We Do Not Renew | | 13 |
| SECTION V - DEFINITIONS | | 13 |

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

     **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

     **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

     **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

     **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

     **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

     **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

     **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

     **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in;

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Insured Copy

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

**k.** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.** **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.** **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner of material whose first publication took place before the beginning of the policy period.

**d.** **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.** **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.** **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.** **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.** **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2021

Insured Copy

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

---

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1651 of 2396 PageID #:1664

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2021

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2021

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1653 of 2396 PageID #:1666

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Insured Copy

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2021

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Insured Copy

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
Policy Number: 0697156

Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Communicable Disease**

  "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

  This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

  **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

  **b.** Testing for a communicable disease;

  **c.** Failure to prevent the spread of the disease; or

  **d.** Failure to report the disease to authorities.

**B.** The Following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Communicable Disease**

  "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

  This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

  **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

  **b.** Testing for a communicable disease;

  **c.** Failure to prevent the spread of the disease; or

  **d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
| ALL PREMISES AND CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** - Coverage **C** - Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** - Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

© ISO Properties, Inc., 2000
Policy Number: 0697156

Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 88 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© Insurance Services Office, Inc., 2015

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1666 of 2396 PageID #:1679

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

    © Insurance Services Office, Inc., 2015    CG 21 88 01 15

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SNOW PLOW OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the "products-completed operations hazard", Exclusion **g.** under Section **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto" used for snow plow operations.

COMMERCIAL GENERAL LIABILITY
CG 24 22 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV - Conditions:**

**Expanded Coverage Territory**

**1.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**2.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**3.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**4.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.(1)** under the **Conditions** section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(c)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(ii)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** The Definitions of "coverage territory" in the **Definitions** section is replaced by the following:

"Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 40 15 12 19

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

**(1)** An insured; or

**(2)** Any other person for whom you are legally responsible

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building Materials; or

**f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

**(1)** The "bodily injury" or "property damage" occurs;

**(2)** The "occurrence" which caused the "bodily injury" or "property damage" takes place; or

**(3)** The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

**a.** False arrest, detention or imprisonment; or

**b.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**C.** The following definition is added to the **Definitions** section:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2018

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c.** of **COVERAGE A (Section I)** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL CONDITION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section IV - Commercial General Liability Conditions:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "occurrence", the maximum Each Occurrence Limit under all the coverage forms or policies shall not exceed the highest applicable Each Occurrence Limit under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PREMIUM AUDIT NONCOMPLIANCE CHARGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **5.c.** of the **Premium Audit** Condition under **Section IV - Conditions** is replaced by the following:

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request. If the first Named Insured fails to comply with this request at the close of an audit period, an Audit Noncompliance Charge will be assessed, and notice will be sent to the first Named Insured.

The additional charge will be determined by doubling the premium bases listed on the General Liability Schedule.

**(1)** We will only assess the Audit Noncompliance Charge when we have made two attempts to obtain audit information from the first Named Insured.

The due date for the Audit Noncompliance Charge is the date shown as the due date on the Audit Noncompliance Notification.

**(2) Subsequent Compliance**

**(a)** The first Named Insured may notify us in writing, prior to the due date on the Audit Noncompliance Notification, that the Named Insured agrees to comply with the audit request.

**(b)** The first Named Insured must comply with the audit within 30 days of our receipt of the written notification described in Paragraph **(2)(a)** above, and then the Audit Noncompliance Charge will no longer apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-126 (12-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

### FEDERATED INSURANCE COMPANIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

    **(1)** ″Bodily injury″ or ″property damage″ arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of ″pollutants″:

        **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

            **(i)** ″Bodily injury″ if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building′s occupants or their guests;

            **(ii)** ″Bodily injury″ or ″property damage″ for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

            **(iii)** ″Bodily injury″ or ″property damage″ arising out of heat, smoke or fumes from a ″hostile fire″, or an unintended or unexpected explosion; or

            **(iv)** ″Bodily injury″ or ″property damage″ to your customer as a result of a splashback of ″motor fuels″;

        **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

        **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

        **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured′s behalf are performing operations if the ″pollutants″ are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

            **(i)** ″Bodily injury″ or ″property damage″ arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of ″mobile equipment″ or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

            **(ii)** ″Bodily injury″ or ″property damage″ arising out of the escape of ″pollutants″ from contracting equipment or supplies. However, this exception does not apply if the ″pollutants″ escape from a petroleum storage tank;

            **(iii)** ″Bodily injury″ or ″property damage″ sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
CG-F-53 (02-10)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

    **(iv)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

    **(v)** "Bodily injury" or "property damage" arising out of a blowback from a heating system;

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(f)** At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)**, which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

    **(i)** "motor fuels";

    **(ii)** kerosene;

    **(iii)** lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

    **(iv)** waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

    **(i)** "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii),** and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

    **(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury" or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

    **(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or "property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants" or any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)** which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

(i) "motor fuels";

(ii) kerosene;

(iii) lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

(i) "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i)**, **(ii)**, **(iii)**, and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

(ii) any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

(iii) arising out of a blowback from a heating system.

"Motor fuels" means a petroleum or non-petroleum based substance that is typically used in the operation of a motor or engine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement,** subparagraph **c.** of **SECTION I** is deleted, and replaced with the following:

**c.** This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-68 (10-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the Commercial General Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

**B.** With respect to the Products/Completed Operations Liability Coverage Part, the following is added to **2. Exclusions** of **SECTION I - COVERAGES PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to "bodily injury" or "property damage" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury" or "property damage" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-73 (06-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS OPERATIONS - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f., Pollution** of Paragraph **2., Exclusions** of **Bodily Injury And Property Damage Liability (Section I - Coverages)** and to Subparagraphs **m., Pollution** and **n., Pollution-Related** of Paragraph **2., Exclusions** of **Personal And Advertising Injury Liability (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER:    0697156

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible PER CLAIM or PER OCCURRENCE |
|---|---|
| Bodily Injury Liability | |
| OR | |
| Property Damage Liability | |
| OR | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $10,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

Copyright, Insurance Services Office, Inc., 1994

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

    Copyright, Insurance Services Office, Inc., 1994    CG 03 00 01 96

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 04 37 05 14

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Loss Of Electronic Data Limit: $ 50,000 |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following paragraph is added to **Section III - Limits Of Insurance:**

Subject to **5.** above, the Loss Of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**D.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**E.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

   © Insurance Services Office, Inc., 2013   CG 04 37 05 14

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description And Location Of Premises: |
| --- |
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS EXCLUSION DOES NOT APPLY TO:<br><br>1. COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BUILDING;<br>2. BUILDINGS AND RELATED PREMISES WHERE YOU CONDUCT BUSINESS OR CONTRACTING OPERATIONS; OR<br>3. "BODILY INJURY" OR "PROPERTY DAMAGE" COVERAGE INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".<br><br>SEE ENDORSEMENT IL-F-10.2 FOR ADDITIONAL DESCRIPTIONS AND LOCATIONS OF PREMISES (IF ANY). |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;

2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

CG 21 00 07 98               Copyright, Insurance Services Office, Inc., 1997               Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2014

Insured Copy

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2.** **Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 01 22 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CONTRACTUAL LIABILITY EXCLUSION AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.b.** of **Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**B.** Section **I - Supplementary Payments - Coverages A And B** is replaced by the following:

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, this coverage does not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

© ISO Properties, Inc., 2006

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorney's fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

© ISO Properties, Inc., 2006

CG 01 22 12 07

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 26 05 02 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to one year afterward.

**B.** Paragraph **1. Bankruptcy** under **Section IV - Commercial General Liability Conditions** is replaced by the following:

**1. Bankruptcy**

Bankruptcy, insolvency or dissolution of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part, and in case an execution against the insured on a final judgement is returned unsatisfied, then such judgment creditor shall have a right of action on this Coverage Part against the company to the same extent that the insured would have, had the insured paid the final judgment.

**C.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** Condition under **Section IV - Commercial General Liability Conditions:**

Our rights do not apply against any person or organization insured under this or any other Coverage Part we issue, with respect to the same event which results in "occurrence".

CG 26 05 02 07 © ISO Properties, Inc., 2006 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES - DUTIES CONDITION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    EMPLOYEE BENEFITS LIABILITY COVERAGE **CG 04 35**
    LIMITED PRODUCT WITHDRAWAL EXPENSE ENDORSEMENT **CG 04 36**
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PERSONAL INJURY LIABILITY ENDORSEMENT **CG 28 05**
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PRODUCT WITHDRAWAL COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

The following is added to the Duties Condition:

The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

 © ISO Properties, Inc., 2003

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## BUSINESS AUTO COVERAGE PART

**ITEM ONE** - NAMED INSURED and Address - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided Column below. Each of these coverages will apply to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | | | |
| Personal Injury Protection (or equivalent No-fault coverage) | | Separately stated in each P.I.P. Endorsement | |
| Added Personal Injury Protection or (or equivalent No-fault coverage) | | Separately stated in each Added P.I.P. Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately stated in the P.P.I. Endorsement $ Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Uninsured Motorists | | | |
| Underinsured Motorists | | | |
| Physical Damage Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto", but no deductible applies to "loss" caused by fire or lightning. | X |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| Physical Damage Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto". | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 =

Symbol 11 =

Symbol 12 =

Symbol 13 =

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**ITEM THREE** - SCHEDULE OF COVERED "AUTOS" YOU OWN - REFER TO AUTO SCHEDULE

**ITEM FOUR** - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUM - LIABILITY
**INSURANCE**

| State | Estimated Cost of Hire For Each State | Rate Per Each $100 Cost of Hire |
|-------|---------------------------------------|--------------------------------|
|       |                                       |                                |

Cost of hire means the total amount you incur for the hire of "autos" you do not own (not including "autos" you borrow or rent from your employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE** - SCHEDULE FOR NON-OWNERSHIP LIABILITY:

| Rating Basis - Number of Employees: |
|-------------------------------------|

**FORMS AND ENDORSEMENTS APPLICABLE:**

<div align="center">**SEE SCHEDULE ATTACHED**</div>

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-1 (01-17)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations - Business Auto Coverage | CA-F-1 (01-17) |
| Automobile Schedule - Part 1 | CA-F-70 PT.1 (11-01) |
| Business Auto Coverage Form | CA 00 01 (10-13) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes | CA 01 38 (05-20) |
| Summary of State Minimum Auto Liability Limits | CA-F-118 (11-01) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Business Auto Amendatory Endorsement | CA-F-5 (04-19) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1694 of 2396 PageID #:1707

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

AUTOMOBILE SCHEDULE - Part 1

| Vehicle Number | Year, Make, Size Gallonage and Body type | Vehicle ID Number | R | W U M | Bus. to Use Work | Cost New | Grp/ Symb | Comp Ded | Coll Ded | Spec Causes | Garaging Location & ZIP Code and/or Assigned Driver & Birthdate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1# | 2015 RAM PROMASTER | 3C6URVJG8FE513052 | L | Li S | | 35,000 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 2# | 2015 RAM PROMASTER | 3C6URVJG3FE506722 | L | Li S | | 35,000 | 7 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 3# | 2014 NISS NV2500 | 1N6AF0LX1EN104791 | L | Li C | | 33,770 | 8 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 4 | 2009 TOYT TACOMA | 5TENX22N59Z647545 | L | Li S | | 32,000 | 13 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 5 | 2007 TOYT TUNDRA | 5TFMT52157X004395 | L | Li S | | 30,000 | 15 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 6# | 2013 NISS NV2500 | 1N6BF0LX8DN113779 | L | Li C | | 30,540 | 9 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 7# | 2014 RAM PROMASTER | 3C6TRVDG3EE105774 | L | Li S | | 35,000 | 8 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 8# | 2014 NISS NV2500 | 1N6BF0LX2EN107249 | L | Li C | | 30,290 | 8 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 9# | 2017 NISS NV200S | 3N6CM0KNXHK693395 | L | Li C | | 30,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 10# | 2013 NISS NV2500 | 1N6BF0LX0DN112626 | L | Li C | | 30,540 | 9 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |
| 11# | 2017 NISS NV2500 | 1N6AF0LY4HN804236 | L | Li C | | 35,000 | 5 | 1,000 | 1,000 | | MAPLEWOOD-RAMSEY MN 55109 |

# - This Vehicle ID number is incorrect. Please send us the correct Vehicle ID number to ensure proper identification of your vehicle.

| R - Radius of Operation | GW - Gross Weight | BU - Business Use Class | AM - Annual Mileage in Thousands (Truck Tractor only) |
|---|---|---|---|
| L - Local up to 50 miles   I - Intermediate 51 to 200 miles D - Long Distance over 200 miles | Li - Light    M - Medium    H - Heavy    E - Extra Heavy | S - Service    R - Retail    C - Commercial | |

CA-F-70 PT. 1 (11-01)      Policy Number: 0697156      Transaction Effective Date: 09-01-2021

Insured Copy

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

**SECTION I - COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2.** **Coverage Extensions**

**a.** **Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b.** **Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B.** **Exclusions**

This insurance does not apply to any of the following:

**1.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2.** **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3.** **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

  **a. Comprehensive Coverage**

    From any cause except:

    **(1)** The covered "auto's" collision with another object; or

    **(2)** The covered "auto's" overturn.

  **b. Specified Causes Of Loss Coverage**

    Caused by:

    **(1)** Fire, lightning or explosion;

    **(2)** Theft;

    **(3)** Windstorm, hail or earthquake;

    **(4)** Flood;

    **(5)** Mischief or vandalism; or

    **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

  **c. Collision Coverage**

    Caused by:

    **(1)** The covered "auto's" collision with another object; or

    **(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

  **a.** Glass breakage;

  **b.** "Loss" caused by hitting a bird or animal; and

  **c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

  **a. Transportation Expenses**

    We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

  **b. Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

    **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

    **(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

(1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

(2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000 if, at the time of "loss", such electronic equipment is:

(1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

© Insurance Services Office, Inc., 2011

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011          CA 00 01 10 13

4. **Loss Payment - Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2011

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

     **(1)** Snow removal;

     **(2)** Road maintenance, but not construction or resurfacing; or

     **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

    © Insurance Services Office, Inc., 2011     CA 00 01 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person    MISAEL BIBRIESCAS-CHAVEZ
_____

    Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured   Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date   _____

Account Number   167-573-5
                    _____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-83.5 (10-13)

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Insured Copy

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

F. **Additional Definitions**

   As used in this endorsement:

   1. "Occupying" means in, upon, getting in, on, out or off.

   2. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

   © Insurance Services Office, Inc., 2016   CA 23 44 11 16

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

(1) A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

CA-F-115 (10-13)         Policy Number: 0697156         Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 01 21 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   **a.** "Accidents" or "losses" occurring within 25 miles of the United States border; and

   **b.** Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

Insured Copy

COMMERCIAL AUTO
CA 01 38 05 20

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES

For a covered "auto" licensed or principally garaged in Minnesota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **A. Coverage** in **Section II - Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **A.2.a. Coverage Extensions** of **Section II - Covered Autos Liability Coverage** is amended by the addition of the following:

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **C. Limit Of Insurance** in **Section II - Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **A.2.** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is replaced by the following:

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**F.** Paragraph **A.3. Coverage Extensions** of **Section III - Trailer Interchange Coverage** in the Motor Carrier Coverage Form is revised by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The **Conditions** are amended as follows:

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", and the disputed amount is:

**a.** $10,000 or less, both parties must submit to appraisal; or

**b.** More than $10,000, either party may demand an appraisal of the "loss".

In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Appraisal Condition, and before we pay, tender or deposit in court payment for the "loss".

**2.** The lead-in wording of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

The following duties apply:

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

**a.** Our rights under this condition with respect to all coverages other than Covered Autos Liability Coverage do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**b.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**c.** With respect to Physical Damage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

**d.** Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**4.** Paragraph **B.1. Bankruptcy** is replaced by the following:

**1.** **Bankruptcy**

Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**5.** The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

**a.** With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud Condition** does not apply.

**b.** With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This Coverage Form;

**(2)** The covered "auto";

**(3)** Your interest in the covered "auto"; or

**(4)** A claim under this Coverage Form.

 © Insurance Services Office, Inc., 2019 CA 01 38 05 20

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUMMARY OF STATE MINIMUM AUTO LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in the state shown below, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule displays, by state, the minimum auto liability limits required under the state's financial responsibility or compulsory liability insurance law.

Limits shown below apply to the particular state's financial responsibility, compulsory liability, minimum limits or similar language in regards to auto liability. These limits are subject to change according to state law mandate.

### SCHEDULE

| State | Minimum Liability Limits | |
|---|---|---|
| | Split Limits [a] | Combined [b] |
| Alabama | 25/50/25 | 75,000 |
| Alaska | 50/100/25 | 125,000 |
| Arizona | 25/50/15 | 65,000 |
| Arkansas | 25/50/25 | 75,000 |
| California | 15/30/5 | 35,000 |
| Colorado | 25/50/15 | 65,000 |
| Connecticut | 25/50/25 | 75,000 |
| Delaware | 25/50/10 | 60,000 |
| Dist. of Columbia | 25/50/10 | 60,000 |
| Florida | 10/20/10 | 30,000 |
| Georgia | 25/50/25 | 75,000 |
| Hawaii | 20/40/10 | 50,000 |
| Idaho | 25/50/15 | 65,000 |
| Illinois | 25/50/20 | 70,000 |
| Indiana | 25/50/25 | 75,000 |
| Iowa | 20/40/15 | 55,000 |
| Kansas | 25/50/25 | 75,000 |
| Kentucky | 25/50/10 | 60,000 |
| Louisiana | 15/30/25 | 55,000 |
| Maine | 50/100/25 | 125,000 |
| Maryland | 30/60/15 | 75,000 |
| Massachusetts | 20/40/5 | 45,000 |
| Michigan | 50/100/10 | 110,000 |
| Minnesota | 30/60/10 | 70,000 |
| Mississippi | 25/50/25 | 75,000 |
| Missouri | 25/50/10 | 60,000 |

Includes copyrighted material of Insurance Services Office Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

| State | Minimum Liability Limits | |
| --- | --- | --- |
| | Split Limits[a] | Combined [b] |
| Montana | 25/50/20 | 70,000 |
| Nebraska | 25/50/25 | 75,000 |
| Nevada | 25/50/20 | 70,000 |
| New Hampshire | 25/50/25 | 75,000 |
| New Jersey | 15/30/5 | 35,000 |
| New Mexico | 25/50/10 | 60,000 |
| New York | 25/50/10 | 60,000 |
| | Wrongful Death 50/100 | |
| North Carolina | 30/60/25 | 85,000 |
| North Dakota | 25/50/25 | 75,000 |
| Ohio | 25/50/25 | 75,000 |
| Oklahoma | 25/50/25 | 75,000 |
| Oregon | 25/50/20 | 70,000 |
| Pennsylvania | 15/30/5 | 35,000 |
| Rhode Island | 25/50/25 | 75,000 |
| South Carolina | 25/50/25 | 75,000 |
| South Dakota | 25/50/25 | 75,000 |
| Tennessee | 25/50/15 | 65,000 |
| Texas | 30/60/25 | 85,000 |
| Utah | 25/65/15 | 80,000 |
| Vermont | 25/50/10 | 60,000 |
| Virginia | 25/50/20 | 70,000 |
| Washington | 25/50/10 | 60,000 |
| West Virginia | 25/50/25 | 75,000 |
| Wisconsin | 25/50/10 | 60,000 |
| Wyoming | 25/50/20 | 70,000 |

a. Split Limits are in thousands. The first number shown is the per person bodily injury limit; the second number is the per accident bodily injury limit; and the third number is the per accident property damage limit.

b. Combined single limit of insurance is the most an insurer will pay in any one accident regardless of the components (bodily injury, property damage) of the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

---

Includes copyrighted material of Insurance Services Offices, Inc., with its permission
CA-F-124 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS AUTO AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

A.  **SECTION I - COVERED AUTOS** is changed as follows:

1.  All references in this Section to **Symbol 2** are changed as follows:

    **2A = Owned "autos" only.** Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" whose ownership you acquire after the policy begins.

    **2B = Owned "autos" other than "trailers" you own.** Only those "autos" you own other than "trailers", including such "autos" whose ownership you acquire after the policy begins.

    **2C = Owned "trailers" only.** Only the "trailers" you own, including those whose ownership you acquire after the policy begins.

2.  All references in this Section to **Symbol 3** are changed as follows:

    **3A = Owned private passenger "autos" only.** Only the private passenger "autos" you own. This includes those private passenger "autos" whose ownership you acquire after the policy begins.

    **3B = Owned private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight only.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

3.  All references in this Section to **Symbol 4** are changed as follows:

    **4A = Owned "autos" other than private passenger "autos" only.** Only those "autos" you own which are not of the private passenger types (and for Covered Autos Liability Coverage any "trailer" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type, whose ownership you acquire after the policy begins.

    **4B = Owned "autos" other than private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

4.  Paragraph **C.3.** is deleted and the following is substituted therefor:

    3.  Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" which is out of normal use because of its:

        **a.**  breakdown;

        **b.**  repair;

        **c.**  servicing;

        **d.**  "loss"; or

        **e.**  destruction

        All coverages applicable to the temporary substitute "auto" are the same coverages which are applicable to the covered "auto" which is out of service, including Physical Damage coverage.

5.  Wherever the terms "owned autos" or "covered autos you own" are used in this coverage form, except in **SECTION IV - BUSINESS AUTO CONDITIONS B.5. Other Insurance,** these terms shall include within their meaning:

    Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**B. SECTION II - COVERED AUTOS LIABILITY COVERAGE** is changed as follows:

    **1.** The following paragraph is added to Section **A.1** Who is an insured:

        **d.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

            **i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

            **ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

    **2.** Exclusion **B.5. Fellow Employee** is deleted.

**C. SECTION III- PHYSICAL DAMAGE COVERAGE** is changed as follows:

    **1.** The phrase "its equipment" in paragraph **A.1.** is defined to mean, subject to the **Exclusions,** the following:

        **a.** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

        **b.** Contents kept in the covered "auto" which are normally factory installed or are common to the "auto's" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

    **2.** **COVERAGE A.2. Towing** is deleted.

    **3.** Paragraph **4.a. Transportation Expenses** is deleted and replaced by the following:

        **a. Transportation Expenses**

        We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

    **4.** The following is added to **4. Coverage Extensions:**

        **c. Hired Auto Physical Damage**

        If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

            **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

                **a)** $100,000

                **b)** The actual cash value of the damaged or stolen "auto"

                **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

            **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

            **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

            **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

            **v.** This Coverage Extension does not apply to:

                **a)** Any "auto" that is hired, rented or borrowed with a driver, or

                **b)** Any "auto" that is hired, rented or borrowed from your "employee".

    **5.** The following is added to **D. Deductible**

    No deductible applies to glass damage if the glass is repaired rather than replaced.

**D. SECTION IV BUSINESS AUTO CONDITIONS** is changed as follows:

    **1.** The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

    The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

Page 2 of 3
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

    **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

    **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**E.** **SECTION V - DEFINITIONS** is changed as follows:

    **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**F.** If you have both Equipment Dealers Stock Floater Coverage and Garagekeepers Coverage issued by us, the definition of "customer's auto" as it applies to the **GARAGEKEEPERS COVERAGE** endorsement is changed to read as follows:

"Customer's auto" means a land motor vehicle, "trailer" or semi- trailer designed for use on public roads lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

  © Insurance Services Office, Inc., 2012  CA 02 18 10 13

2. **Nonrenewal**

   **a.** If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   **b.** If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   **c.** Proof of mailing of any notice shall be sufficient proof of notice.

**B.** For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

1. **Cancellation**

   **a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   **b.** We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   **c.** **Policies In Effect Less Than 90 Days**

      If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

      **(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

   **d.** **Policies In Effect 90 Days Or More**

      If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

      **(3)** An act or omission by you that substantially increases or changes the risk insured;

      **(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

      **(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

      **(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

      **(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

      **(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

© Insurance Services Office, Inc., 2012

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012

CA 02 18 10 13

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## AUTO DEALERS COVERAGE PART

**ITEM ONE**- **NAMED INSURED AND ADDRESS** - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - **SCHEDULE OF COVERAGES AND COVERED AUTOS**

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | **$500,000**          Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage) | 25  11 | Separately Stated in Each P.I.P. Endorsement | X |
| New York Only: Mandatory Basic Economic Loss | | Limit & Premium (NY Only) | |
| Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | SEE CA-F-93 | X |
| Underinsured Motorists (not applicable in NY) | 22  11 | SEE CA-F-93 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30  11<br><br>30  11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | 12 | See ITEM SIX | | X |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | 12 | See ITEM SIX | | X |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | $500,000<br>$1,000,000 | Each Accident<br>General Liability Aggregate | X |
| Damages to Premises Rented to You | | $100,000 | Any One Premises | X |
| Personal and Advertising Injury Limit | | $500,000 | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | $1,000,000 | Aggregate | X |
| Acts, Errors or Omissions Liability | | $500,000<br>$1,000,000 | Per Claim<br>Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = 
Symbol 11 = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US.

Symbol 12 = SEE CA 99 10
Symbol 13 = 

**FORMS AND ENDORSEMENTS APPLICABLE:    **SEE SCHEDULE ATTACHED****

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE**  **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 2873 HIGHWAY 61, MAPLEWOOD, MN  55109-1082 |
| 4 | 2923 MAPLEWOOD DR, MAPLEWOOD, MN  55109 |
| 5 | 1241 BEAM AVE, MAPLEWOOD, MN  55109 |
| 6 | 4605 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 7 | 4625 S ROBERT TRL, INVER GROVE HEIGHTS, MN  55077 |
| 8 | 1037 50TH ST E, INVER GROVE HEIGHTS, MN  55077 |
| 9 | 4600 AKRON AVE, INVER GROVE HEIGHTS, MN  55077 |
| 10 | 12790 PLAZA DR, EDEN PRAIRIE, MN  55344 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FOUR**</u>  **-  LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 7.00 | 7.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 30.00 | 23.40 | |
| | Class IC - All Other Employees | 175.00 | 73.50 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | 2.00 | 1.66 | 105.56 |
| 4 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 5 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 1.00 | .78 | |
| | Class IC - All Other Employees | 1.00 | .42 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 1.20 |
| 6 | Class IA - Employees Furnished Autos | 2.50 | 2.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 28.00 | 21.84 | |
| | Class IC - All Other Employees | 110.00 | 46.20 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 70.54 |
| 7 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 7.00 | 5.46 | |
| | Class IC - All Other Employees | 20.00 | 8.40 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 13.86 |
| 8 | Class IA - Employees Furnished Autos | 5.00 | 5.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 18.50 | 14.43 | |
| | Class IC - All Other Employees | 71.00 | 29.82 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 49.25 |
| 9 | Class IA - Employees Furnished Autos | 2.00 | 2.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 5.00 | 3.90 | |
| | Class IC - All Other Employees | 20.00 | 8.40 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 14.30 |
| 10 | Class IA - Employees Furnished Autos | 3.00 | 3.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 16.00 | 12.48 | |
| | Class IC - All Other Employees | 44.00 | 18.48 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 33.96 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM FOUR** **- LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I** **Employees**

IA - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

**ITEM FIVE** **- GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FIVE**</u> **- GARAGEKEEPERS COVERAGE (Continued)**

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " ☒ " | | |
|---|---|---|---|---|
| MN | ☒ Comprehensive | **$6,100,000** **BLKT** | Minus **$1,000** | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | **$5,000** | deductible for all such "loss" in any event |
| | ☒ Collision | **$6,100,000** **BLKT** | Minus **$1,000** | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

<u>ITEM SIX</u>  **- PHYSICAL DAMAGE COVERAGES**

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an ☒. | |
|---|---|---|
| ☐ Comprehensive | Minus | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

<u>ITEM SEVEN</u>  -  **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 1 4 7 |

<u>ITEM EIGHT</u>  -  **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS - REFER TO AUTO SCHEDULE. THE MOST WE WILL PAY FOR A DAMAGED OR STOLEN COVERED "AUTO" LISTED ON ITEM EIGHT'S SCHEDULE OF COVERED "AUTOS" IS THE ACTUAL CASH VALUE OF THE "AUTO" AT THE TIME OF THE LOSS OR THE COST TO REPAIR THE "AUTO", WHICHEVER IS LESS. THE AMOUNT OF ANY SUCH PAYMENT WILL BE REDUCED BY THE AMOUNT OF THE DEDUCTIBLE SHOWN IN THE SCHEDULE.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (02-20) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83.5 (10-13) |
| Additional Insured Endorsement | CA-F-75 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Uninsured and Underinsured Motorists Limit of Insurance | CA-F-93 (10-13) |
| Minnesota Uninsured And Underinsured Motorists Coverage | CA 21 24 (05-20) |
| Uninsured and Underinsured Motorists Amendment | CA-F-81 (10-13) |
| Minnesota Personal Injury Protection | CA 22 25 (05-20) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Minnesota Employee Benefits Liability Coverage | CA 25 82 (10-13) |
| Executive Personal Liability Coverage | CA-F-133 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Additional Insured - Owners Of Leased Or Rented Land Or Premises | CA 25 09 (10-13) |
| Additional Insured - Managers, Owners or Lessors of Premises | CA-F-137 (10-13) |
| Extension Endorsement | IL-F-40 (05-10) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Communicable Disease Exclusion for General Liability Coverages | CA 25 57 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Cannabis Exclusion With Hemp Exception For General Liability Coverages | CA 27 13 (12-19) |
| Drive Other Car Coverage - Broadened Coverage For Named Individuals | CA 99 10 (10-13) |
| Named Individuals - Broadened Personal Injury Protection Coverage | CA-F-68 (04-91) |
| Vicarious and Broadened Auto Liability Coverage | CA-F-102 (10-13) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |

Continued on Next Page

WF-50 (08-78)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Primary and Non-Contributory Clause Endorsement | CA-F-129 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (MN) (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Waiver Of Transfer Of Rights Of Recovery | CA-F-100 (10-13) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Minnesota Changes - Auto Dealers Coverage Form | CA 01 33 (05-20) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Minnesota Changes - Cancellation And Nonrenewal | CA 02 18 (10-13) |

WF-50 (08-78)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL AUTO
CA 00 25 10 13

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERED AUTOS COVERAGES**

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

    © Insurance Services Office, Inc., 2011    CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

  **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

    This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

  **(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

  **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

  **(4)** Your customers. However, if a customer of yours:

    **(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

    **(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

  **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

  **(1)** All expenses we incur.

  **(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

  **(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

  **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

  **(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

  **(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

  **(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

  **(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

 © Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

4. **Exclusions**

This insurance does not apply to any of the following:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

b. **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

c. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(a) Whether the "insured" may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

e. **Fellow Employee**

"Bodily injury" to:

(1) Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

(2) The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph (1) above.

f. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

(1) Property owned, rented or occupied by the "insured";

(2) Property loaned to the "insured";

(3) Property held for sale or being transported by the "insured"; or

(4) Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

g. **Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

h. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(1) That are, or that are contained in any property that is:

(a) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

o. **Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

q. **Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

5. **Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

E. **Garagekeepers Coverage**

1. **Coverage**

a. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft; or

(c) Mischief or vandalism.

(3) **Collision Coverage**

Caused by:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

b. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

**(1)** Collision; or

**(2)** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The covered "auto's" collision with another object; or

**(b)** The covered "auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft;

**(c)** Windstorm, hail or earthquake;

**(d)** Flood;

**(e)** Mischief or vandalism; or

**(f)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**(3) Collision Coverage**

Caused by:

**(a)** The covered "auto's" collision with another object; or

**(b)** The covered "auto's" overturn.

**b. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**(1)** Glass breakage;

**(2)** "Loss" caused by hitting a bird or animal; and

**(3)** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   (1) **Nuclear Hazard**

   (a) The explosion of any weapon employing atomic fission or fusion; or

   (b) Nuclear reaction or radiation, or radioactive contamination, however caused.

   (2) **War Or Military Action**

   (a) War, including undeclared or civil war;

   (b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

   (1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

   (2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

   (3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   (4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   (5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   (6) Any accessories used with the electronic equipment described in Paragraph **(5)** above.

   Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   (a) Permanently installed in or upon the covered "auto";

   (b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

   (c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

   (d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

   We will not pay for "loss" to a covered "auto" caused by or resulting from:

   (1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

   (2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

   (1) Your expected profit, including loss of market value or resale value.

   (2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

   (3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

   (4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2) Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

© Insurance Services Office, Inc., 2011
CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

**A. Bodily Injury And Property Damage Liability**

1. **Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

© Insurance Services Office, Inc., 2011

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

  **(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

  **(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

© Insurance Services Office, Inc., 2011

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p.** **Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q.** **Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C.** **Locations And Operations Medical Payments**

**1.** **Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.** **Exclusions**

This insurance does not apply to "bodily injury":

**a.** **Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b.** **Insured**

To any "insured".

**c.** **Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d.** **Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e.** **Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.** **Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

         **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

         **(b)** Arising out of your "products" or "work you performed";

      **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section I - Covered Autos Coverages or Section III - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" for which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **a.** Personally commit;

   **b.** Personally participate in;

   **c.** Personally acquiesce to; or

   **d.** Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   **c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   **d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   **a.** Bankruptcy;

   **b.** Financial inability to pay;

   **c.** Insolvency;

   **d.** Liquidation; or

   **e.** Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III.**

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

 © Insurance Services Office, Inc., 2011

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A.** **Loss Conditions**

**1.** **Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2.** **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3.** **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

b. Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4. **Loss Payment - Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when e. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in f. below.

e. This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

    (2) Otherwise in the course of transit by or on behalf of the "insured";

    (3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

    **1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or "work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

    **6.** An elevator maintenance agreement; or

    **7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

**c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

**d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

**1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**2.** While it is in or on an aircraft, watercraft or "auto"; or

**3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**1.** False arrest, detention or imprisonment;

**2.** Malicious prosecution;

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**6.** The use of another's advertising idea in your "advertisement"; or

**7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

**1.** The goods or products made or sold in an "auto" dealership by:

**a.** You; or

**b.** An "auto" dealership you have acquired; and

**2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

   **1.** Work that someone performed on your behalf; and

   **2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II.** **SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

**1.** The following paragraph is added to **Section 2. Who is An Insured:**

**e.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

**i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

**2.** Exclusion **D.4.e.** is deleted.

**III.** **SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV.** **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

**2.** Paragraph **F.1.a.(3)** is changed to read as follows:

    **(3)** Collision Coverage. Caused by:

        **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

        **(b)** The covered "auto's" overturn.

**3.** Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

    **2.** **Coverage Extensions**

        **a.** **Loss of Use Expenses**

        For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

            **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

            **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

            **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

        However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

        **b.** **Hired Auto Physical Damage**

        If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

            **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

                **a)** $100,000

                **b)** The actual cash value of the damaged or stolen "auto"

                **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

            **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

            **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

            **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

            **v.** This Coverage Extension does not apply to:

                **a)** Any "auto" that is hired, rented or borrowed with a driver; or

                **b)** Any "auto" that is hired, rented or borrowed from your "employee".

        **c.** **Transportation Expenses**

        We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

**4.** The following is added to **5. Deductible:**

No deductible applies to glass damage if the glass is repaired rather than replaced.

**5.** The following coverage is added:

**Preservation of "Autos"**

We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

**(a)** Fire, hail, or flood.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

**6.** Exclusion **F.3.d.(2)** is deleted.

**7.** Exclusion **F.3.d.(3)** is deleted.

**8.** Paragraph **F.4.d.(2)** is deleted.

**9.** Paragraph **F.4.d.(3)** is deleted.

**10.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

"Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

**V. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **D.6.a.** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

**2.** The last paragraph of **2. Exclusions** is deleted and replaced by:

Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

**3.** The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

**VI. SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **C.6.a.** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**VII. SECTION IV - CONDITIONS** is changed as follows:

**1.** The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

**a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

**b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**B. General Conditions**

**5. Other Insurance -** paragraph **a.** is deleted and replaced by the following:

**a.** For any covered "auto" you own or you don't own:

When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VIII. SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

**1.** Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

**2.** Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**N.** "Insured contract" is amended to include any contract or agreement:

**a.** That pertains to the leasing or rental of an "auto" to you or on your behalf; or

**b.** That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

**Z.** "Earth movement" means:

**1.** Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

    **2.** Landslide, including any earth sinking, rising or shifting related to such event;

    **3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

    **4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

    **1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

    **2.** Mudslide or mudflow; or

    **3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number    167-573-5

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

   Relationship of the Additional Insured to the Insured:

   LIMITED TO CERTIFICATE HOLDER AS FINANCING AGENT
   FOR THE NAMED INSURED'S BUILDING LOCATED AT 1037
   HWY 110, INVER GROVE HEIGHTS, MN.  BORROWER: LKMCD
   PROPERTIES LLC.

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    See IL-F-40-0002

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# EXTENSION ENDORSEMENT

**Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION**

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 210 N IL RTE 31, CRYSTAL LAKE,
IL.  BRILLIANCE MOTOR SALES INC IS AN ADDITIONAL NAMED INSURED.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

    Relationship of the Additional Insured to the Insured:

    See IL-F-40-0003

-

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT
CORPORATION
13920 SE EASTGATE WAY STE 130
BELLEVUE WA   98005

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORPORATION

LIMITED TO CERTIFICATE HOLDER ACTING AS FINANCING AGENT FOR BUILDING AND
PERSONAL PROPERTY OF INSURED LOCATED AT 1500 RANDALL RD, ELGIN,IL.
BRILLIANCE SUBARU OF ELGIN INC IS AN ADDITIONAL NAMED INSURED.

IL-F-40-0003    (05-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

     AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:

See IL-F-40-0005

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT CORP
ATTN
 DEALER INSURANCE
6565 HEADQUARTERS DRIVE
PLANO TX   75024

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORP

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO THE CERTIFICATE
HOLDER ACTING AS FINANCING AGENT FOR THE NAMED INSURED'S LOCATIONS:
(LOAN# 12742) - 680 W TERRA COTTA AVE, CRYSTAL LAKE IL 60014
(LOAN# 12893) - 1500 N RANDALL RD, ELGIN IL 60123
(LOAN# 22035) - 2873 HIGHWAY 61, MAPLEWOOD MN 55109
(LOAN# 22053) - 1037 HIGHWAY 110, INVER GROVE HEIGHTS MN 55077
(LOAN# 22836) - 4605 S ROBERT TRL, INVER GROVE HEIGHTS MN 55077
(LOAN# 22928) - 4625 S ROBERT TRL, INVER GROVE HEIGHTS MN 55077
NAMED INSURED INCLUDES MAPLEWOOD MOTORS LLC, IG MOTORS INC, BRILLIANCE
MOTOR SALES INC, MCROB AUTOMOTIVE INC, MIDWEST MOTORS LLC, BRILLIANCE
SUBARU OF ELGIN INC.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

   Relationship of the Additional Insured to the Insured:

   See IL-F-40-0004

-

Additional Insured Name and Address:

MN DEPT OF HEALTH
625 N ROBERT ST
ST PAUL MN   55155

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-75 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

## EXTENSION ENDORSEMENT

### Extension - CA-F-75 - MN DEPT OF HEALTH

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO NAMED INSURED
HOSTING SITE FOR THE CERTIFICATE HOLDER'S COVID VACCINATION EVENT HELD
SEPT 20, 2021 AND OCT 11, 2021. EVENT SITE: MAPLEWOOD TOYOTA PARKING
RAMP, 2873 MAPLEWOOD DR, MAPLEWOOD, MN 55109. ADDITIONAL INSUREDS ALSO
INCLUDE: STATE OF MINNESOTA. NAMED INSURED INCLUDES MAPLEWOOD MOTORS
LLC, MAPLEWOOD TOYOTA.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

**1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

**2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

**4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
**5.a.** and **5.b.** are replaced by the following:

The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $    10,000 | Per "Accident" |
| **OR** | | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

 © Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

In consideration of the premium charged, the limit for Uninsured and Underinsured Motorists Coverage as provided by your policy is modified as follows:

1. For all directors, officers, partners or owners of the named insured and their "family members" who qualify as "insureds" under the WHO IS INSURED of the Uninsured and Underinsured Motorists Coverage attached to this policy, the limit of insurance shall apply per "accident" as follows:

   $500,000 Uninsured Motorists

   $500,000 Underinsured Motorists _____ This limit of insurance is for Each "accident" and is the most we will pay form all damages resulting from any one "accident" or "loss" regardless of the number of directors, officers, partners, owners or family members involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

2. For any other persons qualifying as "insureds" under the WHO IS AN INSURED provision of the applicable coverage, the limit shown below shall apply per "accident". If no limit is shown below, no coverage is afforded to any other person.

   $50,000 Uninsured Motorists MN

   $50,000 Underinsured Motorists MN _____ This limit of insurance is for each "accident" and is the most we will pay for all damages resulting from any one "accident" or "loss" regardless of the number of other persons involved unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy.

3. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the highest limit shown above is the most we will pay for all damages resulting from any one "accident" or "loss" unless otherwise stated in the Uninsured and Underinsured Motorists Coverage attached to this policy. This paragraph does not provide additional coverage or limits not available under paragraphs 1 or 2 above.

4. For purposes of this endorsement, "family member" means a person related to the director, officer, partner or owner of the named insured by blood, marriage or adoption who is a resident of that individual's household including a ward or foster child.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-93 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER:  0697156

**COMMERCIAL AUTO**
**CA 21 24 05 20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

   AUTO DEALERS COVERAGE FORM
   BUSINESS AUTO COVERAGE FORM
   MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $ SEE DECLARATIONS | Each "Accident" |
| **Underinsured Motorists Coverage:** | $ SEE DECLARATIONS | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

  **1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

  **2.** Any judgment for damages arising out of a "suit" brought against an uninsured or underinsured motorist is not binding on us unless we have:

   **a.** Received reasonable notice of the commencement of the "suit" resulting in judgment; and

   **b.** Had a reasonable opportunity to protect our interests in the "suit".

CA 21 24 05 20
© Insurance Services Office, Inc., 2019
Page 1 of 6

Insured Copy

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled with the owner or operator of an "uninsured motor vehicle" without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" under Uninsured Motorists Coverage, if that "bodily injury" is sustained by:

   a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage; or

   b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage.

4. "Bodily injury" under Underinsured Motorists Coverage, if that "bodily injury" is sustained by:

   a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage; or

   b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a "family member" who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota No-fault Automobile Insurance Act, while using a covered "auto" which is owned by the Named Insured.

6. Punitive or exemplary damages.

7. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident":

   a. With an "uninsured motor vehicle" is the limit of Uninsured Motorists Coverage shown in the Schedule.

   b. With an "underinsured motor vehicle" is the limit of Underinsured Motorists Coverage shown in the Schedule.

   We will apply the Limit Of Liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured "bodily injury" liability.

2. Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss.

© Insurance Services Office, Inc., 2019

CA 21 24 05 20

3. We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

1. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other applicable insurance" applies only to other collectible uninsured motorists insurance and is replaced by the following:

   **a.** With respect to coverage we provide when a covered "auto" the Named Insured owns is involved in an "accident", only:

   **(1)** The Limit of Insurance for Uninsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "uninsured motor vehicle" is legally responsible.

   **(2)** The Limit of Insurance for Underinsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "underinsured motor vehicle" is legally responsible.

   **b.** If an "insured" sustains "bodily injury" while:

   **(1)** "Occupying" a vehicle not owned by that person or while not "occupying" any vehicle; or

   **(2)** "Occupying" a vehicle owned by the Named Insured or any "family member", if the Named Insured is an individual, and such vehicle is insured under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

| First Priority | The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | Any Coverage Form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

   **(1)** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy.

   **(2)** Where there is applicable insurance available under the first priority:

   **(a)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying", under the Coverage Form or policy in the first priority, shall first be exhausted; and

   **(b)** If there is other applicable insurance available under one or more policies or provisions of coverage:

   The maximum recovery in the second priority under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

  © Insurance Services Office, Inc., 2019

If the coverage under this Coverage Form is provided:

**(i)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(ii)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**(3)** We will pay only our share of the "loss", not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits in the same level of priority.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

For an "underinsured motor vehicle", **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are also changed by adding the following:

**a.** Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle". Such notice shall:

**(1)** Identify the "insured", the owner or driver of the "underinsured motor vehicle" and the insurer of the "underinsured motor vehicle";

**(2)** Disclose the limits of the automobile liability insurance available to the owner or driver of the "underinsured motor vehicle"; and

**(3)** Disclose the agreed upon amount of the tentative settlement; and

**b.** Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following and supersedes any provision to the contrary:

**Transfer Of Rights Of Recovery Against Others To Us**

**a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**c.** For an "underinsured motor vehicle", Paragraph **3.a.** of the Transfer Of Rights Of Recovery Against Others To Us Condition does not apply if:

**(1)** We have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**(2)** We fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of written notification:

**(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**(2)** We also have a right to recover the advance payment.

© Insurance Services Office, Inc., 2019            CA 21 24 05 20

**d.** Our rights under Paragraph **3.a.** of this condition do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

**e.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

**(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

**(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

**f.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

However, we will not pay the "insured" any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Arbitration Condition, and before we pay, tender or deposit in court payment for the "loss".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** To which **(1)** no bodily injury liability bond or policy applies at the time of an "accident" or **(2)** a bodily injury liability bond or policy applies at the time of the "accident" but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Minnesota No-fault Automobile Insurance Act;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must cause an "accident" resulting in "bodily injury" to an "insured" without hitting a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who **(1)** denies coverage, **(2)** is or becomes insolvent or **(3)** cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "underinsured motor vehicle";

Insured Copy

    **d.** Owned by or furnished or available for the regular use of an "insured";

    **e.** Operated on rails or crawler treads; or

    **f.** While located for use as a residence or premises.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a bodily injury liability bond or policy applies at the time of the "accident" in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act but its limit for "bodily injury" liability is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle or equipment:

**a.** For which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company **(1)** denies coverage or **(2)** is or becomes insolvent;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** That is an "uninsured motor vehicle";

**d.** Owned by or furnished or available for the regular use of an "insured";

**e.** Operated on rails or crawler treads; or

**f.** While located for use as a residence or premises.

     © Insurance Services Office, Inc., 2019      CA 21 24 05 20

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The Arbitration Condition is deleted from the Uninsured and Underinsured Motorists Coverage attached to this policy.

**THIS ENDORSEMENT APPLIES TO COVERED AUTOS LICENSED OR PRINCIPALLY GARAGED IN OR GARAGE OPERATIONS CONDUCTED IN: ALABAMA, ARIZONA, ARKANSAS, COLORADO, CONNECTICUT, DELAWARE, IDAHO, INDIANA, KANSAS, LOUISANA, MAINE, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, OREGON, RHODE ISLAND, SOUTH DAKOTA, UTAH, WASHINGTON AND WISCONSIN.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 22 25 05 20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| |
|---|
| In consideration of an increase in premium, the following Personal Injury Protection Coverage option applies as indicated below or in the Declarations: |
| ☐ The Named Insured elects to add together two or more Personal Injury Protection Coverages. (Refer to Paragraph **3.** of the Limit Of Insurance Provision.) |
| In consideration of a reduction in premium, exclusion of work loss applies as indicated below or in the Declarations: |
| ☐ Work loss will not be provided for the Named Insured age 65 or older, or age 60 or older, if retired and receiving a pension. |
| ☐ Work loss will not be provided for the Named Insured and any "family member" age 65 or older, or age 60 or older, if retired and receiving a pension. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## A. Coverage

The company will pay, in accordance with the Minnesota No-fault Automobile Insurance Act, Personal Injury Protection benefits incurred with respect to "bodily injury" sustained by an "insured" caused by an "accident" arising out of the maintenance or use of a "motor vehicle" as a vehicle, or through being struck by a motorcycle. These Personal Injury Protection benefits consist of the following:

### 1. Medical Expenses

Means all reasonable expenses incurred for necessary:

**a.** Medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices;

**b.** Prescription drugs as provided under MINN. STAT. § 65B.44, Subd. 2;

**c.** Ambulance and all other transportation expenses incurred in traveling to receive other covered medical expense benefits;

**d.** Sign interpreting and language translation services, other than such services provided by a member of the "insured's" family, related to the receipt of medical expenses provided under Paragraph **A.1.** of this provision; and

**e.** Hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious belief; however, it does not include expenses in excess of those for a semiprivate room, unless more intensive care is medically required.

### 2. Work Loss

Means:

**a.** 85% of loss of gross income resulting from the "insured's" inability to work on a regular basis including the costs incurred by an "insured" who is self-employed in hiring substitute "employees" to perform tasks which are necessary to maintain his or her income, which he or she normally performs himself or herself, and which he or she cannot perform because of his or her injury; or

**b.** Lost unemployment benefits in an amount equal to the unemployment benefits otherwise payable, if the "insured":

**(1)** Is unemployed at the time of the injury and is receiving or is eligible to receive unemployment benefits; and

**(2)** Loses eligibility for unemployment benefits because of his or her inability to work caused by injury;

reduced by any income from work actually performed by the "insured", or by any income he or she would have earned in available appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake.

### 3. Essential Services Expenses

Expenses reasonably incurred during a period commencing eight days after the date of the accident and during the "insured's" lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he or she not been injured, he or she would have performed not for income but for the direct benefit of himself or herself or his or her household; if the non-fatally injured "insured" normally, as a full-time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance.

### 4. Funeral Expenses

Reasonable expenses for professional funeral and burial services, including expense for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

### 5. Survivors' Loss

Means:

**a.** "Loss", in the event of the death of an "insured" occurring within one year from the date of the "accident", of contributions of money or tangible things of economic value, not including services, that his or her surviving dependents would have received from him or her for their support during their dependency had he or she not suffered the fatal "bodily injury"; and

© Insurance Services Office, Inc., 2019

Insured Copy

   **b.** Expenses reasonably incurred by surviving dependents after the death of an "insured" in obtaining ordinary and necessary substitute services in lieu of those he or she would have performed for their benefit had he or she not suffered the fatal "bodily injury", minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he or she attains majority, marries or becomes otherwise emancipated, or dies.

**B.  Who Is An Insured**

   **1.** The Named Insured or any "family member" who sustains "bodily injury" while "occupying" a "motor vehicle", or while a pedestrian as a result of an "accident" involving any "motor vehicle" or motorcycle.

   **2.** Any other person who sustains "bodily injury" while "occupying" the "insured motor vehicle", or while a pedestrian as a result of an "accident" involving the "insured motor vehicle".

   **3.** Any other person who sustains "bodily injury" while "occupying" a "motor vehicle" not owned by, but operated by the Named Insured or "family member", other than a public or livery conveyance, if the "bodily injury" results from the operation of the "motor vehicle" by the Named Insured or "family member". As used in this provision, public or livery conveyance includes, but is not limited to, any period of time a "motor vehicle" is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "motor vehicle".

**C.  Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

   **1.** Sustained by any "family member" if such "family member" is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured under the terms of any other Coverage Form or policy with respect to such coverage.

   **2.** Sustained by any person, other than the Named Insured or "family member", if such person is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured or "family member" under the terms of any other Coverage Form or policy with respect to such coverage.

   **3.** Sustained by any person arising out of the maintenance or use of a "motor vehicle":

      **a.** Being used in the business of transporting persons or property; or

      **b.** Furnished by the employer of the Named Insured or "family member";

if with respect to such vehicle, the security required by the Minnesota No-fault Automobile Insurance Act is in effect, provided that such "bodily injury" is sustained while not "occupying" another involved "motor vehicle"; however, this exclusion does not apply to **(i)** the "insured motor vehicle", **(ii)** a commuter van as defined in the Minnesota No-fault Automobile Insurance Act, **(iii)** a vehicle being used to transport children to school or to a school sponsored activity, **(iv)** a vehicle being used to transport children as part of a family or group family day care program, **(v)** any bus, other than a bus included as a vehicle described in **(ii), (iii)** or **(iv)** above, while in operation within the state of Minnesota as to any Minnesota resident who is an insured as defined in the Minnesota No-fault Automobile Insurance Act, or **(vi)** a passenger in a taxi.

   **4.** To any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his or her intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself or herself, his or her survivors are not entitled to any survivors' loss benefits.

   **5.** Sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor, other than a rally held in whole or in part upon public roads.

   **6.** Sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

7. Sustained by any person if such injury arises out of conduct in the course of loading or unloading any "motor vehicle" unless the conduct occurs while such person is "occupying" such "motor vehicle".

8. Sustained by any person while "occupying" a motorcycle.

9. To Personal Injury Protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an "insured" as a result of any one "accident".

10. Sustained by any person, other than the Named Insured or any "family member", arising out of the maintenance or use by such person of a "motor vehicle" without a good faith belief that he or she is legally entitled to use such "motor vehicle".

11. Sustained by any person, other than the Named Insured or any "family member", while a pedestrian through being struck by the "insured" "motor vehicle", if the "accident" occurs outside the state of Minnesota.

12. Sustained by any person arising out of the maintenance or use of a "motor vehicle" while located for use as a residence or premises.

13. Arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

14. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

15. With respect to work loss, essential services expenses and survivors' loss benefits, sustained by any person, other than the Named Insured or "family member", while "occupying" any "motor vehicle", not owned by the Named Insured or "family member", which is being operated by the Named Insured or "family member".

16. Sustained by any person, other than the Named Insured or any "family member", while "occupying" a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the state of Minnesota, its political subdivisions, municipal corporations or public agencies, if the "accident" occurs outside the state of Minnesota.

**D. Limit Of Insurance**

1. Except as provided in Paragraph **3.**, regardless of the number of persons insured, policies or plans of self-insurance applicable, premiums paid, claims made or "insured motor vehicles" to which this coverage applies, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate and subject to such aggregate:

   a. The maximum amount payable for "medical expenses" shall not exceed $20,000.

   b. The maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000. Subject to this maximum aggregate:

      (1) The maximum amount payable for work loss shall not exceed $500 per week.

      (2) The maximum amount payable for essential services expenses shall not exceed $200 per week.

      (3) The maximum amount payable for funeral expenses shall not exceed $5,000.

      (4) The maximum amount payable for survivors' loss benefits:

         (a) With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week; and

         (b) With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week.

     © Insurance Services Office, Inc., 2019     CA 22 25 05 20

**2.** Any amount payable by the company under the terms of this coverage shall be reduced by:

    **a.** Any amounts paid, payable or required to be provided on account of such "bodily injury" under any workers' compensation law; except that if the "accident" involves a "motor vehicle" used in a "ridesharing arrangement", this coverage shall be primary.

    **b.** The amount of any deductible applicable to "medical expenses" set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or by a "family member", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in this Coverage Form, and such amount shall be allocated equally among them.

    **c.** The amount of any deductible applicable to work loss set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or any "family member".

**3.** If the Schedule or Declarations indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, regardless of the number of persons insured, premiums paid or claims made, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate, per "insured motor vehicle", and subject to each such aggregate:

    **a.** The maximum amount payable for "medical expenses" shall not exceed $20,000 per "insured motor vehicle".

    **b.** The maximum amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000 per "insured motor vehicle". Subject to this maximum aggregate:

        **(1)** The maximum amount payable for work loss shall not exceed $500 per week per "insured motor vehicle".

        **(2)** The maximum amount payable for essential services expenses shall not exceed $200 per week per "insured motor vehicle".

        **(3)** The maximum amount payable for funeral expenses shall not exceed $5,000 per "insured motor vehicle".

        **(4)** The maximum amount payable for survivors' loss benefits:

            **(a)** With respect to Paragraph **A.5.a.** of the definition of survivors' loss benefits shall not exceed $500 per week per "insured motor vehicle"; and

            **(b)** With respect to Paragraph **A.5.b.** of the definition of survivors' loss benefits shall not exceed $200 per week per "insured motor vehicle".

**E. Changes In Conditions**

The **Conditions** are changed for Personal Injury Protection as follows:

**1.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are replaced by the following:

    **a.** In the event of any "accident", written notice containing particulars sufficient to identify the "insured" and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to us or any of our authorized agents within six months from the date of the "accident". Failure to provide such written notice shall not render an "insured" ineligible to receive benefits unless actual prejudice is shown by us and then only to the extent of the prejudice. If an "insured", his or her legal representative or his or her surviving dependents shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such "insured", his or her legal representative or his or her surviving dependents.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1792 of 2396 PageID #:1805

**b.** As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury", treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. An "insured" who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than a medical rehabilitation procedure or treatment, shall notify us that he or she has undertaken the procedure, treatment or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment or training, unless we know or have reason to know of the undertaking. If the "insured" does not give the required notice within the prescribed time, we are responsible only for $1,000 or the expense incurred after the notice is given and within 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

**2.** **The Transfer Of Rights Of Recovery Against Others To Us** Policy Condition does not apply.

**3.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are amended by the following:

In the event the "insured" has other similar insurance including self-insurance available and applicable to the "accident", we shall not be liable for a greater proportion of any loss to which this coverage applies than the Limit of Insurance hereunder bears to the sum of the applicable Limits of Insurance of this coverage and such other insurance.

However, if the driver or occupant of a "motor vehicle" sustains "bodily injury" while using the vehicle in the business of transporting persons or property, this insurance is primary.

**4.** The **Two Or More Coverage Forms Or Policies Issued By Us** Policy Condition is replaced by the following:

**Two Or More Coverage Forms Or Policies Issued By Us**

If the Schedule indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, the Two Or More Coverage Forms Or Policies Issued By Us provision in the Policy Conditions section of the Coverage Form does not apply to coverage afforded under this endorsement. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

**5.** The following conditions are added:

**Coordination, Nonduplication And Priority Of Payments**

**a.** No "insured" shall recover duplicate benefits for the same elements of "loss" under this or any similar insurance including self-insurance.

**b.** Any amount payable under any Uninsured Motorists Coverage afforded under this Coverage Form or policy shall be reduced by the amount of any Personal Injury Protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance Coverage Form or policy because of "bodily injury" sustained by an "insured".

**Constitutionality Clause**

The premium for and the coverages of the Policy have been established in reliance upon the provisions of the Minnesota No-fault Automobile Insurance Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such act invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Policy and the provisions of this endorsement shall be voidable or subject to amendment at our option.

 © Insurance Services Office, Inc., 2019 CA 22 25 05 20

**Arbitration**

If you and we disagree on the amount of "loss" under Personal Injury Protection and the disputed amount is:

**a.** $10,000 or less, both parties must submit to arbitration; or

**b.** More than $10,000, we will advise the "insured" whether we will submit the claim to arbitration.

Arbitration will be conducted in accordance with the Rules of Procedure For No-fault Arbitration contained in the Minnesota Insurance Laws.

In the event of arbitration, each party will select a competent arbitrator. The two arbitrators will select a competent and impartial umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen arbitrator; and

**b.** Bear the other expenses of the arbitration and umpire equally.

If we submit to arbitration, we still retain our right to deny the claim.

However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Arbitration Condition, and before we pay, tender or deposit in court payment for the "loss".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means the spouse or any person related to the Named Insured by blood, marriage or adoption, including a minor in the custody of the Named Insured, spouse or such related person, who is a resident of the same household as the Named Insured whether or not temporarily residing elsewhere.

**2.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the Coverage Form or Policy applies and for which a specific premium is charged; and

**b.** The Named Insured is required to maintain security under the provisions of the Minnesota No-fault Automobile Insurance Act.

**3.** "Motor vehicle" means every vehicle, other than a motorcycle or other vehicle with fewer than four wheels, which:

**a.** Is required to be registered pursuant to Minnesota Statutes, Chapter 168; and

**b.** Is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property, and includes a "trailer" with one or more wheels, when the "trailer" is connected to or being towed by a "motor vehicle".

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Ridesharing arrangement" means the transportation of persons, for a fee or otherwise, in a "motor vehicle" when the transportation is incidental to another purpose of the driver. The term includes the forms of shared transportation known as car pools, commuter van pools and bus pools whether or not furnished by an employer. It does not include transportation of "employees" by an employer from one place to another.

**6.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

B. The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

6. Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9.** **Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

 © Insurance Services Office, Inc., 2011

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 25 82 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**

**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:**        09-01-2021 |

**SCHEDULE**

| Coverage | Limits Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $ 1,000,000 | **Each Employee** | $     1,000 | $  INCLUDED |
| | $ 2,000,000 | **Employee Benefits Aggregate** | | |
| **Retroactive Date** | 09-01-2018 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

## A. Employee Benefits Liability Coverage

### 1. Coverage

**a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of any act, error or omission, of the "insured", or of any other person for whose acts the "insured" is legally liable, to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Limits Of Insurance; and

**(2)** Our right to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **B.** Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any "insured", in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** Extended Reporting Period of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any "insured" or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the "insured" within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any "insured".

### 2. Exclusions

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any "insured", including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

© Insurance Services Office, Inc., 2013

CA 25 82 10 13

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any "insured" is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the "insured", from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B. Supplementary Payments**

We will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All costs taxed against the "insured" in any "suit" against the "insured" we defend.

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

6. Prejudgment interest awarded against the "insured" on that part of judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limit of Insurance.

**C. Who Is An Insured**

The following are "insureds" for Employee Benefits Liability Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the "administration" of your "employee benefit program".

3. Your members, if you are a limited liability company, but only with respect to the "administration" of your "employee benefit program". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds" but only with respect to their liability as stockholders.

5. Each of your "employees" who is or was authorized to administer your "employee benefit program".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that "auto" dealership. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier.

   **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

 © Insurance Services Office, Inc., 2013

**D. Limits Of Insurance**

1. The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   a. "Insureds";

   b. "Claims" made or "suits" brought;

   c. Persons or organizations making "claims" or bringing "suits";

   d. Acts, errors or omissions; or

   e. Benefits included in your "employee benefit program".

2. The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

3. Subject to the Employee Benefit Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   a. An act, error or omission; or

   b. A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Deductible**

1. Our obligation to pay damages on behalf of the "insured" applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

2. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

3. The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any "suits" seeking those damages; and

   b. Your duties, and the duties of any other involved "insured", in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F. Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1. The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

      (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any "insured", you must:

      (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

  © Insurance Services Office, Inc., 2013  CA 25 82 10 13

c. You and any other involved "insured" must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an act, error or omission to which this insurance may also apply.

d. No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

e. The requirement to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

2. The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

If other valid and collectible insurance is available to the "insured" for a loss we cover under this endorsement, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the "insured" against any "suit" if any other insurer has a duty to defend the "insured" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured's" rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-"insured" amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits Of Insurance shown in the Schedule of this endorsement.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

G. **Extended Reporting Period**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

a. This endorsement is cancelled or not renewed; or

b. We renew or replace this endorsement with insurance that:

(1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

(2) Does not apply to an act, error or omission on a claims-made basis.

 © Insurance Services Office, Inc., 2013

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be cancelled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" "insured";

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for "claims" first received and recorded during the Extended Reporting Period.

The extended reporting period employee benefit aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.2.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.3.**

**H. Definitions**

For the purposes of the coverage provided by this endorsement, **Section V - Definitions** is amended as follows:

**1.** The "Employee" definition is replaced by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**2.** The "Suit" definition is replaced by the following:

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**3.** The following definitions are added:

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

© Insurance Services Office, Inc., 2013
CA 25 82 10 13

Insured Copy

d. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   (1) Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   (2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   (3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   (4) Vacation plans, including buy-and-sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

   (5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Contingent Workers' Compensation Coverage

We will issue a Standard Workers Compensation policy at rates and premiums at the inception date of each policy if you become legally obligated to pay benefits required by the Workers Compensation Act, provided:

1. That such obligation did not arise out of any business or business property you own or operate or of any partnership or joint venture of which you are a partner or member.

2. You have not elected to provide and pay compensation according to provisions of the Workers Compensation Act and do not so elect during the policy term.

3. You do not have in effect on the date of the accident a policy providing Workers Compensation benefits for the injured person.

4. This agreement does not apply to any "employee" injured while engaged in duties directly or indirectly connected with farm tractors, trailers, implements, draft animals or vehicles for use therewith, while under contract to others for a charge in connection with any farming operation.

The policy to be provided shall be effective (a) from the effective date of this policy or (b) from the date of commencement of the operations in which the "employee" was injured, whichever is later.

If we are not permitted to issue a Worker's Compensation policy in a given state or pay the benefits directly to the person(s) entitled to them, we will reimburse you for the benefits required by the workers compensation law of that state.

The "Workers Compensation Act" shall mean the Workmen's Compensation Law or Workers Compensation Law, or any Occupational Disease Law applicable in the state in which the named insured has established his principal residence.

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

a.   is sudden, unforeseen, and unexpected;

b.   is independent of any illness, disease or other bodily malfunction;

c.   happens by chance;

d.   arises from a source external to the "victim"; and

occurs within 180 days of the "assault or attack".

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on DECLARATIONS AUTO DEALERS COVERAGE FORM do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

a.   "Loss of life" $250,000;

b.   "Loss of speech" and "loss of hearing" $200,000;

c.   "Loss of speech" or "loss of hearing" and one of the following:  "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;

d.   Loss of both hands $200,000;

e.   Loss of both feet $200,000;

f.   Loss of sight in both eyes $200,000;

g.   Loss of any two of the following:   "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;

h.   "Loss of speech" $100,000;

i.   "Loss of hearing" $100,000;

j.   "Loss of hand" $100,000;

k.   "Loss of foot" $100,000;

l.   "Loss of sight of an eye" $100,000;

m.   "Loss of thumb and index finger" $75,000;

n.   "Mutilation" $50,000.

At your discretion you may use all of, or part of the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

a.   at your discretion - payment for ransom; if none

b.   the spouse of the "victim" who lived with the "victim"; if none

c.   the domestic partner of the "victim" who lived with the "victim"; if none

d.   the estate of the "victim".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family members(s)". The following are not eligible to receive this reward payment:  You, or a "family member(s)" of any person covered by this endorsement.

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction" - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -

a.   spouse

b.   children, their children or other descendents of theirs

c.   parents, grandparents or other ancestors of theirs,

who live with you, including spouses or domestic partners of all of the above. Parents, grandparents and others ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment. A "physician" does not include you or a "family member(s)".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)          Policy Number: 0697156                    Transaction Effective Date: 09-01-2021

Insured Copy

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by you as a domestic "employee" or residential staff. In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority. However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

**Other Insurance**

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to "accidental death and dismemberment benefit".

**Your Duties After a Loss**

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible. In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible. In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible. In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required. In the event of a death claim Proof of death is required and must include a certified copy of the death certificate.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)". We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select. We may also have an autopsy done by a "physician", unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA-F-133 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
**CA 25 07 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING.<br>THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

---

**CA 25 07 10 13** © Insurance Services Office, Inc., 2011 **Page 1 of 1**

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 25 09 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MCDANIELS AUTO MANAGEMENT COMPANY |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| RE:  5300 S ROBERT TRL  INVER GROVE HEIGHTS  MN  55077; NAMED INSURED INCLUDES MIDWEST MOTORS LLC. | D & T PROPERTY INC | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

D & T PROPERTY INC
2227 PLATWOOD RD
MINNETONKA MN   55305

B. The Insurance afforded by this endorsement does not apply to:
1. Any "accident" which occurs after you cease to be a tenant in the premises.
2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

CA 25 09 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 25 09 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MCDANIELS AUTO MANAGEMENT COMPANY |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| 345 PLATO BLVD E, ST PAUL MN 55107 | SUMMIT LIMITED PARTNERSHIP | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

B. The Insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.

2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

SUMMIT LIMITED PARTNERSHIP
345 PLATO BLVD E
ST PAUL MN   55107

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 25 09 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# ADDITIONAL INSURED - GENERAL LIABILITY COVERAGES - OWNERS OF LEASED OR RENTED LAND OR PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MCDANIELS AUTO MANAGEMENT COMPANY |
| **Endorsement Effective Date:** 09-01-2021 |

**SCHEDULE**

| Description Of Premises Or Land Leased Or Rented To You | Name Of Person Or Organization | Premium |
|---|---|---|
| LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY THE NAMED INSURED. | RUSSO HARDWARE INC DBA RUSSO | $ INCLUDED |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Paragraph **D. Who Is An Insured** under **Section II -General Liability Coverages** is changed to include as an "insured" the person or organization named in the Schedule, but only for liability arising out of the ownership, maintenance and use of that part of the described land or premises which is leased or rented to you.

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

B. The Insurance afforded by this endorsement does not apply to:

1. Any "accident" which occurs after you cease to be a tenant in the premises.
2. Structural alterations, new construction or demolition operations performed by or for the designated person or organization.

CA 25 09 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2023 MAPLEWOOD DR N MAPLEWOOD, MN | LMCD PROPERTIES OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LMCD PROPERTIES OF MINNESOTA
LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE:  3001 US-61, MAPLEWOOD  MN  55109 | 3001 MAPLEWOOD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

3001 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

**SCHEDULE**

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2911 HWY 61 N MAPLEWOOD, MN | M&M PARTNERSHIP OF MINNESOTA | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

M&M PARTNERSHIP OF MINNESOTA
LLP
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 46 S ROBERT TR INVERGROVE HEIGHTS, MN & 14 MENDOTA RD INVER GROVE HEIGHTS, MN | MCDANIELS INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCDANIELS INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

CA-F-137 (10-13)                    Policy Number: 0697156                    Transaction Effective Date:   09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 2889 HWY 61 N & 1241 BEAM AVE MAPLEWOOD, MN. | MMH INVESTMENTS LLC | $ INCLUDED |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MMH INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

## FEDERATED INSURANCE COMPANIES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE:  2889 MAPLEWOOD DR, MAPLEWOOD MN 55109 | MMH PARTNERSHIP | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MMH PARTNERSHIP
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)                    Policy Number: 0697156                    Transaction Effective Date:   09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE:  1350 50TH ST E, INVER GROVE HEIGHTS MN  55077 | SMCD PROPERTIES OF IGH INC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

SMCD PROPERTIES OF IGH INC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 2873 HIGHWAY 61, MAPLEWOOD MN 55109-1082 | 2873 MAPLEWOOD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

2873 MAPLEWOOD PROPERTIES LLC
2873 MAPLEWOOD DR N
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 12790 PLAZA DR EDEN PRAIRIE, MN 55344 | MCEP INVESTMENTS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCEP INVESTMENTS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| See IL-F-40-0001 | BRILLIANCE LAND MANAGEMENT LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BRILLIANCE LAND MANAGEMENT LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-137 - BRILLIANCE LAND MANAGEMENT LLC

RE: 210 N ROUTE 31 CRYSTAL LAKE, IL; 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL;810 RT 176 CRYSTAL LAKE, IL.

IL-F-40-0001      (05-10)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 4625 S ROBERT TR INVER GROVE HEIGHTS, MN | MCD PROPERTIES OF IGH LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

MCD PROPERTIES OF IGH LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1500 N RANDALL RD ELGIN, IL | BLMS LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

BLMS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| 1037 HIGHWAY 110, INVER GROVE HEIGHTS, MN 55077 | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED-MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

### SCHEDULE

| Description of Premises | Name of Person or Organization | Annual Liability Premium |
|---|---|---|
| RE: 1037 HIGHWAY 110 & 4600 AKRON AVE S INVER GROVE HEIGHTS, MN | LKMCD PROPERTIES LLC | $ INCLUDED |

 (If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION II - GENERAL LIABILITY COVERAGES,** item **D. Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule and subject to the following additional exclusions:

This Insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

LKMCD PROPERTIES LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CA-F-137 (10-13)          Policy Number: 0697156          Transaction Effective Date:   09-01-2021

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING
# NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  **2.** "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

  **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013
**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL AUTO
CA 25 57 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION FOR
# GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is amended as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

© Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 60 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

A. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

a. Under this Coverage Form, we cover:

(1) "Bodily injury" and "property damage" occurring; and

(2) "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

b. The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

c. If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

d. If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

e. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

f. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

g. The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

© Insurance Services Office, Inc., 2011

Insured Copy

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

    **(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

    **(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2011 **CA 25 60 10 13**

Insured Copy

COMMERCIAL AUTO
CA 99 55 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 99 55 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1834 of 2396 PageID #:1847

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

© Insurance Services Office, Inc., 2016

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1835 of 2396 PageID #:1848

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016

CA 23 44 11 16

COMMERCIAL AUTO
CA 27 13 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION WITH HEMP EXCEPTION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Section II - General Liability Coverages:**

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

(1) An "insured"; or

(2) Any other person for whom you are legally responsible;

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

(1) The "bodily injury" or "property damage" occurs;

(2) The "accident" which caused the "bodily injury" or "property damage" takes place; or

(3) The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

**a.** False arrest, detention or imprisonment; or

**b.** The wrongful eviction from, wrongful entry into or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

© Insurance Services Office, Inc., 2019

**C. Additional Definition**

As used in this endorsement:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2019 CA 27 13 12 19

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 99 10 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVE OTHER CAR COVERAGE -
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Name Of Individual: | ANDY HULCHER |
|---|---|
| | STEVE MCDANIELS |
| | BRYAN OKUBO |

| | | | | |
|---|---|---|---|---|
| **Covered Autos Liability Coverage** | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| **Auto Medical Payments** | Limit | $ | Premium: | $ |
| **Comprehensive** | Deductible: | $    0 | Premium: | $ INCLUDED |
| **Collision** | Deductible: | $    50 | Premium: | $ INCLUDED |
| **Uninsured Motorists** | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| **Underinsured Motorists** | Limit | $ SEE DECLARATIONS | Premium: | $ INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

CA 99 10 10 13          © Insurance Services Office, Inc., 2011          Page 1 of 2

Insured Copy

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

  **1.** Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

  **2.** The following is added to **Who Is An Insured:**

   Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

  The following is added to **Who Is An Insured:**

  Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

  Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

  Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

  **1.** Any "auto" owned by that individual or by any member of his or her household.

  **2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

  As used in this endorsement:

  "Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011 CA 99 10 10 13

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NAMED INDIVIDUALS -
## BROADENED PERSONAL INJURY PROTECTION COVERAGE

This endorsement modifies insurance provided under the following:

PERSONAL INJURY PROTECTION ENDORSEMENT

| Name of Individual | State | Premium |
|---|---|---|
| ANDY HULCHER | MN | $ INCLUDED |
| STEVE MCDANIELS | MN | $ INCLUDED |
| BRYAN OKUBO | MN | $ INCLUDED |

The individual named in the schedule of this endorsement and any "family member" of the named individual shall be considered a "named insured" for the personal injury protection coverage provided for the state shown in the schedule.

For the purpose of this endorsement, "family member" means a person related to the individual named in this endorsement by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child, whether or not temporarily residing elsewhere.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-68 (04-91)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VICARIOUS AND BROADENED AUTO LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. CHANGES IN LIABILITY INSURANCE**

   1. Any "auto" owned by a "son or daughter" of any director, officer, partner or owner of the named insured is a covered "auto" for LIABILITY COVERAGE but only:

      **a.** For "vicarious liability."

      **b.** While being used by a director, officer, partner or owner of the named insured.

      **c.** While being used by a spouse of a director, officer, partner or owner of the named insured.

   2. The following is added to WHO IS AN INSURED:

      Any director, officer, partner or owner of the named insured including their spouse are "insureds" for any covered "auto" described in paragraph **A.1.** of this endorsement.

   3. The insurance provided by this endorsement is excess over any other collectible insurance.

**B. ADDITIONAL DEFINITIONS**

   As used in this endorsement:

   "Auto" includes "mobile equipment."

   "Son or daughter" means a child related by blood or adoption who is a resident of his or her parent's household, including a ward or foster child.

   "Vicarious liability" means indirect legal responsibility which an "insured" becomes obligated to pay by reason of liability imposed on the "insured" by law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CA-F-124 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTORY CLAUSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE PART

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

It is agreed that the insurance provided by any additional insured endorsement is primary when primary coverage is required in a written contract. We will not seek contribution from any insurer when insurance on a non-contributing basis is required in a written contract. For coverage to apply, the written contract must have been executed prior to the occurrence of "loss".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-129 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.  Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

CA-F-142 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

 **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

  **(1)** Odometer readings; or

  **(2)** Disclosure of "prior damage"; or

  **(3)** The use of non-original equipment manufacturer parts; or

  **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

  **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

 **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

 **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

 **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

 **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

 **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

 **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

 **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)   Policy Number: 0697156   Transaction Effective Date: 09-01-2021

Insured Copy

[X] **4.** Title Errors and Omissions Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B. OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C. EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D. LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)    Policy Number: 0697156    Transaction Effective Date: 09-01-2021

Insured Copy

**E. DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

1. "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2. "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3. "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4. "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5. "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of ″auto″ is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of ″auto″ applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

    **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to ″property damage″ to:

        your ″products″ or ″work you performed″; if the ″property damage″ occurs away from premises you own or rent and arises out of ″products″ or ″work you performed″ after you have relinquished possession thereof to your customer; except, no ″property damage″ applies when the only physical injury is a particular part of your ″products″ that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        Item **F.7.** is deleted and replaced by the following:

        We will deduct _____$2,500_____ from any sums payable as damages in any ″accident″ because of ″property damage″ resulting from or arising out of your ″products″ or ″work you performed″ on a watercraft you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other ″property damage″ deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

    **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

    **H.** ″Customer's auto″ is amended to also include watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverages attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others for a term of 6 months or longer.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | Deductible |
|---|---|---|
| $ 25,000    Per Customer Complaint Legal Defense Limit | $ 250,000    Customer Complaint Legal Defense Aggregate Limit | $ 1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

   **a.** The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

   **b.** Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

   **a.** Prejudgment or post judgment interest;

   **b.** Punitive damages;

   **c.** Civil or criminal fines; or

   **d.** Penalties imposed by law

   imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

   A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

Insured Copy

**B. Exclusions**

1. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

   a. Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

      (1) An "accident";

      (2) "Bodily Injury" or "Property Damage";

      (3) "Personal and advertising injury";

      (4) "Acts, errors or omissions"; or

      (5) "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

   b. Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

      Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

      (1) Personally commit;

      (2) Personally participate in;

      (3) Personally acquiesce to; or

      (4) Remain passive after having knowledge of;

      any such act, error or omission.

   c. Product Recall

      The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

   d. Mechanical Breakdown or Warranty Agreements

      Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

   e. Pollutants

      Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

   f. Workers Compensation or Disability Benefits

      Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

    **b.** Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D.** **Limit of Insurance**

**1.** Regardless of the number of:

    **a.** "Insureds";

    **b.** "Customer complaints"; or

    **c.** Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

**2.** Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

**3.** All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

**4.** The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E.** **Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F.** **Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

**1.** The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

**Duties In The Event Of "Customer Complaint"**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of a "customer complaint", you must:

        **(1)** Promptly record the specifics of the "customer complaint" and the date received; and

        **(2)** Notify us, in writing, as soon as practicable.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

        **(3)** Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

        **(4)** Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

**Other Insurance**

This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**Policy Period, Coverage Territory**

The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico; and

    **d.** Canada

4. The following condition is added:

**Transfer Of Duties When The Limit of Insurance Is Exhausted**

    **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

    **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

        **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

        **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

        **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

    **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

        **(1)** Cooperate in the transfer of control of "customer complaints".

    **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

The duty of the first Named Insured to reimburse us will begin on:

        **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

        **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.**, if we did not send notice in accordance with Paragraph **F.4.a.**

    **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
CA-F-76 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1. The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

   "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

   "Suit" includes

   **a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2. The following definitions are added:

   **a.** "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

   **b.** "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

      **(1)** All expenses we incur.

      **(2)** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

      **(3)** All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

      **(4)** Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b (1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-91 (10-13)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

   **a.**  the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

   **b.**  the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-116 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1.  **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

    **g.  Leased Autos**

    Any covered "auto" while:

    **(1)**  Leased or rented to others; or

    **(2)**  Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

    But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-156 (07-19)          Policy Number: 0697156          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.  SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

   **A.**  Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

   your "products" or "work you performed";
   if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

   **B.**  Deductible

   **1.**  Item **F.7.** is deleted and replaced by the following:

   We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

   We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II.  SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

   **A.**  Exclusions **4.a(3)** and **4.a(4)** do not apply to:

   **1.**  Defective parts or materials; or

   **2.**  Faulty "work you performed".

   **B.**  Deductible

   **1.**  The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

   **2.**  We will deduct _____$2,500_____ from any amount payable as damages as a result of this endorsement. You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay _____100_____ percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM

In the event of any payment under this AUTO DEALERS COVERAGE FORM, the company agrees to waive its rights under the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US condition against:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

its subsidiaries, directors, agents or employees, except when the payment results from the sole negligence of:

RUSSO HARDWARE INC DBA RUSSO
POWER EQUIPMENT INC
& KANE HOLDINGS LLC
9525 IRVING PARK RD
SCHILLER PARK IL   60176

its subsidiaries, agents or employees.

Additional Reference:

LANDLORD OF 1001 N RANDALL RD, ELGIN, IL LEASED BY
THE NAMED INSURED.

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-100 (10-13)        Policy Number: 0697156        Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

    The coverage territory is extended to include Mexico but only for:

    a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

    b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

    The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

COMMERCIAL AUTO
CA 01 33 05 20

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Common Policy Conditions are amended as follows:

The **Examination Of Your Books And Records** Condition applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **D.1. Coverage** under **Covered Autos Liability Coverage** is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** Paragraph **D.3.a. Supplementary Payments** of **Covered Autos Liability Coverage** is amended by the addition of the following:

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **D.5. Limit Of Insurance - Covered Autos Liability** of **Covered Autos Liability Coverage** is revised by the addition of the following:

We will apply the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **E.3. Coverage Extensions** of **Garagekeepers Coverage** is amended by the addition of the following:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**F.** Paragraph **E. Supplementary Payments** of **General Liability Coverages** and Paragraph **D. Supplementary Payments** of **Acts, Errors Or Omissions Liability Coverages** are amended by the addition of the following:

**6.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

G. The **Conditions** are amended as follows:

1.  The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

    1.  **Appraisal For Physical Damage Loss**

        If you and we disagree on the amount of "loss", and the disputed amount is:

        a.  $10,000 or less, both parties must submit to appraisal;

        b.  More than $10,000, either party may demand an appraisal of the "loss".

        In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

        a.  Pay its chosen appraiser; and

        b.  Bear the other expenses of the appraisal and umpire equally.

        If we submit to an appraisal, we still retain our right to deny the claim.

        However, we will not pay you any interest, other than the interest that accrues between the time that it is determined that a "loss" shall be payable, in accordance with this Appraisal Condition, and before we pay, tender or deposit in court payment for the "loss".

2.  The lead-in wording of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

    The following duties apply:

3.  **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

    a.  Our rights under this condition with respect to all coverages other than Covered Autos Liability, General Liability and Acts, Errors Or Omissions Liability Coverages do not apply against a person who is 21 years of age or older who:

        (1)  Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

    (2)  Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

    and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

    b.  Our rights are subject to any applicable limitations contained in the Minnesota statutes.

    c.  With respect to Physical Damage Coverage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

    d.  Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

4.  Paragraph **B.1. Bankruptcy** is replaced by the following:

    1.  **Bankruptcy**

        Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

5.  The **Concealment, Misrepresentation Or Fraud** Condition is amended as follows:

    a.  With respect to Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition does not apply.

    b.  With respect to other than Covered Autos Liability Coverage, the **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

        We will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

        (1)  This Coverage Form;

        (2)  The covered "auto";

        (3)  Your interest in the covered "auto"; or

        (4)  A claim under this Coverage Form.

© Insurance Services Office, Inc., 2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

(1) A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

COMMERCIAL AUTO
CA 02 18 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

**b. Policies In Effect Less Than 60 Days**

When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

**(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

**c. Policies In Effect 60 Days Or More**

When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This policy was obtained through a material misrepresentation;

**(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

**(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

**(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

**(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

**(7)** You or any driver who either lives with you or customarily uses a covered "auto":

**(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

     © Insurance Services Office, Inc., 2012     CA 02 18 10 13

2. **Nonrenewal**

   **a.** If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

   **b.** If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   **c.** Proof of mailing of any notice shall be sufficient proof of notice.

**B.** For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

1. **Cancellation**

   **a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   **b.** We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   **c.** **Policies In Effect Less Than 90 Days**

   If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least

   **(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**d.** **Policies In Effect 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** An act or omission by you that substantially increases or changes the risk insured;

**(4)** Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

**(6)** Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has 10 days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within 30 business days after receipt of the appeal;

**(7)** A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2.** **Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

© Insurance Services Office, Inc., 2012 CA 02 18 10 13

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Driver Excluded

          TYLER HAGGLUND
          2873 MAPLEWOOD DR
          MAPLEWOOD,MN 55109
          Excluded Driver - Previously Signed

Add Form(s)

      CA-F-83.5 (10-13) Driver Excluded

                              No Business Auto Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-04-2021
                        Issue Date:  10-07-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2021

## Auto Dealer Revisions

Add Driver Excluded

    TYLER HAGGLUND
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109
    Excluded Driver - Previously Signed

Add Form(s)

    CA-F-83.5 (10-13) Driver Excluded

                    No Auto Dealer Charge

                    No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  10-04-2021
                        Issue Date:  10-07-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     TYLER HAGGLUND
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number     167-573-5
_____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using any motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

However, liability, uninsured motorists, underinsured motorist and personal injury protection insurance shall apply except that the limit of insurance available shall be the compulsory or financial responsibility law limits where the covered motor vehicle is principally garaged.

Excluded Person     TYLER HAGGLUND
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number    167-573-5
_____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83.5 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2021

## Common Declarations Revisions

Add Additional Named Insured(s)

    MIDWEST AUTO SHIELD, INC
    2873 MAPLEWOOD DR N
    SAINT PAUL,MN
    55109
    Additional Named Insured

                No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-23-2021
                   Issue Date:  11-09-2021

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Property Revisions

Change Additional Interest

      Location   1                        Building   1
      Building
      WELLS FARGO BANK NA DEALER
      LENDING SERVICES
      MAC D4004-03D
      401 N RESEARCH PKWY FL 3RD
      WINSTON SALEM NC   27102
      Mortgagee (CP-F-11)
      Interest Description:   ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD
                        PROPERTIES LLC.

Add Form(s)

      CP-F-11 (07-95) Mortgage Holders Interest Certificate

                    No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-16-2021
                 Issue Date:  11-17-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
    MAC D4004-03D
    401 N RESEARCH PKWY FL 3RD
    WINSTON SALEM NC  27102

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE MAPLEWOOD MN  55109-1082 Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC. | $10,000 | $63,809,000 BLANKET |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021   to 09-01-2022   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

|  |  |
|---|---|
| **SECRETARY** | **PRESIDENT** |

| CP-F-11 (07-95) | Policy Number: 0697156 | Transaction Effective Date: 11-16-2021 |

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)　　　　Policy Number: 0697156　　　　Transaction Effective Date: 11-16-2021

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Inland Marine Revisions

Change Cyber Coverage            Additional Premium:  $1,431

     Limit:  $1,000,000
     Deductible:  $10,000

Add Form(s)

     IM-F-171 (10-18) Cyber Coverage Supplemental Declarations

Total Endorsement Charge     $1,431

This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  11-24-2021
                        Issue Date:  12-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

## CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit:                     $1,000,000  Annual Aggregate

Sublimits - Per Occurrence
   1st Party Named Malware:                    $50,000
   Forensic IT Review:                        $500,000
   Legal Review:                              $500,000
   Public Relations:                            $5,000
   Regulatory Fines and Penalties:            $500,000
   PCI Fines and Penalties:                   $500,000

Data Compromise Response
Expenses Deductible:                           $10,000  Per Occurrence

**COMPUTER ATTACK**

Computer Attack Limit:                       $1,000,000  Annual Aggregate

Sublimits - Per Occurrence
   Business Income and Extra Expense:         $500,000
   Public Relations:                            $5,000

Computer Attack Deductible:                    $10,000  Per Occurrence

**CYBER EXTORTION**

Cyber Extortion Limit:                         $25,000  Annual Aggregate

Cyber Extortion Deductible:                    $10,000  Per Occurrence

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit:                 $1,000,000  Annual Aggregate

Sublimits - Per Occurrence
   3rd Party Named Malware:                    $50,000

Data Compromise
Defense and Liability Deductible:              $10,000  Per Occurrence

IM-F-171 (10-18)          Policy Number: 0697156          Transaction Effective Date: 11-24-2021

Insured Copy

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

Network Security Defense and Liability Limit:      **$1,000,000**    Annual Aggregate

Network Security Defense and Liability Deductible:      **$10,000**    Per Occurrence

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

Electronic Media Defense and Liability Limit:      **$1,000,000**    Annual Aggregate

Electronic Media Defense and Liability Deductible:      **$10,000**    Per Occurrence

---

**IDENTITY RECOVERY**

Identity Recovery Limit:      **$25,000**    Annual Aggregate per "Identity Recovery Insured"

Sublimits - Per Occurrence
    Lost Wages and Child and
    Elder Care Expenses:      **$5,000**
    Mental Health Counseling:      **$1,000**
    Miscellaneous Unnamed Costs:      **$1,000**

---

IM-F-171 (10-18)      Policy Number: 0697156      Transaction Effective Date: 11-24-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Property Revisions

Change Additional Interest

        Location    1                  Building    1
        Personal Property of Insured
        WELLS FARGO BANK NA DEALER
        LENDING SERVICES
        MAC D4004-03D
        PO BOX 1870
        WINSTON SALEM NC    27102
        Lender Loss Payee (CP 12 21 MN)
        Interest Description:   ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD
                                PROPERTIES LLC.

Change Additional Interest

        Location    1                  Building    1
        Building
        WELLS FARGO BANK NA DEALER
        LENDING SERVICES
        MAC D4004-03D
        PO BOX 1870
        WINSTON SALEM NC    27102
        Mortgagee (CP-F-11)
        Interest Description:   ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD
                                PROPERTIES LLC

Add Form(s)

        CP 12 21 (10-12) Loss Payable Provisions-MN
        CP-F-11 (07-95) Mortgage Holders Interest Certificate

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  12-01-2021
                        Issue Date:  12-02-2021

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2021

## Property Revisions

—

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY        PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)       Policy Number: 0697156       Transaction Effective Date: 12-01-2021
                Issue Date: 12-02-2021

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.2. |
|---|---|---|---|---|---|
| **Description Of Property:** ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD PROPERTIES LLC. | | | | | |
| **Loss Payee Name:** WELLS FARGO BANK NA DEALER LENDING SERVICES | | | | | |
| **Loss Payee Address:** MAC D4004-03D PO BOX 1870 WINSTON SALEM NC 27102 | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| **Premises Number:** | | **Building Number:** | | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

CP 12 21 10 12

© Insurance Services Office, Inc., 2011

Page 1 of 3

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

   **1. Loss Payable Clause**

     For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

     **a.** Adjust losses with you; and

     **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **2. Lender's Loss Payable Clause**

     **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

       **(1)** Warehouse receipts;

       **(2)** A contract for deed;

       **(3)** Bills of lading;

       **(4)** Financing statements; or

       **(5)** Mortgages, deeds of trust, or security agreements.

     **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

       **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

       **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

       **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

         **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

         **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

       All of the terms of this Coverage Part will then apply directly to the Loss Payee.

       **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

         **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

         **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

       At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

     **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

       **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

       **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

     **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

     **e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

 © Insurance Services Office, Inc., 2011 CP 12 21 10 12

Insured Copy

3.  **Contract Of Sale Clause**

    a.  The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    b.  For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

        (1)  Adjust losses with you; and

        (2)  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    c.  The following is added to the **Other Insurance Condition:**

        For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4.  **Building Owner Loss Payable Clause**

    a.  The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

    b.  We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    c.  We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: WELLS FARGO BANK NA DEALER LENDING SERVICES
MAC D4004-03D
PO BOX 1870
WINSTON SALEM NC  27102

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 1 | 1 | 2873 HIGHWAY 61  TOYOTA SALES/SERVICE | $10,000 | $63,809,000 |
|   |   | MAPLEWOOD MN  55109-1082 | | BLANKET |
|   |   | Mortgagor:  ADDITIONAL INSURED INCLUDES 2873 MAPLEWOOD | | |
|   |   | PROPERTIES LLC | | |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 09-01-2021    to 09-01-2022    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 0697156              Transaction Effective Date: 12-01-2021

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

   At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 0697156          Transaction Effective Date: 12-01-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Change Commercial Vehicle               Additional Premium:  $12

        Vehicle #:  6
        2013 NISS NV2500                  VIN:  1N6BF0LX8DN113779
            INVER GROVE HEIGHTS-DAKOTA, MN 55077
            Type:  Commercial Auto
            Class:  03499               Cost New:  $30,540

Change Commercial Vehicle               Additional Premium:  $12

        Vehicle #:  10
        2013 NISS NV2500                  VIN:  1N6BF0LX0DN112626
            INVER GROVE HEIGHTS-DAKOTA, MN 55077
            Type:  Commercial Auto
            Class:  03499               Cost New:  $30,540

Add Commercial Vehicle                  Additional Premium:  $281
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

        Vehicle #:  12
        2005 CHEV SLV25 PLOW              VIN:  1GCHK29255E145915
            MAPLEWOOD-RAMSEY, MN 55109
            Type:  Commercial Auto
            Class:  03499               Cost New:  $36,030
            Collision Deductible:  $1,000
            Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                 **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  02-17-2022
                        Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

```
Add Commercial Vehicle             Additional Premium:  $321
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

     Vehicle #:  13
     2009 CHEV SLV25 PLOW            VIN:  1GCHK54K99F183740
       MAPLEWOOD-RAMSEY, MN 55109
       Type:  Commercial Auto
       Class:  03499              Cost New:  $31,530
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Add Commercial Vehicle             Additional Premium:  $392
Add Collision Coverage
Add Liability Coverage
Add Comprehensive Coverage

     Vehicle #:  14
     2011 CHEV SLV25 SAND            VIN:  1GC2KXCG1BZ249832
       MAPLEWOOD-RAMSEY, MN 55109
       Type:  Commercial Auto
       Class:  03499              Cost New:  $36,605
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)       Policy Number:  0697156           Transaction Effective Date:  02-17-2022
                     Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $523
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  15
    2015 FORD F350 PLOW
      MAPLEWOOD-RAMSEY, MN 55109          VIN:  1FTBF3B62FEB15558
      Type:  Commercial Auto
      Class:  03499              Cost New:  $34,740
      Collision Deductible:  $1,000
      Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $569
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  16
    2015 TOYT SIENNA                    VIN:  5TDYK3DC6FS615175
      MAPLEWOOD-RAMSEY, MN 55109
      Type:  Commercial Auto
      Class:  03499              Cost New:  $35,100
      Collision Deductible:  $1,000
      Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  02-17-2022
                  Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $716
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  17
    2017 TOYT SIENNA                  VIN:  5TDKZ3DC0HS870666
       MAPLEWOOD-RAMSEY, MN 55109
       Type:  Commercial Auto
       Class:  03499             Cost New:  $35,100
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $716
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  18
    2017 TOYT SIENNA                  VIN:  5TDKZ3DC9HS895212
       MAPLEWOOD-RAMSEY, MN 55109
       Type:  Commercial Auto
       Class:  03499             Cost New:  $35,100
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  02-17-2022
                      Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $252
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

     Vehicle #:  19
     2004 CHEV SILV PLOW               VIN:  1GCHK29244E392566
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499               Cost New:  $34,085
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $187
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

     Vehicle #:  20
     2005 DODG CARAVAN                VIN:  1D4GP45R15B100938
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499               Cost New:  $21,615
        Collision Deductible:   $1,000
        Comprehensive Deductible:   $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  02-17-2022
                        Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $289
Add Collision Coverage
Add Liability Coverage
Add Comprehensive Coverage

    Vehicle #:  21
    2009 GMC SR25 PLOW              VIN:  1GTHK44K09F136428
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499              Cost New:  $28,065
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $289
Add Liability Coverage
Add Comprehensive Coverage
Add Collision Coverage

    Vehicle #:  22
    2009 GMC SIERRA                VIN:  1GTHK44K19F141329
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499              Cost New:  $28,065
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  02-17-2022
               Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $312
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  23
    2008 TOYT SIENNA                VIN:  5TETV62N88Z589803
      INVER GROVE HEIGHTS-DAKOTA, MN 55077
      Type:  Commercial Auto
      Class:  03499          Cost New:  $31,500
      Collision Deductible:  $1,000
      Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $911
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  24
    2020 RAM 2500PRMST               VIN:  3C6TRVDG4LE118336
      INVER GROVE HEIGHTS-DAKOTA, MN 55077
      Type:  Commercial Auto
      Class:  03499          Cost New:  $36,345
      Collision Deductible:  $1,000
      Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)      Policy Number:  0697156      Transaction Effective Date:  02-17-2022
                    Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $780
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  25
    2017 TOYT SIENNA                 VIN:  5TDDZ3DC9HS149769
       INVER GROVE HEIGHTS-DAKOTA, MN 55077
       Type:  Commercial Auto
       Class:  03499            Cost New:  $43,940
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $289
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  26
    2009 CHEV SILV PLOW              VIN:  1GCHK44K19E110510
       INVER GROVE HEIGHTS-DAKOTA, MN 55077
       Type:  Commercial Auto
       Class:  03499            Cost New:  $28,065
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  02-17-2022
                        Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective         09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $217
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  27
    2004 CHEV SILV PLOW              VIN:  1GCHK24U64E281686
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499            Cost New:  $26,475
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $256
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

    Vehicle #:  28
    2007 CHEV SLIV PLOW             VIN:  1GCHK29K67E567713
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499            Cost New:  $29,675
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  02-17-2022
                      Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $438
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

     Vehicle #:  29
     2013 CHEV SLIV PLOW              VIN:  1GC0KVCG4DZ222218
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499              Cost New:  $32,255
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $280
Add Comprehensive Coverage
Add Collision Coverage
Add Liability Coverage

     Vehicle #:  30
     2006 CHEV SILVERADO              VIN:  1GCHK29D66E174004
        INVER GROVE HEIGHTS-DAKOTA, MN 55077
        Type:  Commercial Auto
        Class:  03499              Cost New:  $34,230
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                  PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  02-17-2022
                      Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

```
Add Commercial Vehicle              Additional Premium:  $289
Add Comprehensive Coverage
Add Liability Coverage
Add Collision Coverage

     Vehicle #:  31
     2009 CHEV SILV SALT            VIN:  1GCHK44K69F173645
         INVER GROVE HEIGHTS-DAKOTA, MN 55077
         Type:  Commercial Auto
         Class:  03499             Cost New:  $28,065
         Collision Deductible:  $1,000
         Comprehensive Deductible:  $1,000

Add Commercial Vehicle              Additional Premium:  $854
Add Liability Coverage
Add Collision Coverage
Add Comprehensive Coverage

     Vehicle #:  32
     2020 NISS CARGO VAN            VIN:  1N6BF0KY0LN808394
         INVER GROVE HEIGHTS-DAKOTA, MN 55077
         Type:  Commercial Auto
         Class:  03499             Cost New:  $30,880
         Collision Deductible:  $1,000
         Comprehensive Deductible:  $1,000

     Additional Certified Acts of Terrorism Premium Total      $23

              Total Endorsement Charge     $9,208

           This will appear on your next bill
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  02-17-2022
                      Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Property Revisions

Add Additional Interest

         Location  14                    Building    1
         Personal Property of Insured
         STREET SMART RENTALS LLC
         7526 4TH AVE
         LINO LAKES MN   55014
         Loss Payee (CP-F-10)

Add Additional Interest

         Location  16                    Building    1
         Personal Property of Insured
         STREET SMART RENTALS LLC
         7526 4TH AVE
         LINO LAKES MN   55014
         Loss Payee (CP-F-10)

Add Form(s)

         CP-F-10 (07-95) Loss Payable Certificate

                              No Property Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  03-30-2022
                        Issue Date:  03-31-2022

Insured Copy

4-972 BRADLEY G FUTIA


**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Additional Interest

       STREET SMART RENTALS LLC
       7526 4TH AVE
       LINO LAKES,MN 55014
       ISO Waiver of Subrogation(CA 04 44)

Add Additional Interest

       STREET SMART RENTALS LLC
       7526 4TH AVE
       LINO LAKES,MN 55014
       AI - Designated Insured (CA 20 48)

Add Form(s)

       CA 04 44 (10-13) Waiver of Transfer of Rights of Recovery Against
       Others to Us (Waiver of Sub)
       CA 20 48 (10-13) Designated Insured for Covered Autos Liability
       Coverage

No Business Auto Charge

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY              PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  0697156            Transaction Effective Date:  03-30-2022
                 Issue Date:  03-31-2022

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -  FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:     STREET SMART RENTALS LLC
7526 4TH AVE
LINO LAKES MN  55014

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 14 | 1 | 1350 50TH ST E  VEHICLE STORAGE WHSE | $10,000 | $13,837,000 |
| | | INVER GROVE HEIGHTS MN  55077 | | Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2021      to 09-01-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 0697156          Transaction Effective Date: 03-30-2022

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    STREET SMART RENTALS LLC
7526 4TH AVE
LINO LAKES MN  55014

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|------|------|----------|------------|-------|
| 16 | 1 | 3001 US-61  AUTO SALES/SERVICE  MAPLEWOOD MN  55109 | $10,000 | $13,837,000  Blanket |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 09-01-2021      to 09-01-2022       12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                        **PRESIDENT**

CP-F-10 (07-95)              Policy Number: 0697156              Transaction Effective Date: 03-30-2022

Insured Copy

POLICY NUMBER: 0697156

COMMERCIAL AUTO
CA 04 44 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** MCDANIELS AUTO MANAGEMENT |
| **Endorsement Effective Date:** 03-30-2022 |

### SCHEDULE

| |
|---|
| **Name(s) Of Person(s) Or Organization(s):** |
| STREET SMART RENTALS LLC |
| 7526 4TH AVE |
| LINO LAKES MN   55014 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to the person(s) or organization(s) shown in the Schedule, but only to the extent that subrogation is waived prior to the "accident" or the "loss" under a contract with that person or organization.

CA 04 44 10 13 | © Insurance Services Office, Inc., 2011 | Page 1 of 1

Insured Copy

POLICY NUMBER: 0697156

**COMMERCIAL AUTO**
CA 20 48 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED INSURED FOR
# COVERED AUTOS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" for Covered Auto Liability Coverage under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| **Named Insured:** MCDANIELS AUTO MANAGEMENT |
|---|
| **Endorsement Effective:** 03-30-2022 |

### SCHEDULE

| **Name of Person(s) Or Organization(s):** |
|---|
| STREET SMART RENTALS LLC |
| 7526 4TH AVE |
| LINO LAKES MN  55014 |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Each person or organization shown in the Schedule is an "insured" for Covered Autos Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Paragraph **A.1.** of Section **II** - Covered Autos Liability Coverage in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.2.** of Section **I** - Covered Autos Coverages of the Auto Dealers Coverage Form.

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

```
Add Additional Interest              No Premium Charge

     Location   1
     Additional  Insured
     Limit:  $0

Add Additional Interest              No Premium Charge

     Location   1
     Waiver of Subrogation
     Limit:  $0

Add Additional Interest
Add Additional Interest

     Location   1
     Waiver of Subrogation
     ELGIN COMMUNITY COLLEGE
     1700 SPARTAN DR #E105.8
     ELGIN IL  60123
     Interest Description:  See IL-F-40-0006

Add Form(s)

     CA-F-100 (10-13) Waiver Of Transfer Of Rights Of Recovery
     CA-F-75 (10-13) Additional Insured Endorsement
     IL-F-40-0006 (05-10) Extension Endorsement
     IL-F-40-0007 (05-10) Extension Endorsement
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY

PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  07-26-2022
                      Issue Date:  07-26-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE ®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

Location    1                           No Premium Charge
Waiver of Subrogation

No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY               PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)              Policy Number:  0697156              Transaction Effective Date:  07-26-2022
                           Issue Date:  07-26-2022

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1. WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2. The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:

See IL-F-40-0007

-

Additional Insured Name and Address:

ELGIN COMMUNITY COLLEGE
1700 SPARTAN DR #E105.8
ELGIN IL   60123

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - ELGIN COMMUNITY COLLEGE

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO NAMED INSURED
SPONSORED EVENT HELD AT THE CERTIFICATE HOLDER'S PREMISES - DOCUMENTARY
PREMIERE OF "PROMISE LOVE" - ELGIN COMMUNITY COLLEGE, 1700 SPARTAN
DRIVE, ELGIN IL / EVENT DATE 7/27/2022.  ADDITIONAL INSUREDS ALSO
INCLUDE: COMMUNITY COLLEGE DISTRICT NO. 509.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1908 of 2396 PageID #:1921

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

In the event of any payment under this AUTO DEALERS COVERAGE FORM, the company agrees to waive its rights under the TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US condition against:

ELGIN COMMUNITY COLLEGE
1700 SPARTAN DR #E105.8
ELGIN IL   60123

its subsidiaries, directors, agents or employees, except when the payment results from the sole negligence of:

ELGIN COMMUNITY COLLEGE
1700 SPARTAN DR #E105.8
ELGIN IL   60123

its subsidiaries, agents or employees.

Additional Reference:

See IL-F-40-0006

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-100 - ELGIN COMMUNITY COLLEGE

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO NAMED INSURED
SPONSORED EVENT HELD AT THE CERTIFICATE HOLDER'S PREMISES - DOCUMENTARY
PREMIERE OF "PROMISE LOVE" - ELGIN COMMUNITY COLLEGE, 1700 SPARTAN
DRIVE, ELGIN IL / EVENT DATE 7/27/2022.  ADDITIONAL INSUREDS ALSO
INCLUDE: COMMUNITY COLLEGE DISTRICT NO. 509.

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Property Revisions

Add Additional Interest

```
        Location   4                    Building    1
        Building
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Bldg Owner Loss Payee (CP 12 21 MN)
        Interest Description:   NAMED INSURED INCLUDES MCDANIELS AUTO
                                MANAGEMENT COMPANY, IG MOTORS INC, BRILLIANCE
                                MOTOR SALES INC, MCROB AUTOMOTIVE INC,
                                MIDWEST MOTORS LLC, BRILLIANCE SUBARU OF
                                ELGIN INC.
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  0697156          Transaction Effective Date:  08-03-2022
                       Issue Date:  08-04-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Property Revisions

Add Additional Interest

        Location   4                    Building   1
        Personal Property of Insured
        TOYOTA MOTOR CREDIT CORP
        ATTN
         DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Lender Loss Payee (CP 12 21 MN)
        Interest Description:   NAMED INSURED INCLUDES MCDANIELS AUTO
                                MANAGEMENT COMPANY, IG MOTORS INC, BRILLIANCE
                                MOTOR SALES INC, MCROB AUTOMOTIVE INC,
                                MIDWEST MOTORS LLC, BRILLIANCE SUBARU OF
                                ELGIN INC.

Add Form(s)

        CP 12 21 (10-12) Loss Payable Provisions-MN

                                        No Property Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**              **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  08-03-2022
                      Issue Date:  08-04-2022

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE ®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

```
Add Additional Interest                 No Premium Charge

        Location    1
        Additional Insured
        Limit:   $0

Add Additional Interest

        Location    1
        Additional Insured
        TOYOTA MOTOR CREDIT CORP
        ATTN: DEALER INSURANCE
        6565 HEADQUARTERS DRIVE
        PLANO TX   75024
        Interest Description:   See IL-F-40-0008

Add Form(s)

        CA-F-75 (10-13) Additional Insured Endorsement
        IL-F-40-0008 (05-10) Extension Endorsement

                                    No Auto Dealer Charge


                                    No Endorsement Charge
```

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  08-03-2022
                        Issue Date:  08-04-2022

POLICY NUMBER: 0697156

**COMMERCIAL PROPERTY**
**CP 12 21 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS - MINNESOTA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 4 | | Building Number: 1 | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | C.4., C.2. |
|---|---|---|---|---|---|
| Description Of Property: NAMED INSURED INCLUDES MCDANIELS AUTO MANAGEMENT COMPANY, IG MOTORS INC, BRILLIANCE MOTOR SALES INC, MCROB AUTOMOTIVE INC, MIDWEST MOTORS LLC, BRILLIANCE SUBARU OF ELGIN INC. | | | | | |
| Loss Payee Name: TOYOTA MOTOR CREDIT CORP | | | | | |
| Loss Payee Address: ATTN: DEALER INSURANCE 6565 HEADQUARTERS DRIVE PLANO TX 75024 | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | |
| Description Of Property: | | | | | |
| Loss Payee Name: | | | | | |
| Loss Payee Address: | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): | |
| Description Of Property: | | | | | |
| Loss Payee Name: | | | | | |
| Loss Payee Address: | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

CP 12 21 10 12 © Insurance Services Office, Inc., 2011 **Page 1 of 3**

Insured Copy

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder, trustee or contract for deed vendor, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so; and

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** We will notify the Loss Payee of changes to this Coverage Part that result in a substantial reduction of coverage to the Covered Property in which the Loss Payee has an interest.

© Insurance Services Office, Inc., 2011

CP 12 21 10 12

Insured Copy

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      **(1)** Adjust losses with you; and

      **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance Condition:**

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

INSURED:

MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

1.  WHO IS AN INSURED for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.
2.  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.
3.  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.
    Relationship of the Additional Insured to the Insured:
    See IL-F-40-0008

Additional Insured Name and Address:

TOYOTA MOTOR CREDIT CORP
ATTN
 DEALER INSURANCE
6565 HEADQUARTERS DRIVE
PLANO TX   75024

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CA-F-75 - TOYOTA MOTOR CREDIT CORP

ANY COVERAGE PROVIDED BY THIS ENDORSEMENT IS LIMITED TO THE CERTIFICATE
HOLDER ACTING AS FINANCING AGENT FOR THE NAMED INSURED'S BUILDING AND
PPI LOCATED AT 2923 MAPLEWOOD DR, MAPLEWOOD, MN.  NAMED INSURED INCLUDES
MCDANIELS AUTO MANAGEMENT COMPANY, IG MOTORS INC, BRILLIANCE MOTOR SALES
INC, MCROB AUTOMOTIVE INC, MIDWEST MOTORS LLC, BRILLIANCE SUBARU OF
ELGIN INC.

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## General Liability Revisions

Change Exposure For Annual Audit          Return Premium:  $282

      Class Code:   61212 - Building Or Premises - Bank Or Office -
               Mercantile Or Manufacturing (Lessor's Risk Only) -
               Other Than Not-For-Profit
      Exposure:  If Any

                       Total General Liability Credit          $282
            Return Certified Acts of Terrorism Premium            $2

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2021
                       Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

```
Change Auto Dealers Liability Rating Units For Annual Audit

     Location   1
     Number of Employees Furnished Autos:   8.50
     Number of Salespersons & GM not Furnished Autos:  37.00
     Number of Other Employees: 154.50
     Number of Non-Employees over age 24:  2.00
     Number of Dealer Plates:  55

Change Auto Dealers Liability Rating Units For Annual Audit

     Location   4
     Number of Other Employees:  55.00
     Number of Dealer Plates:   1

Change Auto Dealers Liability Rating Units For Annual Audit

     Location   6
     Number of Employees Furnished Autos:  2.50
     Number of Salespersons & GM not Furnished Autos:  27.50
     Number of Other Employees: 131.50
     Number of Dealer Plates:  42

Change Auto Dealers Liability Rating Units For Annual Audit

     Location   7
     Number of Salespersons & GM not Furnished Autos:   7.00
     Number of Other Employees:  12.00
     Number of Dealer Plates:  20
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  0697156           Transaction Effective Date:  09-01-2021
                       Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA

 **COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2021

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   8
        Number of Salespersons & GM not Furnished Autos:    7.00
        Number of Other Employees:   38.00
        Number of Dealer Plates:  38

Change Auto Dealers Liability Rating Units For Annual Audit

        Location   9
        Number of Salespersons & GM not Furnished Autos:    1.00
        Number of Dealer Plates:  29

Change Auto Dealers Liability Rating Units For Annual Audit

        Location  10
        Number of Employees Furnished Autos:    3.50
        Number of Salespersons & GM not Furnished Autos:  18.50
        Number of Other Employees:  34.00
        Number of Dealer Plates:  29

Location   1                          Additional Premium:  $5
Uninsured Motorist Coverage

Location   1                          Additional Premium:  $4
Underinsured Motorist Coverage

Location   1                          Return Premium:  $52
Personal Injury Protection Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2021
                        Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2021

## Auto Dealer Revisions

Location   1                          Return Premium:  $487
Liability Coverage -  Without Full Covered Autos Liability

Location   1                          Return Premium:  $4
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   1                          Return Premium:  $27
Auto Dealer Extension Endorsement

Location   1                          Return Premium:  $30
Extended Defense Protection Coverage

Location   1                          Return Premium:  $10
Title Errors & Omissions Coverage

Location   1                          Return Premium:  $10
Truth in Lending and Leasing Coverage

Location   1                          Return Premium:  $59
Employee Benefits Liability Coverage

Location   4                          Additional Premium:  $687
Personal Injury Protection Coverage

Location   4                          Additional Premium:  $6,462
Liability Coverage -  Without Full Covered Autos Liability

Location   4                          Additional Premium:  $64
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2021
                        Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2021

## Auto Dealer Revisions

Location   4                          Additional Premium:  $356
Auto Dealer Extension Endorsement

Location   4                          Additional Premium:  $388
Extended Defense Protection Coverage

Location   4                          Additional Premium:  $129
Title Errors & Omissions Coverage

Location   4                          Additional Premium:  $142
Truth in Lending and Leasing Coverage

Location   6                          Additional Premium:  $295
Personal Injury Protection Coverage

Location   6                          Additional Premium:  $2,267
Liability Coverage -  Without Full Covered Autos Liability

Location   6                          Additional Premium:  $23
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   6                          Additional Premium:  $125
Auto Dealer Extension Endorsement

Location   6                          Additional Premium:  $136
Extended Defense Protection Coverage

Location   6                          Additional Premium:  $46
Title Errors & Omissions Coverage

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2021
                      Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2021

## Auto Dealer Revisions

| | |
|---|---|
| Location   6<br>Truth in Lending and Leasing Coverage | Additional Premium:  $50 |
| Location   7<br>Uninsured Motorist Coverage | Additional Premium:  $117 |
| Location   7<br>Underinsured Motorist Coverage | Additional Premium:  $153 |
| Location   7<br>Personal Injury Protection Coverage | Return Premium:  $115 |
| Location   7<br>Liability Coverage -  Without Full Covered Autos Liability | Return Premium:  $882 |
| Location   7<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium:  $8 |
| Location   7<br>Auto Dealer Extension Endorsement | Return Premium:  $48 |
| Location   7<br>Extended Defense Protection Coverage | Return Premium:  $53 |
| Location   7<br>Title Errors & Omissions Coverage | Return Premium:  $18 |
| Location   7<br>Truth in Lending and Leasing Coverage | Return Premium:  $19 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY            PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  0697156          Transaction Effective Date:  09-01-2021
                        Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   8 | Additional Premium:  $111 | |
| Uninsured Motorist Coverage | | |
| Location   8 | Additional Premium:  $145 | |
| Underinsured Motorist Coverage | | |
| Location   8 | Return Premium:  $949 | |
| Personal Injury Protection Coverage | | |
| Location   8 | Return Premium:  $7,302 | |
| Liability Coverage -  Without Full Covered Autos Liability | | |
| Location   8 | Return Premium:  $73 | |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | | |
| Location   8 | Return Premium:  $402 | |
| Auto Dealer Extension Endorsement | | |
| Location   8 | Return Premium:  $438 | |
| Extended Defense Protection Coverage | | |
| Location   8 | Return Premium:  $146 | |
| Title Errors & Omissions Coverage | | |
| Location   8 | Return Premium:  $160 | |
| Truth in Lending and Leasing Coverage | | |
| Location   9 | Additional Premium:  $124 | |
| Uninsured Motorist Coverage | | |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  0697156          Transaction Effective Date:  09-01-2021
                       Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE®**

### COMMERCIAL PACKAGE
### POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Auto Dealer Revisions

| | |
|---|---|
| Location   9<br>Underinsured Motorist Coverage | Additional Premium:  $162 |
| Location   9<br>Personal Injury Protection Coverage | Return Premium:  $461 |
| Location   9<br>Liability Coverage -  Without Full Covered Autos Liability | Return Premium:  $3,547 |
| Location   9<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium:  $36 |
| Location   9<br>Auto Dealer Extension Endorsement | Return Premium:  $195 |
| Location   9<br>Extended Defense Protection Coverage | Return Premium:  $213 |
| Location   9<br>Title Errors & Omissions Coverage | Return Premium:  $71 |
| Location   9<br>Truth in Lending and Leasing Coverage | Return Premium:  $78 |
| Location  10<br>Uninsured Motorist Coverage | Additional Premium:  $51 |
| Location  10<br>Underinsured Motorist Coverage | Additional Premium:  $66 |

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2021
                      Issue Date:  01-24-2023

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective     09-01-2021

## Auto Dealer Revisions

Location  10                          Return Premium:  $46
Personal Injury Protection Coverage

Location  10                          Return Premium:  $467
Liability Coverage -  Without Full Covered Autos Liability

Location  10                          Return Premium:  $5
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location  10                          Return Premium:  $26
Auto Dealer Extension Endorsement

Location  10                          Return Premium:  $28
Extended Defense Protection Coverage

Location  10                          Return Premium:  $9
Title Errors & Omissions Coverage

Location  10                          Return Premium:  $11
Truth in Lending and Leasing Coverage

                    Total Auto Dealer Credit      $4,377
          Return Certified Acts of Terrorism Premium        $3

        Return Certified Acts of Terrorism Premium Total        $5

                Total Endorsement Credit      $4,664

                This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

_signature_          _signature_        If you have any questions,
**SECRETARY**            **PRESIDENT**       please contact your
                                          Producer.

IL-F-4 (09-99)        Policy Number:  0697156        Transaction Effective Date:  09-01-2021
                      Issue Date:  01-24-2023

# EXHIBIT E

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697157**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from   **09-01-2018**      to   **09-01-2019**      12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Private Pass. Auto Dealer**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

   **AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          **$38**
                    TOTAL PROVISIONAL PREMIUM    **As Billed**

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**CP-F-18 (01-86)**

**IL-F-27 (08-94)**

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

**SECRETARY**                    **PRESIDENT**

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2018

Insured Copy

## LOCATION SCHEDULE

1     680 W TERRA COTTA AVE
      CRYSTAL LAKE IL  60014

2     1500 N RANDALL
      ELGIN IL  60123

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98

Copyright, Insurance Services Office, Inc., 1998

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE MOTOR SALES INC | Corporation | 20-4214132 |
| 3 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 4 | EP MOTORS INC | Corporation | 46-5394981 |
| 5 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 6 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 7 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page

**FEDERATED INSURANCE**®

FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1.  The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2.  If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3.  This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4.  Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5.  The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 8 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 9 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1.  Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2.  Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3.  Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## AUTO DEALERS COVERAGE PART

**ITEM ONE**- NAMED INSURED AND ADDRESS - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | $500,000          Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage)  New York Only:  Mandatory Basic Economic Loss   Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | Separately Stated in Each P.I.P. Endorsement  Limit & Premium (NY Only) | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | 21  11 | $5,000 | X |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | $50,000 | X |
| Underinsured Motorists (not applicable in NY) | 22  11 | $50,000 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30  11<br><br>30  11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | | See ITEM SIX | | |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | | See ITEM SIX | | |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | **$500,000**<br>**$1,000,000** | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | **$100,000** | Any One Premises | X |
| Personal and Advertising Injury Limit | | **$500,000** | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | **$1,000,000** | Aggregate | X |
| Acts, Errors or Omissions Liability | | **$500,000**<br>**$1,000,000** | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = _____

Symbol 11 = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US.

Symbol 12 = _____

Symbol 13 = _____

_____

**FORMS AND ENDORSEMENTS APPLICABLE:    **SEE SCHEDULE ATTACHED****

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL 60014 |
| 2 | 1500 N RANDALL, ELGIN, IL 60123 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM FOUR  - LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 5.00 | 5.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 22.00 | 17.16 | |
| | Class IC - All Other Employees | 52.00 | 21.84 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 44.00 |
| 2 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 13.00 | 10.14 | |
| | Class IC - All Other Employees | 19.00 | 7.98 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 18.12 |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

### ITEM FOUR - LIABILITY COVERAGE PREMIUM BASIS (Continued)

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I** **Employees**

IA - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II** - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

### ITEM FIVE - GARAGEKEEPERS COVERAGE

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

CA-F-2 (01-17)  Policy Number: 0697157  Transaction Effective Date: 09-01-2018

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FIVE**</u> **- GARAGEKEEPERS COVERAGE (Continued)**

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " [X] " | | |
|---|---|---|---|---|
| IL | [X] Comprehensive | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | $5,000 | deductible for all such "loss" in any event |
| | [X] Collision | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | [ ] Collision | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

ITEM SIX - PHYSICAL DAMAGE COVERAGES

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an ☒. | |
|---|---|---|
| ☐ Comprehensive | Minus | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

ITEM SEVEN - **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 15 |

ITEM EIGHT - **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS -**
**REFER TO BUSINESS AUTO SCHEDULE**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (01-17) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (01-17) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Illinois Uninsured Motorists Coverage | CA 21 30 (01-15) |
| Illinois Underinsured Motorists Coverage | CA 21 38 (10-13) |
| Uninsured And Underinsured Motorists Amendment | CA-F-81 (IL) (10-13) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Not-For-Profit Personal Liability Coverage | CA-F-133.4 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Silica or Silica-Related Dust Exclusion for Covered Autos Exposure | CA 23 94 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Silica Or Silica-Related Dust Exclusion for General Liability Coverages | CA 25 39 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Auto Medical Payments Coverage | CA 99 03 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (10-13) |
| Multi-Cover Liability Endorsement | CA-F-7 (02-18) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Auto Medical Payments Amendment (Reinstatement Of Subrogation Cond) | CA-F-82 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Illinois Changes - Auto Dealers Coverage Form | CA 01 04 (01-15) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Illinois Changes - Cancellation And Nonrenewal | CA 02 70 (01-18) |

Insured Copy

COMMERCIAL AUTO
CA 00 25 10 13

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS COVERAGES

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|---|---|---|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out- of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

 © Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

4. **Exclusions**

This insurance does not apply to any of the following:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

b. **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

c. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(a) Whether the "insured" may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

e. **Fellow Employee**

"Bodily injury" to:

(1) Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

(2) The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph (1) above.

f. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

(1) Property owned, rented or occupied by the "insured";

(2) Property loaned to the "insured";

(3) Property held for sale or being transported by the "insured"; or

(4) Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

g. **Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

h. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(1) That are, or that are contained in any property that is:

(a) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

 © Insurance Services Office, Inc., 2011

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **(1) Nuclear Hazard**

   (a) The explosion of any weapon employing atomic fission or fusion; or

   (b) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **(2) War Or Military Action**

   (a) War, including undeclared or civil war;

   (b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

   (1) Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

   (2) Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

   (3) Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   (4) Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

(5) Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

(6) Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   (a) Permanently installed in or upon the covered "auto";

   (b) Removable from a housing unit which is permanently installed in or upon the covered "auto";

   (c) An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

   (d) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

   We will not pay for "loss" to a covered "auto" caused by or resulting from:

   (1) Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

   (2) Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

   (1) Your expected profit, including loss of market value or resale value.

   (2) "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

   (3) Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

   (4) Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f.** **Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2)** **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3)** **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

### A. Bodily Injury And Property Damage Liability

1. **Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2011

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

     © Insurance Services Office, Inc., 2011

**f.  Pollution**

(1)  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a)  At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

(b)  At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(c)  At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

(i)  To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

(ii)  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

(d)  That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs (1)(a) and (1)(c)(ii) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph (1)(a) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph (1)(c)(ii) does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

(2)  Any loss, cost or expense arising out of any:

(a)  Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b)  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2),** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

 © Insurance Services Office, Inc., 2011

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

      **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

         **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

         **(b)** Arising out of your "products" or "work you performed";

      **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

      **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

      **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

      **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

   Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

 © Insurance Services Office, Inc., 2011

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

    Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

    a. Personally commit;

    b. Personally participate in;

    c. Personally acquiesce to; or

    d. Remain passive after having knowledge of;

    any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

    "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

    Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

    Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

    Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

    Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

    Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

    a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

    b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

    c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

    d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

    Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

    Damages arising out of the:

    a. Bankruptcy;

    b. Financial inability to pay;

    c. Insolvency;

    d. Liquidation; or

    e. Receivership;

    of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section III.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our request, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy apply on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

      **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

   **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

   **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

   **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

   **1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **2.** While it is in or on an aircraft, watercraft or "auto"; or

   **3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **1.** False arrest, detention or imprisonment;

   **2.** Malicious prosecution;

   **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **6.** The use of another's advertising idea in your "advertisement"; or

   **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

   **1.** The goods or products made or sold in an "auto" dealership by:

      **a.** You; or

      **b.** An "auto" dealership you have acquired; and

   **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

   **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your behalf; and

**2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I. SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|--------|-------------|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II. SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **D.4.e.** is deleted.

**III. SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV. SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

**2.** Paragraph **F.1.a.(3)** is changed to read as follows:

**(3)** Collision Coverage. Caused by:

**(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

**(b)** The covered "auto's" overturn.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**3.** The following coverage is added:

**Preservation of "Autos"**

We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

**(a)** Fire, hail, or flood.

**(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

**4.** Exclusion **F.3.d.(2)** is deleted.

**5.** Exclusion **F.3.d.(3)** is deleted.

**6.** Paragraph **F.4.d.(2)** is deleted.

**7.** Paragraph **F.4.d.(3)** is deleted.

**8.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

"Auto" means a land motor vehicle, "trailer" or semi-trailer designed for travel on public roads.

**V.** **SECTION IV - CONDITIONS** is changed as follows:

**B.** **General Conditions**

**5.** **Other Insurance -** paragraph **a.** is deleted and replaced by the following:

**a.** For any covered "auto" you own or you don't own:

When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VI.** **SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

**1.** Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

**2.** Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**Z.** "Earth movement" means:

**1.** Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

**2.** Landslide, including any earth sinking, rising or shifting related to such event;

**3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

**4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

**1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**2.** Mudslide or mudflow; or

**3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**VII.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

    **1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

    **2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

    **3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

    **4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
    **5.a.** and **5.b.** are replaced by the following:

    The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| --- |
| **Endorsement Effective Date:** 09-01-2018 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| Liability Deductible: | $ 10,000 | Per "Accident" |
| --- | --- | --- |
| | **OR** | |
| "Property Damage" Only Liability Deductible: | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

© Insurance Services Office, Inc., 2011

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 21 30 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:**     $ SEE DECLARATIONS | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 30 01 15         © Insurance Services Office, Inc., 2014         Page 1 of 4

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

   We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident"; and

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident".

   This provision will not change our total limit of liability.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

© Insurance Services Office, Inc., 2014

CA 21 30 01 15

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

**c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

**(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014 CA 21 30 01 15

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 21 38 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

### SCHEDULE

| Limit Of Insurance: | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 38 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 4

**c.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

**d.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

**2.** Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

**a.** By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

**b.** Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

**c.** Under any automobile medical payments coverage.

**3.** In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

© Insurance Services Office, Inc., 2012

CA 21 38 10 13

E.  **Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

1.  **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

    If there is other applicable insurance available under one or more policies or provisions of coverage:

    a.  The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

    b.  Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

    c.  If the coverage under this Coverage Form is provided:

        (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

        (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2.  **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

    a.  Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

    b.  File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

    c.  Promptly send us copies of the legal papers if a "suit" is brought.

3.  **Legal Action Against Us** is replaced by the following:

    **Legal Action Against Us**

    a.  No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

    b.  Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

        (1) Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

        (2) The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

            (a) Filed in a court of competent jurisdiction; and

            (b) Not barred by the applicable state statute of limitations.

    In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4.  The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

    **Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

    a.  Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

 © Insurance Services Office, Inc., 2012 CA 21 38 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

**I.**   Paragraph **E.5.d** is deleted and replaced in CA 21 30 Illinois Uninsured Motorists Coverage endorsement as follows:

**d.**   If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law.

If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury specified by the Illinois Safety Responsibility Law.

**II.**   Paragraph **D.5.b.** is deleted and replaced in CA 21 53 Illinois Uninsured Motorists Coverage - Property Damage endorsement as follows:

**b.**   Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply.

If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding.

If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding.

**III.**   The Arbitration Condition is deleted from CA 21 38 Illinois Underinsured Motorists Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc with its permission.

Case: 1:23-cv-02870 Document #: 1-1 Filed: 05/08/23 Page 1984 of 2396 PageID #:1997
Insured Copy

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

<div align="right">

**COMMERCIAL AUTO**
CA 25 65 10 13

</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOT-FOR-PROFIT PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a.  If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b.  If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c.  If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

### Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 25 07 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2018 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING. THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

CA 25 07 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING
# NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

 © Insurance Services Office, Inc., 2013

Insured Copy

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 23 94 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** **Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 39 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

**Silica Or Silica-related Dust Exclusion**

This insurance does not apply to:

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**C. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL AUTO
CA 25 60 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

**A.** The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

 © Insurance Services Office, Inc., 2011

Insured Copy

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

(5) If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

(6) That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 25 60 10 13

COMMERCIAL AUTO
CA 99 03 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

   © Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

       © Insurance Services Office, Inc., 2011       CA 99 03 10 13

COMMERCIAL AUTO
CA 99 55 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 99 55 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-142 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

    **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)** Odometer readings; or

        **(2)** Disclosure of "prior damage"; or

        **(3)** The use of non-original equipment manufacturer parts; or

        **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[ ] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2018

Insured Copy

☒ **4.  Title Errors and Omissions Liability Coverage**

    **a.**  We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.**  We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B.  OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C.  EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.**  This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.**  This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.**  "Damages" continue or progress during the period of this insurance; or

    **b.**  Ultimate liability has been established; or

    **c.**  The final amount of "damages", loss, cost or expense has been established.

**3.**  This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.**  The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.**  Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.**  The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D.  LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.**  With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.**  "Insureds"; or

    **b.**  Claims made, suits or class action suits brought; or

    **c.**  Persons or organizations making claims or bringing "suits"; or

    **d.**  "Acts, errors or omissions"; or

    **e.**  Coverages selected within this endorsement; or

    **f.**  Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2018

Insured Copy

**E. DEDUCTIBLE**

$ ____1,000____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

**1.** "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

**2.** "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

**3.** "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

**4.** "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

**5.** "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

    **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

        your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        Item **F.7.** is deleted and replaced by the following:

        We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

    **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

    **H.** "Customer's auto" is amended to also include watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-153 (08-17)      Policy Number: 0697157      Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)         Policy Number: 0697157         Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEASED AND RENTED AUTO EXCLUSION
# (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverage attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MULTI-COVER LIABILITY ENDORSEMENT

This endorsement changes insurance provided under the following:

AUTO DEALERS COVERAGE FORM

AUTO DEALERS COVERAGE FORM is changed to include the following coverage:

**I.** **NON-OWNED WATERCRAFT COVERAGE EXTENSION**

**SECTION II - GENERAL LIABILITY COVERAGE A.2.g.(2)** is replaced with the following:

**(2)** A watercraft that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge; or

**II.** **CONTRACTUAL LIABILITY COVERAGE EXTENSION**

The definition of "insured contract" is changed to include any contract or agreement:

**(1)** that pertains to the leasing or rental of an "auto" to you or on your behalf; or

**(2)** that holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-7 (02-18)     Policy Number: 0697157     Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $     50,000 | **Per Customer Complaint Legal Defense Limit** | $     500,000          **Customer Complaint Legal Defense Aggregate Limit** | $     1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

   a. The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

   b. Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

   a. Prejudgment or post judgment interest;

   b. Punitive damages;

   c. Civil or criminal fines; or

   d. Penalties imposed by law

   imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

   A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**B.  Exclusions**

1.  This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

    a.  Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

        **(1)**  An "accident";

        **(2)**  "Bodily Injury" or "Property Damage";

        **(3)**  "Personal and advertising injury";

        **(4)**  "Acts, errors or omissions"; or

        **(5)**  "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

    b.  Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

        Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

        **(1)**  Personally commit;

        **(2)**  Personally participate in;

        **(3)**  Personally acquiesce to; or

        **(4)**  Remain passive after having knowledge of;

        any such act, error or omission.

    c.  Product Recall

        The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    d.  Mechanical Breakdown or Warranty Agreements

        Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

    e.  Pollutants

        Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

    f.  Workers Compensation or Disability Benefits

        Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C.  Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1.  You.

2.  Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3.  Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4.  Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

    **b.** Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D.** **Limit of Insurance**

    **1.** Regardless of the number of:

        **a.** "Insureds";

        **b.** "Customer complaints"; or

        **c.** Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

    **2.** Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

    **3.** All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

    **4.** The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E.** **Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F.** **Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

    **1.** The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

    **Duties In The Event Of "Customer Complaint"**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of a "customer complaint", you must:

        **(1)** Promptly record the specifics of the "customer complaint" and the date received; and

        **(2)** Notify us, in writing, as soon as practicable.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

        **(3)** Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

        **(4)** Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2018

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

   **Other Insurance**

   This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

   **Policy Period, Coverage Territory**

   The coverage territory is:

   **a.** The United States of America;

   **b.** The territories and possessions of the United States of America;

   **c.** Puerto Rico; and

   **d.** Canada

4. The following condition is added:

   **Transfer Of Duties When The Limit of Insurance Is Exhausted**

   **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

   **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

   **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

   **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

   **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

   **(1)** Cooperate in the transfer of control of "customer complaints".

   **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

   The duty of the first Named Insured to reimburse us will begin on:

   **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

   **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.**, if we did not send notice in accordance with Paragraph **F.4.a.**

   **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.
CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2018

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1. The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

   "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

   "Suit" includes

   **a.** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2. The following definitions are added:

   **a.** "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

   **b.** "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

      **(1)** All expenses we incur.

      **(2)** All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

      **(3)** All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

      **(4)** Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO MEDICAL PAYMENTS AMENDMENT
## (REINSTATEMENT OF SUBROGATION CONDITION)

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

Item **1.** of Paragraph **E.** is deleted from the Auto Medical Payments Coverage CA 99 03 attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b(1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.**  the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.**  the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-116 (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2018

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.  SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

   **A.**  Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

      your "products" or "work you performed";

      if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

   **B.**  Deductible

      **1.**  Item **F.7.** is deleted and replaced by the following:

         We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

         We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II.  SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

   **A.**  Exclusions **4.a(3)** and **4.a(4)** do not apply to:

      **1.**  Defective parts or materials; or

      **2.**  Faulty "work you performed".

   **B.**  Deductible

      **1.**  The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

      **2.**  We will deduct _____$2,500_____ from any amount payable as damages as a result of this endorsement.

      You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay _____100_____ percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

COMMERCIAL AUTO
CA 01 04 01 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES -
# AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraphs **2.b.(3)** and **2.b.(4)** of the **Who Is An Insured** provision do not apply.

2. The **Limit Of Insurance - Covered Autos Liability** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **4.c.** of the **Limits Of Insurance** provision is replaced by the following:

   c. We may deduct for betterment if:

   (1) The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   (2) The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

1. Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

   a. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

   b. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired or evaluated; and

   c. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   (1) $100,000 for "bodily injury" to any one person caused by any one "accident";

   (2) $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   (3) $50,000 for "property damage" caused by any one "accident".

2. If you are a new or used vehicle dealership, Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated, is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $50,000 for "property damage" caused by any one "accident".

 © Insurance Services Office, Inc., 2014

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

   **(1)** A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

   **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-115 (10-13)      Policy Number: 0697157      Transaction Effective Date: 09-01-2018

Insured Copy

COMMERCIAL AUTO
CA 02 70 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

**2.** When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

**a.** Nonpayment of premium.

**b.** The Policy was obtained through a material misrepresentation.

**c.** Any "insured" has violated any of the terms and conditions of the Policy.

**d.** The risk originally accepted has measurably increased.

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

**3.** If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

**4.** If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

**a.** 60 days or less, we will mail you at least 30 days' written notice.

**b.** 61 days or more, we will mail you at least 60 days' written notice.

**5.** If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**7.** Our notice of cancellation will state the reason for cancellation.

**8.** We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

**9.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

Insured Copy

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

CA 02 70 01 18

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Auto Dealer Revisions

Change Premium Credit

Retention Amount:  $0

| Location  1 | Additional Premium:  $430 |
| Liability Coverage - Full Covered Autos Liability | |

| Location  1 | Additional Premium:  $4 |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | |

| Location  1 | Additional Premium:  $23 |
| Auto Dealer Extension Endorsement | |

| Location  1 | Additional Premium:  $36 |
| Extended Defense Protection Coverage | |

| Location  1 | Additional Premium:  $3 |
| Multi-cover Endorsement | |

| Location  1 | Additional Premium:  $9 |
| Title Errors & Omissions Coverage | |

| Location  1 | Additional Premium:  $9 |
| Truth in Lending and Leasing Coverage | |

| Location  1 | Additional Premium:  $12 |
| Auto Medical Payments | |

| Location  2 | Additional Premium:  $195 |
| Liability Coverage - Full Covered Autos Liability | |

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2018
                           Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

Location   2                          Additional Premium:  $2
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   2                          Additional Premium:  $11
Auto Dealer Extension Endorsement

Location   2                          Additional Premium:  $16
Extended Defense Protection Coverage

Location   2                          Additional Premium:  $1
Multi-cover Endorsement

Location   2                          Additional Premium:  $3
Title Errors & Omissions Coverage

Location   2                          Additional Premium:  $5
Truth in Lending and Leasing Coverage

Location   2                          Additional Premium:  $5
Auto Medical Payments

        Additional Certified Acts of Terrorism Premium Total       $1

                    Total Endorsement Charge       $765

                This will appear on your next bill

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2018
                           Issue Date:  11-17-2018

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Common Declarations Revisions

Add Location Address

     Location   3
     1001 N RANDALL RD
     ELGIN IL   60123

         No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157          Transaction Effective Date:  03-11-2019
                        Issue Date:  03-08-2019

Insured Copy

4-972 BRADLEY G FUTIA

# FEDERATED INSURANCE®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

Add Driver Excluded

    MUSSIE W EMBAYE
    2873 MAPLEWOOD DR
    MAPLEWOOD MN  55109
    Excluded Driver - Previously Signed

Add Form(s)

    CA-F-83 (10-13) Driver Excluded

        No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  04-29-2019
                       Issue Date:  04-30-2019

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      MUSSIE W EMBAYE
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number  167-573-5_____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA

**FEDERATED INSURANCE**

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective       09-01-2018

## Auto Dealer Revisions

```
Delete Driver Excluded

     MUSSIE W EMBAYE
     2873 MAPLEWOOD DR
     MAPLEWOOD MN  55109
     Excluded Driver - Previously Signed

Delete Form(s)

     CA-F-83 (10-13) Driver Excluded


               No Endorsement Charge
```

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  06-17-2019
                             Issue Date:  06-17-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Add Driver Excluded

    MISAEL BIBRIESCAS-CHAVEZ
    2873 HIGHWAY 61
    MAPLEWOOD MN   55109
    Excluded Driver - Previously Signed

Add Form(s)

    CA-F-83 (10-13) Driver Excluded

                    No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  07-08-2019
                             Issue Date:  07-10-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured   Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number _167-573-5_____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA

**FEDERATED INSURANCE**®

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2018

## Common Declarations Revisions

Add Additional Named Insured(s)

IG MOTORS INC
4625 S ROBERT TRL
INVER GROVE HEIGHTS,MN
55077
Additional Named Insured

No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  08-26-2019
                             Issue Date:  08-27-2019

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective    09-01-2018

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   1
    Number of Employees Furnished Autos:   1.39
    Number of Salespersons & GM not Furnished Autos:  21.00
    Number of Other Employees:  79.50
    Number of Non-Employees over age 24:   1.00
    Number of Dealer Plates:  31

Change Auto Dealers Liability Rating Units For Annual Audit

    Location   2
    Number of Employees Furnished Autos:   1.00
    Number of Salespersons & GM not Furnished Autos:  13.00
    Number of Other Employees:  32.50
    Number of Dealer Plates:  31

Location   1                         Additional Premium:  $153
Uninsured Motorist Coverage

Location   1                         Additional Premium:  $16
Underinsured Motorist Coverage

Location   1                         Additional Premium:  $1,876
Liability Coverage - Full Covered Autos Liability

Location   1                         Additional Premium:  $19
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)     Policy Number:  0697157          Transaction Effective Date:  09-01-2018
                        Issue Date:  11-20-2019

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective      09-01-2018

## Auto Dealer Revisions

Location   1                        Additional Premium:   $103
Auto Dealer Extension Endorsement

Location   1                        Additional Premium:   $160
Extended Defense Protection Coverage

Location   1                        Additional Premium:   $10
Multi-cover Endorsement

Location   1                        Additional Premium:   $37
Title Errors & Omissions Coverage

Location   1                        Additional Premium:   $42
Truth in Lending and Leasing Coverage

Location   1                        Additional Premium:   $48
Auto Medical Payments

Location   2                        Additional Premium:   $192
Uninsured Motorist Coverage

Location   2                        Additional Premium:   $21
Underinsured Motorist Coverage

Location   2                        Additional Premium:   $1,720
Liability Coverage - Full Covered Autos Liability

Location   2                        Additional Premium:   $17
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2018
                           Issue Date:  11-20-2019

Insured Copy

4-972 BRADLEY G FUTIA



**FEDERATED**
**INSURANCE** ®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

                                          Policy Effective      09-01-2018

## Auto Dealer Revisions

Location   2                        Additional Premium:  $95
Auto Dealer Extension Endorsement

Location   2                        Additional Premium:  $146
Extended Defense Protection Coverage

Location   2                        Additional Premium:  $9
Multi-cover Endorsement

Location   2                        Additional Premium:  $35
Title Errors & Omissions Coverage

Location   2                        Additional Premium:  $38
Truth in Lending and Leasing Coverage

Location   2                        Additional Premium:  $45
Auto Medical Payments

        Additional Certified Acts of Terrorism Premium Total        $4

                        Total Endorsement Charge      $4,786

                        This will appear on your next bill

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2018
                          Issue Date:  11-20-2019

# EXHIBIT F

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697157**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from   **09-01-2019**      to   **09-01-2020**      12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:                    **$48**
TOTAL PROVISIONAL PREMIUM        As Billed

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**CP-F-18 (01-86)**

**IL-F-27 (08-94)**

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

| SECRETARY | PRESIDENT |

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

## LOCATION SCHEDULE

1      680 W TERRA COTTA AVE
       CRYSTAL LAKE IL   60014

2      1500 N RANDALL
       ELGIN IL   60123

3      1001 N RANDALL RD
       ELGIN IL   60123

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE MOTOR SALES INC | Corporation | 20-4214132 |
| 3 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 4 | EP MOTORS INC | Corporation | 46-5394981 |
| 5 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 6 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 7 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 8 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 9 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 11 | IG MOTORS INC | Corporation | 84-1752041 |
| 11* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1.  Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2.  Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3.  Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL-F-27 (08-94)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## AUTO DEALERS COVERAGE PART

**ITEM ONE- NAMED INSURED AND ADDRESS -** Refer to COMMON POLICY DECLARATIONS

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS<br>(Entry of one or more symbols<br>shows which "autos" are<br>covered "autos") | LIMIT | COVERAGES<br>PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | $500,000      Each Accident | X |
| Personal Injury Protection<br>(or Equivalent No-Fault Coverage)<br><br>  New York Only:<br>Mandatory Basic Economic Loss<br><br><br>Optional Basic Economic Loss<br>Additional Personal Injury<br>Protection<br>Aggregate No Fault Benefits<br>Available<br>Maximum Monthly Work Loss<br>Other Necessary Expenses (per<br>day)<br>Death Benefit | | Separately Stated in Each P.I.P.<br>Endorsement<br><br>Limit & Premium (NY Only) | |
| Added Personal Injury Protection<br>(or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury<br>Protection Endorsement | |
| Property Protection Insurance<br>(Michigan only) | | Separately Stated in the P.I.P Endorsement<br>Deductible (Nil if nothing shown) | |
| Auto Medical Payments | 21  11 | $5,000 | X |
| Medical Expense and Income<br>Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and<br>Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | $50,000 | X |
| Underinsured Motorists (not<br>applicable in NY) | 22  11 | $50,000 | X |
| Supplementary<br>Uninsured/Underinsured<br>Motorists (SUM) - NY Only<br>The maximum amount payable<br>under SUM coverage shall be the<br>policy's SUM limits reduced and<br>thus offset by motor vehicle bodily<br>injury liability insurance policy or<br>bond payments received from, or<br>on behalf of any negligent party<br>involved in the accident, as<br>specified in the SUM endorsement | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)        Policy Number: 0697157        Transaction Effective Date: 09-01-2019

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30 11 <br><br> 30 11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | | See ITEM SIX | | |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | | See ITEM SIX | | |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | **$500,000** <br> **$1,000,000** | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | **$100,000** | Any One Premises | X |
| Personal and Advertising Injury Limit | | **$500,000** | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | **$1,000,000** | Aggregate | X |
| Acts, Errors or Omissions Liability | | **$500,000** <br> **$1,000,000** | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = _____

Symbol 11 = EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US.
_____

Symbol 12 = _____

Symbol 13 = _____
_____

**FORMS AND ENDORSEMENTS APPLICABLE:     \*\*SEE SCHEDULE ATTACHED\*\***

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL  60014 |
| 2 | 1500 N RANDALL, ELGIN, IL  60123 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FOUR**</u>  **- LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 2.50 | 2.50 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 19.00 | 14.82 | |
| | Class IC - All Other Employees | 76.00 | 31.92 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 49.24 |
| 2 | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | 14.00 | 10.92 | |
| | Class IC - All Other Employees | 31.00 | 13.02 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 23.94 |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

__ITEM FOUR__  **- LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I**  **Employees**

IA - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

__ITEM FIVE__ - **GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

**ITEM FIVE** - GARAGEKEEPERS COVERAGE (Continued)

| Loc. No. | Coverages | | Limit of Insurance for each location for the Coverages indicated by an " [X] " | | |
|---|---|---|---|---|---|
| IL | [X] Comprehensive | | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | $5,000 | deductible for all such "loss" in any event |
| | [X] Collision | | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |
| | [ ] Comprehensive | | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | [ ] Specified Causes of Loss | | | | deductible for all such "loss" in any event |
| | [ ] Collision | | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

### ITEM SIX - PHYSICAL DAMAGE COVERAGES

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an [X]. | |
|---|---|---|
| ☐ Comprehensive | Minus | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

### ITEM SEVEN - UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.
REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.

| Number of Plates |
|---|
| 15 |

### ITEM EIGHT - SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS - REFER TO BUSINESS AUTO SCHEDULE

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (01-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (01-17) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83 (10-13) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Illinois Uninsured Motorists Coverage | CA 21 30 (01-15) |
| Illinois Underinsured Motorists Coverage | CA 21 38 (10-13) |
| Uninsured And Underinsured Motorists Amendment | CA-F-81 (IL) (10-13) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Not-For-Profit Personal Liability Coverage | CA-F-133.4 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Auto Medical Payments Coverage | CA 99 03 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Auto Medical Payments Amendment (Reinstatement Of Subrogation Cond) | CA-F-82 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Illinois Changes - Auto Dealers Coverage Form | CA 01 04 (01-15) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Illinois Changes - Cancellation And Nonrenewal | CA 02 70 (01-18) |

<div align="right">
COMMERCIAL AUTO
CA 00 25 10 13
</div>

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS COVERAGES

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|--------|--|-------------------------------------------------|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
|----|----|----|
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

**(4)** Your customers. However, if a customer of yours:

**(a)** Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**(b)** Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out- of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

© Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4.  Exclusions**

This insurance does not apply to any of the following:

**a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b.  Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)**  Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)**  That the "insured" would have in the absence of the contract or agreement.

**c.  Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d.  Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)**  An "employee" of the "insured" arising out of and in the course of:

**(a)**  Employment by the "insured"; or

**(b)**  Performing the duties related to the conduct of the "insured's" business; or

**(2)**  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)**  Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)**  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e.  Fellow Employee**

"Bodily injury" to:

**(1)**  Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)**  The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f.  Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)**  Property owned, rented or occupied by the "insured";

**(2)**  Property loaned to the "insured";

**(3)**  Property held for sale or being transported by the "insured"; or

**(4)**  Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g.  Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h.  Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)**  That are, or that are contained in any property that is:

**(a)**  Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

© Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

 © Insurance Services Office, Inc., 2011

o. **Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

q. **Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

5. **Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

E. **Garagekeepers Coverage**

1. **Coverage**

a. We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft; or

(c) Mischief or vandalism.

(3) **Collision Coverage**

Caused by:

(a) The "customer's auto's" collision with another object; or

(b) The "customer's auto's" overturn.

b. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

**a.** Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

**b.** The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

**c.** To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

**a.** We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

**b. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**3. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for "loss" to any of the following:

**(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**(a)** Permanently installed in or upon the covered "auto";

**(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

**(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**c. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

**(2)** Your acquiring an "auto" from a seller who did not have legal title.

**d.** We will not pay for:

**(1)** Your expected profit, including loss of market value or resale value.

**(2)** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**(3)** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**(4)** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f.** **Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2)** **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3)** **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

a. The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

b. Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

**SECTION II - GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

a. We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

(1) The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

(2) Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "accident" occurs in the coverage territory;

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

2. **Exclusions**

This insurance does not apply to any of the following:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

c. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

(3) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(4) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph (3)(a), (b) or (c) above are directed.

This exclusion applies:

(a) Whether the injury-causing event described in Paragraph (3)(a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(b) Whether the "insured" may be liable as an employer or in any other capacity; and

(c) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs (1) and (2) of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

e. **Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Property loaned to the "insured";

(3) Property held for sale or being transported by the "insured"; or

(4) Property in the "insured's" care, custody or control.

Paragraphs (1), (2) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

© Insurance Services Office, Inc., 2011

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

© Insurance Services Office, Inc., 2011

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

 © Insurance Services Office, Inc., 2011

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment to or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

1. Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

   **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

   **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(b)** Arising out of your "products" or "work you performed";

   **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

   **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

   **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

   **(2)** Arising out of your "products" or "work you performed".

2. Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

3. Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

4. Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

5. Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

7. We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

 © Insurance Services Office, Inc., 2011

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   a. Personally commit;

   b. Personally participate in;

   c. Personally acquiesce to; or

   d. Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   a. Bankruptcy;

   b. Financial inability to pay;

   c. Insolvency;

   d. Liquidation; or

   e. Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section III.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our request, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph (5) above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or " work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

      **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

   **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

   **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

   **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

   **1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **2.** While it is in or on an aircraft, watercraft or "auto"; or

   **3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **1.** False arrest, detention or imprisonment;

   **2.** Malicious prosecution;

   **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **6.** The use of another's advertising idea in your "advertisement"; or

   **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

   **1.** The goods or products made or sold in an "auto" dealership by:

      **a.** You; or

      **b.** An "auto" dealership you have acquired; and

   **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

   **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your behalf; and

**2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II.** **SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

**1.** The following paragraph is added to **Section 2. Who is An Insured:**

**e.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

**i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

**2.** Exclusion **D.4.e.** is deleted.

**III.** **SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV.** **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

2. Paragraph **F.1.a.(3)** is changed to read as follows:

    **(3)** Collision Coverage. Caused by:

        **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

        **(b)** The covered "auto's" overturn.

3. Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

    **2. Coverage Extensions**

        **a. Loss of Use Expenses**

        For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

            **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

            **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

            **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

        However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

        **b. Hired Auto Physical Damage**

        If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

            **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

                **a)** $100,000

                **b)** The actual cash value of the damaged or stolen "auto"

                **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

            **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

            **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

            **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

            **v.** This Coverage Extension does not apply to:

                **a)** Any "auto" that is hired, rented or borrowed with a driver; or

                **b)** Any "auto" that is hired, rented or borrowed from your "employee".

        **c. Transportation Expenses**

        We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

4. The following is added to **5. Deductible:**

    No deductible applies to glass damage if the glass is repaired rather than replaced.

5. The following coverage is added:

    **Preservation of "Autos"**

    We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

    **(a)** Fire, hail, or flood.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)        Policy Number: 0697157        Transaction Effective Date: 09-01-2019

**(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

**6.** Exclusion **F.3.d.(2)** is deleted.

**7.** Exclusion **F.3.d.(3)** is deleted.

**8.** Paragraph **F.4.d.(2)** is deleted.

**9.** Paragraph **F.4.d.(3)** is deleted.

**10.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

"Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

**V. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **D.6.a.** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

**2.** The last paragraph of **2. Exclusions** is deleted and replaced by:

Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

**3.** The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

**VI. SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

**1.** Paragraph **C.6.a.** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**VII. SECTION IV - CONDITIONS** is changed as follows:

**1.** The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

**a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

**b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**B. General Conditions**

**5. Other Insurance -** paragraph **a.** is deleted and replaced by the following:

**a.** For any covered "auto" you own or you don't own:

When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VIII. SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

**1.** Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

**2.** Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**N.** "Insured contract" is amended to include any contract or agreement:

**a.** That pertains to the leasing or rental of an "auto" to you or on your behalf; or

**b.** That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

**Z.** "Earth movement" means:

**1.** Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**2.** Landslide, including any earth sinking, rising or shifting related to such event;

**3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

**4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

**1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**2.** Mudslide or mudflow; or

**3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)    Policy Number: 0697157    Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      MISAEL BIBRIESCAS-CHAVEZ _____

Previously Signed On File _____

           Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File _____

           Signature of Authorized Representative of the Named Insured

Date _____

Account Number __167-573-5_____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

**1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

**2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

**4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
**5.a.** and **5.b.** are replaced by the following:

The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:**

**Endorsement Effective Date:** 09-01-2019

---

**SCHEDULE**

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| Liability Deductible: | $ 10,000 | Per "Accident" |
|---|---|---|
| | **OR** | |
| "Property Damage" Only Liability Deductible: | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

---

CA 03 02 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 1

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 21 30 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

---

**Named Insured:**

**Endorsement Effective Date:** 09-01-2019

---

**SCHEDULE**

---

| Limit Of Insurance: | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

---

CA 21 30 01 15

© Insurance Services Office, Inc., 2014

Page 1 of 4

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

**a.** $25,000 for "bodily injury" to any one person caused by any one "accident"; and

**b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

 © Insurance Services Office, Inc., 2014 CA 21 30 01 15

Insured Copy

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

     **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

     **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

   **c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

     **(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

     **(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

Insured Copy

    **d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

      **(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

      **(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

    **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

    **b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

    **c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

    **a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

    **b.** Owned by a governmental unit or agency; or

    **c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014
CA 21 30 01 15

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 21 38 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2019 |

### SCHEDULE

| **Limit Of Insurance:** | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 38 10 13 © Insurance Services Office, Inc., 2012 Page 1 of 4

**c.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

**d.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

**2.** Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

**a.** By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

**b.** Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

**c.** Under any automobile medical payments coverage.

**3.** In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

 © Insurance Services Office, Inc., 2012 CA 21 38 10 13

Insured Copy

**E.   Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

**1.   Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.**   The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

**b.**   Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.**   If the coverage under this Coverage Form is provided:

**(1)**   On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)**   On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.   Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.**   Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**b.**   File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**c.**   Promptly send us copies of the legal papers if a "suit" is brought.

**3.   Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.**   No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.**   Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

**(1)**   Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

**(2)**   The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

**(a)**   Filed in a court of competent jurisdiction; and

**(b)**   Not barred by the applicable state statute of limitations.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**4.**   The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

**Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.**   Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

---

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

© Insurance Services Office, Inc., 2012 CA 21 38 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

**I.** Paragraph **E.5.d** is deleted and replaced in CA 21 30 Illinois Uninsured Motorists Coverage endorsement as follows:

    **d.** If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law.

    If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury specified by the Illinois Safety Responsibility Law.

**II.** Paragraph **D.5.b.** is deleted and replaced in CA 21 53 Illinois Uninsured Motorists Coverage - Property Damage endorsement as follows:

    **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply.

    If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding.

    If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding.

**III.** The Arbitration Condition is deleted from CA 21 38 Illinois Underinsured Motorists Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc with its permission.

CA-F-81 (IL) (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2019

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

 © Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOT-FOR-PROFIT PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

### Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 25 07 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2019 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING. THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

Insured Copy

COMMERCIAL AUTO
CA 25 60 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

**A.** The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

© Insurance Services Office, Inc., 2011

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

**(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2011 CA 25 60 10 13

Insured Copy

COMMERCIAL AUTO
CA 99 03 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

 © Insurance Services Office, Inc., 2011 CA 99 03 10 13

COMMERCIAL AUTO
CA 99 55 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY - BROADENED COVERAGE FOR COVERED AUTOS - AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 99 55 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

        © Insurance Services Office, Inc., 2016        CA 23 44 11 16

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.  Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

  **(1)**  Causing or contributing to the intoxication of any person;

  **(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  **(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

  **(a)**  The supervision, hiring, employment, training or monitoring of others by that insured; or

  **(b)**  Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-142 (10-13)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

   **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

   **(1)** Odometer readings; or

   **(2)** Disclosure of "prior damage"; or

   **(3)** The use of non-original equipment manufacturer parts; or

   **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

   **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

   **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[ ] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

   **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

   **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

   **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

   **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

   **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

   **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

[X] **4.** **Title Errors and Omissions Liability Coverage**

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B. OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C. EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D. LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2019

Insured Copy

**E. DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

1. "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2. "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3. "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4. "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5. "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

    **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

        your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        Item **F.7.** is deleted and replaced by the following:

        We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

    **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

    **H.** "Customer's auto" is amended to also include watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-23 (10-13)     Policy Number: 0697157     Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverage attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-51 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $    50,000 | **Per Customer Complaint Legal Defense Limit** | $    500,000    **Customer Complaint Legal Defense Aggregate Limit** | $    1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

   a. The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

   b. Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

   a. Prejudgment or post judgment interest;

   b. Punitive damages;

   c. Civil or criminal fines; or

   d. Penalties imposed by law

   imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

   A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date:  09-01-2019

Insured Copy

**B. Exclusions**

1.  This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

    **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

    **(1)** An "accident";

    **(2)** "Bodily Injury" or "Property Damage";

    **(3)** "Personal and advertising injury";

    **(4)** "Acts, errors or omissions"; or

    **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

    **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

    Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

    **(1)** Personally commit;

    **(2)** Personally participate in;

    **(3)** Personally acquiesce to; or

    **(4)** Remain passive after having knowledge of;

    any such act, error or omission.

    **c.** Product Recall

    The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    **d.** Mechanical Breakdown or Warranty Agreements

    Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

    **e.** Pollutants

    Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

    **f.** Workers Compensation or Disability Benefits

    Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1.  You.

2.  Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3.  Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4.  Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

6.  Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b.  Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D.  Limit of Insurance**

1.  Regardless of the number of:

   a.  "Insureds";

   b.  "Customer complaints"; or

   c.  Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

2.  Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

3.  All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

4.  The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E.  Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F.  Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1.  The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of "Customer Complaint"**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a.  In the event of a "customer complaint", you must:

      (1)  Promptly record the specifics of the "customer complaint" and the date received; and

      (2)  Notify us, in writing, as soon as practicable.

   b.  Additionally, you and any other involved "insured" must:

      (1)  Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

      (2)  Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

      (3)  Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

      (4)  Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

   **Other Insurance**

   This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

   **Policy Period, Coverage Territory**

   The coverage territory is:

   **a.** The United States of America;

   **b.** The territories and possessions of the United States of America;

   **c.** Puerto Rico; and

   **d.** Canada

4. The following condition is added:

   **Transfer Of Duties When The Limit of Insurance Is Exhausted**

   **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

   **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

   **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

   **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

   **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

   **(1)** Cooperate in the transfer of control of "customer complaints".

   **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

   The duty of the first Named Insured to reimburse us will begin on:

   **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

   **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

   **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1. The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

   "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

   "Suit" includes

   a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2. The following definitions are added:

   a. "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

   b. "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

      (1) All expenses we incur.

      (2) All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

      (3) All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

      (4) Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO MEDICAL PAYMENTS AMENDMENT
## (REINSTATEMENT OF SUBROGATION CONDITION)

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

Item **1.** of Paragraph **E.** is deleted from the Auto Medical Payments Coverage CA 99 03 attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-82 (10-13)      Policy Number: 0697157      Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b(1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

   **a.**  the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

   **b.**  the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-116 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1. **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

   **g. Leased Autos**

   Any covered "auto" while:

   (1) Leased or rented to others; or

   (2) Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

   But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-156 (07-19)          Policy Number: 0697157          Transaction Effective Date: 09-01-2019

Insured Copy

<div align="center">

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

</div>

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

    **A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

        your "products" or "work you performed";

        if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        **1.** Item **F.7.** is deleted and replaced by the following:

            We will deduct    $2,500    from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

            We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II. SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

    **A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

        **1.** Defective parts or materials; or

        **2.** Faulty "work you performed".

    **B.** Deductible

        **1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

        **2.** We will deduct    $2,500    from any amount payable as damages as a result of this endorsement.

            You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay    100    percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

<div align="center">

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

</div>

Insured Copy

COMMERCIAL AUTO
CA 01 04 01 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES -
# AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraphs **2.b.(3)** and **2.b.(4)** of the **Who Is An Insured** provision do not apply.

2. The **Limit Of Insurance - Covered Autos Liability** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   **a.** $25,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **4.c.** of the **Limits Of Insurance** provision is replaced by the following:

   **c.** We may deduct for betterment if:

   **(1)** The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   **(2)** The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

1. Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

   **a.** The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

   **b.** The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired or evaluated; and

   **c.** The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   **(1)** $100,000 for "bodily injury" to any one person caused by any one "accident";

   **(2)** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **(3)** $50,000 for "property damage" caused by any one "accident".

2. If you are a new or used vehicle dealership, Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated, is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:

   **a.** $100,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $50,000 for "property damage" caused by any one "accident".

---

 © Insurance Services Office, Inc., 2014

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   **a.** "Accidents" or "losses" occurring within 25 miles of the United States border; and

   **b.** Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

 © Insurance Services Office, Inc., 2011

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

e.  Anywhere in the world if:

   (1)  A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

   (2)  The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Insured Copy

COMMERCIAL AUTO
CA 02 70 01 18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

**2.** When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

**a.** Nonpayment of premium.

**b.** The Policy was obtained through a material misrepresentation.

**c.** Any "insured" has violated any of the terms and conditions of the Policy.

**d.** The risk originally accepted has measurably increased.

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

**3.** If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

**4.** If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

**a.** 60 days or less, we will mail you at least 30 days' written notice.

**b.** 61 days or more, we will mail you at least 60 days' written notice.

**5.** If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**7.** Our notice of cancellation will state the reason for cancellation.

**8.** We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

**9.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

Insured Copy

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 © Insurance Services Office, Inc., 2017 CA 02 70 01 18

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2019

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

      Location   1
      Number of Employees Furnished Autos:   3.50
      Number of Salespersons & GM not Furnished Autos:  17.00
      Number of Other Employees:  62.50
      Number of Non-Employees over age 24:   1.00
      Number of Dealer Plates:  31

Change Auto Dealers Liability Rating Units For Annual Audit

      Location   2
      Number of Employees Furnished Autos:   1.00
      Number of Salespersons & GM not Furnished Autos:  11.00
      Number of Other Employees:  30.50
      Number of Dealer Plates:  31

Location   1                         Additional Premium:  $153
Uninsured Motorist Coverage

Location   1                         Additional Premium:  $16
Underinsured Motorist Coverage

Location   1                         Return Premium:  $1,464
Liability Coverage - Full Covered Autos Liability

Location   1                         Return Premium:  $15
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY        PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (IL) (09-99)      Policy Number:  0697157      Transaction Effective Date:  09-01-2019
                 Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective     09-01-2019

## Auto Dealer Revisions

| | | |
|---|---|---|
| Location   1<br>Auto Dealer Extension Endorsement | Return Premium: | $80 |
| Location   1<br>Extended Defense Protection Coverage | Return Premium: | $124 |
| Location   1<br>Title Errors & Omissions Coverage | Return Premium: | $29 |
| Location   1<br>Truth in Lending and Leasing Coverage | Return Premium: | $33 |
| Location   1<br>Auto Medical Payments | Return Premium: | $39 |
| Location   2<br>Uninsured Motorist Coverage | Additional Premium: | $192 |
| Location   2<br>Underinsured Motorist Coverage | Additional Premium: | $21 |
| Location   2<br>Liability Coverage - Full Covered Autos Liability | Return Premium: | $462 |
| Location   2<br>Amendment of Products, Garagekeepers and Faulty Repair Coverage | Return Premium: | $4 |
| Location   2<br>Auto Dealer Extension Endorsement | Return Premium: | $25 |

Continued on Next Page

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)         Policy Number:  0697157           Transaction Effective Date:  09-01-2019
                            Issue Date:  02-05-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective          09-01-2019

## Auto Dealer Revisions

Location   2                        Return Premium:  $39
Extended Defense Protection Coverage

Location   2                        Return Premium:  $10
Title Errors & Omissions Coverage

Location   2                        Return Premium:  $10
Truth in Lending and Leasing Coverage

Location   2                        Return Premium:  $12
Auto Medical Payments

Return Certified Acts of Terrorism Premium Total        $2

Total Endorsement Credit        $1,966

This will appear on your next bill

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157          Transaction Effective Date:  09-01-2019
                           Issue Date:  02-05-2021

# EXHIBIT G

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
## COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697157**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MAPLEWOOD MOTORS LLC**
**2873 MAPLEWOOD DR**
**MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from **09-01-2020**   to   **09-01-2021**   12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Limited Liability Co.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:          **$60**
TOTAL PROVISIONAL PREMIUM          **As Billed**

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**CP-F-18 (01-86)**

**IL-F-27 (08-94)**

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                             PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)             Policy Number: 0697157           Transaction Effective Date: 09-01-2020

Insured Copy

## LOCATION SCHEDULE

1      680 W TERRA COTTA AVE
        CRYSTAL LAKE IL  60014

2      1500 N RANDALL
        ELGIN IL  60123

3      1001 N RANDALL RD
        ELGIN IL  60123

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98      Copyright, Insurance Services Office, Inc., 1998      Page 1 of 1

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |
| 1* | MAPLEWOOD TOYOTA | Limited Liability Co. | 51-0444392 |
| 2 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 3 | EP MOTORS INC | Corporation | 46-5394981 |
| 3* | EDEN PRAIRIE NISSAN | Corporation | 46-5394981 |
| 4 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 5 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 6 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |
| 6* | INVER GROVE HONDA | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**
Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 7 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 8 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 9 | IG MOTORS INC | Corporation | 84-1752041 |
| 9* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |
| 10 | BRILLIANCE MOTOR SALES INC | Corporation | |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL-F-27 (08-94)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## AUTO DEALERS COVERAGE PART

<u>**ITEM ONE**</u>- **NAMED INSURED AND ADDRESS** - Refer to COMMON POLICY DECLARATIONS

<u>**ITEM TWO**</u> - **SCHEDULE OF COVERAGES AND COVERED AUTOS**

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | $500,000            Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage)  <u>New York Only:</u>  Mandatory Basic Economic Loss  Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | Separately Stated in Each P.I.P. Endorsement  Limit & Premium (NY Only) | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | 21  11 | $5,000 | X |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | $50,000 | X |
| Underinsured Motorists (not applicable in NY) | 22  11 | $50,000 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-2 (02-20)              Policy Number: 0697157              Transaction Effective Date: 09-01-2020

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | **30  11** <br><br>**30  11** | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | | See ITEM SIX | | |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | | See ITEM SIX | | |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | **$500,000** <br> **$1,000,000** | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | **$100,000** | Any One Premises | X |
| Personal and Advertising Injury Limit | | **$500,000** | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | **$1,000,000** | Aggregate | X |
| Acts, Errors or Omissions Liability | | **$500,000** <br> **$1,000,000** | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = _____

Symbol 11 = ___ EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US. ___

Symbol 12 = _____

Symbol 13 = _____

_____

**FORMS AND ENDORSEMENTS APPLICABLE:    \*\*SEE SCHEDULE ATTACHED\*\***

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

CA-F-2 (02-20)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM THREE** **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL  60014 |
| 2 | 1500 N RANDALL, ELGIN, IL  60123 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (02-20)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

__ITEM FOUR__  -  **LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 2.00 | 2.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 15.00 | 11.70 | |
| | Class IC - All Other Employees | 64.00 | 26.88 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 40.58 |
| 2 | Class IA - Employees Furnished Autos | 1.00 | 1.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 13.00 | 10.14 | |
| | Class IC - All Other Employees | 27.50 | 11.55 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 22.69 |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

### DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

**ITEM FOUR  -  LIABILITY COVERAGE PREMIUM BASIS (Continued)**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

**Definitions:**

**Class I**  **Employees**

IA  - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB  - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC  - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

**ITEM FIVE - GARAGEKEEPERS COVERAGE**

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM FIVE**</u> **- GARAGEKEEPERS COVERAGE (Continued)**

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " ☒ " | | |
|---|---|---|---|---|
| IL | ☒ Comprehensive | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | $5,000 | deductible for all such "loss" in any event |
| | ☒ Collision | $1,200,000 BLKT | Minus $1,000 | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |
| | Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | Collision | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

ITEM SIX  - PHYSICAL DAMAGE COVERAGES

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an [X]. | |
|---|---|---|
| Comprehensive | Minus | deductible for each covered "auto" |
| Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1)  A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2)  The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3)  The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

ITEM SEVEN  -  **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 15 |

ITEM EIGHT  -  **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS - REFER TO AUTO SCHEDULE. THE MOST WE WILL PAY FOR A DAMAGED OR STOLEN COVERED "AUTO" LISTED ON ITEM EIGHT'S SCHEDULE OF COVERED "AUTOS" IS THE ACTUAL CASH VALUE OF THE "AUTO" AT THE TIME OF THE LOSS OR THE COST TO REPAIR THE "AUTO", WHICHEVER IS LESS. THE AMOUNT OF ANY SUCH PAYMENT WILL BE REDUCED BY THE AMOUNT OF THE DEDUCTIBLE SHOWN IN THE SCHEDULE.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (02-20) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83 (10-13) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Illinois Uninsured Motorists Coverage | CA 21 30 (01-15) |
| Illinois Underinsured Motorists Coverage | CA 21 38 (10-13) |
| Uninsured And Underinsured Motorists Amendment | CA-F-81 (IL) (10-13) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Not-For-Profit Personal Liability Coverage | CA-F-133.4 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Auto Medical Payments Coverage | CA 99 03 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Cannabis Exclusion With Hemp Exception For General Liability Coverages | CA 27 13 (12-19) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Auto Medical Payments Amendment (Reinstatement Of Subrogation Cond) | CA-F-82 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Illinois Changes - Auto Dealers Coverage Form | CA 01 04 (01-15) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Illinois Changes - Cancellation And Nonrenewal | CA 02 70 (01-18) |

Insured Copy

<div align="right">

**COMMERCIAL AUTO**
CA 00 25 10 13

</div>

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERED AUTOS COVERAGES**

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
| --- | --- | --- |
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

(1) The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

(4) Your customers. However, if a customer of yours:

(a) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

(b) Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

(5) A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

 © Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i.** **Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j.** **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k.** **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l.** **Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m.** **Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n.** **Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**3. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for "loss" to any of the following:

**(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**(a)** Permanently installed in or upon the covered "auto";

**(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

**(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**c. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

**(2)** Your acquiring an "auto" from a seller who did not have legal title.

**d.** We will not pay for:

**(1)** Your expected profit, including loss of market value or resale value.

**(2)** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**(3)** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**(4)** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

 © Insurance Services Office, Inc., 2011

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f.** **Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** **Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2)** **Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3)** **Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**SECTION II - GENERAL LIABILITY COVERAGES**

**A. Bodily Injury And Property Damage Liability**

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

   (a) Employment by the "insured"; or

   (b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

   **(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

   **(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

© Insurance Services Office, Inc., 2011

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o.** **Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B.** **Personal And Advertising Injury Liability**

**1.** **Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.** **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c.** **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p. Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a), (b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q. Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C. Locations And Operations Medical Payments**

**1. Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

This insurance does not apply to "bodily injury":

**a. Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b. Insured**

To any "insured".

**c. Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d. Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e. Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

 © Insurance Services Office, Inc., 2011

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**5.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

   **a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

     **(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

       **(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

       **(b)** Arising out of your "products" or "work you performed";

     **(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

     **(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

   **b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

     **(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

     **(2)** Arising out of your "products" or "work you performed".

**2.** Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

**3.** Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

**4.** Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

**5.** Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**6.** The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

**7.** We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   a. Personally commit;

   b. Personally participate in;

   c. Personally acquiesce to; or

   d. Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   c. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   d. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   a. Bankruptcy;

   b. Financial inability to pay;

   c. Insolvency;

   d. Liquidation; or

   e. Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

© Insurance Services Office, Inc., 2011

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section **III**.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section **I** - Covered Autos Coverages or Section **II** - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

 © Insurance Services Office, Inc., 2011

**4.** The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

   **(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

   **(2)** What the "act, error or omission" was;

   **(3)** The "insured's" name and address;

   **(4)** To the extent possible, the names and addresses of:

      **(a)** Any injured persons and witnesses; or

      **(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

   **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

   **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

   **(4)** Authorize us to obtain medical records or other pertinent information.

   **(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

   **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

   **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

   **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

   **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

   **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

b. Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when e. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in f. below.

e. This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(2)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

**(4)** That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy apply on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

**(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

**(b)** The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

**(c)** The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

**(d)** The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph **(5)** above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

**1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or "work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** An elevator maintenance agreement; or

**7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

        **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

    **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

    **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

    **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

    **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

    **1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **2.** While it is in or on an aircraft, watercraft or "auto"; or

    **3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **1.** False arrest, detention or imprisonment;

    **2.** Malicious prosecution;

    **3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **6.** The use of another's advertising idea in your "advertisement"; or

    **7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

    **1.** The goods or products made or sold in an "auto" dealership by:

        **a.** You; or

        **b.** An "auto" dealership you have acquired; and

    **2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

    **2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

**1.** Work that someone performed on your behalf; and

**2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

I. **SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

II. **SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

1. The following paragraph is added to **Section 2. Who is An Insured:**

   **e.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

   **i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

2. Exclusion **D.4.e.** is deleted.

III. **SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

1. If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

   Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

2. If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

   "Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

IV. **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

1. The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

   **(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

   **(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)  Policy Number: 0697157  Transaction Effective Date: 09-01-2020

2. Paragraph **F.1.a.(3)** is changed to read as follows:

   **(3)** Collision Coverage. Caused by:

   **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

   **(b)** The covered "auto's" overturn.

3. Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

   **2. Coverage Extensions**

   **a. Loss of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

   **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

   **b. Hired Auto Physical Damage**

   If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

   **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

   **a)** $100,000

   **b)** The actual cash value of the damaged or stolen "auto"

   **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

   **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

   **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

   **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

   **v.** This Coverage Extension does not apply to:

   **a)** Any "auto" that is hired, rented or borrowed with a driver; or

   **b)** Any "auto" that is hired, rented or borrowed from your "employee".

   **c. Transportation Expenses**

   We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

4. The following is added to **5. Deductible:**

   No deductible applies to glass damage if the glass is repaired rather than replaced.

5. The following coverage is added:

   **Preservation of "Autos"**

   We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

   **(a)** Fire, hail, or flood.

Insured Copy

**(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

6. Exclusion **F.3.d.(2)** is deleted.

7. Exclusion **F.3.d.(3)** is deleted.

8. Paragraph **F.4.d.(2)** is deleted.

9. Paragraph **F.4.d.(3)** is deleted.

10. If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

    "Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

**V. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

1. Paragraph **D.6.a.** is deleted and replaced by the following:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

2. The last paragraph of **2. Exclusions** is deleted and replaced by:

   Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

3. The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

**VI. SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

1. Paragraph **C.6.a.** is deleted and replaced by the following:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**VII. SECTION IV - CONDITIONS** is changed as follows:

1. The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

   The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

   **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

   **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**B. General Conditions**

   **5. Other Insurance -** paragraph **a.** is deleted and replaced by the following:

   **a.** For any covered "auto" you own or you don't own:

   When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VIII. SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

1. Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

2. Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

   When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**N.** "Insured contract" is amended to include any contract or agreement:

   **a.** That pertains to the leasing or rental of an "auto" to you or on your behalf; or

   **b.** That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

**Z.** "Earth movement" means:

1. Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-6 (04-19)      Policy Number: 0697157      Transaction Effective Date: 09-01-2020

Insured Copy

**2.** Landslide, including any earth sinking, rising or shifting related to such event;

**3.** Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

**4.** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

**1.** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**2.** Mudslide or mudflow; or

**3.** Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person     MISAEL BIBRIESCAS-CHAVEZ _____

Previously Signed On File _____

Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File _____

Signature of Authorized Representative of the Named Insured

Date _____

Account Number __167-573-5_____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

  **1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

  **2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

  **3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

  **4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible **5.a.** and **5.b.** are replaced by the following:

  The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $  10,000 | Per "Accident" |
| **OR** | | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

CA 03 02 10 13

© Insurance Services Office, Inc., 2011

Page 1 of 1

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 21 30 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:**    $ SEE DECLARATIONS | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 30 01 15        © Insurance Services Office, Inc., 2014        Page 1 of 4

Insured Copy

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

**a.** $25,000 for "bodily injury" to any one person caused by any one "accident"; and

**b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

© Insurance Services Office, Inc., 2014

CA 21 30 01 15

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

**c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

**(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

Insured Copy

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014  CA 21 30 01 15

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 21 38 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| Limit Of Insurance: | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 38 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 4

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

© Insurance Services Office, Inc., 2012

CA 21 38 10 13

Insured Copy

**E. Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

   **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   **b.** File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   **c.** Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

   **(1)** Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

   **(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

   **(a)** Filed in a court of competent jurisdiction; and

   **(b)** Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

   **Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

   **a.** Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

© Insurance Services Office, Inc., 2012

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

          © Insurance Services Office, Inc., 2012          CA 21 38 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

**I.** Paragraph **E.5.d** is deleted and replaced in CA 21 30 Illinois Uninsured Motorists Coverage endorsement as follows:

    **d.** If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law.

    If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury specified by the Illinois Safety Responsibility Law.

**II.** Paragraph **D.5.b.** is deleted and replaced in CA 21 53 Illinois Uninsured Motorists Coverage - Property Damage endorsement as follows:

    **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply.

    If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding.

    If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding.

**III.** The Arbitration Condition is deleted from CA 21 38 Illinois Underinsured Motorists Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc with its permission.

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

COMMERCIAL AUTO
CA 25 65 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOT-FOR-PROFIT PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

### Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 25 07 10 13**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2020 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING. THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

CA 25 07 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

 © Insurance Services Office, Inc., 2013

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

Insured Copy

COMMERCIAL AUTO
CA 25 37 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

Insured Copy

COMMERCIAL AUTO
CA 25 60 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

A. The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

a. Under this Coverage Form, we cover:

(1) "Bodily injury" and "property damage" occurring; and

(2) "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

b. The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

c. If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

d. If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

e. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

f. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

g. The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

    **(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

     © Insurance Services Office, Inc., 2011      CA 25 60 10 13

COMMERCIAL AUTO
CA 99 03 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

 © Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D.** **Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E.** **Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F.** **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

 © Insurance Services Office, Inc., 2011 CA 99 03 10 13

Insured Copy

COMMERCIAL AUTO
CA 99 55 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016 CA 23 44 11 16

COMMERCIAL AUTO
CA 27 13 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION WITH HEMP EXCEPTION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Section II - General Liability Coverages:**

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

  **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

  **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

  **(1)** An "insured"; or

  **(2)** Any other person for whom you are legally responsible;

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

  **a.** Seeds;

  **b.** Food;

  **c.** Clothing;

  **d.** Lotions, oils or extracts;

  **e.** Building materials; or

  **f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

  **(1)** The "bodily injury" or "property damage" occurs;

  **(2)** The "accident" which caused the "bodily injury" or "property damage" takes place; or

  **(3)** The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

  **a.** False arrest, detention or imprisonment; or

  **b.** The wrongful eviction from, wrongful entry into or invasion of the right or private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

CA 27 13 12 19 © Insurance Services Office, Inc., 2019 Page 1 of 2

Insured Copy

**C.  Additional Definition**

As used in this endorsement:

"Cannabis":

**1.**  Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.**  Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.**  Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.**  Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)**  Resin, oil or wax;

**(2)**  Hash or hemp; or

**(3)**  Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

© Insurance Services Office, Inc., 2019

CA 27 13 12 19

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.  Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)**  Causing or contributing to the intoxication of any person;

**(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)**  The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)**  Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A. COVERAGE**

[X] **1.** Auto Dealer Extension Coverage

    **a.** We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)** Odometer readings; or

        **(2)** Disclosure of "prior damage"; or

        **(3)** The use of non-original equipment manufacturer parts; or

        **(4)** Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)** Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[ ] **2.** Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.** Truth In Lending and Leasing Liability Coverage

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2020

Insured Copy

[X] **4.** **Title Errors and Omissions Liability Coverage**

    **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

    **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B.** **OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance.** In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C.** **EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

    **a.** "Damages" continue or progress during the period of this insurance; or

    **b.** Ultimate liability has been established; or

    **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

    **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

    **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

    **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D.** **LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

    **a.** "Insureds"; or

    **b.** Claims made, suits or class action suits brought; or

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Acts, errors or omissions"; or

    **e.** Coverages selected within this endorsement; or

    **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2020

Insured Copy

**E. DEDUCTIBLE**

$ <u>     1,000     </u> will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F. ADDITIONAL DEFINITIONS**

**1.** "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

**2.** "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

**3.** "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

**4.** "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

**5.** "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G. ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

    **A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

        your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

    **B.** Deductible

        Item **F.7.** is deleted and replaced by the following:

        We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

        We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

    **C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

    **H.** "Customer's auto" is amended to also include watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverage attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-51 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $     50,000 | **Per Customer Complaint Legal Defense Limit** | $     500,000        **Customer Complaint Legal Defense Aggregate Limit** | $     1,000 |

**A.  Coverage**

1.  We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

    a.  The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

    b.  Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2.  No other obligation to pay sums such as:

    a.  Prejudgment or post judgment interest;

    b.  Punitive damages;

    c.  Civil or criminal fines; or

    d.  Penalties imposed by law

    imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3.  This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4.  A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

    A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5.  All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)               Policy Number: 0697157               Transaction Effective Date:  09-01-2020

Insured Copy

**B. Exclusions**

1. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

   **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

       **(1)** An "accident";

       **(2)** "Bodily Injury" or "Property Damage";

       **(3)** "Personal and advertising injury";

       **(4)** "Acts, errors or omissions"; or

       **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

   **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

   Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

       **(1)** Personally commit;

       **(2)** Personally participate in;

       **(3)** Personally acquiesce to; or

       **(4)** Remain passive after having knowledge of;

   any such act, error or omission.

   **c.** Product Recall

   The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

   **d.** Mechanical Breakdown or Warranty Agreements

   Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

   **e.** Pollutants

   Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

   **f.** Workers Compensation or Disability Benefits

   Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2020

Insured Copy

6.   Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a.   Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b.   Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

D.   Limit of Insurance

1.   Regardless of the number of:

   a.   "Insureds";

   b.   "Customer complaints"; or

   c.   Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

2.   Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

3.   All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

4.   The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

E.   Deductible

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

F.   Changes In Conditions

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1.   The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of "Customer Complaint"**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a.   In the event of a "customer complaint", you must:

      (1)   Promptly record the specifics of the "customer complaint" and the date received; and

      (2)   Notify us, in writing, as soon as practicable.

   b.   Additionally, you and any other involved "insured" must:

      (1)   Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

      (2)   Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

      (3)   Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

      (4)   Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2020

Insured Copy

2. The **Other Insurance** Condition is replaced by the following:

   **Other Insurance**

   This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3. The **Policy Period, Coverage Territory** Condition is replaced by the following:

   **Policy Period, Coverage Territory**

   The coverage territory is:

   a. The United States of America;

   b. The territories and possessions of the United States of America;

   c. Puerto Rico; and

   d. Canada

4. The following condition is added:

   **Transfer Of Duties When The Limit of Insurance Is Exhausted**

   a. If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   b. When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

      (1) Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

      (2) Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

      (3) Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

   c. When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

      (1) Cooperate in the transfer of control of "customer complaints".

   d. The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

      The duty of the first Named Insured to reimburse us will begin on:

      (1) The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

      (2) The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

   e. The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1. The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

   "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

   "Suit" includes

   a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2. The following definitions are added:

   a. "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

   b. "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

      (1) All expenses we incur.

      (2) All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

      (3) All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

      (4) Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO MEDICAL PAYMENTS AMENDMENT
## (REINSTATEMENT OF SUBROGATION CONDITION)

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

Item **1.** of Paragraph **E.** is deleted from the Auto Medical Payments Coverage CA 99 03 attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b(1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-91 (10-13)  Policy Number: 0697157  Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.** the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.** the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

CA-F-116 (10-13)        Policy Number: 0697157        Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1. **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

   g. **Leased Autos**

   Any covered "auto" while:

   (1) Leased or rented to others; or

   (2) Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

   But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-156 (07-19)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

your "products" or "work you performed";
if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

**B.** Deductible

**1.** Item **F.7.** is deleted and replaced by the following:

We will deduct _____ $2,500 _____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II.** **SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

**A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

**1.** Defective parts or materials; or

**2.** Faulty "work you performed".

**B.** Deductible

**1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

**2.** We will deduct _____ $2,500 _____ from any amount payable as damages as a result of this endorsement.

You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay _____ 100 _____ percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-67 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2020

COMMERCIAL AUTO
CA 01 04 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES -
# AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraphs **2.b.(3)** and **2.b.(4)** of the **Who Is An Insured** provision do not apply.

2. The **Limit Of Insurance - Covered Autos Liability** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **4.c.** of the **Limits Of Insurance** provision is replaced by the following:

   c. We may deduct for betterment if:

   (1) The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   (2) The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

1. Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

   a. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

   b. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired or evaluated; and

   c. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   (1) $100,000 for "bodily injury" to any one person caused by any one "accident";

   (2) $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   (3) $50,000 for "property damage" caused by any one "accident".

2. If you are a new or used vehicle dealership, Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated, is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $50,000 for "property damage" caused by any one "accident".

CA 01 04 01 15 © Insurance Services Office, Inc., 2014 Page 1 of 1

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

CA 01 21 10 13      © Insurance Services Office, Inc., 2011      Page 1 of 1

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

e. Anywhere in the world if:

(1) A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Insured Copy

COMMERCIAL AUTO
CA 02 70 01 18

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

2. When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

   **a.** Nonpayment of premium.

   **b.** The Policy was obtained through a material misrepresentation.

   **c.** Any "insured" has violated any of the terms and conditions of the Policy.

   **d.** The risk originally accepted has measurably increased.

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

   **a.** 60 days or less, we will mail you at least 30 days' written notice.

   **b.** 61 days or more, we will mail you at least 60 days' written notice.

5. If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

9. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

---

© Insurance Services Office, Inc., 2017

Insured Copy

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

CA 02 70 01 18

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Add Driver Excluded

    DANIEL PAUL
    2873 MAPLEWOOD DR
    MAPLEWOOD MN   55109
    Excluded Driver - Previously Signed

Add Form(s)

    CA-F-83 (10-13) Driver Excluded

No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  06-04-2021
                    Issue Date:  06-07-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      DANIEL PAUL _____

Previously Signed On File _____
                     Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File _____
            Signature of Authorized Representative of the Named Insured

Date _____

Account Number __167-573-5_____

Named Insured
MAPLEWOOD MOTORS LLC
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

4-972 BRADLEY G FUTIA

 **FEDERATED INSURANCE** ®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2020

## Auto Dealer Revisions

Change Auto Dealers Liability Rating Units For Annual Audit

        Location  1
        Number of Employees Furnished Autos:  3.50
        Number of Salespersons & GM not Furnished Autos:  17.00
        Number of Other Employees:  57.00
        Number of Non-Employees over age 24:  1.00
        Number of Dealer Plates:  31

Change Auto Dealers Liability Rating Units For Annual Audit

        Location  2
        Number of Employees Furnished Autos:  1.00
        Number of Salespersons & GM not Furnished Autos:  11.00
        Number of Other Employees:  27.50
        Number of Dealer Plates:  31

Location  1                         Additional Premium:  $103
Uninsured Motorist Coverage

Location  1                         Additional Premium:  $19
Underinsured Motorist Coverage

Location  1                         Additional Premium:  $303
Liability Coverage - Full Covered Autos Liability

Location  1                         Additional Premium:  $3
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2020
                           Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective    09-01-2020

## Auto Dealer Revisions

```
Location   1                    Additional Premium:  $16
Auto Dealer Extension Endorsement

Location   1                    Additional Premium:  $25
Extended Defense Protection Coverage

Location   1                    Additional Premium:  $6
Title Errors & Omissions Coverage

Location   1                    Additional Premium:  $7
Truth in Lending and Leasing Coverage

Location   1                    Additional Premium:  $8
Auto Medical Payments

Location   2                    Additional Premium:  $131
Uninsured Motorist Coverage

Location   2                    Additional Premium:  $24
Underinsured Motorist Coverage

Location   2                    Return Premium:  $547
Liability Coverage - Full Covered Autos Liability

Location   2                    Return Premium:  $6
Amendment of Products, Garagekeepers and Faulty Repair Coverage

Location   2                    Return Premium:  $31
Auto Dealer Extension Endorsement
```

Continued on Next Page

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2020
                           Issue Date:  03-22-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective      09-01-2020

## Auto Dealer Revisions

Location   2                         Return Premium:   $46
Extended Defense Protection Coverage

Location   2                         Return Premium:   $11
Title Errors & Omissions Coverage

Location   2                         Return Premium:   $12
Truth in Lending and Leasing Coverage

Location   2                         Return Premium:   $15
Auto Medical Payments

Total Endorsement Credit      $23

This will appear on your next bill

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  09-01-2020
Issue Date:  03-22-2022

# EXHIBIT H

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

A STOCK COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **0697157**

Account No. **167-573-5**

NAMED INSURED AND MAILING ADDRESS

**MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109**

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY

*Haylee VanReeth*

RISK ADDRESS (if different than above):

POLICY PERIOD: from **09-01-2021**      to **09-01-2022**      12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS: **Franchised Auto Dealers**
ENTITY TYPE: **Corporation**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

   **AUTO DEALERS COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:            **$61**
                     TOTAL PROVISIONAL PREMIUM      **As Billed**

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**CP-F-18 (01-86)**

**IL-F-27 (08-94)**

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

**SECRETARY**                    **PRESIDENT**

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2021

Insured Copy

## LOCATION SCHEDULE

1     680 W TERRA COTTA AVE
          CRYSTAL LAKE IL  60014

2     1500 N RANDALL
          ELGIN IL  60123

3     1001 N RANDALL RD
          ELGIN IL  60123

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | MCDANIELS AUTO MANAGEMENT COMPANY | Corporation | 20-3896209 |
| 1* | MAPLEWOOD TOYOTA | Corporation | 20-3896209 |
| 2 | BRILLIANCE SUBARU OF ELGIN INC | Corporation | 46-2738795 |
| 2* | BRILLIANCE SUBARU | Corporation | 46-2738795 |
| 3 | EP MOTORS INC | Corporation | 46-5394981 |
| 3* | EDEN PRAIRIE NISSAN | Corporation | 46-5394981 |
| 4 | MAPLEWOOD MOTORS INC | Corporation | 41-1422369 |
| 5 | MCDANIELS AUTO MANAGEMENT CO | Corporation | 20-3896209 |
| 6 | MCROB AUTOMOTIVE INC | Corporation | 20-3894596 |
| 6* | INVER GROVE HONDA | Corporation | 20-3894596 |

**\* Additional trade name of the legal entity**

Continued on Next Page



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 7 | MIDWEST MOTORS LLC | Limited Liability Co. | 80-0405836 |
| 7* | INVER GROVE TOYOTA | Limited Liability Co. | 80-0405836 |
| 8 | USED CARS & TRUCKS OF LESS LLC | Limited Liability Co. | 45-3909359 |
| 9 | IG MOTORS INC | Corporation | 84-1752041 |
| 9* | INVER GROVE MITSUBISHI | Corporation | 84-1752041 |
| 10 | BRILLIANCE MOTOR SALES INC | Corporation | |
| 10* | BRILLIANCE HONDA | Corporation | |
| 11 | MAPLEWOOD MOTORS LLC | Limited Liability Co. | 51-0444392 |

**\* Additional trade name of the legal entity**



FEDERATED SERVICE INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL-F-27 (08-94)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

**ITEM ONE- NAMED INSURED AND ADDRESS -** Refer to COMMON POLICY DECLARATIONS

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS COVERAGES of the Auto Dealers Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | 21  11 | $500,000          Each Accident | X |
| Personal Injury Protection (or Equivalent No-Fault Coverage)  New York Only: Mandatory Basic Economic Loss  Optional Basic Economic Loss Additional Personal Injury Protection Aggregate No Fault Benefits Available Maximum Monthly Work Loss Other Necessary Expenses (per day) Death Benefit | | Separately Stated in Each P.I.P. Endorsement  Limit & Premium (NY Only) | |
| Added Personal Injury Protection (or Equivalent No-Fault Coverage) | | Separately Stated in Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately Stated in the P.I.P Endorsement Deductible (Nil if nothing shown) | |
| Auto Medical Payments | 21  11 | $5,000 | X |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated in Each Medical Expense and Income Loss Benefits Endorsement | |
| Uninsured Motorists | 22  11 | $50,000 | X |
| Underinsured Motorists (not applicable in NY) | 22  11 | $50,000 | X |
| Supplementary Uninsured/Underinsured Motorists (SUM) - NY Only The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by motor vehicle bodily injury liability insurance policy or bond payments received from, or on behalf of any negligent party involved in the accident, as specified in the SUM endorsement | | | |

Insured Copy

**DECLARATIONS**
**AUTO DEALERS COVERAGE PART**

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT | | COVERAGES PROVIDED |
|---|---|---|---|---|
| Garagekeepers Coverage Comprehensive Specified Causes of Loss Collision | 30  11  30  11 | See ITEM FIVE | | X |
| Physical Damage Comprehensive Coverage | | See ITEM SIX | | |
| Physical Damage Specified Causes of Loss Coverage | | See ITEM SIX | | |
| Physical Damage Collision Coverage | | See ITEM SIX | | |
| False Pretense and Government Confiscation Coverage | | See Endorsement | | |
| General Liability Bodily Injury and Property Damage Liability | | $500,000  $1,000,000 | Each Accident General Liability Aggregate | X |
| Damages to Premises Rented to You | | $100,000 | Any One Premises | X |
| Personal and Advertising Injury Limit | | $500,000 | Any One Person or Organization | X |
| Locations and Operations Medical Payments | | | Any One Person | |
| Products and Work you Performed | | $1,000,000 | Aggregate | X |
| Acts, Errors or Omissions Liability | | $500,000  $1,000,000 | Per Claim Aggregate | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 = _____

Symbol 11 = ___ EXCLUDING COVERAGE UNDER ANY OTHER GARAGE POLICY OR COVERAGE ISSUED BY US. ___

Symbol 12 = _____

Symbol 13 = _____

_____

**FORMS AND ENDORSEMENTS APPLICABLE:     \*\*SEE SCHEDULE ATTACHED\*\***

This Coverage part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>**ITEM THREE**</u> **- LOCATIONS WHERE YOU CONDUCT AUTO DEALER OPERATIONS**

| Loc. No. | Address |
|---|---|
| 1 | 680 W TERRA COTTA AVE, CRYSTAL LAKE, IL  60014 |
| 2 | 1500 N RANDALL, ELGIN, IL  60123 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA F-2 (02-20)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

**ITEM FOUR  -  LIABILITY COVERAGE PREMIUM BASIS**

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| 1 | Class IA - Employees Furnished Autos | 2.00 | 2.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 15.00 | 11.70 | |
| | Class IC - All Other Employees | 64.00 | 26.88 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 40.58 |
| 2 | Class IA - Employees Furnished Autos | 1.00 | 1.00 | |
| | Class IB - Salespersons & GM Not Furnished Autos | 13.00 | 10.14 | |
| | Class IC - All Other Employees | 27.50 | 11.55 | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | 22.69 |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |
| | Class IA - Employees Furnished Autos | | | |
| | Class IB - Salespersons & GM Not Furnished Autos | | | |
| | Class IC - All Other Employees | | | |
| | Class IIA - Non-Employees age 16-20 | | | |
| | Class IIB - Non-Employees age 21-24 | | | |
| | Class IIC - Non-Employees All Others | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-2 (02-20)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

## DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED

### ITEM FOUR - LIABILITY COVERAGE PREMIUM BASIS (Continued)

| Loc. No. | Classes of Operators | No. Persons | Rating Units | Total Rating Units |
|---|---|---|---|---|
| All | Private passenger "autos" furnished for regular use to other than Class I and Class II operators | | | |

Definitions:

Class I    Employees

IA    - Proprietors, partners and officers active in the business; salespersons and general managers who are furnished a covered "auto" or drive a covered "auto" to and from work; any other "employee" who is furnished a covered "auto" or whose principal duties involve the operation of "autos".

IB    - Salespersons and general managers who are not furnished a covered "auto" and do not drive a covered "auto" to and from work.

IC    - All other "employees".

The term furnished a covered "auto" means the furnishing of an "auto" owned by you for use by an "employee", whether or not such use is restricted to "auto dealer operations"; the term does not include the leasing of an "auto" to an "employee" by you under a written lease agreement which requires the "employee" to insure the "auto" for the benefit of both the lessee and the lessor.

Children, under age 25, of an owner or partner with access to a covered "auto" who live in the same household as the owner or partner and do not have their own "auto" separately insured shall be rated as Class II - Non-Employees.

NOTE: 1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.

2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

Class II - Non-Employees - Any individual who is not an "employee" who has access to a covered "auto". If more than one person has use of the same "auto", use only the rating factor for the highest rated operator in determining rating unit (this does not apply if access is to more than one covered "auto").

### ITEM FIVE - GARAGEKEEPERS COVERAGE

DIRECT COVERAGE OPTIONS

If no option is selected, coverage is applied on a Legal Liability basis.

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE remains applicable on a legal liability basis. Coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest of the "customer's auto's" owner. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on an excess basis.

☒ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance. However, for a covered claim, you may request that coverage be applied on a legal liability basis, rather than on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>ITEM FIVE</u> - GARAGEKEEPERS COVERAGE (Continued)

| Loc. No. | Coverages | Limit of Insurance for each location for the Coverages indicated by an " ☒ " | | |
|---|---|---|---|---|
| IL | ☒ Comprehensive | $1,200,000 BLKT | Minus | $1,000 deductible for each covered "customer's auto" for "loss" subject to maximum |
| | Specified Causes of Loss | | | $5,000 deductible for all such "loss" in any event |
| | ☒ Collision | $1,200,000 BLKT | Minus | $1,000 deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |
| | ☐ Comprehensive | | Minus | deductible for each covered "customer's auto" for "loss" subject to maximum |
| | ☐ Specified Causes of Loss | | | deductible for all such "loss" in any event |
| | ☐ Collision | | Minus | deductible for each covered "customer's auto" |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**DECLARATIONS - AUTO DEALERS COVERAGE PART - CONTINUED**

<u>ITEM SIX</u>  **- PHYSICAL DAMAGE COVERAGES**

| Coverages | Limit applies to covered "autos" located anywhere within the territorial limits of this policy for the coverages indicated by an ☒. | |
|---|---|---|
| ☐ Comprehensive | Minus | deductible for each covered "auto" |
| ☐ Specified Causes of Loss | | subject to maximum deductible for all such "loss" in any event |
| ☐ Collision | Minus | deductible for each covered "auto" |

☐ PREMIUM BASIS: NON-REPORTING - AUDITED

At the end of the policy term, you must provide to us the monthly or quarterly total wholesale value of your covered "autos" and "enhancement", and separately state the "total wholesale value" of your covered "autos" which are financed. "Total wholesale value" means the wholesale value of (1) all new and used "autos" and trucks including "enhancement", (2) all demonstrators, (3) all service vehicles, (4) all "autos" furnished to others, (5) all "autos" consigned to you for sale, and (6) all repossessed "autos" held by you for sale, storage or safekeeping. We will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire year. The estimated total premiums shown above will be credited against the final premium due.

We will not pay for "loss" to any "auto" insured under any floorplan insurance or other physical damage insurance program that is provided by a manufacturer, floorplan lender, or other inventory insurance program. This exclusion applies without exception to all "loss" caused by wind, hail, "water" or "earth movement".

However, for other covered causes of "loss", this exclusion will not apply to the extent of your interest in:

(1) A "loss" caused by a covered cause of "loss" under this policy but excluded under the floorplan insurance or other physical damage insurance;

(2) The value of additional options or other "enhancements" you have made to the covered "auto" if the value of these "enhancements" are not covered by the floorplan insurance or other physical damage insurance; or

(3) The amount of a false pretense "loss", if false pretense is covered under this policy, that exceeds the Limit of Insurance of false pretense coverage of the floorplan insurance or other physical damage insurance.

"Enhancement" means physical modifications or improvements made to a covered "auto" by you or on your behalf following its delivery to you by the manufacturer and prior to delivery of the "auto" to the purchaser. We will value "loss" to "enhancement" on the same basis as we value "loss" to a covered "auto".

<u>ITEM SEVEN</u>  -  **UNINSURED MOTORISTS COVERAGE. PREMIUM BASIS.**
**REFER TO ITEM EIGHT FOR COVERED "AUTOS" INSURED ON A SCHEDULED AUTO BASIS.**

| Number of Plates |
|---|
| 15 |

<u>ITEM EIGHT</u>  -  **SCHEDULE OF COVERED "AUTOS" WHICH ARE INSURED ON A SCHEDULED AUTO BASIS - REFER TO AUTO SCHEDULE. THE MOST WE WILL PAY FOR A DAMAGED OR STOLEN COVERED "AUTO" LISTED ON ITEM EIGHT'S SCHEDULE OF COVERED "AUTOS" IS THE ACTUAL CASH VALUE OF THE "AUTO" AT THE TIME OF THE LOSS OR THE COST TO REPAIR THE "AUTO", WHICHEVER IS LESS. THE AMOUNT OF ANY SUCH PAYMENT WILL BE REDUCED BY THE AMOUNT OF THE DEDUCTIBLE SHOWN IN THE SCHEDULE.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations Auto Dealers Coverage Part | CA-F-2 (02-20) |
| Auto Dealers Coverage Form | CA 00 25 (10-13) |
| Auto Dealers Coverage Form Amendatory Endorsement | CA-F-6 (04-19) |
| Driver Excluded | CA-F-83 (10-13) |
| Flat Deductible Endorsement | CA-F-61 (10-13) |
| Deductible Liability Coverage | CA 03 02 (10-13) |
| Illinois Uninsured Motorists Coverage | CA 21 30 (01-15) |
| Illinois Underinsured Motorists Coverage | CA 21 38 (10-13) |
| Uninsured And Underinsured Motorists Amendment | CA-F-81 (IL) (10-13) |
| Exclusion - Locations and Operations Medical Payments | CA 25 52 (10-13) |
| Total Bankruptcy or Insolvency Exclusion for Acts, Errors or Omissions Liability | CA 25 65 (10-13) |
| Not-For-Profit Personal Liability Coverage | CA-F-133.4 (10-13) |
| Locations And Operations Not Covered | CA 25 07 (Residential Bldgs) (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Fungi or Bacteria Exclusion - General Liability Coverages | CA 25 37 (10-13) |
| Worldwide General Liability Coverages | CA 25 60 (10-13) |
| Auto Medical Payments Coverage | CA 99 03 (10-13) |
| Pollution Liability - Broadened Coverage for Covered Autos - Auto Dealers | CA 99 55 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Cannabis Exclusion With Hemp Exception For General Liability Coverages | CA 27 13 (12-19) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Exclusion - Liquor Liability Coverage | CA-F-142 (10-13) |
| Acts, Errors or Omissions Liability Coverages | CA-F-149 (02-16) |
| Watercraft Enhancement Endorsement | CA-F-153 (08-17) |
| Exclusion Of Autos Loaned To School Districts | CA-F-23 (10-13) |
| Leased And Rented Auto Exclusion (Uninsured And Underinsured Motorists) | CA-F-51 (10-13) |
| Extended Defense Protection | CA-F-76 (10-13) |
| Auto Medical Payments Amendment (Reinstatement Of Subrogation Cond) | CA-F-82 (10-13) |
| Leased or Rented Auto Exclusion Endorsement | CA-F-91 (10-13) |
| Three Wheeled Auto Exclusion | CA-F-116 (10-13) |
| Exclusion - Auto Subscription Services | CA-F-156 (07-19) |
| Amendment of Products, Garagekeepers and Faulty Repair Coverage | CA-F-67 (10-13) |
| Illinois Changes - Auto Dealers Coverage Form | CA 01 04 (01-15) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Illinois Changes - Cancellation And Nonrenewal | CA 02 70 (01-18) |

Insured Copy

COMMERCIAL AUTO
CA 00 25 10 13

# AUTO DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and include your spouse, if you are an individual. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERED AUTOS COVERAGES**

**A. Description Of Covered Auto Designation Symbols**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 21 | Any "Auto" | |
| 22 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 23 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 24 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 25 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 26 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 27 | Specifically Described "Autos" | Only those "autos" described in Item Seven of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Seven). |
| 28 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 29 | Non-owned "Autos" Used In Your "Auto" Dealership | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your "auto" dealership described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your "auto" dealership. |

© Insurance Services Office, Inc., 2011

| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any land motor vehicle, trailer or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. This also includes "autos" left in your care by your "employees" and members of their households who pay for the services performed. |
| 31 | "Auto" Dealers' "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Six of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**D. Covered Autos Liability Coverage**

1. **Coverage**

   We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos".

   We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

   We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered "Autos" Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for covered "autos":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

(1) The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is yours.

(4) Your customers. However, if a customer of yours:

(a) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

(b) Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

(5) A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**d.** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**3. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

 © Insurance Services Office, Inc., 2011

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

**(a)** Employment by the "insured"; or

**(b)** Performing the duties related to the conduct of the "insured's" business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of Covered Autos Liability Coverage, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e. Fellow Employee**

"Bodily injury" to:

**(1)** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**(2)** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above.

**f. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**(1)** Property owned, rented or occupied by the "insured";

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**g. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**h. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(1)** That are, or that are contained in any property that is:

**(a)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

 © Insurance Services Office, Inc., 2011

**(b)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(c)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**(2)** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**(3)** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **(1)** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **(2)** and **(3)** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**i. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**j. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**k. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**l. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**m. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**n. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **n.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**o. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**q. Acts, Errors Or Omissions**

"Bodily injury" or "property damage" arising out of "acts, errors or omissions".

**5. Limit Of Insurance - Covered Autos Liability**

For "accidents" resulting from the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" involving a covered "auto" is the Limit of Insurance for Covered "Autos" Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Limit of Insurance for Covered "Autos" Liability Coverage are not payable under any applicable Limits of Insurance under Section **II** - General Liability Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**E. Garagekeepers Coverage**

**1. Coverage**

**a.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft; or

**(c)** Mischief or vandalism.

**(3) Collision Coverage**

Caused by:

**(a)** The "customer's auto's" collision with another object; or

**(b)** The "customer's auto's" overturn.

**b.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

© Insurance Services Office, Inc., 2011
CA 00 25 10 13

**2. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

**a.** You.

**b.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**c.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**d.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**e.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

**3. Coverage Extensions**

The following apply as **Supplementary Payments**. We will pay for the "insured":

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**4. Exclusions**

**a.** This insurance does not apply to any of the following:

**(1) Contractual**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**(2) Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your stockholders.

**(3) Defective Parts**

Defective parts or materials.

**(4) Faulty Work**

Faulty "work you performed".

**b.** We will not pay for "loss" to any of the following:

**(1)** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

**(2)** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

**(3)** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

**(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1)** War, including undeclared or civil war;

 © Insurance Services Office, Inc., 2011

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**5. Limit Of Insurance And Deductibles**

a. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit Of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

(1) Collision; or

(2) With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(a) Theft or mischief or vandalism; or

(b) All perils.

b. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

(1) Theft or mischief or vandalism; or

(2) All perils.

c. To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

**F. Physical Damage Coverage**

**1. Coverage**

a. We will pay for "loss" to a covered "auto" or its equipment under:

(1) **Comprehensive Coverage**

From any cause except:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

(2) **Specified Causes Of Loss Coverage**

Caused by:

(a) Fire, lightning or explosion;

(b) Theft;

(c) Windstorm, hail or earthquake;

(d) Flood;

(e) Mischief or vandalism; or

(f) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

(3) **Collision Coverage**

Caused by:

(a) The covered "auto's" collision with another object; or

(b) The covered "auto's" overturn.

b. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**2. Coverage Extension - Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

a. Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

b. Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

c. Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

© Insurance Services Office, Inc., 2011

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

3. **Exclusions**

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **(1) Nuclear Hazard**

      **(a)** The explosion of any weapon employing atomic fission or fusion; or

      **(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

   **(2) War Or Military Action**

      **(a)** War, including undeclared or civil war;

      **(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      **(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

b. We will not pay for "loss" to any of the following:

   **(1)** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

   **(2)** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

   **(3)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **(4)** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **(5)** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **(6)** Any accessories used with the electronic equipment described in Paragraph **(5)** above.

Exclusions **b.(5)** and **b.(6)** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

      **(a)** Permanently installed in or upon the covered "auto";

      **(b)** Removable from a housing unit which is permanently installed in or upon the covered "auto";

      **(c)** An integral part of the same unit housing any electrical equipment described in Paragraphs **(a)** and **(b)** above; or

      **(d)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

c. **False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

   **(1)** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

   **(2)** Your acquiring an "auto" from a seller who did not have legal title.

d. We will not pay for:

   **(1)** Your expected profit, including loss of market value or resale value.

   **(2)** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

   **(3)** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

   **(4)** Under the Specified Causes of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**e.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**f. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4. Limits Of Insurance**

**a.** The most we will pay for:

**(1)** "Loss" to any one covered "auto" is the lesser of:

**(a)** The actual cash value of the damaged or stolen property as of the time of "loss"; or

**(b)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(a)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(b)** Removable from a permanently installed housing unit as described in Paragraph **(2)(a)** above; or

**(c)** An integral part of such equipment as described in Paragraphs **(2)(a)** and **(2)(b)** above.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**d.** The following provisions also apply:

**(1)** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

**(2) Quarterly Or Monthly Reporting Premium Basis**

If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit Of Insurance shown in the Declarations for the applicable location.

**(3) Nonreporting Premium Basis**

If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit Of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

 © Insurance Services Office, Inc., 2011 CA 00 25 10 13

**5. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations, provided that:

**a.** The Comprehensive or Specified Causes of Loss Coverage deductible applies only to "loss" caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

**b.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

**(1)** Theft or mischief or vandalism; or

**(2)** All perils.

## SECTION II - GENERAL LIABILITY COVERAGES

### A. Bodily Injury And Property Damage Liability

**1. Coverage**

**a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident", and resulting from your "auto dealer operations" other than the ownership, maintenance or use of "autos".

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**(2)** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "accident" occurs in the coverage territory;

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision and no "employee" authorized by you to give or receive notice of an "accident" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraphs **D.1.** through **D.4.** of the Who Is An Insured provision or any "employee" authorized by you to give or receive notice of an "accident" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. Exclusions**

This insurance does not apply to any of the following:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**(2)** That the "insured" would have in the absence of the contract or agreement.

**c. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the "insured" arising out of and in the course of:

(a) Employment by the "insured"; or

(b) Performing the duties related to the conduct of the "insured's" business;

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

**(3)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(4)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(3)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(3)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Paragraphs **(1)** and **(2)** of this exclusion do not apply to liability assumed by the "insured" under an "insured contract".

**e. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Property loaned to the "insured";

**(3)** Property held for sale or being transported by the "insured"; or

**(4)** Property in the "insured's" care, custody or control.

Paragraphs **(1)**, **(2)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

This exclusion does not apply to liability assumed under a sidetrack agreement.

© Insurance Services Office, Inc., 2011

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

**(b)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

**(i)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the "pollutants"; or

**(ii)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

**(d)** That are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Paragraphs **(1)(a)** and **(1)(c)(ii)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable, or breaks out from where it was intended to be.

Paragraph **(1)(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

Paragraph **(1)(c)(ii)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any "insured".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises where you conduct "auto dealer operations";

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge; or

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**h. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**i. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**j. Damage To Impaired Property Or Property Not Physically Damaged**

"Property damage" to "impaired property" or other property not physically damaged if caused by:

**(1)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**(2)** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **j.(2)**, does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**k. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN- SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**n. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**o. Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Exclusions **c.** through **o.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages.

**B. Personal And Advertising Injury Liability**

**1. Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" to which this insurance applies, caused by an offense arising out of your "auto dealer operations", but only if the offense was committed in the coverage territory during the policy period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

**a.** The amount we will pay for damages is limited as described in Paragraph **F.** Limits Of Insurance - General Liability Coverages; and

**b.** Our duty to defend or settle ends when the applicable limit of insurance has been exhausted by payment of judgments or settlements under Paragraph **A.** Bodily Injury And Property Damage Liability or Paragraph **B.** Personal And Advertising Injury Liability or medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the "insured".

**e. Contractual**

"Personal and advertising injury" for which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Electronic Chat Rooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**k. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**l. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**m. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**n. War**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**o. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair And Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**p.** **Employment-related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(1)(a)**, **(b)** or **(c)** above are directed.

This exclusion applies:

**(a)** Whether the injury-causing event described in Paragraph **(1)(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**q.** **Acts, Errors Or Omissions**

"Personal and advertising injury" arising out of "acts, errors or omissions".

**C.** **Locations And Operations Medical Payments**

**1.** **Coverage**

**a.** We will pay medical expenses as described below to or for each person who sustains "bodily injury" to which this coverage applies, caused by an "accident" and resulting from your "auto dealer operations".

**b.** We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**c.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an "accident";

**(2)** Necessary medical, surgical, diagnostic imaging and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.** **Exclusions**

This insurance does not apply to "bodily injury":

**a.** **Workers' Compensation**

To a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**b.** **Insured**

To any "insured".

**c.** **Hired Person**

To a person hired to do work for or on behalf of any "insured" or a tenant of any "insured".

**d.** **Injury On Normally Occupied Premises**

To a person injured on that part of the premises you own or rent that the person normally occupies.

**e.** **Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.** **Injury Away From Auto Dealer Locations**

Sustained by a person away from locations owned, maintained or used for your "auto dealer operations".

 © Insurance Services Office, Inc., 2011

**g. Bodily Injury And Property Damage Liability**

Excluded under Paragraph A. Bodily Injury And Property Damage Liability.

**D. Who Is An Insured**

The following are "insureds" for General Liability Coverages:

**1.** You.

**2.** Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

**3.** Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

**4.** Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

**5.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations". However, no "employee" is an "insured" for:

**a.** "Bodily injury" or "personal and advertising injury":

**(1)** To you (if you are an individual), your partners (if you are a partnership), your members (if you are a limited liability company) or a fellow "employee" of the "insured" while in the course of his or her employment or while performing duties related to the conduct of your "auto dealer operations";

**(2)** To the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **(1)** above;

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)** or **(2)** above; or

**(4)** Arising out of his or her providing or failing to provide professional health care services.

**b.** "Property damage" to property:

**(1)** Owned, occupied or used by;

**(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership), or any member (if you are a limited liability company).

**6.** Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred; or

**(2)** "Personal and advertising injury" arising out of an offense committed

before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**E. Supplementary Payments**

With respect to coverage provided under Bodily Injury And Property Damage Liability and Personal And Advertising Injury Liability Coverages, we will pay for the "insured":

**1.** All expenses we incur.

**2.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**3.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**5.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**F. Limits Of Insurance - General Liability Coverages**

**1.** Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the:

**a.** General Liability Aggregate Limit shown in the Declarations is the most we will pay for the sum of all:

**(1)** Damages under Paragraph **A.** Bodily Injury And Property Damage Liability, except damages because of "bodily injury" and "property damage" that are both:

**(a)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

**(b)** Arising out of your "products" or "work you performed";

**(2)** Damages under Paragraph **B.** Personal And Advertising Injury Liability; and

**(3)** Medical expenses under Paragraph **C.** Locations And Operations Medical Payments.

**b.** The Products And Work You Performed Aggregate Liability Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for "bodily injury" and "property damage" that are both:

**(1)** Sustained away from locations owned, maintained or used for your "auto dealer operations"; and

**(2)** Arising out of your "products" or "work you performed".

**2.** Subject to Paragraph **1.a.** above, the Personal And Advertising Injury Liability Limit is the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization under Paragraph **B.** Personal And Advertising Injury Liability.

**3.** Subject to Paragraph **1.a.** above, the Locations And Operations Medical Payments Limit is the most we will pay for all medical expenses because of "bodily injury" for each person injured in any one "accident" under Paragraph **C.** Locations And Operations Medical Payments.

**4.** Subject to Paragraph **1.a.** or **1.b.** above, whichever applies, the General Liability Bodily Injury And Property Damage Liability Each "Accident" Limit shown in the Declarations is the most we will pay for the sum of all damages under Paragraph **A.** Bodily Injury And Property Damage Liability resulting from any one "accident".

Damages payable under any applicable Limits of Insurance for General Liability Coverages are not payable under Section **I** - Covered Autos Coverages or Section **III** - Acts, Errors Or Omissions Liability Coverage.

**5.** Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Paragraph **A.** Bodily Injury And Property Damage Liability for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**6.** The Aggregate Limits of Insurance for General Liability Coverages apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance - General Liability Coverages.

**7.** We will deduct $500 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES**

**A. Coverage**

We will pay all sums that an "insured" legally must pay as damages because of any "act, error or omission" of the "insured" to which this insurance applies and arising out of the conduct of your "auto dealer operations", but only if the "act, error or omission" is committed in the coverage territory during the policy period.

 © Insurance Services Office, Inc., 2011

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "acts, error or omissions" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. But:

1. The amount we will pay for damages is limited as described in Paragraph **E.** Limits Of Insurance And Deductible; and

2. Our duty to defend or settle ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **D.** Supplementary Payments.

**B. Exclusions**

This insurance does not apply to:

1. **Criminal, Fraudulent, Malicious, Dishonest Or Intentional Acts**

   Damages arising out of any criminal, fraudulent, malicious, dishonest or intentional "act, error or omission" by an "insured", including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

   **a.** Personally commit;

   **b.** Personally participate in;

   **c.** Personally acquiesce to; or

   **d.** Remain passive after having knowledge of;

   any such "act, error or omission".

2. **Bodily Injury, Property Damage Or Personal And Advertising Injury**

   "Bodily injury", "property damage" or "personal and advertising injury".

3. **Profit Gain**

   Damages based upon, attributable to or arising in fact out of the gaining of any profit, remuneration or advantage to which any "insured" was not entitled.

4. **Contractual**

   Liability for which the "insured" has assumed in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

5. **Noncompensatory Damages**

   Criminal fines or penalties imposed by law or regulation, punitive or exemplary damages or demands for injunctive or equitable relief.

6. **Quality Or Performance Of Goods - Failure To Conform To Statements**

   Damages arising out of the failure of goods, products or services to conform with any statement of quality or performance.

7. **Recording And Distribution Of Material Or Information In Violation Of Law**

   Damages arising directly or indirectly out of any "act, error or omission" that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

   **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

   **c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   **d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

8. **Discrimination**

   Damages arising directly or indirectly out of any "act, error or omission" that violates a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

9. **Bankruptcy Or Insolvency**

   Damages arising out of the:

   **a.** Bankruptcy;

   **b.** Financial inability to pay;

   **c.** Insolvency;

   **d.** Liquidation; or

   **e.** Receivership;

   of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

    © Insurance Services Office, Inc., 2011

However, this exclusion does not apply if the insurance company, reinsurer or other risk-assuming entity was rated "B+" or higher by A.M. Best Company, Inc. at the time the insurance was placed or obtained.

**C. Who Is An Insured**

The following are "insureds" for "acts, errors or omissions":

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealer operations". Your managers are also "insureds", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

6. Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b. Coverage does not apply to "acts, errors or omissions" that were committed before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Supplementary Payments**

With respect to "Acts, Errors Or Omissions" Liability Coverage, we will pay for the "insured":

1. All expenses we incur.

2. The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

3. All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

5. All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**E. Limit Of Insurance And Deductible**

1. Regardless of the number of:

   a. "Insureds";

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. "Acts, errors or omissions",

   the "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under Section III.

2. Damages payable under the Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage are not payable under any applicable Limits of Insurance under Section I - Covered Autos Coverages or Section II - General Liability Coverages.

3. Our obligation to pay damages applies only to the amount of damages in excess of any deductible amount stated in the Declarations as applicable to this coverage. The Limits of Insurance for "Acts, Errors Or Omissions" Liability Coverage will not be reduced by the amount of this deductible.

   To settle a claim or "suit", we may pay all or any part of the deductible. If this happens, you must reimburse us for the deductible or that part of the deductible that we paid.

4. The "Acts, Errors Or Omissions" Liability Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the "Acts, Errors Or Omissions" Liability Aggregate Limit.

## SECTION IV - CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representative prompt notice of the "accident", offense, "loss" or "act, error or omission". Include:

**(1)** How, when and where the "accident", offense, "loss" or "act, error or omission" occurred;

**(2)** What the "act, error or omission" was;

**(3)** The "insured's" name and address;

**(4)** To the extent possible, the names and addresses of:

**(a)** Any injured persons and witnesses; or

**(b)** Anyone who may suffer damages as a result of an "act, error or omission".

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of an "act, error or omission" to which this insurance may also apply.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

© Insurance Services Office, Inc., 2011

**b.** Under any liability coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

This condition does not apply to damages under Paragraph C. Locations And Operations Medical Payments Coverage of Section II - General Liability Coverages.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** For General Liability and "Acts, Errors Or Omissions" Liability Coverages, this insurance is primary except when **e.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **f.** below.

**e.** This Coverage Form is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(2) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

(3) If the "loss" arises out of the maintenance or use of aircraft or watercraft to the extent not subject to Exclusion **g.** of Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages;

(4) That is specifically written to apply as primary insurance for liability arising out of your "acts, errors or omissions".

**f.** When this Coverage Form and any other Coverage Form or policy applies on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring;

**b.** "Personal and advertising injury" offenses and "acts, errors or omissions" committed; and

**c.** "Covered pollution cost or expense" arising out of "accidents" occurring

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

(b) The "bodily injury", "property damage" or "personal and advertising injury" is caused by an "insured" who permanently lives within the United States of America, its territories or possessions, Puerto Rico or Canada while the "insured" is temporarily outside of one of those places;

(c) The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication; or

(d) The "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

However, the coverage territory described in Paragraph (5) above does not apply to "work you performed".

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada.

© Insurance Services Office, Inc., 2011

CA 00 25 10 13

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Act, error or omission" means any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" arising:

**1.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of credit or lease terms to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations", including, but not limited to, the Truth In Lending and Consumer Leasing Acts;

**2.** Out of an "insured's" failure to comply with any local, state or federal law or regulation concerning the disclosure of accurate odometer mileage to consumers in connection with the sale or lease of an "auto" in your "auto dealer operations";

**3.** In an "insured's" capacity as an insurance agent or broker in the offering, placement or maintenance of any "auto" physical damage, auto loan/lease gap, credit life or credit disability insurance sold in connection with the sale or lease of an "auto" in your "auto dealer operations", but only if the "insured" holds a valid insurance agent or broker license at the time the "act, error or omission" is committed, in the jurisdiction in which your "auto dealer operations" is located, if required to do so by such jurisdiction; and

**4.** Out of a defect in title in connection with the sale or lease of an "auto" in your "auto dealer operations".

**C.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**1.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**2.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**D.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**E.** "Auto dealer operations" means the ownership, maintenance or use of locations for an "auto" dealership and that portion of the roads or other accesses that adjoin these locations. "Auto dealer operations" also include all operations necessary or incidental to an "auto" dealership.

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

      (2) Otherwise in the course of transit by or on behalf of the "insured";

      (3) Being stored, disposed of, treated or processed in or upon the covered "auto"; or

  **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

  **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

      (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

      (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**H.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

**I.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**J.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**K.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**L.** "Impaired property" means tangible property, other than your "product" or "work you performed", that cannot be used or is less useful because:

  **1.** It incorporates your "product" or "work you performed" that is known or thought to be defective, deficient, inadequate or dangerous; or

  **2.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of your "product" or "work you performed" or your fulfilling the terms of the contract or agreement.

**M.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**N.** "Insured contract" means:

  **1.** A lease of premises;

  **2.** A sidetrack agreement;

  **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **5.** That part of any other contract or agreement pertaining to your "auto" dealership (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

  **6.** An elevator maintenance agreement; or

  **7.** That part of any contract or agreement entered into, as part of your "auto" dealership, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

© Insurance Services Office, Inc., 2011

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawing and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

**b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

**c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver.

**d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**O.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**P.** "Loading or unloading" means the handling of property:

**1.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**2.** While it is in or on an aircraft, watercraft or "auto"; or

**3.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**Q.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**R.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**1.** False arrest, detention or imprisonment;

**2.** Malicious prosecution;

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**4.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**5.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**6.** The use of another's advertising idea in your "advertisement"; or

**7.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**S.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**T.** "Products" includes:

**1.** The goods or products made or sold in an "auto" dealership by:

**a.** You; or

**b.** An "auto" dealership you have acquired; and

**2.** The providing of or failure to provide warnings or instructions.

**U.** "Property damage" means damage to or loss of use of tangible property.

**V.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury", "property damage", "personal and advertising injury" or "acts, errors or omissions"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are claimed.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

© Insurance Services Office, Inc., 2011

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**W.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short- term workload conditions.

**X.** "Trailer" includes semitrailer.

**Y.** "Work you performed" includes:

    **1.** Work that someone performed on your behalf; and

    **2.** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2011

**CA 00 25 10 13**

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO DEALERS COVERAGE FORM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I. SECTION I - COVERED AUTOS COVERAGES** - Paragraph **A.** is changed as follows:

The following symbols and descriptions are changed:

| SYMBOL | DESCRIPTION |
|---|---|
| 27 | Specifically Described "Autos". Only those "autos" described in **ITEM EIGHT** of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to a power unit described in **ITEM EIGHT**). |
| 31 | Owned "autos"; "autos" left with your "auto dealer operations" on consignment for sale; and "autos" which have been repossessed and are held by your "auto dealer operations" for sale, storage or safekeeping. |

**II. SECTION I - COVERED AUTOS COVERAGES D. Covered Autos Liability Coverage** is changed as follows:

**1.** The following paragraph is added to **Section 2. Who is An Insured:**

**e.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization, However;

**i.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**ii.** Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an accident that occurred before you acquired or formed the organization.

**2.** Exclusion **D.4.e.** is deleted.

**III. SECTION I - COVERED AUTOS COVERAGES E. Garagekeepers Coverage** is changed as follows:

**1.** If **Garagekeepers Coverage** is provided, the limit of insurance includes a $10,000 limit for loss to customers' personal property other than "customers' autos" or farm and industrial machinery or equipment left in your custody or care in the course of "auto dealer operations".

Exclusions pertaining to tape decks, sound reproducing equipment/devices, tapes, records, sound receiving equipment and radar equipment do not apply to this section of this endorsement.

**2.** If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "customer's auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** is changed to read as follows:

"Customer's auto" means a customer's land motor vehicle, "trailer" or semi-trailer designed for use on public roads. It also includes any "customer's auto" while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households who pay for services performed.

**IV. SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed as follows:

**1.** The phrase "its equipment" in paragraph **1.a.** is defined to mean, subject to the **Exclusions**, the following:

**(a)** Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

**(b)** Contents kept in the covered "auto" which are normally factory installed or are common to the "autos" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)         Policy Number: 0697157         Transaction Effective Date: 09-01-2021

**2.** Paragraph **F.1.a.(3)** is changed to read as follows:

**(3)** Collision Coverage. Caused by:

    **(a)** The covered "auto's" collision with another object or with a vehicle to which it is attached; or

    **(b)** The covered "auto's" overturn.

**3.** Paragraph **2. Coverage Extension - Loss of Use Expenses** is deleted and replaced by the following:

    **2. Coverage Extensions**

      **a. Loss of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses, for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

        **i.** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

        **ii.** Specified Causes of Loss only if the Declarations indicates that Specified Causes of Loss Coverage is provided for any covered "auto"; or

        **iii.** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

      However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

      **b. Hired Auto Physical Damage**

      If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage coverage for an owned "auto" then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

        **i.** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

          **a)** $100,000

          **b)** The actual cash value of the damaged or stolen "auto"

          **c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

        **ii.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

        **iii.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

        **iv.** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

        **v.** This Coverage Extension does not apply to:

          **a)** Any "auto" that is hired, rented or borrowed with a driver; or

          **b)** Any "auto" that is hired, rented or borrowed from your "employee".

      **c. Transportation Expenses**

      We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

**4.** The following is added to **5. Deductible:**

No deductible applies to glass damage if the glass is repaired rather than replaced.

**5.** The following coverage is added:

**Preservation of "Autos"**

We will pay up to $10,000 for expenses you incur to move covered "autos" if endangered by the following Covered Causes of Loss:

**(a)** Fire, hail, or flood.

Page 2 of 4

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)    Policy Number: 0697157    Transaction Effective Date: 09-01-2021

**(b)** Any other Covered Cause of Loss if you obtain our permission to move the Covered "Autos" prior to moving the "autos".

These expenses will be paid even if you do not sustain a "loss" to Covered "Autos".

6. Exclusion **F.3.d.(2)** is deleted.

7. Exclusion **F.3.d.(3)** is deleted.

8. Paragraph **F.4.d.(2)** is deleted.

9. Paragraph **F.4.d.(3)** is deleted.

10. If you have Equipment Dealers Stock Floater Coverage issued by us, the definition of "auto" as it applies to **SECTION I - COVERED AUTOS COVERAGES F. Physical Damage Coverage** is changed to read as follows:

    "Auto" means a land motor vehicle, "trailer" or semi- trailer designed for travel on public roads.

**V. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

1. Paragraph **D.6.a.** is deleted and replaced by the following:

    **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or end of the policy period, whichever is earlier; and

2. The last paragraph of **2. Exclusions** is deleted and replaced by:

    Exclusions **c.** through **o.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Paragraph **F. Limits of Insurance - General Liability Coverages**.

3. The word fire is changed to fire or explosion where it appears in Paragraph **F.5.**

**VI. SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is changed as follows:

1. Paragraph **C.6.a.** is deleted and replaced by the following:

    **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

**VII. SECTION IV - CONDITIONS** is changed as follows:

1. The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

    The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

    **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

    **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**B. General Conditions**

5. **Other Insurance -** paragraph **a.** is deleted and replaced by the following:

    **a.** For any covered "auto" you own or you don't own:

    When there is other insurance applicable, the coverage provided by this Coverage Form will apply only after such other applicable insurance has been exhausted.

**VIII. SECTION V - DEFINITIONS** is changed as follows:

**D.** "Auto" is amended to also include:

1. Motorcycles, all terrain vehicles, snowmobiles and golfmobiles in crates; and

2. Special purpose bodies and equipment intended to be mounted on an "auto", whether or not it is mounted on an "auto".

    When a special purpose body or equipment is mounted on an "auto" any deductible shall be applied as though the combination were one "auto".

**F.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**N.** "Insured contract" is amended to include any contract or agreement:

    **a.** That pertains to the leasing or rental of an "auto" to you or on your behalf; or

    **b.** That holds a trucker harmless for your use of a covered "auto" over a route or territory the trucker is authorized to serve by public authority.

**Z.** "Earth movement" means:

1. Earthquake, tremors, tsunami, aftershocks and any earth sinking, rising or shifting related to such event;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2021

Insured Copy

2. Landslide, including any earth sinking, rising or shifting related to such event;

3. Mine subsidence, meaning subsidence of a man-made mine, whether or not activity has ceased; or

4. Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**AA.** "Water" means:

1. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2. Mudslide or mudflow; or

3. Water that backs up or overflows from a sewer, drain, storm drain or sump.

**IX.** Wherever the terms "owned autos" or "covered autos you own" are used in this Coverage Form, except in **Section IV - CONDITIONS - B.5. Other Insurance,** these terms shall include within their meaning:

Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-6 (04-19)                    Policy Number: 0697157                    Transaction Effective Date: 09-01-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person     DANIEL PAUL

Previously Signed On File

Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File

Signature of Authorized Representative of the Named Insured

Date

Account Number   167-573-5

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      MISAEL BIBRIESCAS-CHAVEZ
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number _167-573-5_____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLAT DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, E. Garagekeepers Coverage** - Paragraph **5.** Limit of Insurance and Deductibles is changed as follows:

   **1.** Regardless of the number of covered "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location minus the applicable deductibles for "loss" caused by Comprehensive, Specified Causes of Loss, or Collision Coverage.

   **2.** Any Comprehensive or Specified Causes of Loss Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

   **3.** The maximum deductible stated in the Declarations for Garagekeepers Comprehensive Coverage or Specified Causes of Loss Coverage is the most that will be deducted for all "loss" in any one event.

   **4.** Sometimes to settle a claim or "suit", we may pay all or part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 5.** Deductible
   **5.a.** and **5.b.** are replaced by the following:

   The Comprehensive or Specified Causes of Loss Coverage deductible applies to all "losses" except those caused by fire or lightning. See the Declarations and/or CA-F-37 Wind and Hail Deductible endorsement and/or CA-F-108 Theft Deductible endorsement for deductibles that apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-61 (10-13)              Policy Number: 0697157              Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 03 02 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $     10,000 | Per "Accident" |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

CA 03 02 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 21 30 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

---

**Named Insured:**

**Endorsement Effective Date:** 09-01-2021

---

### SCHEDULE

---

| Limit Of Insurance: | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

---

CA 21 30 01 15 © Insurance Services Office, Inc., 2014 Page 1 of 4

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

**a.** $25,000 for "bodily injury" to any one person caused by any one "accident"; and

**b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

© Insurance Services Office, Inc., 2014

CA 21 30 01 15

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

**c.** If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

**(1)** Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

 © Insurance Services Office, Inc., 2014

    **d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

       **(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

       **(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

    **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

    **b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

    **c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014

CA 21 30 01 15

Insured Copy

POLICY NUMBER: 0697157

**COMMERCIAL AUTO**
**CA 21 38 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Limit Of Insurance: | $ SEE DECLARATIONS | Each "Accident" |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

    **a.** We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

    **b.** We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    **a.** The Named Insured and any "family members".

    **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 38 10 13          © Insurance Services Office, Inc., 2012          Page 1 of 4

   **c.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

   **d.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

**2.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

**2.** Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

   **a.** By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

   **b.** Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

   **c.** Under any automobile medical payments coverage.

**3.** In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**4.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

© Insurance Services Office, Inc., 2012

CA 21 38 10 13

**E. Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**b.** File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

**c.** Promptly send us copies of the legal papers if a "suit" is brought.

**3. Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

**(1)** Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

**(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

**(a)** Filed in a court of competent jurisdiction; and

**(b)** Not barred by the applicable state statute of limitations.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**4.** The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

**Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

 © Insurance Services Office, Inc., 2012 CA 21 38 10 13

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED AND UNDERINSURED MOTORISTS AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

**I.** Paragraph **E.5.d** is deleted and replaced in CA 21 30 Illinois Uninsured Motorists Coverage endorsement as follows:

**d.** If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law.

If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the minimum limit for bodily injury specified by the Illinois Safety Responsibility Law.

**II.** Paragraph **D.5.b.** is deleted and replaced in CA 21 53 Illinois Uninsured Motorists Coverage - Property Damage endorsement as follows:

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply.

If arbitration is not submitted to the American Arbitration Association, only a unanimous decision of all arbitrators will be binding.

If arbitration is submitted to the American Arbitration Association, and it involves three arbitrators, a decision agreed to by two of the arbitrators will be binding.

**III.** The Arbitration Condition is deleted from CA 21 38 Illinois Underinsured Motorists Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc with its permission.

CA-F-81 (IL) (10-13)         Policy Number: 0697157         Transaction Effective Date: 09-01-2021

Insured Copy

COMMERCIAL AUTO
CA 25 52 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION -
# LOCATIONS AND OPERATIONS MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **C. Locations And Operations Medical Payments** of **Section II - General Liability Coverages** does not apply and none of the references to it in the Coverage Form, Declarations or any endorsement attached to the Coverage Form apply.

**B.** The following is added to Paragraph **E. Supplementary Payments** of **Section II - General Liability Coverages:**

**6.** Expenses incurred by the "insured" for first aid administered to others at the time of an "accident" for "bodily injury" to which this insurance applies.

Insured Copy

<div align="right">
**COMMERCIAL AUTO**
**CA 25 65 10 13**
</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL BANKRUPTCY OR INSOLVENCY EXCLUSION FOR ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The provisions of the Coverage Form apply unless modified by the endorsement.

The **Bankruptcy Or insolvency** Exclusion contained in Paragraph **B. Exclusions** of **Section III - Acts, Errors Or Omissions Liability Coverages** is replaced by the following:

**9. Bankruptcy Or Insolvency**

Damages arising out of the:

**a.** Bankruptcy;

**b.** Financial inability to pay;

**c.** Insolvency;

**d.** Liquidation; or

**e.** Receivership;

of any insurance company, reinsurer or other risk-assuming entity in which the "insured" has placed or obtained insurance for a customer.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOT-FOR-PROFIT PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The AUTO DEALERS COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);

c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

### Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The General Liability Each Accident Limit and the General Liability Aggregate Limit shown on DECLARATIONS AUTO DEALERS COVERAGE FORM apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

CA-F-133.4 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 25 07 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOCATIONS AND OPERATIONS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** 09-01-2021 |

### SCHEDULE

| Locations And Operations Not Covered |
|---|
| ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS DOES NOT INCLUDE COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BULDING.<br>THIS DOES NOT INCLUDE BUILDINGS AND RELATED PREMISES FROM WHICH YOU CONDUCT BUSINESS OPERATIONS. |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The insurance does not apply to the locations or operations described in the Schedule.

© Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 23 85 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING
# NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

    **(1)** Use or threat of force or violence; or

    **(2)** Commission or threat of a dangerous act; or

    **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following apply:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

 © Insurance Services Office, Inc., 2013

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

COMMERCIAL AUTO
CA 25 37 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION - GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Section II - General Liability Coverages** is changed as follows:

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Paragraph **B. Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Fungi Or Bacteria Exclusion**

(1) "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

(2) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

**C.** As used in this endorsement:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © Insurance Services Office, Inc., 2011

<div align="right">
COMMERCIAL AUTO
CA 25 60 10 13
</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WORLDWIDE GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

With respect to **Section II - General Liability Coverages,** the **General Conditions** are changed as follows:

**A.** The **Policy Period, Coverage Territory** Condition is replaced by the following:

**7. Policy Period, Coverage Territory**

**a.** Under this Coverage Form, we cover:

**(1)** "Bodily injury" and "property damage" occurring; and

**(2)** "Personal and advertising injury" offenses committed;

during the policy period shown in the Declarations and within the coverage territory.

**b.** The coverage territory is anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**c.** If a "suit" is brought in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the "insured", the "insured" will initiate a defense of the "suit". We will reimburse the "insured", under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

**d.** If the "insured" becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the "insured's" behalf, we will reimburse the "insured" for such sums.

**e.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the "insured" became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**f.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**g.** The "insured" must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits, if applicable, due to payments of claims, judgments or settlements.

© Insurance Services Office, Inc., 2011

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **5.e.** of the **Other Insurance** Condition:

**(5)** If the "insured's" liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(6)** That is coverage required by law, regulation or other governmental authority in a part of the coverage territory that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

    © Insurance Services Office, Inc., 2011    CA 25 60 10 13

Insured Copy

COMMERCIAL AUTO
CA 99 03 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

 © Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

     © Insurance Services Office, Inc., 2011     CA 99 03 10 13

COMMERCIAL AUTO
CA 99 55 10 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY -
# BROADENED COVERAGE FOR COVERED AUTOS -
# AUTO DEALERS COVERAGE FORM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

**1.** Paragraph **(1)** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

**2.** With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **f. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **G.** of **Section V - Definitions** is replaced by the following:

**G.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

Insured Copy

COMMERCIAL AUTO
CA 23 44 11 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   **a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   **b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

CA 23 44 11 16 © Insurance Services Office, Inc., 2016 Page 1 of 2

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016 CA 23 44 11 16

Insured Copy

COMMERCIAL AUTO
CA 27 13 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION WITH HEMP EXCEPTION FOR GENERAL LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Section II - General Liability Coverages:**

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

   **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

   **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "accident" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

   **(1)** An "insured"; or

   **(2)** Any other person for whom you are legally responsible;

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

   **(1)** The "bodily injury" or "property damage" occurs;

   **(2)** The "accident" which caused the "bodily injury" or "property damage" takes place; or

   **(3)** The offense which caused the "personal and advertising injury" was committed;

**3.** "Personal and advertising injury" arising out of the following offenses:

   **a.** False arrest, detention or imprisonment; or

   **b.** The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

© Insurance Services Office, Inc., 2019

Insured Copy

**C.  Additional Definition**

As used in this endorsement:

"Cannabis":

1.  Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2.  Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

a.  Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

b.  Any compound, by-product, extract, derivative, mixture or combination, such as:

(1) Resin, oil or wax;

(2) Hash or hemp; or

(3) Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

 © Insurance Services Office, Inc., 2019 CA 27 13 12 19

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**Exclusion o. of SECTION II - GENERAL LIABILITY COVERAGE** is deleted, and replaced by the following, but only if a Liquor Liability Policy has been issued to you by us.

**o.   Liquor Liability**

"Bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**SECTION III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, A. Coverages** is removed and replaced by the following Coverage(s) that have a "X" indicated in the checkbox below:

**A.  COVERAGE**

[X] **1.**  Auto Dealer Extension Coverage

    **a.**  We will pay on your behalf all sums which you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto", during the policy period shown on the declarations, arising from your failure to comply with any Federal, state or local law which pertains to:

        **(1)**  Odometer readings; or

        **(2)**  Disclosure of "prior damage"; or

        **(3)**  The use of non-original equipment manufacturer parts; or

        **(4)**  Used Car Buyers Guide (white window sticker law) including federal regulation 455; or

        **(5)**  Manufacturer Certified Pre-Owned Sales of "Autos".

    **b.**  We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[ ] **2.**  Dealers' Insurance Agents' Errors and Omissions Insurance Coverage

    **a.**  We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, arising from any alleged or actual negligent "act, error or omission" in the conduct of your business as an auto physical damage, auto loan/lease gap, disability income, credit health insurance and/or credit life insurance agent.

    **b.**  We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from an error or omission by you in "extended warranty preparation".

    **c.**  We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

[X] **3.**  Truth In Lending and Leasing Liability Coverage

    **a.**  We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

    **b.**  We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute as a result of your sale of an "auto" or lease of an "auto" during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms for the purposes of purchasing or leasing any "auto" in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

    **c.**  We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)        Policy Number: 0697157        Transaction Effective Date: 09-01-2021

Insured Copy

[X] **4.** **Title Errors and Omissions Liability Coverage**

   **a.** We will pay on your behalf all sums you become legally obligated to pay as "damages" as a result of your sale or lease of an "auto", mobile equipment or watercraft during the policy period shown on the declarations, arising from any claim or suit resulting from any error or omission by you in "title paper preparation".

   **b.** We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate. Our duty to defend or settle ends when the applicable "Acts, Errors Or Omissions" Liability Limit of Insurance has been exhausted by payment of judgments or settlements.

**B.** **OTHER PROVISIONS**

The following portions of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** of the Coverage Form apply to this agreement; **B. Exclusions, C. Who Is An Insured, D. Supplementary Payments** and **E. Limits of Insurance**. In addition, **SECTION IV - CONDITIONS and SECTION V - DEFINITIONS** apply to this coverage form. No other sections or paragraphs of sections apply.

**C.** **EXCLUSIONS**

The following exclusions apply in addition to **Section III. ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES, B. Exclusions**, of the Coverage Form:

**1.** This insurance does not apply to "damages" arising solely from any advertising which does not comply with any laws listed in **A. COVERAGE** above.

**2.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding which has commenced or is pending prior to the effective date of this insurance, and also does not apply to any future "damages", loss, cost or expense arising out of said pending or prior litigation. This exclusion applies whether or not:

   **a.** "Damages" continue or progress during the period of this insurance; or

   **b.** Ultimate liability has been established; or

   **c.** The final amount of "damages", loss, cost or expense has been established.

**3.** This insurance does not apply to "damages", loss, cost or expense arising out of any claim, "suit", action, demand, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking "damages", which began prior to the inception date of this policy, and which is alleged to continue into the policy period. This exclusion applies whether or not:

   **a.** The "damage" or its cause was known to any insured before the inception date of this policy;

   **b.** Repeated or continued exposure to conditions causing such "damage" occurred during the policy period or caused additional "damages" during the policy period; or

   **c.** The insured's legal obligation to pay "damages" was established as of the inception date of this policy.

**D.** **LIMITS OF INSURANCE**

Item **E.1** of **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES** is removed and replaced by the following.

**1.** With respect to each of the Coverages provided in **A. COVERAGE** above, the per claim limit shown in the Declarations is the most we will pay for all "damages" in any single claim regardless of the number of:

   **a.** "Insureds"; or

   **b.** Claims made, suits or class action suits brought; or

   **c.** Persons or organizations making claims or bringing "suits"; or

   **d.** "Acts, errors or omissions"; or

   **e.** Coverages selected within this endorsement; or

   **f.** Policies issued to "you".

The "Acts, Errors Or Omissions" Liability Aggregate Limit shown in the Declarations is the most we will pay for all damages because of "acts, errors or omissions" under **Section III - ACTS, ERRORS OR OMISSIONS LIABILITY COVERAGES.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**E.  DEDUCTIBLE**

$ _____1,000_____ will be deducted on a per "auto" basis from the amount payable as "damages". We may pay all or any part of this deductible(s) amount in settlement of a claim. If we do, you agree to promptly reimburse us for the deductible amount(s) we pay.

**F.  ADDITIONAL DEFINITIONS**

1.  "Damages" means compensatory amounts awardable by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

2.  "Extended warranty preparation" means the preparation or completion of documents required for the purchase of an extended warranty program sold by you. "Extended warrant preparation" does not include liability arising out of your alleged failure to purchase, fund or secure the extended warranty. "Extended warranty preparation" also does not include liability solely arising out of a warranty company's failure or refusal to honor, enforce or pay benefits under a warranty agreement sold by you.

3.  "Title Paper Preparation" means the preparation of official title papers or Uniform Commercial Code forms for registering an "auto", mobile equipment or watercraft sold by you, including the designation of a lienholder who holds a financial interest in the "auto", mobile equipment or watercraft.

4.  "Act, error or omission" is redefined from **Section V - Definitions** to mean any actual or alleged negligent act, error or omission committed by an "insured" in the course of your "auto dealer operations" as defined under items **1., 2., 3.,** or **4.** listed under **A. COVERAGE.**

5.  "Prior damage" means physical damage sustained to the "auto" as a result of an accident prior to the date of the sale. "Prior damage" does not include damage resulting from wear and tear or mechanical breakdown other than damage directly related to an accident prior to the date of sale.

**G.  ADDITIONAL CONDITION**

You may not abandon an "auto" to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-149 (02-16)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATERCRAFT ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage, 1. Coverage:** The definition of "auto" is expanded to include watercraft for this **SECTION I, F., 1. Physical Damage Coverage.**

**II.** **SECTION II - GENERAL LIABILITY COVERAGES, A. Bodily Injury and Property Damage Liability, 1. Coverage:** The definition of "auto" applicable to this coverage only is expanded to include watercraft less than 50 feet long and not being used to carry persons or property for a charge.

**III.** **SECTION II - GENERAL LIABILITY COVERAGES** the following paragraphs are changed as follows:

**A.** Exclusions **A.2.h.** and **A.2.i** do not apply to "property damage" to:

your "products" or "work you performed"; if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

**B.** Deductible

Item **F.7.** is deleted and replaced by the following:

We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on a watercraft you sold, serviced or repaired.

We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**C.** Item **D. WHO IS AN INSURED** is amended to include any person or organization legally responsible for the use of any such watercraft you own, provided the actual use thereof is within the scope of your permission for its use.

**IV.** **SECTION V - DEFINITIONS** the following is changed:

**H.** "Customer's auto" is amended to also include watercraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-153 (08-17)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF AUTOS LOANED TO SCHOOL DISTRICTS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
AUTO MEDICAL PAYMENTS COVERAGE

**I.** **SECTION I - COVERED AUTOS COVERAGES** is changed as follows:

The following is added to **4.** Exclusions:

Any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training. However, if liability insurance has not been secured by the school district or has been cancelled or permitted to expire during the term of the loan agreement, liability insurance shall apply, except that the limit of liability insurance available to the school district or to persons driving with the permission of the school district shall be the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

The following is added to **3.** Exclusions:

We will not pay for "loss" caused by or resulting from any covered "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**III.** **AUTO MEDICAL PAYMENTS COVERAGE** is changed as follows:

The following is added to C. Exclusions:

"Bodily injury" sustained by anyone while occupying any "auto" while on loan to a school district under any agreement to provide "auto" for driver training.

**IV.** Exclusions Not Applicable:

The exclusions referred to in Parts I, II and III of this endorsement do not apply to you or your employees while an "auto" loaned to a school district is in your custody for service or repair or for pick up or delivery.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED AND RENTED AUTO EXCLUSION
## (UNINSURED AND UNDERINSURED MOTORISTS COVERAGE)

This endorsement modifies insurance provided under the following:

   AUTO DEALERS COVERAGE FORM

The following exclusion is added to the **Exclusions** of the Uninsured and Underinsured Motorists Coverage attached to this policy:

This insurance does not apply to any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-51 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED DEFENSE PROTECTION

This endorsement modifies insurance provided under the following form:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**Schedule**

| Limit of Insurance | | | Deductible |
|---|---|---|---|
| $    50,000 | **Per Customer Complaint Legal Defense Limit** | $    500,000  **Customer Complaint Legal Defense Aggregate Limit** | $   1,000 |

**A. Coverage**

1. We will pay for "defense expenses" incurred to defend an "insured" against a "customer complaint" to which this insurance applies. We will have the duty to defend any "insured" against a "customer complaint". However, we will have no duty to defend an "insured" against any "customer complaint" to which this insurance does not apply. We may investigate and settle any "customer complaint" as we consider appropriate. Any amounts used to settle any "customer complaint" will be considered a "defense expense"; however:

    **a.** The amount we will pay for "defense expenses" is limited as described in Paragraph **D.** Limit of Insurance; and

    **b.** Coverage for "defense expenses" ends when the applicable Limit of Insurance shown in the Schedule has been exhausted.

2. No other obligation to pay sums such as:

    **a.** Prejudgment or post judgment interest;

    **b.** Punitive damages;

    **c.** Civil or criminal fines; or

    **d.** Penalties imposed by law

    imposed on the "insured" is covered unless explicitly provided for in the definition of "defense expenses" contained in Paragraph **G.2.b.** of this endorsement.

3. This insurance applies only if the "customer complaint" is made within the coverage territory and during the policy period in accordance with Paragraph **A.4.**

4. A "customer complaint" will be deemed to have been made when notice of such "customer complaint" is received and recorded by any "insured" or by us, whichever comes first.

    A "customer complaint" received and recorded by the "insured" within 30 days after the end of the policy period will be considered to have been made within the policy period, if no subsequent insurance is available to cover "defense expenses" associated with such "customer complaint".

5. All "customer complaints" arising out of the sale, service, lease, rental or repair of the same "auto" will be deemed to have been made at the time the first of those "customer complaints" is made against any "insured".

Includes copyrighted material of Insurance Services Office, with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date:  09-01-2021

Insured Copy

**B. Exclusions**

1. This insurance does not apply to "defense expenses" incurred as a result of "customer complaints" arising out of:

   **a.** Accidents, Personal and Advertising Injury, Acts, Errors or Omissions And Loss

       **(1)** An "accident";

       **(2)** "Bodily Injury" or "Property Damage";

       **(3)** "Personal and advertising injury";

       **(4)** "Acts, errors or omissions"; or

       **(5)** "Loss" to an "auto" while the "insured" is attending, servicing, repairing, parking or storing it in your "auto dealer operations".

   **b.** Criminal, Fraudulent, Malicious, Dishonest or Intentional Acts.

   Any criminal, fraudulent, malicious, dishonest or intentional act, error or omission by an "insured" including the willful or reckless violation of any law or regulation. However, this exclusion does not apply to any "insured" who did not:

       **(1)** Personally commit;

       **(2)** Personally participate in;

       **(3)** Personally acquiesce to; or

       **(4)** Remain passive after having knowledge of;

   any such act, error or omission.

   **c.** Product Recall

   The loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

   **d.** Mechanical Breakdown or Warranty Agreements

   Any obligation under a warranty or mechanical breakdown agreement provided or sold by you.

   **e.** Pollutants

   Any suit due to the discharge, dispersal, seepage, migration release or escape of "pollutants".

   **f.** Workers Compensation or Disability Benefits

   Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.

**C. Who Is An Insured**

The following are "insured's" for Customer Complaint Legal Defense Coverage:

1. You.

2. Your partners and their spouses, if you are a partnership, but only with respect to the conduct of your "auto dealer operations".

3. Your members, if you are a limited liability company, but only with respect to the conduct of your "auto dealers operations". Your managers are also "insured's", but only with respect to their duties as your managers.

4. Your "executive officers" and directors, if you are an organization other than a partnership or limited liability company, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

5. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of employment by you or while performing duties related to the conduct of your "auto dealer operations".

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)      Policy Number: 0697157      Transaction Effective Date: 09-01-2021

Insured Copy

6.   Any "auto" dealership that is acquired or formed by you, other than a partnership or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that "auto" dealership. However:

   a.   Coverage under this provision is afforded only until the 90th day after you acquire or form the "auto" dealership or the end of the policy period, whichever is earlier; and

   b.   Coverage does not apply to "customer complaints" that were first made before you acquired or formed the "auto" dealership.

No person or organization is an "insured" with respect to the conduct of any current or past partnership or limited liability company that is not shown as a Named Insured in the Declarations.

**D.   Limit of Insurance**

1.   Regardless of the number of:

   a.   "Insureds";

   b.   "Customer complaints"; or

   c.   Person or organizations bringing "customer complaints";

the Customer Complaint Legal Defense Aggregate Limit shown in the Schedule is the most we will pay for all "defense expenses" because of "customer complaints" covered under this endorsement.

2.   Subject to the Customer Complaint Legal Defense Aggregate Limit described in Paragraph **D.1.**, the Per Customer Complaint Legal Defense Limit shown in the Schedule is the most we will pay for the sum of all "defense expenses" because of any one "customer complaint".

3.   All "customer complaints" arising out of the sale, service or repair of the same "auto" will be considered one "customer complaint" for the purposes of determining the "Per Customer Complaint" Legal Defense Limit.

4.   The Customer Complaint Legal Defense Aggregate Limit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Customer Complaint Legal Defense Aggregate Limit.

**E.   Deductible**

The deductible shown in the Schedule will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. This deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs or damages we incur.

**F.   Changes In Conditions**

For the purposes of the coverage provided by this endorsement, **Section IV - Conditions** is amended as follows:

1.   The **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition is replaced by the following:

   **Duties In The Event Of "Customer Complaint"**

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a.   In the event of a "customer complaint", you must:

      (1)   Promptly record the specifics of the "customer complaint" and the date received; and

      (2)   Notify us, in writing, as soon as practicable.

   b.   Additionally, you and any other involved "insured" must:

      (1)   Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

      (2)   Promptly send us copies of any request, demand, order, notice, summons or legal paper received concerning the "customer complaint";

      (3)   Cooperate with us in the investigation or settlement of the "customer complaint" or defense against the "customer complaint".

      (4)   Authorize us to obtain records and other pertinent information.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)               Policy Number: 0697157               Transaction Effective Date: 09-01-2021

Insured Copy

2.  The **Other Insurance** Condition is replaced by the following:

    **Other Insurance**

    This insurance is excess over any other collectible insurance providing "defense expenses" for "customer complaints".

3.  The **Policy Period, Coverage Territory** Condition is replaced by the following:

    **Policy Period, Coverage Territory**

    The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico; and

    **d.** Canada

4.  The following condition is added:

    **Transfer Of Duties When The Limit of Insurance Is Exhausted**

    **a.** If we defend the "insured" against a "customer complaint" and we conclude that, based on customer complaints" which have been reported to us and to which this insurance may apply, the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit is likely to be exhausted by the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

    **b.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted in the payment of "defense expenses", we will:

    **(1)** Notify the first Named Insured in writing, as soon as practicable, that the applicable Limit of Insurance has actually been exhausted, and that our duty to defend the "insured" against any "customer complaint" has ended;

    **(2)** Initiate, and cooperate in, the transfer of control to any appropriate "insured", of all "customer complaints" for which the duty to defend has ended for the reason described in Paragraph **F.4.b.** and which are reported to us before that duty to defend ended; and

    **(3)** Take such steps, as we deem appropriate, to continue the defense of such "customer complaints" until such transfer is completed, provided the appropriate "insured" is cooperating in completing such transfer.

    **c.** When the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit has actually been exhausted by the payment of "defense expenses", the first Named Insured, and any other "insured" involved in a "customer complaint" subject to these limits, must:

    **(1)** Cooperate in the transfer of control of "customer complaints".

    **d.** The first Named Insured will reimburse us as soon as practicable for all "defense expenses" we incur in taking those steps we deem appropriate in accordance with Paragraph **F.4.b.**

    The duty of the first Named Insured to reimburse us will begin on:

    **(1)** The date on which the Limit of Insurance is used up, if we sent notice in accordance with Paragraph **F.4.a.;** or

    **(2)** The date on which we sent notice in accordance with Paragraph **F.4.b.,** if we did not send notice in accordance with Paragraph **F.4.a.**

    **e.** The exhaustion of the Per Customer Complaint Legal Defense Limit or Customer Complaint Legal Defense Aggregate Limit by the payment of "defense expenses" and the resulting end or our duty to defend will not be affected by our failure to comply with any of the provisions of this condition.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**G. Definitions**

For the purposes of the coverage provided by this endorsement:

1. The definition of "suit" contained in **Section V - Definitions** is replaced by the following:

   "Suit means a civil proceeding in which damages because of a "customer complaint" to which this insurance applies are claimed. A class action "suit" is considered one "suit".

   "Suit" includes

   a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent;

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

2. The following definitions are added:

   a. "Customer complaint" means a claim or suit" made by or on behalf of your customer for damages as the result of the sale, service, lease, rental or repair of an "auto" in your "auto dealer operations".

   b. "Defense expenses" means payments allocated to a specific "customer complaint" we investigate or defend, including:

      (1) All expenses we incur.

      (2) All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the "customer complaint", including actual loss of earnings up to $250 a day because of time off from work.

      (3) All court costs taxed against the "insured" in any "customer complaint" against the "insured" we defend. However, these payments do not include attorney's fees or attorneys' expenses taxed against the "insured".

      (4) Any payments made to settle the customer complaint.

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

CA-F-76 (10-13)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AUTO MEDICAL PAYMENTS AMENDMENT**
**(REINSTATEMENT OF SUBROGATION CONDITION)**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

Item **1.** of Paragraph **E.** is deleted from the Auto Medical Payments Coverage CA 99 03 attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEASED OR RENTED AUTO EXCLUSION AMENDMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I.** **SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage** is changed as follows:

Exclusion **4.g.** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

**II.** **SECTION I - COVERED AUTOS COVERAGES, F. Physical Damage Coverage** is changed as follows:

EXCLUSION **3.b(1)** does not apply to:

**(a)** a covered "auto" you rent to one of your customers while the customer is awaiting delivery of an "auto" following completion of a written purchase agreement with you; or

**(b)** you or your "employees" while a leased or rented "auto" is in your custody for service or repair or for pick up or delivery in connection with lease, rental, service or repair.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA-F-91 (10-13)　　　　　Policy Number: 0697157　　　　　Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## THREE WHEELED AUTO EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

The following is added to **SECTION II - GENERAL LIABILITY COVERAGES** item **A.2. Exclusions and B.2. Exclusions:**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" caused from your manufacture, assembly or alteration of any three wheeled "auto" or the manufacture, assembly or alteration of any three wheeled "auto" by others at your direction.

However, this exclusion does not apply when:

    **a.**    the only assembly you complete, or completed by others at your direction, consists of the attachment of component parts to a factory built three wheeled "auto" to prepare the three wheeled "auto" for sale, or

    **b.**    the "bodily injury", "property damage", or "personal and advertising injury" is caused from your service or repair of a three wheeled "auto".

A three wheeled "auto" as described above does not include a motorcycle with a sidecar attached.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - AUTO SUBSCRIPTION SERVICES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART

1. **D. SECTION I - COVERED AUTOS COVERAGES, D. Covered Autos Liability Coverage, 4. Exclusions, g. Leased Autos** is deleted and replaced with the following:

   **g. Leased Autos**

   Any covered "auto" while:

   **(1)** Leased or rented to others; or

   **(2)** Leased, rented, or otherwise provided to others under an auto subscription service or agreement.

   But this exclusion does not apply to a covered "auto" you provide to one of your customers while their "auto" is left with you for service or repair.

CA-F-156 (07-19)          Policy Number: 0697157          Transaction Effective Date: 09-01-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PRODUCTS, GARAGEKEEPERS AND FAULTY REPAIR COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

**I. SECTION II - GENERAL LIABILITY COVERAGES** is changed as follows:

**A.** Exclusions **A.2.h** and **A.2.i.** do not apply to "property damage" to:

your "products" or "work you performed";

if the "property damage" occurs away from premises you own or rent and arises out of "products" or "work you performed" after you have relinquished possession thereof to your customer; except, no "property damage" applies when the only physical injury is a particular part of your "products" that must be repaired or replaced because of a deficiency or inadequacy.

**B.** Deductible

**1.** Item **F.7.** is deleted and replaced by the following:

We will deduct _____$2,500_____ from any sums payable as damages in any "accident" because of "property damage" resulting from or arising out of your "products" or "work you performed" on an "auto" you sold, serviced or repaired.

We may, at our discretion, pay all of any portion of this deductible to settle a claim. You agree to promptly reimburse us up to the deductible amount we pay. If any other "property damage" deductible applies to a loss, we will apply whichever deductible is most specific to the loss.

**II. SECTION I - COVERED AUTOS COVERAGES, E - Garagekeepers Coverage** is changed as follows:

**A.** Exclusions **4.a(3)** and **4.a(4)** do not apply to:

**1.** Defective parts or materials; or

**2.** Faulty "work you performed".

**B.** Deductible

**1.** The Garagekeepers Coverage deductible listed in the Declarations for Comprehensive or Specified Causes of Loss Coverage does not apply to coverage as a result of this endorsement.

**2.** We will deduct _____$2,500_____ from any amount payable as damages as a result of this endorsement.

You agree to promptly reimburse us for the deductible amount we pay.

WHAT WE WILL PAY

We will pay ____100____ percent of the usual and customary charges of repairs (for both labor and parts) you perform on any "loss" to an "auto" repaired or serviced by your "auto dealer operations" resulting from your faulty work.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES -
# AUTO DEALERS COVERAGE FORM

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraphs **2.b.(3)** and **2.b.(4)** of the **Who Is An Insured** provision do not apply.

2. The **Limit Of Insurance - Covered Autos Liability** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   **a.** $25,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **4.c.** of the **Limits Of Insurance** provision is replaced by the following:

   **c.** We may deduct for betterment if:

   **(1)** The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   **(2)** The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The following is added to the **Other Insurance** Condition:

1. Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

   **a.** The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

   **b.** The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.a.** while your "auto" is being repaired or evaluated; and

   **c.** The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   **(1)** $100,000 for "bodily injury" to any one person caused by any one "accident";

   **(2)** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **(3)** $50,000 for "property damage" caused by any one "accident".

2. If you are a new or used vehicle dealership, Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you own or hold for sale or lease, which is operated by an "insured" with your permission while such "insured's" auto is being repaired or evaluated, is excess over any other collectible insurance if such "insured" has liability insurance providing limits of at least:

   **a.** $100,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $50,000 for "property damage" caused by any one "accident".

 © Insurance Services Office, Inc., 2014

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

**e.** Anywhere in the world if:

(1) A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL AUTO
CA 02 70 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

**2.** When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

  **a.** Nonpayment of premium.

  **b.** The Policy was obtained through a material misrepresentation.

  **c.** Any "insured" has violated any of the terms and conditions of the Policy.

  **d.** The risk originally accepted has measurably increased.

  **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

  **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

**3.** If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

**4.** If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

  **a.** 60 days or less, we will mail you at least 30 days' written notice.

  **b.** 61 days or more, we will mail you at least 60 days' written notice.

**5.** If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**7.** Our notice of cancellation will state the reason for cancellation.

**8.** We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

**9.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

Insured Copy

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

Insured Copy

4-972 BRADLEY G FUTIA

**FEDERATED INSURANCE** ®

**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN 55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109

Policy Effective 09-01-2021

## Auto Dealer Revisions

**Add Driver Excluded**

TYLER HAGGLUND
2873 MAPLEWOOD DR
MAPLEWOOD MN 55109
Excluded Driver - Previously Signed

**Add Form(s)**

CA-F-83 (10-13) Driver Excluded

No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY             PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)     Policy Number: 0697157     Transaction Effective Date: 10-04-2021
                        Issue Date: 10-07-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DRIVER EXCLUDED**

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person     TYLER HAGGLUND
_____

Previously Signed On File
_____
Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
Signature of Authorized Representative of the Named Insured

Date _____

Account Number  167-573-5

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Common Declarations Revisions

Add Additional Named Insured(s)

    MIDWEST AUTO SHIELD, INC
    2873 MAPLEWOOD DR N
    SAINT PAUL,MN
    55109
    Additional Named Insured

No Endorsement Charge

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  09-23-2021
                             Issue Date:  11-09-2021

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Common Declarations Revisions

Add Form(s)

      IL 00 21 (09-08) Nuclear Energy Liability Exclusion Endorsement
(Broad Form)
IL 01 62 (10-13) Illinois Changes - Defense Costs

      No Common Declarations Charge

Continued on Next Page

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  02-17-2022
Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Business Auto Coverage Part

Add Declarations Page Symbol(s)

    Comprehensive Coverage
    All States
    Current Symbol(s):  2A

Add Declarations Page Symbol(s)

    Collision Coverage
    All States
    Current Symbol(s):  2A

Add Commercial Vehicle                    Additional Premium:  $245
Add Collision Coverage
Add Comprehensive Coverage

    Vehicle #:  1
    2011 GMC SIER PLOW                  VIN:  1GTN2VE00BZ167916
        ELGIN-COOK, IL 60123
    Type:  Commercial Auto
    Class:  03499                      Cost New:  $30,995
    Collision Deductible:  $1,000
    Comprehensive Deductible:  $1,000

Continued on Next Page

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  02-17-2022
                             Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective       09-01-2021

## Business Auto Revisions

```
Add Commercial Vehicle              Additional Premium:  $275
Add Comprehensive Coverage
Add Collision Coverage

     Vehicle #:  2
     2011 HOND ODYSSEY            VIN:  5FNRL5H96BB053109
        CRYSTAL LAKE-MCHENRY, IL 60014
        Type:  Commercial Auto
        Class:  03499          Cost New:  $43,250
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000
Add Commercial Vehicle              Additional Premium:  $307
Add Comprehensive Coverage
Add Collision Coverage

     Vehicle #:  3
     2015 NISS NV2500             VIN:  1N6BF0LY0FN803912
        CRYSTAL LAKE-MCHENRY, IL 60014
        Type:  Commercial Auto
        Class:  03499          Cost New:  $29,790
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000
```

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)      Policy Number:  0697157       Transaction Effective Date:  02-17-2022
                         Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective        09-01-2021

## Business Auto Revisions

```
Add Commercial Vehicle              Additional Premium:  $183
Add Comprehensive Coverage
Add Collision Coverage

     Vehicle #:  4
     2009 CHEV SILV PLOW              VIN:  1GCHK44K69E134284
        CRYSTAL LAKE-MCHENRY, IL 60014
        Type:  Commercial Auto
        Class:  03499             Cost New:  $28,065
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000
Add Commercial Vehicle              Additional Premium:  $346
Add Comprehensive Coverage
Add Collision Coverage

     Vehicle #:  5
     2015 RAM 2500 PLOW               VIN:  3C6MR5AJ7EG202484
        CRYSTAL LAKE-MCHENRY, IL 60014
        Type:  Commercial Auto
        Class:  03499             Cost New:  $32,535
        Collision Deductible:  $1,000
        Comprehensive Deductible:  $1,000
```

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Policy Effective       09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $202
Add Collision Coverage
Add Comprehensive Coverage

    Vehicle #:  6
    2011 CHEV SILV PLOW                 VIN:  1GCEK19J18Z230185
       CRYSTAL LAKE-MCHENRY, IL 60014
       Type:  Commercial Auto
       Class:  03499           Cost New:  $27,695
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $584
Add Comprehensive Coverage
Add Collision Coverage

    Vehicle #:  7
    2020 RAM PLOW TRUCK                 VIN:  3C63R3AJ7LG254971
       CRYSTAL LAKE-MCHENRY, IL 60014
       Type:  Commercial Auto
       Class:  03499           Cost New:  $37,995
       Collision Deductible:  $1,000
       Comprehensive Deductible:  $1,000

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (IL) (09-99)          Policy Number:  0697157          Transaction Effective Date:  02-17-2022
                  Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Commercial Vehicle                    Additional Premium:  $474
Add Collision Coverage
Add Comprehensive Coverage

     Vehicle #:  8
     2017 RAM SALT TRUCK              VIN:  1C6RR7FTXHS829298
     CRYSTAL LAKE-MCHENRY, IL 60014
     Type:  Commercial Auto
     Class:  03499             Cost New:  $35,845
     Collision Deductible:  $1,000
     Comprehensive Deductible:  $1,000

Add Commercial Vehicle                    Additional Premium:  $62
Add Collision Coverage
Add Comprehensive Coverage

     Vehicle #:  9
     2020 UNKN TRLR                  VIN:  2581750
     CRYSTAL LAKE-MCHENRY, IL 60014
     Type:  Commercial Traile
     Class:  68499             Cost New:  $5,000
     Collision Deductible:  $1,000
     Comprehensive Deductible:  $1,000

Continued on Next Page
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**              **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  02-17-2022
                            Issue Date:  03-18-2022

Insured Copy

4-972 BRADLEY G FUTIA



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED SERVICE INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN  55109

Policy Effective        09-01-2021

## Business Auto Revisions

Add Form(s)

        CA 00 01 (10-13) Business Auto Coverage Form
        CA 01 20 (01-15) Illinois Changes
        CA 01 21 (10-13) Limited Mexico Coverage
        CA 02 70 (01-18) Illinois Changes - Cancellation And Nonrenewal
        CA 23 44 (11-16) Public or Livery Passenger Conveyance Exclusion
        CA 23 85 (10-13) Exclusion of Terrorism Involving Nucl, Bio, or Chem
        Terrorism
        CA-F-1 (01-17) Declarations - Business Auto Coverage
        CA-F-115 (10-13) Limited Worldwide Coverage for Hired Autos
        CA-F-118 (11-01) Summary of State Minimum Auto Liability Limits
        CA-F-124 (10-13) Crane Load Capacity Exclusion
        CA-F-5 (04-19) Business Auto Amendatory Endorsement
        CA-F-70 PT.1 (11-01) Automobile Schedule - Part 1
        CA-F-83 (10-13) Driver Excluded

                    Total Business Auto Charge      $2,678
            Additional Certified Acts of Terrorism Premium      $6

        Additional Certified Acts of Terrorism Premium Total      $6

                    Total Endorsement Charge      $2,684

                This will appear on your next bill

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured. The above changes to your policy have been made. All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions, please contact your Producer.

IL-F-4 (IL) (09-99)        Policy Number:  0697157        Transaction Effective Date:  02-17-2022
                Issue Date:  03-18-2022

Insured Copy

IL 00 21 09 08

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION
# ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

Insured Copy

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007
IL 00 21 09 08

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011

Insured Copy

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** - Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013

Insured Copy



**FEDERATED SERVICE INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

## DECLARATIONS
## BUSINESS AUTO COVERAGE PART

**ITEM ONE** - NAMED INSURED and Address - Refer to COMMON POLICY DECLARATIONS

**ITEM TWO** - SCHEDULE OF COVERAGES AND COVERED AUTOS

This coverage part provides only those coverages for which an "X" is shown in the Coverages Provided Column below. Each of these coverages will apply to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTOS (Entry of one or more symbols shows which "autos" are covered "autos") | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | COVERAGES PROVIDED |
|---|---|---|---|
| Covered Autos Liability | | | |
| Personal Injury Protection (or equivalent No-fault coverage) | | Separately stated in each P.I.P. Endorsement | |
| Added Personal Injury Protection or (or equivalent No-fault coverage) | | Separately stated in each Added P.I.P. Endorsement | |
| Property Protection Insurance (Michigan only) | | Separately stated in the P.P.I. Endorsement $       Deductible (Nil if nothing shown) | |
| Auto Medical Payments | | | |
| Uninsured Motorists | | | |
| Underinsured Motorists | | | |
| Physical Damage Comprehensive Coverage | 2A | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto", but no deductible applies to "loss" caused by fire or lightning. | X |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| Physical Damage Collision Coverage | 2A | Actual Cash Value or Cost of Repair, whichever is less, minus the deductible stated in the auto schedule for each covered "auto". | X |

**DESCRIPTION OF ADDITIONAL COVERED AUTO DESIGNATION SYMBOLS**

Symbol 10 =

Symbol 11 =

Symbol 12 =

Symbol 13 =

CA-F-1 (01-17)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

**ITEM THREE** **- SCHEDULE OF COVERED "AUTOS" YOU OWN - REFER TO AUTO SCHEDULE**

**ITEM FOUR** **- SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUM - LIABILITY INSURANCE**

| State | Estimated Cost of Hire For Each State | Rate Per Each $100 Cost of Hire |
|---|---|---|
| | | |

Cost of hire means the total amount you incur for the hire of "autos" you do not own (not including "autos" you borrow or rent from your employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY:**

| Rating Basis - Number of Employees: |
|---|

**FORMS AND ENDORSEMENTS APPLICABLE:**

**\*\*SEE SCHEDULE ATTACHED\*\***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-1 (01-17)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Declarations - Business Auto Coverage | CA-F-1 (01-17) |
| Automobile Schedule - Part 1 | CA-F-70 PT.1 (11-01) |
| Business Auto Coverage Form | CA 00 01 (10-13) |
| Driver Excluded | CA-F-83 (10-13) |
| Exclusion of Terrorism Involving Nucl, Bio, or Chem Terrorism | CA 23 85 (10-13) |
| Public or Livery Passenger Conveyance Exclusion | CA 23 44 (11-16) |
| Limited Worldwide Coverage for Hired Autos | CA-F-115 (10-13) |
| Illinois Changes | CA 01 20 (01-15) |
| Limited Mexico Coverage | CA 01 21 (10-13) |
| Summary of State Minimum Auto Liability Limits | CA-F-118 (11-01) |
| Crane Load Capacity Exclusion | CA-F-124 (10-13) |
| Business Auto Amendatory Endorsement | CA-F-5 (04-19) |
| Illinois Changes - Cancellation And Nonrenewal | CA 02 70 (01-18) |

Insured Copy

## FEDERATED SERVICE INSURANCE COMPANY

### AUTOMOBILE SCHEDULE - Part 1

| Vehicle Number | Year, Make, Size Gallonage and Body type | Vehicle ID Number | R | See Key Below G B A W U M | Bus. to Use Work | Cost New | Age Grp/ Symb | Comp Ded | Coll Ded | Spec Causes | Garaging Location & ZIP Code and/or Assigned Driver & Birthdate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COMMERCIAL VEHICLES | PRIVATE PASSENGER Miles | | RATING FACTORS | | | | |
| 1 | 2011 GMC SIER PLOW | 1GTN2VE00BZ167916 | L | Li C | | 30,995 | 11 | 1,000 | 1,000 | | ELGIN-COOK IL 60123 |
| 2 | 2011 HOND ODYSSEY | 5FNRL5H96BB053109 | L | Li C | | 43,250 | 11 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 3# | 2015 NISS NV2500 | 1N6BF0LY0FN803912 | L | Li C | | 29,790 | 7 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 4 | 2009 CHEV SILV PLOW | 1GCHK44K69E134284 | L | Li C | | 28,065 | 13 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 5# | 2015 RAM 2500 PLOW | 3C6MR5AJ7EG202484 | L | Li C | | 32,535 | 7 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 6 | 2011 CHEV SILV PLOW | 1GCEK19J18Z230185 | L | Li C | | 27,695 | 11 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 7# | 2020 RAM PLOW TRUCK | 3C63R3AJ7LG254971 | L | Li C | | 37,995 | 2 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 8# | 2017 RAM SALT TRUCK | 1C6RR7FTXHS829298 | L | Li C | | 35,845 | 5 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |
| 9# | 2020 UNKN TRLR | 2581750 | L | | | 5,000 | 2 | 1,000 | 1,000 | | CRYSTAL LAKE-MCHENRY IL 60014 |

# - This Vehicle ID number is incorrect. Please send us the correct Vehicle ID number to ensure proper identification of your vehicle.

| R - Radius of Operation | GW - Gross Weight | BU - Business Use Class | AM - Annual Mileage |
|---|---|---|---|
| L - Local up to 50 miles   I - Intermediate 51 to 200 miles D - Long Distance over 200 miles | Li - Light   M - Medium   H - Heavy   E - Extra Heavy | S - Service   R - Retail   C - Commercial | in Thousands (Truck Tractor only) |

<div align="right">
COMMERCIAL AUTO
CA 00 01 10 13
</div>

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

          This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011    CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

 © Insurance Services Office, Inc., 2011

Insured Copy

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces receives or transmits audio, visual or data signals in any one "loss" is $1,000 if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1) How, when and where the "accident" or "loss" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

4. **Loss Payment - Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011 CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraphs **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

   **(1)** Snow removal;

   **(2)** Road maintenance, but not construction or resurfacing; or

   **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person       DANIEL PAUL
_____

                      Previously Signed On File
_____
                           Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File
_____
                   Signature of Authorized Representative of the Named Insured

Date _____

Account Number  167-573-5_____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      MISAEL BIBRIESCAS-CHAVEZ _____

Previously Signed On File _____

Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File _____

Signature of Authorized Representative of the Named Insured

Date _____

Account Number   167-573-5 _____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DRIVER EXCLUDED

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM

The person designated below is excluded from any coverage provided under this policy or any renewal or replacement thereof when operating, driving or using motor vehicle designed for travel on public roads. This coverage exclusion is applicable to all insureds of this policy when the excluded person is operating, driving or using any motor vehicle designed for travel on public roads.

We shall not be liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use by the excluded person of any motor vehicle designed for travel on public roads, whether or not the operation, driving or use was with the express or implied permission of a person insured under this policy.

Excluded Person      TYLER HAGGLUND _____

                 Previously Signed On File _____
                                  Signature of Excluded Person

I accept this endorsement and acknowledge that the Named Insured may be held liable for "accidents", damages, "losses" or claims arising out of the operation, driving or use of any motor vehicle designed for travel on public roads by the excluded person.

Accepted by the Named Insured    Previously Signed On File _____
                                     Signature of Authorized Representative of the Named Insured

Date _____

Account Number   167-573-5 _____

Named Insured
MCDANIELS AUTO MANAGEMENT
COMPANY
2873 MAPLEWOOD DR
MAPLEWOOD MN   55109

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-83 (10-13)

COMMERCIAL AUTO
CA 23 85 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss, or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

Insured Copy

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1.  If Uninsured and/or Underinsured Motorists Coverage is attached, and:

    a.  Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

    b.  Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2.  **Public Or Livery Passenger Conveyance**

    This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1.  If Personal Injury Protection, no-fault or other similar coverage is attached, and:

    a.  Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

    b.  Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

© Insurance Services Office, Inc., 2016

Insured Copy

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Occupying" means in, upon, getting in, on, out or off.

**2.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016   CA 23 44 11 16

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SECTION IV - BUSINESS AUTO CONDITIONS of the Business Auto Coverage Form** and **SECTION IV - CONDITIONS of the Auto Dealers Coverage Form** are changed as follows:

Condition **B.7(5).** is changed to read as follows:

e. Anywhere in the world if:

  (1) A covered "auto" of the private passenger type, pick-up truck or van with a gross vehicle weight of 10,000 pounds or less is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

  (2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL AUTO
CA 01 20 01 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision does not apply.

2. The **Limit Of Insurance** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **3.** of the **Limits Of Insurance** provision is replaced by the following:

3. We may deduct for betterment if:

   a. The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   b. The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by the addition of the following:

Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.** while your "auto" is being repaired or evaluated; and

3. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $50,000 for "property damage" caused by any one "accident".

Insured Copy

POLICY NUMBER: 0697157

COMMERCIAL AUTO
CA 01 21 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

### SCHEDULE

| Mexico Coverage | $ INCLUDED | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   a. "Accidents" or "losses" occurring within 25 miles of the United States border; and

   b. Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

CA 01 21 10 13        © Insurance Services Office, Inc., 2011        Page 1 of 1

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUMMARY OF STATE MINIMUM AUTO LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in the state shown below, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following schedule displays, by state, the minimum auto liability limits required under the state's financial responsibility or compulsory liability insurance law.

Limits shown below apply to the particular state's financial responsibility, compulsory liability, minimum limits or similar language in regards to auto liability. These limits are subject to change according to state law mandate.

### SCHEDULE

| | Minimum Liability Limits | |
|---|---|---|
| State | Split Limits [a] | Combined [b] |
| Alabama | 25/50/25 | 75,000 |
| Alaska | 50/100/25 | 125,000 |
| Arizona | 25/50/15 | 65,000 |
| Arkansas | 25/50/25 | 75,000 |
| California | 15/30/5 | 35,000 |
| Colorado | 25/50/15 | 65,000 |
| Connecticut | 25/50/25 | 75,000 |
| Delaware | 25/50/10 | 60,000 |
| Dist. of Columbia | 25/50/10 | 60,000 |
| Florida | 10/20/10 | 30,000 |
| Georgia | 25/50/25 | 75,000 |
| Hawaii | 20/40/10 | 50,000 |
| Idaho | 25/50/15 | 65,000 |
| Illinois | 25/50/20 | 70,000 |
| Indiana | 25/50/25 | 75,000 |
| Iowa | 20/40/15 | 55,000 |
| Kansas | 25/50/25 | 75,000 |
| Kentucky | 25/50/10 | 60,000 |
| Louisiana | 15/30/25 | 55,000 |
| Maine | 50/100/25 | 125,000 |
| Maryland | 30/60/15 | 75,000 |
| Massachusetts | 20/40/5 | 45,000 |
| Michigan | 50/100/10 | 110,000 |
| Minnesota | 30/60/10 | 70,000 |
| Mississippi | 25/50/25 | 75,000 |
| Missouri | 25/50/10 | 60,000 |

Page 1 of 2

Includes copyrighted material of Insurance Services Office Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

| State | Minimum Liability Limits | |
| --- | --- | --- |
| | Split Limits [a] | Combined [b] |
| Montana | 25/50/20 | 70,000 |
| Nebraska | 25/50/25 | 75,000 |
| Nevada | 25/50/20 | 70,000 |
| New Hampshire | 25/50/25 | 75,000 |
| New Jersey | 15/30/5 | 35,000 |
| New Mexico | 25/50/10 | 60,000 |
| New York | 25/50/10 | 60,000 |
| | Wrongful Death 50/100 | |
| North Carolina | 30/60/25 | 85,000 |
| North Dakota | 25/50/25 | 75,000 |
| Ohio | 25/50/25 | 75,000 |
| Oklahoma | 25/50/25 | 75,000 |
| Oregon | 25/50/20 | 70,000 |
| Pennsylvania | 15/30/5 | 35,000 |
| Rhode Island | 25/50/25 | 75,000 |
| South Carolina | 25/50/25 | 75,000 |
| South Dakota | 25/50/25 | 75,000 |
| Tennessee | 25/50/15 | 65,000 |
| Texas | 30/60/25 | 85,000 |
| Utah | 25/65/15 | 80,000 |
| Vermont | 25/50/10 | 60,000 |
| Virginia | 25/50/20 | 70,000 |
| Washington | 25/50/10 | 60,000 |
| West Virginia | 25/50/25 | 75,000 |
| Wisconsin | 25/50/10 | 60,000 |
| Wyoming | 25/50/20 | 70,000 |

a. Split Limits are in thousands. The first number shown is the per person bodily injury limit; the second number is the per accident bodily injury limit; and the third number is the per accident property damage limit.

b. Combined single limit of insurance is the most an insurer will pay in any one accident regardless of the components (bodily injury, property damage) of the loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-118 (11-01)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CRANE LOAD CAPACITY EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

The following EXCLUSION is added to PHYSICAL DAMAGE COVERAGE:

We will not pay for "loss" caused by the weight of a load exceeding the registered lifting or supporting capacity of any "crane".

**Additional Definitions:**

As used in this endorsement:

"Crane" means a vehicle and/or machine used for lifting, shifting, lowering and/or moving heavy objects or materials by means of a projecting swinging arm or hoisting apparatus.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission

CA-F-124 (10-13)         Policy Number: 0697157         Transaction Effective Date: 02-17-2022

Insured Copy

**FEDERATED SERVICE INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS AUTO AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

A.  **SECTION I - COVERED AUTOS** is changed as follows:

   **1.**  All references in this Section to **Symbol 2** are changed as follows:

      **2A = Owned "autos" only.** Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" whose ownership you acquire after the policy begins.

      **2B = Owned "autos" other than "trailers" you own.** Only those "autos" you own other than "trailers", including such "autos" whose ownership you acquire after the policy begins.

      **2C = Owned "trailers" only.** Only the "trailers" you own, including those whose ownership you acquire after the policy begins.

   **2.**  All references in this Section to **Symbol 3** are changed as follows:

      **3A = Owned private passenger "autos" only.** Only the private passenger "autos" you own. This includes those private passenger "autos" whose ownership you acquire after the policy begins.

      **3B = Owned private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight only.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

   **3.**  All references in this Section to **Symbol 4** are changed as follows:

      **4A = Owned "autos" other than private passenger "autos" only.** Only those "autos" you own which are not of the private passenger types (and for Covered Autos Liability Coverage any "trailer" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type, whose ownership you acquire after the policy begins.

      **4B = Owned "autos" other than private passenger "autos" and pickups, panels and vans less than 10,000 pounds gross vehicle weight.** Only "autos" of the described types you own, including "autos" of the described types whose ownership you acquire after the policy begins (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units of the described types you own).

   **4.**  Paragraph **C.3.** is deleted and the following is substituted therefor:

      **3.**  Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" which is out of normal use because of its:

         **a.**  breakdown;

         **b.**  repair;

         **c.**  servicing;

         **d.**  "loss"; or

         **e.**  destruction

      All coverages applicable to the temporary substitute "auto" are the same coverages which are applicable to the covered "auto" which is out of service, including Physical Damage coverage.

   **5.**  Wherever the terms "owned autos" or "covered autos you own" are used in this coverage form, except in **SECTION IV - BUSINESS AUTO CONDITIONS B.5. Other Insurance,** these terms shall include within their meaning:

      Any "auto" leased to you under a written lease agreement which provides for your exclusive use of the "auto" for a period of not less than 6 consecutive months.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)        Policy Number: 0697157        Transaction Effective Date: 02-17-2022

Insured Copy

**B. SECTION II - COVERED AUTOS LIABILITY COVERAGE** is changed as follows:

1. The following paragraph is added to Section **A.1** Who is an insured:

    d. Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

        i. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

        ii. Coverage under this provision does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

2. Exclusion **B.5. Fellow Employee** is deleted.

**C. SECTION III- PHYSICAL DAMAGE COVERAGE** is changed as follows:

1. The phrase "its equipment" in paragraph **A.1.** is defined to mean, subject to the **Exclusions,** the following:

    a. Permanently installed parts and accessories in or on the "auto" including detachable special purpose body attached to or removed from your covered "auto".

    b. Contents kept in the covered "auto" which are normally factory installed or are common to the "auto's" operation. Examples of covered contents include such items as: car jack, floor mats, spare tire and tire chains.

2. **COVERAGE A.2. Towing** is deleted.

3. Paragraph **4.a. Transportation Expenses** is deleted and replaced by the following:

    a. **Transportation Expenses**

        We will pay up to $50 per day up to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for it's "loss".

4. The following is added to **4. Coverage Extensions:**

    c. **Hired Auto Physical Damage**

        If hired "autos" are covered "autos" for Liability Coverage, but not covered "autos" for Physical Damage, and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

        i. The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lessor of:

            a) $100,000

            b) The actual cash value of the damaged or stolen "auto"

            c) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality

        ii. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

        iii. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

        iv. A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

        v. This Coverage Extension does not apply to:

            a) Any "auto" that is hired, rented or borrowed with a driver, or

            b) Any "auto" that is hired, rented or borrowed from your "employee".

5. The following is added to **D. Deductible**

    No deductible applies to glass damage if the glass is repaired rather than replaced.

**D. SECTION IV BUSINESS AUTO CONDITIONS** is changed as follows:

1. The following is added to paragraph **B.2. Concealment, Misrepresentation or Fraud:**

    The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

    **a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

    **b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**E.** **SECTION V - DEFINITIONS** is changed as follows:

    **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person.

**F.** If you have both Equipment Dealers Stock Floater Coverage and Garagekeepers Coverage issued by us, the definition of "customer's auto" as it applies to the **GARAGEKEEPERS COVERAGE** endorsement is changed to read as follows:

"Customer's auto" means a land motor vehicle, "trailer" or semi- trailer designed for use on public roads lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households who pay for services performed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CA-F-5 (04-19)          Policy Number: 0697157          Transaction Effective Date: 02-17-2022

Insured Copy

COMMERCIAL AUTO
CA 02 70 01 18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

2. When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

   **a.** Nonpayment of premium.

   **b.** The Policy was obtained through a material misrepresentation.

   **c.** Any "insured" has violated any of the terms and conditions of the Policy.

   **d.** The risk originally accepted has measurably increased.

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

   **a.** 60 days or less, we will mail you at least 30 days' written notice.

   **b.** 61 days or more, we will mail you at least 60 days' written notice.

5. If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

9. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

Insured Copy

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 © Insurance Services Office, Inc., 2017 CA 02 70 01 18

# EXHIBIT I

Hearing Date: 5/17/2023 9:30 AM
Location: Court Room 2301
Judge: Quish, Clare J

FILED
1/17/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH00410
Calendar, 14
21047690

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

TERRI SNYDER individually and on behalf of other persons similarly situated,

        Plaintiff,

v.

BRILLIANCE MOTOR SALES, INC.
        Defendant.

Case No. 2023CH00410

CLASS ACTION COMPLAINT

Plaintiff Terri Snyder files the following Class Action Complaint against Defendant Brilliance Motor Sales, Inc.:

## NATURE OF THE ACTION

1. This is an action by Terri Snyder ("Plaintiff"), individually and on behalf of other persons similarly situated ("class members") to obtain statutory damages and other equitable relief under the Illinois Biometric Information Privacy Act ("BIPA" or "the Act").

2. Plaintiff and class members are subject to the unlawful biometric scanning and storage practices of Defendant, Brilliance Motor Sales, Inc. ("Defendant").

3. As past and present employees of Defendant, Plaintiff and class members were required to provide it with their personalized biometric identifiers and the biometric information derived therefrom ("biometric data"). Specifically, Defendant collects and stores its employees' fingerprints and requires all the employees to clock-in and clock-out by scanning their fingerprints into a fingerprint-scanning machine.

4. Following the capture of their employees' biometric data, Defendant uses this data to compare the future scans of their employees' fingerprints into a punch-clock device. The punch-clock device scans each fingerprint and confirms that the employee punching in to work is who

1

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

they claim to be. The collection of the punch-clock fingerprint entries is then used to confirm employees' presence.

5.      Plaintiff and class members have not been notified where their fingerprints are being stored, for how long Defendant will keep the fingerprints, and what might happen to this valuable information.

6.      The State of Illinois recognized the value and importance of preserving people's biometric data when it passed the Illinois Biometric Information Privacy Act.

7.      Unlike other forms of personal identification, such as photo IDs or passwords, fingerprints are immutable aspects of our bodies. This makes them a promising source of future identification-related technology, particularly in our increasingly insecure technological world.

8.      If Defendant insists on collecting and storing their employees' fingerprints, Defendant must comply with the BIPA. This includes (1) notifying employees the practice is taking place; (2) informing employees of how the practice is implemented; (3) obtaining written consent from the employees to collect and store their biometric data; (4) maintaining their employees' biometric data in a sufficiently secure manner; and (5) maintaining a publicly available disclosure of how the biometric data will be handled and destroyed.

9.      Unfortunately for the Plaintiff and class members, none of these directives were followed. Accordingly, Plaintiff bring this action individually and on behalf of class members pursuant to obtain statutory damages and injunctive relief for violations of the Illinois Biometric Information Privacy Act, 740 ILCS § 14/1 *et seq.*

2

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

## JURISDICTION AND VENUE

10. This Court has jurisdiction over Defendant because Defendant has a base of operations in Illinois and does business extensively in Illinois. Furthermore, Defendant's unlawful conduct arose and was perpetuated while it was located in Illinois.

11. Venue is proper in this Court because Defendant is doing significant business in Cook County.

## PARTIES

12. Plaintiff is an individual subject to the same fingerprint-storing practices as other Defendant's employees, outlined in further detail below.

13. Defendant is a for-profit corporation registered to and doing business in the state of Illinois.

## FACTUAL ALLEGATIONS

14. Defendant required certain employees to scan their fingerprints in order to clock in and out at Defendant jobsites.

15. As part of this process, Defendant recorded and stored certain employees' fingerprint biometrics using fingerprint-scanning computer technology.

16. As part of this process, Defendant associated employees' biometric data with their personal identifying information, such as name and address.

17. Thus, Defendant caused the biometric data from employees' fingerprints to be recorded, collected, and stored.

18. Defendant did not inform in writing either Plaintiff or class members that their biometric data was being recorded, obtained, collected, and/or stored.

3

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

19.     Defendant did not inform in writing either Plaintiff or class members the specific purpose and length of term for which their biometric data would be collected, stored, and/or used.

20.     Defendant did not obtain Plaintiff's or class members' written consent to record, collect, obtain, and/or store Plaintiff's and class members' biometric data. Likewise, Defendant never provided Plaintiff with the requisite statutory disclosures nor an opportunity to prohibit or prevent the collection, storage or use of Plaintiff's unique biometric identifiers and/or biometric information.

21.     Defendant did not obtain Plaintiff's or class members' written consent to capture and store Plaintiff's and class members' biometric data.

22.     Defendant did not disclose to Plaintiff, class members, or the public its written retention schedule and guidelines for permanently destroying employee biometric data.

23.     Defendant did not disclose to Plaintiff or class members, in writing, of the specific purpose and length of term for which it was collecting, storing, and/or using class members' biometric data.

24.     Defendant did not disclose to Plaintiff the identities of any third parties with whom Defendant was directly or indirectly sharing, disclosing, or otherwise disseminating class members' biometric data.

25.     Upon information and belief, Defendant is storing its data in a manner less secure than it stores other similarly sensitive data. Upon information and belief, Defendant stores its employees' social security numbers (along with similar personal data) and confidential business records on personal computer systems with demonstrably more security than their fingerprint scanning machines possess. In addition to higher cyber security, Defendant's personal computer

4

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

systems are in secure physical locations not as easily accessible to third-parties and Defendant's employees.

## CLASS ACTION ALLEGATIONS

26.     Plaintiff seeks to certify a class action pursuant to 735 ILCS § 5/2-801 on behalf of the following class:

> *"All individuals whose biometric data Defendant collected or stored in Illinois."*

27.     Class treatment in this case is appropriate because:

(a) Pursuant to 735 ILCS 5/2-801 (1), the number of persons within the class is substantial, believed to amount to hundreds of persons. It is, therefore, impractical to join each member of the class as a named Plaintiff. Further, the size and relatively modest value of the claims of the individual members of the class renders joinder impractical. Accordingly, utilization of the class action mechanism is the most economically feasible means of determining and adjudicating the merits of this litigation. Moreover, the class is ascertainable and identifiable from Defendant's records.

(b) There are questions of fact or law common to the class, which common questions predominate over any questions affecting only individual members; these common questions of law and fact include, without limitation:

   i.   whether Defendant properly informed Plaintiff and the Class that it collected, used, and stored their biometric identifiers and/or biometric information;

FILED DATE: 1/17/2023 12:00 AM  2023CH00410

    ii.  whether Defendant obtained a written release (as defined in 740 ILCS 1410) to collect, use, and store Plaintiff's and the Class' biometric identifiers and/or biometric information;

    iii.  whether Defendant developed a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of their last interaction, whichever occurs first;

    iv.  whether Defendant used Plaintiff's and the Class' biometric identifiers and/or biometric information to identify them;

    v.  whether Defendant destroyed Plaintiff's and the Class' biometric identifiers and/or biometric information once that information was no longer needed for the purpose for which it was originally collected; and

    vi.  whether Defendant's violations of BIPA were committed intentionally, recklessly, or negligently.

(c) Given the nature of the employer-employment relationship, and the fact that Defendant's employees will likely risk their jobs and/or livelihoods to enforce their rights under the BIPA, members of the class will be reluctant to bring forth claims for unpaid wages and notices violations for fear of retaliation;

(d) The class representative, class members and Defendant have a commonality of interest in the subject matter and remedies sought and the Plaintiff is able to fairly and adequately represent the interest of the class. If individual actions

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

were required to be brought by each member of the class injured or affected, the result would be a multiplicity of actions creating a hardship on the class members, the Defendant and the Court. Plaintiff has retained and is represented by qualified and competent counsel who are highly experienced in complex consumer class action litigation. Plaintiff and Plaintiff's counsel are committed to vigorously prosecuting this class action. Moreover, Plaintiff is able to fairly and adequately represent and protect the interests of such a Class. Neither Plaintiff nor Plaintiff's counsel has any interest adverse to, or in conflict with, the interests of the absent members of the Class.

(e) The class action provides a superior method for fairly and efficiently adjudicating this controversy because many class members cannot feasibly vindicate their rights by individual suit because the value of their recoveries are outweighed by the burden and expense of litigating against the corporate Defendant. Even if every member of the Class could afford to pursue individual litigation, the Court system could not. It would be unduly burdensome to the courts in which individual litigation of numerous cases would proceed. Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments, and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. By contrast, the maintenance of this action as a class action, with respect to some or all of the issues presented herein, presents few management difficulties, conserves the resources of the parties and of the court system and protects the rights of each member of the Class. Plaintiff anticipates

7

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

no difficulty in the management of this action as a class action. Class-wide relief

is essential to compliance with BIPA.

28.     Therefore, a class action is an appropriate method for the fair and efficient

adjudication of this lawsuit.

<div align="center">

**COUNT I**
**VIOLATIONS OF ILLINOIS BIOMETRIC INFORMATION PRIVACY ACT**
(Damages)

</div>

29.     Plaintiff incorporates by reference each of the preceding allegations as though fully

set forth herein.

30.     Defendant recorded, collected, and stored Plaintiff's and class members' biometric

identifiers and biometric information as defined by 740 ILCS § 14/10 of the Act. Every instance

of Defendant collecting, capturing, storing, and/or sharing Plaintiff's and class members'

biometrics identifiers and biometric information constitutes a violation of the Act.

31.     Defendant violated Section 14/15(a) of the Act by failing to develop and/or make

public its written retention schedule or guidelines for permanently destroying biometric identifiers

and biometric information as specified by BIPA.

32.     Defendant violated Section 14/15(b) of the Act by collecting, capturing, obtaining

and storing Plaintiff's and class members' biometric identifiers and/or information without

informing them in writing and obtaining a written release, that:

(a) The biometric data was being recorded, obtained, collected, or stored; and

(b) The specific purpose and length of term for which the biometric data was being
collected, captured, obtained, and/or stored.

33.     Defendant violated 14/15(e) of the Act by failing to store class members biometric

data using the reasonable standard of care within its industry and/or in a manner that is the same

8

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

as or more protective than the manner in which the private entity stores, transmits, and protects other confidential and sensitive information.

    34.    Defendant's conduct is at best negligent and at worst reckless.

    35.    Accordingly, Defendant is liable to Plaintiff and class members in the amount of liquidated damages or actual damages, whichever is greater. 740 ILCS § 14/20(1).

## PRAYER FOR RELIEF

Plaintiff asks the court to enter judgment in Plaintiff's favor against Defendant and issue an order:

a. Certifying this case as a class action, naming Plaintiff as class representatives and Plaintiff's counsel as class counsel;

b. Declaring that Defendant has violated the Illinois Biometric Information Privacy Act, and enter a judgment in favor of Plaintiff and the class;

c. Awarding statutory damages of $5,000 for each willful or reckless violation of the Act, $1,000 for each negligent violation of the Act;

d. Awarding reasonable attorneys' fees and costs of this action;

e. Awarding pre-judgment and post-judgment interest on all monetary amounts awarded in this action; and

f. Awarding such other general and equitable relief as this Court deems equitable and just.

## COUNT II
## VIOLATIONS OF ILLINOIS BIOMETRIC INFORMATION PRIVACY ACT
(Injunctive Relief)

    36.    Plaintiff incorporates by reference each of the preceding allegations as though fully set forth herein.

    37.    The Act provides for injunctive relief. 740 ILCS § 14/20(4).

    38.    Plaintiff and class members are entitled to an order requiring Defendant to make disclosures consistent with the Act and enjoining further unlawful conduct.

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

39.     Plaintiff seeks an order requiring Defendant to publicly disclose a written policy establishing the specific purpose and length of term for which class members' biometric data has been collected, stored, and used. Additionally, Plaintiff seeks a disclosure from Defendant relative to its policy of permanently destroying class members' biometric data. 740 ILCS § 14/15(a).

40.     Plaintiff seeks an order requiring Defendant to disclose whether Defendant retained their or any other class members' biometrics, and, if so, when and how such biometrics were permanently destroyed.

41.     Plaintiff seeks an order requiring Defendant to disclose to whom it has disseminated, sold, or transferred Plaintiff's and class members' biometric data.

42.     Plaintiff seeks an order requiring Defendant to disclose the standard of care that it employed to store, transmit, and protect class members biometrics.

43.     Plaintiff seeks an order enjoining Defendant from future violations of the Act.

44.     Plaintiff and class members do not know what Defendant has done (or intends to do) with their biometric data. Injunctive relief is necessary to afford Plaintiff and class members the safety and peace of mind envisioned by the passage of the Act.

## **PRAYER FOR RELIEF**

Plaintiff asks the court to enter judgment in their favor against Defendant and issue an order:

a.  Certifying this case as a class action, naming Plaintiff as class representatives and their counsel as class counsel;

b.  Declaring that Defendant has violated the Illinois Biometric Information Privacy Act, and enter a judgment in favor of Plaintiff and the class;

c.  Awarding injunctive and equitable relief as necessary to protect the interests of the Plaintiff and the class;

d.  Awarding reasonable attorneys' fees and costs of this action;

FILED DATE: 1/17/2023 12:00 AM   2023CH00410

e. Awarding such other general and equitable relief as this Court deems equitable and just.

*Respectfully Submitted,*

*/s/ William H. Beaumont*

Roberto Luis Costales (#6329085)
William H. Beaumont (#6323256)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: (773) 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Attorneys for Plaintiff*

11