IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERATED SERVICE INSURANCE COMPANY, a Minnesota Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRILLIANCE MOTOR SALES, INC. an Illinois Corporation ,and TERRI SNYDER individually and on behalf of all others similarly situated,<br><br>Defendants. | Civil Action No.: 1:23-cv-2870 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE**</u>

Plaintiff Federated Mutual Insurance Company ("Federated"), by its counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntary dismisses this action, without prejudice, and in support states as follows:

1. On May 8, 2023, Federated filed the instant declaratory judgment action seeking a declaration that it has no duty to defend or indemnify Brilliance Motor Sales, Inc. ("Brilliance") in connection with an underlying putative class action suit filed by Terri Snyder ("Snyder") against Brilliance.

2. Defendant Brilliance has not filed an appearance or answer in this action, nor has it asserted any counterclaim against Plaintiff.

3. Defendant Snyder has not yet been served with a summons and Complaint in this action, has not filed an appearance or answer in this action, nor has she asserted any counterclaim against Plaintiff.

127784056.1

4. Accordingly, Plaintiff Federated Mutual Insurance Company hereby dismisses this lawsuit in its entirety against all Defendants, without prejudice.

Respectfully submitted,

*/s/ Kelly M. Ognibene*
Kelly M. Ognibene
*Attorney for Federal Mutual Insurance Company*

Jeffrey A. Goldwater, Esq. (ARDC #6189014)
Kelly Ognibene, Esq. (ARDC #6297327)
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312-345-1718
312-345-1778-facsimile

127784056.1